FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 APR 25 A 11: 51

CLERK'S OFFICE
AT GREENBELT
BY _____ DEPUTY

16-1048TJS

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. _____ |
| TIBA CONLEY | ) |

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

Joshua B. Rothman, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn, states the following:

### INTRODUCTION

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I have been employed by said agency for a period of eight (8) years. Your Affiant is currently assigned to Safe Streets Cross Border Task Force. Since 2008, I have received training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, narcotics, white collar crimes, search warrant applications, and various other crimes. Since June of 2015, I have been assigned to work on federal narcotics investigations on the Washington Field Office Safe Streets Task Force, a violent crime and gang task force. I have received basic and advanced interview and interrogation training conducted by John Reid and Associates, Advanced Counterterrorism Training by the FBI and attended the Basic Telecommunications Exploitation Program from the DEA. In the course of my training and

experience, both on the Safe Streets Task Force and my prior squad, I have become familiar with the methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds, and the organization of drug conspiracies. I have actively participated in the purchase of various controlled substances by using confidential informants. I have participated in hundreds of hours of surveillance of drug traffickers and observed numerous "hand to hand" transactions. In the course of conducting these investigations, I have been involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses; conducting physical surveillance; conducting short-term and long-term narcotics and homicide investigations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification system data; conducting court-authorized electronic surveillance; conducting court-authorized Title III wiretap investigations; and preparing and executing search warrants. Your Affiant has received training in drug recognition and interdiction, crime scene investigations, evidence collection, interviews and interrogation, forensic statement analysis, and cellular phone / electronic media searches.

3. Through instruction and participation in investigations, I have become familiar with the manner in which narcotics traffickers conduct their illegal business, and the methods, language, and terms which are used to disguise conversations about their narcotics activities. From experience and training I have learned that narcotics traffickers frequently use cellular telephones to further their illegal activities by, among other things, remaining in constant or ready communication with one another without restricting either party to a particular location at which they might be subject to physical surveillance by law enforcement authorities. I also have learned that narcotics traffickers rarely refer to heroin, cocaine, cocaine base – also known as

crack – phencyclidine (PCP), or other illegal drugs expressly by name. Instead, to conceal the true nature of their illegal activities and to thwart detection by law enforcement, narcotics traffickers routinely refer to drugs, drug quantities, and drug prices by using seemingly innocuous words or phrases. I also know that drug traffickers frequently have access to several cellular telephones and that they periodically use newly acquired cellular telephones, all in an effort to avoid detection and to impede law enforcement efforts. I also know that drug traffickers communicate by use of text messaging to discuss types, quantities, prices of narcotics, as well as to discuss meeting locations, all in an effort to elude detection and to impede the efforts of law enforcement.

4. I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause. The information contained in this Affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers and other individuals. I herein set forth the following facts showing that there are sufficient grounds to believe that there is probable cause that **TIBA CONLEY** committed the following federal offenses:

    a. Felon In Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1); and

    b. Possession With Intent to Distribute Cocaine and Cocaine Base, in violation of Title 21, United States Code, Section 841 and 846.

### PROBABLE CAUSE

5. On April 14, 2016, the Honorable Lisa Broten, Judge of the Howard County District Court, issued a search warrant authorizing the search of 3016 Oak Green Court,

16-1048 IJS

Apartment C, Ellicott City, Maryland for, among other things, controlled dangerous substances and paraphernalia; firearms and ammunition; cellular telephones; and proceeds of the sales of controlled dangerous substances.

6. On April 21, 2016, members of the Howard County Police Department executed the search warrant at 3016 Oak Green Court, Apartment C, Ellicott City, Maryland. Located inside of the apartment was **TIBA CONLEY**, the leaseholder of the apartment. A search of the apartment resulted in the seizure of one SKS assault rifle (serial number 604530), one AR15 DTI assault rifle (serial number S030977), one Springfield XD45 (serial number 676779), one Masterpiece Arms MAC10 (serial number A12487); 140 grams of a mixture of cocaine base and powder cocaine, in several baggies; and $9,425 in cash. Also observed during the search was a Pyrex measuring cup with a white powdery substance, and at least two digital scales. **CONLEY** was arrested by the Howard County Police Department and taken into custody.

7. Your Affiant is aware that the manufacturer of the MAC 10 Masterpiece Arms is located in the State of Georgia, and the manufacturer of the AR15 DTI assault rifle is located in the State of North Carolina; therefore, both firearms traveled in interstate commerce before being recovered in **CONLEY**'s apartment by law enforcement.

10. A review of **CONLEY**'s criminal history reveals that **CONLEY** was previously convicted in the State of Maryland of Possession with Intent to Distribute a Controlled Substance (Cocaine Base), and is currently on probation supervision for that offense.

## CONCLUSION

11. Based on the aforementioned facts outlined in the Affidavit, your affiant believes there is probable cause to believe that **TIBA CONLEY** committed the following federal offenses:

   a. Felon In Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1); and

   b. Possession With Intent to Distribute Cocaine and Cocaine Base, in violation of Title 21, United States Code, Section 841 and 846.

Accordingly, the undersigned requests that the Court authorize the attached complaint and arrest warrant for **TIBA CONLEY**.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Joshua B. Rothman
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 21sr day of April, 2016.

HONORABLE TIMOTHY J. SULLIVAN
UNITED STATES MAGISTRATE JUDGE