### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND  20770**
**301-344-0632**

### MEMORANDUM

TO:       Chief Judge James K. Bredar

FROM:    Judge Peter J. Messitte

RE:       *United States v. Conley*
          Crim No. 16-403 PJM

DATE:    February 19, 2019

* * *

Dear Chief Judge Bredar:

The attached letter from Defendant Tiba Conley in the above-captioned case was sent up to me yesterday by the Clerk's office. He requests that the letter be sent to you, so I am passing it on.

As background, Defendant is on his fifth attorney, though one attorney has represented him twice. Defendant has continuously asserted that a March 1, 2016 application for a Court Order for the installation and use of a pen register and trap and trace device for cell phone number 443-561-4780 was not supported by probable cause. His then-attorney filed a Motion to Suppress and a Motion for a Franks Hearings, and I denied both in 2018 (the application was supported by a controlled buy from Defendant the month prior and the statement of a Confidential Informant who identified him as involved in the distribution of cocaine).

Trial was scheduled for December 16, 2019, but the week before, his then-attorney filed a Motion for an Attorney Inquiry Hearing. The Court held an Attorney Inquiry Hearing, allowed counsel to withdraw, appointed new counsel, delayed trial, and decided to hold a second hearing on the Motion to Suppress and Motion for a Franks Hearing the following week. At the second hearing, the Court once again denied the Motion to Suppress and the Motion for a Franks Hearing and scheduled trial for May 5, 2020. I understand Defendant, apparently *pro se*, is attempting to appeal this decision to the Fourth Circuit. The case is set for a four-day trial starting May 5, 2020, where Defendant will be represented by standby counsel. Another Attorney Inquiry Hearing will be set for mid-March where the Defendant will be advised that he will have to represent himself. Appropriate arrangements will be made regarding security, etc. during the Court proceedings.

CC: Court file

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE