1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF MARYLAND

3                       SOUTHERN DIVISION

4

5   UNITED STATES OF AMERICA,      )  CRIMINAL
                                   )  NO. PJM-16-403
6            Plaintiff,            )
                                   )
7   v.                             )
                                   )
8   TIBA SAKURI CONLEY,            )
                                   )
9            Defendant.            )

10                   TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE PETER J. MESSITTE
11                 UNITED STATES DISTRICT JUDGE
                 MONDAY, JULY 1, 2019; 2:10 P.M.
12                     GREENBELT, MARYLAND

13   FOR THE GOVERNMENT:

14            OFFICE OF THE UNITED STATES ATTORNEY
              BY:  DANA BRUSCA, ESQUIRE
15            6406 Ivy Lane
              Suite 700
16            Greenbelt, Maryland  20770
              (301) 344-0863
17            dana.brusca@usdoj.gov

18   FOR THE DEFENDANT:

19            MICHAEL D. MONTEMARANO, P.A.
              BY:  MICHAEL D. MONTEMARANO, ESQUIRE
20            3826 Paul Mill Road
              Suite 204
21            Ellicott City, Maryland  21042
              (410) 992-0067
22            montemarano67@gmail.com

23   OFFICIAL COURT REPORTER:
     Renee A. Ewing, RPR, RMR, CRR - (301) 344-3227
24

       ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES***

25

1          THE COURT:  Good afternoon, ladies and gentlemen.

2    Have a seat, please.

3          (Counsel reply, "Good afternoon, Your Honor.")

4          THE DEPUTY CLERK:  The matter now pending before the

5    Court is Criminal Case No. PJM-16-0403, the *United States of*

6    *America vs. Tiba Sakuri Conley.*

7          The matter now comes before the Court for a *Faretta*

8    hearing.

9          THE COURT:  All right.  Counsel, identify yourselves

10   for the government and then the defendant.

11         MS. BRUSCA:  Good afternoon, Your Honor.  On behalf

12   of the United States, I am Dana Brusca.

13         MR. MONTEMARANO:  Good afternoon, Your Honor.

14   Michael Montemarano, appointed counsel pursuant to the CJA on

15   behalf of Mr. Conley, who sits next to me at trial table.

16         THE COURT:  I set this hearing because I got a

17   handwritten letter from Mr. Conley saying that he did not want

18   you to continue as counsel in the case, Mr. Montemarano.  And

19   then I have a letter from you, which I gather you have not

20   shared with the government or defendant in response, or am I

21   incorrect?

22         MR. MONTEMARANO:  I think I did give it to Mr. Conley

23   or mail it to him.

24         THE COURT:  Do you have a copy of the letter?

25         MR. MONTEMARANO:  I did not share it with the

1  government.

2        THE COURT:  Did you get a copy of that letter,

3  Mr. Conley?

4        THE DEFENDANT:  No.

5        THE COURT:  Well, hand him down one right now.

6        MR. MONTEMARANO:  That was inquired of by Ms. Shay

7  regarding whether or not the government had been provided a

8  copy, and I specifically told her that since the inquiry was of

9  me by the bench, that I directed my comments to the Court

10  directly.

11        THE COURT:  Right.  No.  I have no problem with that.

12  But one of the -- let me start by addressing a question to

13  Mr. Conley first.

14        MR. MONTEMARANO:  There is one other thing before we

15  begin.  The Court may not be aware, Mr. Conley has also now

16  filed a formal grievance with the AGC, and I have been provided

17  a copy of that, as well as the letter to Judge Xinis, who is

18  now Judge Titus' replacement in terms of the disciplinary

19  matters.  I have a copy of that for the Court if you'd like.

20        THE COURT:  That might be helpful, yeah.

21        MR. MONTEMARANO:  Sure.

22        THE COURT:  Hand it up to the clerk.

23        MR. MONTEMARANO:  There is a cover letter from Lydia

24  Lawless, bar counsel, and then the complaint by Mr. Conley, and

25  I spoke --

1          THE COURT:  Is this a copy that I can retain?

2          MR. MONTEMARANO:  Yes.  And I have spoken to Judge

3     Xinis about this in general terms as well.

4          THE COURT:  All right.  Before I begin my inquiry,

5     Ms. Brusca, Mr. Montemarano, is there anything else

6     preliminarily you want to say?

7          MS. BRUSCA:  No, Your Honor.

8          MR. MONTEMARANO:  Just so the government is advised,

9     inasmuch as this has been convened today as a *Faretta* hearing,

10    which is different than a hearing on counsel, a hearing on

11    counsel, Ms. Brusca wouldn't be joining us, I would, as I have

12    informed her but I want to put it on the record, I have

13    provided Mr. Conley with a copy of *Faretta* and went to see him

14    subsequent to Your Honor's inquiry to me and my letter to the

15    Court, so this is not particularly tabula rasa.

16         THE COURT:  All right.  Very good.  I am going to ask

17    you a few questions at this point, Mr. Conley.

18      Am I correct that you wish to have counsel other than

19    Mr. Montemarano?

20         THE DEFENDANT:  Yes.

21         THE COURT:  All right.  And I see that you stated on

22    more than one occasion that your family was going to retain

23    private counsel.  Have you done that?

24         THE DEFENDANT:  They still looking into that right

25    now.

1          THE COURT:  It's been several months as I understand

2     that you have been saying this.

3          When do you propose to do it?

4          THE DEFENDANT:  I mean, whenever -- I guess whenever

5     they find somebody --

6          THE COURT:  What do you think is going to happen in

7     the meantime?  Does the government get to try this case?  How

8     are we going to go forward if you just keep saying I am going

9     to get an attorney?

10          THE DEFENDANT:  I mean, I am forced to get one.  The

11     attorneys you gave me ain't doing nothing.

12          THE COURT:  I know you say you are forced to get one,

13     but the question really is whether we continue this case on and

14     on and on or whether you get one.  That's what I am trying to

15     understand.  We have a trial date set at the end of September

16     here.  There still might be time for somebody who gets in the

17     case right away to try the case.

18          So, have you talked to your family recently about getting

19     a private lawyer?

20          THE DEFENDANT:  Yeah, my brother, but they -- they

21     haven't found nobody yet.

22          THE COURT:  Okay.  What is the government's position

23     on this, Ms. Brusca?  You have a trial date at the end of

24     September.  We are on, I think, by my count, I think

25     Mr. CitaraManis was here twice, so we are on our fourth

1    attorney.

2          MS. BRUSCA:  Well, Your Honor, I, as an initial

3    matter, I am not particularly involved in this case.

4    Mr. Baldwin who has been handling the matter is out.

5          THE COURT:  Who is that, Mr. Baldwin?

6          MS. BRUSCA:  Correct.  As I understand it, this is

7    convened as a *Faretta* hearing because the defendant wanted to

8    represent himself.  I guess I am hearing something --

9          THE COURT:  No, I don't --

10         MS. BRUSCA: -- different now.

11         THE DEFENDANT:  I never said that.

12         THE COURT:  I am not sure.  That may have been a

13   misnomer.  But clearly, it's an attorney inquiry hearing.  I

14   don't understand you -- or maybe you are saying you'd like to

15   represent yourself, Mr. Conley, I am not sure.  Do you want to

16   represent yourself?

17         THE DEFENDANT:  I mean, I am going to need some time.

18         THE COURT:  You what?

19         THE DEFENDANT:  I am going to need some time.  If I

20   got to represent myself, I got -- that mean I got to read

21   books.  I would have to read books and everything.

22         THE COURT:  Well, you have a right to represent

23   yourself, but I need to be satisfied that --

24         THE DEFENDANT:  There is no way I can represent

25   myself.

1          THE COURT:  Okay.  Well, then, maybe this is just an

2    attorney inquiry then as to where we are because you are not

3    asking to represent yourself.  If you do, I have to make

4    certain findings of fact.

5          Well, what do you feel about -- what is your view about

6    trial, Ms. Brusca, set now for September?  We have got somebody

7    who has now taken steps to essentially disqualify his own

8    current counsel from proceeding and doesn't have any immediate

9    plans to get his own counsel.

10          MS. BRUSCA:  Your Honor, I -- I, you know, I see the

11    indictment, which is three counts, you know, distribution

12    charge, possession of a gun in furtherance charge, and a felon

13    in possession charge, so, you know, just based on the

14    indictment, it looks like a one-day sort of series of events,

15    but --

16          THE COURT:  I think we have allowed up to even four

17    days if needed.

18          MS. BRUSCA:  That said, I also see that the

19    indictment was brought in 2016.  And I know that there have

20    been quite a number of attorneys in the case already because I

21    have seen documents with quite a number of names, so, you know,

22    I think it's up to the Court whether a new counsel is

23    appointed, but I am not sure -- I can't make representations

24    about the ability of a new counsel to be ready by September.  I

25    would -- you know, it doesn't seem particularly complicated,

1  but --

2        THE COURT:  This would essentially be his fifth

3  court-appointed counsel counting Mr. CitaraManis twice?

4        MR. MONTEMARANO:  One was privately retained,

5  Mr. CitaraManis, Ms. Flynn, Mr. CitaraManis again, myself, at

6  which point, Judge Sullivan told Mr. Conley, and it's reflected

7  in one of his complaints to Your Honor, that he would not

8  receive a new appointment.

9        THE COURT:  Who told him that?  Who told him that?

10        MR. MONTEMARANO:  Judge Sullivan at the attorney

11  inquiry hearing when I was appointed.  That's my understanding,

12  and I confirmed that with the judge, so I had an understanding,

13  and, for that reason, I have attempted to be as compliant with

14  Mr. Conley's desires figuring there is no reason to make this

15  more difficult than it needs to be.

16        THE COURT:  What is your suggestion, Mr. Montemarano?

17        MR. MONTEMARANO:  I will be ready on the 24th, Your

18  Honor, but I am not going to do what Mr. Conley wants because

19  Mr. Conley wants it, and that's the basic problem.  His very

20  first complaint to you say exactly that:  He won't do what I

21  say.  I don't particularly care.

22        THE COURT:  Well, let me do this, let me make some of

23  the requisite findings about substitution of counsel here

24  because even if the Court decides, and you should understand

25  this, Mr. Conley, even if the Court decides to appoint further

1  counsel for you, and I am not sure I will, you are going to

2  have to go with that attorney.  That's what you are going to

3  have to do.  And no amount of disagreement with him that,

4  frankly, it looks like you have manufactured in considerable

5  part, is going to excuse it.  You are not going to frustrate

6  the trial ultimately by simply saying, I can't get along with

7  my fifth attorney, and so on.  So you need to understand that.

8             THE DEFENDANT:  So now --

9             THE COURT:  No.  I really don't need to hear you on

10 this now.  I mean, there is a real -- I have read your letter.

11            THE DEFENDANT:  Okay.  But now --

12            THE COURT:  I don't want to hear from you for a

13 moment.  I want you to listen to me.  You make statements like,

14 "He didn't file my motions; he didn't appeal my motions."

15 Motions have been filed.  The motions to suppress were ruled on

16 in this case a long time ago.  And under the rules, you can't

17 appeal a motion until the trial is over.  You don't know that,

18 but you are making accusations.

19      Mr. Montemarano.

20            MR. MONTEMARANO:  So the Court is clear, he does know

21 that.

22            THE COURT:  He what?

23            MR. MONTEMARANO:  He does know that.  He has been

24 told that by Mr. CitaraManis and by me.

25            THE COURT:  Well, in any event, I mean, I say that --

1          MR. MONTEMARANO:  I don't think it's a question of

2     the messenger.

3          THE COURT:  Well, I need to make a finding on this

4     because we are going to try this case eventually, and, as I

5     say, I am not sure any attorney would be happy to accept

6     representation of you at this point based on what I have read

7     heretofore.

8          But in any event, let me tell you, you have to show good

9     cause to me as to why I should appoint new counsel for you, and

10     that requires me to make certain evaluations.  First of all,

11     was your motion -- is your motion timely?  Well, in a sense, it

12     is in the sense that we have got at least a few months before

13     trial, three months before trial, so I will accept that it's

14     timely.

15          What was the nature of your complaint?  Now, I have your

16     letter, which I have looked at.  If you want to say something

17     else beside that, and I don't have to agree with what you say

18     as being accurate, but I do want you to make a statement, and

19     then you put Mr. Montemarano in the position of having to give

20     me some sort of response to what you allege.  And you are

21     alleging lies, failure to act on things that you have requested

22     him to do, and on and on.

23          As I say, I have read your letter.  Do you want to add

24     anything to that letter about why you need to have a new

25     attorney and why you need a fifth attorney?

1          MS. BRUSCA:  I just want to make sure, Your Honor, is

2     it appropriate for me to stay, or do you want me to excuse

3     myself?

4          THE COURT:  I don't know that the hearing is required

5     to be ex parte on this situation.

6          MR. MONTEMARANO:  Counsel almost always is.  I have

7     done more than a few of these.

8          THE COURT:  You want the government excused?

9          MR. MONTEMARANO:  I think it would be appropriate,

10    yes.

11         THE COURT:  All right.  Step down, then.

12         MR. MONTEMARANO:  If we are going to get into the

13    nuts and bolts of who said what to whom.

14         MS. BRUSCA:  I will just wait outside, Your Honor.

15         THE COURT:  Just wait outside if you would.

16        All right.

17         MR. MONTEMARANO:  Thank you, Your Honor.

18         THE COURT:  I don't know if the defendant needs to be

19    sworn in this case, but go ahead, Mr. Conley, tell me why

20    you -- what you are complaining about.

21         THE DEFENDANT:  It's just a lot.  I mean, for one, I

22    am not -- I will represent myself -- if I got to go with him, I

23    will represent myself.  I am not -- I am not proceeding --

24    proceeding any longer with him.  So if I am forced with him, I

25    am forced to represent myself.

1          THE COURT:  That's not an answer, really.  The answer

2    is what's your problem with him?

3          THE DEFENDANT:  I wrote it to you in the letter.

4    Everything.  I mean, he had the case since January.  He hasn't

5    done nothing.  He ain't do nothing since January.  Now, y'all

6    keep making it seem like -- this is my life, for one.  It's my

7    life.  So, he had the case since January.  All he do is come up

8    there and get information, write this down.  He don't do

9    anything.  I am writing everything down for him, and he not

10   doing it.

11         THE COURT:  What do you think he should be doing?

12         THE DEFENDANT:  I mean, before -- before trial start,

13   I am giving him lists.  For one, I am not supposed to be doing

14   this.  I am not a lawyer.  I am not supposed to be giving him a

15   list of anything.  It's 100 errors in my case.  It's 100 errors

16   in my case, and he know that.  All he do -- I am writing them

17   down since January.  It's, what, July now.  He hasn't done

18   nothing in the case, no motions or nothing.  It took for me to

19   write them up.  Then he came up last week saying, Okay, I will

20   do it now.

21         No.  I am not proceeding with this man.  If that's the

22   case, I'd rather -- I will hang myself.  I am not going to let

23   him hang me.

24         THE COURT:  Are you aware that some motions, motions

25   to suppress, for example, have been filed and ruled on?

1            THE DEFENDANT:  Yeah.  But there is still plenty

2     more.  The other ones ain't -- ain't filed either.  It's a lot.

3     It's a lot in my case.  You know that.  You argue -- you denied

4     all of them.

5            THE COURT:  Yeah.  And what about appeals, why do you

6     think that lawyer is entitled to take appeals before a case is

7     actually tried?  Where do you get that idea?

8            THE DEFENDANT:  What, my motions?

9            THE COURT:  One of the things you say is he hasn't

10    taken appeals from your motions, but you can't do that.

11           THE DEFENDANT:  I have been on this case 39 months.

12    I have been having my motions.  I had my motion hearing January

13    18th.  I was supposed to have been had trial.

14           THE COURT:  But you can't appeal -- you can't --

15           THE DEFENDANT:  Why is my trial date set up 20 months

16    later?

17           THE COURT:  I guess you don't want to hear me.  You

18    need to listen to what I am saying.

19        You can't appeal the motions until the case is over.

20           THE DEFENDANT:  Okay.  But why wasn't my trial set up

21    immediately after the motions like everybody else?

22           THE COURT:  Well, there were a lot of reasons for

23    that.  We had a competency hearing about whether --

24           THE DEFENDANT:  You are supposed to do that before

25    that.  A competency hearing is supposed to -- you do that at

1    the beginning.

2          THE COURT:  I don't want to argue with you.  You are

3    putting it on me now.  Right now, it looks to me like you are

4    the one asking for a fifth lawyer that has some difficulty --

5          THE DEFENDANT:  All I am saying, I just need somebody

6    -- this is my life.  I need somebody that's going to fight for

7    me.  How would you feel if you -- if you in my situation and

8    your lawyer not doing nothing and you writing everything down

9    for him every time he's saying, Oh, I can't do that.  That's

10   not even my job to be making you a list of nothing.  I am not a

11   lawyer.

12         THE COURT:  Okay.  Okay.  Well, have a seat,

13   Mr. Montemarano.  This is what you need to understand, and I

14   will still have to decide whether we give you another appointed

15   lawyer or not, but if we do, this is what you need to

16   understand, it's beyond what Judge Sullivan said, you are going

17   to be stuck with that person like it or not, and we will do the

18   best -- the best we can with that.  But you are not going to be

19   able to come back again and again and say what you have done

20   here.  Obviously, you have discharged other lawyers because you

21   are dissatisfied with them.

22        But let me hear from Mr. Montemarano before you go any

23   further.

24        Mr. Montemarano, what do you want to say?

25         MR. MONTEMARANO:  Mr. Conley is absolutely correct

1  and absolutely incorrect.  He is correct in terms of what he

2  relates about my refusal to do what he says in the way he says

3  it.  He is absolutely incorrect in that anything would be

4  different with another person standing here in my size 12s.  I

5  have tracked what Mr. CitaraManis has told him.  That's not

6  good enough.  Hearing the same thing from -- often, in this

7  situation, as the Court is probably aware, I have a bit of a

8  cottage industry, I am the designated pinch hitter for the

9  panel.  I am the third attorney, I am the fourth attorney

10 routinely.  Half of the cases that I have presently open are

11 somebody else's problem that I am cleaning up.

12      Often the answer is if you hear it from somebody else,

13 maybe it will stick.  Not one opinion, but a second opinion.

14 In this case, it's at least a third opinion if not a fourth,

15 and Mr. Conley is not satisfied.

16          THE COURT:  Do you want to specify what you are

17 talking about?

18          MR. MONTEMARANO:  Sure.  I have asked him for a list

19 of witnesses four different times, my investigator and I.  We

20 have been to see him six times.  We have gone over the

21 evidence.  We have said, Explain to us how this is not a

22 problem in the present status of the case, which is to say

23 motions having been ruled on.  You have to appeal my motions.

24 We can't do that.  Oh, you know it's different.  Why do we know

25 this?  It's a circular argument, and anybody else would be on

1   the same merry-go-round with Mr. Conley.

2        I can be ready on the 24th.  I have told Judge Xinis

3   earlier today that notwithstanding the grievance, which is

4   usually a disqualifier because of Judge Sullivan's informing

5   Mr. Conley that I was it, I have done my very best to get along

6   with Mr. Conley, but I can't do what he demands.  I can't grow

7   a fresh head of hair.  I can't fly.  And I can't appeal his

8   motions.  But this is the level on which our conversations go.

9        We asked for specific details.  We tried to nail them

10  down.  Both Mr. Versis and I are, I think "experienced" is a

11  safe word with 60 some years of experience between us, and we

12  can't get a straight answer to a question, and we are asking

13  specific detailed questions.

14             THE COURT:  About the nature of the offense, you

15  mean?

16             MR. MONTEMARANO:  About the nature of the offense,

17  about the nature of the evidence, about what the problems that

18  he perceives exist.  I have told him we will file motions in

19  limine when they are ripe later this month.

20        We will be ready for trial.  We will issue the

21  appropriate subpoenas when the time comes.  That the things he

22  wants to subpoena, for example, the Internal Affairs files

23  concerning certain of the officers may not be made available to

24  us, but we will certainly seek to do that.  This is a

25  reasonably straightforward case from a couple of undercover

1  sales and --

2  THE COURT:  I have read the --

3  MR. MONTEMARANO:  So it's not like --

4  THE COURT: -- police report.

5  MR. MONTEMARANO:  It's not like it's that complex.

6  My understanding is it's set for two weeks.  Now my

7  understanding is it's set for actually four days, just the

8  balance of that week of the 24th.  Having some experience with

9  these kinds of cases, Your Honor, I would have thought that

10 what I have tried to explain to Mr. Conley would have gotten

11 across, but his thought pattern is simply non-linear.  And it

12 is hard when you are used to building an edifice course by

13 course with bricks, or, in my case, questions, you can't get

14 the foundation laid by asking the specific questions you need

15 answered to move on to the next question to get to the

16 particular colonel of his dissatisfaction.

17     I don't think it would be different with somebody else,

18 and I don't -- it is not my habit to dump my problems on other

19 people's laps, more the other way around.  I am happy to go

20 forward.  I am happy to be replaced.  The file will be ready

21 for a new attorney on Monday.  Not a problem.

22 THE COURT:  Have there been plea discussions of any

23 sort?

24 MR. MONTEMARANO:  I think I asked Mr. Baldwin for a

25 formal plea and haven't yet gotten one.  Not so much a letter

1   but at least an email saying criminal history X, in our view,

2   offense level Z because of the following enhancements and the

3   following base offense level, leading to a guideline range of X

4   to Y.

5          THE COURT:  I don't need to hear what they are, but

6   only --

7          MR. MONTEMARANO:  Oh, no, not at all.  I don't have

8   those numbers.

9          THE COURT:  All right.  Well, is it your feeling -- I

10  mean, the last inquiry the Court is to make is whether the

11  conflict is so great that it results in a total lack of

12  communication preventing an adequate defense, and that's the

13  third element.

14         Certainly, I will say the motion is timely made.  I have

15  inquired into the reasons that he's given, and I haven't said

16  that I accept them, but that said, in any event, the bottom

17  line is whether, as I say, the conflict is so great that -- and

18  the lack of communication that results in an inadequate

19  defense?

20         MR. MONTEMARANO:  Well, Your Honor, I have been

21  practicing before you for a quarter of a century now.  I am not

22  going to lie to you now.  I wouldn't back in '59 when we had

23  our first trial together.  I think the answer to the question

24  is yes, but.  Is it irretrievably broken?  Yes, because

25  Mr. Conley won't change his viewpoint.  And replacing me will

1   not address that problem, his viewpoint.  He thinks it's wrong.

2   That's it.  He says you know this case is bogus.  How do you

3   know that, Judge?  I don't.  I haven't heard all the evidence.

4   The government hasn't put it all on yet.  But I know.  And

5   because I won't, and he is smirking and laughs while I say

6   this, that is not an answer to the question.  It's not a

7   solution.  Replace me with 125 other members of the panel, you

8   will get the same answer.  That's insanity.

9          THE COURT:  All right.  Mr. Conley, do you want to

10  say anything in response?

11         THE DEFENDANT:  That's not -- I don't really want to

12  make this like we going back and forth, but that's -- that's

13  not the only reason.  I got all -- all the notes.  I wish I

14  would have brought them.  But it's plenty of papers and writing

15  and everything that I want from him since January.  He just

16  arguing parts of it.  He not arguing everything.  It's plenty

17  more things that I wanted.  I mean, I have --

18         THE COURT:  Tell me what else you want.

19         THE DEFENDANT:  Everything.  More motions.

20         THE COURT:  Everything is not an answer.  Give me one

21  example.

22         THE DEFENDANT:  The IAD file, the IAD.  More -- I

23  been there 39 months now.  There is nothing in my discovery but

24  the things they recovered from my house.  The -- the search

25  warrant was illegal.

1         THE COURT:  I have already ruled on that, of course.

2    You know that, don't you?

3         THE DEFENDANT:  Yeah.

4         THE COURT:  So that motion had been done for now.

5    You can't do anything more about it until you take an appeal if

6    you are convicted.

7         THE DEFENDANT:  Okay.

8         THE COURT:  So that's the answer to that.  That's not

9    one of the things that he's not done.  He can't do it.

10        Now you tell me something else that you think he can do,

11   that's reasonable, and I will hear it, but I haven't heard that

12   yet from you.

13        THE DEFENDANT:  It's all on paper.  I got -- it's IAD

14   file.

15        THE COURT:  What is he talking about there,

16   Mr. Montemarano?

17        MR. MONTEMARANO:  He claims to have made repeated

18   requests of me.  The request is one page.

19        THE DEFENDANT:  It's like four more other motions I

20   wanted to put in.

21        THE COURT:  All right.  Hold on.

22        MR. MONTEMARANO:  He requests a motion to compel

23   discovery.  I am not aware there is any discovery missing.

24   It's been provided by the government pursuant to the usual,

25   routine discovery agreement.  And Mr. CitaraManis apparently

1  thought everything was there because he litigated motions, and

2  I don't understand him to have complained that there was things

3  missing, number one.

4       Demand for discovery and inspection.  That's sort of

5  redundant.

6       Demand for bill of particulars.  This is a sale by

7  Mr. Conley times two and a search of Mr. Conley's residence.

8  Again, I don't see how the bill of particulars clarifies

9  anything, and I know that the Fourth Circuit law disfavors

10  bills.

11       Fourth, motion to dismiss.  We have been -- we have

12  already discussed that.  There is enough evidence to go before

13  the grand jury and get an indictment.  At this point, no motion

14  to dismiss would lie.

15       And appeal my first motions.

16       Then there is also a reference to the IAD file.

17       And then he tells me all my drug transactions -- drug

18  date transactions are wrong.

19            THE DEFENDANT:  Listen.

20            MR. MONTEMARANO:  Your Honor, I told Mr. Conley out

21  of the box, as I tell all of my replacement attorney cases, I

22  am not going to bear the burden for the things that were

23  screwed up by your prior attorney.  We are starting from here.

24  What's gone before is not my problem.  Tell me what the

25  problems are, I will try to avoid them, but if they were right,

1   I am going to do the same thing.  That's the only way to

2   practice law.  There is a right answer.  If it was told to you

3   by somebody else, that doesn't make it any less right if I tell

4   it to you.

5        THE COURT:  Anything else, Mr. Conley?  Mr. Conley,

6   anything else?

7        THE DEFENDANT:  I mean, since -- since I got the

8   discovery, it's the same from the state, and just like when

9   CitaraManis was arguing it with you, everything in there, like

10  the statements and all that is falsified, all of it.  Even the

11  weight -- the weight transactions and all that is different

12  throughout all the paperwork.  They saying it was like two gram

13  sales, but then when it got weighed, it was 1.4, and just

14  everything, so that's why I wanted the *Franks* hearing to get

15  argued also, and I never got that motion argued.

16       THE COURT:  Okay.  Okay.

17       THE DEFENDANT:  But y'all -- I ain't want to make it

18  seem like I am just Mr. Conley -- because this is, what, my

19  third inquiry?

20       THE COURT:  This would be -- you would get a fifth

21  attorney, Mr. CitaraManis having come back more than once, so

22  this would be a fifth attorney you'd get if you go forward now.

23       THE DEFENDANT:  No, it's not.  It's not the fifth.

24       THE COURT:  What's that?

25       THE DEFENDANT:  It's not the fifth.  Catherine -- we

1   paid for Catherine.

2           THE COURT:  It doesn't matter whether you paid for

3   the person or not.  This is your fifth attorney.  It doesn't

4   matter.  I mean, part of the issue is you have gotten free

5   legal counsel.

6           THE DEFENDANT:  How, if all of them not doing

7   nothing?

8           THE COURT:  All right.  Here is where I think I am on

9   this.  Let me find that I, frankly, find that you have --

10  either don't understand what's going on or you are manipulating

11  the system to try and not get to trial.  There is a strong case

12  to be made against you, but you have a fair chance to defend

13  against it.  But your suggestion that there is nothing out

14  there that in any way permits the case to go forward is simply

15  not true.  Not true.  That's why I have denied some of your

16  motions earlier, and they are not appealable now.

17      So I do find that, frankly, I am skeptical that the

18  reasons that you are giving are legitimate, but accepting that

19  to be so, I think you have created, you have created a failure

20  of communication that makes your representation by

21  Mr. Montemarano, who has appeared before me for years and as I

22  know to be an adequate and very capable attorney, and you are

23  saying things that, frankly, I have heard other defendants who

24  don't want to go to trial say before.

25      But you are going to go to trial.  Here is the drill:  At

1   some point, we have to make a decision.  You still got three

2   months to get an attorney through your family, and I will let

3   that person come in.  I am not going to force Mr. Montemarano

4   to represent you in this case.  I don't think it's fair to him.

5   It just isn't because I think the kinds of things he said are,

6   frankly, quite defensible.

7        If you get an attorney on your own, that attorney can

8   come in, but the attorney has to be ready for trial on

9   September 24th.  Has to be ready.  So get a hold of your

10  brother right away and tell him that's the story.

11       But if you don't get an attorney, let's say, within 30

12  days, I am inclined to appoint another one for you if I can

13  find one.  I think what you are going to find in this case is

14  really not too many people are going to want to represent you

15  because you have been so difficult heretofore.  I mean, that's

16  the reality.  You have asked for things --

17            THE DEFENDANT:  So --

18            THE COURT:  Don't you talk for a while.  You have

19  asked for things that just can't be done.  I don't know how far

20  in the future you think you want to spin this out, but I am

21  giving you the option of getting an attorney on your own to

22  represent you, and you got to do that right away; otherwise,

23  don't play the Court along on that.  And if we could find

24  another attorney to represent you, appointed -- and I know it's

25  really stretching the rules -- who would be willing to take you

1   on, and I don't know whether anybody would, then that's where

2   we will be.  But sooner or later, the case is going to get

3   tried.

4        Mr. Montemarano.

5        MR. MONTEMARANO:  I respectfully submit that if you

6   are going to replace me, Your Honor, it should be sooner as

7   opposed to later, and certainly no later than the middle of

8   July.  It would be unfair to new counsel to dump this --

9        THE COURT:  Well, I need a way to at least officially

10  send messages to the defendant, so your getting out too soon

11  kind of makes it a little problematic, but I am not holding you

12  responsible for preparing for trial is what I am saying.

13  Either he is going to have somebody -- you have got to get

14  somebody in right away.  We will see, I think, sooner than that

15  whether somebody might be appointed for you, but it's one of

16  those things where you are just not going to be able to say, at

17  that point, that person won't do all of the things that

18  Mr. Montemarano wouldn't do for me, and, therefore, I don't

19  want him or her either.  You are just creating a perpetual

20  problem here.

21       THE DEFENDANT:  So, basically what you are saying is

22  I am wrong?  I am wrong now --

23       THE COURT:  I am saying that.  I am definitely saying

24  that.

25       THE DEFENDANT:  How am I wrong if --

1          THE COURT:  Look, once the Court rules, you can't

2     argue and say, No, Judge, you are wrong, I am right.  I have

3     made that decision.  You are the one who is manipulating the

4     system.  That's my view.  I think you have asked for

5     unreasonable things --

6          THE DEFENDANT:  Everybody y'all appoint me not doing

7     nothing.

8          THE COURT:  I am making a decision.  You don't

9     interrupt when I do that.  You don't.

10         Now, as I say, there is a case to be made against you.  I

11    don't know whether it will prevail in the end or not, but I

12    have read all the reports and I see them, and I hear what you

13    are objecting to, and I don't find it particularly reasonable.

14         That said, I think you have still created an

15    impossibility for Mr. Montemarano to represent you, and I think

16    he's almost certainly right that another attorney coming in,

17    you are going to say the same thing about them, they will not

18    be able to change your mind about these things given the kind

19    of complaints you have made about him.

20         But you will go to trial, and I will -- I hope you will

21    find somebody right away, I mean, like, within the next two

22    weeks to represent you.  Talk to your brother immediately.  But

23    if you don't, I will see if I can get somebody else to

24    represent you.  And then I don't know how long you are going to

25    wait until you get to trial.  If you refuse to represent

1  yourself, which you can always do, then, in the situation -- we

2  are just going to have to confront that situation.  But, I

3  mean, going on and on from one attorney to the next, making the

4  same kinds of complaints that really are groundless, not going

5  to benefit you.  Here, you have been held for three years

6  already and you haven't had a trial.

7          THE DEFENDANT:  That's not on my behalf though.

8          THE COURT:  You have asked -- your attorney asked for

9  a competency hearing, and that took months.  Don't forget that.

10  So --

11          THE DEFENDANT:  I thought right after motions, trial

12  was supposed to be set up?

13          THE COURT:  Well, believe me, we have had extensions

14  based on largely your requests.

15      All right.  See if you can get the U.S. Attorney back in.

16          MR. MONTEMARANO:  I will go get her, Your Honor.

17      I would like to pose one question to the Court.

18          THE COURT:  Why don't you get her, or do you want to

19  say something before you get her?

20          MR. MONTEMARANO:  Yes.  Am I to continue to preparing

21  for trial?

22          THE COURT:  You what?

23          MR. MONTEMARANO:  Am I to continue preparing for

24  trial?

25          THE COURT:  Well, I don't see that you have to

1  prepare for trial.  No.  I am not holding you in the case.  I

2  mean, eventually, I am not holding you in the case.  I am

3  holding you in now for logistical purposes just so that notices

4  to the defendant go to you.  You are not officially removed

5  from the case at this point, but I am telling you now that you

6  will be.  All right?

7          MR. MONTEMARANO:  Thank you, Your Honor.

8          THE DEFENDANT:  How long do I got to wait to get the

9  rest of my discovery now?  It's been three years.  There is

10  nothing in my discovery.

11          THE COURT:  I don't have anything more to say to you

12  about that.

13      Ms. Brusca, I have determined that based on the essential

14  break down of communication, that Mr. Montemarano will not have

15  to try the case in September.  I have given the defendant the

16  option of, as I said many times along the way, getting private

17  counsel, which he should do promptly; if he doesn't, and he

18  hasn't quickly, we will immediately inquire into whether there

19  is yet another possible public defender appointee, if someone

20  will take his case.  And that person would have to be ready for

21  trial by September 24th.  So the trial date stands.

22      Mr. Montemarano is in the case until I excuse him because

23  I need to be able to have official communications with the

24  defendant through an attorney.

25          MS. BRUSCA:  Understood, Your Honor.

1          THE COURT:  That's the way we will do it.

2          So, right now, you can keep the trial date on, and then

3    we will make an inquiry with the magistrate judges about a

4    possible follow-on attorney, which, obviously, is the last one

5    that Mr. Conley will have, and that's what you will have to be

6    satisfied with.  And if you say, in the end, I can't do that

7    either, I got to represent myself, we will go through that

8    inquiry.

9          All right.  Is there anything else, then, at this point?

10          MS. BRUSCA:  Nothing further from the government.

11          MR. MONTEMARANO:  Not from the defense, Your Honor.

12    Thank you.

13          THE COURT:  All right.  Then you will hear from us,

14    Mr. Montemarano, about a possible substitute.

15          And Mr. Conley, again, I urge you to get your brother to

16    get on this right away and get you the attorney you have been

17    talking about.

18          THE DEFENDANT:  All right.  I know what's going on

19    here, but I will get through it.  I ain't going to let y'all

20    hang me, I know that.

21          MR. MONTEMARANO:  For the record, Your Honor, I will

22    notify Ms. Essex in as much as she's expecting to hear from me

23    relative to discussions we are having about the budget.

24          THE COURT:  All right.

25          (The proceedings were concluded at 2:47 p.m.)

1                    C E R T I F I C A T E

2

3          I, Renee A. Ewing, an Official Court Reporter for

4     the United States District Court for the District of Maryland,

5     do hereby certify that the foregoing is a true and correct

6     transcript of the stenographically reported proceedings taken

7     on the date and time previously stated in the above matter;

8     that the testimony of witnesses and statements of the parties

9     were correctly recorded in machine shorthand by me and

10    thereafter transcribed under my supervision with computer-aided

11    transcription to the best of my ability; and that I am neither

12    of counsel nor kin to any party in said action, nor interested

13    in the outcome thereof.

14

15                        Renee A  Ewing

16

17                        Renee A. Ewing, RPR, RMR, CRR
                          Official Court Reporter
18                        August 2, 2021

19

20

21

22

23

24

25

'

**1**

**1** [1] - 1:11
**1.4** [1] - 22:13
**100** [2] - 12:15
**125** [1] - 19:7
**12s** [1] - 15:4
**18th** [1] - 13:13

**2**

**2** [1] - 30:17
**20** [1] - 13:15
**2016** [1] - 7:19
**2019** [1] - 1:11
**2021** [1] - 30:17
**204** [1] - 1:20
**20770** [1] - 1:16
**21042** [1] - 1:21
**24th** [5] - 8:17, 16:2, 17:8, 24:9, 28:21
**2:10** [1] - 1:11
**2:47** [1] - 29:25

**3**

**30** [1] - 24:11
**301** [2] - 1:16, 1:23
**344-0863** [1] - 1:16
**344-3227** [1] - 1:23
**3826** [1] - 1:20
**39** [2] - 13:11, 19:23

**4**

**410** [1] - 1:21

**6**

**60** [1] - 16:11
**6406** [1] - 1:15

**7**

**700** [1] - 1:15

**9**

**992-0067** [1] - 1:21

**A**

**ability** [2] - 7:24, 30:11
**able** [4] - 14:19, 25:16, 26:18, 28:23
**absolutely** [3] - 14:25,

15:1, 15:3
**accept** [3] - 10:5, 10:13, 18:16
**accepting** [1] - 23:18
**accurate** [1] - 10:18
**accusations** [1] - 9:18
**act** [1] - 10:21
**action** [1] - 30:12
**add** [1] - 10:23
**address** [1] - 19:1
**addressing** [1] - 3:12
**adequate** [2] - 18:12, 23:22
**advised** [1] - 4:8
**Affairs** [1] - 16:22
**afternoon** [4] - 2:1, 2:3, 2:11, 2:13
**AGC** [1] - 3:16
**ago** [1] - 9:16
**agree** [1] - 10:17
**agreement** [1] - 20:25
**ahead** [1] - 11:19
**AIDED** [1] - 1:24
**aided** [1] - 30:10
**ain't** [6] - 5:11, 12:5, 13:2, 22:17, 29:19
**allege** [1] - 10:20
**alleging** [1] - 10:21
**allowed** [1] - 7:16
**almost** [2] - 11:6, 26:16
**AMERICA** [1] - 1:5
**America** [1] - 2:6
**amount** [1] - 9:3
**answer** [10] - 12:1, 15:12, 16:12, 18:23, 19:6, 19:8, 19:20, 20:8, 22:2
**answered** [1] - 17:15
**appeal** [8] - 9:14, 9:17, 13:14, 13:19, 15:23, 16:7, 20:5, 21:15
**appealable** [1] - 23:16
**appeals** [3] - 13:5, 13:6, 13:10
**appeared** [1] - 23:21
**appoint** [4] - 8:25, 10:9, 24:12, 26:6
**appointed** [7] - 2:14, 7:23, 8:3, 8:11, 14:14, 24:24, 25:15
**appointee** [1] - 28:19
**appointment** [1] - 8:8
**appropriate** [3] - 11:2, 11:9, 16:21
**argue** [3] - 13:3, 14:2, 26:2
**argued** [2] - 22:15
**arguing** [3] - 19:16,

22:9
**argument** [1] - 15:25
**attempted** [1] - 4:14
**Attorney** [1] - 27:15
**ATTORNEY** [1] - 1:14
**attorney** [32] - 5:9, 6:1, 6:13, 7:2, 8:10, 9:2, 9:7, 10:5, 10:25, 15:9, 17:21, 21:21, 21:23, 22:21, 22:22, 23:3, 23:22, 24:2, 24:7, 24:8, 24:11, 24:21, 24:24, 26:16, 27:3, 27:8, 28:24, 29:4, 29:16
**attorneys** [2] - 5:11, 7:20
**August** [1] - 30:17
**available** [1] - 16:23
**avoid** [1] - 21:25
**aware** [4] - 3:15, 12:24, 15:7, 20:23

**B**

**balance** [1] - 17:8
**Baldwin** [3] - 6:4, 6:5, 17:24
**bar** [1] - 3:24
**base** [1] - 18:3
**based** [4] - 7:13, 10:6, 27:14, 28:13
**basic** [1] - 8:19
**bear** [1] - 21:22
**BEFORE** [1] - 1:10
**begin** [2] - 3:15, 4:4
**beginning** [1] - 14:1
**behalf** [3] - 2:11, 2:15, 27:7
**bench** [1] - 3:9
**benefit** [1] - 27:5
**beside** [1] - 10:17
**best** [4] - 14:18, 16:5, 30:11
**between** [1] - 16:11
**beyond** [1] - 14:16
**bill** [2] - 21:6, 21:8
**bills** [1] - 21:10
**bit** [1] - 15:7
**bogus** [1] - 19:2
**bolts** [1] - 11:13
**books** [2] - 6:21
**bottom** [1] - 18:16
**box** [1] - 21:21
**break** [1] - 28:14
**bricks** [1] - 17:13
**broken** [1] - 18:24
**brother** [4] - 5:20, 24:10, 26:22, 29:15
**brought** [2] - 7:19,

19:14
**BRUSCA** [12] - 1:14, 2:11, 4:7, 6:2, 6:6, 6:10, 7:10, 7:18, 11:1, 11:14, 28:25, 29:10
**Brusca** [6] - 2:12, 4:5, 4:11, 5:23, 7:6, 28:13
**budget** [1] - 29:23
**building** [1] - 17:12
**burden** [1] - 21:22
**BY** [2] - 1:14, 1:19

**C**

**capable** [1] - 23:22
**care** [1] - 8:21
**Case** [1] - 2:5
**case** [37] - 2:18, 5:7, 5:13, 5:17, 6:3, 7:20, 9:16, 10:4, 11:19, 12:4, 12:7, 12:15, 12:16, 12:18, 12:22, 13:3, 13:6, 13:11, 13:19, 15:14, 15:22, 16:25, 17:13, 19:2, 23:11, 23:14, 24:4, 24:13, 25:2, 26:10, 28:1, 28:2, 28:5, 28:15, 28:20, 28:22
**cases** [3] - 15:10, 17:9, 21:21
**Catherine** [2] - 22:25, 23:1
**century** [1] - 18:21
**certain** [3] - 7:4, 10:10, 16:23
**certainly** [4] - 16:24, 18:14, 25:7, 26:16
**certify** [1] - 30:5
**chance** [1] - 23:12
**change** [2] - 18:25, 26:18
**charge** [3] - 7:12, 7:13
**Circuit** [1] - 21:9
**circular** [1] - 15:25
**CitaraManis** [9] - 5:25, 8:3, 8:5, 9:24, 15:5, 20:25, 22:9, 22:21
**City** [1] - 1:21
**CJA** [1] - 2:14
**claims** [1] - 20:17
**clarifies** [1] - 21:8
**cleaning** [1] - 15:11
**clear** [1] - 9:20
**clearly** [1] - 6:13
**CLERK** [1] - 2:4
**clerk** [1] - 3:22
**colonel** [1] - 17:16

**coming** [1] - 26:16
**comments** [1] - 3:9
**communication** [4] - 18:12, 18:18, 23:20, 28:14
**communications** [1] - 28:23
**compel** [1] - 20:22
**competency** [3] - 13:23, 13:25, 27:9
**complained** [1] - 21:2
**complaining** [1] - 11:20
**complaint** [3] - 3:24, 8:20, 10:15
**complaints** [3] - 8:7, 26:19, 27:4
**complex** [1] - 17:5
**compliant** [1] - 8:13
**complicated** [1] - 7:25
**computer** [1] - 30:10
**COMPUTER** [1] - 1:24
**computer-aided** [1] - 30:10
**COMPUTER-AIDED** [1] - 1:24
**concerning** [1] - 16:23
**concluded** [1] - 29:25
**confirmed** [1] - 8:12
**conflict** [2] - 18:11, 18:17
**confront** [1] - 27:2
**Conley** [31] - 2:6, 2:15, 2:17, 2:22, 3:3, 3:13, 3:15, 3:24, 4:13, 4:17, 6:15, 8:6, 8:18, 8:19, 8:25, 11:19, 14:25, 15:15, 16:1, 16:5, 16:6, 17:10, 18:25, 19:9, 21:7, 21:20, 22:5, 22:18, 29:5, 29:15
**CONLEY** [1] - 1:8
**Conley's** [2] - 8:14, 21:7
**considerable** [1] - 9:4
**continue** [4] - 2:18, 5:13, 27:20, 27:23
**convened** [2] - 4:9, 6:7
**conversations** [1] - 16:8
**convicted** [1] - 20:6
**copy** [7] - 2:24, 3:2, 3:8, 3:17, 3:19, 4:1, 4:13
**correct** [5] - 4:18, 6:6, 14:25, 15:1, 30:5
**correctly** [1] - 30:9
**cottage** [1] - 15:8

Counsel [1] - 2:3
counsel [21] - 2:9, 2:14, 2:18, 3:24, 4:10, 4:11, 4:18, 4:23, 7:8, 7:9, 7:22, 7:24, 8:3, 8:23, 9:1, 10:9, 11:6, 23:5, 25:8, 28:17, 30:12
count [1] - 5:24
counting [1] - 8:3
counts [1] - 7:11
couple [1] - 16:25
course [3] - 17:12, 17:13, 20:1
Court [18] - 2:5, 2:7, 3:9, 3:15, 3:19, 4:15, 7:22, 8:24, 8:25, 9:20, 15:7, 18:10, 24:23, 26:1, 27:17, 30:3, 30:4, 30:17
court [1] - 8:3
COURT [85] - 1:1, 1:23, 2:1, 2:9, 2:16, 2:24, 3:2, 3:5, 3:11, 3:20, 3:22, 4:1, 4:4, 4:16, 4:21, 5:1, 5:6, 5:12, 5:22, 6:5, 6:9, 6:12, 6:18, 6:22, 7:1, 7:16, 8:2, 8:9, 8:16, 8:22, 9:9, 9:12, 9:22, 9:25, 10:3, 11:4, 11:8, 11:11, 11:15, 11:18, 12:1, 12:11, 12:24, 13:5, 13:9, 13:14, 13:17, 13:22, 14:2, 14:12, 15:16, 16:14, 17:2, 17:4, 17:22, 18:5, 18:9, 19:9, 19:18, 19:20, 20:1, 20:4, 20:8, 20:15, 20:21, 22:5, 22:16, 22:20, 22:24, 23:2, 23:8, 24:18, 25:9, 25:23, 26:1, 26:8, 27:8, 27:13, 27:18, 27:22, 27:25, 28:11, 29:1, 29:13, 29:24
court-appointed [1] - 8:3
cover [1] - 3:23
created [3] - 23:19, 26:14
creating [1] - 25:19
criminal [1] - 18:1
Criminal [1] - 2:5
CRIMINAL [1] - 1:5
CRR [2] - 1:23, 30:16
current [1] - 7:8

**D**

Dana [1] - 2:12
DANA [1] - 1:14
dana.brusca@usdoj.gov [1] - 1:17
date [7] - 5:15, 5:23, 13:15, 21:18, 28:21, 29:2, 30:7
days [3] - 7:17, 17:7, 24:12
decide [1] - 14:14
decides [2] - 8:24, 8:25
decision [3] - 24:1, 26:3, 26:8
defend [1] - 23:12
defendant [8] - 2:10, 2:20, 6:7, 11:18, 25:10, 28:4, 28:15, 28:24
Defendant [1] - 1:9
DEFENDANT [44] - 1:18, 3:4, 4:20, 4:24, 5:4, 5:10, 5:20, 6:11, 6:17, 6:19, 6:24, 9:8, 9:11, 11:21, 12:3, 12:12, 13:1, 13:8, 13:11, 13:15, 13:20, 13:24, 14:5, 19:11, 19:19, 19:22, 20:3, 20:7, 20:13, 20:19, 21:19, 22:7, 22:17, 22:23, 22:25, 23:6, 24:17, 25:21, 25:25, 26:6, 27:7, 27:11, 28:8, 29:18
defendants [1] - 23:23
defender [1] - 28:19
defense [3] - 18:12, 19:1, 28:19
defensible [1] - 24:6
definitely [1] - 25:23
demand [2] - 21:4, 21:6
demands [1] - 16:6
denied [2] - 13:3, 23:15
DEPUTY [1] - 2:4
designated [1] - 15:8
desires [1] - 8:14
detailed [1] - 16:13
details [1] - 16:9
determined [1] - 28:13
different [7] - 4:10, 6:10, 15:4, 15:19, 15:24, 17:17, 22:11
difficult [2] - 8:15, 24:15
difficulty [1] - 14:4

directed [1] - 3:9
directly [1] - 3:10
disagreement [1] - 9:3
discharged [1] - 14:20
disciplinary [1] - 3:18
discovery [8] - 19:23, 20:23, 20:25, 21:4, 22:8, 28:9, 28:10
discussed [1] - 21:12
discussions [2] - 17:22, 29:23
disfavors [1] - 21:9
dismiss [2] - 21:11, 21:14
disqualifier [1] - 16:4
disqualify [1] - 7:7
dissatisfaction [1] - 17:16
dissatisfied [1] - 14:21
distribution [1] - 7:11
DISTRICT [3] - 1:1, 1:2, 1:11
District [2] - 30:4
DIVISION [1] - 1:3
documents [1] - 7:21
done [9] - 4:23, 11:7, 12:5, 12:17, 14:19, 16:5, 20:4, 20:9, 24:19
down [8] - 3:5, 11:11, 12:8, 12:9, 12:17, 14:8, 16:10, 28:14
drill [1] - 23:25
drug [2] - 21:17
dump [2] - 17:18, 25:8

**E**

edifice [1] - 17:12
either [5] - 13:2, 23:10, 25:13, 25:19, 29:7
element [1] - 18:13
Ellicott [1] - 1:21
email [1] - 18:1
end [4] - 5:15, 5:23, 26:11, 29:6
enhancements [1] - 18:2
entitled [1] - 13:6
errors [2] - 12:15
ESQUIRE [2] - 1:14, 1:19
essential [1] - 28:13
essentially [2] - 7:7, 8:2
Essex [1] - 29:22
evaluations [1] - 10:10

event [3] - 9:25, 10:8, 18:16
events [1] - 7:14
eventually [2] - 10:4, 28:2
evidence [4] - 15:21, 16:17, 19:3, 21:12
Ewing [1] - 1:23, 30:3, 30:15, 30:16
ex [1] - 11:5
exactly [1] - 8:20
example [3] - 12:25, 16:22, 19:21
excuse [3] - 9:5, 11:2, 28:22
excused [1] - 11:8
exist [1] - 16:18
expecting [1] - 29:22
experience [2] - 16:11, 17:8
experienced [1] - 16:10
explain [1] - 17:10
Explain [1] - 15:21
extensions [1] - 27:13

**F**

fact [1] - 7:4
failure [2] - 10:21, 23:19
fair [2] - 23:12, 24:4
falsified [1] - 22:10
family [3] - 4:22, 5:18, 24:2
far [1] - 24:19
Faretta [4] - 2:7, 4:9, 4:13, 6:7
felon [1] - 7:12
few [3] - 4:17, 10:12, 11:7
fifth [9] - 8:2, 9:7, 10:25, 14:4, 22:20, 22:22, 22:23, 22:25, 23:3
fight [1] - 14:6
figuring [1] - 8:14
file [6] - 9:14, 16:18, 17:20, 19:22, 20:14, 21:16
filed [4] - 3:16, 9:15, 12:25, 13:2
files [1] - 16:22
findings [2] - 7:4, 8:23
first [5] - 3:13, 8:20, 10:10, 18:23, 21:15
fly [1] - 16:7
Flynn [1] - 8:5
follow [1] - 29:4
follow-on [1] - 29:4

following [2] - 18:2, 18:3
FOR [3] - 1:2, 1:13, 1:18
force [1] - 24:3
forced [4] - 5:10, 5:12, 11:24, 11:25
foregoing [1] - 30:5
forget [1] - 27:9
formal [2] - 3:16, 17:25
forth [1] - 19:12
forward [4] - 5:8, 17:20, 22:22, 23:14
foundation [1] - 17:14
four [4] - 7:16, 15:19, 17:7, 20:19
fourth [4] - 5:25, 15:9, 15:14, 21:11
Fourth [1] - 21:9
frankly [5] - 9:4, 23:9, 23:17, 23:23, 24:6
Franks [1] - 22:14
free [1] - 23:4
fresh [1] - 16:7
frustrate [1] - 9:5
furtherance [1] - 7:12
future [1] - 24:20

**G**

gather [1] - 2:19
general [1] - 4:3
gentlemen [1] - 2:1
given [3] - 18:15, 26:18, 28:15
GOVERNMENT [1] - 1:13
government [10] - 2:10, 2:20, 3:1, 3:7, 4:8, 5:7, 11:8, 19:4, 20:24, 29:10
government's [1] - 5:22
gram [1] - 22:12
grand [1] - 21:13
great [2] - 18:11, 18:17
GREENBELT [1] - 1:12
Greenbelt [1] - 1:16
grievance [2] - 3:16, 16:3
groundless [1] - 27:4
grow [1] - 16:6
guess [3] - 5:4, 6:8, 13:17
guideline [1] - 18:3
gun [1] - 7:12

## H

**habit** [1] - 17:18
**hair** [1] - 16:7
**half** [1] - 15:10
**hand** [2] - 3:5, 3:22
**handling** [1] - 6:4
**handwritten** [1] - 2:17
**hang** [3] - 12:22, 12:23, 29:20
**happy** [3] - 10:5, 17:19, 17:20
**hard** [1] - 17:12
**head** [1] - 16:7
**hear** [10] - 9:9, 9:12, 13:17, 14:22, 15:12, 18:5, 20:11, 26:12, 29:13, 29:22
**heard** [3] - 19:3, 20:11, 23:23
**hearing** [16] - 2:8, 2:16, 4:9, 4:10, 6:7, 6:8, 6:13, 8:11, 11:4, 13:12, 13:23, 13:25, 15:6, 22:14, 27:9
**held** [1] - 27:5
**helpful** [1] - 3:20
**hereby** [1] - 30:5
**heretofore** [2] - 10:7, 24:15
**himself** [1] - 6:8
**history** [1] - 18:1
**hitter** [1] - 15:8
**hold** [2] - 20:21, 24:9
**holding** [4] - 25:11, 28:1, 28:2, 28:3
**Honor** [20] - 2:3, 2:11, 2:13, 4:7, 6:2, 7:10, 8:7, 8:18, 11:1, 11:14, 11:17, 17:9, 18:20, 21:20, 25:6, 27:16, 28:7, 28:25, 29:11, 29:21
**Honor's** [1] - 4:14
**HONORABLE** [1] - 1:10
**hope** [1] - 26:20
**house** [1] - 19:24

## I

**IAD** [4] - 19:22, 20:13, 21:16
**idea** [1] - 13:7
**identify** [1] - 2:9
**illegal** [1] - 19:25
**immediate** [1] - 7:8
**immediately** [3] - 13:21, 26:22, 28:18
**impossibility** [1] -

26:15
**IN** [1] - 1:1
**inadequate** [1] - 18:18
**inasmuch** [1] - 4:9
**inclined** [1] - 24:12
**incorrect** [3] - 2:21, 15:1, 15:3
**indictment** [4] - 7:11, 7:14, 7:19, 21:13
**industry** [1] - 15:8
**information** [1] - 12:8
**informed** [1] - 4:12
**informing** [1] - 16:4
**initial** [1] - 6:2
**inquire** [1] - 28:18
**inquired** [2] - 3:6, 18:15
**inquiry** [10] - 3:8, 4:4, 4:14, 6:13, 7:2, 8:11, 18:10, 22:19, 29:3, 29:8
**insanity** [1] - 19:8
**inspection** [1] - 21:4
**interested** [1] - 30:12
**Internal** [1] - 16:22
**interrupt** [1] - 26:9
**investigator** [1] - 15:19
**involved** [1] - 6:3
**irretrievably** [1] - 18:24
**issue** [2] - 16:20, 23:4
**Ivy** [1] - 1:15

## J

**January** [6] - 12:4, 12:5, 12:7, 12:17, 13:12, 19:15
**job** [1] - 14:10
**joining** [1] - 4:11
**judge** [1] - 8:12
**Judge** [10] - 3:17, 3:18, 4:2, 8:6, 8:10, 14:16, 16:2, 16:4, 19:3, 26:2
**JUDGE** [1] - 1:11
**judges** [1] - 29:3
**July** [2] - 12:17, 25:8
**JULY** [1] - 1:11
**jury** [1] - 21:13

## K

**keep** [3] - 5:8, 12:6, 29:2
**kin** [1] - 30:12
**kind** [2] - 25:11, 26:18
**kinds** [3] - 17:9, 24:5, 27:4

## L

**lack** [2] - 18:11, 18:18
**ladies** [1] - 2:1
**laid** [1] - 17:14
**Lane** [1] - 1:15
**laps** [1] - 17:19
**largely** [1] - 27:14
**last** [3] - 12:19, 18:10, 29:4
**laughs** [1] - 19:5
**law** [2] - 21:9, 22:2
**Lawless** [1] - 3:24
**lawyer** [7] - 5:19, 12:14, 13:6, 14:4, 14:8, 14:11, 14:15
**lawyers** [1] - 14:20
**leading** [1] - 18:3
**least** [4] - 10:12, 15:14, 18:1, 25:9
**legal** [1] - 23:5
**legitimate** [1] - 23:18
**less** [1] - 22:3
**letter** [13] - 2:17, 2:19, 2:24, 3:2, 3:17, 3:23, 4:14, 9:10, 10:16, 10:23, 10:24, 12:3, 17:25
**level** [3] - 16:8, 18:2, 18:3
**lie** [2] - 18:22, 21:14
**lies** [1] - 10:21
**life** [3] - 12:6, 12:7, 14:6
**limine** [1] - 16:19
**line** [1] - 18:17
**linear** [1] - 17:11
**list** [3] - 12:15, 14:10, 15:18
**listen** [3] - 9:13, 13:18, 21:19
**lists** [1] - 12:13
**litigated** [1] - 21:1
**logistical** [1] - 28:3
**look** [1] - 26:1
**looked** [1] - 10:16
**looking** [1] - 4:24
**looks** [3] - 7:14, 9:4, 14:3
**Lydia** [1] - 3:23

## M

**machine** [1] - 30:9
**magistrate** [1] - 29:3
**mail** [1] - 2:23
**man** [1] - 12:21
**manipulating** [2] - 23:10, 26:3

**manufactured** [1] - 9:4
**MARYLAND** [2] - 1:2, 1:12
**Maryland** [3] - 1:16, 1:21, 30:4
**matter** [7] - 2:4, 2:7, 6:3, 6:4, 23:2, 23:4, 30:7
**matters** [1] - 3:19
**mean** [18] - 5:4, 5:10, 6:17, 6:20, 9:10, 9:25, 11:21, 12:4, 12:12, 16:15, 18:10, 19:17, 22:7, 23:4, 24:15, 26:21, 27:3, 28:2
**meantime** [1] - 5:7
**members** [1] - 19:7
**merry** [1] - 16:1
**merry-go-round** [1] - 16:1
**messages** [1] - 25:10
**messenger** [1] - 10:2
**MESSITTE** [1] - 1:10
**Michael** [1] - 2:14
**MICHAEL** [2] - 1:19, 1:19
**middle** [1] - 25:7
**might** [3] - 3:20, 5:16, 25:15
**Mill** [1] - 1:20
**mind** [1] - 26:18
**misnomer** [1] - 6:13
**missing** [2] - 20:23, 21:3
**moment** [1] - 9:13
**Monday** [1] - 17:21
**MONDAY** [1] - 1:11
**Montemarano** [19] - 2:14, 2:18, 4:5, 4:19, 8:16, 9:19, 10:19, 14:13, 14:22, 14:24, 20:16, 23:21, 24:3, 25:4, 25:18, 26:15, 28:14, 28:22, 29:14
**MONTEMARANO** [39] - 1:19, 1:19, 2:13, 2:22, 2:25, 3:6, 3:14, 3:21, 3:23, 4:2, 4:8, 8:4, 8:4, 8:10, 10:4, 11:6, 11:9, 11:12, 11:17, 14:25, 15:18, 16:16, 17:3, 17:5, 17:24, 18:7, 18:20, 20:17, 20:22, 21:20, 25:5, 27:16, 27:20, 27:23, 28:7, 29:11, 29:21
**montemarano67@**

**gmail.com** [1] - 1:22
**month** [1] - 16:19
**months** [8] - 5:1, 10:12, 10:13, 13:11, 13:15, 19:23, 24:2, 27:9
**motion** [10] - 9:17, 10:11, 13:12, 18:14, 20:4, 20:22, 21:11, 21:13, 22:15
**motions** [22] - 9:14, 9:15, 12:18, 12:24, 13:8, 13:10, 13:12, 13:19, 13:21, 15:23, 16:8, 16:18, 19:19, 20:19, 21:1, 21:15, 23:16, 27:11
**move** [1] - 17:15
**MR** [37] - 2:13, 2:22, 2:25, 3:6, 3:14, 3:21, 3:23, 4:2, 4:8, 8:4, 8:10, 8:17, 9:20, 9:23, 10:1, 11:6, 11:9, 11:12, 11:17, 14:25, 15:18, 16:16, 17:3, 17:5, 17:24, 18:7, 18:20, 20:17, 20:22, 21:20, 25:5, 27:16, 27:20, 27:23, 28:7, 29:11, 29:21
**MS** [11] - 2:11, 4:7, 6:2, 6:6, 6:10, 7:10, 7:18, 11:1, 11:14, 28:25, 29:10

## N

**nail** [1] - 16:9
**names** [1] - 7:21
**nature** [4] - 10:15, 16:14, 16:16, 16:17
**need** [17] - 6:17, 6:19, 6:23, 9:7, 9:9, 10:3, 10:24, 10:25, 13:18, 14:5, 14:6, 14:13, 14:15, 17:14, 18:5, 25:9, 28:23
**needed** [1] - 7:17
**needs** [2] - 8:15, 11:18
**never** [2] - 6:11, 22:15
**new** [7] - 7:22, 7:24, 8:8, 10:9, 10:24, 17:21, 25:8
**next** [4] - 2:15, 17:15, 26:21, 27:3
**NO** [1] - 1:5
**nobody** [1] - 5:21
**non** [2] - 17:11, 17:11
**non-linear** [1] - 17:11
**notes** [1] - 19:13

**NOTES** [1] - 1:24
**nothing** [13] - 5:11, 12:5, 12:18, 14:8, 14:10, 19:23, 23:7, 23:13, 26:7, 28:10, 29:10
**notices** [1] - 28:3
**notify** [1] - 29:22
**notwithstanding** [1] - 16:3
**number** [3] - 7:20, 7:21, 21:3
**numbers** [1] - 18:8
**nuts** [1] - 11:13

## O

**objecting** [1] - 26:13
**obviously** [2] - 14:20, 29:4
**occasion** [1] - 4:22
**OF** [5] - 1:2, 1:5, 1:10, 1:14, 1:24
**offense** [4] - 16:14, 16:16, 18:2, 18:3
**OFFICE** [1] - 1:14
**officers** [1] - 16:23
**OFFICIAL** [1] - 1:23
**official** [2] - 28:23, 30:17
**Official** [1] - 30:3
**officially** [2] - 25:9, 28:4
**often** [2] - 15:6, 15:12
**once** [2] - 22:21, 26:1
**one** [28] - 3:5, 3:12, 3:14, 4:22, 5:10, 5:12, 5:14, 7:14, 8:4, 8:7, 11:21, 12:6, 12:13, 13:9, 14:4, 15:13, 17:25, 19:20, 20:9, 20:18, 21:3, 24:12, 24:13, 25:15, 26:3, 27:3, 27:17, 29:4
**one-day** [1] - 7:14
**ones** [1] - 13:2
**open** [1] - 15:10
**opinion** [3] - 15:13, 15:14
**opposed** [1] - 25:7
**option** [2] - 24:21, 28:16
**otherwise** [1] - 24:22
**outcome** [1] - 30:13
**outside** [2] - 11:14, 11:15
**own** [4] - 7:7, 7:9, 24:7, 24:21

## P

**P.A** [1] - 1:19
**p.m** [1] - 29:25
**P.M** [1] - 1:11
**page** [1] - 20:18
**paid** [2] - 23:1, 23:2
**panel** [2] - 15:9, 19:7
**paper** [1] - 20:13
**papers** [1] - 19:14
**paperwork** [1] - 22:12
**part** [2] - 9:5, 23:4
**parte** [1] - 11:5
**particular** [1] - 17:16
**particularly** [5] - 4:15, 6:3, 7:25, 8:21, 26:13
**particulars** [2] - 21:6, 21:8
**parties** [1] - 30:8
**parts** [1] - 19:16
**party** [1] - 30:12
**pattern** [1] - 17:11
**Paul** [1] - 1:20
**pending** [1] - 2:4
**people** [1] - 24:14
**people's** [1] - 17:19
**perceives** [1] - 16:18
**permits** [1] - 23:14
**perpetual** [1] - 25:19
**person** [6] - 14:17, 15:4, 23:3, 24:3, 25:17, 28:20
**PETER** [1] - 1:10
**pinch** [1] - 15:8
**PJM-16-0403** [1] - 2:5
**PJM-16-403** [1] - 1:5
**Plaintiff** [1] - 1:6
**plans** [1] - 7:9
**play** [1] - 24:23
**plea** [2] - 17:22, 17:25
**plenty** [3] - 13:1, 19:14, 19:16
**point** [8] - 4:17, 8:6, 10:6, 21:13, 24:1, 25:17, 28:5, 29:9
**police** [1] - 17:4
**pose** [1] - 27:17
**position** [2] - 5:22, 10:19
**possession** [2] - 7:12, 7:13
**possible** [3] - 28:19, 29:4, 29:14
**practice** [1] - 22:2
**practicing** [1] - 18:21
**preliminarily** [1] - 4:6
**prepare** [1] - 28:1
**preparing** [3] - 25:12,

27:20, 27:23
**present** [1] - 15:22
**presently** [1] - 15:10
**prevail** [1] - 26:11
**preventing** [1] - 18:12
**previously** [1] - 30:7
**private** [3] - 4:23, 5:19, 28:16
**privately** [1] - 8:4
**problem** [9] - 3:11, 8:19, 12:2, 15:11, 15:22, 17:21, 19:1, 21:24, 25:20
**problematic** [1] - 25:11
**problems** [3] - 16:17, 17:18, 21:25
**proceeding** [4] - 7:8, 11:23, 11:24, 12:21
**proceedings** [2] - 29:25, 30:6
**PROCEEDINGS** [1] - 1:10
**promptly** [1] - 28:17
**propose** [1] - 5:3
**provided** [4] - 3:7, 3:16, 4:13, 20:24
**public** [1] - 28:19
**purposes** [1] - 28:3
**pursuant** [2] - 2:14, 20:24
**put** [4] - 4:12, 10:19, 19:4, 20:20
**putting** [1] - 14:3

## Q

**quarter** [1] - 18:21
**questions** [4] - 4:17, 16:13, 17:13, 17:14
**quickly** [1] - 28:18
**quite** [3] - 7:20, 7:21, 24:6

## R

**range** [1] - 18:3
**rasa** [1] - 4:15
**rather** [1] - 12:22
**read** [7] - 6:20, 6:21, 9:10, 10:6, 10:23, 17:2, 26:12
**ready** [8] - 7:24, 8:17, 16:2, 16:20, 17:20, 24:8, 24:9, 28:20
**real** [1] - 9:10
**reality** [1] - 24:16
**really** [7] - 5:13, 9:9, 12:1, 19:11, 24:14, 24:25, 27:4

**reason** [3] - 8:13, 8:14, 19:13
**reasonable** [2] - 20:11, 26:13
**reasonably** [1] - 16:25
**reasons** [3] - 13:22, 18:15, 23:18
**receive** [1] - 8:8
**recently** [1] - 5:18
**record** [2] - 4:12, 29:21
**recorded** [1] - 30:9
**recovered** [1] - 19:24
**redundant** [1] - 21:5
**reference** [1] - 21:16
**reflected** [1] - 8:6
**refusal** [1] - 15:2
**refuse** [1] - 26:25
**regarding** [1] - 3:7
**relates** [1] - 15:2
**relative** [1] - 29:23
**removed** [1] - 28:4
**Renee** [4] - 1:23, 30:3, 30:15, 30:16
**repeated** [1] - 20:17
**replace** [2] - 19:7, 25:6
**replaced** [1] - 17:20
**replacement** [2] - 3:18, 21:21
**replacing** [1] - 18:25
**reply** [1] - 2:3
**report** [1] - 17:4
**reported** [1] - 30:6
**REPORTER** [1] - 1:23
**Reporter** [2] - 30:3, 30:17
**reports** [1] - 26:12
**represent** [19] - 6:8, 6:15, 6:16, 6:20, 6:22, 6:24, 7:3, 11:22, 11:23, 11:25, 24:4, 24:14, 24:22, 24:24, 26:15, 26:22, 26:24, 26:25, 29:7
**representation** [2] - 10:6, 23:20
**representations** [1] - 7:23
**request** [1] - 20:18
**requested** [1] - 10:21
**requests** [3] - 20:18, 20:22, 27:14
**required** [1] - 11:4
**requires** [1] - 10:10
**requisite** [1] - 8:23
**residence** [1] - 21:7
**respectfully** [1] - 25:5
**response** [3] - 2:20,

10:20, 19:10
**responsible** [1] - 25:12
**rest** [1] - 28:9
**results** [2] - 18:11, 18:18
**retain** [2] - 4:1, 4:22
**retained** [1] - 8:4
**ripe** [1] - 16:19
**RMR** [2] - 1:23, 30:16
**Road** [1] - 1:20
**round** [1] - 16:1
**routine** [1] - 20:25
**routinely** [1] - 15:10
**RPR** [2] - 1:23, 30:16
**ruled** [4] - 9:15, 12:25, 15:23, 20:1
**rules** [3] - 9:16, 24:25, 26:1

## S

**safe** [1] - 16:11
**Sakuri** [1] - 2:6
**SAKURI** [1] - 1:8
**sale** [1] - 2:6
**sales** [2] - 17:1, 22:13
**satisfied** [3] - 6:23, 15:15, 29:6
**screwed** [1] - 21:23
**search** [2] - 19:24, 21:7
**seat** [2] - 2:2, 14:12
**second** [1] - 15:13
**see** [11] - 4:13, 4:21, 7:10, 7:18, 15:20, 21:8, 25:14, 26:12, 26:23, 27:15, 27:25
**seek** [1] - 16:24
**seem** [3] - 7:25, 12:6, 22:18
**send** [1] - 25:10
**sense** [2] - 10:11, 10:12
**September** [7] - 5:15, 5:24, 7:6, 7:24, 24:9, 28:15, 28:21
**series** [1] - 7:14
**set** [8] - 2:16, 5:15, 7:6, 13:15, 13:20, 17:6, 17:7, 27:12
**several** [1] - 5:1
**share** [1] - 2:25
**shared** [1] - 2:20
**Shay** [1] - 3:6
**shorthand** [1] - 30:9
**show** [1] - 10:8
**simply** [3] - 9:6, 17:11, 23:14
**sits** [1] - 2:15

**situation** [5] - 11:5, 14:7, 15:7, 27:1, 27:2
**six** [1] - 15:20
**size** [1] - 15:4
**skeptical** [1] - 23:17
**smirking** [1] - 19:5
**solution** [1] - 19:7
**someone** [1] - 28:19
**soon** [1] - 25:10
**sooner** [1] - 25:2, 25:6, 25:14
**sort** [4] - 7:14, 10:20, 17:23, 21:4
**SOUTHERN** [1] - 1:3
**specific** [3] - 16:9, 16:13, 17:14
**specifically** [1] - 3:8
**specify** [1] - 15:16
**spin** [1] - 24:20
**spoken** [1] - 4:2
**standing** [1] - 15:4
**stands** [1] - 28:21
**start** [2] - 3:12, 12:12
**starting** [1] - 21:23
**state** [1] - 22:8
**statement** [1] - 10:18
**statements** [3] - 9:13, 22:10, 30:8
**States** [3] - 2:5, 2:12, 30:4
**STATES** [4] - 1:1, 1:5, 1:11, 1:14
**status** [1] - 15:22
**stay** [1] - 11:2
**stenographically** [1] - 30:6
**STENOTYPE** [1] - 1:24
**step** [1] - 11:11
**steps** [1] - 7:7
**stick** [1] - 15:13
**still** [6] - 4:24, 5:16, 13:1, 14:14, 24:1, 26:14
**story** [1] - 24:10
**straight** [1] - 16:12
**straightforward** [1] - 16:25
**stretching** [1] - 24:25
**strong** [1] - 23:11
**stuck** [1] - 14:17
**submit** [1] - 25:5
**subpoena** [1] - 16:22
**subpoenas** [1] - 16:21
**subsequent** [1] - 4:14
**substitute** [1] - 29:14
**substitution** [1] - 8:23
**suggestion** [2] - 8:16,

23:13
**Suite** [2] - 1:15, 1:20
**Sullivan** [3] - 8:6, 8:10, 14:16
**Sullivan's** [1] - 16:4
**supervision** [1] - 30:10
**supposed** [6] - 12:13, 12:14, 13:13, 13:24, 13:25, 27:12
**suppress** [2] - 9:15, 12:25
**sworn** [1] - 11:19
**system** [2] - 23:11, 26:4

## T

**table** [1] - 2:15
**tabula** [1] - 4:15
**terms** [3] - 3:18, 4:3, 15:1
**testimony** [1] - 30:8
**THE** [133] - 1:1, 1:2, 1:10, 1:13, 1:14, 1:18, 2:1, 2:4, 2:9, 2:16, 2:24, 3:2, 3:4, 3:5, 3:11, 3:20, 3:22, 4:1, 4:4, 4:16, 4:20, 4:21, 4:24, 5:1, 5:4, 5:6, 5:10, 5:12, 5:20, 5:22, 6:5, 6:9, 6:11, 6:12, 6:17, 6:18, 6:19, 6:22, 6:24, 7:1, 7:16, 8:2, 8:9, 8:16, 8:22, 9:8, 9:9, 9:11, 9:12, 9:22, 9:25, 10:3, 11:4, 11:8, 11:11, 11:15, 11:18, 11:21, 12:1, 12:3, 12:11, 12:12, 12:24, 13:1, 13:5, 13:8, 13:9, 13:11, 13:14, 13:15, 13:17, 13:20, 13:22, 13:24, 14:2, 14:5, 14:12, 15:16, 16:14, 17:2, 17:4, 17:22, 18:5, 18:9, 19:9, 19:11, 19:18, 19:19, 19:20, 19:22, 20:1, 20:3, 20:4, 20:7, 20:8, 20:13, 20:15, 20:19, 20:21, 21:19, 22:5, 22:7, 22:16, 22:17, 22:20, 22:23, 22:24, 22:25, 23:2, 23:6, 23:8, 24:17, 24:18, 25:9, 25:21, 25:23, 25:25, 26:1, 26:6, 26:8,

27:7, 27:8, 27:11, 27:13, 27:18, 27:22, 27:25, 28:8, 28:11, 29:1, 29:13, 29:18, 29:24
**thereafter** [1] - 30:10
**therefore** [1] - 25:18
**thereof** [1] - 30:13
**thinks** [1] - 19:1
**third** [4] - 15:9, 15:14, 18:13, 22:19
**three** [5] - 7:11, 10:13, 24:1, 27:5, 28:9
**throughout** [1] - 22:12
**Tiba** [1] - 2:6
**TIBA** [1] - 1:8
**timely** [3] - 10:11, 10:14, 18:14
**Titus'** [1] - 3:18
**today** [2] - 4:9, 16:3
**together** [1] - 18:23
**took** [2] - 12:18, 27:9
**total** [1] - 18:11
**tracked** [1] - 15:5
**transactions** [3] - 21:17, 21:18, 22:11
**transcribed** [1] - 30:10
**TRANSCRIPT** [1] - 1:10
**transcript** [1] - 30:6
**TRANSCRIPTION** [1] - 1:24
**transcription** [1] - 30:11
**trial** [29] - 2:15, 5:15, 5:23, 7:6, 9:6, 9:17, 10:13, 12:12, 13:13, 13:15, 13:20, 16:20, 18:23, 23:11, 23:24, 23:25, 24:8, 25:12, 26:20, 26:25, 27:6, 27:11, 27:21, 27:24, 28:1, 28:21, 29:2
**tried** [4] - 13:7, 16:9, 17:10, 25:3
**true** [3] - 23:15, 30:5
**try** [6] - 5:7, 5:17, 10:4, 21:25, 23:11, 28:15
**trying** [1] - 5:14
**twice** [2] - 5:25, 8:3
**two** [4] - 17:6, 21:7, 22:12, 26:21

## U

**U.S** [1] - 27:15
**ultimately** [1] - 9:6
**under** [2] - 9:16, 30:10
**undercover** [1] - 16:25
**understood** [1] -

28:25
**unfair** [1] - 25:8
**United** [3] - 2:5, 2:12, 30:4
**UNITED** [4] - 1:1, 1:5, 1:11, 1:14
**unreasonable** [1] - 26:5
**up** [11] - 3:22, 7:16, 7:22, 12:7, 12:19, 13:15, 13:20, 15:11, 21:23, 27:12
**urge** [1] - 29:15
**usual** [1] - 20:24

## V

**Versis** [1] - 16:10
**view** [3] - 7:5, 18:1, 26:23
**viewpoint** [2] - 18:25, 19:1
**vs** [1] - 2:6

## W

**wait** [4] - 11:14, 11:15, 26:25, 28:8
**wants** [3] - 8:18, 8:19, 16:22
**warrant** [1] - 19:25
**week** [2] - 12:19, 17:8
**weeks** [2] - 17:6, 26:22
**weighed** [1] - 22:13
**weight** [2] - 22:11
**willing** [1] - 24:25
**wish** [4] - 4:18, 19:13
**witnesses** [2] - 15:19, 30:8
**word** [1] - 16:11
**write** [2] - 12:8, 12:19
**writing** [1] - 12:9, 12:16, 14:8, 19:14
**wrote** [1] - 12:3

## X

**Xinis** [3] - 3:17, 4:3, 16:2

## Y

**y'all** [4] - 12:5, 22:17, 26:6, 29:19
**years** [4] - 16:11, 23:21, 27:5, 28:9
**yourself** [5] - 6:15, 6:16, 6:23, 7:3, 27:1
**yourselves** [1] - 2:9