1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF MARYLAND

3                       SOUTHERN DIVISION

4

5  UNITED STATES OF AMERICA,      ) CRIMINAL
                                   ) NO. PJM-16-403
6            Plaintiff,            )
                                   )
7  v.                             )
                                   )
8  TIBA SAKURI CONLEY,             )
                                   )
9            Defendant.            )

10          TRANSCRIPT OF JURY TRIAL PROCEEDINGS - DAY 1
                            VOIR DIRE
11          BEFORE THE HONORABLE PETER J. MESSITTE
             UNITED STATES DISTRICT JUDGE, AND A JURY
12           MONDAY, SEPTEMBER 21, 2020; 10:52 A.M.
                        GREENBELT, MARYLAND
13
   FOR THE PLAINTIFF:
14
             OFFICE OF THE UNITED STATES ATTORNEY
15           BY:  JOSEPH R. BALDWIN, ESQUIRE
             BY:  DWIGHT J. DRAUGHON, JR., ESQUIRE
16           6406 Ivy Lane
             Suite 800
17           Greenbelt, Maryland  20770
             (301) 344-4433
18
   FOR THE DEFENDANT:
19
             BURNHAM & GOROKHOV, PLLC
20           BY:  CHARLES BURNHAM, ESQUIRE
             1424 K Street NW
21           Washington, DC  20005
             (202) 386-6920
22

23
   OFFICIAL COURT REPORTER:
24 Renee A. Ewing, RPR, RMR, CRR - (301) 344-3227

25   ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES***

1              THE COURT:  All right.  Ladies and gentlemen, good

2    morning.  I am Judge Peter Messitte of the U.S. District Court

3    for the District of Maryland.  We appreciate your being here

4    with us in these somewhat difficult times, but it's important

5    that justice go forward, that trials be held appropriately, and

6    that decisions be made regarding, in this case, our criminal

7    justice system.  It presents challenges, obviously, and we hope

8    you will bear with us as we go through these proceedings.

9              You will see that we have taken extreme measures to

10   assure that you are safe and operating in sanitary conditions

11   during the trial.  We will observe social distancing in terms

12   of where you are seated now and where you will be seated once

13   our jury is selected.  We will wear masks as indicated.  There

14   will be sanitizing on a regular basis with regard to various

15   places where you will be, including sanitizing the microphone

16   when each of you step forward individually to answer the

17   questions.

18             The procedure is as follows:  You should each now have a

19   jury voir dire answer sheet, and the first thing that you

20   should indicate at the top is your juror number so we will see

21   who it is that is responding.  We have a master sheet that

22   tells us a little bit about each individual, tells whether you

23   are male, female, your age, your occupation, that of your

24   spouse, and the city that you live in.  Personal identifying

25   information about your home address is not given.  We can then

1  match your juror number and questionnaire with the information

2  that we have as to -- as to each of you.

3       Now, the procedure is as follows, and it may have already

4  been described to you to some extent by the folks down in the

5  jury reception area, but let me just recount it for you:  I am

6  going to read each question with you, and you will indicate

7  your answers on your answer sheet as I read the question, and

8  you will see each of the questions is answerable by just yes or

9  no.  We are not asking you on the answer sheet to necessarily

10  explain your answer because what we will do, once we have all

11  your answers, we will take your answer sheets, and if you have

12  given an affirmative, a yes answer to a question, we are going

13  to call you up one by one, we will bring you up in groups of

14  five, and you will wait in the outside area of the courtroom.

15       And then we will call each individual in one by one.  You

16  will come up to the microphone, and we will say, Juror No.,

17  whatever the number is, we notice that as to Question No. 31,

18  you have answered yes; could you explain that, please?  And

19  there may be some follow-on questions that are asked as well.

20       And then we will -- if you have -- if there is further

21  discussion about you, we may ask you to step out into the

22  anteroom of the courtroom, or we may say to you, If you will

23  please go back to the jury room at this time, or you may, for

24  whatever reason, be excused at that point.

25       So I think we have 55 jurors.  We need to end up with 32

1  if we can.  And then we will have our jury selections.

2       I am hopeful that we could get all this done today.  It

3  may not be possible.  But based on our experience with a few

4  other jury trials, we don't want to keep the whole of you,

5  whole lot of you waiting until the end of the day to be heard.

6  If we get to a decent number by the close of business today,

7  say around 5:00, or thereabouts, we will ask those of you who

8  have not yet been brought up and interrogated to go home and

9  come back tomorrow, and we will finish the selection the next

10 day, and, of course, those of you who are asked to remain will

11 come back as well tomorrow morning, and then we will be able to

12 select our jury.  Conceivable, we get the whole thing done

13 today; not likely in my opinion.

14      All right.  Is there anything from counsel before I start

15 the questions from the questionnaire?

16           MR. BALDWIN:  Not from the government, Your Honor.

17           THE COURT:  From defendant?

18           MR. BURNHAM:  No, Your Honor.

19           THE COURT:  All right, folks.  If you will please

20 take your clipboards up with your questionnaires on them, I

21 will begin to ask you questions.  Sorry.

22           THE DEPUTY CLERK:  I need to -- I believe I need to

23 take roll first.

24           THE COURT:  All right.  Again, we are a little bit --

25 we need some orientation as we go, and the courtroom deputy has

1    indicated that she needs to take the roll first, so you are

2    going to call the name, and people will, what?

3              THE DEPUTY CLERK:  Raise their hands.

4              THE COURT:  Raise your hand.

5         All right.  Go ahead, Theresa.

6              THE DEPUTY CLERK:  Members of the jury panel, as I

7    call your juror number, please raise your hand and state your

8    name.

9         Juror No. 5.

10        I would ask that a jury clerk please confirm the presence

11   of the jurors.

12             THE COURT:  Do you need to call the name?  Would that

13   help?  Call the name.

14             THE DEPUTY CLERK:  ███████████, please raise your

15   hand.  Either the jury clerk or the courtroom deputy in 2A,

16   please confirm the presence of the juror.  Sorry.  Technology.

17             THE DEPUTY CLERK:  We got you.

18             THE COURT:  Is she present?

19             THE DEPUTY CLERK:  Juror No. 5, ███████████, is

20   she present?  We need confirmation on audio?

21             THE COURT:  She is not answering?  Let's get a

22   response.  Either she is there or she is not.

23             THE DEPUTY CLERK:  Your Honor, she is here.  We are

24   having an audio issue with the microphone.

25             THE COURT:  Did she raise her hand?

```
 1              THE DEPUTY CLERK:  I can't see all of the jurors.

 2              THE COURT:  I'm sorry.  What's the issue now?  Is

 3    there no audio?

 4              THE DEPUTY CLERK:  Juror No. 5, you raise your hand,

 5    and then we say "confirmed."

 6         Juror No. 5 is confirmed.

 7         Juror No. 11.

 8              THE COURT:  You are asking each person to raise their

 9    hands; is that correct?

10              THE DEPUTY CLERK:  Yes.  Juror No. 11 is confirmed.

11         Juror No. 14.  Juror No. 14 is confirmed.

12         Juror No. 15.  Juror No. 15 is confirmed.

13         Juror No. 92.  Juror No. 92, confirmed.

14         Juror No. 94.  Confirmed.

15         Juror No. 95.  Confirmed.

16         Juror No. 98.  Confirmed.

17         Juror No. 105.  Confirmed.

18         Juror No. 108.  Confirmed.

19         Juror No. 118.  Confirmed.

20         Juror No. 138.  Juror No. 138, ████████████.

21    Confirmed.

22         Juror No. 144.  Juror No. 144, ████████████.  Confirmed.

23         Juror No. 146.  Confirmed.

24         Ms. Bierman, if you know that they are raising their

25    hands, would you just say "confirmed" into the microphone.
```

```
 1              JURY CLERK:  Sure.

 2              THE DEPUTY CLERK:  Thank you.

 3         Juror No. 147.

 4              JURY CLERK:  Confirmed.

 5              THE DEPUTY CLERK:  Thank you.

 6         Juror No. 154.  Juror No. 154, ███████████.

 7              JURY CLERK:  Confirmed.

 8              THE DEPUTY CLERK:  Thank you.

 9         Juror No. 162.

10              JURY CLERK:  Confirmed.

11              THE DEPUTY CLERK:  Juror No. 168.  I see him.  He's

12    confirmed.

13         Juror No. 172.

14              JURY CLERK:  Confirmed.

15              THE DEPUTY CLERK:  Juror No. 181.

16              JURY CLERK:  Confirmed.

17              THE DEPUTY CLERK:  Juror No. 185.

18              JURY CLERK:  Confirmed.

19              THE DEPUTY CLERK:  Juror No. 186.  Juror No. 186,

20    ████████████.

21              JURY CLERK:  Confirmed.

22              THE DEPUTY CLERK:  Juror No. 191.

23              JURY CLERK:  Confirmed.

24              THE DEPUTY CLERK:  Juror No. 192.

25              JURY CLERK:  Confirmed.
```

| | |
|---|---|
| 1 | THE DEPUTY CLERK:  Juror No. 193.  ███████, |
| 2 | Juror No. 193. |
| 3 | JURY CLERK:  Confirmed. |
| 4 | THE DEPUTY CLERK:  Juror No. 202.  Juror No. 202, |
| 5 | ███████. |
| 6 | JURY CLERK:  Confirmed. |
| 7 | THE DEPUTY CLERK:  Juror No. 203. |
| 8 | JURY CLERK:  Confirmed. |
| 9 | THE DEPUTY CLERK:  Juror No. 208. |
| 10 | JURY CLERK:  Confirmed. |
| 11 | THE DEPUTY CLERK:  Juror No. 218, ████████. |
| 12 | JURY CLERK:  Confirmed. |
| 13 | THE DEPUTY CLERK:  Juror No. 219. |
| 14 | JURY CLERK:  Confirmed. |
| 15 | THE DEPUTY CLERK:  Juror No. 230. |
| 16 | JURY CLERK:  Confirmed. |
| 17 | THE DEPUTY CLERK:  Juror No. 231. |
| 18 | JURY CLERK:  Confirmed. |
| 19 | THE DEPUTY CLERK:  Juror No. 234. |
| 20 | JURY CLERK:  Confirmed. |
| 21 | THE DEPUTY CLERK:  Juror No. 235. |
| 22 | JURY CLERK:  Confirmed. |
| 23 | THE DEPUTY CLERK:  Juror No. 237. |
| 24 | JURY CLERK:  Confirmed. |
| 25 | THE DEPUTY CLERK:  Juror No. 238. |

```
 1              JURY CLERK:  Confirmed.

 2              THE DEPUTY CLERK:  Juror No. 249.

 3              JURY CLERK:  Confirmed.

 4              THE DEPUTY CLERK:  Juror No. 261.

 5              JURY CLERK:  Confirmed.

 6              THE DEPUTY CLERK:  Juror No. 266.

 7              JURY CLERK:  Confirmed.

 8              THE DEPUTY CLERK:  Juror No. 267.

 9              JURY CLERK:  Confirmed.

10              THE DEPUTY CLERK:  Juror No. 269.

11              JURY CLERK:  Confirmed.

12              THE DEPUTY CLERK:  Juror No. 272.

13              JURY CLERK:  Confirmed.

14              THE DEPUTY CLERK:  Juror No. 273.

15              JURY CLERK:  Confirmed.

16              THE DEPUTY CLERK:  Juror No. 277.

17              JURY CLERK:  Confirmed.

18              THE DEPUTY CLERK:  Juror No. 280.

19              JURY CLERK:  Confirmed.

20              THE DEPUTY CLERK:  Juror No. 288.

21              JURY CLERK:  Confirmed.

22              THE DEPUTY CLERK:  Juror No. 296.

23              JURY CLERK:  Confirmed.

24              THE DEPUTY CLERK:  Juror No. 297.

25              JURY CLERK:  Confirmed.
```

1              THE DEPUTY CLERK:  Juror No. 300.

2              JURY CLERK:  Confirmed.

3              THE DEPUTY CLERK:  Juror No. 308.  Juror No. 308,

4     ███████████.

5              JURY CLERK:  Confirmed.

6              THE DEPUTY CLERK:  And Juror No. 310.

7              JURY CLERK:  Confirmed.

8              THE DEPUTY CLERK:  Juror No. 317.

9              JURY CLERK:  Confirmed.

10             THE DEPUTY CLERK:  Juror No. 321.

11             JURY CLERK:  Confirmed.

12             THE DEPUTY CLERK:  Juror No. 334.

13             JURY CLERK:  Confirmed.

14             THE DEPUTY CLERK:  Juror No. 688.

15             JURY CLERK:  Confirmed.

16             THE DEPUTY CLERK:  Are there any other jurors present

17    whose juror number I have not called?

18             Members of the jury panel, will you please stand and

19    raise your right hand.  Do you and each of you solemnly swear

20    and affirm under the penalties of perjury that the answers you

21    shall give to the questions to be propounded to you touching

22    your present proposed service as petit juror in this court

23    shall be the truth, the whole truth, and nothing but the truth?

24    Please answer I do.

25             (Prospective jury reply, "I do.")

1          THE DEPUTY CLERK:  Thank you.  You may be seated.

2          THE COURT:  All right.  Are we ready to go with

3    questions?

4          All right, folks.  Again reminding you take your pen,

5    take your clipboard with your questionnaire, and answer the

6    questions as I read them to you.  Don't get ahead of us.

7          First question.  This is a criminal case in which the

8    defendant, Tiba Sakuri Conley, is charged with possession with

9    intent to distribute cocaine and cocaine base, commonly known

10   as crack, which is Count One; also possession of firearms in

11   furtherance of a drug trafficking crime, Count Two; and

12   possession of firearms and ammunition, after having been

13   convicted of a crime punishable by more than one year in

14   prison, Count Three.

15         Have any of you read or heard anything about the case or

16   the defendant from any source?  Please answer yes or no.  If

17   you need to make a quick note to yourself about if your answer

18   is yes, we will follow up with that when we bring you upstairs.

19         Moving on to Question 2.  Do you know, or have you had

20   any dealings with the defendant, Tiba Sakuri Conley, or with

21   any friends, associates, or family members of the defendant?

22   Yes or no?

23         You will see a picture of him when you are called up one

24   by one to this courtroom.

25         No. 3:  Do you know, or have you had any dealings with,

1   any of the following persons or members of their families:

2   Counsel for the United States, U.S. Attorney Robert K. Hur,

3   Assistant United States Attorneys Joseph R. Baldwin and Dwight

4   J. Draughon, D-R-A-U-G-H-O-N?  Yes or no?

5          Question No. 4:  Do you know, or have you had any

6   dealings with, any of the following persons or members of their

7   families in this case:  Counsel for the defendant, Charles

8   Burnham, Esquire?  Yes or no?

9          Then there are a series of questions about individuals

10  who may or may not be called as witnesses in the case or

11  referred to.  Please go through each.  I will read them and you

12  check them off as you go.  Nichole Baybutt, B-A-Y-B-U-T-T.  Yes

13  or no?  Christine Burke, James Capone, C-A-P-O-N-E, Sean

14  Chaney, Anthony Farrar, Christopher Hermann, H-E-R-M-A-N-N,

15  Lynn Grant.  All yes or no?  Andrew Grill, Fernando Jaramillo,

16  J-A-R-A-M-I-L-L-O; next, Sharri Jastrzebski,

17  J-A-S-T-R-Z-E-B-S-K-I.  Yes or no?  David Law, Matthew Leonard,

18  Brandon McCollum.  And, again, yes or no?  Michael Nolan.  Yes

19  or no?  Ray Peele, P-E-E-L-E.  Next, Howard Perkins, Joshua

20  Rothman, Barbara Seavy, S-E-A-V-Y, Jaimie Smith, Christopher

21  Stavrou, S-T-A-V-R-O-U, Tiffany Van De Mark, Sean Watson.

22         All right.  If everybody is with us -- and, by the way,

23  if I go too fast, somebody raise your hand and let one of the

24  clerks, people down where you are seated know that we are going

25  too fast, but I think we are okay.

1          Going to No. 6:  Have you ever served on a jury where any

2     party was represented by the lawyers in this case that I have

3     mentioned?  Yes or no?

4          Next question, No. 7:  Do you know any member of the

5     United States Attorney's Office for the District of Maryland?

6          Next, No. 8, and I will read it twice:  Have you, or any

7     member of your family, or close friends ever been employed by

8     the Department of Justice, the Federal Bureau of Investigation,

9     or any other law enforcement agency, whether local, state, or

10    federal?

11         Again, have you ever or any member of your family or any

12    close friends ever been employed by the Department of Justice,

13    the Federal Bureau of Investigation, or any other law

14    enforcement agency, whether local, state, or federal?  Yes or

15    no?

16         Next:  Have you, any member of your family, or close

17    friends ever been employed by any organization or firm involved

18    in criminal defense work, including Public Defender Service, a

19    law firm, an investigative agency, or other business that

20    provides services to persons charged with or convicted of a

21    crime?

22         Again, I will repeat:  Have you or any member of your

23    family or any close friends ever been employed by any

24    organization or firm involved in criminal defense work,

25    including any Public Defender Service, law firm, investigative

1   agency, or other business that provides services to persons

2   charged with or convicted of a crime?  Yes or no?

3        No. 10:  Have you, any member of your family, or close

4   friends ever attended law school, taken a paralegal course or

5   coursework, participated in a clinical program involving

6   criminal law issues, received any other legal training, been

7   employed by a lawyer or a law firm, worked in a courthouse,

8   been a paralegal, served as a legal secretary, or performed

9   legal investigative work?

10       I will repeat:  Have you or any member of your family or

11  any close friends ever attended law school, taken paralegal

12  coursework, participated in a clinical program involving

13  criminal law issues, received any other legal training, been

14  employed by a lawyer or a law firm, worked in a courthouse,

15  been a paralegal, served as a legal secretary, or performed

16  legal investigative work?  Yes or no?

17       Next, No. 11:  Have you, any -- or any member of your

18  family or any close friends had any problems relating to drugs

19  or substance abuse?  Yes or no?

20       Have you -- this is No. 12 -- or any member of your

21  family or close friends ever used cocaine base, commonly known

22  as crack?  Yes or no?

23       Next:  Do you feel, for whatever reason, that you would

24  have difficulty rendering a judgment against or in favor of

25  someone accused of violating the drug law or drug laws?  Yes or

1    no?

2         Next -- by the way, your juror number should be on each

3    of the pages as we go through.  You can go back and fill them

4    in after we are finished, but make sure your juror number is at

5    the top of each page.

6         But I am on Question No. 14:  Do you feel, for whatever

7    reason, that you would have difficulty rendering a judgment

8    against or in favor of someone accused of violating the

9    firearms laws?  Yes or no?

10        No. 15:  Does anyone here know another person here; and,

11   if so, would that relationship affect your ability to be fair

12   and impartial and consider the evidence individually?  Yes or

13   no?

14        Now, there is a slight amendment to No. 16:  Have you or

15   any member of your family or any close friends ever been

16   involved in a significant legal dispute with the U.S.

17   Government, any agency of government, or any state or local

18   government?

19        Let me repeat that.  Have you or any member of your

20   family or any close friends been involved in any significant

21   legal dispute with the United States Government, any agency of

22   the government, or any state or local government?

23        I don't want to hear about traffic tickets.  I don't want

24   to hear about whether you think you should have gotten the

25   deduction from the IRS and didn't.  We don't need to get into

1  this.

2      The issue is whether you may have a position contrary to

3  that of the government or any agency of the government that

4  might affect your ability to be fair and impartial.  So it's

5  any significant legal dispute with the government, yes or no.

6      Next, No. 17:  Have you, has any member your family, or

7  close friends ever been the victim of a crime, a witness to a

8  crime, or a witness for the prosecution or defense in a

9  criminal trial?

10     I will repeat it.  Have you, has any member of your

11 family, or any close friend ever been the victim of a crime, a

12 witness to a crime, or a witness for the prosecution or defense

13 in any criminal trial?

14     Next, No. 18:  Have you, has any member of your family,

15 or any close friend ever been convicted of a crime, been

16 accused of criminal conduct, or been the subject of a criminal

17 investigation?

18     I will repeat.  Have you or any member of your family or

19 any close friend ever been convicted of a crime, accused of a

20 crime, criminal conduct, or been the subject of a criminal

21 investigation?  Yes or no?

22     Again, we will take any follow up one by one when you

23 come upstairs to this courtroom.

24     Next question, No. 19:  Have you ever served on a grand

25 jury in either state or federal court?  Yes or no?

1          Next:  Have you ever served as a juror in what would be

2     called a petit criminal case, the actual trial, not the grand

3     jury, in either state or federal court?  Juror in a criminal

4     case, petit jury in state or federal court?  Yes or no?

5          Now, there are some lengthier items that I am going to

6     read to you now.  Please bear with me.  We are at No. 21.  And,

7     again, the answer is yes or no.

8          Your job as a jury will be to evaluate the credibility of

9     each witness, regardless of whether that witness is called by

10    the government or Mr. Conley, based on that witness' testimony

11    and how it relates to all other evidence in the case.  It is

12    improper to give a witness' testimony greater or lesser weight

13    simply because of his or her race, national original, religion,

14    gender, age, or what that person does for a living.  For

15    example, it is improper to give a law enforcement witness

16    greater or lesser weight than any other witness simply because

17    of what that person does for a living.  Similarly, it is

18    improper to give a witness greater or lesser weight than any

19    other simply because he or she may have been called by

20    Mr. Conley.  I will give you further instructions about how to

21    evaluate the credibility of a witness at the conclusion of the

22    case.  Do you have any view or opinion that would prevent you

23    from complying with my instructions to you, that I have just

24    given you, at the conclusion of the case regarding how you may

25    determine the credibility of a witness?  Yes or no?

1          Next, 22:  If selected to serve on this jury, you will

2     hear opening statements and closing arguments from the lawyers

3     in the case.  The United States is represented by members of

4     the Office of the United States Attorney for the District of

5     Maryland, who are employees of the United States Department of

6     Justice.  Again, that's Mr. Baldwin and Mr. Draughon.

7     Mr. Conley is represented by Mr. Burnham.  Mr. Burnham is an

8     independent attorney; he is not an employee of the United

9     States Government.  Would you be unable to give equal weight

10    and fair consideration to the statements and arguments for the

11    United States and for Mr. Conley?  Answer yes or no?

12         Now, next question, No. 23:  I would like to explain some

13    important things about criminal trials.  First, there is a

14    superseding indictment, that is the charging document in this

15    case, it's only an accusation.  It is not evidence that the

16    defendant did or did not commit the crime or crimes with which

17    he is charged.

18         Second, the government has the burden of proof to

19    establish the defendant's guilt beyond a reasonable doubt; the

20    defendant is presumed innocent unless and until he is proven

21    guilty.

22         Third, if the government fails to meet its burden of

23    proof, the defendant must be found not guilty.

24         And fourth, the defendant has no obligation to testify,

25    call witnesses, or put on any other evidence because he is

1    presumed to be innocent.

2        Fifth, it is improper for a person to serve on the jury

3    if they believe that the mere fact that a defendant is charged

4    with a crime means that he is guilty.

5        In light of what I have just explained to you, is there

6    any reason why you could not follow these instructions about

7    criminal trials, including the instruction that the defendant

8    is presumed innocent unless and until the government proves him

9    guilty beyond a reasonable doubt?  Answer yes or no, please.

10       Going to Question No. 24:  As jurors, you must make a

11   determination based solely on the evidence presented to you

12   here in court, and you must not use anything that you may have

13   read about or seen on TV or the movies about how law

14   enforcement investigations are conducted in reaching your

15   decision in this case.  Is there anything that would prevent

16   you from following my instructions that you may rely only on

17   the evidence presented in court and not rely on outside

18   sources?  Answer yes or no.

19       Next, No. 25:  Do you have any opinions about the Federal

20   Bureau of Investigation, the Howard County or Prince George's

21   County Police Departments, any law enforcement personnel, or

22   the administration of criminal justice in the courts in general

23   that would prevent you from rendering a fair and impartial

24   verdict in this case?

25       Next:  Do you belong to any organization that seeks to

1   influence the courts or public policy regarding law enforcement

2   or the criminal justice system?  Yes or no?

3        Next:  Do you have religious, moral, or other beliefs

4   that would make it difficult for you to make determinations

5   about the conduct of another person or to reach a verdict as a

6   juror?  Yes or no?

7        Next:  Do you have any attitudes or feelings with regard

8   to the -- to other racial, ethnic, or religious groups, or

9   people who have different national origins, that might prevent

10  from you serving fairly and impartially as a juror in this

11  case?  Yes or no?

12       At the close of the case, I will instruct you on the law

13  that you are required to apply to the facts of the case.  Is

14  there any reason why you would be unwilling or unable to follow

15  my instructions on the law regardless of your personal feelings

16  about what the law is or should be?  Yes or no?

17       No. 30:  If selected to serve as a juror in this case,

18  you will be instructed that you are not to consider punishment

19  in deciding whether the government has proven its case against

20  the defendant; that is a matter for me to decide.  Is there any

21  reason why you would be unable to follow my instruction that

22  you are not to consider punishment, and only may consider the

23  facts of the case based on the evidence introduced as well as

24  my instructions on the law?  Yes or no?

25       As a juror, you will be required to sit in court for two

1   to three hours at a time, with appropriate comfort breaks, to

2   listen to testimony, and to examine the evidence introduced at

3   trial.  Are you taking any medication presently, are you under

4   any particular emotional distress, or suffering from any

5   physical condition or impairment of your vision or hearing, or

6   do you have any difficulty understanding the English language

7   that would adversely affect your ability to listen to the

8   evidence, to examine the exhibits, and otherwise participate in

9   any other way as a juror in this case?  Yes or no?

10          Now, 32 has to be amended because the questionnaire went

11   out without fully appreciating what's going on.  The trial in

12   the case is approximately -- we originally hoped for five

13   business days.  It's possible that the trial will spill over

14   into the middle of next week, and I need to be clear with you

15   about that.  It states that we would be sitting on Monday,

16   September 28th, 2020.  We are not sitting on that day.  That is

17   the Jewish holiday of Yom Kippur, and we will not sit on that

18   day.  We will sit, however, on Friday, September 25th.  That's

19   this week.  So let me repeat those dates so that you have them

20   because the question is going to be whether you have any

21   business or personal commitments that would cause you any

22   serious problem in serving as a juror that might distract you

23   from your duties as a juror given that timeline.

24          Again, the case is likely to go into the middle of next

25   week, beginning today, and we will sit -- not sit on Monday,

1    September 28th, but -- and we will sit on Friday, September

2    25th, but it's likely to go to the middle of next week.  Again,

3    all this week, we will sit, not Monday, and then into the

4    middle of next week.

5          My question is whether you have any business or personal

6    commitments that would cause you serious problems to serve as a

7    juror or might distract you from your duties as a juror?  Yes

8    or no?

9          I will go through that quickly again.  We will sit all

10   this week and into the middle of next week, quite likely.  The

11   question is whether there is any commitment that you might have

12   that would interfere with your ability to sit as a juror in

13   this case?

14         Let me go on to No. 33:  Do you have any concerns related

15   to COVID-19, such as underlying medical conditions that put you

16   at a higher risk of developing serious health complications, or

17   providing direct care for someone in a high-risk category, or

18   do you have any other concerns that are so significant that

19   they would prevent you from being able to give your full

20   attention during this trial?  Yes or no?

21         Next:  Do you know of any other reason why you might not

22   be able to serve with absolute impartiality to both sides as a

23   juror -- and serve as a juror in this case?  Yes or no?

24         Final question, No. 35:  You were advised that a

25   defendant in a criminal trial has a right to be present and may

1   also waive that right.  If Mr. Conley at any time chooses to

2   waive his right to be present, and he is present today, I will

3   instruct you that you may not hold this decision against him in

4   your consideration of the case.  Would you have any difficulty

5   following that instruction?  Yes or no?

6       Now, reminding you again, please put your juror number at

7   the top of each page.  In case there is any separation, we know

8   who is answering what.

9       Now, let me be clear with you, Theresa, as far as where

10  we are with this now.  The papers are being collected

11  downstairs.  Would it be appropriate for us to take a short

12  break here under the circumstances?

13          THE DEPUTY CLERK:  I believe so, yes.

14          THE COURT:  Let's then, counsel and the defendant,

15  let's take a short break here until we are advised that we are

16  ready to go forward with the one-by-one questioning up in the

17  courtroom.

18      So we will stand in recess pending further order of the

19  Court.

20      Thank you.

21      (Recess taken from 11:28 a.m. until 11:58 a.m.)

22          THE COURT:  Please be seated.  All right.

23      Do we have five people outside there already, Theresa?

24  I'm sorry.  Are you with me?

25          THE DEPUTY CLERK:  I'm sorry, Your Honor.

1          THE COURT:  Do we have five people outside there?

2          THE DEPUTY CLERK:  Yes, Your Honor.

3          THE COURT:  Counsel, again, just to recap how we are

4    going to proceed, the individuals are going to be called in the

5    sequence that they appear on the jury list.  They will all be

6    asked to just take down their mask briefly so we can have a

7    quick look at them, and then, counsel, when you are introduced,

8    you do the same as to them.

9        Defendant -- as I understand it, there was to be a

10   picture of the defendant posted, or did you object to that?

11          MR. BURNHAM:  In light of the fact that he's here, my

12   request would be that he follow the same procedures that the

13   lawyers and the case agents follow so there is not some

14   singling out that gives a bad impression.

15          THE COURT:  Fair enough.

16       Is he -- I just want to see what the shot of the

17   defendant looks like when the picture comes on.  Can we see

18   that?  You have a problem with that being shown to the jury

19   when his name is mentioned?  I am not sure I understand what

20   your objection is.  I mean, they can see him, but this is just

21   a good, clear picture of him.

22          MR. BURNHAM:  My objection would be if there is a

23   different procedure used for the defendant rather than myself,

24   Mr. Baldwin, and so forth, it would single him out in a way

25   that might place him in a bad light.

1          THE COURT:  What about -- what does the screen shot

2     look like of the defendant if they don't use that picture?

3     When the camera goes to the defendant, can they see his face?

4          THE DEPUTY CLERK:  We can't do the document camera --

5          THE COURT:  No.  Don't use the document.  Assuming

6     he's just going to be showing his face, I'd like to see what it

7     looks like when they show him.  Take the picture off and let's

8     see what he looks like.  Can you put the camera on the

9     defendant?

10         THE DEPUTY CLERK:  Yes, Your Honor.  Yes.  However,

11    then we will be showing the questionnaire, it will be toggling

12    back and forth.

13         THE COURT:  No.  There is going to be just one

14    question.  When his name is mentioned, they, you know, it

15    really has to be treated as a separate matter.  When we ask do

16    they know the defendant, that's a question right then and

17    there, the camera should pan on him so they see it, and then I

18    will go back and pick the others up.  Is that too problematic?

19         THE DEPUTY CLERK:  I defer to I.T.  That's --

20         THE COURT:  Reggie, can you do that?

21         I.T. TECHNICIAN:  We can -- we can set the camera in

22    that direction.

23         THE COURT:  That's what I am saying.  I want to see

24    what it looks like.

25         I.T. TECHNICIAN:  Sure.

1          THE COURT:  I want to see what defendant looks like.

2    Put the pan on him now.  Take your mask down, Mr. Conley, would

3    you, please?

4          (Witness complies.)

5          THE COURT:  Can we do that with each -- are we going

6    to do that with each juror?  Can you do that?  Can you

7    manipulate that?

8          I.T. TECHNICIAN:  So that it goes to the jurors as

9    well?

10         THE COURT:  For the people coming in, when we ask do

11   we know them, have they seen him, we want them to have a look

12   at him as well.

13         THE DEPUTY CLERK:  Jurors will come in, stand at that

14   microphone, Judge Messitte will ask do they know him.

15         THE COURT:  And then I will have him --

16         THE DEPUTY CLERK:  And then we have to go to the

17   document camera.

18         I.T. TECHNICIAN:  So from this, the current camera

19   view to the document camera?

20         THE COURT:  Right.  Then we won't pan on him, all we

21   will ask at the beginning is whether they recognize him.

22         I.T. TECHNICIAN:  Yes, we can do that.

23         THE COURT:  Okay?

24         I.T. TECHNICIAN:  Yes.

25         THE COURT:  We will do it for each prospective juror.

1    Is that understood?

2              I.T. TECHNICIAN:  Yes.

3              THE COURT:  Okay.  All right.  Are you ready to go?

4    Let's start with our first prospective juror.  We will start

5    with him.  Is somebody guiding them out in the back there?

6              THE DEPUTY CLERK:  Yes.

7              THE COURT:  We are ready to go?

8              THE DEPUTY CLERK:  Yes, I know.

9         This microphone right here.  Thank you.

10             THE COURT:  Good morning.  You are Juror No. 5,

11   Ms. ███████?

12             A JUROR:  Yes.

13             THE COURT:  All right.  Will you put up her answers,

14   please?  How do you want to do that?

15             THE DEPUTY CLERK:  Your Honor, I thought you wanted

16   to ask --

17             THE COURT:  We will do that first.  I am asking,

18   first of all, we have mentioned the defendant's name here, Tiba

19   Sakuri Conley, and I am going to have you look at his face.  We

20   are going to pan in on him.  The question is whether you know

21   him at all.  Have you answered no?

22             A JUROR:  No.

23             THE COURT:  You have answered no?

24             A JUROR:  No.

25             THE COURT:  Please pan in on the defendant, Reggie.

1    And you continue to say no?

2            A JUROR:  Where is his picture?

3            THE DEPUTY CLERK:  On the monitors.

4            THE COURT:  You don't recognize him?

5            A JUROR:  No.

6            THE COURT:  Thank you.  You can remove him.

7        I think, while we are at it, we probably have to ask

8    about counsel who are here, and I am going to ask you if you

9    would just pull down your mask for a second and breathe so we

10   can see your face.  Thank you.  That's fine.  Thank you.

11       I think, while we are at it, we will ask about

12   Mr. Baldwin and Mr. Draughon.  Gentlemen, if you will just

13   remove your mask briefly.

14       Counsel for the government, do you recognize either of

15   them?

16           A JUROR:  No.

17           THE COURT:  And Mr. Burnham, likewise, for the

18   defendant, this is Mr. Burnham, do you recognize him?

19           A JUROR:  No.

20           THE COURT:  Thank you.  All right.

21       Do you have, then, the questionnaire up?  All right.

22   Counsel, follow with us.  The answers are all negative.  No. 11

23   is the first question.  Let me say this to you, Madam

24   Prospective Juror:  This is all confidential.  We would

25   ordinarily do questions like this and take them at the bench,

1  but the way we have converted the courtroom, there are no other

2  people here other than people related to the case, so you may

3  answer freely.

4       And the question that you answered yes was have you, any

5  member of your family, or any close friends ever had any

6  problems relating to drugs or substance abuse?

7       Would you please elaborate on that.

8       A JUROR:  It's my brother, ███████████.

9       THE COURT:  And what about that?

10      A JUROR:  I'm sorry?

11      THE COURT:  How does that affect you?

12      A JUROR:  Because he stays with my mother and he

13  steals a lot and he causes a lot of controversy between my

14  siblings and my mother.

15      THE COURT:  All right.  And let me just ask the

16  question after that at the same time:  Have you or any member

17  of your family or any close friends ever used cocaine base,

18  commonly known as crack, and you answered yes; is that right?

19      A JUROR:  Yes.

20      THE COURT:  Now, the question as to this issue with

21  your brother, has he actually been charged with any kind of

22  crime?

23      A JUROR:  Only robbery.

24      THE COURT:  Okay.  But as far as a drug crime?

25      A JUROR:  No.

1          THE COURT:  Would the fact that he has had drug

2    issues in any way affect your ability to judge this case fairly

3    and impartially?

4          A JUROR:  No.

5          THE COURT:  Do you think you could be fair and

6    impartial and follow my instructions and listen to the

7    evidence?

8          A JUROR:  Yes.

9          THE COURT:  Counsel wish to inquire for the

10   government?

11         MR. BALDWIN:  No questions, Your Honor.

12         THE COURT:  For the defendant?

13         MR. BURNHAM:  No questions.

14         THE COURT:  Thank you, ma'am.  You may step back.  We

15   will have her return to the jury lounge.

16         THE DEPUTY CLERK:  Your Honor, I'm sorry.

17         THE COURT:  Wait a minute.  I may have missed one.

18         THE DEPUTY CLERK:  There are more yes answers, Your

19   Honor.

20         THE COURT:  Sorry.

21         THE DEPUTY CLERK:  That's okay.

22         THE COURT:  Where are we?  Is the next one 18?

23         THE DEPUTY CLERK:  Yes.

24         THE COURT:  The question, stay with us, prospective

25   juror, 18 says:  Have you or any member of your family or close

1   friends ever been convicted of a crime, accused of criminal

2   conduct, or subject of a criminal investigation?  Did you

3   answer yes?  Would you elaborate on that?

4            A JUROR:  That's a nephew in New Orleans that's been

5   -- he's waiting for a trial date where he robbed a Wendy's

6   Restaurant.

7            THE COURT:  Do you know anything about the matter?

8            A JUROR:  Only what my family is telling me.

9            THE COURT:  Okay.  Would that in any way affect your

10  ability to be fair and impartial here?

11           A JUROR:  No.

12           THE COURT:  Is there any other affirmative answer?  I

13  don't have the paper in front of me.

14           THE DEPUTY CLERK:  No, Your Honor.

15           THE COURT:  Thank you, ma'am.  You may step back and

16  have her go back to the jury lounge.

17       Next.  I think we can move a little faster on this.

18  Somebody can be bringing them in as somebody is leaving because

19  we are taking too much time between individuals.  Let's move

20  faster.

21       Sir, step up to the microphone, please.  And you are

22  Mr. ███████, No. 11?

23           A JUROR:  Yes.

24           THE COURT:  Would you drop your mask for just a

25  second so people can have a look at you?  Thank you, sir.

1          The defendant, Mr. Conley, we are going to have you take

2   a look at him for a moment.  I don't have his answer, but I

3   assume you do not know him?

4          A JUROR:  I do not.

5          THE COURT:  I am going to have you look at him if you

6   would, please, Reggie.  Do you see him there?

7          A JUROR:  Yes, I do.

8          THE COURT:  Do you recognize him?

9          A JUROR:  I do not.

10          THE COURT:  Counsel for the government, Mr. Baldwin,

11  Mr. Draughon, if you will drop your masks.  Have a look at

12  them.  Do you know either of these gentlemen?

13          A JUROR:  I do not.

14          THE COURT:  Mr. Burnham, will you drop your mask?  Do

15  you know Mr. Burnham?

16          A JUROR:  I do not.

17          THE COURT:  Thank you.  We will go back to the

18  questionnaire now, Theresa.

19          THE DEPUTY CLERK:  Your Honor, the questionnaire is

20  on --

21          THE COURT:  Do counsel see it?  Let's drop it down.

22  Is your procedure that you are only going to the yes answers

23  and not going to the earlier ones?

24          THE DEPUTY CLERK:  Yes, Your Honor.

25          THE COURT:  We are starting then at No. 10.  The

1    question was -- so you understand, this is all confidential.

2    We would do this at the bench ordinarily, but the way we have

3    converted the courtroom, we are basically having our

4    confidential discussions openly this way since only limited

5    people associated with the case are participating.

6          The question was:  Have you, any member of your family,

7    close friends taken any paralegal coursework, participated in a

8    clinical program involving criminal law issues, received any

9    other legal training, been employed by a lawyer or a law firm,

10   worked in a courthouse, been a paralegal, served as a legal

11   secretary, or performed legal investigative services?

12         THE DEPUTY CLERK:  Your Honor, I'm sorry.  They can't

13   hear you.  Would you please clip the Lavalier on and that will

14   stay with you wherever --

15         THE COURT:  Did you hear my question, sir?

16         A JUROR:  I did.

17         THE COURT:  All right.  Can you turn it down,

18   Theresa?  It's echoing in my ear.  Thank you.

19         Could you elaborate on that answer, sir?

20         A JUROR:  My sister-in-law -- my sister-in-law is a

21   lawyer for a financial firm doing mergers and acquisitions.

22         THE COURT:  For a financial firm?  Try that again.

23         A JUROR:  My sister-in-law -- no.

24         THE COURT:  Not getting any amplification for that.

25         Your sister-in-law, I think you said, is a lawyer for a

```
 1   financial firm?

 2              A JUROR:  Correct.

 3              THE COURT:  Does she have any criminal law

 4   experience?

 5              A JUROR:  No.

 6              THE COURT:  Okay.  Would that in any way affect your

 7   judgment here?

 8              A JUROR:  No.

 9              THE COURT:  Any further answer to that question?

10              A JUROR:  No.

11              THE COURT:  Thank you.

12         The next question was No. 11:  Have you, any member of

13   your family, close friend ever had any problems relating to

14   drugs or substance abuse?  Please answer.

15              A JUROR:  Yes.  My mother was an alcoholic.  Do I

16   need to elaborate any further?

17              THE COURT:  Is she still alive?

18              A JUROR:  She is not.  She abstained from alcohol

19   from age 40 through the remainder of her life.

20              THE COURT:  Okay.  Would that in any way affect your

21   judgment here?

22              A JUROR:  No.

23              THE COURT:  Counsel wish to inquire?  Government?

24              MR. BALDWIN:  No, Your Honor.

25              THE COURT:  Defendant?
```

1          MR. BURNHAM:  No questions.

2          THE COURT:  Thank you, sir.  You may step back to the

3   jury room.

4          THE DEPUTY CLERK:  Your Honor, wait just a moment.  I

5   need to make sure there are no more yes answers.

6          THE COURT:  I don't see it, so you will have to show

7   me.

8          THE DEPUTY CLERK:  No.

9          THE COURT:  Thank you, sir.  You may step back, and

10  take him to the jury room.  Bring in somebody right away,

11  please.  Let's not take a lot of time.  Bring in the next

12  person right away.

13      Come right up to the mike.  Tap the mike and see whether

14  we can get a better audio on this.  I am not getting audio on

15  that.  I think the court reporter isn't either so.  Tap the

16  mike.  Can you tap the mike, please?  Reggie, we are going to

17  have to look at that.  We got to get better audio on this.

18      Ma'am, you are Miss ████, No. 14?

19          A JUROR:  Yes.

20          THE COURT:  Would you drop your mask real quick so we

21  can get a look at you?

22      And the defendant in this case is Mr. Conley.  Would you

23  have a look at him, please.  Do you see him there on the

24  screen?

25          A JUROR:  Oh, I'm sorry.  Yes.

```
 1              THE COURT:  Do you know him?

 2              A JUROR:  No.

 3              THE COURT:  And counsel for the government and

 4    Mr. Baldwin and Mr. Draughon, do you know either of them?  They

 5    are taking their masks off.

 6              A JUROR:  No, sir.

 7              THE COURT:  For defendant, Mr. Burnham.  Thank you.

 8    You don't know him either?  You don't know him?

 9              A JUROR:  Oh, that's it?

10              THE COURT:  Put your mask back on.  I am just not

11    hearing you.

12              THE DEPUTY CLERK:  I tested the microphone earlier

13    and it worked and the battery is fully charged.

14              MR. BALDWIN:  Your Honor, if I may, I don't believe

15    she heard you ask about Mr. Burnham.

16              THE COURT:  I said:  Do you know Mr. Burnham?

17              A JUROR:  No.

18              THE COURT:  Mr. Burnham, defense counsel?

19              A JUROR:  No, Your Honor.

20              THE COURT:  Thank you.

21         All right.  Push them up on the screen and see what we

22    have.  All right.  We are starting with Question No. 8.  The

23    question was:  Have you, any member of your family, or close

24    friends ever been employed by the Department of Justice, the

25    Federal Bureau of Investigation, or any other law enforcement
```

1  agency, local, state, or federal?  Could you elaborate?

2          A JUROR:  Yes, Your Honor.  My father-in-law was both

3  a police officer for the District of Columbia --

4          THE COURT:  You are speaking in a loud voice, but I

5  am not getting any audio amplification at all.  Do the best you

6  can.  Real loud voice.

7          A JUROR:  My father-in-law was a police officer for

8  the District of Columbia.

9          THE COURT:  Your father-in-law?

10          A JUROR:  Father-in-law, yes.  And he also worked for

11  the FBI in their fingerprint division, but this was when he was

12  a young man and before I married into the family.  I don't know

13  if it has any relevance, so I thought I should mention it.

14          THE COURT:  That's your father-in-law?

15          A JUROR:  My father-in-law, the grandfather of my two

16  sons.

17          THE COURT:  I gather he did some criminal work as

18  well, criminal investigations?

19          A JUROR:  I -- he got -- that's what I know about my

20  father-in-law.  I mean, he was not in that position when I

21  married into the family, so all I ever heard were stories, but

22  it's on the form, so I figured I should mention it.

23          THE COURT:  Do you think that might in any way affect

24  your ability to be fair and impartial?

25          A JUROR:  No, sir.

1          THE COURT:  With that said, would you have any

2    impartiality to the fact of law enforcement, FBI, or others?

3          A JUROR:  No, sir.

4          THE COURT:  Could you be fair and impartial as far as

5    the defendant is concerned?

6          A JUROR:  Absolutely, sir.

7          THE COURT:  Counsel wish to follow up?

8          MR. BALDWIN:  Your Honor, I have a follow-up question

9    related from the general form.  It showed that your spouse

10   worked for the federal government.  Is that correct?

11         A JUROR:  No, sir.  My -- I have never worked for the

12   federal government.  My spouse has not worked for the federal

13   government.

14         THE COURT:  Mr. Burnham?

15         MR. BURNHAM:  My question is similar, actually.

16   Ma'am, as to your spouse's occupation, on my form, it says he's

17   "retired from the," and then it cuts off.  I was just wondering

18   --

19         A JUROR:  He retired from Amtrak, which, I don't

20   know, is quasi government, I guess, but he worked for Amtrak.

21   He worked in the budgeting department.

22         MR. BURNHAM:  Thank you.

23         THE COURT:  Anything further, Counsel?

24      Thank you, ma'am.  You may step back.

25      Is there any --

```
 1          THE DEPUTY CLERK:  There are no other affirmative

 2    responses.

 3          THE COURT:  Ma'am, step back.

 4       Bring in the next person right away.

 5       Please step up to the mike, if you would.  And you are

 6    No. 15, Ms. ███████████████?

 7          A JUROR:  Yes.

 8          THE COURT:  Would you drop your mask real quick so we

 9    can have a look at you?  Thank you.  Put it back on.

10       The defendant is Tiba Conley.  He's on the screen now.

11    Do you recognize him?

12          A JUROR:  No.

13          THE COURT:  Counsel for the government, Mr. Baldwin

14    and Mr. Draughon, if you could look at them, they are dropping

15    their masks, do you recognize either of them?

16          A JUROR:  No.

17          THE COURT:  And for the defendant, Mr. Burnham, do

18    you recognize him?

19          A JUROR:  No.

20          THE COURT:  All right.  Just bear with us for a

21    second here.  All right.

22       No. 17 -- and you should understand this is all

23    confidential, the conversations that we are having here.  We

24    just have to convert the courtroom to a place where just the

25    litigants are involved.
```

1          The question was:  Have you or any member of your family

2    or close friend ever been the victim of a crime, a witness to a

3    crime, witness for the prosecution or defense in a criminal

4    trial?  Could you elaborate?

5               A JUROR:  Yes.  It was pretty minor.  I was a victim

6    of theft and burglary.

7               THE COURT:  Is the mike working now?

8               THE DEPUTY CLERK:  Yes, Your Honor.  You have to

9    project more, please.

10              A JUROR:  My house was burglarized, so I had things

11   stolen from the house.

12              THE COURT:  When was that?

13              A JUROR:  Oh, that was 10 to 15 years ago.

14              THE COURT:  And where was that?

15              A JUROR:  Oh, in Silver Spring.

16              THE COURT:  Was anybody prosecuted for the crime?

17              A JUROR:  Never caught.

18              THE COURT:  Were you satisfied with the way the

19   police conducted the investigation?

20              A JUROR:  Yeah.  Yes.

21              THE COURT:  I didn't hear you.

22              A JUROR:  Yes.

23              THE COURT:  Is there anything about those proceedings

24   that might affect your ability to be fair and impartial here?

25              A JUROR:  No.

```
 1            THE COURT:  Any other affirmative answers?

 2            THE DEPUTY CLERK:  No, Your Honor.

 3            THE COURT:  Counsel wish to inquire?

 4            MR. BALDWIN:  Yes.

 5            THE COURT:  Mr. Baldwin.

 6            MR. BALDWIN:  Ma'am, were you present when your home

 7  was burglarized?

 8            A JUROR:  No.

 9            MR. BALDWIN:  Thank you.

10            THE COURT:  Mr. Burnham.

11            MR. BURNHAM:  I just happened to notice, Your Honor,

12  that on Question 16, I think, Madam Juror, it looks like she

13  wrote the word "significant."  I just wanted to make sure that

14  wasn't an affirmative response.

15            A JUROR:  It was not.

16            MR. BURNHAM:  Okay.  All right.  Thank you.

17            THE DEPUTY CLERK:  Your Honor, I believe that was an

18  edit to your question.

19            THE COURT:  I used the word "significant."  I didn't

20  want to hear about traffic tickets.  I used that word.

21            THE DEPUTY CLERK:  Your Honor, I'm sorry.  There are

22  other affirmative responses.

23            THE COURT:  Let's go to them.  All right.  Let's see.

24  No. 32, again, it's not clear the way it's written, but I

25  indicated that we would sit Friday of this week, not Monday of
```

1  next week, probably go into the middle of next week.  And the

2  question would be:  Would that in any way inconvenience you?

3             A JUROR:  Yes.

4             THE COURT:  Tell us what the answer is.

5             A JUROR:  Do you want the details?  I need to get to

6  the office for just roughly an hour to log in to update my

7  email certificate so I can do work outside of this.  I need to

8  get to the office for a week before -- during this at some

9  point.

10             THE COURT:  So how does that affect what you are

11  doing?

12             A JUROR:  So, if this takes the -- if this happens

13  during business hours, I need to do some work during, like, the

14  next two weeks.  In order to do that, I need to go into the

15  office for like an hour.  It could happen today.  It could

16  happen tomorrow.

17             THE COURT:  You work after 5:00, let's say?

18             A JUROR:  I work during business hours, but I need to

19  get into the office to update my laptop in order to use it.

20             THE COURT:  Well, the question is:  When can you do

21  that?  I mean, can you -- can you get in -- could you go over

22  the weekend for an hour?  Could you go after 5:00?

23             A JUROR:  Right now, that's not possible.  I am

24  trying to work with the office to figure that out.

25             THE COURT:  You just don't know at this point?

1          A JUROR:  I -- I don't know.  It might be possible in

2     the morning.  I don't know.

3          THE COURT:  Could you go early in the morning?

4          A JUROR:  It might be possible.

5          THE COURT:  I mean, for example, we are not going to

6     start until 10:00 in the morning.

7          A JUROR:  Oh, yes.  Then it's possible.

8          THE COURT:  Okay.  All right.  Any other affirmative

9     response?

10         Let's see.  No. 33:  Concerns about COVID-19, underlying

11    medical conditions putting you at higher risk, or you providing

12    direct care for someone in a high-risk category, or other

13    concerns.  You answered yes.  If you would elaborate, please.

14         A JUROR:  Yes, because of the underlying health

15    condition, but as indicated when I returned my initial juror

16    statement, I have an underlying condition that could make me at

17    higher risk for COVID-19, but I am willing to serve as a juror.

18         THE COURT:  All right.  Do you want to say what that

19    is?

20         A JUROR:  It's asthma.

21         THE COURT:  Okay.  But you still are willing to

22    serve?

23         A JUROR:  Correct.

24         THE COURT:  You understand we will be sitting, once

25    we get started here, regular day, ten to five, and then with a

1     lunch hour in between for an hour, okay?  All right.

2          Counsel wish to inquire?  Government?

3          MR. BALDWIN:  Yes, Your Honor.  Just a question about

4     your general questionnaire, it shows that you were a research

5     associate at the Henry M. Jackson Foundation?

6          A JUROR:  Correct.

7          THE COURT:  What sort of work do you do in research?

8          A JUROR:  I work as a contractor for the Navy.  I

9     develop proficiency tests for laboratory technicians in the Air

10    Force and the Navy.

11         MR. BALDWIN:  Thank you.  What kind of laboratory

12    technicians?

13         A JUROR:  So they are clinical laboratory

14    technicians, but my tests are for the detection of biological

15    warfare agents.

16         MR. BALDWIN:  Thank you.

17         THE COURT:  Defendant?

18         MR. BURNHAM:  No questions.  Thank you.

19         THE COURT:  Thank you, ma'am.  You may step down.  Go

20    back to the jury room.

21         Next.  Bring them in.

22         Step right up to the microphone, please.  All right.  You

23    are Ms. ███████, No. 92?

24         A JUROR:  Yes.

25         THE COURT:  Would you pull down your mask very

1    quickly so we can have a look at you?  Thank you.

2          The screen now is focused on the defendant, Mr. Conley.

3          Can you look at the screen and see if you recognize him?

4                A JUROR:  No.

5                THE COURT:  Her answer?

6                A JUROR:  No.

7                THE COURT:  And counsel for the government is

8    Mr. Baldwin and Mr. Draughon.  Do you recognize either of them?

9    They are dropping their masks.

10               A JUROR:  No.

11               THE COURT:  All right.  And counsel for the

12   defendant, Mr. Burnham, do you recognize him?

13               A JUROR:  No.

14               THE COURT:  Now we are going to ask you questions

15   from the questionnaire.  If you will put that up, please, Madam

16   Clerk.

17         All right.  We are on No. 10, question being whether you,

18   member of your family, or close friend has attended law school,

19   done paralegal course, participated in clinical programs

20   involving criminal law, received any other legal training, been

21   employed by a lawyer or law firm, worked in a courthouse, been

22   a paralegal, etc.  You answered yes.

23         Would you elaborate on that?

24               A JUROR:  My sister-in-law, her sister is a legal

25   secretary.

1          THE COURT:  I am not sure why we lost her.

2          THE DEPUTY CLERK:  Could you move forward, please?

3    We need you to speak directly into the microphone.

4          A JUROR:  My sister-in-law, her sister works for a

5    legal -- she is a legal secretary.

6          THE COURT:  All right.  A law firm that did criminal

7    law work, do you know?

8          A JUROR:  I am not sure.

9          THE COURT:  Would that in any way affect your

10   judgment here?

11         A JUROR:  No.

12         THE COURT:  Thank you.  Next.  Is there another?

13        All right.  You also answered yes to No. 31 about sitting

14   in court for a period of time, two to three hours, listening to

15   the evidence, and so on; asking whether you are taking any

16   medication or are there any other issues that might affect your

17   ability to accompany the case?  And you answered yes.

18        Could you elaborate?  You need to speak right up to the

19   mike.  I'm sorry.  I have difficulty hearing you.

20         A JUROR:  Yes.  It's an emotional stress, and I have

21   been having some emotional stress.  I had to reach out to a

22   therapist.

23         THE COURT:  Are you under the care of any kind of

24   mental health professional?

25         A JUROR:  Just -- I am about to get my first

1  appointment.

2          THE COURT:  Okay.  Are you taking any medication in

3  consequence?

4          A JUROR:  No.

5          THE COURT:  Okay.  Well, the question really is,

6  given your situation, could you serve as a juror in this case

7  and not be distracted?

8          A JUROR:  I -- I can't -- I don't know because I have

9  been having some -- some depression, so --

10          THE COURT:  Okay.  Is it an inability to sort of sit

11  and pay attention, that you have to move around, such like

12  that?

13          A JUROR:  No.  It's just some days are, you know, I

14  am just a little bit more out of it, and some days, I am

15  feeling a lot better.

16          THE COURT:  Okay.  All right.  How is your health

17  otherwise?

18          A JUROR:  Oh, I am good.

19          THE COURT:  Good.

20      Okay.  Counsel wish to inquire?

21          MR. BALDWIN:  Yes, Your Honor.

22      Ma'am, are you able to focus on what's going on around

23  you when you are not feeling well?

24          A JUROR:  I'm sorry?

25          MR. BALDWIN:  When you say you have some days you are

1   feeling down or not with it, on those days, are you able to

2   focus on what's going on around you?

3           A JUROR:  Yes.  When I can focus, I focus just fine,

4   but there is other times that whatever is bothering me just,

5   you know, I just think about that, and my emotional stress just

6   gets the best of me.  That's all.

7           THE COURT:  Mr. Burnham, wish to inquire?

8           MR. BURNHAM:  No questions.

9           THE COURT:  Would you step out into the anteroom for

10  a minute?  Step to the middle room there.

11          MR. BURNHAM:  Move to strike for cause, Your Honor.

12          THE COURT:  Who is making the strike?

13          MR. BURNHAM:  That's me.  Move to strike for cause.

14  She stated that she wasn't sure if she could serve as a juror

15  in light of her anxiety and depression.  And then, upon

16  questioning from Mr. Baldwin, she said if she was having a good

17  day, she could focus, and then if she wasn't, she couldn't.

18          THE COURT:  Mr. Baldwin, response?

19          MR. BALDWIN:  No objection to that, Your Honor.

20          THE COURT:  The Court will strike her for cause.  You

21  can excuse her.  Send her back to the jury lounge.  Excuse her

22  for the day.

23       Bring in your next witness -- not witness, prospective

24  juror.

25          Good morning.  You are No. 94, Ms. ███████?

1          A JUROR:  Correct.

2          THE COURT:  Would you just drop your mask real quick

3    so we can have a look at you?  Thank you.  You can put your

4    mask back on if you will.

5          And counsel for the government are Mr. Baldwin and

6    Mr. Draughon.  They are going to drop their masks.

7          Do you recognize either of them?  Do you recognize either

8    of them?

9          A JUROR:  No, I don't.

10         THE COURT:  And defense counsel is Mr. Burnham.

11    Do you recognize him?

12         A JUROR:  No.

13         THE COURT:  I didn't ask you about the defendant, I

14    think, but Mr. Conley is on the screen right now.

15    Do you recognize him?

16         A JUROR:  No.

17         THE COURT:  All right.  We are going to ask you some

18    questions now based on your answers to the questionnaire.  Hold

19    on.  The screen lets us look at your questionnaire.  Go ahead,

20    Theresa.  Looking at -- where are we?

21         Question No. 10 has to do with attending law school and

22    doing law courses, etc., and you answered yes.  What is your

23    response to that?

24         A JUROR:  I took a paralegal course myself, and my

25    husband went to law school.

```
1              THE COURT:  In the paralegal course, did you study

2    anything about criminal law?

3              A JUROR:  I'm sure we did, but it was a long time ago

4    and I haven't practiced.

5              THE COURT:  How long ago was that?

6              A JUROR:  Oh, 20, probably 25 years ago.

7              THE COURT:  And you say your husband is a lawyer or

8    went to law school?

9              A JUROR:  He went to law school.  He is a lawyer.  He

10   doesn't practice.  He works for the government, but he's not an

11   attorney.

12             THE COURT:  Okay.  Anything about those facts that

13   might affect your ability to be fair and impartial here?

14             A JUROR:  No.

15             THE COURT:  You think you could follow my

16   instructions and evaluate the evidence fairly?

17             A JUROR:  Yes.

18             THE COURT:  All right.  Next.  Any other affirmative

19   answers?

20             THE DEPUTY CLERK:  No other affirmative responses.

21             THE COURT:  Counsel wish to inquire?

22             MR. BALDWIN:  Yes, sir.

23        What does your husband do for the federal government?

24             A JUROR:  He is the deputy chief of staff for the

25   National Oceanic and Atmospheric Administration.
```

```
1              THE COURT:  Defense?

2              MR. BURNHAM:  No questions.

3              THE COURT:  You may step back.  Have her stay.

4         Good morning, Miss.  If you will come right up to the

5    front, please, and face the mike.

6         You are Ms. ███, No. 95?

7              A JUROR:  Yes, sir.

8              THE COURT:  Would you just drop your mask real quick

9    so we can see you?  Take your mask down.  Thank you, ma'am.

10   Put it back.

11             A JUROR:  Okay.

12             THE COURT:  The defendant in this case, Mr. Conley,

13   is now on the screen.

14        Do you recognize him?  Take your mask down, Mr. Conley,

15   please.

16             A JUROR:  No, sir, I do not.

17             THE COURT:  Thank you.

18        For the government, the counsel are Mr. Baldwin and

19   Mr. Draughon.  Gentlemen, drop your masks.

20        Do you recognize either of them?

21             A JUROR:  I do not recognize them.

22             THE COURT:  And for the defendant, Mr. Burnham, do

23   you recognize him?

24             A JUROR:  No, sir.

25             THE COURT:  We are going to look at your
```

 1   questionnaire now and have you follow up on any questions.

 2          A JUROR:  I have no questions.

 3          THE DEPUTY CLERK:  Your Honor, there were no

 4   affirmative responses.

 5          THE COURT:  Fair enough.  Thank you very much for

 6   your response.  Please have her seated -- waiting downstairs.

 7          THE DEPUTY CLERK:  I'm sorry.

 8          THE COURT:  We are good.  Have her go back to the

 9   jury collection area, please.

10      Next.  Sir, if you could step right up to the front?

11      You are Mr. ████, No. 98?

12          A JUROR:  Yes.

13          THE COURT:  Would you just drop your mask for a

14   moment so we have a look at you?

15          A JUROR:  Excuse me?

16          THE COURT:  Drop your mask for a moment so we can

17   have a look at you.  Thank you, sir.  Thank you.  Put it back.

18      The defendant in this case, Mr. Conley, is on screen

19   right now.  Would you drop your mask, Mr. Conley?

20      Do you recognize him at all?

21          A JUROR:  No.

22          THE COURT:  Thank you.

23      Counsel for the government are Mr. Baldwin and

24   Mr. Draughon.  Gentlemen, drop your masks.

25      Do you recognize either of them?

1            A JUROR:  No.

2            THE COURT:  Next, counsel for the defendant,

3    Mr. Burnham, do you recognize him?

4            A JUROR:  No.

5            THE COURT:  Thank you, sir.

6         We are going to go back to your questionnaire now for a

7    moment.  All right.  No. 10 asks you whether you, family, or

8    friends have attended law school or done other law-related

9    matters, taken courses, been employed by a law firm or a

10   lawyer, been a legal secretary, investigator, et cetera?  You

11   answered yes.

12        Could you elaborate?

13           A JUROR:  No. 10?

14           THE COURT:  Do you see the question?

15           A JUROR:  Thank you.

16           THE COURT:  I am asking you to be more specific.

17   What have you done?

18           A JUROR:  Okay.  So I counted work for the Prince

19   George's County Child Support Enforcement.

20           THE COURT:  Child Support, as an investigator?

21           A JUROR:  No.  Just -- we preside cases -- we testify

22   for the child support cases that are delinquent in the

23   courthouse.

24           THE COURT:  Any other further answers to that same

25   question?  Is that the answer to that question?

1          A JUROR:  Yes.

2          THE COURT:  Would that in any way affect your ability

3    to be fair and impartial here?

4          A JUROR:  No.

5          THE COURT:  All right.  Any other affirmative

6    questions?

7          THE DEPUTY CLERK:  No. 18, Your Honor.

8          THE COURT:  No. 18.  The question is whether you, any

9    member of your family, or close friends have ever been

10   convicted of a crime, accused of criminal conduct, or been the

11   subject of a criminal investigation?

12      And you should understand this is all confidential.  We

13   only have people listening in at this point who are part of the

14   case.

15      What is your answer to that?

16          A JUROR:  I have an uncle who is incarcerated in the

17   state of Florida.

18          THE COURT:  What for?  For what crime?

19          A JUROR:  I am not sure.  I was just told by family

20   members that he was.

21          THE COURT:  Okay.

22          A JUROR:  I also have a cousin who is currently

23   serving time in western Maryland for manslaughter, I believe it

24   was.

25          THE COURT:  Manslaughter?

1          A JUROR:  Mm-hmm.

2          THE COURT:  Okay.  Anything else?

3          A JUROR:  That was it.

4          THE COURT:  Do you know anything particularly about

5    the facts of either of those cases?

6          A JUROR:  I know the one that was in Allegheny was

7    vehicular manslaughter.

8          THE COURT:  That was the manslaughter case?

9          A JUROR:  Excuse me?

10         THE COURT:  You said it was vehicular manslaughter?

11         A JUROR:  Correct.

12         THE COURT:  Did you have any personal knowledge of

13   that case or just what you heard?

14         A JUROR:  No, not really, no.

15         THE COURT:  Do you think either of those facts might

16   have an effect on your ability to be fair and impartial here?

17         A JUROR:  No, Your Honor.

18         THE COURT:  Okay.  Any other affirmative answers?

19         THE DEPUTY CLERK:  No, Your Honor.

20         THE COURT:  Counsel wish to inquire?  Start with you,

21   Mr. Burnham.

22         MR. BURNHAM:  No questions.

23         THE COURT:  From the government?

24         MR. BALDWIN:  No questions, Your Honor.

25         THE COURT:  Thank you, sir.  You may step back.  And

1  have him remain in the collecting area.

2       Next.

3       All right, Miss.  If you will come right up front to the

4  microphone.  Take your mask down.

5       You are ███████████, No. 105.  Is that right?

6            THE DEPUTY CLERK:  My name is ██████████████.

7            THE COURT:  Are you Juror No. 105?

8            A JUROR:  Yes.

9            THE COURT:  Ms. ████████?

10           A JUROR:  Yes.

11           THE COURT:  Would you just drop your mask real quick

12  so we can have a look at you?  All right, good.  Thank you.

13  Put it back up.

14       The screen is on the defendant, Mr. Conley, right now.

15  Would you look at the screen, see whether you recognize him?

16           A JUROR:  No, I don't.

17           THE COURT:  And counsel for the government,

18  Mr. Baldwin, and counsel for the government, Mr. Draughon, do

19  you recognize either of them?

20           A JUROR:  No, I don't.

21           THE COURT:  And for the defendant, Mr. Burnham, do

22  you recognize him?

23           A JUROR:  No.

24           THE COURT:  Thank you.  Let's go to the

25  questionnaire.

1          THE DEPUTY CLERK:  Question No. 11.

2          THE COURT:  Very good.

3      You were asked in Question 11 whether you, any member of

4  your family, or close friends had any problems relating to

5  drugs or substance abuse?

6          And, again, this is a confidential hearing in the sense

7  that there is no other involvement other than the parties.

8          And what is your answer to that question more

9  elaborately?

10          A JUROR:  I said yes.

11          THE COURT:  Could you step up a little closer to the

12  mike?

13          A JUROR:  I said yes.

14          THE COURT:  And could you be more specific?

15          A JUROR:  Yes.  My stepson has some issues.

16          THE COURT:  What kind of problem?

17          A JUROR:  I am not so close to the issue.  I just

18  know that he has some issues with --

19          THE COURT:  How old is he?

20          A JUROR:  He is now 24.

21          THE COURT:  He does not live with you or does?

22          A JUROR:  No.  He doesn't live with us.

23          THE COURT:  Do you know what kind of drugs are

24  involved?

25          A JUROR:  No, I don't.

1          THE COURT:  Has he been criminally prosecuted?

2          A JUROR:  I think the Question No. 18, it was

3    something like that, and I learned like a couple of years ago

4    that he had some issues, but I also don't know exactly what.

5          THE COURT:  Okay.  Well, is there anything about that

6    experience that might affect your ability to be fair and

7    impartial here?

8          A JUROR:  No.  I don't think so.

9          THE COURT:  Well, understand this is a prosecution

10   for conspiracy to -- it's actually a possession with intent to

11   distribute cocaine and crack, with firearms as additional

12   charges, and the question is whether the nature of this --

13   these charges might affect your ability to be fair and

14   impartial?

15         A JUROR:  No.  I don't think so.

16         THE COURT:  I'm sorry?

17         A JUROR:  I don't think so, Your Honor.

18         THE COURT:  You don't think so?

19         A JUROR:  No.

20         THE COURT:  You think you can be fair and impartial.

21      All right.  Are there any other affirmative answers?

22         A JUROR:  No, Your Honor.

23         THE COURT:  Counsel wish to inquire?  Mr. Burnham?

24         MR. BURNHAM:  No questions.

25         THE COURT:  From the government?

1              MR. BALDWIN:  Yes, Your Honor.  Just -- I think it

2    looks like there is another --

3              THE DEPUTY CLERK:  Your Honor, Question No. 18 may be

4    the same.

5              THE COURT:  Did I not ask about 18?  I thought we

6    just did.

7              THE DEPUTY CLERK:  I'm sorry.

8              THE COURT:  Maybe I didn't.  I asked whether anyone

9    -- no, it was 11.

10         No. 18 specifically asked whether anybody that you --

11   your family -- you, your family, or friends had been convicted

12   of a crime, accused of criminal conduct, or the subject of

13   criminal investigation?  Not just drugs.

14             A JUROR:  Yeah.  I just wanted that -- it's about any

15   stepson again.  I, like a year ago or so, I learned that

16   something happened, but I don't know exactly what.

17             THE COURT:  To who?

18             A JUROR:  My stepson, the same person.

19             THE COURT:  You think something involved a criminal

20   prosecution?

21             A JUROR:  Yes.

22             THE COURT:  Do you know where that would have

23   occurred?

24             A JUROR:  In Montgomery County.

25             THE COURT:  Okay.  Did he go to jail?

1        A JUROR:  I am not so certain, but I think yes.  I am

2   not so close to the issue because my husband tried not to -- he

3   is very private on that.

4        THE COURT:  Well, the question with regard to that is

5   as before, whether you think that that fact might affect your

6   ability to be fair and impartial here?

7        A JUROR:  I -- it's not affecting me.

8        THE COURT:  All right.  Counsel wish to inquire?  I

9   said Mr. Burnham.

10        MR. BURNHAM:  No questions.

11        THE COURT:  For the government?

12        MR. BALDWIN:  I just had one additional question,

13   Your Honor.

14      Ma'am, you are a teacher at a school.  What do you teach?

15        A JUROR:  Preschool, four years old kids.

16        MR. BALDWIN:  Thank you.

17        THE COURT:  Thank you.  You may step back.  Have her

18   go back to the jury collection area.  Thank you.

19      (Pause.)

20        THE COURT:  I want to ask her about timing on our

21   recess here.

22      All right.  If you will come right up to the microphone,

23   please, ma'am.  Do you see the microphone there in the middle?

24   Not so far.  Right --

25        A JUROR:  Okay.

1          THE DEPUTY CLERK:  Do you see the microphone right

2  there?

3          THE COURT:  Very good.  Move it down so that you can

4  face it.

5      You are Miss ████████████, No. 108?

6          A JUROR:  Correct.

7          THE COURT:  Would you drop your mask real quick so we

8  can have a look at you?

9          A JUROR:  Correct.  Yes.

10          THE COURT:  You can put it back on.  You can put your

11  mask back on.  I just wanted to see who you were.  Okay?

12      The screen now shows the defendant, Mr. Conley.

13      Would you please have a look at him and see if you

14  recognize him?

15          A JUROR:  I'm sorry, sir.  I really can't hear you.

16          THE COURT:  The screen now shows Mr. Conley, the

17  defendant.

18      Would have you a look at the screen and see whether you

19  recognize him?  Do you recognize him?

20          THE DEPUTY CLERK:  No.  I don't know him, no.

21          THE COURT:  And counsel for the government are

22  Mr. Baldwin and Mr. Draughon.

23      Do you recognize either of them?

24          A JUROR:  I do not know them, no.

25          THE COURT:  And for the defendant, Mr. Burnham, do

1   you recognize him?

2           A JUROR:  I do not know him, no.

3           THE COURT:  All right.  Very good.  If you will put

4   up the screen?

5       The question that you answered yes to is No. 31 involving

6   sitting in the court two to three hours with comfort breaks,

7   listening to the testimony, et cetera, and asked whether there

8   are any physical condition or impairment that you might have

9   that might affect you?  And you had written, "Lower back

10  issues.  Can't sit for long periods of time.  Have to stand up

11  occasionally."

12      You are seeing how the jury area is arranged.  You would

13  be in one of these seats.  Do you see -- turn around and look

14  at the seats behind you.  That's where you would be.

15      Could you, for example, just stand and stretch while we

16  were going through the proceeding?

17          A JUROR:  Yeah.  I have to -- I just need to stand up

18  from time to time.  When I was working, I had a stand-up desk

19  so that I could --

20          THE COURT:  So you could, for example, if you were

21  seated in one of those seats behind you, you could stand up

22  while the trial is going forward?  Your answer is?  You have to

23  answer in words.  I'm sorry.  Is she saying yes?  You have to

24  answer -- is your answer yes?

25          A JUROR:  No.

```
1              THE COURT:  I'm sorry, sir.  I am really not

2   understanding you.  You said you need to stand occasionally,

3   and I am asking you:  If you were seated in one of those chairs

4   alongside where you are now behind you, could you simply just

5   stand and stretch while the proceeding is going on and then sit

6   down?

7              A JUROR:  Yes.

8              THE COURT:  That was my question.

9              A JUROR:  If that's all right with the Court, I just

10  need to do that.

11             THE COURT:  That's my question.  Otherwise, you think

12  you could sit.

13       Are there any other affirmative answers, Madam Clerk?

14             THE DEPUTY CLERK:  No more affirmative answers, Your

15  Honor.

16             THE COURT:  Question then, overall, do you think you

17  could sit with that allowance and be a fair and impartial juror

18  in the case?

19             A JUROR:  I'm sorry.

20             THE COURT:  Are you not hearing me?

21             A JUROR:  I am not really understanding you with --

22             THE COURT:  I am asking whether, apart from what I

23  have just said, do you think you could serve as a juror in this

24  case and be fair and impartial?

25             A JUROR:  I'm sorry?
```

1              THE COURT:  Are you not hearing me?

2              THE DEPUTY CLERK:  She's having difficulty, I

3    believe, understanding what it is you are saying because of the

4    plastic face shield.  Is that correct?

5              A JUROR:  Correct.

6              THE COURT:  I am going to try again.  Can you serve

7    in this case and be fair and impartial?

8              A JUROR:  Yes.

9              THE COURT:  Answer in words, please.

10             A JUROR:  Yes.

11             THE COURT:  Counsel wish to inquire?  Mr. Burnham?

12             MR. BURNHAM:  One question:  Can you tell me what

13   kind of work you did for the federal government before you

14   retired?

15             A JUROR:  I'm sorry, sir.  Could you repeat that?

16             MR. BURNHAM:  It says you were a retired federal

17   employee.  I was just wondering what kind of work you did for

18   the federal government?

19             A JUROR:  I was a foreign service officer with the

20   Department of State.  I worked in the management area,

21   resources, personnel, financial.  I served overseas for a

22   number of years.  I worked for 46 years with the Department of

23   State.

24             MR. BURNHAM:  Thank you.

25             THE COURT:  Mr. Baldwin.

1          MR. BALDWIN:  Thank you, Your Honor.

2      Ma'am, about how long -- how long can you sit at a time?

3          A JUROR:  I'm sorry, sir?

4          MR. BALDWIN:  About how long can you sit at a time?

5          A JUROR:  How long can I sit at a time?

6          MR. BALDWIN:  Yes, ma'am.

7          A JUROR:  I would say a half an hour or so and then I

8  need to stand up.

9          MR. BALDWIN:  Ma'am, do you have any hearing

10  problems?

11          A JUROR:  I am certainly having hearing problem with

12  the masks on.

13          MR. BALDWIN:  Okay.  Have you, since the COVID has

14  started, have you found that you have problems understanding

15  people when they are wearing masks and speaking to you in

16  general?

17          A JUROR:  Sorry, sir.  I am not --

18          MR. BALDWIN:  Ma'am, can you hear me okay now?

19          A JUROR:  Yes.  That's better.  Thank you.

20          MR. BALDWIN:  With the listening device you are using

21  now, do you think you would be able to understand and hear

22  people?

23          A JUROR:  Yes.  Definitely makes a big difference.

24          THE COURT:  Any other questions?  Thank you, ma'am.

25  If you will have her go back to the jury collecting area.

1          Theresa, while we are waiting for the next round, how do

2     you want to work the break with us?  As we get close to one,

3     what do you want to do?  Can we go through another five and

4     then break?  How are we doing this?

5               THE DEPUTY CLERK:  I would defer to Miss Ewing.

6               THE COURT:  We will do five more.

7               COURT REPORTER:  Sure.

8               THE COURT:  We will do five more.  Go to the next

9     list.

10              THE DEPUTY CLERK:  And Your Honor, off the record.

11          (Discussion off the record.)

12              THE COURT:  Miss, if you will come right up to the

13    microphone, please?

14         You are Madam ████, No. 118?

15              A JUROR:  Yes.

16              THE COURT:  Would you just drop your mask real quick

17    so we can see you?  Pull your mask down.  Thank you very much.

18    Put it back.  You can put your coat down if you will on the

19    seat.

20         The screen is now -- I'm sorry.  The screen is now on the

21    defendant, Mr. Conley.

22         Can you look at the screen and see whether you recognize

23    him?

24              A JUROR:  No.

25              THE COURT:  You do not recognize him?

```
1              A JUROR:  No.

2              THE COURT:  And counsel for the government,

3    Mr. Baldwin and Mr. Draughon, do you recognize either of them?

4              A JUROR:  No.  No.

5              THE COURT:  And for the defendant, Mr. Burnham, do

6    you recognize him?

7              A JUROR:  No.

8              THE COURT:  Let's go to your questionnaire.  All

9    right.  No. 11, the question was whether you or any member of

10   your family or close friends have ever had any problem relating

11   to drugs or substance abuse?  And, again, this is a closed

12   hearing; in other words, it's just the people associated with

13   the case who hear this answer.  But could you elaborate?

14             A JUROR:  Oh, well, my brother is an alcoholic, and

15   my sister-in-law got a DUI about 20 years ago.

16             THE COURT:  Did what?  I'm sorry.

17             A JUROR:  She got a DUI.

18             THE COURT:  A DUI.  Okay.

19        Would those facts in any way affect your ability to be

20   fair and impartial in this case?

21             A JUROR:  No.

22             THE COURT:  All right.  Do you think you could follow

23   my instructions and carefully evaluate the evidence?

24             A JUROR:  Yes.

25             THE COURT:  All right.  Any other affirmative
```

1   questions?

2            THE DEPUTY CLERK:  I'm sorry.  Question 17.

3            THE COURT:  Again, this is No. 17, have you or any

4   member of your family or close friends ever been the victim of

5   a crime, a witness to a crime, or a witness for the prosecution

6   or defense in any criminal trial?

7       Could you be more specific?  Talk right into the mike,

8   please.  Get a little closer to the mike.

9            A JUROR:  I -- well, I was in a trial for -- it was a

10  traffic accident, my boss got in the accident.  He ran into a

11  car in front of him.

12           THE COURT:  Was he charged criminally, or was it a

13  civil trial?

14           A JUROR:  I guess it might have been a civil trial.

15           THE COURT:  Where did it take place?

16           A JUROR:  In Rockville.

17           THE COURT:  All right.  You were a witness; is that

18  what you said?

19           A JUROR:  Yes.

20           THE COURT:  You witnessed the crime -- sorry, the

21  act?

22           A JUROR:  Yes.

23           THE COURT:  Okay.  When was that, roughly?

24           A JUROR:  When did this happen?  About 20 years ago.

25           THE COURT:  Okay.  And that was about the time of the

1   trial, too?

2              A JUROR:  Yeah.

3              THE COURT:  Sometime after.  Okay.  Okay.

4       Any other further answers to that question?  That's your

5   answer?  That's the time or witness and situation that you

6   remember?

7              A JUROR:  Yes.

8              THE COURT:  Would that experience in any way affect

9   your judgment in this case?

10              A JUROR:  No.

11              THE COURT:  Counsel wish to inquire?  Mr. Burnham?

12              MR. BURNHAM:  Yes.

13       Can you tell me what you do for a living?  I don't have

14   it on my information here.

15              A JUROR:  Graphics.

16              MR. BURNHAM:  Thank you.

17              THE COURT:  You said graphics?

18              A JUROR:  Yes.

19              THE COURT:  Mr. Baldwin?

20              MR. BALDWIN:  Ma'am, I am just asking about what do

21   you mean by "graphics"?  What do you do for graphics?

22              A JUROR:  Basically large format printing.

23              THE COURT:  Anything further?  Thank you, ma'am.  You

24   may go back to the jury collection area.  Thank you.

25              MR. BALDWIN:  I think there is another question, Your

1  Honor.

2          THE COURT:  My fault.  Where are we?

3          THE DEPUTY CLERK:  No further affirmative responses.

4          MR. BALDWIN:  Is No. 20 affirmative?

5          MR. BURNHAM:  I think Mr. Baldwin is right.  Was No.

6  20 served as a juror, I thought?

7          THE DEPUTY CLERK:  You are right.  I'm sorry.

8          THE COURT:  Let's go back and put it back on the

9  screen.  The question was whether you had ever served as a

10 juror in a criminal case, state or federal?  And you answered

11 yes.

12      Could you elaborate?

13         A JUROR:  Yes.  It was about five years ago.  It was

14 the state court.  It was a trial involving someone with a

15 handgun.  I guess it was an assault kind of.

16         THE COURT:  What County?  Montgomery County?

17         A JUROR:  Yes.

18         THE COURT:  And you served as a juror?

19         A JUROR:  Yes.

20         THE COURT:  And what was the verdict, guilty or not

21 guilty?

22         A JUROR:  Not guilty.

23         THE COURT:  Do you think you could be fair and

24 impartial here in this case, listen to my instructions, follow

25 the evidence?

1          A JUROR:  Yes.

2          THE COURT:  Counsel wish to inquire further?

3   Government?

4          MR. BALDWIN:  No, Your Honor.

5          THE COURT:  Defendant?

6          MR. BURNHAM:  No, Your Honor.

7          THE COURT:  Thank you, ma'am.  Go back to the jury

8   collection area.

9        Next.

10        Sir, if you will step right up to the front here, right

11  to the microphone.  Put your belongings in the chair there.

12  The things that you are carrying, you can put them down.

13         THE DEPUTY CLERK:  Please put your belongings in the

14  chair.

15         THE COURT:  You are ███████████, No. 138?

16         A JUROR:  Yes.

17         THE COURT:  I see you have your mask down, but pull

18  your mask down a little bit so we can get a quick look at you.

19  Pull your mask down.  Thank you, sir.  That's all you need.

20        The screen is on the defendant, Mr. Conley.

21        Mr. Conley, pull your mask down if you would, please.

22  Mr. Conley?

23        Do you recognize him?

24         A JUROR:  No.

25         THE COURT:  And counsel for the government are

1  Mr. Baldwin and Mr. Draughon.

2         Do you know either of them?

3             A JUROR:  No.

4             THE COURT:  And for the defendant, Mr. Burnham, do

5  you know him?

6             MR. BALDWIN:  Your Honor, I don't believe he looked

7  at us when you asked him if he recognized us.

8             THE COURT:  Yeah.  I want you to look at them.

9         Do you recognize either of them?

10            A JUROR:  No.

11            THE COURT:  And Mr. Burnham, defense counsel, do you

12 recognize him?  Mr. Burnham, the defense counsel, do you know

13 him?

14            THE DEPUTY CLERK:  You have to speak into the

15 microphone.

16            A JUROR:  No.  I don't recognize him.

17            THE COURT:  Questions then?

18            THE DEPUTY CLERK:  Your Honor, there was no response

19 to 21, 22, 24, or 29.

20            THE COURT:  Okay.  Mr. ████████, are you an American

21 citizen?

22            A JUROR:  Yes.

23            THE COURT:  How long have you been in the United

24 States?

25            A JUROR:  I am here since '78.

1          THE COURT:  '78?

2          A JUROR:  Yes.

3          THE COURT:  You speak the language well?

4          A JUROR:  Well, fairly, fairly, fairly, yes.

5          THE COURT:  You have not answered a number of the

6   questions here.

7          A JUROR:  Yeah.  Because, you know, I don't -- I

8   don't know what to answer, you know.

9          THE COURT:  Well, there is a yes-or-no answer.  Did

10  you hear me read the questions?

11         A JUROR:  Yes.  Well, I read, but I don't know, you

12  know, what, you know.

13         THE COURT:  And you didn't know whether to answer yes

14  or no?  The question was:  Would you be able to follow those

15  directions?

16         A JUROR:  Right.  Well, yes.

17         THE COURT:  Would you step out in the anteroom,

18  please.

19         MS. IONETZ:  Sir, please follow me.

20         THE DEPUTY CLERK:  Follow Ms. Ionetz, please.  Thank

21  you.

22         THE COURT:  Thank you.  Shut the door.  Please.

23      Counsel, I don't know what you want to do.  We can spend

24  a lot of time trying to educate this gent, but I think he's

25  kind of far removed from what's going on here, but I will be

1    happy to invite your remarks.  Counsel.

2            MR. BALDWIN:  Your Honor, I'd move to strike.  I

3    don't think he's understanding the questions that you are

4    posing from the bench.  I don't think he understood the

5    questions in the questionnaire.  And I will note that he was

6    one of the jurors who did not respond when you called his

7    number down below, and there was a very long pause.  I am not

8    quite sure he can follow what's going on when it's being

9    spoken.

10           THE COURT:  Mr. Burnham?

11           MR. BURNHAM:  No objection.

12           THE COURT:  Yeah.  I think we will strike this

13   gentleman.  I want the record to be clear that he hasn't

14   answered Questions 21, 22, 23 -- which there was more.  Was

15   there more?

16           THE DEPUTY CLERK:  Yes, Your Honor.  He responded yes

17   to 23.  He did not respond to 24 or 29.

18           THE COURT:  Well, wait a minute now.  I thought there

19   were more than that.  Did he answer --

20           THE DEPUTY CLERK:  He did not answer 21, 22, 24 --

21           THE COURT:  23?  He answered 23?

22           THE DEPUTY CLERK:  He did.  He answered yes.

23           THE COURT:  Okay.  And next.

24           THE DEPUTY CLERK:  24, no response.  25, 26, 27, and

25   28 were no.  19, no response.

1          THE COURT:  All right.

2          THE DEPUTY CLERK:  30, no.  31, yes.  32, no.  33 and

3     34, no.  And 35, no.

4          THE COURT:  Okay.  Well, I think it was evident from

5     his hesitation to his responses even now were rather unclear.

6     The questions asked were whether you could follow the

7     instructions in the case given the burden of proof on the

8     government and so on, whether he was able to follow that, and I

9     guess he was confused as to what that meant.  It's fairly

10    straightforward.  Same with regard to the representation of

11    counsel and so on and following the evidence.

12         The Court will grant the motion to strike.  I think he's

13    just going to have a problem.  You can excuse this witness.

14         Bring in the next.  Strike for cause.

15         All right.  Sir, if you will walk right up to the

16    microphone, please.

17         You are ███████████, No. 0144?

18         A JUROR:  Yes, sir.

19         THE COURT:  If you will just drop your mask real

20    quick so we can see you.  Take your mask down real quick so we

21    can see you.  Thank you, sir.  You can put it back.

22         The screen is on the defendant, Mr. Conley.

23         Would you look at the screen and see whether you

24    recognize him or know him?

25         A JUROR:  No, sir.

1          THE COURT:  All right.  You do not know him?

2          A JUROR:  No, sir.

3          THE COURT:  All right.  Counsel for the government is

4    Mr. Baldwin and Mr. Draughon.

5       Do you recognize either of them?  Look over at counsel

6    table.  Raise your hands, gentlemen.

7          A JUROR:  No, sir.

8          THE COURT:  And for the defendant, Mr. Burnham, raise

9    your hand, sir.

10      Mr. Burnham, do you recognize him?

11         A JUROR:  No, sir.

12         THE COURT:  Let's go to his questionnaire.  No. 8,

13   you were asked whether you, any member of your family, or close

14   friends were ever employed by the Department of Justice, the

15   Federal Bureau of Investigation, or any other law enforcement

16   agency, local, state, or federal?  You answered yes.

17      What would be your answer more specific.

18         A JUROR:  Yes.  My older brother --

19         THE COURT:  I need to have you stand close to the

20   mike.

21         A JUROR:  May I take my mask down, sir?

22         THE COURT:  Sure.

23         A JUROR:  My older brother works for the Department

24   of Justice.

25         THE COURT:  What does he do?

1          A JUROR:  Like a -- I am not really sure.  Like a

2    security type.

3          THE COURT:  He's not a prosecutor?

4          A JUROR:  No, sir.

5          THE COURT:  All right.  And anyone else working for

6    law enforcement, or just your brother?

7          A JUROR:  Just my brother, sir.

8          THE COURT:  Would that in any way affect your

9    judgment here?

10          A JUROR:  I don't think so, sir.

11          THE COURT:  And the next answer that you gave was

12    whether anyone was employed by any organization or firm

13    involved with criminal defense work, Public Defender,

14    investigative, and so on.  What's your answer to that?

15          A JUROR:  I'm sorry?

16          THE COURT:  Question No. 9 asked whether there was

17    any member of your family employed by any organization

18    involving criminal defense work, Public Defender, and so on?

19    And you answered yes.

20          A JUROR:  I don't know if this applies, but my

21    girlfriend's stepfather is a bail bondman.

22          THE COURT:  Would that in any way affect your

23    judgment here?

24          A JUROR:  No, sir.

25          THE COURT:  Next.  The question was whether, No. 11,

1  you, any member of your family, or close friends have had any

2  problems relating to drugs or substance abuse?  Now, this is

3  confidential, so you can please answer.  You answered yes.

4  Please be specific.

5       And No. 12 was specifically using cocaine base, commonly

6  known as crack.

7       So the answer was yes to both those questions.  Please

8  elaborate.

9            A JUROR:  Yes.

10           THE COURT:  Who was involved with what kind of drug

11  and how, if you would?

12           A JUROR:  Oh, I have a first cousin who was addicted

13  to crack at one point in his life.

14           THE COURT:  Where was that?

15           A JUROR:  Washington, D.C.

16           THE COURT:  Was he prosecuted for crack possession?

17           A JUROR:  Not that I am aware of, sir.

18           THE COURT:  Somebody that you are pretty close to?

19           A JUROR:  Yes, he was.

20           THE COURT:  You were close to him?

21           A JUROR:  Yes.

22           THE COURT:  Was there anything about his experience

23  that might affect your ability to be fair and impartial here?

24           A JUROR:  I don't think so, sir.

25           THE COURT:  Otherwise, let's go on to the next page.

1      No. 17, you answered -- you were asked whether you or any

2  member of your family had ever been the victim of a crime, a

3  witness to a crime, or a witness for the prosecution or defense

4  in a criminal trial?  Be specific, please.

5           A JUROR:  Yes.  When I was a kid, I remember my first

6  cousin, she was murdered by her boyfriend.

7           THE COURT:  Your first cousin?

8           A JUROR:  Yes, sir.

9           THE COURT:  How long ago was that?

10          A JUROR:  I would say around 1987 or '88.  I am not

11 really sure.

12          THE COURT:  Was anybody prosecuted for that?

13          A JUROR:  Yes, he was.

14          THE COURT:  Was he convicted?

15          A JUROR:  Yes, sir.

16          THE COURT:  And did jail time?

17          A JUROR:  Yes, sir.

18          THE COURT:  Were you a witness in any way in that

19 case?

20          A JUROR:  I'm sorry?

21          THE COURT:  Were you a witness in that case?

22          A JUROR:  No, sir.

23          THE COURT:  How old were you at the time?

24          A JUROR:  I was 15 or 16.  I am not sure.

25          THE COURT:  Any other response to that, anybody who

 1   was accused of a crime or convicted of a crime or just that

 2   one?

 3            A JUROR:  At the moment, that's what I can really

 4   remember.

 5            THE COURT:  The question is whether that would

 6   experience would in any way affect your ability to be fair and

 7   impartial here?

 8            A JUROR:  No, sir.

 9            THE COURT:  Next page, Madam Clerk.  No. 33, there

10   was a question about concerns relating to COVID-19, underlying

11   medical conditions putting you at a higher risk for developing

12   serious health complications, or providing direct care for

13   someone in a high-risk category, or other concerns that might

14   affect your ability to be fair and impartial here.

15        Could you please elaborate?

16            A JUROR:  I work at the Armed Forces Retirement Home

17   where there are a lot of World War II veterans that are high

18   up, like 90s.

19            THE COURT:  What do you do there?

20            A JUROR:  I do security, sir.

21            THE COURT:  I see.  Okay.

22        Where is that located?

23            A JUROR:  That's in Washington, D.C. right off of

24   North Capital Street.

25            THE COURT:  Is it a full-time job of yours?

1          A JUROR:  Yes, sir.

2          THE COURT:  What kind of safety precautions, health

3    precautions do you take in working there?

4          A JUROR:  We are all required to wear masks, and if

5    we are transporting any of the residents, we have to wear

6    gloves, and we always keep our distance.

7          THE COURT:  Right.  Is there sanitation as well?  You

8    have to swab down the things that you touch?

9          A JUROR:  Yes, sir.

10          THE COURT:  Has there any cases of COVID-19 at the

11    retirement home?

12          A JUROR:  As far as I know, we have had maybe one

13    employee, but none of the residents.

14          THE COURT:  Okay.  Very good.

15       So the general feel is that it's operating more or less

16    okay?

17          A JUROR:  Yes, sir.  You have to, upon entering, you

18    have to sanitize your hands, and we also have a foot sanitizer,

19    and you have to get your temperature taken every day.

20          THE COURT:  As you come in?

21          A JUROR:  Yes, sir.

22          THE COURT:  Are you reasonably confident that it's

23    safe there?

24          A JUROR:  Yes, sir.

25          THE COURT:  Counsel wish to inquire?  Is there

1   another further affirmative response, Madam Clerk?

2           THE DEPUTY CLERK:  No, Your Honor.

3           THE COURT:  Counsel wish to inquire about this?

4   Mr. Burnham, we will start with you.

5           MR. BURNHAM:  No questions.

6           THE COURT:  The government?

7           MR. BALDWIN:  Sir, do you believe that your

8   occupation at -- at the retirement home would affect your

9   ability to be fair and impartial in this case?

10          A JUROR:  I don't see how it would, sir.

11          THE COURT:  Thank you.  Have him go back to the jury

12  collection area.

13      We will take two more and then we will break for lunch.

14  Right, Theresa?  Two more on this page?  How long are we taking

15  for lunch?

16          THE DEPUTY CLERK:  However long you want.  I defer to

17  Ms. Ewing.

18          THE COURT:  Sir, if you step up, you are ███████

19  ██████, No. 146?

20          A JUROR:  That's correct.

21          THE COURT:  Mr. ██████, just drop your mask real

22  quick so we can have a look at you.  Thank you very much.

23      And the screen now is on the defendant, Mr. Conley.

24      Would you look at the screen and see whether you

25  recognize him?  Look at the screen.

```
 1              A JUROR:  I have never seen Mr. Conley.

 2              THE COURT:  Fair enough.

 3         And for the government, Mr. Baldwin and Mr. Draughon, do

 4    you recognize government counsel?

 5              A JUROR:  I do not.

 6              THE COURT:  And for the defendant, Mr. Burnham, do

 7    you recognize him?

 8              A JUROR:  I do not.

 9              THE COURT:  All right.  Let's go to his

10    questionnaire.

11              THE DEPUTY CLERK:  Your Honor, there are no

12    affirmative responses.

13              THE COURT:  Is that correct, Mr. ██████?

14              A JUROR:  That's correct.

15              THE COURT:  Anything further from counsel?

16              MR. BALDWIN:  Not from the government, Your Honor.

17              MR. BURNHAM:  No questions.

18              THE COURT:  Thank you.  You may step back.  Go back

19    to the jury area.  Thank you.

20         All right, sir.  If you will step right up to the front.

21         You are ███████████, No. 147?

22              A JUROR:  That's correct.

23              THE COURT:  Mr. ██████, just drop your mask a little

24    bit so we can see you.

25              A JUROR:  I am a little hard of hearing.
```

1          THE COURT:  I am asking you to pull down your mask so

2    we can look at you.  Try again.  Try it again.  I am asking you

3    to pull down your mask so we can have a look at you.  All

4    right.  Thank you, sir.  You can put it back on.

5          The screen is now focused on Mr. Conley, the defendant.

6    Mr. Conley, if you will remove your mask.

7          Do you recognize him?  Look at the screen.

8          A JUROR:  Oh, no, I do not.

9          THE COURT:  Counsel for the government is Mr. Baldwin

10   and Mr. Draughon.

11         Do you know either of them?

12         A JUROR:  No, I do not.

13         THE COURT:  For the defendant, Mr. Burnham, do you

14   know him?

15         A JUROR:  No, I do not.

16         THE COURT:  Thank you.  Next, questionnaire.

17         All right.  No. 8, you answered as to any -- you or any

18   member of your family or close friends been employed by the

19   Department of Justice, Federal Bureau of Investigation, or law

20   enforcement, local, state, or federal.

21         Could you elaborate?

22         A JUROR:  Yes, sir.  Back in 1974 through 1976, I was

23   employed by the Department of Defense Police Force.

24         THE COURT:  Department of?

25         A JUROR:  Department of Defense Police Force.

1            THE COURT:  And in what capacity?

2            A JUROR:  The Department of Defense.

3            THE COURT:  Understood.  What was your role exactly

4    there?

5            A JUROR:  I was a regular police officer.

6            THE COURT:  Okay.  And were you responsible for

7    arresting and prosecuting crimes that occurred on certain

8    premises?

9            A JUROR:  Yes.  Patuxent Naval Air Station.

10           THE COURT:  Okay.  Where are you in Pax River?

11   Where?

12           A JUROR:  That's down in St. Mary's County.

13           THE COURT:  I know that well.

14       Well, in any event, the question is whether, having had

15   that experience, would that in any way affect your ability to

16   be fair and impartial here?

17           A JUROR:  No, sir, it wouldn't.

18           THE COURT:  Thank you, sir.  Next.

19           THE DEPUTY CLERK:  Your Honor, Question No. 16.

20           THE COURT:  Question here was whether you have ever

21   been involved in any, it says significant legal dispute with

22   the government, U.S. Government, any agency of government, or

23   state or local government?  And you said yes.

24       Could you elaborate?

25           A JUROR:  Yes, sir.  The -- a friend of mine, back in

1   the mid 1980s, was involved in a federal case of illegal

2   tobacco being purchased in North Carolina, was charged with

3   RICO violations, and wound up spending time in a federal

4   prison.

5           THE COURT:  Were you a witness in that case?

6           A JUROR:  No, I was not.

7           THE COURT:  Was there something about that

8   experience -- was he unfairly treated in your view?

9           A JUROR:  No, sir.

10          THE COURT:  Do you think, given that experience, you

11  could be fair and impartial notwithstanding?

12          A JUROR:  Yes, I could, sir.

13          THE COURT:  All right.  Next.

14          THE DEPUTY CLERK:  No other affirmative responses.

15          THE COURT:  Counsel wish to inquire from the

16  government?

17          MR. BALDWIN:  No, Your Honor.

18          THE COURT:  For the defendant?

19          MR. BURNHAM:  No questions.  Thank you.

20          THE COURT:  Thank you, sir.  You may step back to the

21  jury.  All right.

22          THE DEPUTY CLERK:  Your Honor, hold on just one

23  moment.

24          THE COURT:  We are making pretty good time here, so I

25  would, I think, propose that we recess now for 45 minutes.  Is

1   that sufficient time for lunch?

2           MR. BALDWIN:  Yes, Your Honor.

3           THE COURT:  And whatever they need to do downstairs,

4   Theresa, let them know, and we will pick up so that we are

5   clear -- I think we are all right with jurors through 147.  I

6   think they can be -- I wouldn't let them go at this point

7   because we may, indeed, have everybody vetted by the time we

8   are through today and even pick the jury, so let's see.  But

9   Jurors No. 154 and beyond need to be back here within 45

10  minutes.  The others need to be back here as well.  Everybody,

11  really.

12          All right.  We are in recess for 45 minutes.

13          (Recess taken from 1:16 p.m. until 2:14 p.m.)

14          THE COURT:  Please be seated, folks.  I think our

15  next up juror has not arrived yet.

16          THE DEPUTY CLERK:  Would you please put the Lavalier

17  mike on?

18          THE COURT:  What's her number?

19          THE DEPUTY CLERK:  154.

20          THE COURT:  And she's not here?  We understand she

21  was just --

22          MR. BURNHAM:  -- arriving or what?

23          THE DEPUTY CLERK:  The juror hasn't arrived yet.

24          THE COURT:  Has not?

25          THE DEPUTY CLERK:  No, not up here to the 4th floor.

1          THE COURT:  Are the other people here?

2          THE DEPUTY CLERK:  Yes, Your Honor.

3          THE COURT:  Let's skip that person, and when she gets

4    here, we will take her.  I think I am being heard.  Let's go to

5    162.  Bring her in.

6          Come up to the microphone, please, ma'am, and maybe help

7    her bring that mike down, Theresa, if you would.

8          THE DEPUTY CLERK:  Yes, Your Honor.

9          You are Juror No. 162, Ms. ███████?

10         A JUROR:  Yes.

11         THE COURT:  Would you just drop your mask real quick

12   so we can see you?  Thank you very much.

13         Are you right up to the mike there?  Is that above your

14   head, the microphone?

15         A JUROR:  It's right here.

16         THE COURT:  Can you put it closer to where your mouth

17   is, drop it or whatever?  That's good.  Okay.

18         Let me start by indicating that the defendant is on the

19   screen, Mr. Conley.

20         Can you look at him on the screen and see whether you

21   recognize him?

22         A JUROR:  No, I don't.

23         THE COURT:  Counsel for the government, Mr. Baldwin

24   and Mr. Draughon, do you recognize them?

25         A JUROR:  No, I don't.

```
 1              THE COURT:  And for the defendant, Mr. Burnham?

 2              A JUROR:  No, I don't.

 3              THE COURT:  All right.  Very good.  Let's go to the

 4    questionnaire.

 5         All right.  No. 11:  Have you or any member of your

 6    family or close friends had any problems relating to drugs or

 7    substance abuse?  And this is a closed proceeding so you don't

 8    need to worry about discussing it, but you answered yes.

 9              A JUROR:  It was actually alcohol, one of my

10    children, and I didn't know if you were including that.

11              THE COURT:  That's a fair answer.

12         The question is really whether it's going to in any way

13    affect your ability to be fair and impartial here?

14              A JUROR:  No.

15              THE COURT:  All right.  Other questions?

16              A JUROR:  No.  It would not affect me.

17              THE COURT:  Any other affirmative, Theresa?

18         No. 18:  Have you or any member of your family ever been

19    convicted of a crime, accused of a crime, subject to a criminal

20    investigation?  You answered yes.  Response.

21              A JUROR:  And that was related to the other question.

22    One of my children spent a year in jail.

23              THE COURT:  Alcoholism?

24              A JUROR:  Pardon me?

25              THE COURT:  What was the crime?
```

1            A JUROR:  It's been about like nine years.

2            THE COURT:  What was the crime?

3            A JUROR:  It was like felony DUI.

4            THE COURT:  Oh, all right.  Fair enough.

5       And then there was a question whether you have ever

6    served as a juror in a criminal case, and have you?

7            A JUROR:  Yes.

8            THE COURT:  When was that?

9            A JUROR:  It was about six or seven years ago in

10   Charles County.

11           THE COURT:  What kind of case was it?

12           A JUROR:  It was a felony murder.

13           THE COURT:  Do you remember the verdict?

14           A JUROR:  Yes, I do.

15           THE COURT:  And what was that?

16           A JUROR:  It was guilty.

17           THE COURT:  In answer to those questions, the

18   question overall is whether you think in any way your responses

19   would affect your ability to be fair and impartial here?

20           A JUROR:  I mean, I can be fair and impartial.

21           THE COURT:  Okay.  Any further affirmative response,

22   Theresa?

23           THE DEPUTY CLERK:  No, Your Honor.

24           THE COURT:  Counsel, question?

25           MR. BALDWIN:  Yes, ma'am.

1          With respect to the investigation of I believe your son

2    for felony DUI, do you believe he was treated fairly?

3              A JUROR:  Unfortunately, yes.

4              MR. BALDWIN:  Thank you.

5              MR. BURNHAM:  No questions.

6              THE COURT:  All right.  Thank you, ma'am.  You may

7    step back.  Send her back to the jury collection area.

8        Next.

9              THE DEPUTY CLERK:  168.

10              THE COURT:  All right.  Sir, step right up, if you

11   would.

12       You are -- let's see.  I'm sorry.  What number are you?

13              A JUROR:  168.

14              THE COURT:  Oh, yes.  Okay.  Would you just -- you

15   are Mr. █████?  Is that right?  █████?

16              A JUROR:  █████.

17              THE COURT:  Would you drop your mask real quick so we

18   can look at you?  Pull your mask down so we can have a look at

19   you.  All right.

20       Have -- look over toward counsel if you would, please.

21   Over this way.  Look towards the attorneys if you would,

22   please.  Do you recognize government counsel, Mr. Baldwin or

23   Mr. Draughon?

24              A JUROR:  No.

25              THE COURT:  And Mr. Burnham for the defendant?

1          A JUROR:  No.

2          THE COURT:  Have a look at the screen.  Mr. Conley,

3    the defendant, is on the screen now.  Mr. Conley has had his

4    mask off.

5          Do you recognize him?

6          A JUROR:  No.

7          THE COURT:  All right.  Very well.  Questions then,

8    questionnaire.

9          Question No. 10, you were asked whether you or any member

10   of your family or close friends had any law-related activities,

11   law school, paralegal, clinical programs, legal training, et

12   cetera, working for a law firm.

13         What was your more specific response?

14         A JUROR:  Sure.  Our good friends are, husband and

15   wife, are medical malpractice attorneys.

16         THE COURT:  Something about medical malpractice.  I

17   didn't get the first part.

18         A JUROR:  Close couple, friends of ours, a husband

19   and wife, are medical malpractice attorneys.

20         THE COURT:  Okay.  Any other further response to that

21   question?

22         A JUROR:  No.

23         THE COURT:  Would that in any way affect your

24   judgment here?

25         A JUROR:  No.

1          THE COURT:  No?

2          A JUROR:  You asked --

3          THE COURT:  I asked whether the fact that you have

4    friends who are medical malpractice attorneys would in any way

5    affect your judgment in this case?

6          A JUROR:  No.

7          THE COURT:  Other affirmative?  The Question No. 17

8    about whether you, any member of your family, or close friends

9    have been the victim of a crime, a witness to a crime, or

10   witness for the prosecution or defense in a criminal case.

11      Could you be specific, please?

12         A JUROR:  Sure.  My wife had her car broken into and

13   her medical stuff stolen twice.

14         THE COURT:  And where was that?

15         A JUROR:  Once on our street and once downtown

16   Washington, D.C.

17         THE COURT:  How recently were the two?  When did they

18   occur?

19         A JUROR:  Excuse me?

20         THE COURT:  When did they occur?

21         A JUROR:  Two or more years ago.

22         THE COURT:  Okay.  Was anybody ever charged with a

23   crime in connection with the break-ins?

24         A JUROR:  No.

25         THE COURT:  Would that in any way affect your ability

1    to be fair and impartial in this case?

2              A JUROR:  No.

3              THE COURT:  All right.  Any other affirmative

4    response?

5              THE DEPUTY CLERK:  No, Your Honor.

6              THE COURT:  Any questions, Mr. Burnham?

7              MR. BURNHAM:  No questions.

8              THE COURT:  Government?

9              MR. BALDWIN:  No, Your Honor.  Thank you.

10             THE COURT:  Thank you, sir.  You may step back.  Go

11   back to the jury collection room.

12        Next.

13             THE DEPUTY CLERK:  Your Honor, 154 is here.

14             THE COURT:  All right.  Miss, would you come right up

15   to the microphone, please?  You are Ms. ███████, No. 154?

16             A JUROR:  Yes.

17             THE COURT:  Would you drop your mask so we can have a

18   look at you, please?  All right.  Thank you.  You can put it

19   back.

20        The defendant, Mr. Conley, is on the screen now.  Would

21   you look at that and see whether you recognize him?

22             A JUROR:  Here?

23             THE COURT:  Yeah.  Do you recognize him?

24             A JUROR:  I couldn't hear you.  I'm sorry.

25             THE COURT:  Would you look at the screen and see

1  whether you recognize the defendant who is on the screen?

2            A JUROR:  I do not.

3            THE COURT:  Counsel for the defendant is Mr. Burnham.

4  Do you recognize him?  Look over this way.  Do you recognize

5  Mr. Burnham?

6            A JUROR:  I do not.

7            THE COURT:  And Mr. Baldwin and Mr. Draughon are

8  counsel for the government.  Do you recognize them?

9            A JUROR:  No.

10           THE COURT:  All right.  Now we have some questions to

11 ask you.  You were asked about, basically, you or any member of

12 your family or close friends employed by any organization

13 involving criminal defense work, Public Defender,

14 investigations, and so on, particularly involving persons

15 charged with or convicted of a crime.

16      Would you be specific about that, please?

17           A JUROR:  Yes.  My children's father spent six years

18 in federal prison.

19           THE COURT:  Could she move the microphone?

20           THE DEPUTY CLERK:  Could you move a little bit closer

21 to the microphone so we can hear you?

22           A JUROR:  My children's father spent six years in

23 federal prison.

24           THE COURT:  He's currently serving time?

25           A JUROR:  No.  He's been out five, six years now.

```
1              THE COURT:  Were you married to him?

2              A JUROR:  No.

3              THE COURT:  What was his crime?

4              A JUROR:  Identity theft and credit card theft, I

5    believe.

6              THE COURT:  I'm sorry.

7              A JUROR:  Identity theft and credit card theft.

8              THE COURT:  Where did that occur?  Where was that

9    trial?

10             A JUROR:  I believe it was in the federal court in

11   Virginia.

12             THE COURT:  How recently was he sent to prison?

13             A JUROR:  How recently was he sent to prison?

14             THE COURT:  Right.

15             A JUROR:  I believe 2009.

16             THE COURT:  Okay.  As far as you are concerned, was

17   he fairly treated by the law enforcement people and by the

18   prosecution?

19             A JUROR:  During the trial or --

20             THE COURT:  Any part of the case?

21             A JUROR:  I believe so, yes.

22             THE COURT:  Were you a witness in any way at that

23   trial?

24             A JUROR:  No, I was not.

25             THE COURT:  Was there anything about those
```

1  proceedings that might affect your ability to be fair and

2  impartial here?

3          A JUROR:  No.

4          THE COURT:  Do you think you could be fair and

5  impartial here?

6          A JUROR:  Yes.

7          THE COURT:  All right.  Other questions in the

8  affirmative?  Let's see.  No. 10 was whether you or any member

9  of your family or close friends have been involved in law

10 school -- law-related activities, either law school, coursework

11 as paralegals, clinical programs, and so on involving criminal

12 law issues.

13     What is your response to that?

14         A JUROR:  I was a paralegal for a criminal defense

15 attorney years ago before I had my kids.

16         THE COURT:  Where was that?

17         A JUROR:  Here in Maryland.

18         THE COURT:  And how long ago was that?

19         A JUROR:  Oh, I am a property manager now and it's

20 been a couple years, so it's been at least 13 years or so.

21         THE COURT:  Did you actually take a course to be a

22 paralegal?

23         A JUROR:  I did.  I got my -- sorry, my -- why can't

24 I think right now?

25         THE COURT:  Certificate of some sort?

1          A JUROR:  My Associate's degree in criminal justice.

2          THE COURT:  Where did you get that degree from?

3          A JUROR:  Gibbs College in Vienna, Virginia.

4          THE COURT:  And then you functioned for what, two

5   years doing that?

6          A JUROR:  I spent two years doing what?

7          THE COURT:  You were two years as a paralegal in a

8   criminal defense firm?

9          A JUROR:  I was in school for two years for that

10   Associate's, and I was working for the law firm for, oh, I

11   can't remember, maybe six, seven years.

12          THE COURT:  And where -- you may have said this

13   already, but tell me again, where was the law firm?

14          A JUROR:  Here in Hyattsville, Maryland.

15          THE COURT:  And what did you do exactly as a

16   paralegal?

17          A JUROR:  I dealt with the criminal intakes and

18   filing paperwork with the courts for the cases and interviewed

19   the clients that came in and worked closely with three

20   different attorneys on cases.

21          THE COURT:  And did you -- were you ever involved

22   where the charges against the defendant were drug related?

23          A JUROR:  Yes.  It was a criminal defense firm, so I

24   saw everything.

25          THE COURT:  So it involved possession and

1  distribution and so on?

2           A JUROR:  Correct.

3           THE COURT:  Weapons violations, okay.

4       Well, the question is whether you think you could be fair

5  and impartial in this case given your background?

6           A JUROR:  Yes.

7           THE COURT:  Counsel wish to inquire?  Mr. Burnham?

8           MR. BURNHAM:  No questions.

9           MR. BALDWIN:  No, Your Honor.

10          THE COURT:  All right.  Thank you, ma'am.  You can

11  step back.

12          THE DEPUTY CLERK:  Your Honor, I'm sorry.

13          THE COURT:  Is there another affirmative response?

14          THE DEPUTY CLERK:  Yes.  No. 17 and No. 18.

15          THE COURT:  Stay with us, please.

16      17 asks whether you or any member of your family or close

17  friends have ever been the victim of a crime, witness to a

18  crime, witness for the prosecution or defense in a crime?  And

19  you answered yes.

20      What is your elaboration on that point?

21          A JUROR:  A close friend of mine was recently, well,

22  about a year ago was robbed in her condo in her Bethesda.

23          THE COURT:  Were you a witness?

24          A JUROR:  I was, but the case never went anywhere.

25  We were together that evening.  I wasn't there when the event

1    took place, but the police did reach out to me because we were

2    together that evening.

3          THE COURT:  Okay.  Was anybody ever charged with the

4    crime for that?

5          A JUROR:  Not really.  They found one person but that

6    person did not disclose further information, so I don't believe

7    the case went anywhere.

8          THE COURT:  All right.  Would that in any way affect

9    your judgment here?

10         A JUROR:  No.

11         THE COURT:  17 -- 18 was the other affirmative

12   answer, whether you, any member of your family, or close

13   friends had ever been convicted of a crime, accused of a crime,

14   the subject of a criminal investigation?

15       You answered about the father of your children.  Anyone

16   else?

17         A JUROR:  No.

18         THE COURT:  That's the same answer, then, as to that?

19         A JUROR:  Yes.

20         THE COURT:  Counsel wish to inquire?  Government?

21         MR. BALDWIN:  No, Your Honor.

22         THE COURT:  Defense?

23         MR. BURNHAM:  No, Your Honor.

24         THE COURT:  Thank you, ma'am.  You may step back.  Go

25   back to the jury collection area.

```
 1        Next.  All right.  Sir, step right up to the mike,
 2   please.
 3        You are ███████████, No. 172?
 4             A JUROR:  Correct.
 5             THE COURT:  Can you just drop your mask so we can see
 6   what you look like?
 7             A JUROR:  Sure.
 8             THE COURT:  Okay.
 9             A JUROR:  I will put it back on.
10             THE COURT:  On the screen is Mr. Conley, the
11   defendant.
12        Would you look at the screen and see if you recognize
13   him?
14             A JUROR:  I do not.
15             THE COURT:  Counsel for the government, Mr. Baldwin
16   and Mr. Draughon, do you recognize either of them?
17             A JUROR:  No.
18             THE COURT:  And for the defendant, Mr. Burnham, do
19   you recognize him?
20             A JUROR:  No.
21             THE COURT:  All right.  Let's go to those questions.
22        No. 9, you were asked whether any member of your family,
23   you, maybe of your family or close friends have been employed
24   by an organization doing criminal defense work, Public
25   Defender, investigation, et cetera.  You answered yes.
```

1          Could you elaborate?

2          A JUROR:  Yes.  My wife worked at the Public

3    Defender's Office as an illegal attorney.

4          THE COURT:  What Public Defender is that?

5          A JUROR:  I am originally from Ohio, so Toledo, Ohio.

6          THE COURT:  How long ago was that?

7          A JUROR:  That was when she was in grad -- in

8    undergrad., so that was about 15 years ago.

9          THE COURT:  15 years ago.

10         Is she doing any criminal defense work now or public

11   defender now?

12         A JUROR:  She's a social worker, so she works at a

13   immigrant -- a non-profit that provides legal services for

14   immigrants.

15         THE COURT:  Okay.

16         A JUROR:  Both civil -- not necessarily civil, but

17   immigration and criminal.

18         THE COURT:  Okay.  The next question where you were

19   asked whether you or any member of your family had ever

20   attended law school or done paralegal work, et cetera, is that

21   related to you what just said?

22         A JUROR:  Correct.  My wife.

23         THE COURT:  Anyone different?  Sorry.  Different --

24   excuse me -- answer to that second question?

25         A JUROR:  No.

1          THE COURT:  All right.  Would any of that affect your

2     ability to be fair and impartial in this case?

3          A JUROR:  No.

4          THE COURT:  All right.  I just asked, I think, No.

5     10.  See if there is anything else.

6          THE DEPUTY CLERK:  No other affirmative responses.

7          THE COURT:  Any questions from the defense,

8     Mr. Burnham?

9          MR. BURNHAM:  No questions.

10         THE COURT:  Government?

11         MR. BALDWIN:  No questions.

12         THE COURT:  Thank you, sir.  You may go back to the

13     jury collection area.

14         Sir, come right up to the front, please, right to the

15     microphone.

16         You are No. 181, Mr. ██████████?

17         A JUROR:  That's correct.

18         THE COURT:  Mr. ████████, will you just drop your

19     mask real quick so we can see you?  Thank you, sir.  The

20     defendant, Mr. Conley, is on the screen right now.

21         Would you have a look at the screen and see whether or

22     not you recognize him?

23         A JUROR:  No, I do not.

24         THE COURT:  And counsel for the defendant is

25     Mr. Burnham.  Do you want to drop your mask, Mr. Burnham?

1           Do you know him?

2                A JUROR:  No, I do not.

3                THE COURT:  And for the government, Mr. Draughon or

4    Mr. Baldwin, do you know either of them?

5                A JUROR:  No, I do not.

6                THE COURT:  All right.  No. 10, you were asked

7    whether you or any member of your family or close friends have

8    attended law school or done law-related work, such as

9    paralegal, clinical programs, and other criminal law issues,

10   such as training or worked with a law firm, et cetera.

11          Could you be more specific?

12               A JUROR:  My mother and her three siblings all went

13   to law school and are all licensed lawyers in various states.

14               THE COURT:  Okay.  Are any of them practicing law

15   today?

16               A JUROR:  My uncle is a patent lawyer for DuPont

17   Chemical and my mother works at HUD.

18               THE COURT:  You said your mother, though, and others?

19               A JUROR:  My mother, her younger sister, and her two

20   older brothers.

21               THE COURT:  All went to law cool?

22               A JUROR:  All went to law school.

23               THE COURT:  Any of them do any criminal defense work?

24               A JUROR:  I do not believe so.

25               THE COURT:  All right.  Would that in any way affect

1   your ability to judge this case fairly and impartially?

2            A JUROR:  No.

3            THE COURT:  All right.  Next:  Has any member of your

4   family, you, or close friend ever had problems relating to

5   drugs or substance abuse?  And this is a confidential

6   proceeding so you don't need to hesitate to answer.

7        First of all, what is the answer?

8            A JUROR:  One of my friends abused drugs for a while.

9            THE COURT:  What's his issue?  What has he done?  I'm

10  sorry.

11           A JUROR:  Do I need to specify which drug?

12           THE COURT:  Yeah.  What kind of drug was involved, if

13  you know?

14           A JUROR:  He abused prescription opioids for a while.

15           THE COURT:  Was he convicted of a crime as a result?

16           A JUROR:  No, he was not.

17           THE COURT:  Okay.  I guess it's the same kind of

18  question.  He was never convicted of a crime or accused of a

19  crime.

20       While we are on that, have you ever been accused of a

21  crime or anybody else that you know?

22           A JUROR:  The same friend was assaulted once at a --

23           THE COURT:  I'm sorry?

24           A JUROR:  The same person ended up being assaulted at

25  a rally.

1          THE COURT:  He was assaulted?

2          A JUROR:  Yeah.  Not for that reason, a different

3    reason.  He ended up being assaulted by a group of people.

4          THE COURT:  Given those answers, do you think you can

5    be fair and impartial in this case?

6          A JUROR:  Yeah.

7          THE COURT:  And, specifically, we jumped over one as

8    to whether -- let's see -- you have ever been a victim of a

9    crime, a witness to a crime, or witness for the prosecution or

10   defense in a crime?

11      As far as you know, anyone in that category?

12          A JUROR:  I'm sorry.  Did I screw up?

13          THE COURT:  You have to talk into the mike.

14          A JUROR:  Did I screw up the order of the questions?

15   Did I just answer 18 and not 17?

16          THE COURT:  I think you answered -- 17, we just asked

17   you, I think, or we are asking you 17 now.  I asked you 18, I

18   think, at the time, but let's go back to 17.

19      Again, specifically, you or a member of your family or

20   close friends ever been the victim of a crime, a witness to a

21   crime, or witness for the prosecution?

22          A JUROR:  As I had previously said, my friend was

23   assaulted.

24          THE COURT:  I'm sorry.  Start again a little louder.

25          A JUROR:  As I previously said, my friend was

1   assaulted.

2           THE COURT:  Same friend?

3           A JUROR:  Yeah, same friend.  I had accidentally

4   entered --

5           THE COURT:  Would that in any way affect your ability

6   to judge this case fairly and impartially?

7           A JUROR:  Yes.

8           THE COURT:  It would?

9           A JUROR:  I'm sorry.  I don't think it will.

10          THE COURT:  It would not.  It would not affect your

11  ability to be a fair juror; is that correct?

12          A JUROR:  Yes.

13          THE COURT:  Okay.  Next?  Any other affirmative?

14          A JUROR:  No.

15          THE COURT:  Hold on.  Madam Clerk, any other

16  affirmative answers?

17          THE DEPUTY CLERK:  No, Your Honor.

18          THE COURT:  Counsel, government?

19          MR. BALDWIN:  Your Honor, question 18, I think I got

20  confused by the order of the questions, is any of your members

21  of your family, close friends ever been convicted of a crime?

22          A JUROR:  No.

23          THE COURT:  Mr. Burnham?

24          MR. BURNHAM:  No questions.

25          THE COURT:  All right.  Sir, step back, back if you

1  would, please, to the jury collection area.

2      Next.

3      Sir, would you come up to the microphone, please?  All

4  right.

5      Are you ██████████████, No. 185?

6          A JUROR:  Yes.

7          THE COURT:  Would you just drop your mask real quick

8  so we can have a look at you?  All right.  Thank you.  You can

9  put it back.  Put your mask back.

10     And if you will look on the screen now, there is a

11  picture of the defendant, Mr. Conley.

12     Do you recognize him?

13         A JUROR:  No, I do not.

14         THE COURT:  And counsel for the government are

15  Mr. Baldwin and Mr. Draughon.

16     Do you recognize either of them?

17         A JUROR:  No, I do not.

18         THE COURT:  And for defendant, Mr. Burnham, do you

19  recognize him?

20         MR. BURNHAM:  Sir, over here.

21         MR. BALDWIN:  We are over here, sir.

22     Your Honor, I don't know that he looked at us.

23         THE COURT:  Did you look at the government counsel?

24  Raise your hand again, Mr. Baldwin and Mr. Draughon.

25     Did you look over there when I asked you do you know them

1  or recognize them?

2          A JUROR:  No, I do not.

3          THE COURT:  Now look at Mr. Burnham when he raises

4  his hand.

5      Do you know or recognize him?

6          A JUROR:  No.

7          THE COURT:  Questions.

8          THE DEPUTY CLERK:  Your Honor, there are no

9  affirmative responses.

10          THE COURT:  Let me be clear, no affirmative

11  responses.

12      Any questions from the government?

13          MR. BALDWIN:  Yes, sir.  I see that on question one,

14  there was -- there was a yes and a no and a couple different

15  things.

16      Have you heard anything -- on question one of the voir

17  dire sheet, have you heard anything about this case?

18          A JUROR:  No.

19          MR. BALDWIN:  I was just wondering why all the Xs

20  were on there.

21          THE COURT:  Anything else, Mr. Burnham?

22          MR. BURNHAM:  No questions.

23          THE COURT:  Thank you, sir.  You can go back to the

24  jury collection point.

25      All right.  Sir, come right up to the mike.

1        You are ███████████, No. 186?

2            A JUROR:  Yes.

3            THE COURT:  Drop your mask real quick so we can kind

4    of look at you.  Thank you.  That's fine.

5        Defendant is on the screen right now, Mr. Conley.

6        Would you have a look at him and see whether you

7    recognize him or know him?

8            A JUROR:  I do not.

9            THE COURT:  Counsel for the defendant is Mr. Burnham.

10   Raise your hand, Mr. Burnham.  Look over there.

11       Do you know him?

12           A JUROR:  No.

13           THE COURT:  And for the government, Mr. Baldwin and

14   Mr. Draughon.

15       Do you know either of them?

16           A JUROR:  No.

17           THE COURT:  All right.  First answer that you gave

18   was to No. 8 about whether you or any member of your family or

19   close friends had ever been employed by the Department of

20   Justice, the Federal Bureau of Investigation, or other law

21   enforcement, state, local, or federal.

22       What -- could you be more specific about that?

23           A JUROR:  My grandfather's second wife worked for the

24   DEA.

25           THE COURT:  DEA.  All right.

1          A JUROR:  And my uncle is a retired Massachusetts

2    state trooper.

3          THE COURT:  Retired --

4          A JUROR: -- Massachusetts state trooper.

5          THE COURT:  Anyone else?

6          A JUROR:  No.  That's it.

7          THE COURT:  Would those facts in any way affect your

8    ability to be fair and impartial in this case?

9          A JUROR:  I don't think so.

10         THE COURT:  All right.  Next?  Any other affirmative

11   responses?

12         THE DEPUTY CLERK:  Your Honor, there are no further

13   affirmative responses.

14         THE COURT:  Counsel wish to inquire?

15         MR. BALDWIN:  Yes, Your Honor.

16      Sir, what kind of work does DTIS do?

17         A JUROR:  We are federal government contractors.  I

18   am working -- DTIS is federal government contractors.  I am

19   currently working on a contract for the FAA.

20         THE COURT:  The FAA, aviation?

21         A JUROR:  Yes.

22         THE COURT:  Anything further, Mr. Baldwin?

23         MR. BALDWIN:  No, Your Honor.  Thank you.

24         THE COURT:  Defense?

25         MR. BURNHAM:  No questions.

1          THE COURT:  Thank you, sir.  Step back.  Go to the

2  jury collection point.

3          Ma'am, if you will come right up to the mike?  Leave your

4  bag there.  Is she carrying a bag?  I didn't see.

5       You are ███████████████████?

6          A JUROR:  Yes.

7          THE COURT:  And you are No. 191?

8          A JUROR:  Yes.

9          THE COURT:  Would you just drop your mask real quick

10  so we can see you?  Thank you.  Put it back.

11       The screen has Mr. Conley, the defendant, on it.

12       Would you look at the screen and see whether you

13  recognize him or know him?

14          A JUROR:  No.

15          THE COURT:  You do not know him?

16          A JUROR:  I do not know him.

17          THE COURT:  Counsel for the government, Mr. Baldwin

18  and Mr. Draughon, do you know either of them?

19          A JUROR:  No.

20          THE COURT:  For the defendant, Mr. Burnham, raise

21  your hand if you would, sir.

22       Do you know him?

23          A JUROR:  No.

24          THE COURT:  All right.

25          THE DEPUTY CLERK:  Your Honor, there were no

1   affirmative responses.

2          THE COURT:  All right.  Any questions further,

3   Counsel?

4          MR. BALDWIN:  Yes, Your Honor.  Thank you.

5      Ma'am, how long have you been an office administrator for

6   Herons Cove?

7          A JUROR:  Three years.

8          MR. BALDWIN:  What did you do before that?

9          A JUROR:  I was in the hospitality industry.

10          THE COURT:  Defense?

11          MR. BURNHAM:  No questions.

12          THE COURT:  Thank you, ma'am.  Go back to the jury

13   collection point.

14      All right.  Sir, step right up to the mike, please, if

15   you would.

16      You are Mr. ███████████, No. 192?

17          A JUROR:  Yes, sir.

18          THE COURT:  Would you just pull down your mask real

19   quick so we can have a look at you?  Thank you, sir.

20      The screen shows Mr. Conley, the defendant.

21      Would you have a look at the screen and see whether you

22   recognize him or know him?

23          A JUROR:  No, sir.

24          THE COURT:  You don't know him?

25          A JUROR:  No.

1              THE COURT:  Counsel for the government are

2    Mr. Baldwin and Mr. Draughon.

3         Do you know either of them?  Raise your hand, gents.

4              A JUROR:  No.

5              THE COURT:  And for the defendant, Mr. Burnham, would

6    you raise your hand, sir?

7              A JUROR:  No.

8              THE COURT:  No affirmative response.  Okay.

9         Answer to No. 8 -- the question was whether you, any

10   member of your family, or close friend had ever been employed

11   by the Department of Justice, the Federal Bureau of

12   Investigation, or any other law enforcement agency, local,

13   state, or federal?

14        Could you elaborate?

15             A JUROR:  I had a few cousins that were police

16   officers.

17             THE COURT:  Where?

18             A JUROR:  In northern Virginia.  I am not exactly

19   sure.  They lived in Springfield.

20             THE COURT:  Are they still police officers?

21             A JUROR:  No.  I believe they are teachers now.

22             THE COURT:  Okay.  Did they get involved in

23   investigation of crimes, including drug crimes?

24             A JUROR:  At one time, I thought my cousin, he did a

25   lot of undercover work, but --

1           THE COURT:  Undercover work for who?  Undercover for

2   who?

3           A JUROR:  Pardon?

4           THE COURT:  For the Virginia Police?  I didn't catch

5   who they worked for.

6           A JUROR:  I am not -- I don't -- I don't know all the

7   details.  I just know he was a police officer.  I mean, we

8   weren't that close.

9           THE COURT:  All right.  Would that in any way affect

10  your ability to be fair and impartial in this case?

11          A JUROR:  No.

12          THE COURT:  Thank you.

13      Next is No. 11, I believe, affirmative response asking

14  whether you or any member of your family or close friends ever

15  had any problems relating to drugs or substance abuse?  And

16  understand this is confidential inquiry so it's not public or

17  broadcast, but please answer.

18          A JUROR:  I just put on my dad was an alcoholic, and

19  my wife's brother or stepbrother, he was on drugs.

20          THE COURT:  What kind of drugs?

21          A JUROR:  My wife's brother --

22          THE COURT: -- was on drugs; is that what you said?

23          A JUROR:  Yeah.  He's -- I guess he's clean now, but

24  he went to rehab.

25          THE COURT:  What kind of drugs was he using?

1          A JUROR:  Pain pills.

2          THE COURT:  Anyone else?  Anything else?

3          A JUROR:  No, sir.

4          THE COURT:  Would that in any way affect your

5     judgment in this case?

6          A JUROR:  No.

7          THE COURT:  All right.  Any other affirmative

8     response?

9          THE DEPUTY CLERK:  No other affirmative responses.

10          THE COURT:  Counsel wish to inquire?  Defendant?

11          MR. BURNHAM:  No, Your Honor.

12          MR. BALDWIN:  No, Your Honor.

13          THE COURT:  Thank you, sir.  Go back to the jury

14     collection point.  Thank you.

15          A JUROR:  Thank you.

16          THE COURT:  Are you ███████████, No. 193?

17          A JUROR:  Yes.

18          THE COURT:  Ms. Butler, would you just pull down your

19     mask so we can look at you?  Take your mask down.

20          THE DEPUTY CLERK:  Take it off, please.

21          THE COURT:  Take it off.  Thank you.

22     You can put it back.

23          A JUROR:  Put it back on?

24          THE COURT:  Yeah.

25     Ms. █████, the defendant, Mr. Conley, is on the screen

1   now.

2          Would you look at the screen and indicate whether you

3   know him or had any dealings with him?

4               A JUROR:  No.

5               THE COURT:  Did you answer?  Look at the screen and

6   tell me whether you know this gentleman.

7               A JUROR:  No.  I don't know him.

8               THE COURT:  Counsel for the government are

9   Mr. Baldwin and Mr. Draughon.

10         Would you raise your hand, gentlemen?  Look at them.

11         Do you know either of them?

12              A JUROR:  No.

13              THE COURT:  And for the defendant, Mr. Burnham, do

14  you know him?

15              A JUROR:  No.

16              THE COURT:  All right, Madam Clerk.  No. 11, the

17  question asked whether you or any member of your family or

18  close friends ever had any problems relating to drugs or

19  substance abuse?  This is a confidential kind of a question, so

20  you may answer.  And particularly combine No. 12, whether

21  anybody has used cocaine base, known as crack, No. 12?

22         Could you be specific as to those questions?

23              A JUROR:  I am a recovering addict, 26 years.

24              THE COURT:  Recovering addict from what?

25              A JUROR:  Crack cocaine.

1          THE COURT:  And when did you recover?

2          A JUROR:  1994.  I have been in recovery --

3          THE COURT:  You recovered in '94?

4          A JUROR:  26 years.

5          THE COURT:  26 years ago.

6      How long were you addicted?

7          A JUROR:  Ten years.

8          THE COURT:  Ten years.

9      Were you ever charged with a crime?  Were you ever

10  charged with criminal activity because of your drug use?

11         A JUROR:  No, Your Honor.

12         THE COURT:  Okay.  How frequent a user were you?

13  Would you consider yourself a moderate, medium, heavy user?

14  What?

15         A JUROR:  Yes, heavy user.

16         THE COURT:  Heavy user.  All right.

17     And did you do rehab at different points?

18         A JUROR:  Never relapsed.

19         THE COURT:  How did you finally stop?

20         A JUROR:  I went into treatment.

21         THE COURT:  Where?

22         A JUROR:  Washington, D.C.

23         THE COURT:  And how long were you in treatment?

24         A JUROR:  I went into a 30-day treatment program

25  called Carrick Hall.  After Carrick Hall, I went into

1  residential transition program, stayed there over a year.

2       THE COURT:  Okay.  You went in voluntarily?

3       A JUROR:  Yes, I did.

4       THE COURT:  You were sent in by the Court or what?

5       A JUROR:  Voluntarily.

6       THE COURT:  Anybody else involved in drug use related

7  to you, friends or whatever?

8       A JUROR:  No.  I had some family members that

9  indulged a little bit but not as much as I did.

10       THE COURT:  Are you still in touch with people who

11  have been drug users?

12       A JUROR:  I work in an environment -- I am a case

13  manager at a methadone program.

14       THE COURT:  Where is that?

15       A JUROR:  So I have daily contact with people that

16  are still actively using.

17       THE COURT:  What is the program you are working with.

18       A JUROR:  Say that again.

19       THE COURT:  What's the name?

20       A JUROR:  It's called Foundation for Contemporary

21  Mental Health, Paddock.  It's a methadone program in

22  Washington, D.C.

23       THE COURT:  Is it a full-time job that you have?  Is

24  it a full-time job?

25       A JUROR:  Full time, yes, Monday through Friday, from

1    6:30 to 2:30 p.m.

2         THE COURT:  How long have you had that job?

3         A JUROR:  I started that job February the 4th of

4    2019.

5         THE COURT:  What do you do there?

6         A JUROR:  I am a case manager.

7         THE COURT:  Meaning you are actually working with

8    users who are on methadone?

9         A JUROR:  Yes.  I find them housing, I make

10   appointments for their yearly physical EKG and lab work that is

11   required by the program, that they have that every year.

12        THE COURT:  All right.  Well, the question -- the

13   ultimate question in all this is whether you think you could be

14   fair and impartial in this case?

15        A JUROR:  I think I can.  Yes, I can.

16        THE COURT:  Now, I understand the defendant is

17   charged with a drug crime and then some weapons charges in

18   connection with that.

19       Do you understand that?

20        A JUROR:  Yes.  I understood that.

21        THE COURT:  Do you think because of your work with

22   people who have had -- I assume that there are people in your

23   program who have also had some involvement with the law.  Am I

24   correct?

25        A JUROR:  Correct.

1          THE COURT:  Do you think you might have sympathies

2    that would tilt in favor of the defendant and against the

3    government because of your experience?

4          A JUROR:  No.

5          THE COURT:  You think it may work the other way

6    around?  Because of your experience, you may be more inclined

7    to be in favor of the government and against the defendant?

8          A JUROR:  Honestly, I can't say.

9          THE COURT:  Do what?

10         A JUROR:  Honestly, I feel like, no, I would be

11   honest and fair, but --

12         THE COURT:  Okay.

13         A JUROR:  Sure.

14         THE COURT:  Are there any other affirmative

15   questions?  All right.

16         There was an issue here about, No. 31, about sitting in

17   court for two to three hours, with appropriate breaks,

18   listening to the testimony, et cetera.

19         And the question is whether you are taking any medication

20   or under stress or suffering from any other condition that

21   might affect your ability to sit?

22         What is your answer?

23         A JUROR:  Yes.  I am on medication for high blood

24   pressure.  Sometimes it -- I have to go to the bathroom a

25   little more than others, so I am on ACT and losartan, and

1  sometimes it makes me have to urinate more than others.

2      THE COURT:  Okay.  Well, what do you think, how often

3  would you be -- how long would you be able to sit at a stretch?

4  You don't know for sure?

5      A JUROR:  I don't know.

6      THE COURT:  Okay.

7      A JUROR:  It depends on what I drink prior to, you

8  know, it --

9      THE COURT:  Okay.  I want you to step out into the

10  anteroom there.  Just go with Ms. Ionetz there.  Just step

11  back.

12      Counsel, I don't want to push you one way or another on

13  this.  I don't know that I want to put this woman to grill any

14  further than I have grilled her if you are both agreeable to

15  letting her go, but if you are wanting her to stay, we will

16  have her stay and you ask whatever questions you want to.

17      Mr. Burnham, I will put that to you first, but she may --

18  it may be somewhat awkward for her to respond further.

19      MR. BURNHAM:  I was satisfied with her responses.  As

20  far as I can tell, she's fit for service as a juror, so I would

21  object to letting her go.

22      THE COURT:  Fair enough.  This is not one where we

23  need a unanimous vote.  We will call her back in.

24      Do you want to ask any questions of her, Mr. Burnham?

25      MR. BURNHAM:  No questions.

1          THE COURT:  Do you have questions, Mr. Baldwin?

2          MR. BALDWIN:  Your Honor, I am, by and large,

3    satisfied.  I just have a question about how long can she sit.

4          THE COURT:  Well, I don't know about that.  That's

5    the issue.  The problem is I am not sure she can tell you it

6    starts now and ends an hour and a half from now.  It may start

7    now and she's got 20 minutes that she's got to leave.  That's

8    another issue that you need to consider.

9          MR. BALDWIN:  Yes, Your Honor.  I guess I wonder if

10   we could have her signal the Court if she felt like she --

11         THE COURT:  Surely.  That's one thing that can be

12   done.  If she can't tell us the time, I need you to keep that

13   in mind, too, like every 20 minutes or something like that,

14   that's an issue.  Anyway, we will bring her back.  If you have

15   no further questions to ask her, we will send her back to the

16   jury collection point.

17         MR. BALDWIN:  Thank you, Your Honor.

18         THE COURT:  Bring her back in.

19         THE DEPUTY CLERK:  She is.

20         THE COURT:  All right.  Ms. ████, we are going to

21   send you back to the jury collection point.  Join the others,

22   if you would, downstairs, and we will get back to you.  Thank

23   you very much.

24         Sir, step right up to the front, please.

25         You are ████?

1          A JUROR:  Yes, sir.

2          THE COURT:  No. 202.

3      Would you drop your mask so we can see your face?  Take

4  your mask down, please, so we can see your face.  Very good.

5  You can put it back.

6          Mr. Conley, the defendant, is on the screen now.  Would

7  you have a look at him, please?  Do you recognize him?  Okay.

8  Go ahead over.  Can you not see from where you are standing?

9          THE DEPUTY CLERK:  Just look at the monitors and

10  answer whether or not you recognize him?

11          THE COURT:  Do you recognize him?  Do you know him?

12          A JUROR:  I don't know him.

13          THE COURT:  Do you know him?

14          A JUROR:  I don't know him.

15          THE COURT:  All right.  Counsel for the government

16  are Mr. Baldwin and Mr. Draughon.

17      Do you know either of them?  Look at them.

18          A JUROR:  No.

19          THE COURT:  Speak in a loud voice and move very close

20  to the microphone.

21      Mr. Burnham is counsel for the defendant.

22      Do you recognize him?

23          A JUROR:  No.

24          THE COURT:  Okay.

25          THE DEPUTY CLERK:  Your Honor, there were no

1  affirmative responses.

2      THE COURT:  All right.  All questions were answered?

3      THE DEPUTY CLERK:  Yes, Your Honor.

4      THE COURT:  Thank you, sir.  Any questions from

5  counsel?  Send him back to the jury collection point.

6      MR. BURNHAM:  I have just a quick question.

7      THE COURT:  Hold on.

8      MR. BURNHAM:  I couldn't tell, is English your second

9  language, sir?

10      A JUROR:  Yes, sir.

11      THE COURT:  Would you step up to the microphone?  I

12  am really having trouble hearing you.

13      A JUROR:  Yes, sir.

14      THE COURT:  What is your native language?

15      A JUROR:  My name is ███.

16      THE COURT:  Not your name.  Your native language?

17      A JUROR:  Native language, Amharic.

18      THE COURT:  Are you from Ethiopia?

19      A JUROR:  Yes, sir.

20      THE COURT:  So Amharic is your language.

21    How long have you been in the United States?

22      A JUROR:  About nine years.

23      THE COURT:  Nine years.

24    And what kind of job do you have?

25      A JUROR:  Sir?

```
1              THE COURT:  What do you do?  What is your employment?

2              A JUROR:  I didn't hear.

3              THE DEPUTY CLERK:  What is your job?

4              A JUROR:  I am working a school bus driver in

5    Montgomery County.

6              THE COURT:  How long have you done that?

7              A JUROR:  Since 2014.

8              THE COURT:  Okay.  All right.  And your wife is a

9    nurse assistant?

10             A JUROR:  Yes.  She was at first -- my wife is nurse

11   assistant now.

12             THE COURT:  Nurse assistant.  Very good.

13        Any further question -- do you have any trouble

14   understanding me or understanding English?  That's what I need

15   to be clear with you about.  Do you have any difficulty

16   understanding the language?

17             A JUROR:  No.  I can understand you.

18             THE COURT:  Okay.  Counsel wish to inquire further?

19             MR. BURNHAM:  No more questions.

20             MR. BALDWIN:  No, Your Honor.

21             THE COURT:  Thank you, sir.  You may go back to the

22   jury collection area.

23             THE DEPUTY CLERK:  Sir, if you can get your backpack

24   and follow me.

25             THE COURT:  Sir, come right up to the microphone.
```

1          You are Mr. ████, No. 203?

2              A JUROR:  That's right.

3              THE COURT:  Would you take your mask down?  All

4      right, sir.  That's fine.

5          The screen shows Mr. Conley, the defendant.

6          Would you look at the screen and see whether you know

7      him?

8              A JUROR:  I don't know him.

9              THE COURT:  Counsel for the government are

10     Mr. Baldwin and Mr. Draughon.

11         Do you know either of them?

12             A JUROR:  No.

13             THE COURT:  And for the defendant, Mr. Burnham.

14         Do you know him?

15             A JUROR:  No.

16             THE COURT:  All right.

17             THE DEPUTY CLERK:  Your Honor, all questions were

18     answered.  There were no affirmative responses.

19             THE COURT:  All right.  Any question from counsel?

20     Mr. Baldwin?

21             MR. BALDWIN:  No, Your Honor.

22             THE COURT:  Defendant?

23             MR. BURNHAM:  No questions.

24             THE COURT:  Thank you, sir.  You may step back.  Go

25     back to the jury commissioner on the next floor.

1          Sir, come right up to the microphone, please.

2          You are ███████████, No. 208?

3              A JUROR:  Correct.

4              THE COURT:  Would you just take your mask down real

5      quick so people can see you?  All right.  Thank you, sir.

6          Mr. █████, on the screen is Mr. Conley, the defendant.

7          Could you look at that and see whether you know him?

8              A JUROR:  Behind the screen?

9              THE COURT:  Look at the screen.

10             THE DEPUTY CLERK:  On the screen.

11             A JUROR:  Oh, on the screen.

12             THE COURT:  Do you know him?

13             A JUROR:  No.

14             THE COURT:  Counsel for the government are

15     Mr. Baldwin and Mr. Draughon.

16         Do you know either of them?  Look over there.  They are

17     raising their hands.

18         Do you know either of them?

19             A JUROR:  No.

20             THE COURT:  Look at Mr. Burnham, counsel for the

21     defendant.

22         Do you know him?

23             A JUROR:  No.

24             THE COURT:  All right.  Put up the questions.

25             THE DEPUTY CLERK:  Your Honor, hold on.  I am just

1  trying to get through --

2      THE COURT:  Question No. 8, you were asked whether

3  you or any member of your family or close friend had ever been

4  employed by the Department of Justice, the Federal Bureau of

5  Investigation, or other law enforcement agency, local, state,

6  or federal?  And you answered yes.

7      Could you elaborate?

8      A JUROR:  Yes.  I was employed with the -- I worked

9  as a contractor for the FBI.

10     THE COURT:  You said a contractor?

11     A JUROR:  Pardon?

12     THE COURT:  Did you say a contractor?

13     A JUROR:  Yes.

14     THE COURT:  What did you do?

15     A JUROR:  What did I -- I --

16     THE COURT:  What kind of contracting?  Was it

17  physical construction or some other kind of contracting?

18     A JUROR:  I.T.

19     THE COURT:  When was that?

20     A JUROR:  When the earthquake came back through

21  Washington.  2000 something.  I don't remember exactly.

22     THE COURT:  Several years ago?

23     A JUROR:  Several years ago, yes.

24     THE COURT:  Any -- any other fair amount of response

25  to that question?

1           A JUROR:  Pardon?

2           THE COURT:  That was the only part of the question

3  you answered yes to?

4           A JUROR:  No.  There was some question marks on some

5  of the other ones.

6           THE COURT:  Well, who else -- no.  As to No. 8, are

7  there any other law enforcement agencies that you or your

8  family or your friends were involved in?

9           A JUROR:  Yes.  I have a daughter that works with the

10 police, Park and Planning Police.

11          THE COURT:  Parks and Planning?

12          A JUROR:  Parks and Planning Police, yes.

13          THE COURT:  Where is that?

14          A JUROR:  She's currently stationed at the National

15 Harbor.

16          THE COURT:  Okay.  All right.  Would any of those

17 facts in any way affect your ability to be fair and impartial?

18          A JUROR:  No.

19          THE COURT:  Next question that you answered

20 affirmatively was No. 10 about whether you, family, or friends

21 had ever attended law school or done law-related activities,

22 clinics, et cetera, involving criminal law, paralegal, and so

23 on.

24      What was your answer to that?

25          A JUROR:  My answer to that was I have a niece that

```
 1   was a paralegal.
 2           THE COURT:  And where was that?
 3           A JUROR:  Where is she now or --
 4           THE COURT:  Now.  Well, whenever she did it, when was
 5   that?
 6           A JUROR:  Several years, several years back.
 7           THE COURT:  Did she get involved in working with
 8   criminal cases?
 9           A JUROR:  Yes.  She did do criminal cases.  She was a
10   paralegal, so whatever --
11           THE COURT:  Was she working for a defense firm, doing
12   defense work?
13           A JUROR:  I think it was a private firm.
14           THE COURT:  Were they representing people accused of
15   crimes?
16           A JUROR:  Say it again.
17           THE COURT:  Were they representing people who were
18   accused of crime?
19           A JUROR:  I am not totally sure.
20           THE COURT:  Do you think that experience might affect
21   your ability to be fair and impartial here?
22           A JUROR:  No.
23           THE COURT:  Okay.
24           A JUROR:  I put a question mark on there because I
25   was like maybe.
```

1          THE COURT:  The question was No. 20, whether you have

2     ever served as a juror in a criminal case, state or federal?

3     And you answered yes.

4          Could you be explicit?

5          A JUROR:  Yes.  I was on a petit jury in Upper

6     Marlboro.  That was three or six years ago.

7          THE COURT:  That was what?

8          A JUROR:  Three or six years ago.

9          THE COURT:  And what was the charge?  Do you

10    remember?

11         A JUROR:  No.

12         THE COURT:  Do you remember whether the finding was

13    guilty or not guilty?

14         A JUROR:  Guilty.

15         THE COURT:  All right.  Was there anything about that

16    experience that might affect your ability to be fair and

17    impartial here?

18         A JUROR:  No.  I don't believe so.

19         THE COURT:  All right.  Any other affirmative

20    responses?  As to that last question, we will come back to

21    that.

22         No. 32, the question was related to sitting here five

23    days a week.  This is, again, indicating we would sit all this

24    week and then all -- beginning Tuesday of next week.  We asked

25    whether there are any personal issues that might affect your

1   ability to serve.

2          A JUROR:  Yes.  My contract with the Department of

3   Defense is coming to a close, so I need to be there by the 29th

4   of September, but you were saying that it could possibly go

5   beyond that point.

6          THE COURT:  What is the date?  Let me be clear.

7          A JUROR:  The contract ends on the 30th of September.

8   I need to get my badge renewed on the 29th of September.

9          THE COURT:  Well, we should be through by the 29th,

10  but --

11         A JUROR:  Well, you said that it could go from now

12  until the middle of next week.

13         THE COURT:  I understand.  You are quite correct.

14  That's right.  All right.

15      Let me ask the final question, then, that you answered

16  yes to, any concerns over COVID-19, underlying medical

17  conditions that put you at higher risk, or are you providing

18  care for someone and so on that might affect your ability to

19  serve in the case?

20      Can you be explicit?

21         A JUROR:  I am a diabetic, so I am in the what?  I

22  guess call it the high-risk category.

23         THE COURT:  Counsel wish to inquire?  Mr. Burnham?

24         MR. BURNHAM:  No questions.

25         THE COURT:  Government?

1          MR. BALDWIN:  Yes, sir.

2      If -- on Monday, would you be able to go get your badge

3  renewed then?  The court is not sitting next Monday?

4          A JUROR:  I am not sure.  My appointment right now is

5  scheduled for the 29th of September.

6          THE COURT:  They told you to come on that day

7  particularly or until the 29th?

8          A JUROR:  No, on particular that date.  It's

9  scheduled for the 29th of September.  That's when I was told to

10  report.

11          THE COURT:  Thank you, sir.  Step outside for a

12  minute.  Step to the anteroom.

13          A JUROR:  Okay.  Thank you.

14          THE DEPUTY CLERK:  Outside, please.  Thank you.

15          THE COURT:  Hold on.  Close the door.

16      Again, Counsel, what's your response to that?  He says he

17  has to go on the 29th.

18          MR. BALDWIN:  Your Honor, if we go over the 29th and

19  he's got to be at work that day, I don't think -- I mean, I

20  would move to strike because he's not going to be -- or we

21  could hold over and look at another juror because I think that

22  -- I wouldn't want him to be impanelled in the jury and then we

23  have to -- and then we roll over to the 29th and he's not going

24  to be here.

25          MR. BURNHAM:  I'd be inclined to keep him.  I can't

1   imagine that any employer would be so unreasonable that if he

2   had proof that he was serving on a jury that went a little

3   longer, they wouldn't make some arrangement for him.  I would

4   be inclined to keep him.

5          THE COURT:  Let's keep him.  You have some strikes,

6   so you can think about that as and when.  All right.  Send him

7   back to the jury collection point.  Send in your next person

8   right away.

9          All right, sir.  You are ███████, No. 218?

10          A JUROR:  Correct, yes.

11          THE COURT:  Mr. ███, would you just drop your mask

12   real quick so we can see you?  Take your mask down.  Thank you

13   very much.

14          The screen shows Mr. Conley, the defendant.

15          Would you have a look at the screen and see whether you

16   know him?

17          A JUROR:  No, sir.

18          THE COURT:  You don't know him?

19          A JUROR:  No, I do not.

20          THE COURT:  Counsel for the government are

21   Mr. Baldwin and Mr. Draughon.

22          Do you know either of them?  Raise your hands, gentlemen.

23   Do you know either of them?

24          A JUROR:  No, I do not.

25          THE COURT:  And Mr. Burnham represents the defendant.

1          Do you recognize him?

2               A JUROR:  No, I do not.

3               THE COURT:  All right.  Good.

4          Question No. 9 asked whether you or any member of your

5     family or close friends have ever been employed by an

6     organization or firm involved in criminal defense work, Public

7     Defender, law firms, et cetera, that provides services to

8     persons charged with crimes or convicted of crimes.

9          Could you elaborate?

10              A JUROR:  Yes.  So I wasn't sure how close a friend.

11    I used to date a girl that was a social worker and she worked

12    closely with specifically juveniles in the system and with

13    public defenders.

14              THE COURT:  Would that in any way affect your

15    judgment here?

16              A JUROR:  No.

17              THE COURT:  All right.  Next.

18              THE DEPUTY CLERK:  There are no other affirmative

19    responses.

20              THE COURT:  All right.  Counsel wish to inquire?

21    Government?

22              MR. BALDWIN:  No, Your Honor.

23              THE COURT:  Defendant?

24              MR. BURNHAM:  Yes.

25         What does the acronym ASRC for your employer stand for?

1              A JUROR:  Stands for Artic Slope Regional

2    Corporation.  They are an Alaskan-based company.  The federal

3    division is based in Virginia, but I work here in Maryland.

4              MR. BURNHAM:  Thank you.

5              THE COURT:  Thank you, sir.  You may go down to the

6    jury collection point.

7              A JUROR:  Thank you.

8              THE COURT:  We are making pretty good progress.  We

9    may be able to select our jury today, which would be good.

10             MR. BALDWIN:  Yes, Your Honor.

11             THE COURT:  All right, sir.  You are -- first name

12   ████?

13             A JUROR:  Correct.

14             THE COURT:  And you are No. 219?

15             A JUROR:  Correct.

16             THE COURT:  I am asking you to look at the defendant,

17   Mr. Conley, who is here taking his mask down.  He's on the

18   screen.

19       Do you know him?

20             A JUROR:  No, I don't.

21             THE COURT:  Look at counsel for the government,

22   Mr. Baldwin and Mr. Draughon.

23       Do you know either of them?

24             A JUROR:  No, I don't.

25             THE COURT:  The defendant, Mr. Burnham, do you know

1  him?

2          A JUROR:  No.

3          THE DEPUTY CLERK:  Your Honor, all questions were

4  answered.  There were no affirmative responses.

5          THE COURT:  Any question follow up by the government?

6          MR. BALDWIN:  Yes, Your Honor.  Thank you.

7      Ma'am, what kind of business is Tuco Partners, is that

8  what it is, LLC?

9          A JUROR:  It's a retail store.

10          MR. BALDWIN:  Thank you.

11          THE COURT:  Defendant?

12          MR. BURNHAM:  No questions.

13          THE COURT:  Thank you.  Send her back to the jury

14  point.

15          They are coming up?

16          THE DEPUTY CLERK:  The next batch is coming up, yes.

17      Your Honor, just so you know, by my count, that last

18  juror was our 28th juror.

19          THE COURT:  Well, we are definitely in good shape as

20  far as the pool is concerned.  Is there a sense of cutting it

21  off at 32?  We need 36, don't we?  We figured we have got --

22  let's see.  You each get one strike for the two alternates.

23          THE DEPUTY CLERK:  There are two alternates, so it's

24  28 --

25          THE COURT:  Two alternates, four plus --

1          THE DEPUTY CLERK:  Do you want them each to have two

2   strikes or to have one strike?

3          THE COURT:  No.  Each -- we got alternates.  Each

4   side, up to two alternates, gets a strike.

5          THE DEPUTY CLERK:  Okay.

6          THE COURT:  So you need to have -- you have two

7   potential strikes and you need two people here, so that's four.

8          THE DEPUTY CLERK:  So that would be 32.

9          THE COURT:  You need --

10          THE DEPUTY CLERK:  So it would be 28 plus four is 32?

11          THE COURT:  Right.  We need 32.  The question is I

12   don't know whether you are asking me this or suggesting that if

13   we have 32, we stop what we are doing?

14          THE DEPUTY CLERK:  It's up to you.

15          THE COURT:  I don't know.

16          THE DEPUTY CLERK:  Or in consultation with counsel.

17          THE COURT:  That's right.  Counsel, give that some

18   thought.  We can move things along faster, perhaps.  We could

19   go to 36 and just give you a few extras, but so far, we have

20   people -- nobody struck for cause.  The question is I am a

21   little hesitant to send everybody else home, but I don't know

22   that we have to finish the whole list.  Think about that.

23   Let's do one more round here and see what you want to do

24   because with this round, we will be where?  If we pass

25   everybody, where are we?  We are at 32 or more?

1          THE DEPUTY CLERK:  We will be -- if we go through the

2     next page of five jurors, we will be at 33.

3          THE COURT:  33.  Well, good question.  Think about

4     that.

5          MR. BALDWIN:  Yes, Your Honor.

6          THE COURT:  I always am a little bit concerned when

7     somebody comes up and says, Woe, I forgot I got to be somewhere

8     tomorrow for open heart surgery.  And you say, Woe, wait a

9     minute, you should have told us that earlier.  You do need to

10    think about that.

11         Let's see how we do with this group.  Think it through.

12    Maybe we go through two more pages and then we will be well

13    beyond the 32 and we probably could excuse the others, and then

14    you select from that list.  Think about that.

15         It doesn't really make any difference because, as a

16    practical matter, we are not going to get to them anyway.

17    Whatever they tell us, they are not selected randomly.  We are

18    going to go in sequence from the top of the list.  So, with all

19    our people, we have got clean names now, everybody is clean,

20    nobody has been excused, so we take the first 12 -- you each

21    get -- you got ten and six, six and ten strikes.  That's 16 and

22    12 is 28.  And then you each get a strike for the two

23    alternates.  You need to end up with two each have a strike,

24    that's four, so that's 32.  We won't be getting beyond that

25    regardless of how much more we say.  I guess I am just feeling

1    that maybe we ought to do a little bit beyond just because it

2    seems to be a good idea.

3              MR. BALDWIN:  Yes, Your Honor.  You never know what's

4    going to happen in the next hour.

5              THE COURT:  Right.  Right.

6              MR. BALDWIN:  And I am okay with going a little bit

7    extra, Your Honor.  We do have the --

8              THE COURT:  Well, if we do -- what did you say,

9    Theresa, we have 32 with this next page?

10             THE DEPUTY CLERK:  The next page, we will have 33.

11             THE COURT:  And then another five, we have 38.  All

12   right.  Bring them in.

13        All right.  Sir, if you will step right up to the mike.

14        And you are ███████████████, No. 230?

15             A JUROR:  Yes.

16             THE COURT:  Mr. ███████, would you pull your mike down

17   so we can have a look at you?  Thank you.

18        You will see on the screen in front of you Mr. Conley,

19   the defendant.  Look at the TV screen, please.

20        Do you recognize him?  Do you know him?

21             A JUROR:  No.

22             THE COURT:  Counsel for the government are

23   Mr. Baldwin and Mr. Draughon.

24        Do you know either of them?  Raise your hand, gentlemen.

25             A JUROR:  No.

1          THE COURT:  And for the defense, Mr. Burnham, do you

2    know him?

3          A JUROR:  No.

4          THE COURT:  All right.  You answered Question No. 8

5    when you were asked whether you, a member of your family, or

6    friends have ever been employed by the Department of Justice,

7    the FBI, or other law enforcement, federal, state, or local?

8    You said yes.

9        Could you elaborate on that?

10          A JUROR:  I am a government contractor for FBI.

11          THE COURT:  When you say "contractor," what do you

12    do?

13          A JUROR:  I am an electrician.

14          THE COURT:  Are you essentially, then, working full

15    time at the FBI?

16          A JUROR:  Yes, all 43 outlying buildings and the J.

17    Edgar Hoover building.

18          THE COURT:  You or anybody else involved with any

19    other law enforcement agency?

20          A JUROR:  No.

21          THE COURT:  Would the fact that you have that

22    affiliation with the FBI affect your ability to be fair and

23    impartial here?

24          A JUROR:  No.

25          THE COURT:  All right.  You also answered yes to No.

9 about whether you, your family, or any close friends had ever

been employed in any organization involved with criminal

defense, Public Defender, investigators, law firms, and so on,

where services are provided to persons charged with crimes or

convicted of crimes.

Could you be specific?

A JUROR:  I just put that because I was -- I am a

contractor for the --

THE COURT:  Same point.  All right.  Very good.

Any other affirmative?

No. 18.  The question is whether you or any member of

your family or close friends were ever convicted of a crime,

been accused of criminal conduct, or subject of a criminal

investigation?  You wrote yes.

Are you speaking about yourself there?

A JUROR:  Yes.

THE COURT:  False report to a police officer, got

community service?

A JUROR:  Yes.  It was about five, six years ago.

THE COURT:  Where was that?

A JUROR:  St. Mary's County.

THE COURT:  And what was the report?

A JUROR:  I -- a false report of a motorcycle being

stolen, my motorcycle.

THE COURT:  Of an accident with the vehicle or just

1   --

2          A JUROR:  No.  Just a report of it being stolen.

3          THE COURT:  Being stolen.

4      Was it your vehicle?

5          A JUROR:  Yes.

6          THE COURT:  And you were prosecuted for that?

7          A JUROR:  Yeah.  I got -- I didn't go to trial or

8   nothing.  I got community service.

9          THE COURT:  You made a plea, diversion agreement?

10         A JUROR:  Yes.

11         THE COURT:  With the State's Attorney?

12         A JUROR:  Yes.

13         THE COURT:  Were you fairly treated in that case?

14         A JUROR:  Yes.

15         THE COURT:  Anything about that that might -- that

16  might affect your ability to be fair and impartial in this

17  case?

18         A JUROR:  No, sir.

19         THE COURT:  And then No. 32, again, we need to

20  clarify the time of the trial.  It's through Friday of this

21  week, not sitting Monday, it may go to the middle of next week.

22  And the question is whether business or personal commitments in

23  any way would cause you a problem serving as a juror or might

24  distract you from your duties as a juror?  And you said yes.

25         A JUROR:  Then my job only gives me one week of juror

 1  duty.  I cannot make my bills if I don't get paid.

 2          THE COURT:  Now, who says that, the FBI or your

 3  contractor?

 4          A JUROR:  My contractor, yes.  I get one week, they

 5  reimburse me to my pay of what y'all pay, so whatever you get

 6  paid here, I think it's $42 a day or something like that --

 7          THE COURT:  Something like that.

 8          A JUROR:  -- and then they will reimburse me for that

 9  day through the rest.

10          THE COURT:  Do you get your salary, though, for the

11  week that you are here?

12          A JUROR:  I would get reimbursed from that $42 for

13  the day, so whatever --

14          THE COURT:  I mean, do you get paid on an hourly

15  basis or weekly basis?

16          A JUROR:  Hourly.

17          THE COURT:  How much do you earn hourly?

18          A JUROR:  $33 almost.

19          THE COURT:  If you come here for a week, do you lose

20  $33 a day?

21          A JUROR:  No.  They pay me the balance of what you

22  all pay me, so they take 42 off and pay me the rest up to a

23  week.

24          THE COURT:  Okay.  And what's the name of your

25  contractor?

1          A JUROR:  Emcor Government Services.

2          THE COURT:  Are they located in St. Mary's County?

3          A JUROR:  No.  They are Arlington.

4          THE COURT:  How long have you worked for them?

5          A JUROR:  Since January 13th of this year.

6          THE COURT:  Okay.

7          A JUROR:  So I don't have a lot of time there.  I

8    don't have any leave besides sick.

9          THE COURT:  But you would not get paid by them for

10   the second week, just get the $42?

11         A JUROR:  I would get the $42 from here, and they

12   will reimburse me up to a week.

13         THE COURT:  But after the first week, you would get

14   nothing from them?

15         A JUROR:  Yes.  After the first week, I would get

16   nothing.

17         THE COURT:  Are you married?

18         A JUROR:  What's that?

19         THE COURT:  Are you married?

20         A JUROR:  No.  I have a son, though.

21         THE COURT:  He lives with you or you pay support?

22         A JUROR:  We are 50/50.

23         THE COURT:  Okay.  Okay.  You mean he lives with you

24   half the time or you pay support?

25         A JUROR:  He stays the night on the weekends.  I

1    don't have him during the week.

2          THE COURT:  Do you want to step back into the

3    anteroom, please?

4          All right, Counsel.  This is one where the Court always

5    gets involved where somebody loses income and can't afford to

6    make it for a second week, and I think we are clearly into a

7    second week here.  I don't know what your response is.

8    Government?

9          MR. BALDWIN:  Your Honor, I'd move to strike.  I

10   think he's concerned about his income and if we do roll over to

11   next week, and it doesn't look like he's going to get paid the

12   balance of his income.

13         MR. BURNHAM:  I had thought it was illegal to not pay

14   -- I was going to ask --

15         THE COURT:  I don't think you can do it indefinitely.

16   You are not supposed to, but it's kind of a major hassle with

17   somebody.  They often have a recognized time.  They can't fire

18   you right away for doing jury duty, but it's not unlimited.

19   It's usually kind of a squeeze where he has to take the $42 and

20   that's deducted from money he ordinarily gets.  Kind of tight.

21         But in these income situations where, effectively, there

22   is the chance that it stops, even if he has to contest it

23   later, I mean, it puts some of these people in a very difficult

24   spot.

25         I can note your opposition, but I think I am going to let

1   the man go.  I just don't think it's fair to hold him here.

2          MR. BURNHAM:  I don't oppose it.  I withdraw my

3   opposition.

4          THE COURT:  Fair enough.  Tell him that he's excused.

5      Bring in the next person.

6      Come right up to the front, please.

7      You are ██████████?

8          A JUROR:  Yes.

9          THE COURT:  Would you pull your mask down so we can

10  see you, please?  All right.

11      Ms. ███████, Mr. Conley, the defendant, is on the screen

12  now.

13      If you will look at the TV screen, do you recognize him?

14          A JUROR:  No.

15          THE COURT:  And counsel for the government are

16  Mr. Baldwin and Mr. Draughon.

17      Do you know either of them?

18          A JUROR:  No.

19          THE COURT:  And for the defendant, Mr. Burnham, do

20  you know him?

21          A JUROR:  No.

22          THE DEPUTY CLERK:  Would you move a little bit closer

23  so we can hear you better?  Thank you.

24          THE COURT:  I'm sorry.  The answer you gave to No.

25  32, again, this is one which I modified, we will sit this week

1    through Friday, we will not sit on Monday, and it almost likely

2    will go into next week on the trial.  The question is whether

3    you have any business or personal commitment that might affect

4    your ability to serve?  Could you be explicit?  Step up to the

5    mike.

6             A JUROR:  I am applying for grad. schools, and the

7    application processes are due this week.

8             THE COURT:  You are applying for grad. school?

9             A JUROR:  Yeah.

10            THE COURT:  And how would this affect your ability to

11   apply for grad. school?

12            A JUROR:  I still have some applications I need to

13   finish, so I don't know how long the trials will take for me to

14   be here and still --

15            THE COURT:  Well, the trial would be over into next

16   week.  But the question:  Can you fill out the application when

17   we are not in trial?  Can you do it in the evening, on the

18   morning, or the weekend?

19            A JUROR:  Okay.  I am not sure what time it would

20   happen.

21            THE COURT:  Well, ordinarily, we will sit from ten to

22   five, and we will sit all this week and then we will sit into

23   next week, starting Tuesday, until we finish, and that's the

24   situation.

25        But you have got the morning, you have got the evening,

 1   and that wouldn't affect your ability to serve then?

 2            A JUROR:  No.  That's fine.

 3            THE COURT:  Any other affirmative questions, Madam

 4   Clerk?

 5            THE DEPUTY CLERK:  No, Your Honor.

 6            THE COURT:  Any questions from counsel?

 7            MR. BALDWIN:  No, Your Honor.

 8            THE COURT:  Defense?

 9            MR. BURNHAM:  No questions.

10            THE COURT:  Thank you, ma'am.  Go back to the jury

11   collection point.

12        Yes.  Good afternoon.

13        Are you ███████████████, No. 234?

14            A JUROR:  Yes.

15            THE COURT:  Would you just pull your mask down so we

16   can have a look at you?  Pull it back up.

17        The defendant, Mr. Conley, is on the TV screen now.

18        If you will look at it, do you recognize him or know him?

19            A JUROR:  No.

20            THE COURT:  And counsel for the government are

21   Mr. Baldwin, Mr. Draughon.

22        Do you know them?

23            A JUROR:  No.

24            THE COURT:  And Mr. Burnham, for the defendant, do

25   you know him?

1          A JUROR:  No.

2          THE COURT:  All right.

3          THE DEPUTY CLERK:  Your Honor, all questions were

4   answered.  There were no affirmative responses.

5          THE COURT:  Any questions from the government?

6          MR. BALDWIN:  No, Your Honor.  Thank you.

7          THE COURT:  Defendant?

8          MR. BURNHAM:  No questions.

9          THE COURT:  Thank you, ma'am.  Go back to the jury

10   collection point.

11      All right, sir.  Are you ████████████, No. 235?

12          A JUROR:  Yes, sir.

13          THE COURT:  Mr. ██████, would you pull your mask

14   down so we can have a look at you?  Thank you, sir.

15      Mr. Conley, the defendant, is on the TV screen.

16      If you look at that, my question is whether you know him

17   or recognize him?

18          A JUROR:  No, sir.

19          THE COURT:  And for the government, the counsel are

20   Mr. Baldwin and Mr. Draughon.

21      Do you know either of them?

22          A JUROR:  No, sir.

23          THE COURT:  And defense is Mr. Burnham.

24      Do you know him?

25          A JUROR:  No, sir.

1              THE COURT:  Bear with us.

2              A JUROR:  That's it.

3              THE COURT:  The Question No. 10 had to do with

4    whether you, a member of your family, or close friend had ever

5    attended law school or done law-related type study either in a

6    clinic or training or be involved with a law firm and such,

7    particularly insofar as it involved criminal law issues.

8         Did you answer that?

9              A JUROR:  Yes, sir.  My wife is -- she went to law

10   school in the country of origin.

11             THE COURT:  She attended law school or attends?

12             A JUROR:  Yes.

13             THE COURT:  Where did she attend?

14             A JUROR:  University of El Salvador.  It's the

15   country university.  It's like a state university.

16             THE COURT:  Does she do any legal work here?

17             A JUROR:  No.

18             THE COURT:  Did she do criminal law work?

19             A JUROR:  No.  And my son graduated here at

20   University of Maryland with a degree of criminology and

21   criminal justice.

22             THE COURT:  Okay.  How old is he?

23             A JUROR:  He is 25.

24             THE COURT:  Does he live with you?

25             A JUROR:  Yeah.

1          THE COURT:  And do you discuss criminal law issues

2     with him?

3          A JUROR:  No, not really.  He wants to be a

4     policeman.

5          THE COURT:  Okay.  Anything about those facts that

6     might affect your ability to be fair and impartial here?

7          A JUROR:  No, sir.

8          THE COURT:  Do you think you might favor the

9     government and the police over the defendant because of your

10    experience?

11         A JUROR:  No, sir.  In my profession back in my

12    country in El Salvador, I was a CPA, auditor.  We base our

13    judgment on facts.

14         THE COURT:  All right.  Fair enough.

15      You think you could be fair and impartial then in this

16    case?

17         A JUROR:  Oh, yes, sir.

18         THE COURT:  Next.  Any other questions?

19         THE DEPUTY CLERK:  Yes, Your Honor.

20         THE COURT:  I can't see that.  Okay.  No. 17, you

21    were asked whether you, any member of your family, or close

22    friends had ever been the victim of a crime, a witness to a

23    crime, or a witness for the prosecution or defendant in a

24    crime?

25      And what was your answer to that?

1          A JUROR:  Yes.

2          THE COURT:  Be specific if you would.

3          A JUROR:  My wife was raped when she was six years

4     old.

5          THE COURT:  Okay.  And where was that?

6          A JUROR:  Back in our country, El Salvador.  We lived

7     on the country side.

8          THE COURT:  Was anybody charged with that offense?

9          A JUROR:  Nothing was charged on that opportunity.

10          THE COURT:  Would that in any way affect your ability

11    to be fair and impartial here?

12          A JUROR:  No, sir.

13          THE COURT:  The next question was whether you or any

14    member of your family or close friend has ever been convicted

15    of a crime, accused of a crime, criminal conduct, or been the

16    subject of a criminal investigation?  And you answered yes.

17          A JUROR:  Yes.  In 2015, I was arrested in Mobile,

18    Alabama and spend in jail two days.

19          THE COURT:  For what?

20          A JUROR:  For sleeping in the park after sunset.

21          THE COURT:  Okay.  All right.  Were you fairly

22    treated there?  Do you think you were fairly treated by the

23    police there?

24          A JUROR:  Oh, yeah.  Absolutely.

25          THE COURT:  Anything about that experience that might

1  affect your ability to be fair and impartial?

2          A JUROR:  Oh, no, sir.  I mean, I was guilty of

3  sleeping in the park after sunset.

4          THE COURT:  All right.  Any other affirmative

5  answers, Ms. Derro?

6          THE DEPUTY CLERK:  No, Your Honor.

7          THE COURT:  Counsel wish to inquire?

8          MR. BALDWIN:  No, Your Honor.

9          THE COURT:  Defense?

10         MR. BURNHAM:  No questions.

11         THE COURT:  Thank you, sir.  Go back to the jury

12  collection room.

13      What's our number now, Theresa?

14         THE DEPUTY CLERK:  Your Honor, we are at 31 with that

15  last juror.

16         THE COURT:  All right.  We will try one more round

17  after this one.

18      You are ███████████████?

19         A JUROR:  Yes.

20         THE COURT:  And your number is 237?

21         A JUROR:  Yes.

22         THE COURT:  All right.  Pull your mask down so we can

23  have a look at you.  All right.  Thank you.

24      Have a look at the screen.  Mr. Conley is on the TV

25  screen now.

1          And the question is:  Do you know him?  Do you recognize

2   him?

3              A JUROR:  I'm sorry?

4              THE COURT:  Do you know him?  Do you recognize him?

5              A JUROR:  Oh, no.

6              THE COURT:  Counsel for the government are

7   Mr. Baldwin and Mr. Draughon.

8          Do you know either of them?

9              A JUROR:  No.

10              THE COURT:  And for the defendant, Mr. Burnham, do

11   you know him?

12              A JUROR:  No.

13              THE COURT:  All right.  Let's get the answers then.

14          No. 11 was whether you or any member of your family or

15   close friends has ever had any problems relating to drugs or

16   substance abuse?  This is a confidential hearing so it's closed

17   for just the people who are involved here.

18          What is your answer?

19              A JUROR:  One of my uncles died from a heroin --

20              THE COURT:  I'm sorry.  Start again.

21              A JUROR:  Should I pull this down?

22              THE COURT:  Yes, you can if it's easier.

23              A JUROR:  One of my uncles died of a heroin overdose.

24              THE COURT:  I didn't catch the last part.

25              A JUROR:  One of my uncles died from a heroin

1    overdose.

2            THE COURT:  When was that?

3            A JUROR:  It was before I was born.

4            THE COURT:  Before you were born; is that what you

5    are saying?

6            A JUROR:  Yeah.

7            THE COURT:  Where was that?  I mean, in the --

8            A JUROR:  It happened in Virginia.

9            THE COURT:  Any other cases?

10           A JUROR:  No.

11           THE COURT:  Would that experience in any way affect

12   your ability to be fair and impartial here?

13           A JUROR:  No.

14           THE COURT:  It would not.  All right.  Any other

15   affirmative response?

16       Question No. 17 was whether you or any member of your

17   family or close friends have ever been the victim of a crime, a

18   witness to a crime, or a witness for the prosecution or defense

19   in any criminal case?  And you answered yes, I believe.

20       Could you elaborate?

21           A JUROR:  My brother, he got carjacked by someone

22   before.

23           THE COURT:  He got carjacked?

24           A JUROR:  Yes.

25           THE COURT:  Where was that?

1          A JUROR:  It was like a block away from our house.

2          THE COURT:  When was that?

3          A JUROR:  It was like two years ago.

4          THE COURT:  Anybody ever charged with that?

5          A JUROR:  Yes.

6          THE COURT:  What happened?  Was somebody convicted?

7          A JUROR:  I don't really -- I don't think -- I just

8    remember -- I just remember the guy getting arrested.  I just

9    don't remember much, like, afterwards.

10          THE COURT:  Anything else on that?

11          A JUROR:  No.

12          THE COURT:  Any other issues, Theresa?

13          THE DEPUTY CLERK:  No. 32, Your Honor.

14          THE COURT:  Go to 32.  All right.  This was an

15   indication, and, again, I amended this, the trial will last

16   this week, we won't sit Monday, and we will go into next week.

17        And the question is whether that would create any issue

18   for you in terms of a commitment, prior commitments, and so on?

19          A JUROR:  I am a college student, so I don't

20   necessarily know which specific -- like, there are certain days

21   I don't have classes, but I don't know the days that you guys

22   are planning to meet.

23          THE COURT:  Where are you a student?

24          A JUROR:  Howard University.

25          THE COURT:  How long -- are you a full-time student?

1          A JUROR:  Yes.

2          THE COURT:  What year are you?

3          A JUROR:  I am a transfer, so I am like a sophomore.

4   Sophomore.

5          THE COURT:  Sophomore?

6          A JUROR:  Yes.

7          THE COURT:  Are you online completely now or is

8   everything in person?

9          A JUROR:  Online completely.

10         THE COURT:  And so do you have -- obviously, we would

11  be going through several days, and on a given day, would you

12  have more than one course?

13         A JUROR:  Yes.

14         THE COURT:  Okay.  Are you majoring in any subject?

15         A JUROR:  Fashion design.

16         THE COURT:  I didn't catch that.

17         A JUROR:  Fashion design.

18         THE DEPUTY CLERK:  Fashion design.

19         THE COURT:  All right.  Would you step back in the

20  anteroom there?

21         THE DEPUTY CLERK:  With Miss Ionetz.  Thank you.

22         THE COURT:  Counsel, this is another area where we

23  have got either full-time students or teachers where they lose

24  a fair amount beyond any cost to spend time in trial.  I am

25  trying to be realistic about this trial, but we certainly are

1  well into next week before we get a verdict, so we are talking

2  about this week and next week, and I gather courses are ongoing

3  right now.

4      So this is one of those ones where I am particularly

5  sympathetic to students who lose time like this, but I will put

6  it out there and let you discuss it.

7      MR. BURNHAM:  I'd request that he not be struck.

8  It's the beginning of the semester.  He didn't say he had a

9  test coming up or a big paper due, and it could be good for

10  students to do their civic duty while they are getting their

11  education, so I'd ask to keep him.

12      THE COURT:  Government?

13      MR. BALDWIN:  Well, Your Honor, it wasn't very clear.

14  You might want to ask him to come -- he didn't say he had any

15  papers due or anything.

16      THE COURT:  Well, presumably, he will miss the

17  courses.

18      MR. BALDWIN:  Yes.  He's going to miss days of class

19  and that could be an issue for a student if he gets behind, so

20  I -- I mean, the government would move to strike.  I think it

21  would be better if he didn't sit, and we have time and enough

22  people here that we could consider additional.

23      THE COURT:  Well, I think for the sake of -- I think

24  we will leave him in, and if there are strikes, there could be

25  good cause to strike him.  I mean, I think that's the way I am

1    going to handle this.  For now, he stays in.

2         Send in another jury group.

3         You are ███████████████████?

4              A JUROR:  Yes, sir.

5              THE COURT:  No. 238?

6              A JUROR:  That's right.

7              THE COURT:  Would you pull your mask down so we can

8    see you?  All right.  Thank you.

9         Ms. ████████████, the defendant, Mr. Conley, is on

10   the TV screen now.

11        Would you have a look at him?  Do you know him?

12             A JUROR:  No.

13             THE COURT:  You don't.

14        Counsel for the government, Mr. Baldwin and Mr. Draughon,

15   do you know either of them?  They are over on the side there.

16   Look at them.  Turn your head and look at them.

17        Do you know either of them?

18             A JUROR:  No.

19             THE COURT:  And Mr. Burnham for the defendant, do you

20   know him?

21             A JUROR:  No.

22             THE DEPUTY CLERK:  Your Honor, all questions were

23   answered.  There were no affirmative responses.

24             THE COURT:  All right.  Any other questions from the

25   government or defendant?

1             MR. BALDWIN:  No questions, Your Honor.

2             THE COURT:  Defendant?

3             MR. BURNHAM:  No questions.

4             THE COURT:  Thank you, ma'am.  You can go back to the

5    jury collection point.

6         Next.

7         Sir, you are █████████████, No. 249?

8             A JUROR:  Yes, sir.

9             THE COURT:  Would you pull your mask down so we can

10   have a look at you?

11            A JUROR:  Sure.

12            THE COURT:  The defendant, Mr. Conley, is on the TV

13   screen.

14        Would you have a look and see if you know him?  Look at

15   the screen.  Do you know him?

16            A JUROR:  No.

17            THE COURT:  All right.  And counsel for the

18   government are Mr. Baldwin and Mr. Draughon.

19        Do you know either of them?  Raise your hands, Counsel.

20   Raise your hands.  Okay.

21        Your answer is no?

22            A JUROR:  No.

23            THE COURT:  And Mr. Burnham is for the defendant.

24        Do you know him?

25            A JUROR:  No.

1          THE COURT:  All right.  On Question No. 10 asking

2   whether you or any member of your family or close friends ever

3   attended law school or done law-related courses, paralegal,

4   clinical programs involving criminal law issues, training, et

5   cetera, been employed by a lawyer or a law firm, worked at a

6   courthouse, been a paralegal, et cetera, you answered yes.

7       Could you be more specific?

8          A JUROR:  Yes.  I have a few friends who went to law

9   school.

10          THE COURT:  Who went to law school?

11          A JUROR:  Yes.

12          THE COURT:  Either of them practicing law?

13          A JUROR:  Yes.

14          THE COURT:  Are either of them doing criminal law

15   practice?

16          A JUROR:  No.

17          THE COURT:  Would that in any way affect your

18   judgment here?

19          A JUROR:  Could you repeat yourself?

20          THE COURT:  Would that in any way affect your

21   judgment here?

22          A JUROR:  No.

23          THE COURT:  You also answered to Question No. 11:

24   Have you or any member of your family or any close friends had

25   any problems relating to drugs or substance abuse?  And then

1    No. 12 specifically refers to crack -- oh, sorry.  You said no

2    to that.  But in any event, drugs or substance abuse, you

3    answered yes.  And, again, this is confidential so we are

4    otherwise a closed proceeding, so let me know, please, what

5    your answer is.

6                THE DEFENDANT:  Yes.  My mother is a recovering

7    alcoholic.

8                THE COURT:  Okay.  Was she treated for alcoholism?

9                A JUROR:  Yes.

10               THE COURT:  Would that in any way affect your

11   judgment here?

12               A JUROR:  I don't believe so, no.

13               THE COURT:  Any others?

14        There is No. 17.  You were asked whether you or any

15   member of your family or close friend had ever been the victim

16   of a crime, a witness to a crime, or a witness for the

17   prosecution or defense?  You answered yes.

18        Please be explicit.

19               A JUROR:  When I was living in Philadelphia, my

20   husband's car was broken into and some things were stolen, but

21   nobody ever --

22               THE COURT:  Maybe take your mask down because I am

23   not hearing you.

24               A JUROR:  When I was living in Philadelphia at the

25   time, my husband's car was broken into and some things were

1  stolen, but nobody was ever, I guess, apprehended.

2         THE COURT:  Okay.  Would that in any way affect your

3  judgment here?

4         A JUROR:  No.

5         THE COURT:  All right.  Any other affirmative

6  questions?

7         THE DEPUTY CLERK:  No, Your Honor.

8         THE COURT:  Questions from the government?

9  Mr. Baldwin?

10        MR. BALDWIN:  No, Your Honor.  Thank you.

11        THE COURT:  Defendant?

12        MR. BURNHAM:  No questions.

13        THE COURT:  Thank you, sir.  You can go back to the

14  jury collection area.  Thank you.  You can step back if you

15  would.

16        A JUROR:  Thank you.

17        MR. BALDWIN:  Your Honor, if I may?

18     I'd like the Court to consider we have these additional

19  witnesses -- I mean additional potential jurors we are going

20  over, and, as the Court says, there is a concern that we roll

21  over into next week.  I would ask if perhaps it would be

22  appropriate to have another alternate juror given the fact we

23  are going to have two for the week, but if it rolls over --

24        THE COURT:  Well, we need to have four then.  We need

25  to have, what did we say, 32 or -- but you want three jurors --

1    I think you got two strikes for three jurors.  When you are

2    getting three jurors, they each get two strikes, so you have to

3    have seven over the 28.  35 --

4             THE DEPUTY CLERK:  35.

5             THE COURT: -- is what we have to end up with?

6             MR. BALDWIN:  Yes, Your Honor.

7             THE COURT:  Any problem with that, Mr. Burnham?

8             MR. BURNHAM:  No problem.

9             THE COURT:  You never know what's going to happen on

10   this.  Okay.  That's fine.

11        All right, sir.  Come right up to the mike.

12        You are █████████████?

13             A JUROR:  Correct.

14             THE COURT:  No. 261.

15        Would you pull your mask down so we can see you?  All

16   right.  Good.  Thank you.

17        The defendant is on the TV monitor now.  If you look at

18   the screen, this is Mr. Conley.  Do you know him?  Look at the

19   screen.

20             A JUROR:  No.

21             THE COURT:  Counsel for the government, Mr. Draughon

22   and Mr. Baldwin, do you know either of them?

23             A JUROR:  No.

24             THE COURT:  And counsel for the defendant,

25   Mr. Burnham, do you know him?

1          A JUROR:  No.

2          THE COURT:  You answered No. 18:  Have you or any

3    member of your family or close friends ever been convicted of a

4    crime, accused of criminal conduct, or the subject of a

5    criminal investigation?  You answered yes.

6       Could you be explicit?

7          A JUROR:  Yes.  One of my friends was accused of

8    punching his girlfriend and he was acquitted.

9          THE COURT:  When was that?  How long ago?

10          A JUROR:  2011.  It happened immediately before I met

11   him.

12          THE COURT:  In 2011?

13          A JUROR:  Yes.

14          THE COURT:  And was he charged in what court?

15          A JUROR:  He was charged in Rockville.

16          THE COURT:  Were you a witness at all?

17          A JUROR:  No.

18          THE COURT:  Anything about that experience that might

19   affect your ability to be fair and impartial here?

20          A JUROR:  No.

21          THE COURT:  Any other questions affirmative?

22          THE DEPUTY CLERK:  Yes, Your Honor.  I'm sorry.  I'm

23   trying to count up strikes.  I just wanted to be sure he

24   understood the trial schedule because he circled September

25   25th.

1          THE COURT:  Let me go over this.  This is one where I

2     had to correct the dates here.  We will sit for the rest of

3     this week, including Friday.  We will not sit Monday.  We will

4     sit into next week.

5          So the question is whether that in any way creates

6     inconvenience for you because of business or prior commitment?

7          A JUROR:  No.

8          THE COURT:  Okay.  Anything else?

9          THE DEPUTY CLERK:  No, Your Honor.

10          THE COURT:  Any other questions from the defense,

11    Mr. Burnham?

12          MR. BURNHAM:  Is GTA Air, is that a commercial

13    carrier that you fly for for work?

14          A JUROR:  They fly night cargo.

15          MR. BURNHAM:  Thank you.

16          MR. BALDWIN:  No questions, Your Honor.

17          THE COURT:  Thank you, sir.  If you will step back.

18    Go to the jury collection point.

19          What's our number now, Theresa?

20          THE DEPUTY CLERK:  That was Juror No. 35.

21          THE COURT:  Do the rest of this list, folks, bring

22    them in?  These are two.  Beyond these two, the question is

23    whether you want to go beyond that?  That's where we are.  I do

24    have a suggestion after we get this person -- these next two,

25    through.

1          Sir, step right up to the mike if you would.  Right up to

2     the microphone, if you'd step right up.  Very good.

3          You are ███████████, No. 266?

4               A JUROR:  Yes.

5               THE COURT:  Mr. ██████████, would you pull your mask

6     down real quick so we can see you?  Thank you very much.  You

7     can put it back up.  We just needed to see who you were.

8          Mr. Conley, the defendant, is on the screen now.

9          Would you have a look and see whether you know him or

10    not?  Look at the TV screen.

11              A JUROR:  No.

12              THE COURT:  You don't.  All right.

13         And counsel for the government are Mr. Baldwin and

14    Mr. Draughon.

15         Do you know them?

16              A JUROR:  No.

17              THE COURT:  And Mr. Burnham, for the defendant, do

18    you know him?

19              A JUROR:  No.

20              THE COURT:  All right.  No. 8, you were asked whether

21    you or any member of your family or close friends have ever

22    been employed by the Department of Justice, Federal Bureau of

23    Investigation, or any other law enforcement agency, local,

24    state, or federal?

25         Could you elaborate?

1          A JUROR:  Yes.

2          THE COURT:  Go ahead.

3          A JUROR:  My son-in-law -- my son-in-law's brother is

4     an FBI agent.

5          THE COURT:  Son-in-law's brother.  Okay.

6        Do you have any direct dealing with him?

7          A JUROR:  No.

8          THE COURT:  Is there anything about that relationship

9     that might affect your ability to be fair and impartial in this

10    case?

11         A JUROR:  No.

12         THE COURT:  Then you were asked in No. 10 whether

13    you, any member of your family, or close friends had ever

14    attended law school or done law-related work, whether as a

15    paralegal or clinical -- did I miss that?  You took that down.

16         THE DEPUTY CLERK:  I'm sorry, Your Honor.  I am

17    trying to --

18         THE COURT:  Did I miss that?

19        -- or in any way involved with criminal law issues, a

20    lawyer, paralegal, or a legal secretary?

21        Would you be more specific?

22         A JUROR:  I used to have a cousin that's a paralegal.

23         THE COURT:  Man?  Woman?

24         A JUROR:  Woman.

25         THE COURT:  Does she get involved with criminal law

1    issues?

2            A JUROR:  I don't know.

3            THE COURT:  Where is she located?

4            A JUROR:  Virginia Beach.

5            THE COURT:  Would that in any way affect your

6    judgment here?

7            A JUROR:  No.

8            THE COURT:  Thank you.  Next.

9         What are you pointing to?  31 says, "No."

10           THE DEPUTY CLERK:  I'm sorry.  32.

11           THE COURT:  32 is, again, the dates that I had to

12   amend.  We are going to sit all this week, including Friday.

13   We won't sit Monday.  We will sit into next week.

14        And the question is whether that would create any

15   inconvenience for you in terms of --

16           A JUROR:  I'm self-employed, so I basically, you

17   know, would lose income by being here for that period.

18           THE COURT:  What do you do that would require -- when

19   you say "self-employed," do you get paid?

20           A JUROR:  On an hourly basis.

21           THE COURT:  For clients?

22           A JUROR:  Clients, yes.

23           THE COURT:  And do you have any employees in your

24   business?

25           A JUROR:  No.

1           THE COURT:  Just you?

2           A JUROR:  Just me.

3           THE COURT:  What is it that you do exactly?  It says,

4   "Business Consultant."

5           A JUROR:  Business consultant, yes.  I consult two

6   government contractors.

7           THE COURT:  On what kinds of issues?

8           A JUROR:  Doing contracts with the government.

9   Basically helping to run contracts with the government.

10          THE COURT:  Okay.  And you have no other source of

11  income or no other employment to --

12          A JUROR:  I am retired government.

13          THE COURT:  So you have a pension of some sort?

14          A JUROR:  Pension, yeah.

15          THE COURT:  Well, ask that -- I mean, is that

16  something that you can rely on for the next week or two?  I

17  mean, you'd rather not, I suppose, but --

18          A JUROR:  I mean, I would lose $125 an hour for a

19  week, so you can put it wherever you want to.

20          THE COURT:  Okay.  Are there any other affirmative

21  responses?

22          A JUROR:  No.

23          THE COURT:  Would you step out to the anteroom,

24  please?

25          A JUROR:  Thank you.

1          THE COURT:  All right.  Counsel want to be heard on

2     this gentleman?

3          Mr. Burnham first.

4          MR. BURNHAM:  Your Honor, I always have a soft spot

5     for self-employed because that's my experience as well, so I

6     move to strike him.

7          MR. BALDWIN:  No objection, Your Honor.

8          THE COURT:  We will strike him for cause.

9          Who is out there?  Jessica?  Who is out there?  I

10    don't -- did she hear me?

11         THE DEPUTY CLERK:  Yes.

12         THE COURT:  Oh, she did.

13         THE DEPUTY CLERK:  We have a card code that we are

14    using, so I put up the card for her.

15         THE COURT:  Okay.  Next.

16         All right.  You are ███████, No. 267?

17         A JUROR:  ████.

18         THE COURT:  Can you please pull your mask down so we

19    can have a look at you?  Pull your mask down.  Thank you.  Put

20    it back.

21         Ms. ████, Mr. Conley, the defendant, is on the

22    television screen.

23         Can you look at it?  Do you know him?

24         A JUROR:  No.

25         THE COURT:  And the defense -- sorry, the plaintiffs

1    -- government counsel is Mr. Baldwin and Mr. Draughon.

2          Do you know them?

3                A JUROR:  No.

4                THE COURT:  And defense counsel is Mr. Burnham.

5          Do you know him?

6                A JUROR:  No.

7                THE COURT:  All right.  On No. 8, you were asked

8    whether you, any member of your family, or close friends have

9    ever been employed by the Department of Justice, the Federal

10   Bureau of Investigation, or any other law enforcement, federal,

11   state, or local?  You answered yes.

12         Could you be explicit?

13               A JUROR:  Yes.  My brother-in-law worked at the

14   Department of Justice.

15               THE COURT:  What did he do?

16               A JUROR:  He's a librarian.

17               THE COURT:  Would that in any way affect your

18   judgment here?

19               A JUROR:  No.

20               THE COURT:  Any other answer to that question?

21               A JUROR:  No.

22               THE COURT:  Any other affirmative?

23               A JUROR:  No.

24               THE COURT:  There was another, I thought.  Wait.

25         No. 18:  Have you or any member of your family or close

1    friends ever been convicted of a crime, accused of criminal

2    conduct, or been the subject of a criminal investigation?  You

3    said yes.

4         Could you please specify?

5              A JUROR:  My husband, he lost his Driver's License,

6    and reported it lost.  Then it was picked up at a parking lot

7    at the scene of a crime, a burglary, and he was -- the officers

8    -- the officers issued a warrant for his arrest before looking

9    to see if it had been reported lost, which it had, and so that

10   took him several years to clear.

11             THE COURT:  Where did that occur?

12             A JUROR:  That happened here in Maryland.

13             THE COURT:  What county?

14             A JUROR:  I don't know the exact county, but I

15   believe it was Prince George's County.

16             THE COURT:  How long ago was that?

17             A JUROR:  It was -- I don't know the exact year, but

18   I believe it was the early 2000s.

19             THE COURT:  Okay.  You said it took several years to

20   clarify?

21             A JUROR:  Mm-hmm.

22             THE COURT:  Well, given that experience, did you end

23   up with a bad feeling about how it was handled such that it

24   might translate to your opinion in this case about how this

25   case has been handled?

1          A JUROR:  It happened before I knew him.  It -- I was

2    surprised by it.  I don't think it would affect my judgment.

3          THE COURT:  Any other affirmative?

4          THE DEPUTY CLERK:  Yes, Your Honor.

5          THE COURT:  Again, this is the question that had to

6    do with the way the trial would proceed, and I had to correct

7    this.  We will sit all this week, including Friday.  We will

8    not sit Monday.  We will sit into next week.  And the question

9    is whether that presents any problem for you from the

10   standpoint of business or prior commitment?

11        What is your answer?

12         A JUROR:  I have a three-year-old daughter.  Her

13   daycare is closed.  We have no other daycare options.  My

14   husband and I both work full time, so it's been a challenge so

15   far, and this would be a great disruption to our current

16   schedule.

17         THE COURT:  All right.  If you will step outside for

18   a moment, please, just to the anteroom.

19        Another one of those sort of unavoidable cases where

20   someone has got a daycare with an infant and nobody to cover.

21         MR. BALDWIN:  I'd move to strike, Your Honor.  I

22   think she's going to be -- she has no current plan to be able

23   to take care of her child at this point, so --

24         MR. BURNHAM:  No objection.

25         THE COURT:  All right.  We will strike for cause.

1          How are we doing on numbers, Theresa?

2          THE DEPUTY CLERK:  Your Honor, we have -- sorry, hold

3    on -- 35.

4          THE COURT:  And that's what we needed.  Right?

5          THE DEPUTY CLERK:  Correct, with no buffer.

6          MR. BALDWIN:  For three alternates?

7          THE COURT:  35 with three alternates.  No, we said

8    32, and then I had to add -- let's go back to 28.  28 is the

9    basic, and then there are two strikes each for four alternates,

10   so that's four, seven, so it's going to be 28 plus seven is 35.

11         Now, we can do a couple more, and then here is my

12   suggestion, which I think is realistic:  Let's go through,

13   let's say, Juror 273, the next three people on the list, and

14   then at that point, it seems to me counsel could exercise their

15   strikes without letting everybody go at this point.  If there

16   are any *Batson* issues or anything else we need to do, we can

17   see whether we get a jury panel selected and then call those

18   people up and seat them and then let everybody else go if they

19   are all seated.  What do you think?

20         In other words, instead of going on and on with this,

21   with the 38 we'd have here if we go three more, we only need

22   35, we will get six and ten, ten and six on the basic 28, and

23   then for the next three, you will each get two strikes, seven,

24   so we have 35 in total.

25         MR. BALDWIN:  If I understand what you are saying,

1   Your Honor, so we do three more people.  We'd come sit the

2   jury.  If something happened that one of them said, Oh, I

3   didn't understand what you were saying, we still have three

4   people that we had selected?

5              THE COURT:  Well, that's the point.  I would keep

6   those people there, but we would still have people -- I'd

7   suggest to you, in terms of making things work, when we get

8   three more people, you do your jury strikes from the list, as

9   we do typically here, hand them up, and then we call up the

10  people who are going to be seated.  And if we are clear that we

11  have our 12 and three, then we can let the rest of the people

12  go home for the day.

13      We still have other names to go through.  Not too much,

14  candidly.  We only have a couple more really.  We have -- well,

15  we have 15 at this point more to do.

16              MR. BALDWIN:  Yes, Your Honor.  The government would

17  agree with that.

18              THE COURT:  Mr. Burnham, does that work for you?

19              MR. BURNHAM:  Yes.  We get three more now or --

20              THE COURT:  We will do three more now and then do

21  your jury strikes, do your ten and six from your first 20 --

22  and understand this, do your ten and six from your first 28,

23  and we are still going to seat the first 15 people who come up,

24  so if you don't strike somebody or you double strike, we are

25  still going to get the first 15 people.  We won't even get to

1  the alternates as far as seating them.

2       Are you with me on that?

3            MR. BURNHAM:  Yes, Your Honor.

4            THE COURT:  Are you willing to do that?  There is no

5  reason not to because the other really -- it's really academic

6  to do otherwise.  Let's do the three more people now, then we

7  will take a recess, and then you can start on your review of

8  your jury lists right then and there.

9       And we will just have them on hold, Theresa, down there

10  until we get back to them.

11            THE DEPUTY CLERK:  Yes.

12            THE COURT:  So bring in the next one.

13       This is No. 269, Ms. ███████.

14            THE DEPUTY CLERK:  Your Honor, this is assembling the

15  three additional jurors.

16            THE COURT:  All right.  Counsel, I am not going to

17  ask you to open today.  Just get the jury seated is all we are

18  going to do.

19            MR. BALDWIN:  Thank you, Your Honor.

20            THE DEPUTY CLERK:  Your Honor, may I address counsel

21  while we are off the record?

22            THE COURT:  Go ahead.

23       (Discussion off the record.)

24            THE COURT:  So we will go through 273, ███████, and

25  then we will stop.  Just so, again, we are clear, Counsel, you

1  take your ten and six strikes from the first 28 names.  Then

2  you each take your two strikes for the alternates from the

3  names that are after so you are clear.

4      Bring them in.

5      All right.  Ma'am, if you will come right up to the

6  front, please, and face the microphone?  Right up to the front.

7      You are ███████████████, No. 269?

8          A JUROR:  Yes, I am.

9          THE COURT:  Would you pull your mask down so we can

10 have a look at you first?  Thank you.

11     Ms. Dryer, on the screen is Mr. Conley, the defendant.

12     Would you have a look at the screen and see whether you

13 know him?

14         A JUROR:  I do not know him.

15         THE COURT:  Counsel for the government are

16 Mr. Baldwin and Mr. Draughon.

17     Do you know either of them?  Raise your hand, gentlemen.

18         A JUROR:  I do not know them.

19         THE COURT:  And for the defendant is Mr. Burnham.

20     Do you know him?

21         A JUROR:  I do not know him.

22         THE COURT:  Question No. 8, you were asked whether

23 you or any member of your family, close friends had ever been

24 employed by the Department of Justice, FBI, or other law

25 enforcement, local, state, or federal?

1          Could you explain?

2                A JUROR:  Sure.  During my Master's program --

3                THE DEPUTY CLERK:  Would you please step forward?

4                A JUROR:  During my Master's program, we were heavily

5     involved in a lot of DNA research and DNA work, and so several

6     of my friends graduated from the program and did move on to the

7     FBI where they still work in the FBI or state governments as

8     DNA analysts, or that -- one of my very closest friends is a

9     DNA analyst for the state of Florida.  Again, I am thinking two

10    very close friends at FBI in Quantico.

11               THE COURT:  And, by the way, it says, "Federal

12    program administration."

13         Do you, in your actual work, get involved with law

14    enforcement?

15               A JUROR:  Not with law enforcement, no.

16               THE COURT:  What agency -- are you with an agency?

17               A JUROR:  Department of Health and Human Services.

18               THE COURT:  Any other involvement with law

19    enforcement that you or your family or friends are involved in?

20               A JUROR:  Another very good friend, her husband is a

21    lawyer, defense attorney in Florida.

22               THE COURT:  Does criminal defense work?

23               A JUROR:  Yes.

24               THE COURT:  Well, given all those contacts, do you

25    think you could be fair and impartial in this case?

1          A JUROR:  Yes, I do.

2          THE COURT:  I mean, even though you have got some

3     connection with FBI, are you going to give the FBI any

4     particular edge in this case?

5          A JUROR:  No, I will not.

6          THE COURT:  You will be fair and impartial and keep

7     an open mind, listen to the evidence, follow the Court's

8     instructions?

9          A JUROR:  Yes, I will.

10         THE COURT:  And you also answered No. 10 about

11    whether you or family or friends have attended law school, that

12    is, done any type of legal type work, paralegal, clinical

13    program involving criminal law issues, received other legal

14    training, been employed by a lawyer or law firm, worked in a

15    courthouse, been a paralegal, served as a legal secretary, or

16    performed legal investigative work.

17       Do you talk about criminal law cases with him?

18         A JUROR:  He has shared a very interesting case.

19         THE COURT:  Do you have a view where you think that

20    might affect your judgment in this case in any way?

21         A JUROR:  No.

22         THE COURT:  Will you listen to the evidence and

23    follow my instructions in the case then?

24         A JUROR:  Yes.

25         THE COURT:  Further questions?

1          MR. BURNHAM:  No questions.

2          THE COURT:  I think there is another -- the question

3  is whether you or any member of your family or friends have

4  ever been the victim of a crime, a witness to a crime, or

5  witness for the prosecution in any crime, or defendant?

6          A JUROR:  I said yes to that because my car got

7  stolen a few years ago.

8          THE COURT:  When was that?

9          A JUROR:  2012.

10          THE COURT:  And was somebody prosecuted for that?

11          A JUROR:  I am not sure.

12          THE COURT:  Did they ever catch anybody for that?

13          A JUROR:  I don't know.  I would doubt it.

14          THE COURT:  Okay.  Were you reimbursed the cost of

15  your car?

16          A JUROR:  No.  They found it, actually.

17          THE COURT:  They did.

18      Was it workable?

19          A JUROR:  I'm sorry.  Was it what?

20          THE COURT:  Was it still in workable condition?

21          A JUROR:  Yes.

22          THE COURT:  Anything about that experience that might

23  affect your ability to be fair and impartial here?

24          A JUROR:  No.

25          THE COURT:  The next answer you gave affirmative was

1    if you or any member of your family have ever been convicted of

2    a crime, accused of a crime, or the subject of a criminal

3    investigation.

4          You answered yes.

5          A JUROR:  My uncle was in a serious car accident that

6    he was at fault for, and he was convicted of vehicular assault

7    and spent time in a halfway house, work release program.

8          THE COURT:  When was that?

9          A JUROR:  That was in 2001.

10         THE COURT:  And where did that occur?

11         A JUROR:  In Toledo, Ohio.

12         THE COURT:  Anything about that experience that might

13   affect your ability to be fair and impartial here?

14         A JUROR:  No.

15         THE COURT:  Any other affirmative responses?

16         THE DEPUTY CLERK:  No.

17         THE COURT:  Counsel wish to inquire?  Government?

18         MR. BALDWIN:  No questions.

19         THE COURT:  Defendant?

20         MR. BURNHAM:  No questions.

21         THE COURT:  Thank you, ma'am.  If you go back to the

22   jury pool...

23         A JUROR:  Thank you.

24         THE COURT:  Thank you.

25       Good afternoon, ma'am.

1          You are ███████████, No. 272?

2              A JUROR:  Yes.

3              THE COURT:  Step right up to the mike and speak as

4    close as you can.

5          Ms. █████, will you just pull down your mask so I can

6    have a look at you real quick?  Thank you very much.

7              A JUROR:  Put it back on?

8              THE COURT:  The defendant, Mr. Conley, is now on the

9    TV monitor.

10         Would you look at the monitor and see whether you

11   recognize him?

12             A JUROR:  I do not.

13             THE COURT:  Counsel for the government are

14   Mr. Baldwin and Mr. Draughon.

15         Do you know either of them?

16             A JUROR:  No.

17             THE COURT:  For the defendant, Mr. Burnham, do you

18   know him?

19             A JUROR:  No.

20             THE COURT:  All right.  Looking at your

21   questionnaire, you were asked whether you, family, or friends

22   ever attended law school or took law-related courses either as

23   a paralegal, perhaps involving criminal law issues, and so on

24   and so forth, been a lawyer, employed by a lawyer, worked in a

25   law firm, courthouse, legal secretary, or otherwise.

1          What would be your more explicit answer?

2          A JUROR:  I have four first cousins who went to law

3   school.  They are all considerably older than I.  Three of them

4   are retired.  Of those three, none of those three actually ever

5   practiced law.  So I have one cousin who practices family law.

6          THE COURT:  Family law.  Okay.

7          Would that, then, in any way affect your experience here?

8   Could you be fair and impartial?

9          A JUROR:  No.

10          THE COURT:  You could be fair and impartial?

11          A JUROR:  Yeah.

12          THE COURT:  Your answer is yes?

13          A JUROR:  Yes.

14          THE COURT:  Okay.  Any other affirmative answers,

15   Madam Clerk?

16          THE DEPUTY CLERK:  Your Honor, I'm sorry.

17          THE COURT:  You were asked at No. 18:  Have you or

18   any member of your family -- can you get it a little sharper?

19   I am not getting too sharp -- or close friends ever been

20   convicted of a crime, accused of a crime, or the subject of a

21   criminal investigation?  And you answered yes.

22          Could you be explicit?

23          A JUROR:  My now 31-year-old son, when he was in

24   college, was stopped for a driving infraction, and was found to

25   have marijuana in his car.

1          THE COURT:  Okay.  How long ago was that?

2          A JUROR:  2011.

3          THE COURT:  Okay.  And what was the consequence?  He

4    was arrested?

5          A JUROR:  Yes.  He went to court, he was given

6    community service, and my understanding is that his record was

7    expunged when he remained free of other infractions and did his

8    community service.

9          THE COURT:  Okay.  And where did that occur?

10          A JUROR:  Maine, the state of Maine.

11          THE COURT:  Anything about that experience that might

12    affect your ability to be fair and impartial here?

13          A JUROR:  No.

14          THE COURT:  All right.  Ms. ███████, under

15    occupation, there is nothing listed for you.

16     Can you tell us --

17          A JUROR:  I am a retired physician.

18          THE COURT:  You are a retired physician?

19          A JUROR:  A retired physician.  I retired a year ago.

20          THE COURT:  Okay.  What sort of physician were you?

21          A JUROR:  I was an internist and I worked for an HMO

22    for 32 years.

23          THE COURT:  Okay.  And where was that?  You don't

24    have to give me the name, but what was the name of the --

25    sorry, the location of the HMO?

1          A JUROR:  My office was in Kensington, Maryland.

2          THE COURT:  Okay.  And it indicates your spouse is

3   also a physician?

4          A JUROR:  Yes, he is.

5          THE COURT:  Any other questions from the government?

6          MR. BALDWIN:  No, Your Honor.

7          THE COURT:  Defendant?

8          MR. BURNHAM:  No questions.

9          THE COURT:  Do you think you could render a fair and

10  impartial verdict in this case?

11         A JUROR:  Yes.

12         THE COURT:  All right.  Thank you very much.  You can

13  step back.  Go to the jury collection pool.

14      This is the last person that we would take, and then, as

15  I proposed, we will hand out the jury -- we will take a break.

16  Defendant can -- all of you can step down briefly, but then if

17  you want to go through the jury lists and so on.  And I will

18  give you some time, Mr. Burnham, to talk to your client,

19  converse about the selections.

20      This is No. 273.

21      Okay.  Is he not here?

22         THE DEPUTY CLERK:  He is.  He is coming in, but I

23  didn't know if you wanted --

24         THE COURT:  We will do it right away.  Let's just see

25  -- all right.

1    THE DEPUTY CLERK:  Did you want me to put that up on

2  the ELMO?

3    THE COURT:  Yeah, just like anyone else.  Stop right

4  there.  Get him in front of the microphone, please.

5    You are ▇▇▇▇▇▇, No. 273?

6    A JUROR:  I am.

7    THE COURT:  Would you pull your mask down real quick

8  so we can see --

9    A JUROR:  I'm sorry?

10    THE COURT:  Would you pull your mask down now so we

11  can have a look at you?

12    A JUROR:  Yeah.

13    THE COURT:  Okay.  Mr. ▇▇▇▇▇, Mr. Conley, the

14  defendant, is on the TV monitor.

15    Would you look at that, please, to see whether you know

16  him?

17    A JUROR:  Okay.

18    THE COURT:  Do you know him?

19    A JUROR:  I do not know him.

20    THE COURT:  You do not know him.

21    THE DEPUTY CLERK:  Could you speak directly into the

22  mike?

23    A JUROR:  I do not know him.

24    THE COURT:  And counsel for the government are

25  Mr. Baldwin and Mr. Draughon.

1          Do you know either of them?

2                A JUROR:  No, I do not.

3                THE COURT:  Mr. Burnham represents the defendant.

4          Mr. Burnham, do you know him?

5                A JUROR:  No.

6                THE COURT:  Mr. ███████, I think you answered

7    affirmative to the first question, which is whether you have

8    heard about this case.

9          Have you heard about it?

10               A JUROR:  Years ago, a newspaper article that just

11   the name looked familiar.

12               THE COURT:  The name "Conley" looked familiar?

13               A JUROR:  Yeah.

14               THE COURT:  What do you recall reading about it?

15               A JUROR:  Well, the whole name, it just looked

16   familiar.

17               THE COURT:  Well, the question, of course, is, having

18   read something about it, does it in any way predispose you one

19   way or another -- do you think you could be fair and impartial

20   in the case?

21               A JUROR:  I can be fair and impartial.  No problem.

22               THE COURT:  How long ago did you read about it?

23               A JUROR:  It may have been three -- two or three

24   years ago.

25               THE COURT:  Any other affirmative answers?

1          No. 11, you were asked whether you, any member of your

2     family, or close friends ever had any problem relating to drugs

3     or substance abuse?  And this is a confidential hearing, but

4     you need to answer, and you answered yes.

5          Could you be explicit?

6               A JUROR:  Yes.  I had experiences with my, you know,

7     father being an alcoholic.  That's all.

8               THE COURT:  Your?

9               A JUROR:  Father.

10              THE COURT:  Father.  Okay.

11         Would that in any way affect your judgment here?

12              A JUROR:  It would not.

13              THE COURT:  All right.  And then you answered -- is

14    there another affirmative answer?

15              THE DEPUTY CLERK:  No, Your Honor.

16              THE COURT:  No further affirmative answers?

17              THE DEPUTY CLERK:  No further affirmative answers.

18              THE COURT:  Questions from the defendant?

19    Mr. Burnham?

20              MR. BURNHAM:  Sir, do you remember anything about the

21    context of where you think you might have heard Mr. Conley's

22    name?

23              A JUROR:  It was an article -- I have a friend in

24    Pennsylvania that used to live in northern -- just a part of

25    Maryland, northern Maryland, and in -- we had mentioned it in

1    passing.  That was it.

2              MR. BURNHAM:  Thank you.

3              THE COURT:  Government?

4              MR. BALDWIN:  Sir, was your friend in Pennsylvania,

5    did he indicate whether -- so was the conversation -- you got

6    it from a conversation?  You didn't read the article yourself?

7              A JUROR:  I read the article.  He knew someone in the

8    article.  That's the only reason it came up.

9              MR. BALDWIN:  Okay.

10             THE COURT:  When you say, "He knew someone in the

11   article," you mean he knew someone who was also accused of a

12   crime?

13             A JUROR:  It was a lady's name in the article he said

14   that he -- he was -- he knew, but I don't know how well he knew

15   her.

16             THE COURT:  Do you remember her name?

17             A JUROR:  No.

18             THE COURT:  Okay.  But, again, to reaffirm,

19   notwithstanding what you heard or spoke about, you feel you

20   could be fair and impartial in this case?

21             A JUROR:  I can be, yes.

22             THE COURT:  Anything further?

23         Thanks, sir.  You can go back with the rest of the jurors

24   waiting.

25         All right.  I think what we will do is recess at this

1    point.  And they know downstairs just to wait, we are not

2    letting anybody go at this point.

3              THE DEPUTY CLERK:  Correct.

4              THE COURT:  Let's see what we do with our --

5    distributing our jury lists.  Are they ready?

6              THE DEPUTY CLERK:  They are almost ready.  I thought

7    you might want to go through the --

8              THE COURT:  Let's go through and see who is still in

9    the game and who is out.  And then you will have your jury list

10   while we take our recess, and then we will come back a bit, but

11   folks downstairs should wait.

12        So let's go through our numbers starting at the top here

13   with 003, ████████, the first four names are good.  Juror No. 92

14   is struck for cause.

15             THE DEPUTY CLERK:  Yes.

16             MR. BALDWIN:  Yes, Your Honor.

17             THE COURT:  The next five names are all okay.

18             THE DEPUTY CLERK:  Correct.

19             THE COURT:  Juror No. 138 was struck for cause.

20             THE DEPUTY CLERK:  That's correct.

21             THE COURT:  So four names are okay there.  We are at

22   13.

23        All of the next five starting with 0154 are still

24   involved, so that's 18.

25             THE DEPUTY CLERK:  Correct.

1          THE COURT:  The next five are also involved.  That's
2   23.
3          THE DEPUTY CLERK:  Correct.
4          THE COURT:  The next five are also involved.  That's
5   28.
6          THE DEPUTY CLERK:  Correct.
7          THE COURT:  That's your basic ten and six then.  And
8   then we have seven more for alternates.  The next five are
9   still in play -- or we didn't let ██████ out, did we?
10         THE DEPUTY CLERK:  230 was stricken.
11         THE COURT:  Do what?
12         THE DEPUTY CLERK:  230 was stricken.
13         THE COURT:  Yes, you are right.  230 was stricken.
14  So your seven begins with 231.  That's four on that page.
15      And then the next three are -- go through 261.
16         THE DEPUTY CLERK:  Correct.
17         THE COURT:  So that's the number.  And then what do
18  we end up with then?  We should have seven -- five -- we have
19  28 through 219.  One, two, three -- one, two, three, four,
20  five, six, seven.  Right.  So 261 is your cutoff for the
21  alternates.
22         THE DEPUTY CLERK:  Correct.
23         THE COURT:  You each get two strikes for the four
24  alternates.
25         MR. BALDWIN:  Three alternates.

1          THE COURT:  Three alternates.  I misspoke.

2      We are going to take the first 17, so the first 15 clean

3  names that come up from both lists.  Understood?

4          MR. BALDWIN:  Understood.

5          THE COURT:  Let's take about a -- I don't know how

6  much time -- 15-minute break, maybe.  Does that work

7  downstairs, 15-minute break?  And we may be able to expedite

8  things with this situation.  And we will come back, and before

9  we get back on with downstairs, we will be clarified as to

10  where we are.

11      15-minute break at this point.

12      (Recess taken from 4:29 p.m. until 5:07 p.m.)

13          THE COURT:  Be seated, ladies and gentlemen.

14      All right.  We have the strikes, and I gather you have

15  now had a chance to review them.

16      Am I correct, Mr. Baldwin, Mr. Burnham?

17          MR. BALDWIN:  Yes, Your Honor.

18          MR. BURNHAM:  Yes, I have.

19          THE COURT:  Give me one minute if you would, please.

20      (Pause.)

21          THE COURT:  All right.  I have gone through this

22  list, and is the government satisfied with that list?

23          MR. BALDWIN:  Yes, Your Honor.

24          THE COURT:  Defendant?

25          MR. BURNHAM:  Yes.

1          THE COURT:  All right.  No motions to make of any

2    sort?

3          MR. BURNHAM:  No motions.

4          THE COURT:  *Batson* or otherwise?

5          MR. BURNHAM:  No motions, Your Honor.

6          THE COURT:  All right.  What I would propose to do,

7    then, is to -- let's call the jurors up and get them seated

8    now.  The number -- do you have the numbers, Jessica?  Do you

9    know who it is?

10         THE DEPUTY CLERK:  I do.

11         THE COURT:  Bring them up and let's be sure we have

12   the right people in the right place in the right sequence as

13   jurors one, two, three, et cetera, and then I need you to state

14   on the record that you are satisfied with the jury pool, and

15   then I will swear the jury.

16        Now, I want to make it clear to them when they are here,

17   think it through, don't tell us tomorrow, oh, you forgot you

18   had something you need to do next week and you need to go

19   because that throws everything off when people do that, and

20   they do that.  I mean, we do have that happen not infrequently.

21        So, if you have no objection, let's call -- don't release

22   anybody yet, but call up the jurors who have been designated

23   and have them sit -- seat No. 1, Theresa, is over here.

24         THE DEPUTY CLERK:  Yes, Your Honor.

25         THE COURT: -- in the seat designations all the way

1    through alternate three.  Do that now.  Do you do that?  Who

2    does that?

3              THE DEPUTY CLERK:  That's --

4              THE COURT:  Go ahead and do that.  Have them bring

5    their things with them as well, bring their belongings, their

6    coats, whatever.  Go ahead.

7              THE DEPUTY CLERK:  And, Counsel, before you leave, I

8    need to collect your panel reports, not the worksheets, but the

9    reports with the demographic information.  Thank you.

10             THE COURT:  And Theresa, they are leaving materials

11   on their seats overnight as before?

12             THE DEPUTY CLERK:  Your Honor, I have not put the

13   jury folders out because I wanted to put them in the jury

14   deliberation room so they could line up first thing tomorrow.

15             THE COURT:  Do you want to take them in there this

16   afternoon and show them then after we get them seated and

17   sworn?

18             THE DEPUTY CLERK:  Yes.  I will give them

19   orientation.

20             THE COURT:  And tell them that their materials will

21   be left there?

22             THE DEPUTY CLERK:  Yes.

23             THE COURT:  All right.

24             THE DEPUTY CLERK:  I also need to get their telephone

25   numbers, so I will do that as well.

1          THE COURT:  Theresa, and the jurors, I gather, are

2    not televised back to them as I say thank you to the ones who

3    are going?  It's all done by the clerk personnel?

4          THE DEPUTY CLERK:  Correct.  I will call when you

5    have seated this jury and make sure they know.

6          THE COURT:  Let them go.

7          THE DEPUTY CLERK:  Your Honor, it might be better for

8    me to direct them to which seat they need to take.

9          THE COURT:  That's fine.  You might, Theresa, call

10   them by number, Juror No. 5 take seat No. 1, just so we know

11   each person is here --

12          THE DEPUTY CLERK:  Yes, Your Honor.

13          THE COURT:  -- in the seat they are supposed to be as

14   they come in, and we will do that on the record.

15          THE DEPUTY CLERK:  Yes, Your Honor.

16       (Pause.)

17          THE DEPUTY CLERK:  Your Honor, we are trying to round

18   up one juror.  We are missing one juror.

19       Still trying to locate the juror.

20          THE COURT:  Somebody disappeared?

21          THE DEPUTY CLERK:  Possibly in the restroom.

22          THE COURT:  Are they checking the restroom?

23          THE DEPUTY CLERK:  We have court staff trying to

24   locate the juror.

25          THE COURT:  I'm sorry?

1          THE DEPUTY CLERK:  We have court staff trying to

2    locate the juror.

3          (Pause.)

4          THE DEPUTY CLERK:  Your Honor, the juror was in the

5    restroom and is on her way up.

6          THE COURT:  Is everybody here?

7          THE DEPUTY CLERK:  We are ready.

8          THE COURT:  Bring them in one at a time.  We will

9    seat them one at a time.  Bring in the first juror.

10         THE DEPUTY CLERK:  Mr. Draughon, if you can go ahead

11   and be seated.  Thank you.

12       Would Juror No. 5 please take a seat right here.  You are

13   now Juror No. 1.  Thank you.

14         THE COURT:  All right.

15         THE DEPUTY CLERK:  Juror No. 94, please have a seat

16   in the second chair.  You are now Juror No. 2.

17       Juror No. 98, please have a seat in the third chair.  You

18   are now Juror No. 3.

19       Juror No. 144, please have a seat in the fourth chair.

20   You are now Juror No. 4.

21       Juror No. 146, please have a seat in the fifth chair.

22   You are now Juror No. 5.

23       Juror No. 162, have a seat in the sixth chair.  You are

24   now Juror No. 6.

25       Juror No. 168, please have a seat in the seventh chair.

1    You are now Juror No. 7.

2          Juror No. 186, please have a seat in the eighth chair.

3    You are Juror No. 8.

4          Juror No. 191, please have a seat in the ninth chair.

5    You are now Juror No. 9.

6          Juror No. 192, please have a seat in the tenth chair.

7    You are now Juror No. 10.

8          Juror No. 193, please have a seat in the 11th chair.  You

9    are now Juror No. 11.

10         Juror No. 208, please have a seat in the 12th chair.  You

11   are now Juror No. 12.

12         Juror No. 219, please have a seat in the 13th chair.  You

13   are now Alternate 1, Juror No. 13.

14         Juror No. 231, please have a seat in the 14th chair.  You

15   are now Alternate 2, Juror 14.

16         Juror No. 234, please have a seat in the 15th chair.  You

17   are now Alternate 3, Juror 15.

18              THE COURT:  All right.  All present and accounted

19   for.

20         Counsel satisfied with the jury panel?

21              MR. BALDWIN:  Yes, Your Honor.

22              MR. BURNHAM:  Yes, Your Honor.

23              THE COURT:  All right.  Ladies and gentlemen, you

24   have seen it's a rather elaborate process we have had to go

25   through to select you today, and we appreciate your waiting to

 1   be selected.  We have other people we haven't gotten to, but we
 2   have enough, based on the numbers that we needed to make an
 3   appropriate selection, to go forward.  We have not released the
 4   other jurors yet.

 5        Now, I want to be very clear with you.  You know, we go
 6   to the trouble to get you folks selected, and, occasionally,
 7   somebody comes back the next morning, and says, Oh, I forgot.
 8   I got something next week.  I can't serve.  I need you to think
 9   long and hard because once you are sworn, which I am going to
10   do in a couple of minutes, you are here, you need to stay for
11   the duration of the trial.  Does anybody have any problem about
12   sitting on this case now?

13        You all answered your questions under oath, so you were
14   designated and selected on the basis of that.  All right.

15        If there is nothing further, I am going to ask the clerk
16   to swear you now.  Madam Clerk.

17        Wait a minute.  Somebody has a question.  All right, sir.

18        A JUROR:  Not a question, but, like I stated earlier,
19   on the 29th, I need to be at work.

20        THE COURT:  Right.  Well, you will have to make --
21   counsel, you will have to talk to the Court about this again.
22   We selected you notwithstanding that, and you will have to make
23   some kind of arrangement with your employer.  And if your
24   employer has a problem, they should call me in my chambers, and
25   I will talk to them.  Is that understood?  Otherwise, you are

1    ready to serve?

2            A JUROR:  Okay.

3            THE COURT:  Okay.  Have them call me.  We will work

4    it out.  We are going to swear the jurors now.  Go ahead, Madam

5    Clerk.

6            THE DEPUTY CLERK:  Members of the jury panel selected

7    in the present case, please stand and raise your right hand.

8    You and each of you do solemnly swear or affirm under the

9    penalties of perjury that you shall well and truly try the

10   issues joined in the case of *United States of America vs. Tiba*

11   *Sakuri Conley*, and a true verdict give according to the

12   evidence?  Please respond by saying I do.

13           (Jury panel replies, "I do.")

14           THE DEPUTY CLERK:  Jury sworn.

15           THE COURT:  Let them release the folks who are

16   downstairs now and thank them for their service.

17           Now, folks, a couple of words to you before we recess for

18   the day and as long as I have got you together.  I will tell

19   you a little bit about how trial will proceed tomorrow because

20   you will hear opening statements from both the government and

21   the defendant, and then once opening statements are made, we

22   will get right into the evidence.

23           So that you understand the proceedings, the government

24   has the burden of proof in this case.  Counsel will, that is,

25   Mr. Baldwin and/or Mr. Draughon will open and tell you what

1  they believe the case is about, and then Mr. Burnham will do

2  likewise.

3       Then witnesses will be called and they will be sworn.

4  Witnesses will speak from the witness box over here, and you

5  will hear them respond to questions that they give under oath.

6  And during the course of their examination, certain exhibits

7  presumably will be offered by the party offering them, and we

8  start with the government.

9       Under the circumstances, you will hear the questions.  It

10  may be that defense counsel will interpose an objection.  An

11  attorney has a right and a duty to object to evidence that the

12  attorney thinks is improper, and I will have to make a ruling

13  about whether the evidence should or should not be received.

14  That's the way it goes in normal proceedings.  That's the way

15  it will go here.

16       At the end of the plaintiff's case, sorry, the

17  government's case, the defendant may or may not call witnesses.

18  He is not obliged to testify.  You may draw no inference from

19  that.  He doesn't have to call any witnesses.  The burden of

20  proving the defendant's guilt beyond a reasonable doubt always

21  is with the government.

22       Now, if the defendant should call witnesses, it's the

23  same arrangement.  If witnesses are called, they answer

24  questions under oath.  They may be -- objections may be made

25  and so on, and there will be cross-examination both of the

1    government's witnesses and the defense witnesses.

2          And then at the end of the trial, the Court will get

3    together with counsel and give you instructions on the law of

4    the case.

5          And then after the instructions are given, you will hear

6    closing arguments from counsel, first the government, then the

7    defendant, and then, because the government has the burden of

8    proof, the final argument, rebuttal, is with the government.

9    And then you will retire to consider your verdict, and there

10   will be a verdict sheet that you will take with you.  So that's

11   the format.

12         A couple of general remarks about the way the court

13   proceeds.

14         There is in effect -- and, Theresa, correct me if I am

15   wrong on this because we are a little bit different now --

16   there is sort of a semi-sequestering order.  Not overnight, you

17   go home overnight, but during the day, you are to stay close to

18   the court, within the court confines, I think.  You should

19   bring your lunch and -- if that's possible.  Will they be sent

20   out otherwise?  How are we doing that?

21         THE DEPUTY CLERK:  Your Honor, we, the court, will be

22   providing lunch for the jurors every day of jury trial and

23   deliberations.

24         THE COURT:  All right.  Because we don't ordinarily

25   do that, we don't do it until the end of the trial, but your

1  lunch will be provided for you here.  Now, that's the

2  arrangement.

3        You are, obviously, not to discuss the case in any way

4  with one another.  You are not to discuss it with other people

5  who are outside the trial.  Family, friends, whatever, you are

6  simply not to talk about it.

7        Once you are back deliberating, pursuant to my

8  instructions, then you can deliberate and talk about the case.

9  In fact, that's what jury deliberation is all about.  And you

10  will then reach your verdict one way or another.  And I will

11  say more to you about taking the verdict when we get to that

12  part of the trial.

13        Now, unless there are any questions, I am going to ask

14  Ms. Derro, who is our courtroom deputy who has been sort of

15  directing a lot of the operation here today, to take you next

16  door, to the courtroom next door.

17        I mention this to you -- and perhaps you wouldn't

18  necessarily appreciate it because, ordinarily, a jury room is

19  kind of confined -- the way we have reconfigured these

20  proceedings is the whole courtroom next door, which is

21  unoccupied, is basically your jury deliberation room.  And you

22  will see that your seats are spread out all throughout that

23  courtroom, not entirely identical to what you are doing right

24  now, but close enough that you will be spread around, so as you

25  deliberate, you are deliberating with appropriate distance

1   between you with masks and so on.

2          And I think we are, insofar as exhibits have to be

3   passed, we will have the person looking at an exhibit put it on

4   the table, and then the next witness can -- sorry, the next

5   juror can look at that exhibit and pass it around that way.

6          And there will be water and snacks, I think, correct,

7   Theresa, that they will have back there?

8                  THE DEPUTY CLERK:  Yes.  That's what we were told.

9                  THE COURT:  All right.  Now, that's where we are.  Do

10  we have any questions from the jurors?

11         Well, the follow up, then, will be you will walk this

12  way, follow Ms. Derro to the courtroom next door, and you will

13  see how you are set up there.  Find your place, find your

14  number because when you come in tomorrow morning -- and you

15  should be here no later than 10 to 10 and be here no later than

16  10 to 10.  The proceedings stop unless you are here, and we

17  don't want to inconvenience other people.  That's where you

18  will gather.  Take your seat there.

19         And then when we are ready to commence the proceedings,

20  we will bring you back into here, and you, presumably, will

21  come through the same path that you take to get out there this

22  afternoon.

23         Incidentally, when we do have a break, and we will, for

24  example, have a bathroom break, a comfort break midmorning,

25  midafternoon, you will come back through this same path and go

1   in there, there are bathrooms back there, and you will have

2   your seats and so on that you can access.

3          So if there is nothing -- sorry, Theresa.

4          THE DEPUTY CLERK:  No, Your Honor.  Please go.

5          THE COURT:  If there is nothing further to be done

6   today, I am going to ask you to go with Ms. Derro for a few

7   minutes next door to sort of locate where you are.  That is

8   where you will come tomorrow morning 10 of 10 and take your

9   places there.  If you have got coats or handbags or whatever,

10  you can leave that there.  It's safe.  You won't need to bring

11  those things into the courtroom.

12         You will have with you here in court notepad and pen or

13  paper, I guess pen, and you will be able to take notes during

14  the trial.  You are not required to take notes, but you may

15  take notes, and you will be able to have them with you when you

16  deliberate.

17         As a practical matter from overnight, what you will do,

18  you will make your notes, your notes will be left on your seat

19  in the other room according to your seat number, and so when

20  you come in in the morning, there will be your notes on your

21  seat.  Bring them -- pick them up, bring them here to court,

22  and so on, and that's the way we will proceed during the day.

23         Any questions, Ms. Derro, Theresa can answer these for

24  you during the trial.

25         I think we made some pretty good progress today under the

1  rather unusual circumstances that we faced today, and if there
2  are any sort of glitches as we are going through the trial, let
3  Theresa know, and we will work it out.  I mean, we are all sort
4  of working our way through this rather unusual process.
5       So if there is nothing further from counsel, we will
6  recess until ten a.m. tomorrow morning.  And if you will follow
7  Theresa now, ladies and gentlemen, into the room next door, she
8  will release you there for the day.  Fair enough.  All right.
9  We are in recess.
10      (The jury panel exited the courtroom at 5:42 p.m.)
11          THE COURT:  We are good for tomorrow?  Ready to
12  start?  How much time do you need?  How much for opening?
13          MR. BALDWIN:  Ten to 15 minutes, Your Honor.
14          MR. BURNHAM:  15 minutes, please.
15          THE COURT:  Fair enough.  And the witnesses are
16  ready.  I know we were going to accommodate two short
17  witnesses, but we want to take the longer ones, too, to have a
18  full day.
19          MR. BALDWIN:  Yes, Your Honor.
20          THE COURT:  All right.  All right, we will see you
21  tomorrow morning.
22      (The proceedings were concluded at 5:44 p.m.)
23
24
25

C E R T I F I C A T E

I, Renee A. Ewing, an Official Court Reporter for the United States District Court for the District of Maryland, do hereby certify that the foregoing is a true and correct transcript of the stenographically reported proceedings taken on the date and time previously stated in the above matter; that the testimony of witnesses and statements of the parties were correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription to the best of my ability; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.


Renee A. Ewing
_____

Renee A. Ewing, RPR, RMR, CRR
Official Court Reporter
August 12, 2021

## $

**$125** [1] - 172:18
**$33** [2] - 145:18, 145:20
**$42** [5] - 145:6, 145:12, 146:10, 146:11, 147:19

## '

**'78** [2] - 72:25, 73:1
**'88** [1] - 79:10
**'94** [1] - 118:3

## 0

**003** [1] - 193:13
**0144** [1] - 75:17
**0154** [1] - 193:23

## 1

**1** [5] - 1:10, 196:23, 198:10, 199:13, 200:13
**10** [23] - 14:3, 32:25, 40:13, 45:17, 49:21, 53:7, 53:13, 92:9, 97:8, 103:5, 104:6, 130:20, 152:3, 163:1, 170:12, 182:10, 200:7, 206:15, 206:16, 207:8
**105** [3] - 6:17, 56:5, 56:7
**108** [2] - 6:18, 61:5
**10:00** [1] - 43:6
**10:52** [1] - 1:12
**11** [18] - 6:7, 6:10, 14:17, 28:22, 31:22, 34:12, 57:1, 57:3, 59:9, 67:9, 77:25, 89:5, 115:13, 117:16, 156:14, 163:23, 191:1, 200:9
**118** [2] - 6:19, 66:14
**11:28** [1] - 23:21
**11:58** [1] - 23:21
**11th** [1] - 200:8
**12** [10] - 14:20, 78:5, 117:20, 117:21, 140:20, 140:22, 164:1, 178:11, 200:11, 209:17
**12th** [1] - 200:10
**13** [3] - 97:20, 193:22, 200:13
**138** [4] - 6:20, 71:15,

193:19
**13th** [2] - 146:5, 200:12
**14** [5] - 6:11, 15:6, 35:18, 200:15
**1424** [1] - 1:20
**144** [3] - 6:22, 199:19
**146** [3] - 82:3, 82:19, 199:21
**147** [3] - 7:3, 83:21, 87:5
**14th** [1] - 200:14
**15** [16] - 6:12, 15:10, 39:6, 40:13, 79:24, 102:8, 102:9, 178:15, 178:23, 178:25, 195:2, 200:17, 208:13, 208:14
**15-minute** [1] - 195:6, 195:7, 195:11
**154** [6] - 7:6, 87:9, 87:19, 94:13, 94:15
**15th** [1] - 200:16
**16** [5] - 15:14, 41:12, 79:24, 85:19, 140:21
**162** [4] - 7:9, 88:5, 88:9, 199:23
**168** [4] - 7:11, 91:9, 91:13, 199:25
**17** [17] - 16:6, 39:22, 68:2, 68:3, 79:1, 93:7, 99:14, 99:16, 100:11, 106:15, 106:16, 106:17, 106:18, 153:20, 157:16, 164:14, 195:2
**172** [2] - 7:13, 101:3
**18** [20] - 16:14, 30:22, 30:25, 54:7, 54:8, 58:2, 59:3, 59:5, 59:10, 89:18, 99:14, 100:11, 106:15, 106:17, 107:19, 143:11, 167:2, 174:25, 186:17, 193:24
**181** [2] - 7:15, 103:16
**185** [2] - 7:17, 108:5
**186** [4] - 7:19, 110:1, 200:2
**19** [2] - 16:24, 74:25
**191** [3] - 7:22, 112:7, 200:4
**192** [3] - 7:24, 113:16, 200:6
**193** [4] - 8:1, 8:2, 116:16, 200:8
**1974** [1] - 84:22

**1976** [1] - 84:22
**1980s** [1] - 86:1
**1987** [1] - 79:10
**1994** [1] - 118:2
**1:16** [1] - 87:13

## 2

**2** [3] - 11:19, 199:16, 200:15
**20** [9] - 50:6, 67:15, 68:24, 70:4, 70:6, 123:7, 123:13, 132:1, 178:21
**2000** [1] - 129:21
**20005** [1] - 1:21
**2000s** [1] - 175:18
**2001** [1] - 184:9
**2009** [1] - 96:15
**2011** [3] - 167:10, 167:12, 187:2
**2012** [1] - 183:9
**2014** [1] - 126:7
**2015** [1] - 154:17
**2019** [1] - 120:4
**202** [4] - 1:21, 8:4, 124:2
**2020** [2] - 1:12, 21:16
**2021** [1] - 209:17
**203** [2] - 8:7, 127:1
**20770** [1] - 1:17
**208** [3] - 8:9, 128:2, 200:10
**21** [5] - 1:12, 17:6, 72:19, 74:14, 74:20
**218** [2] - 8:11, 135:9
**219** [4] - 8:13, 137:14, 194:19, 200:12
**22** [4] - 18:1, 72:19, 74:14, 74:20
**23** [6] - 18:12, 74:14, 74:17, 74:21, 194:2
**230** [5] - 8:15, 141:14, 194:10, 194:12, 194:13
**231** [3] - 8:17, 194:14, 200:14
**234** [3] - 8:19, 150:13, 200:16
**235** [2] - 8:21, 151:11
**237** [2] - 8:23, 155:20
**238** [2] - 8:25, 161:5
**24** [6] - 19:10, 57:20, 72:19, 74:17, 74:20, 74:24
**249** [2] - 9:2, 162:7
**25** [3] - 19:19, 50:6, 74:24, 152:23
**25th** [3] - 21:18, 22:2, 167:25

**26** [4] - 74:24, 117:23, 118:4, 118:5
**261** [4] - 9:4, 166:14, 194:15, 194:20
**266** [2] - 9:6, 169:3
**267** [2] - 9:8, 173:16
**269** [3] - 9:10, 179:13, 180:7
**27** [1] - 74:24
**272** [2] - 9:12, 185:1
**273** [5] - 9:14, 177:13, 179:24, 188:20, 189:5
**277** [1] - 9:16
**28** [13] - 74:25, 138:24, 139:10, 140:22, 166:3, 177:8, 177:10, 177:22, 178:22, 180:1, 194:5, 194:19
**280** [1] - 9:18
**288** [1] - 9:20
**28th** [3] - 21:16, 22:1, 138:18
**29** [2] - 72:19, 74:17
**296** [1] - 9:22
**297** [1] - 9:24
**29th** [10] - 133:3, 133:8, 133:9, 134:5, 134:7, 134:9, 134:17, 134:18, 134:23, 201:19
**2:14** [1] - 87:13
**2:30** [1] - 120:1
**2A** [1] - 5:15

## 3

**3** [3] - 11:25, 199:18, 200:17
**30** [2] - 20:17, 75:2
**30-day** [1] - 118:24
**300** [1] - 10:1
**301** [2] - 1:17, 1:24
**308** [2] - 10:3
**30th** [1] - 133:7
**31** [7] - 3:17, 46:13, 62:5, 75:2, 121:16, 155:14, 171:9
**31-year-old** [1] - 186:23
**310** [1] - 10:6
**317** [1] - 10:8
**32** [23] - 3:25, 21:10, 41:24, 75:2, 132:22, 138:21, 139:8, 139:10, 139:11, 139:13, 139:25, 140:13, 140:24, 141:9, 144:19,

**148:25, 158:13,
158:14, 165:25,
171:10, 171:11,
177:8, 187:22
**321** [1] - 10:10
**33** [7] - 22:14, 43:10, 75:2, 80:9, 140:2, 140:3, 141:10
**334** [1] - 10:12
**34** [1] - 75:3
**344-3227** [1] - 1:24
**344-4433** [1] - 1:17
**35** [10] - 22:24, 75:3, 166:3, 166:4, 168:20, 177:3, 177:7, 177:10, 177:22, 177:24
**36** [2] - 138:21, 139:19
**38** [2] - 141:11, 177:21
**386-6920** [1] - 1:21

## 4

**4** [2] - 12:5, 199:20
**40** [1] - 34:19
**42** [1] - 145:22
**43** [1] - 142:16
**45** [3] - 86:25, 87:9, 87:12
**46** [1] - 64:22
**4:29** [1] - 195:12
**4th** [2] - 87:25, 120:3

## 5

**5** [8] - 5:9, 5:19, 6:4, 6:6, 27:10, 198:10, 199:12, 199:22
**50/50** [1] - 146:22
**55** [1] - 3:25
**5:00** [3] - 4:7, 42:17, 42:22
**5:07** [1] - 195:12
**5:42** [1] - 208:10
**5:44** [1] - 208:22

## 6

**6** [2] - 13:1, 199:24
**6406** [1] - 1:16
**688** [1] - 10:14
**6:30** [1] - 120:1

## 7

**7** [2] - 13:4, 200:1

## 8

**8** [13] - 13:6, 36:22,

76:12, 84:17, 110:18, 114:9, 129:2, 130:6, 142:4, 169:20, 174:7, 180:22, 200:3
**800** [1] - 1:16

## 9

**9** [5] - 77:16, 101:22, 136:4, 143:1, 200:5
**90s** [1] - 80:18
**92** [4] - 6:13, 44:23, 193:13
**94** [3] - 6:14, 48:25, 199:15
**95** [2] - 6:15, 51:6
**98** [3] - 6:16, 52:11, 199:17

## A

**A.M** [1] - 1:12
**a.m** [3] - 23:21, 208:6
**ability** [52] - 15:11, 16:4, 21:7, 22:12, 30:2, 31:10, 37:24, 40:24, 46:17, 50:13, 54:2, 55:16, 58:6, 58:13, 60:6, 67:19, 78:23, 80:6, 80:14, 82:9, 85:15, 89:13, 90:19, 93:25, 97:1, 103:2, 105:1, 107:5, 107:11, 111:8, 115:10, 121:21, 130:17, 131:21, 132:16, 133:1, 133:18, 142:22, 144:16, 149:4, 149:10, 150:1, 153:6, 154:10, 155:1, 157:12, 167:19, 170:9, 183:23, 184:13, 187:12, 209:11
**able** [15] - 4:11, 22:19, 22:22, 47:22, 48:1, 65:21, 73:14, 75:8, 122:3, 134:2, 137:9, 176:22, 195:7, 207:13, 207:15
**absolute** [1] - 22:22
**absolutely** [2] - 38:6, 154:24
**abstained** [1] - 34:18
**abuse** [14] - 14:19, 29:6, 34:14, 57:5, 67:11, 78:2, 89:7, 105:5, 115:15,

117:19, 156:16, 163:25, 164:2, 191:3
**abused** [2] - 105:8, 105:14
**academic** [1] - 179:5
**access** [1] - 207:2
**accident** [4] - 68:10, 143:25, 184:5
**accidentally** [1] - 107:3
**accommodate** [1] - 208:16
**accompany** [1] - 46:17
**according** [2] - 202:11, 207:19
**accounted** [1] - 200:18
**accusation** [1] - 18:15
**accused** [22] - 14:25, 15:8, 16:16, 16:19, 31:1, 54:10, 59:12, 80:1, 89:19, 100:13, 105:18, 105:20, 131:14, 131:18, 143:13, 154:15, 167:4, 167:7, 175:1, 184:2, 186:20, 192:11
**acquisitions** [1] - 33:21
**acquitted** [1] - 167:8
**acronym** [1] - 136:25
**act** [1] - 68:21
**ACT** [1] - 121:25
**action** [1] - 209:12
**actively** [1] - 119:16
**activities** [3] - 92:10, 97:10, 130:21
**activity** [1] - 118:10
**actual** [2] - 17:2, 181:13
**add** [1] - 177:8
**addict** [2] - 117:23, 117:24
**addicted** [2] - 78:12, 118:6
**additional** [6] - 58:11, 60:12, 160:22, 165:18, 165:19, 179:15
**address** [2] - 2:25, 179:20
**administration** [2] - 19:22, 181:12
**Administration** [1] - 50:25
**administrator** [1] - 113:5
**adversely** [1] - 21:7

**advised** [2] - 22:24, 23:15
**affect** [74] - 15:11, 16:4, 21:7, 29:11, 30:2, 31:9, 34:6, 34:20, 37:23, 40:24, 42:10, 46:9, 46:16, 50:13, 54:2, 58:6, 58:13, 60:5, 62:9, 67:19, 69:8, 77:8, 77:22, 78:23, 80:6, 80:14, 82:8, 85:15, 89:13, 89:16, 90:19, 92:23, 93:5, 93:25, 97:1, 100:8, 103:1, 104:25, 107:5, 107:10, 111:7, 115:9, 116:4, 121:21, 130:17, 131:20, 132:16, 132:25, 133:18, 136:14, 142:22, 144:16, 149:3, 149:10, 150:1, 153:6, 154:10, 155:1, 157:11, 163:17, 163:20, 164:10, 165:2, 167:19, 170:9, 171:5, 174:17, 176:2, 182:20, 183:23, 184:13, 186:7, 187:12, 191:11
**affecting** [1] - 60:7
**affiliation** [1] - 142:22
**affirm** [2] - 10:20, 202:8
**affirmatively** [1] - 130:20
**afford** [1] - 147:5
**afternoon** [4] - 150:12, 184:25, 197:16, 206:22
**afterwards** [1] - 158:9
**age** [3] - 2:23, 17:14, 34:19
**agencies** [1] - 130:7
**agency** [16] - 13:9, 13:14, 13:19, 14:1, 15:17, 15:21, 16:3, 37:1, 76:16, 85:22, 114:12, 129:5, 142:19, 169:23, 181:16
**agent** [1] - 170:4
**agents** [2] - 24:13, 44:15
**ago** [33] - 40:13, 50:3, 50:5, 50:6, 58:3,

59:15, 67:15, 68:24, 70:13, 79:9, 90:9, 93:21, 97:15, 97:18, 99:22, 102:6, 102:8, 102:9, 118:5, 129:22, 129:23, 132:6, 132:8, 143:19, 158:3, 167:9, 175:16, 183:7, 187:1, 187:19, 190:10, 190:22, 190:24
**agree** [1] - 178:17
**agreeable** [1] - 122:14
**agreement** [1] - 144:9
**ahead** [10] - 5:5, 11:6, 49:19, 124:8, 170:2, 179:22, 197:4, 197:6, 199:10, 202:4
**aided** [1] - 209:10
**AIDED** [1] - 1:25
**Air** [3] - 44:9, 85:9, 168:12
**Alabama** [1] - 154:18
**Alaskan** [1] - 137:2
**Alaskan-based** [1] - 137:2
**alcohol** [2] - 34:18, 89:9
**alcoholic** [5] - 34:15, 67:14, 115:18, 164:7, 191:7
**alcoholism** [2] - 89:23, 164:8
**alive** [1] - 34:17
**Allegheny** [1] - 55:6
**allowance** [1] - 63:17
**almost** [3] - 145:18, 149:1, 193:6
**alongside** [1] - 63:4
**alternate** [2] - 165:22, 197:1
**Alternate** [3] - 200:13, 200:15, 200:17
**alternates** [16] - 138:22, 138:23, 138:25, 139:3, 139:4, 140:23, 177:6, 177:7, 177:9, 179:1, 180:2, 194:8, 194:21, 194:24, 194:25, 195:1
**amend** [1] - 171:12
**amended** [2] - 21:10, 158:15
**amendment** [1] - 15:14
**America** [1] - 202:10
**AMERICA** [1] - 1:5
**American** [1] - 72:20

**Amharic** [2] - 125:17, 125:20
**ammunition** [1] - 11:12
**amount** [2] - 129:24, 159:24
**amplification** [2] - 33:24, 37:5
**Amtrak** [2] - 38:19, 38:20
**analyst** [1] - 181:9
**analysts** [1] - 181:8
**AND** [1] - 1:11
**Andrew** [1] - 12:15
**answer** [76] - 2:16, 2:19, 3:7, 3:9, 3:10, 3:11, 3:12, 10:24, 11:5, 11:16, 11:17, 17:7, 18:11, 19:9, 19:18, 29:3, 31:3, 31:12, 32:2, 33:19, 34:9, 34:14, 42:4, 45:5, 53:25, 54:15, 57:8, 62:22, 62:23, 62:24, 64:9, 67:13, 69:5, 73:8, 73:9, 73:13, 74:19, 74:20, 76:17, 77:11, 77:14, 78:3, 78:7, 89:11, 90:17, 100:12, 100:18, 102:24, 105:6, 105:7, 106:15, 110:17, 114:9, 115:17, 117:5, 117:20, 121:22, 124:10, 130:24, 130:25, 148:24, 152:8, 153:25, 156:18, 162:21, 164:5, 174:20, 176:11, 183:25, 186:1, 186:12, 191:4, 191:14, 203:23, 207:23
**answerable** [1] - 3:8
**answered** [56] - 3:18, 27:21, 27:23, 29:4, 29:18, 43:13, 45:22, 46:13, 46:17, 49:22, 53:11, 62:5, 70:10, 73:5, 74:14, 74:21, 74:22, 76:16, 77:19, 78:3, 79:1, 84:17, 89:8, 89:20, 99:19, 100:15, 101:25, 106:16, 125:2, 127:18, 129:6, 130:3, 130:19, 132:3, 133:15,

138:4, 142:4, 142:25, 151:4, 154:16, 157:19, 161:23, 163:6, 163:23, 164:3, 164:17, 167:2, 167:5, 174:11, 182:10, 184:4, 186:21, 190:6, 191:4, 191:13, 201:13

**answering** [2] - 5:21, 23:8

**answers** [25] - 3:7, 3:11, 10:20, 27:13, 28:22, 30:18, 32:22, 35:5, 41:1, 49:18, 50:19, 53:24, 55:18, 58:21, 63:13, 63:14, 69:4, 106:4, 107:16, 155:5, 156:13, 186:14, 190:25, 191:16, 191:17

**anteroom** [9] - 3:22, 48:9, 73:17, 122:10, 134:12, 147:3, 159:20, 172:23, 176:18

**Anthony** [1] - 12:14

**anxiety** [1] - 48:15

**anyway** [2] - 123:14, 140:16

**apart** [1] - 63:22

**appear** [1] - 24:5

**application** [2] - 149:7, 149:16

**applications** [1] - 149:12

**applies** [1] - 77:20

**apply** [2] - 20:13, 149:11

**applying** [2] - 149:6, 149:8

**appointment** [2] - 47:1, 134:4

**appointments** [1] - 120:10

**appreciate** [3] - 2:3, 200:25, 205:18

**appreciating** [1] - 21:11

**apprehended** [1] - 165:1

**appropriate** [6] - 21:1, 23:11, 121:17, 165:22, 201:3, 205:25

**appropriately** [1] - 2:5

**area** [19] - 3:5, 3:14, 52:9, 56:1, 60:18,

62:12, 64:20, 65:25, 69:24, 71:8, 82:12, 83:19, 91:7, 100:25, 103:13, 108:1, 126:22, 159:22, 165:14

**argument** [1] - 204:8

**arguments** [3] - 18:2, 18:10, 204:6

**Arlington** [1] - 146:3

**Armed** [1] - 80:16

**arranged** [1] - 62:12

**arrangement** [4] - 135:3, 201:23, 203:23, 205:2

**arrest** [1] - 175:8

**arrested** [3] - 154:17, 158:8, 187:4

**arresting** [1] - 85:7

**arrived** [2] - 87:15, 87:23

**arriving** [1] - 87:22

**Artic** [1] - 137:1

**article** [7] - 190:10, 191:23, 192:6, 192:7, 192:8, 192:11, 192:13

**ASRC** [1] - 136:25

**assault** [2] - 70:15, 184:6

**assaulted** [6] - 105:22, 105:24, 106:1, 106:3, 106:23, 107:1

**assembling** [1] - 179:14

**assistant** [3] - 126:9, 126:11, 126:12

**Assistant** [1] - 12:3

**associate** [1] - 44:5

**Associate's** [2] - 98:1, 98:10

**associated** [2] - 33:5, 67:12

**associates** [1] - 11:21

**assume** [2] - 32:3, 120:22

**assuming** [1] - 25:5

**assure** [1] - 2:10

**asthma** [1] - 43:20

**Atmospheric** [1] - 50:25

**attend** [1] - 152:13

**attended** [13] - 14:4, 14:11, 45:18, 53:8, 102:20, 104:8, 130:21, 152:5, 152:11, 163:3, 170:14, 182:11, 185:22

**attending** [1] - 49:21

**attends** [1] - 152:11

**attention** [2] - 22:20, 47:11

**attitudes** [1] - 20:7

**Attorney** [3] - 12:2, 18:4, 144:11

**ATTORNEY** [1] - 1:14

**attorney** [7] - 18:8, 50:11, 97:15, 102:3, 181:21, 203:11, 203:12

**Attorney's** [1] - 13:5

**attorneys** [5] - 91:21, 92:15, 92:19, 93:4, 98:20

**Attorneys** [1] - 12:3

**audio** [7] - 5:20, 5:24, 6:3, 35:14, 35:17, 37:5

**auditor** [1] - 153:12

**August** [1] - 209:17

**aviation** [1] - 111:20

**aware** [1] - 78:17

**awkward** [1] - 122:18

## B

**B-A-Y-B-U-T-T** [1] - 12:12

**background** [1] - 99:5

**backpack** [1] - 126:23

**bad** [3] - 24:14, 24:25, 175:23

**badge** [2] - 133:8, 134:2

**bag** [2] - 112:4

**bail** [1] - 77:21

**balance** [2] - 145:21, 147:12

**BALDWIN** [95] - 1:15, 4:16, 30:11, 34:24, 36:14, 38:8, 41:4, 41:6, 41:9, 44:3, 44:11, 44:16, 47:21, 47:25, 48:19, 50:22, 55:24, 59:1, 60:12, 60:16, 65:1, 65:4, 65:6, 65:9, 65:13, 65:18, 65:20, 69:20, 69:25, 70:4, 71:4, 72:6, 74:2, 82:7, 83:16, 86:17, 87:2, 90:25, 91:4, 94:9, 99:9, 100:21, 103:11, 107:19, 108:21, 109:13, 109:19, 111:15, 111:23, 113:4, 113:8, 116:12,

123:2, 123:9, 123:17, 126:20, 127:21, 134:1, 134:18, 136:22, 137:10, 138:6, 138:10, 140:5, 141:3, 141:6, 147:9, 150:7, 151:6, 155:8, 160:13, 160:18, 162:1, 165:10, 165:17, 166:6, 168:16, 173:7, 176:21, 177:6, 177:25, 178:16, 179:19, 184:18, 188:6, 192:4, 192:9, 193:16, 194:25, 195:4, 195:17, 195:23, 200:21, 208:13, 208:19

**Baldwin** [59] - 12:3, 18:6, 24:24, 28:12, 32:10, 36:4, 39:13, 41:5, 45:8, 48:16, 48:18, 49:5, 51:18, 52:23, 56:18, 61:22, 64:25, 67:3, 69:19, 70:5, 72:1, 76:4, 83:3, 84:9, 88:23, 91:22, 95:7, 101:15, 104:4, 108:15, 108:24, 110:13, 111:22, 112:17, 114:2, 117:9, 123:1, 124:16, 127:10, 127:20, 128:15, 135:21, 137:22, 141:23, 148:16, 150:21, 151:20, 156:7, 161:14, 162:18, 165:9, 166:22, 169:13, 174:1, 180:16, 185:14, 189:25, 195:16, 202:25

**Barbara** [1] - 12:20

**base** [6] - 11:9, 14:21, 29:17, 78:5, 117:21, 153:12

**based** [8] - 4:3, 17:10, 19:11, 20:23, 49:18, 137:2, 137:3, 201:2

**basic** [3] - 177:9, 177:22, 194:7

**basis** [2] - 214, 145:15, 171:20, 201:14

**batch** [1] - 138:16

**bathroom** [2] - 121:24, 206:24

**bathrooms** [1] - 207:1

**Batson** [2] - 177:16, 196:4

**battery** [1] - 36:13

**Baybutt** [1] - 12:12

**Beach** [1] - 171:4

**bear** [4] - 2:8, 17:6, 39:20, 152:1

**BEFORE** [1] - 1:11

**begin** [1] - 4:21

**beginning** [4] - 21:25, 26:21, 132:24, 160:8

**begins** [1] - 194:14

**behind** [5] - 62:14, 62:21, 63:4, 128:8, 160:19

**beliefs** [1] - 20:3

**belong** [1] - 19:25

**belongings** [3] - 71:11, 71:13, 197:5

**below** [1] - 74:7

**bench** [3] - 28:25, 33:2, 74:4

**best** [3] - 37:5, 48:6, 209:11

**Bethesda** [1] - 99:22

**better** [7] - 35:14, 35:17, 47:15, 65:19, 148:23, 160:21, 198:7

**between** [4] - 29:13, 31:19, 44:1, 206:1

**beyond** [11] - 18:19, 19:9, 87:9, 133:5, 140:13, 140:24, 141:1, 159:24, 168:22, 168:23, 203:20

**Bierman** [1] - 6:24

**big** [2] - 65:23, 160:9

**bills** [1] - 145:1

**biological** [1] - 44:14

**bit** [14] - 2:22, 4:24, 47:14, 71:18, 83:24, 95:20, 119:9, 140:6, 141:1, 141:6, 148:22, 193:10, 202:19, 204:15

**block** [1] - 158:1

**blood** [1] - 121:23

**bondman** [1] - 77:21

**born** [2] - 157:3, 157:4

**boss** [1] - 68:10

**bothering** [1] - 48:4

**box** [1] - 203:4

**boyfriend** [1] - 79:6

**Brandon** [1] - 12:18

**break** [13] - 23:12, 23:15, 66:2, 66:4, 82:13, 93:23,

188:15, 195:6,
195:7, 195:11,
206:23, 206:24
**break-ins** [1] - 93:23
**breaks** [3] - 21:1,
62:6, 121:17
**breathe** [1] - 28:9
**briefly** [3] - 24:6,
28:13, 188:16
**bring** [27] - 3:13,
11:18, 35:10, 35:11,
39:4, 44:21, 48:23,
75:14, 88:5, 88:7,
123:14, 123:18,
141:12, 148:5,
168:21, 179:12,
180:4, 196:11,
197:4, 197:5, 199:8,
199:9, 204:19,
206:20, 207:10,
207:21
**bringing** [1] - 31:18
**broadcast** [1] - 115:17
**broken** [3] - 93:12,
164:20, 164:25
**brother** [13] - 29:8,
29:21, 67:14, 76:18,
76:23, 77:6, 77:7,
115:19, 115:21,
157:21, 170:3,
170:5, 174:13
**brother-in-law** [1] -
174:13
**brothers** [1] - 104:20
**brought** [1] - 4:8
**budgeting** [1] - 38:21
**buffer** [1] - 177:5
**building** [1] - 142:17
**buildings** [1] - 142:16
**burden** [6] - 18:18,
18:22, 75:7, 202:24,
203:19, 204:7
**Bureau** [11] - 13:8,
13:13, 19:20, 36:25,
76:15, 84:19,
110:20, 114:11,
129:4, 169:22,
174:10
**burglarized** [2] -
40:10, 41:7
**burglary** [2] - 40:6,
175:7
**Burke** [1] - 12:13
**BURNHAM** [79] - 1:19,
1:20, 4:18, 24:11,
24:22, 30:13, 35:1,
38:15, 38:22, 41:11,
41:16, 44:18, 48:8,
48:11, 48:13, 51:2,
55:22, 58:24, 60:10,

64:12, 64:16, 64:24,
69:12, 69:16, 70:5,
71:6, 74:11, 82:5,
83:17, 86:19, 87:22,
91:5, 94:7, 99:8,
100:23, 103:9,
107:24, 108:20,
109:22, 111:25,
113:11, 116:11,
122:19, 122:25,
125:6, 125:8,
126:19, 127:23,
133:24, 134:25,
136:24, 137:4,
138:12, 147:13,
148:2, 150:9, 151:8,
155:10, 160:7,
162:3, 165:12,
166:8, 168:12,
168:15, 173:4,
176:24, 178:19,
179:3, 183:1,
184:20, 188:8,
191:20, 192:2,
195:18, 195:25,
196:3, 196:5,
200:22, 208:14
**Burnham** [85] - 12:8,
18:7, 28:17, 28:18,
32:14, 32:15, 36:7,
36:15, 36:16, 36:18,
38:14, 39:17, 41:10,
45:12, 48:7, 49:10,
51:22, 53:3, 55:21,
56:21, 58:23, 60:9,
61:25, 64:11, 67:5,
69:11, 72:4, 72:11,
72:12, 74:10, 76:8,
76:10, 82:4, 83:6,
84:13, 89:1, 91:25,
94:6, 95:3, 95:5,
99:7, 101:18, 103:8,
103:25, 107:23,
108:18, 109:3,
109:21, 110:9,
110:10, 112:20,
114:5, 117:13,
122:17, 122:24,
124:21, 127:13,
128:20, 133:23,
135:25, 137:25,
142:1, 148:19,
150:24, 151:23,
156:10, 161:19,
162:23, 166:7,
166:25, 168:11,
169:17, 173:3,
174:4, 178:18,
180:19, 185:17,
188:18, 190:3,
190:4, 191:19,

195:16, 203:1
**bus** [1] - 126:4
**Business** [1] - 172:4
**business** [15] - 4:6,
13:19, 14:1, 21:13,
21:21, 22:5, 42:13,
42:18, 138:7,
144:22, 149:3,
168:6, 171:24,
172:5, 176:10
**Butler** [1] - 116:18
**BY** [3] - 1:15, 1:15,
1:20

**C**

**camera** [8] - 25:3,
25:4, 25:8, 25:17,
25:21, 26:17, 26:18,
26:19
**candidly** [1] - 178:14
**cannot** [1] - 145:1
**capacity** [1] - 85:1
**Capital** [1] - 80:24
**Capone** [1] - 12:13
**CAPONE** [1] - 12:13
**car** [8] - 68:11, 93:12,
164:20, 164:25,
183:6, 183:15,
184:5, 186:25
**card** [4] - 96:4, 96:7,
173:13, 173:14
**care** [6] - 22:17, 43:12,
46:23, 80:12,
133:18, 176:23
**carefully** [1] - 67:23
**cargo** [1] - 168:14
**carjacked** [2] - 157:21,
157:23
**Carolina** [1] - 86:2
**Carrick** [1] - 118:25
**carrier** [1] - 168:13
**carrying** [2] - 71:12,
112:4
**case** [102] - 2:6, 11:7,
11:15, 12:7, 12:10,
13:2, 17:2, 17:4,
17:11, 17:22, 17:24,
18:3, 18:15, 19:15,
19:24, 20:11, 20:12,
20:13, 20:17, 20:19,
20:23, 21:9, 21:12,
21:24, 22:13, 22:23,
23:4, 23:7, 24:13,
29:2, 30:2, 33:5,
35:22, 46:17, 47:6,
51:12, 52:18, 54:14,
55:8, 55:13, 63:18,
63:24, 64:7, 67:13,
67:20, 69:9, 70:10,

70:24, 75:7, 79:19,
79:21, 82:9, 86:1,
86:5, 90:6, 90:11,
93:5, 93:10, 94:1,
96:20, 99:5, 99:24,
100:7, 103:2, 105:1,
106:5, 107:6,
109:17, 111:8,
115:10, 116:5,
119:12, 120:6,
120:14, 132:2,
133:19, 144:13,
144:17, 153:16,
157:19, 170:10,
175:24, 175:25,
181:25, 182:4,
182:18, 182:20,
182:23, 188:10,
190:8, 190:20,
192:20, 201:12,
202:7, 202:10,
202:24, 203:1,
203:16, 203:17,
204:4, 205:3, 205:8
**cases** [11] - 53:21,
53:22, 55:5, 81:10,
98:18, 98:20, 131:8,
131:9, 157:9,
176:19, 182:17
**catch** [4] - 115:4,
156:24, 159:16,
183:12
**category** [5] - 22:17,
43:12, 80:13,
106:11, 133:22
**caught** [1] - 40:17
**causes** [1] - 29:13
**certain** [4] - 60:1,
85:7, 158:20, 203:6
**certainly** [2] - 65:11,
159:25
**certificate** [2] - 42:7,
97:25
**certify** [1] - 209:5
**cetera** [12] - 53:10,
62:7, 92:12, 101:25,
102:20, 104:10,
121:18, 130:22,
136:7, 163:5, 163:6,
196:13
**chair** [16] - 71:11,
71:14, 199:16,
199:17, 199:19,
199:21, 199:23,
199:25, 200:2,
200:4, 200:6, 200:8,
200:10, 200:12,
200:14, 200:16
**chairs** [1] - 63:3
**challenge** [1] - 176:14

**challenges** [1] - 2:7
**chambers** [1] - 201:24
**chance** [2] - 147:22,
195:15
**Chaney** [1] - 12:14
**charge** [1] - 132:9
**charged** [22] - 11:8,
13:20, 14:2, 18:17,
19:3, 29:21, 36:13,
68:12, 86:2, 93:22,
95:15, 100:3, 118:9,
118:10, 120:17,
136:8, 143:4, 154:8,
154:9, 158:4,
167:14, 167:15
**charges** [4] - 58:12,
58:13, 98:22, 120:17
**charging** [1] - 18:14
**CHARLES** [1] - 1:20
**Charles** [2] - 12:7,
90:10
**check** [1] - 12:12
**checking** [1] - 198:22
**Chemical** [1] - 104:17
**chief** [1] - 50:24
**Child** [1] - 53:19
**child** [3] - 53:20,
53:22, 176:23
**children** [3] - 89:10,
89:22, 100:15
**children's** [2] - 95:17,
95:22
**chooses** [1] - 23:1
**Christine** [1] - 12:13
**Christopher** [2] -
12:14, 12:20
**circled** [1] - 167:24
**circumstances** [3] -
23:12, 203:9, 208:1
**citizen** [1] - 72:21
**city** [1] - 2:24
**civic** [1] - 160:10
**civil** [4] - 68:13, 68:14,
102:16
**clarified** [1] - 195:9
**clarify** [2] - 144:20,
175:20
**class** [1] - 160:18
**classes** [1] - 158:21
**clean** [4] - 115:23,
140:19, 195:2
**clear** [16] - 21:14,
23:9, 24:21, 41:24,
74:13, 87:5, 109:10,
126:15, 133:6,
160:13, 175:10,
178:10, 179:25,
180:3, 196:16, 201:5
**clearly** [1] - 147:6
**CLERK** [267] - 4:22,

5:3, 5:6, 5:14, 5:17, 5:19, 5:23, 6:1, 6:4, 6:10, 7:1, 7:2, 7:4, 7:5, 7:7, 7:8, 7:10, 7:11, 7:14, 7:15, 7:16, 7:17, 7:18, 7:19, 7:21, 7:22, 7:23, 7:24, 7:25, 8:1, 8:3, 8:4, 8:6, 8:7, 8:8, 8:9, 8:10, 8:11, 8:12, 8:13, 8:14, 8:15, 8:16, 8:17, 8:18, 8:19, 8:20, 8:21, 8:22, 8:23, 8:24, 8:25, 9:1, 9:2, 9:3, 9:4, 9:5, 9:6, 9:7, 9:8, 9:9, 9:10, 9:11, 9:12, 9:13, 9:14, 9:15, 9:16, 9:17, 9:18, 9:19, 9:20, 9:21, 9:22, 9:23, 9:24, 9:25, 10:1, 10:2, 10:3, 10:5, 10:6, 10:7, 10:8, 10:9, 10:10, 10:11, 10:12, 10:13, 10:14, 10:15, 10:16, 11:1, 23:13, 23:25, 24:2, 25:4, 25:10, 25:19, 26:13, 26:16, 27:6, 27:8, 27:15, 28:3, 30:16, 30:18, 30:21, 30:23, 31:14, 32:19, 32:24, 33:12, 35:4, 35:8, 36:12, 39:1, 40:8, 41:2, 41:17, 41:21, 46:2, 50:20, 52:3, 52:7, 54:7, 55:19, 56:6, 57:1, 59:3, 59:7, 61:1, 61:20, 63:14, 64:2, 66:5, 66:10, 68:2, 70:3, 70:7, 71:13, 72:14, 72:18, 73:20, 74:16, 74:20, 74:22, 74:24, 75:2, 82:2, 82:16, 83:11, 85:19, 86:14, 86:22, 87:16, 87:19, 87:23, 87:25, 88:2, 88:8, 90:23, 91:9, 94:5, 94:13, 95:20, 99:12, 99:14, 103:6, 107:17, 109:8, 111:12, 112:25, 116:9, 116:20, 123:19, 124:9, 124:25, 125:3, 126:3, 126:23, 127:17, 128:10, 128:25, 134:14,

136:18, 138:3, 138:16, 138:23, 139:1, 139:5, 139:8, 139:10, 139:14, 139:16, 140:1, 141:10, 148:22, 150:5, 151:3, 153:19, 155:6, 155:14, 158:13, 159:18, 159:21, 161:22, 165:7, 166:4, 167:22, 168:9, 168:20, 170:16, 171:10, 173:11, 173:13, 176:4, 177:2, 177:5, 179:11, 179:14, 179:20, 181:3, 184:16, 186:16, 188:22, 189:1, 189:21, 191:15, 191:17, 193:3, 193:6, 193:15, 193:18, 193:20, 193:25, 194:3, 194:6, 194:10, 194:12, 194:16, 194:22, 196:10, 196:24, 197:3, 197:7, 197:12, 197:18, 197:22, 197:24, 198:4, 198:7, 198:12, 198:15, 198:17, 198:21, 198:23, 199:1, 199:4, 199:7, 199:10, 199:15, 202:6, 202:14, 204:21, 206:8, 207:4
**Clerk** [10] - 45:16, 63:13, 80:9, 82:1, 107:15, 117:16, 150:4, 186:15, 201:16, 202:5
**clerk** [4] - 5:10, 5:15, 198:3, 201:15
**clerks** [1] - 12:24
**client** [1] - 188:18
**clients** [3] - 98:19, 171:21, 171:22
**clinic** [1] - 152:6
**clinical** [11] - 14:5, 14:12, 33:8, 44:13, 45:19, 92:11, 97:11, 104:9, 163:4, 170:15, 182:12
**clinics** [1] - 130:22
**clip** [1] - 33:13
**clipboard** [1] - 11:5
**clipboards** [1] - 4:20

**close** [84] - 4:6, 13:7, 13:12, 13:16, 13:23, 14:3, 14:11, 14:18, 14:21, 15:15, 15:20, 16:7, 16:11, 16:15, 16:19, 20:12, 29:5, 29:17, 30:25, 33:7, 34:13, 36:23, 40:2, 45:18, 54:9, 57:4, 57:17, 60:2, 66:2, 67:10, 68:4, 76:13, 76:19, 78:1, 78:18, 78:20, 84:18, 89:6, 92:10, 92:18, 93:8, 95:12, 97:9, 99:16, 99:21, 100:12, 101:23, 104:7, 105:4, 106:20, 107:21, 110:19, 114:10, 115:8, 115:14, 117:18, 124:19, 129:3, 133:3, 134:15, 136:5, 136:10, 143:1, 143:12, 152:4, 153:21, 154:14, 156:15, 157:17, 163:2, 163:24, 164:15, 167:3, 169:21, 170:13, 174:8, 174:25, 180:23, 181:10, 185:4, 186:19, 191:2, 204:17, 205:24
**closed** [5] - 67:11, 89:7, 156:16, 164:4, 176:13
**closely** [2] - 98:19, 136:12
**closer** [5] - 57:11, 68:8, 88:16, 95:20, 148:22
**closest** [1] - 181:8
**closing** [2] - 18:2, 204:6
**coat** [1] - 66:18
**coats** [2] - 197:6, 207:9
**cocaine** [8] - 11:9, 14:21, 29:17, 58:11, 78:5, 117:21, 117:25
**code** [1] - 173:13
**collect** [1] - 197:8
**collected** [1] - 23:10
**collecting** [2] - 56:1, 65:25
**collection** [27] - 52:9, 60:18, 69:24, 71:8, 82:12, 91:7, 94:11,

100:25, 103:13, 108:1, 109:24, 112:2, 113:13, 116:14, 123:16, 123:21, 125:5, 126:22, 135:7, 137:6, 150:11, 151:10, 155:12, 162:5, 165:14, 168:18, 188:13
**college** [2] - 158:19, 186:24
**College** [1] - 98:3
**Columbia** [2] - 37:3, 37:8
**combine** [1] - 117:20
**comfort** [3] - 21:1, 62:6, 206:24
**coming** [6] - 26:10, 133:3, 138:15, 138:16, 160:9, 188:22
**commence** [1] - 206:19
**commercial** [1] - 168:12
**commissioner** [1] - 127:25
**commit** [1] - 18:16
**commitment** [5] - 22:11, 149:3, 158:18, 168:6, 176:10
**commitments** [4] - 21:21, 22:6, 144:22, 158:18
**commonly** [4] - 11:9, 14:21, 29:18, 78:5
**community** [4] - 143:18, 144:8, 187:6, 187:8
**company** [1] - 137:2
**completely** [2] - 159:7, 159:9
**complications** [2] - 22:16, 80:12
**complies** [1] - 26:4
**complying** [1] - 17:23
**computer** [1] - 209:10
**COMPUTER** [1] - 1:25
**computer-aided** [1] - 209:10
**COMPUTER-AIDED** [1] - 1:25
**conceivable** [1] - 4:12
**concern** [1] - 165:20
**concerned** [5] - 38:5, 96:16, 138:20, 140:6, 147:10
**concerns** [7] - 22:14,

22:18, 43:10, 43:13, 80:10, 80:13, 133:16
**concluded** [1] - 208:22
**conclusion** [2] - 17:21, 17:24
**condition** [6] - 21:5, 43:15, 43:16, 62:8, 121:20, 183:20
**conditions** [5] - 2:10, 22:15, 43:11, 80:11, 133:17
**condo** [1] - 99:22
**conduct** [10] - 16:16, 16:20, 20:5, 31:2, 54:10, 59:12, 143:13, 154:15, 167:4, 175:2
**conducted** [2] - 19:14, 40:19
**confident** [1] - 81:22
**confidential** [13] - 28:24, 33:1, 33:4, 39:23, 54:12, 57:6, 78:3, 105:5, 115:16, 117:19, 156:16, 164:3, 191:3
**confined** [1] - 205:19
**confines** [1] - 204:18
**confirm** [2] - 5:10, 5:16
**confirmation** [1] - 5:20
**confirmed** [57] - 6:5, 6:6, 6:10, 6:11, 6:12, 6:13, 6:14, 6:15, 6:16, 6:17, 6:18, 6:19, 6:21, 6:22, 6:23, 6:25, 7:4, 7:7, 7:10, 7:12, 7:14, 7:16, 7:18, 7:21, 7:23, 7:25, 8:3, 8:6, 8:8, 8:10, 8:12, 8:14, 8:16, 8:18, 8:20, 8:22, 8:24, 9:1, 9:3, 9:5, 9:7, 9:9, 9:11, 9:13, 9:15, 9:17, 9:19, 9:21, 9:23, 9:25, 10:2, 10:5, 10:7, 10:9, 10:11, 10:13, 10:15
**confused** [2] - 75:9, 107:20
**Conley** [61] - 11:8, 11:20, 17:10, 17:20, 18:7, 18:11, 23:1, 26:2, 27:19, 32:1, 35:22, 39:10, 45:2, 49:14, 51:12, 51:14, 52:18, 52:19, 56:14,

61:12, 61:16, 66:21, 71:20, 71:21, 71:22, 75:22, 82:23, 83:1, 84:5, 84:6, 88:19, 92:2, 92:3, 94:20, 101:10, 103:20, 108:11, 110:5, 112:11, 113:20, 116:25, 124:6, 127:5, 128:6, 135:14, 137:17, 141:18, 148:11, 150:17, 151:15, 155:24, 161:9, 162:12, 166:18, 169:8, 173:21, 180:11, 185:8, 189:13, 190:12, 202:11
**CONLEY** [1] - 1:8
**Conley's** [1] - 191:21
**connection** [3] - 93:23, 120:18, 182:3
**consequence** [2] - 47:3, 187:3
**consider** [9] - 15:12, 20:18, 20:22, 118:13, 123:8, 160:22, 165:18, 204:9
**considerably** [1] - 186:3
**consideration** [2] - 18:10, 23:4
**conspiracy** [1] - 58:10
**construction** [1] - 129:17
**consult** [1] - 172:5
**Consultant** [1] - 172:4
**consultant** [1] - 172:5
**consultation** [1] - 139:16
**contact** [1] - 119:15
**contacts** [1] - 181:24
**Contemporary** [1] - 119:20
**contest** [1] - 147:22
**context** [1] - 191:21
**continue** [1] - 28:1
**contract** [3] - 111:19, 133:2, 133:7
**contracting** [2] - 129:16, 129:17
**contractor** [10] - 44:8, 129:9, 129:10, 129:12, 142:10, 142:11, 143:8, 145:3, 145:4, 145:25
**contractors** [3] - 111:17, 111:18,

172:6
**contracts** [2] - 172:8, 172:9
**contrary** [1] - 16:2
**controversy** [1] - 29:13
**conversation** [2] - 192:5, 192:6
**conversations** [1] - 39:23
**converse** [1] - 188:19
**convert** [1] - 39:24
**converted** [2] - 29:1, 33:3
**convicted** [26] - 11:13, 13:20, 14:2, 16:15, 16:19, 31:1, 54:10, 59:11, 79:14, 80:1, 89:19, 95:15, 100:13, 105:15, 105:18, 107:21, 136:8, 143:5, 143:12, 154:14, 158:6, 167:3, 175:1, 184:1, 184:6, 186:20
**cool** [1] - 104:21
**Corporation** [1] - 137:2
**correct** [44] - 6:9, 34:2, 38:10, 43:23, 44:6, 49:1, 55:11, 61:6, 61:9, 64:4, 64:5, 82:20, 83:13, 83:14, 83:22, 99:2, 101:4, 102:22, 103:17, 107:11, 120:24, 120:25, 128:3, 133:13, 135:10, 137:13, 137:15, 166:13, 168:2, 176:6, 177:5, 193:3, 193:18, 193:20, 193:25, 194:3, 194:6, 194:16, 194:22, 195:16, 198:4, 204:14, 206:6, 209:5
**correctly** [1] - 209:9
**cost** [2] - 159:24, 183:14
**Counsel** [7] - 38:23, 113:3, 134:16, 147:4, 162:19, 179:25, 197:7
**counsel** [117] - 4:14, 12:2, 12:7, 23:14, 24:3, 24:7, 28:8, 28:14, 28:22, 30:9, 32:10, 32:21, 34:23, 36:3, 36:18, 38:7,

39:13, 41:3, 44:2, 45:7, 45:11, 47:20, 49:5, 49:10, 50:21, 51:18, 52:23, 53:2, 55:20, 56:17, 56:18, 58:23, 60:8, 61:21, 64:11, 67:2, 69:11, 71:2, 71:25, 72:11, 72:12, 73:23, 74:1, 75:11, 76:3, 76:5, 81:25, 82:3, 83:4, 83:15, 84:9, 86:15, 88:23, 90:24, 91:20, 91:22, 95:3, 95:8, 99:7, 100:20, 101:15, 103:24, 107:18, 108:14, 108:23, 110:9, 111:14, 112:17, 114:1, 116:10, 117:8, 122:12, 124:15, 124:21, 125:5, 126:18, 127:9, 127:19, 128:14, 128:20, 133:23, 135:20, 136:20, 137:21, 139:16, 139:17, 141:22, 148:15, 150:6, 150:20, 151:19, 155:7, 156:6, 159:22, 161:14, 162:17, 166:21, 166:24, 169:13, 173:1, 174:1, 174:4, 177:14, 179:16, 179:20, 180:15, 184:17, 185:13, 189:24, 200:20, 201:21, 202:24, 203:10, 204:3, 204:6, 208:5, 209:12
**Count** [3] - 11:10, 11:11, 11:14
**count** [2] - 138:17, 167:23
**counted** [1] - 53:18
**country** [5] - 152:10, 152:15, 153:12, 154:6, 154:7
**county** [2] - 175:13, 175:14
**County** [12] - 19:20, 19:21, 53:19, 59:24, 70:16, 85:12, 90:10, 126:5, 143:21, 146:2, 175:15
**couple** [9] - 58:3, 92:18, 97:20,

109:14, 177:11, 178:14, 201:10, 202:17, 204:12
**course** [9] - 4:10, 14:4, 45:19, 49:24, 50:1, 97:21, 159:12, 190:17, 203:6
**courses** [6] - 49:22, 53:9, 160:2, 160:17, 163:3, 185:22
**coursework** [4] - 14:5, 14:12, 33:7, 97:10
**Court** [15] - 2:2, 23:19, 48:20, 63:9, 75:12, 119:4, 123:10, 147:4, 165:18, 165:20, 201:21, 204:2, 209:3, 209:4, 209:17
**COURT** [1083] - 1:1, 1:23, 2:1, 4:17, 4:19, 4:24, 5:4, 5:12, 5:18, 5:21, 5:25, 6:2, 6:8, 11:2, 23:14, 23:22, 24:1, 24:3, 24:15, 25:1, 25:5, 25:13, 25:20, 25:23, 26:1, 26:5, 26:10, 26:15, 26:20, 26:23, 26:25, 27:3, 27:7, 27:10, 27:13, 27:17, 27:23, 27:25, 28:4, 28:6, 28:17, 28:20, 29:9, 29:11, 29:15, 29:20, 29:24, 30:1, 30:5, 30:9, 30:12, 30:14, 30:17, 30:20, 30:22, 30:24, 31:7, 31:9, 31:12, 31:15, 31:24, 32:5, 32:8, 32:10, 32:14, 32:17, 32:21, 32:25, 33:15, 33:17, 33:22, 33:24, 34:3, 34:6, 34:9, 34:11, 34:17, 34:20, 34:23, 34:25, 35:2, 35:6, 35:9, 35:20, 36:1, 36:3, 36:7, 36:10, 36:16, 36:18, 36:20, 37:4, 37:9, 37:14, 37:17, 37:23, 38:1, 38:4, 38:7, 38:14, 38:23, 39:3, 39:8, 39:13, 39:17, 39:20, 40:7, 40:12, 40:14, 40:16, 40:18, 40:21, 40:23, 41:1, 41:3, 41:5, 41:10, 41:19, 41:23, 42:4, 42:10, 42:17, 42:20, 42:25,

43:3, 43:5, 43:8, 43:18, 43:21, 43:24, 44:7, 44:17, 44:19, 44:25, 45:5, 45:7, 45:11, 45:14, 46:1, 46:6, 46:9, 46:12, 46:23, 47:2, 47:5, 47:10, 47:16, 47:19, 48:7, 48:9, 48:12, 48:18, 48:20, 49:2, 49:10, 49:13, 49:17, 50:1, 50:5, 50:7, 50:12, 50:15, 50:18, 50:21, 51:1, 51:3, 51:8, 51:12, 51:17, 51:22, 51:25, 52:5, 52:8, 52:13, 52:16, 52:22, 53:2, 53:5, 53:14, 53:16, 53:20, 53:24, 54:2, 54:5, 54:8, 54:18, 54:21, 54:25, 55:2, 55:4, 55:8, 55:10, 55:12, 55:15, 55:18, 55:20, 55:23, 55:25, 56:7, 56:9, 56:11, 56:17, 56:21, 56:24, 57:2, 57:11, 57:14, 57:16, 57:19, 57:21, 57:23, 58:1, 58:5, 58:9, 58:16, 58:18, 58:20, 58:23, 58:25, 59:5, 59:8, 59:17, 59:19, 59:22, 59:25, 60:4, 60:8, 60:11, 60:17, 60:20, 61:3, 61:7, 61:10, 61:16, 61:21, 61:25, 62:3, 62:20, 63:1, 63:8, 63:11, 63:16, 63:20, 63:22, 64:1, 64:6, 64:9, 64:11, 64:25, 65:24, 66:6, 66:7, 66:8, 66:12, 66:16, 66:25, 67:2, 67:5, 67:8, 67:16, 67:18, 67:22, 67:25, 68:3, 68:12, 68:15, 68:17, 68:20, 68:23, 68:25, 69:3, 69:8, 69:11, 69:17, 69:19, 69:23, 70:2, 70:8, 70:16, 70:18, 70:20, 70:23, 71:2, 71:5, 71:7, 71:15, 71:17, 71:25, 72:4, 72:8, 72:11, 72:17, 72:20, 72:23, 73:1, 73:3, 73:5, 73:9, 73:13, 73:17, 73:22, 74:10, 74:12, 74:18, 74:21, 74:23, 75:1,

75:4, 75:19, 76:1, 76:3, 76:8, 76:12, 76:19, 76:22, 76:25, 77:3, 77:5, 77:8, 77:11, 77:16, 77:22, 77:25, 78:10, 78:14, 78:16, 78:18, 78:20, 78:22, 78:25, 79:7, 79:9, 79:12, 79:14, 79:16, 79:18, 79:21, 79:23, 79:25, 80:5, 80:9, 80:19, 80:21, 80:25, 81:2, 81:7, 81:10, 81:14, 81:20, 81:22, 81:25, 82:3, 82:6, 82:11, 82:18, 82:21, 83:2, 83:6, 83:9, 83:13, 83:15, 83:18, 83:23, 84:1, 84:9, 84:13, 84:16, 84:24, 85:1, 85:3, 85:6, 85:10, 85:13, 85:18, 85:20, 86:5, 86:7, 86:10, 86:13, 86:15, 86:18, 86:20, 86:24, 87:3, 87:14, 87:18, 87:20, 87:24, 88:1, 88:3, 88:11, 88:16, 88:23, 89:1, 89:3, 89:11, 89:15, 89:17, 89:23, 89:25, 90:2, 90:4, 90:8, 90:11, 90:13, 90:15, 90:17, 90:21, 90:24, 91:6, 91:10, 91:14, 91:17, 91:25, 92:2, 92:7, 92:16, 92:20, 92:23, 93:1, 93:3, 93:7, 93:14, 93:17, 93:20, 93:22, 93:25, 94:3, 94:6, 94:8, 94:10, 94:14, 94:17, 94:23, 94:25, 95:3, 95:7, 95:10, 95:19, 95:24, 96:1, 96:3, 96:6, 96:8, 96:12, 96:14, 96:16, 96:20, 96:22, 96:25, 97:4, 97:7, 97:16, 97:18, 97:21, 97:25, 98:2, 98:4, 98:7, 98:12, 98:15, 98:21, 98:25, 99:3, 99:7, 99:10, 99:13, 99:15, 99:23, 100:3, 100:8, 100:11, 100:18, 100:20, 100:22, 100:24, 101:5, 101:8, 101:10, 101:15, 101:18, 101:21, 102:4,

102:6, 102:9, 102:15, 102:18, 102:23, 103:1, 103:4, 103:7, 103:10, 103:12, 103:18, 103:24, 104:3, 104:6, 104:14, 104:18, 104:21, 104:23, 104:25, 105:3, 105:9, 105:12, 105:15, 105:17, 105:23, 106:1, 106:4, 106:7, 106:13, 106:16, 106:24, 107:2, 107:5, 107:8, 107:10, 107:13, 107:15, 107:18, 107:23, 107:25, 108:7, 108:14, 108:18, 108:23, 109:3, 109:7, 109:10, 109:21, 109:23, 110:3, 110:9, 110:13, 110:17, 110:25, 111:3, 111:5, 111:7, 111:10, 111:14, 111:20, 111:22, 111:24, 112:1, 112:7, 112:9, 112:15, 112:17, 112:20, 112:24, 113:2, 113:10, 113:12, 113:18, 113:24, 114:1, 114:5, 114:8, 114:17, 114:20, 114:22, 115:1, 115:4, 115:9, 115:12, 115:20, 115:22, 115:25, 116:2, 116:4, 116:7, 116:10, 116:13, 116:16, 116:18, 116:21, 116:24, 117:5, 117:8, 117:13, 117:16, 117:24, 118:1, 118:3, 118:5, 118:8, 118:12, 118:16, 118:19, 118:21, 118:23, 119:2, 119:4, 119:6, 119:10, 119:14, 119:17, 119:19, 119:23, 120:2, 120:5, 120:7, 120:12, 120:16, 120:21, 121:1,

121:5, 121:9, 121:12, 121:14, 122:2, 122:6, 122:9, 122:22, 123:1, 123:4, 123:11, 123:18, 123:20, 124:2, 124:11, 124:13, 124:15, 124:19, 124:24, 125:2, 125:4, 125:7, 125:11, 125:14, 125:16, 125:18, 125:20, 125:23, 126:1, 126:6, 126:8, 126:12, 126:18, 126:21, 126:25, 127:3, 127:9, 127:13, 127:16, 127:19, 127:22, 127:24, 128:4, 128:9, 128:12, 128:14, 128:20, 128:24, 129:2, 129:10, 129:12, 129:14, 129:16, 129:19, 129:22, 129:24, 130:2, 130:6, 130:11, 130:13, 130:16, 130:19, 131:2, 131:4, 131:7, 131:11, 131:14, 131:17, 131:20, 131:23, 132:1, 132:7, 132:9, 132:12, 132:15, 132:19, 133:6, 133:9, 133:13, 133:23, 133:25, 134:6, 134:11, 134:15, 135:5, 135:11, 135:18, 135:20, 135:25, 136:3, 136:14, 136:17, 136:20, 136:23, 137:5, 137:8, 137:11, 137:14, 137:16, 137:21, 137:25, 138:5, 138:11, 138:13, 138:19, 138:25, 139:3, 139:6, 139:9, 139:11, 139:15, 139:17, 140:3, 140:6, 141:5, 141:8, 141:11, 141:16, 141:22, 142:1, 142:4, 142:11, 142:14, 142:18, 142:21, 142:25,

143:9, 143:17, 143:20, 143:22, 143:25, 144:3, 144:6, 144:9, 144:11, 144:13, 144:15, 144:19, 145:2, 145:7, 145:10, 145:14, 145:17, 145:19, 145:24, 146:2, 146:4, 146:6, 146:9, 146:13, 146:17, 146:19, 146:21, 146:23, 147:2, 147:15, 148:4, 148:9, 148:15, 148:19, 148:24, 149:8, 149:10, 149:15, 149:21, 150:3, 150:6, 150:8, 150:10, 150:15, 150:20, 150:24, 151:2, 151:5, 151:7, 151:9, 151:13, 151:19, 151:23, 152:1, 152:3, 152:11, 152:13, 152:16, 152:18, 152:22, 152:24, 153:1, 153:5, 153:8, 153:14, 153:18, 153:20, 154:2, 154:5, 154:8, 154:10, 154:13, 154:19, 154:21, 154:25, 155:4, 155:7, 155:9, 155:11, 155:16, 155:20, 155:22, 156:4, 156:6, 156:10, 156:13, 156:20, 156:22, 156:24, 157:2, 157:4, 157:7, 157:9, 157:11, 157:14, 157:23, 157:25, 158:2, 158:4, 158:6, 158:10, 158:12, 158:14, 158:23, 158:25, 159:2, 159:5, 159:7, 159:10, 159:14, 159:16, 159:19, 159:22, 160:12, 160:16, 160:23, 161:5, 161:7, 161:13, 161:19, 161:24, 162:2, 162:4, 162:9, 162:12, 162:17, 162:23, 163:1,

163:10, 163:12, 163:14, 163:17, 163:20, 163:23, 164:8, 164:10, 164:13, 164:22, 165:2, 165:5, 165:8, 165:11, 165:13, 165:24, 166:5, 166:7, 166:9, 166:14, 166:21, 166:24, 167:2, 167:9, 167:12, 167:14, 167:16, 167:18, 167:21, 168:1, 168:8, 168:10, 168:17, 168:21, 169:5, 169:12, 169:17, 169:20, 170:2, 170:5, 170:8, 170:12, 170:18, 170:23, 170:25, 171:3, 171:5, 171:8, 171:11, 171:18, 171:21, 171:23, 172:1, 172:3, 172:7, 172:10, 172:13, 172:15, 172:20, 172:23, 173:1, 173:8, 173:12, 173:15, 173:18, 173:25, 174:4, 174:7, 174:15, 174:17, 174:20, 174:22, 174:24, 175:11, 175:13, 175:16, 175:19, 175:22, 176:3, 176:5, 176:17, 176:25, 177:4, 177:7, 178:5, 177:18, 178:20, 179:4, 179:12, 179:16, 179:22, 179:24, 180:9, 180:15, 180:19, 180:22, 181:11, 181:16, 181:18, 181:22, 181:24, 182:2, 182:6, 182:10, 182:19, 182:22, 182:25, 183:2, 183:8, 183:10, 183:12, 183:14, 183:17, 183:20, 183:22, 183:25, 184:8, 184:10, 184:12, 184:15, 184:17, 184:19, 184:21, 184:24, 185:3,

185:8, 185:13, 185:17, 185:20, 186:6, 186:10, 186:12, 186:14, 186:17, 187:1, 187:3, 187:9, 187:11, 187:14, 187:18, 187:20, 187:23, 188:2, 188:5, 188:7, 188:9, 188:12, 188:24, 189:3, 189:7, 189:10, 189:13, 189:18, 189:20, 189:24, 190:3, 190:6, 190:12, 190:14, 190:17, 190:22, 190:25, 191:8, 191:10, 191:13, 191:16, 191:18, 192:3, 192:10, 192:16, 192:18, 192:22, 193:4, 193:8, 193:17, 193:19, 193:21, 194:1, 194:4, 194:7, 194:11, 194:13, 194:17, 194:23, 195:1, 195:5, 195:13, 195:19, 195:21, 195:24, 196:1, 196:4, 196:6, 196:11, 196:25, 197:4, 197:10, 197:15, 197:20, 197:23, 198:1, 198:6, 198:9, 198:13, 198:20, 198:22, 198:25, 199:6, 199:8, 199:14, 200:18, 200:23, 201:20, 202:3, 202:15, 204:24, 206:9, 207:5, 208:11, 208:15, 208:20
**court** [24] - 10:22, 16:25, 17:3, 17:4, 19:12, 19:17, 20:25, 35:15, 46:14, 62:6, 70:14, 96:10, 121:17, 134:3, 167:14, 187:5, 198:23, 199:1, 204:12, 204:18, 204:21, 207:12, 207:21
**Court's** [1] - 182:7
**courthouse** [8] - 14:7, 14:14, 33:10, 45:21,

53:23, 163:6, 182:15, 185:25
**courtroom** [17] - 3:14, 3:22, 4:25, 5:15, 11:24, 16:23, 23:17, 29:1, 33:3, 39:24, 205:14, 205:16, 205:20, 205:23, 206:12, 207:11, 208:10
**courts** [3] - 19:22, 20:1, 98:18
**cousin** [7] - 54:22, 78:12, 79:6, 79:7, 114:24, 170:22, 186:5
**cousins** [2] - 114:15, 186:2
**Cove** [1] - 113:6
**cover** [1] - 176:20
**COVID** [1] - 65:13
**COVID-19** [6] - 22:15, 43:10, 43:17, 80:10, 81:10, 133:16
**CPA** [1] - 153:12
**crack** [10] - 11:10, 14:22, 29:18, 58:11, 78:6, 78:13, 78:16, 117:21, 117:25, 164:1
**create** [2] - 158:17, 171:14
**creates** [1] - 168:5
**credibility** [3] - 17:8, 17:21, 17:25
**credit** [2] - 96:4, 96:7
**crime** [78] - 11:11, 11:13, 13:21, 14:2, 16:7, 16:8, 16:11, 16:12, 16:15, 16:19, 16:20, 18:16, 19:4, 29:22, 29:24, 31:1, 40:2, 40:3, 40:16, 54:10, 54:18, 59:12, 68:5, 68:20, 79:2, 79:3, 80:1, 89:19, 89:25, 90:2, 93:9, 93:23, 95:15, 96:3, 99:17, 99:18, 100:4, 100:13, 105:15, 105:18, 105:19, 105:21, 106:9, 106:10, 106:20, 106:21, 107:21, 118:9, 120:17, 131:18, 143:12, 153:22, 153:23, 153:24, 154:15, 157:17, 157:18, 164:16, 167:4,

175:1, 175:7, 183:4, 183:5, 184:2, 186:20, 192:12
**crimes** [9] - 18:16, 85:7, 114:23, 131:15, 136:8, 143:4, 143:5
**criminal** [85] - 2:6, 11:7, 13:18, 13:24, 14:6, 14:13, 16:9, 16:13, 16:16, 16:20, 17:2, 17:3, 18:13, 19:7, 19:22, 20:2, 22:25, 31:1, 31:2, 33:8, 34:3, 37:17, 37:18, 40:3, 45:20, 46:6, 50:2, 54:10, 54:11, 59:12, 59:13, 59:19, 68:6, 70:10, 77:13, 77:18, 79:4, 89:19, 90:6, 93:10, 95:13, 97:11, 97:14, 98:1, 98:8, 98:17, 98:23, 100:14, 101:24, 102:10, 102:17, 104:9, 104:23, 118:10, 130:22, 131:8, 131:9, 132:2, 136:6, 143:2, 143:13, 152:7, 152:18, 152:21, 153:1, 154:15, 154:16, 157:19, 163:4, 163:14, 167:4, 167:5, 170:19, 170:25, 175:1, 175:2, 181:22, 182:13, 182:17, 184:2, 185:23, 186:21
**CRIMINAL** [1] - 1:5
**criminally** [2] - 58:1, 68:12
**criminology** [1] - 152:20
**cross** [1] - 203:25
**cross-examination** [1] - 203:25
**CRR** [2] - 1:24, 209:16
**current** [3] - 26:18, 176:15, 176:22
**cutoff** [1] - 194:20
**cuts** [1] - 38:17
**cutting** [1] - 138:20

---

**D**

**D.C** [5] - 78:15, 80:23, 93:16, 118:22,

119:22
**dad** [1] - 115:18
**daily** [1] - 119:15
**date** [5] - 31:5, 133:6, 134:8, 136:11, 209:7
**dates** [3] - 21:19, 168:2, 171:11
**daughter** [2] - 130:9, 176:12
**David** [1] - 12:17
**DAY** [1] - 1:10
**daycare** [3] - 176:13, 176:20
**days** [11] - 21:13, 47:13, 47:14, 47:25, 48:1, 132:23, 154:18, 158:20, 158:21, 159:11, 160:18
**DC** [1] - 1:21
**De** [1] - 12:21
**DEA** [2] - 110:24, 110:25
**dealing** [1] - 170:6
**dealings** [4] - 11:20, 11:25, 12:6, 117:3
**dealt** [1] - 98:17
**decent** [1] - 4:6
**decide** [1] - 20:20
**deciding** [1] - 20:19
**decision** [2] - 19:15, 23:3
**decisions** [1] - 2:6
**deducted** [1] - 147:20
**deduction** [1] - 15:25
**defendant** [136] - 4:17, 11:8, 11:16, 11:20, 11:21, 12:7, 18:16, 18:20, 18:23, 18:24, 19:3, 19:7, 20:20, 22:25, 23:14, 24:9, 24:10, 24:17, 24:23, 25:2, 25:3, 25:9, 25:16, 26:1, 27:25, 28:18, 30:12, 32:1, 34:25, 35:22, 36:7, 38:5, 39:10, 39:17, 44:17, 45:2, 45:12, 49:13, 51:12, 51:22, 52:18, 53:2, 56:14, 56:21, 61:12, 61:17, 61:25, 66:21, 67:5, 71:5, 71:20, 72:4, 75:22, 76:8, 82:23, 83:6, 84:5, 84:13, 86:18, 88:18, 89:1, 91:25, 92:3, 94:20, 95:1, 95:3, 98:22, 101:11, 101:18, 103:20, 103:24,

108:11, 108:18, 110:5, 110:9, 112:11, 112:20, 113:20, 114:5, 116:10, 116:25, 117:13, 120:16, 121:2, 121:7, 124:6, 124:21, 127:5, 127:13, 127:22, 128:6, 128:21, 135:14, 135:25, 136:23, 137:16, 137:25, 138:11, 141:19, 148:11, 148:19, 150:17, 150:24, 151:7, 151:15, 153:9, 153:23, 156:10, 161:9, 161:19, 161:25, 162:2, 162:12, 162:23, 165:11, 166:17, 166:24, 169:8, 169:17, 173:21, 180:11, 180:19, 183:5, 184:19, 185:8, 185:17, 188:7, 188:16, 189:14, 190:3, 191:18, 195:24, 202:21, 203:17, 203:22, 204:7
**Defendant** [1] - 1:9
**DEFENDANT** [2] - 1:18, 164:6
**defendant's** [3] - 18:19, 27:18, 203:20
**defender** [1] - 102:11
**Defender** [9] - 13:18, 13:25, 77:13, 77:18, 95:13, 101:25, 102:4, 136:7, 143:3
**Defender's** [1] - 102:3
**defenders** [1] - 136:13
**Defense** [4] - 84:23, 84:25, 85:2, 133:3
**defense** [45] - 13:18, 13:24, 16:8, 16:12, 36:18, 40:3, 49:10, 51:1, 68:6, 72:11, 72:12, 77:13, 77:18, 79:3, 93:10, 95:13, 97:14, 98:8, 98:23, 99:18, 100:22, 101:24, 102:10, 103:7, 104:23, 106:10, 111:24, 113:10, 131:11, 131:12, 136:6, 142:1, 143:3, 150:8,

151:23, 155:9,
157:18, 164:17,
168:10, 173:25,
174:4, 181:21,
181:22, 203:10,
204:1
**defer** [3] - 25:19, 66:5,
82:16
**definitely** [2] - 65:23,
138:19
**degree** [3] - 98:1,
98:2, 152:20
**deliberate** [2] - 205:8,
205:25, 207:16
**deliberating** [2] -
205:7, 205:25
**deliberation** [3] -
197:14, 205:9,
205:21
**deliberations** [1] -
204:23
**delinquent** [1] - 53:22
**demographic** [1] -
197:9
**department** [2] -
38:21, 84:24
**Department** [22] -
13:8, 13:12, 18:5,
36:24, 64:20, 64:22,
76:14, 76:23, 84:19,
84:23, 84:25, 85:2,
110:19, 114:11,
129:4, 133:2, 142:6,
169:22, 174:9,
174:14, 180:24,
181:17
**Departments** [1] -
19:21
**depression** [2] - 47:9,
48:15
**DEPUTY** [226] - 4:22,
5:3, 5:6, 5:14, 5:17,
5:19, 5:23, 6:1, 6:4,
6:10, 7:2, 7:5, 7:8,
7:11, 7:15, 7:17,
7:19, 7:22, 7:24, 8:1,
8:4, 8:7, 8:9, 8:11,
8:13, 8:15, 8:17,
8:19, 8:21, 8:23,
8:25, 9:2, 9:4, 9:6,
9:8, 9:10, 9:12, 9:14,
9:16, 9:18, 9:20,
9:22, 9:24, 10:1,
10:3, 10:6, 10:8,
10:10, 10:12, 10:14,
10:16, 11:1, 23:13,
23:25, 24:2, 25:4,
25:10, 25:19, 26:13,
26:16, 27:6, 27:8,
27:15, 28:3, 30:16,

30:18, 30:21, 30:23,
31:14, 32:19, 32:24,
33:12, 35:4, 35:8,
36:12, 39:1, 40:8,
41:2, 41:17, 41:21,
46:2, 50:20, 52:3,
52:7, 54:7, 55:19,
56:6, 57:1, 59:3,
59:7, 61:1, 61:20,
63:14, 64:2, 66:5,
66:10, 68:2, 70:3,
70:7, 71:13, 72:14,
72:18, 73:20, 74:16,
74:20, 74:22, 74:24,
75:2, 82:2, 82:16,
83:11, 85:19, 86:14,
86:22, 87:16, 87:19,
87:23, 87:25, 88:2,
88:8, 90:23, 91:9,
94:5, 94:13, 95:20,
99:12, 99:14, 103:6,
107:17, 109:8,
111:12, 112:25,
116:9, 116:20,
123:19, 124:9,
124:25, 125:3,
126:3, 126:23,
127:17, 128:10,
128:25, 134:14,
136:18, 138:3,
138:16, 138:23,
139:1, 139:5, 139:8,
139:10, 139:14,
139:16, 140:1,
141:10, 148:22,
150:5, 151:3,
153:19, 155:6,
155:14, 158:13,
159:18, 159:21,
161:22, 165:7,
166:4, 167:22,
168:9, 168:20,
170:16, 171:10,
173:11, 173:13,
176:4, 177:2, 177:5,
179:11, 179:14,
179:20, 181:3,
184:16, 186:16,
188:22, 189:1,
189:21, 191:15,
191:17, 193:3,
193:6, 193:15,
193:18, 193:20,
193:25, 194:3,
194:6, 194:10,
194:12, 194:16,
194:22, 196:10,
196:24, 197:3,
197:7, 197:12,
197:18, 197:22,
197:24, 198:4,

198:7, 198:12,
198:15, 198:17,
198:21, 198:23,
199:1, 199:4, 199:7,
199:10, 199:15,
202:6, 202:14,
204:21, 206:8, 207:4
**deputy** [4] - 4:25,
5:15, 50:24, 205:14
**Derro** [5] - 155:5,
205:14, 206:12,
207:6, 207:23
**described** [1] - 3:4
**design** [3] - 159:15,
159:17, 159:18
**designated** [2] -
196:22, 201:14
**designations** [1] -
196:25
**desk** [1] - 62:18
**details** [2] - 42:5,
115:7
**detection** [1] - 44:14
**determination** [1] -
19:11
**determinations** [1] -
20:4
**determine** [1] - 17:25
**develop** [1] - 44:9
**developing** [2] -
22:16, 80:11
**device** [1] - 65:20
**diabetic** [1] - 133:21
**died** [3] - 156:19,
156:23, 156:25
**difference** [2] - 65:23,
140:15
**different** [9] - 20:9,
24:23, 98:20,
102:23, 106:2,
109:14, 118:17,
204:15
**difficult** [3] - 2:4, 20:4,
147:23
**difficulty** [7] - 14:24,
15:7, 21:6, 23:4,
46:19, 64:2, 126:15
**dire** [2] - 2:19, 109:17
**DIRE** [1] - 1:10
**direct** [5] - 22:17,
43:12, 80:12, 170:6,
198:8
**directing** [1] - 205:15
**direction** [1] - 25:22
**directions** [1] - 73:15
**directly** [2] - 46:3,
189:21
**disappeared** [1] -
198:20
**disclose** [1] - 100:6

**discuss** [4] - 153:1,
160:6, 205:3, 205:4
**discussing** [1] - 89:8
**Discussion** [2] -
66:11, 179:23
**discussion** [1] - 3:21
**discussions** [1] - 33:4
**dispute** [4] - 15:16,
15:21, 16:5, 85:21
**disruption** [1] -
176:15
**distance** [2] - 81:6,
205:25
**distancing** [1] - 2:11
**distract** [3] - 21:22,
22:7, 144:24
**distracted** [1] - 47:7
**distress** [1] - 21:4
**distribute** [2] - 11:9,
58:11
**distributing** [1] -
193:5
**distribution** [1] - 99:1
**District** [8] - 2:2, 2:3,
13:5, 18:4, 37:3,
37:8, 209:4
**DISTRICT** [3] - 1:1,
1:2, 1:11
**diversion** [1] - 144:9
**DIVISION** [1] - 1:3
**division** [2] - 37:11,
137:3
**DNA** [4] - 181:5,
181:8, 181:9
**document** [5] - 18:14,
25:4, 25:5, 26:17,
26:19
**done** [17] - 4:2, 4:12,
45:19, 53:8, 53:17,
102:20, 104:8,
105:9, 123:12,
126:6, 130:21,
152:5, 163:3,
170:14, 182:12,
198:3, 207:5
**door** [8] - 73:22,
134:15, 205:16,
205:20, 206:12,
207:7, 208:7
**double** [1] - 178:24
**doubt** [4] - 18:19,
19:9, 183:13, 203:20
**down** [60] - 3:4, 12:24,
24:6, 26:2, 28:9,
32:21, 33:17, 44:19,
44:25, 48:1, 51:9,
51:14, 56:4, 61:3,
63:6, 66:17, 66:18,
71:12, 71:17, 71:18,
71:19, 71:21, 74:7,

75:20, 76:21, 81:8,
84:1, 84:3, 85:12,
88:7, 91:18, 113:18,
116:18, 116:19,
124:4, 127:3, 128:4,
135:12, 137:5,
137:17, 141:16,
148:9, 150:15,
151:14, 155:22,
156:21, 161:7,
162:9, 164:22,
166:15, 169:6,
170:15, 173:18,
173:19, 179:9,
180:9, 185:5,
188:16, 189:7,
189:10
**downstairs** [9] -
23:11, 52:6, 87:3,
123:22, 193:1,
193:11, 195:7,
195:9, 202:16
**downtown** [1] - 93:15
**Draughon** [48] - 12:4,
18:6, 28:12, 32:11,
36:4, 39:14, 45:8,
49:6, 51:19, 52:24,
56:18, 61:22, 67:3,
72:1, 76:4, 83:3,
84:10, 88:24, 91:23,
95:7, 101:16, 104:3,
108:15, 108:24,
110:14, 112:18,
114:2, 117:9,
124:16, 127:10,
128:15, 135:21,
137:22, 141:23,
148:16, 150:21,
151:20, 156:7,
161:14, 162:18,
166:21, 169:14,
174:1, 180:16,
185:14, 189:25,
199:10, 202:25
**DRAUGHON** [2] -
1:15, 12:4
**draw** [1] - 203:18
**drink** [1] - 122:7
**driver** [1] - 126:4
**Driver's** [1] - 175:5
**driving** [1] - 186:24
**drop** [32] - 31:24,
32:11, 32:14, 32:21,
35:20, 39:8, 49:2,
49:6, 51:8, 51:19,
52:13, 52:16, 52:19,
52:24, 56:11, 61:7,
66:16, 75:19, 82:21,
83:23, 88:11, 88:17,
91:17, 94:17, 101:5,

103:18, 103:25, 108:7, 110:3, 112:9, 124:3, 135:11
**dropping** [2] - 39:14, 45:9
**drug** [14] - 11:11, 14:25, 29:24, 30:1, 78:10, 98:22, 105:11, 105:12, 114:23, 118:10, 119:6, 119:11, 120:17
**drugs** [21] - 14:18, 29:6, 34:14, 57:5, 57:23, 59:13, 67:11, 78:2, 89:6, 105:5, 105:8, 115:15, 115:19, 115:20, 115:22, 115:25, 117:18, 156:15, 163:25, 164:2, 191:2
**dryer** [1] - 180:11
**DTIS** [2] - 111:16, 111:18
**due** [3] - 149:7, 160:9, 160:15
**DUI** [5] - 67:15, 67:17, 67:18, 90:3, 91:2
**DuPont** [1] - 104:16
**duration** [1] - 201:11
**during** [15] - 2:11, 22:20, 42:8, 42:13, 42:18, 96:19, 147:1, 181:2, 181:4, 203:6, 204:17, 207:13, 207:22, 207:24
**duties** [3] - 21:23, 22:7, 144:24
**duty** [4] - 145:1, 147:18, 160:10, 203:11
**Dwight** [1] - 12:3
**DWIGHT** [1] - 1:15

## E

**ear** [1] - 33:18
**early** [2] - 43:3, 175:18
**earn** [1] - 145:17
**earthquake** [1] - 129:20
**easier** [1] - 156:22
**echoing** [1] - 33:18
**Edgar** [1] - 142:17
**edge** [1] - 182:4
**edit** [1] - 41:18
**educate** [1] - 73:24
**education** [1] - 160:11
**effect** [2] - 55:16, 204:14

**effectively** [1] - 147:21
**eighth** [1] - 200:2
**either** [55] - 5:15, 5:22, 16:25, 17:3, 28:14, 32:12, 35:15, 36:4, 36:8, 39:15, 45:8, 49:7, 51:20, 52:25, 55:5, 55:15, 56:19, 61:23, 67:3, 72:2, 72:9, 76:5, 84:11, 97:10, 101:16, 104:4, 108:16, 110:15, 112:18, 114:3, 117:11, 124:17, 127:11, 128:16, 128:18, 135:22, 135:23, 137:23, 141:24, 148:17, 151:21, 152:5, 156:8, 159:23, 161:15, 161:17, 162:19, 163:12, 163:14, 166:22, 180:17, 185:15, 185:22, 190:1
**EKG** [1] - 120:10
**El** [3] - 152:14, 153:12, 154:6
**elaborate** [24] - 29:7, 31:3, 33:19, 34:16, 37:1, 40:4, 43:13, 45:23, 46:18, 53:12, 67:13, 70:12, 78:8, 80:15, 84:21, 85:24, 102:1, 114:14, 129:7, 136:9, 142:9, 157:20, 169:25, 200:24
**elaborately** [1] - 57:9
**elaboration** [1] - 99:20
**electrician** [1] - 142:13
**ELMO** [1] - 189:2
**email** [1] - 42:7
**Emcor** [1] - 146:1
**emotional** [4] - 21:4, 46:20, 46:21, 48:5
**employed** [33] - 13:7, 13:12, 13:17, 13:23, 14:7, 14:14, 33:9, 36:24, 45:21, 53:9, 76:14, 77:12, 77:17, 84:18, 84:23, 95:12, 101:23, 110:19, 114:10, 129:4, 129:8, 136:5, 142:6, 143:2, 163:5, 169:22, 171:16, 171:19, 173:5,

174:9, 180:24, 182:14, 185:24
**employee** [3] - 18:8, 64:17, 81:13
**employees** [2] - 18:5, 171:23
**employer** [4] - 135:1, 136:25, 201:23, 201:24
**employment** [2] - 126:1, 172:11
**end** [9] - 3:25, 4:5, 140:23, 166:5, 175:22, 194:18, 203:16, 204:2, 204:25
**ended** [2] - 105:24, 106:3
**ends** [2] - 123:6, 133:7
**Enforcement** [1] - 53:19
**enforcement** [24] - 13:9, 13:14, 17:15, 19:14, 19:21, 20:1, 36:25, 38:2, 76:15, 77:6, 84:20, 96:17, 110:21, 114:12, 129:5, 130:7, 142:7, 142:19, 169:23, 174:10, 180:25, 181:14, 181:15, 181:19
**English** [3] - 21:6, 125:8, 126:14
**entered** [1] - 107:4
**entering** [1] - 81:17
**entirely** [1] - 205:23
**environment** [1] - 119:12
**equal** [1] - 18:9
**ESQUIRE** [3] - 1:15, 1:15, 1:20
**Esquire** [1] - 12:8
**essentially** [1] - 142:14
**establish** [1] - 18:19
**et** [12] - 53:10, 62:7, 92:11, 101:25, 102:20, 104:10, 121:18, 130:22, 136:7, 163:4, 163:6, 196:13
**etc** [2] - 45:22, 49:22
**Ethiopia** [1] - 125:18
**ethnic** [1] - 20:8
**evaluate** [4] - 17:8, 17:21, 50:16, 67:23
**evening** [4] - 99:25, 100:2, 149:17, 149:25

**event** [3] - 85:14, 99:25, 164:2
**evidence** [21] - 15:12, 17:11, 18:15, 18:25, 19:11, 19:17, 20:23, 21:2, 21:8, 30:7, 46:15, 50:16, 67:23, 70:25, 75:11, 182:7, 182:22, 202:12, 202:22, 203:11, 203:13
**evident** [1] - 75:4
**Ewing** [6] - 1:24, 66:5, 82:17, 209:3, 209:15, 209:16
**exact** [2] - 175:14, 175:17
**exactly** [7] - 58:4, 59:16, 85:3, 98:15, 114:18, 129:21, 172:3
**examination** [2] - 203:6, 203:25
**examine** [2] - 21:2, 21:8
**example** [5] - 17:15, 43:5, 62:15, 62:20, 206:24
**excuse** [8] - 48:21, 52:15, 55:9, 75:13, 93:19, 102:24, 140:13
**excused** [3] - 3:24, 140:20, 148:4
**exercise** [1] - 177:14
**exhibit** [2] - 206:3, 206:5
**exhibits** [3] - 21:8, 203:6, 206:2
**exited** [1] - 208:10
**expedite** [1] - 195:7
**experience** [23] - 4:3, 34:4, 58:6, 69:8, 78:22, 80:6, 85:15, 86:8, 86:10, 121:3, 121:6, 131:20, 132:16, 153:10, 154:25, 157:11, 167:18, 173:5, 175:22, 183:22, 184:12, 186:7, 187:11
**experiences** [1] - 191:6
**explain** [4] - 3:10, 3:18, 18:12, 181:1
**explained** [1] - 19:5
**explicit** [9] - 132:4, 133:20, 149:4, 164:18, 167:6,

174:12, 186:1, 186:22, 191:5
**expunged** [1] - 187:7
**extent** [1] - 3:4
**extra** [1] - 141:7
**extras** [1] - 139:19
**extreme** [1] - 2:9

## F

**FAA** [2] - 111:19, 111:20
**face** [10] - 25:3, 25:6, 27:19, 28:10, 51:5, 61:4, 64:4, 124:3, 124:4, 180:6
**faced** [1] - 208:1
**fact** [9] - 19:3, 24:11, 30:1, 38:2, 60:5, 93:3, 142:21, 165:22, 205:9
**facts** [10] - 20:13, 20:23, 50:12, 55:5, 55:15, 67:19, 111:7, 130:17, 153:5, 153:13
**fails** [1] - 18:22
**fair** [77] - 15:11, 16:4, 18:10, 19:23, 24:15, 30:5, 31:10, 37:24, 38:4, 40:24, 50:13, 52:5, 54:3, 55:16, 58:6, 58:13, 58:20, 60:6, 63:17, 63:24, 64:7, 67:20, 70:23, 78:23, 80:6, 80:14, 82:9, 83:2, 85:16, 86:11, 89:11, 89:13, 90:4, 90:19, 90:20, 94:1, 97:1, 97:4, 99:4, 103:2, 106:5, 107:11, 111:8, 115:10, 120:14, 121:11, 122:22, 129:24, 130:17, 131:21, 132:16, 142:22, 144:16, 148:1, 148:4, 153:6, 153:14, 153:15, 154:11, 155:1, 157:12, 159:24, 167:19, 170:9, 181:25, 182:6, 183:23, 184:13, 186:8, 186:10, 187:12, 188:9, 190:19, 190:21, 192:20, 208:8, 208:15
**fairly** [14] - 20:10,

30:2, 50:16, 73:4, 75:9, 91:2, 96:17, 105:1, 107:6, 144:13, 154:21, 154:22

**false** [2] - 143:17, 143:23

**familiar** [3] - 190:11, 190:12, 190:16

**families** [2] - 12:1, 12:7

**family** [90] - 11:21, 13:7, 13:11, 13:16, 13:23, 14:3, 14:10, 14:18, 14:21, 15:15, 15:20, 16:6, 16:11, 16:14, 16:18, 29:5, 29:17, 30:25, 31:8, 33:6, 34:13, 36:23, 37:12, 37:21, 40:1, 45:18, 53:7, 54:9, 54:19, 57:4, 59:11, 67:10, 68:4, 76:13, 77:17, 78:1, 79:2, 84:18, 89:6, 89:18, 92:10, 93:8, 95:12, 97:9, 99:16, 100:12, 101:22, 101:23, 102:19, 104:7, 105:4, 106:19, 107:21, 110:18, 114:10, 115:14, 117:17, 119:8, 129:3, 130:8, 130:20, 136:5, 142:5, 143:1, 143:12, 152:4, 153:21, 154:14, 156:14, 157:17, 163:2, 163:24, 164:15, 167:3, 169:21, 170:13, 174:8, 174:25, 180:23, 181:19, 182:11, 183:3, 184:1, 185:21, 186:5, 186:6, 186:18, 191:2, 205:5

**far** [13] - 23:9, 29:24, 38:4, 60:24, 73:25, 81:12, 96:16, 106:11, 122:20, 138:20, 139:19, 176:15, 179:1

**Farrar** [1] - 12:14

**fashion** [3] - 159:15, 159:17, 159:18

**fast** [2] - 12:23, 12:25

**faster** [3] - 31:17, 31:20, 139:18

**father** [13] - 37:2, 37:7, 37:9, 37:10, 37:14, 37:15, 37:20, 95:17, 95:22, 100:15, 191:7, 191:9, 191:10

**father-in-law** [7] - 37:2, 37:7, 37:9, 37:10, 37:14, 37:15, 37:20

**fault** [2] - 70:2, 184:6

**favor** [5] - 14:24, 15:8, 121:2, 121:7, 153:8

**FBI** [15] - 37:11, 38:2, 129:9, 142:7, 142:10, 142:15, 142:22, 145:2, 170:4, 180:24, 181:7, 181:10, 182:3

**February** [1] - 120:3

**Federal** [12] - 13:8, 13:13, 19:19, 36:25, 76:15, 84:19, 110:20, 114:11, 129:4, 169:22, 174:9, 181:11

**federal** [32] - 13:10, 13:14, 16:25, 17:3, 17:4, 37:1, 38:10, 38:12, 50:23, 64:13, 64:16, 64:18, 70:10, 76:16, 84:20, 86:1, 86:3, 95:18, 95:23, 96:10, 110:21, 111:17, 111:18, 114:13, 129:6, 132:2, 137:2, 142:7, 169:24, 174:10, 180:25

**feelings** [2] - 20:7, 20:15

**felony** [3] - 90:3, 90:12, 91:2

**felt** [1] - 123:10

**female** [1] - 2:23

**Fernando** [1] - 12:15

**few** [6] - 4:3, 114:15, 139:19, 163:8, 183:7, 207:6

**fifth** [2] - 19:2, 199:21

**figure** [1] - 42:24

**figured** [2] - 37:22, 138:21

**filing** [1] - 98:18

**fill** [2] - 15:3, 149:16

**final** [3] - 22:24, 133:15, 204:8

**finally** [1] - 118:19

**financial** [4] - 33:21, 33:22, 34:1, 64:21

**fine** [7] - 28:10, 48:3,

110:4, 127:4, 150:2, 166:10, 198:9

**fingerprint** [1] - 37:11

**finish** [4] - 4:9, 139:22, 149:13, 149:23

**finished** [1] - 15:4

**fire** [1] - 147:17

**firearms** [4] - 11:10, 11:12, 15:9, 58:11

**firm** [27] - 13:17, 13:19, 13:24, 13:25, 14:7, 14:14, 33:9, 33:21, 33:22, 34:1, 45:21, 46:6, 53:9, 77:12, 92:12, 98:8, 98:10, 98:13, 98:23, 104:10, 131:11, 131:13, 136:6, 152:6, 163:5, 184:18, 185:25

**firms** [2] - 136:7, 143:3

**first** [37] - 2:19, 4:23, 5:1, 11:7, 18:13, 27:4, 27:17, 27:18, 28:23, 46:25, 78:12, 79:5, 79:7, 92:17, 105:7, 110:17, 122:17, 126:10, 137:11, 140:20, 146:13, 146:15, 173:3, 178:21, 178:22, 178:23, 178:25, 180:1, 180:10, 186:2, 190:7, 193:13, 195:2, 197:14, 199:9, 204:6

**fit** [1] - 122:20

**five** [22] - 3:14, 21:12, 23:23, 24:1, 43:25, 66:3, 66:6, 66:8, 70:13, 95:25, 132:22, 140:2, 141:11, 143:19, 149:22, 193:17, 193:23, 194:1, 194:4, 194:8, 194:18, 194:20

**floor** [2] - 87:25, 127:25

**Florida** [3] - 54:17, 181:9, 181:21

**fly** [2] - 168:13, 168:14

**focus** [5] - 47:22, 48:2, 48:3, 48:17

**focused** [2] - 45:2, 84:5

**folders** [1] - 197:13

**folks** [9] - 3:4, 4:19, 11:4, 87:14, 168:21, 193:11, 201:6, 202:15, 202:17

**follow** [29] - 3:19, 11:18, 16:22, 19:6, 20:14, 20:21, 24:12, 24:13, 28:22, 30:6, 38:7, 38:8, 50:15, 52:1, 67:22, 70:24, 73:14, 73:19, 73:20, 74:8, 75:6, 75:8, 126:24, 138:5, 182:7, 182:23, 206:11, 206:12, 208:6

**follow-on** [1] - 3:19

**follow-up** [1] - 38:8

**following** [5] - 12:1, 12:6, 19:16, 23:5, 75:11

**follows** [2] - 2:18, 3:3

**foot** [1] - 81:18

**FOR** [3] - 1:2, 1:13, 1:18

**Force** [3] - 44:10, 84:23, 84:25

**Forces** [1] - 80:16

**foregoing** [1] - 209:5

**foreign** [1] - 64:19

**forgot** [3] - 140:7, 196:17, 201:7

**form** [3] - 37:22, 38:9, 38:16

**format** [2] - 69:22, 204:11

**forth** [3] - 24:24, 25:12, 185:24

**forward** [7] - 2:5, 2:16, 23:16, 46:2, 62:22, 181:3, 201:3

**Foundation** [2] - 44:5, 119:20

**four** [14] - 60:15, 138:25, 139:7, 139:10, 140:24, 165:24, 177:9, 177:10, 186:2, 193:13, 193:21, 194:14, 194:19, 194:23

**fourth** [2] - 18:24, 199:19

**free** [1] - 187:7

**freely** [1] - 29:3

**frequent** [1] - 118:12

**Friday** [9] - 21:18, 22:1, 41:25, 119:25, 144:20, 149:1, 168:3, 171:12, 176:7

**friend** [23] - 16:11, 16:15, 16:19, 34:13, 40:2, 45:18, 85:25, 99:21, 105:4, 105:22, 106:22, 106:25, 107:2, 107:3, 114:10, 129:3, 136:10, 152:4, 154:14, 164:15, 181:20, 191:23, 192:4

**friends** [74] - 11:21, 13:7, 13:12, 13:17, 13:23, 14:4, 14:11, 14:18, 14:21, 15:15, 15:20, 16:7, 29:5, 29:17, 31:1, 33:7, 36:24, 53:8, 54:9, 57:4, 59:11, 67:10, 68:4, 76:14, 78:1, 84:18, 89:6, 92:10, 92:14, 92:18, 93:4, 93:8, 95:12, 97:9, 99:17, 100:13, 101:23, 104:7, 105:8, 106:20, 107:21, 110:19, 115:14, 117:18, 119:7, 130:8, 130:20, 136:5, 142:6, 143:1, 143:12, 153:22, 156:15, 157:17, 163:2, 163:8, 163:24, 167:3, 167:7, 169:21, 170:13, 174:8, 175:1, 180:23, 181:6, 181:8, 181:10, 181:19, 182:11, 183:3, 185:21, 186:19, 191:2, 205:5

**front** [14] - 31:13, 51:5, 52:10, 56:3, 68:11, 71:10, 83:20, 103:14, 123:24, 141:18, 148:6, 180:6, 189:4

**full** [10] - 22:19, 80:25, 119:23, 119:24, 119:25, 142:14, 158:25, 159:23, 176:14, 208:18

**full-time** [5] - 80:25, 119:23, 119:24, 158:25, 159:23

**fully** [2] - 21:11, 36:13

**functioned** [1] - 98:4

**furtherance** [1] -

11:11

## G

**game** [1] - 193:9
**gather** [5] - 37:17, 160:2, 195:14, 198:1, 206:18
**gender** [1] - 17:14
**general** [6] - 19:22, 38:9, 44:4, 65:16, 81:15, 204:12
**gent** [1] - 73:24
**gentleman** [3] - 74:13, 117:6, 173:2
**gentlemen** [13] - 2:1, 28:12, 32:12, 51:19, 52:24, 76:6, 117:10, 135:22, 141:24, 180:17, 195:13, 200:23, 208:7
**gents** [1] - 114:3
**George's** [3] - 19:20, 53:19, 175:15
**Gibbs** [1] - 98:3
**girl** [1] - 136:11
**girlfriend** [1] - 167:8
**girlfriend's** [1] - 77:21
**given** [15] - 2:25, 3:12, 17:24, 21:23, 47:6, 75:7, 86:10, 99:5, 106:4, 159:11, 165:22, 175:22, 181:24, 187:5, 204:5
**glitches** [1] - 208:2
**gloves** [1] - 81:6
**GOROKHOV** [1] - 1:19
**Government** [5] - 15:17, 15:21, 18:9, 85:22, 146:1
**government** [117] - 4:16, 15:17, 15:18, 15:22, 16:3, 16:5, 17:10, 18:18, 18:22, 19:8, 20:19, 28:14, 30:10, 32:10, 34:23, 36:3, 38:10, 38:12, 38:13, 38:20, 39:13, 44:2, 45:7, 49:5, 50:10, 50:23, 51:18, 52:23, 55:23, 56:17, 56:18, 58:25, 60:11, 61:21, 64:13, 64:18, 67:2, 71:3, 71:25, 75:8, 76:3, 82:6, 83:3, 83:4, 83:16, 84:9, 85:22, 85:23, 86:16, 88:23, 91:22, 94:8, 95:8, 100:20, 101:15, 103:10,

104:3, 107:18, 108:14, 108:23, 109:12, 110:13, 111:17, 111:18, 112:17, 114:1, 117:8, 121:3, 121:7, 124:15, 127:9, 128:14, 133:25, 135:20, 136:21, 137:21, 138:5, 141:22, 142:10, 147:8, 148:15, 150:20, 151:5, 151:19, 153:9, 156:6, 160:12, 160:20, 161:14, 161:25, 162:18, 165:8, 166:21, 169:13, 172:6, 172:8, 172:9, 172:12, 174:1, 178:16, 180:15, 184:17, 185:13, 188:5, 189:24, 192:3, 195:22, 202:20, 202:23, 203:8, 203:21, 204:6, 204:7, 204:8
**government's** [2] - 203:17, 204:1
**governments** [1] - 181:7
**grad** [4] - 102:7, 149:6, 149:8, 149:11
**graduated** [2] - 152:19, 181:6
**grand** [2] - 16:24, 17:2
**grandfather** [1] - 37:15
**grandfather's** [1] - 110:23
**Grant** [1] - 12:15
**grant** [1] - 75:12
**graphics** [4] - 69:15, 69:17, 69:21
**great** [1] - 176:15
**greater** [3] - 17:12, 17:16, 17:18
**GREENBELT** [1] - 1:12
**Greenbelt** [1] - 1:17
**grill** [1] - 122:13
**Grill** [1] - 12:15
**grilled** [1] - 122:14
**group** [3] - 106:3, 140:11, 161:2
**groups** [2] - 3:13, 20:8
**GTA** [1] - 168:12
**guess** [11] - 38:20, 68:14, 70:15, 75:9,

105:17, 115:23, 123:9, 133:22, 140:25, 165:1, 207:13
**guiding** [1] - 27:5
**guilt** [2] - 18:19, 203:20
**guilty** [12] - 18:21, 18:23, 19:4, 19:9, 70:20, 70:21, 70:22, 90:16, 132:13, 132:14, 155:2
**guy** [1] - 158:8
**guys** [1] - 158:21

## H

**half** [3] - 65:7, 123:6, 146:24
**halfway** [1] - 184:7
**Hall** [2] - 118:25
**hand** [20] - 5:4, 5:7, 5:15, 5:25, 6:4, 10:19, 12:23, 76:9, 108:24, 109:4, 110:10, 112:21, 114:3, 114:6, 117:10, 141:24, 178:9, 180:17, 188:15, 202:7
**handbags** [1] - 207:9
**handgun** [1] - 70:15
**handle** [1] - 161:1
**handled** [2] - 175:23, 175:25
**hands** [9] - 5:3, 6:9, 6:25, 76:6, 81:18, 128:17, 135:22, 162:19, 162:20
**happy** [1] - 74:1
**Harbor** [1] - 130:15
**hard** [2] - 83:25, 201:9
**hassle** [1] - 147:16
**head** [2] - 88:14, 161:16
**Health** [2] - 119:21, 181:17
**health** [6] - 22:16, 43:14, 46:24, 47:16, 80:12, 81:2
**hear** [21] - 15:23, 15:24, 18:2, 33:13, 33:15, 40:21, 41:20, 61:15, 65:18, 65:21, 67:13, 73:10, 94:24, 95:21, 126:2, 148:23, 173:10, 202:20, 203:5, 203:9, 204:5
**heard** [13] - 4:5, 11:15,

36:15, 37:21, 55:13, 88:4, 109:16, 109:17, 173:1, 190:8, 190:9, 191:21, 192:19
**hearing** [14] - 21:5, 36:11, 46:19, 57:6, 63:20, 64:1, 65:9, 65:11, 67:12, 83:25, 125:12, 156:16, 164:23, 191:3
**heart** [1] - 140:8
**heavily** [1] - 184:4
**heavy** [3] - 118:13, 118:15, 118:16
**held** [1] - 2:5
**help** [2] - 5:13, 88:6
**helping** [1] - 172:9
**Henry** [1] - 44:5
**hereby** [1] - 209:5
**Hermann** [1] - 12:14
**HERMANN** [1] - 12:14
**heroin** [3] - 156:19, 156:23, 156:25
**Herons** [1] - 113:6
**hesitant** [1] - 139:21
**hesitate** [1] - 105:6
**hesitation** [1] - 75:5
**high** [6] - 22:17, 43:12, 80:13, 80:17, 121:23, 133:22
**high-risk** [4] - 22:17, 43:12, 80:13, 133:22
**higher** [5] - 22:16, 43:11, 43:17, 80:11, 133:17
**hmm** [2] - 55:1, 175:21
**HMO** [2] - 187:21, 187:25
**hold** [11] - 23:3, 49:18, 86:22, 107:15, 125:7, 128:25, 134:15, 134:21, 148:1, 177:2, 179:9
**holiday** [1] - 21:17
**home** [8] - 2:25, 4:8, 41:6, 81:11, 82:8, 139:21, 178:12, 204:17
**Home** [1] - 80:16
**honest** [1] - 121:11
**honestly** [2] - 121:8, 121:10
**Honor** [148] - 4:16, 4:18, 5:23, 23:25, 24:2, 25:10, 27:15, 30:11, 30:16, 30:19, 31:14, 32:19, 32:24, 33:12, 34:24, 35:4,

36:14, 36:19, 37:2, 38:8, 40:8, 41:2, 41:11, 41:17, 41:21, 44:3, 47:21, 48:11, 48:19, 52:3, 54:7, 55:17, 55:19, 55:24, 58:17, 58:22, 59:1, 59:3, 60:13, 63:15, 65:1, 66:10, 70:1, 71:4, 71:6, 72:6, 72:18, 74:2, 74:16, 82:2, 83:11, 83:16, 85:19, 86:17, 86:22, 87:2, 88:2, 88:8, 90:23, 94:5, 94:9, 94:13, 99:9, 99:12, 100:21, 100:23, 107:17, 107:19, 108:22, 109:8, 111:12, 111:15, 111:23, 112:25, 113:4, 116:11, 116:12, 118:11, 123:2, 123:9, 123:17, 124:25, 125:3, 126:20, 127:17, 127:21, 128:25, 134:18, 136:22, 137:10, 138:3, 138:6, 138:17, 140:5, 141:3, 141:7, 147:9, 150:5, 150:7, 151:3, 151:6, 153:19, 155:6, 155:8, 155:14, 158:13, 160:13, 161:22, 162:1, 165:7, 165:10, 165:17, 166:6, 167:22, 168:9, 168:16, 170:16, 173:4, 173:7, 176:4, 176:21, 177:2, 178:1, 178:16, 179:3, 179:14, 179:19, 179:20, 186:16, 188:6, 191:15, 193:16, 195:17, 195:23, 196:5, 196:24, 197:12, 198:7, 198:12, 198:15, 198:17, 199:4, 200:21, 200:22, 204:21, 207:4, 208:13, 208:19
**HONORABLE** [1] - 1:11
**Hoover** [1] - 142:17
**hope** [1] - 2:7

**hoped** [1] - 21:12
**hopeful** [1] - 4:2
**hospitality** [1] - 113:9
**hour** [9] - 42:6, 42:15, 42:22, 44:1, 65:7, 123:6, 141:4, 172:18
**hourly** [4] - 145:14, 145:16, 145:17, 171:20
**hours** [6] - 21:1, 42:13, 42:18, 46:14, 62:6, 121:17
**house** [4] - 40:10, 40:11, 158:1, 184:7
**housing** [1] - 120:9
**Howard** [3] - 12:19, 19:20, 158:24
**HUD** [1] - 104:17
**Human** [1] - 181:17
**Hur** [1] - 12:2
**husband** [9] - 49:25, 50:7, 50:23, 60:2, 92:14, 92:18, 175:5, 176:14, 181:20
**husband's** [2] - 164:20, 164:25
**Hyattsville** [1] - 98:14

**I**

**I.T** [9] - 25:19, 25:21, 25:25, 26:8, 26:18, 26:22, 26:24, 27:2, 129:18
**idea** [1] - 141:2
**identical** [1] - 205:23
**identifying** [1] - 2:24
**identity** [2] - 96:4, 96:7
**II** [1] - 80:17
**illegal** [3] - 86:1, 102:3, 147:13
**imagine** [1] - 135:1
**immediately** [1] - 167:10
**immigrant** [1] - 102:13
**immigrants** [1] - 102:14
**immigration** [1] - 102:17
**impairment** [2] - 21:5, 62:8
**impanelled** [1] - 134:22
**impartial** [61] - 15:12, 16:4, 19:23, 30:6, 31:10, 37:24, 38:4, 40:24, 50:13, 54:3, 55:16, 58:7, 58:14, 58:20, 60:6, 63:17,

63:24, 64:7, 67:20, 70:24, 78:23, 80:7, 80:14, 82:9, 85:16, 86:11, 89:13, 90:19, 90:20, 94:1, 97:2, 97:5, 99:5, 103:2, 106:5, 111:8, 115:10, 120:14, 130:17, 131:21, 132:17, 142:23, 144:16, 153:6, 153:15, 154:11, 155:1, 157:12, 167:19, 170:9, 181:25, 182:6, 183:23, 184:13, 186:8, 186:10, 187:12, 188:10, 190:19, 190:21, 192:20
**impartiality** [2] - 22:22, 38:2
**impartially** [4] - 20:10, 30:3, 105:1, 107:6
**important** [2] - 2:4, 18:13
**impression** [1] - 24:14
**improper** [5] - 17:12, 17:15, 17:19, 19:2, 203:12
**IN** [1] - 1:1
**inability** [1] - 47:10
**incarcerated** [1] - 54:16
**incidentally** [1] - 206:23
**inclined** [3] - 121:6, 134:25, 135:4
**including** [9] - 2:15, 13:18, 13:25, 19:7, 89:10, 114:23, 168:3, 171:12, 176:7
**income** [6] - 147:5, 147:10, 147:12, 147:21, 171:17, 172:11
**inconvenience** [4] - 42:2, 168:6, 171:15, 206:17
**indeed** [1] - 87:7
**indefinitely** [1] - 147:15
**independent** [1] - 18:8
**indicate** [4] - 2:20, 3:6, 117:2, 192:5
**indicated** [4] - 2:13, 5:1, 41:25, 43:15
**indicates** [1] - 188:2
**indicating** [2] - 88:18, 132:23

**indication** [1] - 158:15
**indictment** [1] - 18:14
**individual** [2] - 2:22, 3:15
**individually** [2] - 2:16, 15:12
**individuals** [3] - 12:9, 24:4, 31:19
**indulged** [1] - 119:9
**industry** [1] - 113:9
**infant** [1] - 176:20
**inference** [1] - 203:18
**influence** [1] - 20:1
**information** [5] - 2:25, 3:1, 69:14, 100:6, 197:9
**infraction** [1] - 186:24
**infractions** [1] - 187:7
**infrequently** [1] - 196:20
**initial** [1] - 43:15
**innocent** [3] - 18:20, 19:1, 19:8
**inquire** [25] - 30:9, 34:23, 41:3, 44:2, 47:20, 48:7, 50:21, 55:20, 58:23, 60:8, 64:11, 69:11, 71:2, 81:25, 82:3, 86:15, 99:7, 100:20, 111:14, 116:10, 126:18, 133:23, 136:20, 155:7, 184:17
**inquiry** [1] - 115:16
**insofar** [2] - 152:7, 206:2
**instead** [1] - 177:20
**instruct** [2] - 20:12, 23:3
**instructed** [1] - 20:18
**instruction** [3] - 19:7, 20:21, 23:5
**instructions** [16] - 17:20, 17:23, 19:6, 19:16, 20:15, 20:24, 30:6, 50:16, 67:23, 70:24, 75:7, 182:8, 182:23, 204:3, 204:5, 205:8
**intakes** [1] - 98:17
**intent** [2] - 11:9, 58:10
**interested** [1] - 209:12
**interesting** [1] - 182:18
**interfere** [1] - 22:12
**internist** [1] - 187:21
**interpose** [1] - 203:10
**interrogated** [1] - 4:8
**interviewed** [1] -

98:18
**introduced** [3] - 20:23, 21:2, 24:7
**Investigation** [11] - 13:8, 13:13, 19:20, 36:25, 76:15, 84:19, 110:20, 114:12, 129:5, 169:23, 174:10
**investigation** [17] - 16:17, 16:21, 31:2, 40:19, 54:11, 59:13, 89:20, 91:1, 100:14, 101:25, 114:23, 143:14, 154:16, 167:5, 175:2, 184:3, 186:21
**investigations** [3] - 19:14, 37:18, 95:14
**investigative** [7] - 13:19, 13:25, 14:9, 14:16, 33:11, 77:14, 182:16
**investigator** [2] - 53:10, 53:20
**investigators** [1] - 143:3
**invite** [1] - 74:1
**involved** [34] - 13:17, 13:24, 15:16, 15:20, 39:25, 57:24, 59:19, 77:13, 78:10, 85:21, 86:1, 97:9, 98:21, 98:25, 105:12, 114:22, 119:6, 130:8, 131:7, 136:6, 142:18, 143:2, 147:5, 152:6, 152:7, 156:17, 170:19, 170:25, 181:5, 181:13, 181:19, 193:24, 194:1, 194:4
**involvement** [3] - 57:7, 120:23, 181:18
**involving** [14] - 14:5, 14:12, 33:8, 45:20, 62:5, 70:14, 77:18, 95:13, 95:14, 97:11, 130:22, 163:4, 182:13, 185:23
**IONETZ** [1] - 73:19
**Ionetz** [3] - 73:20, 122:10, 159:21
**IRS** [1] - 15:25
**issue** [13] - 5:24, 6:2, 16:2, 29:20, 57:17, 60:2, 105:9, 121:16, 123:5, 123:8, 123:14, 158:17, 160:19

**issued** [1] - 175:8
**issues** [23] - 14:6, 14:13, 30:2, 33:8, 46:16, 57:15, 57:18, 58:4, 62:10, 97:12, 104:9, 132:25, 152:7, 153:1, 158:12, 163:4, 170:19, 171:1, 172:7, 177:16, 182:13, 185:23, 202:10
**items** [1] - 17:5
**Ivy** [1] - 1:16

**J**

**J-A-S-T-R-Z-E-B-S-K**
**-I** [1] - 12:17
**Jackson** [1] - 44:5
**jail** [4] - 59:25, 79:16, 89:22, 154:18
**Jaimie** [1] - 12:20
**James** [1] - 12:13
**January** [1] - 146:5
**Jaramillo** [1] - 12:15
**JARAMILLO** [1] - 12:16
**Jastrzebski** [1] - 12:16
**Jessica** [2] - 173:9, 196:8
**Jewish** [1] - 21:17
**job** [9] - 17:8, 80:25, 119:23, 119:24, 120:2, 120:3, 125:24, 126:3, 144:25
**join** [1] - 123:21
**joined** [1] - 202:10
**Joseph** [1] - 12:3
**JOSEPH** [1] - 1:15
**Joshua** [1] - 12:19
**JR** [1] - 1:15
**Judge** [2] - 2:2, 26:14
**judge** [3] - 30:2, 105:1, 107:6
**JUDGE** [1] - 1:11
**judgment** [23] - 14:24, 15:7, 34:7, 34:21, 46:10, 69:9, 77:9, 77:23, 92:24, 93:5, 100:9, 116:5, 136:15, 153:13, 163:18, 163:21, 164:11, 165:3, 171:6, 174:18, 176:2, 182:20, 191:11
**jumped** [1] - 106:7
**juror** [59] - 2:20, 3:1,

5:7, 5:16, 10:17, 10:22, 15:2, 15:4, 17:1, 17:3, 20:6, 20:10, 20:17, 20:25, 21:9, 21:22, 21:23, 22:7, 22:12, 22:23, 23:6, 26:6, 26:25, 27:4, 30:25, 43:15, 43:17, 47:6, 48:14, 48:24, 63:17, 63:23, 70:6, 70:10, 70:18, 87:15, 87:23, 90:6, 107:11, 122:20, 132:2, 134:21, 138:18, 144:23, 144:24, 144:25, 155:15, 165:22, 198:18, 198:19, 198:24, 199:2, 199:4, 199:9, 206:5
**Juror** [110] - 3:16, 5:9, 5:19, 6:4, 6:6, 6:7, 6:10, 6:11, 6:12, 6:13, 6:14, 6:15, 6:16, 6:17, 6:18, 6:19, 6:20, 6:22, 6:23, 7:3, 7:6, 7:9, 7:11, 7:13, 7:15, 7:17, 7:19, 7:22, 7:24, 8:1, 8:2, 8:4, 8:7, 8:9, 8:11, 8:13, 8:15, 8:17, 8:19, 8:21, 8:23, 8:25, 9:2, 9:4, 9:6, 9:8, 9:10, 9:12, 9:14, 9:16, 9:18, 9:20, 9:22, 9:24, 10:1, 10:3, 10:6, 10:8, 10:10, 10:12, 10:14, 27:10, 28:24, 41:12, 56:7, 88:9, 168:20, 177:13, 193:13, 193:19, 198:10, 199:12, 199:13, 199:15, 199:16, 199:17, 199:18, 199:19, 199:20, 199:21, 199:22, 199:23, 199:24, 199:25, 200:1, 200:2, 200:3, 200:4, 200:5, 200:6, 200:7, 200:8, 200:9, 200:10, 200:11, 200:12, 200:13, 200:14, 200:15, 200:16, 200:17
**JUROR** [816] - 27:12, 27:22, 27:24, 28:2, 28:5, 28:16, 28:19, 29:8, 29:10, 29:12,

29:19, 29:23, 29:25, 30:4, 30:8, 31:4, 31:8, 31:11, 31:23, 32:4, 32:7, 32:9, 32:13, 32:16, 33:16, 33:20, 33:23, 34:2, 34:5, 34:8, 34:10, 34:15, 34:18, 34:22, 35:19, 35:25, 36:2, 36:6, 36:9, 36:17, 36:19, 37:2, 37:7, 37:10, 37:15, 37:19, 37:25, 38:3, 38:6, 38:11, 38:19, 39:7, 39:12, 39:16, 39:19, 40:5, 40:10, 40:13, 40:15, 40:17, 40:20, 40:22, 40:25, 41:8, 41:15, 42:3, 42:5, 42:12, 42:18, 42:23, 43:1, 43:4, 43:7, 43:14, 43:20, 43:23, 44:6, 44:8, 44:13, 44:24, 45:4, 45:6, 45:10, 45:13, 45:24, 46:4, 46:8, 46:11, 46:20, 46:25, 47:4, 47:8, 47:13, 47:18, 47:24, 48:3, 49:1, 49:9, 49:12, 49:16, 49:24, 50:3, 50:6, 50:9, 50:14, 50:17, 50:24, 51:7, 51:11, 51:16, 51:21, 51:24, 52:2, 52:12, 52:15, 52:21, 53:1, 53:4, 53:13, 53:15, 53:18, 53:21, 54:1, 54:4, 54:16, 54:19, 54:22, 55:1, 55:3, 55:6, 55:9, 55:11, 55:14, 55:17, 56:8, 56:10, 56:16, 56:20, 56:23, 57:10, 57:13, 57:15, 57:17, 57:20, 57:22, 57:25, 58:2, 58:8, 58:15, 58:17, 58:19, 58:22, 59:14, 59:18, 59:21, 59:24, 60:1, 60:7, 60:15, 60:25, 61:6, 61:9, 61:15, 61:24, 62:2, 62:17, 62:25, 63:7, 63:9, 63:19, 63:21, 63:25, 64:5, 64:8, 64:10, 64:15, 64:19, 65:3, 65:5, 65:7, 65:11, 65:17, 65:19, 65:23, 66:15, 66:24, 67:1, 67:4, 67:7, 67:14, 67:17, 67:21, 67:24,

68:9, 68:14, 68:16, 68:19, 68:22, 68:24, 69:2, 69:7, 69:10, 69:15, 69:18, 69:22, 70:13, 70:17, 70:19, 70:22, 71:1, 71:16, 71:24, 72:3, 72:10, 72:16, 72:22, 72:25, 73:2, 73:4, 73:7, 73:11, 73:16, 75:18, 75:25, 76:2, 76:7, 76:11, 76:18, 76:21, 76:23, 77:1, 77:4, 77:7, 77:10, 77:15, 77:20, 77:24, 78:9, 78:12, 78:15, 78:17, 78:19, 78:21, 78:24, 79:5, 79:8, 79:10, 79:13, 79:15, 79:17, 79:20, 79:22, 79:24, 80:3, 80:8, 80:16, 80:20, 80:23, 81:1, 81:4, 81:9, 81:12, 81:17, 81:21, 81:24, 82:10, 82:20, 83:1, 83:5, 83:8, 83:14, 83:22, 83:25, 84:8, 84:12, 84:15, 84:22, 84:25, 85:2, 85:5, 85:9, 85:12, 85:17, 85:25, 86:6, 86:9, 86:12, 88:10, 88:15, 88:22, 88:25, 89:2, 89:9, 89:14, 89:16, 89:21, 89:24, 90:1, 90:3, 90:7, 90:9, 90:12, 90:14, 90:16, 90:20, 91:3, 91:13, 91:16, 91:24, 92:1, 92:6, 92:14, 92:18, 92:22, 92:25, 93:2, 93:6, 93:12, 93:15, 93:19, 93:21, 93:24, 94:2, 94:16, 94:22, 94:24, 95:2, 95:6, 95:9, 95:17, 95:22, 95:25, 96:2, 96:4, 96:7, 96:10, 96:13, 96:15, 96:19, 96:21, 96:24, 97:3, 97:6, 97:14, 97:17, 97:19, 97:23, 98:1, 98:3, 98:6, 98:9, 98:14, 98:17, 98:23, 99:2, 99:6, 99:21, 99:24, 100:5, 100:10, 100:17, 100:19, 101:4, 101:7, 101:9, 101:14, 101:17, 101:20, 102:2, 102:5, 102:7,

102:12, 102:16, 102:22, 102:25, 103:3, 103:17, 103:23, 104:2, 104:5, 104:12, 104:16, 104:19, 104:22, 104:24, 105:2, 105:8, 105:11, 105:14, 105:16, 105:22, 105:24, 106:2, 106:6, 106:12, 106:14, 106:22, 106:25, 107:3, 107:7, 107:9, 107:12, 107:14, 107:22, 108:6, 108:13, 108:17, 109:2, 109:6, 109:18, 110:2, 110:8, 110:12, 110:16, 110:23, 111:1, 111:4, 111:6, 111:9, 111:17, 111:21, 112:6, 112:8, 112:14, 112:16, 112:19, 112:23, 113:7, 113:9, 113:17, 113:23, 113:25, 114:4, 114:7, 114:15, 114:18, 114:21, 114:24, 115:3, 115:6, 115:11, 115:18, 115:21, 115:23, 116:1, 116:3, 116:6, 116:15, 116:17, 116:23, 117:4, 117:7, 117:12, 117:15, 117:23, 117:25, 118:2, 118:4, 118:7, 118:11, 118:15, 118:18, 118:20, 118:22, 118:24, 119:3, 119:5, 119:8, 119:12, 119:15, 119:18, 119:20, 119:25, 120:3, 120:6, 120:9, 120:15, 120:20, 120:25, 121:4, 121:8, 121:10, 121:13, 121:23, 122:5, 122:7, 124:1, 124:12, 124:14, 124:18, 124:23, 125:10, 125:13, 125:15, 125:17, 125:19, 125:22,

125:25, 126:2, 126:4, 126:7, 126:10, 126:17, 127:2, 127:8, 127:12, 127:15, 128:3, 128:8, 128:11, 128:13, 128:19, 128:23, 129:8, 129:11, 129:13, 129:15, 129:18, 129:20, 129:23, 130:1, 130:4, 130:9, 130:12, 130:14, 130:18, 130:25, 131:3, 131:6, 131:9, 131:13, 131:16, 131:19, 131:22, 131:24, 132:5, 132:8, 132:11, 132:14, 132:18, 133:2, 133:7, 133:11, 133:21, 134:4, 134:8, 134:13, 135:10, 135:17, 135:19, 135:24, 136:2, 136:10, 136:16, 137:1, 137:7, 137:13, 137:15, 137:20, 137:24, 138:2, 138:9, 141:15, 141:21, 141:25, 142:3, 142:10, 142:13, 142:16, 142:20, 142:24, 143:7, 143:16, 143:19, 143:21, 143:23, 144:2, 144:5, 144:7, 144:10, 144:12, 144:14, 144:18, 144:25, 145:4, 145:8, 145:12, 145:16, 145:18, 145:21, 146:1, 146:3, 146:5, 146:7, 146:11, 146:15, 146:18, 146:20, 146:22, 146:25, 148:8, 148:14, 148:18, 148:21, 149:6, 149:9, 149:12, 149:19, 150:2, 150:14, 150:19, 150:23, 151:1, 151:12, 151:18, 151:22, 151:25, 152:2, 152:9, 152:12, 152:14, 152:17,

152:19, 152:23, 152:25, 153:3, 153:7, 153:11, 153:17, 154:1, 154:3, 154:6, 154:9, 154:12, 154:17, 154:20, 154:24, 155:2, 155:19, 155:21, 156:3, 156:5, 156:9, 156:12, 156:19, 156:21, 156:23, 156:25, 157:3, 157:6, 157:8, 157:10, 157:13, 157:21, 157:24, 158:1, 158:3, 158:5, 158:7, 158:11, 158:19, 158:24, 159:1, 159:3, 159:6, 159:9, 159:13, 159:15, 159:17, 161:4, 161:6, 161:12, 161:18, 161:21, 162:8, 162:11, 162:16, 162:22, 162:25, 163:8, 163:11, 163:13, 163:16, 163:19, 163:22, 164:9, 164:12, 164:19, 164:24, 165:4, 165:16, 166:13, 166:20, 166:23, 167:1, 167:7, 167:10, 167:13, 167:15, 167:17, 167:20, 168:7, 168:14, 169:4, 169:11, 169:16, 169:19, 170:1, 170:3, 170:7, 170:11, 170:22, 170:24, 171:2, 171:4, 171:7, 171:16, 171:20, 171:22, 171:25, 172:2, 172:5, 172:8, 172:12, 172:14, 172:18, 172:22, 172:25, 173:17, 173:24, 174:3, 174:6, 174:13, 174:16, 174:19, 174:21, 174:23, 175:5, 175:12, 175:14, 175:17, 175:21, 176:1, 176:12, 180:8, 180:14, 180:18, 180:21, 181:2,

181:4, 181:15, 181:17, 181:20, 181:23, 182:1, 182:5, 182:9, 182:18, 182:21, 182:24, 183:6, 183:9, 183:11, 183:13, 183:16, 183:19, 183:21, 183:24, 184:5, 184:9, 184:11, 184:14, 184:23, 185:2, 185:7, 185:12, 185:16, 185:19, 186:2, 186:9, 186:11, 186:13, 186:23, 187:2, 187:5, 187:10, 187:13, 187:17, 187:19, 187:21, 188:1, 188:4, 188:11, 189:6, 189:9, 189:12, 189:17, 189:19, 189:23, 190:2, 190:5, 190:10, 190:13, 190:15, 190:21, 190:23, 191:6, 191:9, 191:12, 191:23, 192:7, 192:13, 192:17, 192:21, 201:18, 202:2
**Jurors** [1] - 87:9
**jurors** [24] - 3:25, 5:11, 6:1, 10:16, 19:10, 26:8, 26:13, 74:6, 87:5, 140:2, 165:19, 165:25, 166:1, 166:2, 179:15, 192:23, 196:7, 196:13, 196:22, 198:1, 201:4, 202:4, 204:22, 206:10
**JURY** [43] - 1:10, 1:11, 7:1, 7:4, 7:7, 7:10, 7:14, 7:16, 7:18, 7:21, 7:23, 7:25, 8:3, 8:6, 8:8, 8:10, 8:12, 8:14, 8:16, 8:18, 8:20, 8:22, 8:24, 9:1, 9:3, 9:5, 9:7, 9:9, 9:11, 9:13, 9:15, 9:17, 9:19, 9:21, 9:23, 9:25, 10:2, 10:5, 10:7, 10:9, 10:11, 10:13, 10:15
**Jury** [1] - 202:13

**jury** [91] - 2:13, 2:19, 3:5, 3:23, 4:1, 4:4, 4:12, 5:6, 5:10, 5:15, 10:18, 10:25, 13:1, 16:25, 17:3, 17:4, 17:8, 18:1, 19:2, 24:5, 24:18, 30:15, 31:16, 35:3, 35:10, 44:20, 48:21, 52:9, 60:18, 62:12, 65:25, 69:24, 71:7, 82:11, 83:19, 86:21, 87:8, 91:7, 94:11, 100:25, 103:13, 108:1, 109:24, 112:2, 113:12, 116:13, 123:16, 123:21, 125:5, 126:22, 127:25, 132:5, 134:22, 135:2, 135:7, 137:6, 137:9, 138:13, 147:18, 150:10, 151:9, 155:11, 161:2, 162:5, 165:14, 168:18, 177:17, 178:2, 178:8, 178:21, 179:8, 179:17, 184:22, 188:13, 188:15, 188:17, 193:5, 193:9, 196:14, 196:15, 197:13, 198:5, 200:20, 202:6, 202:14, 204:22, 205:9, 205:18, 205:21, 208:10
**justice** [6] - 2:5, 2:7, 19:22, 20:2, 98:1, 152:21
**Justice** [15] - 13:8, 13:12, 18:6, 36:24, 76:14, 76:24, 84:19, 110:20, 114:11, 129:4, 142:6, 169:22, 174:9, 174:14, 180:24
**juveniles** [1] - 136:12

### K

**keep** [9] - 4:4, 81:6, 123:12, 134:25, 135:4, 135:5, 160:11, 178:5, 182:6
**Kensington** [1] - 188:1
**kid** [1] - 79:5
**kids** [2] - 60:15, 97:15

**kin** [1] - 209:12
**kind** [28] - 29:21, 44:11, 46:23, 57:16, 57:23, 64:13, 64:17, 70:15, 73:25, 78:10, 81:2, 90:11, 105:12, 105:17, 110:3, 111:16, 115:20, 115:25, 117:19, 125:24, 129:16, 129:17, 138:7, 147:16, 147:19, 147:20, 201:23, 205:19
**kinds** [1] - 172:7
**Kippur** [1] - 21:17
**knowledge** [1] - 55:12
**known** [5] - 11:9, 14:21, 29:18, 78:6, 117:21

### L

**lab** [1] - 120:10
**laboratory** [3] - 44:9, 44:11, 44:13
**ladies** [4] - 2:1, 195:13, 200:23, 208:7
**lady's** [1] - 192:13
**Lane** [1] - 1:16
**language** [8] - 21:6, 73:3, 125:9, 125:14, 125:16, 125:17, 125:20, 126:16
**laptop** [1] - 42:19
**large** [2] - 69:22, 123:2
**last** [6] - 132:20, 138:17, 155:15, 156:24, 158:15, 188:14
**Lavalier** [2] - 33:13, 87:16
**Law** [1] - 12:17
**law** [127] - 13:9, 13:13, 13:19, 13:25, 14:4, 14:6, 14:7, 14:11, 14:13, 14:14, 14:25, 17:15, 19:13, 19:21, 20:1, 20:12, 20:15, 20:16, 20:24, 33:8, 33:9, 33:20, 33:23, 33:25, 34:3, 36:25, 37:2, 37:7, 37:9, 37:10, 37:14, 37:15, 37:20, 38:2, 45:18, 45:20, 45:21, 45:24, 46:4, 46:6, 46:7, 49:21, 49:22, 49:25,

50:2, 50:8, 50:9, 53:8, 53:9, 67:15, 76:15, 77:6, 84:19, 92:10, 92:11, 92:12, 96:17, 97:9, 97:10, 97:12, 98:10, 98:13, 102:20, 104:8, 104:9, 104:10, 104:13, 104:14, 104:21, 104:22, 110:20, 114:12, 120:23, 129:5, 130:7, 130:21, 130:22, 136:7, 142:7, 142:19, 143:3, 152:5, 152:6, 152:7, 152:9, 152:11, 152:18, 153:1, 163:3, 163:4, 163:5, 163:8, 163:10, 163:12, 163:14, 169:23, 170:3, 170:14, 170:19, 170:25, 174:10, 174:13, 180:24, 181:13, 181:15, 181:18, 182:11, 182:13, 182:14, 182:17, 185:22, 185:23, 185:25, 186:2, 186:5, 186:6, 204:3
**law's** [2] - 170:3, 170:5
**law-related** [9] - 53:8, 92:10, 97:10, 104:8, 130:21, 152:5, 163:3, 170:14, 185:22
**laws** [2] - 14:25, 15:9
**lawyer** [16] - 14:7, 14:14, 33:9, 33:21, 33:25, 45:21, 50:7, 50:9, 53:10, 104:16, 163:5, 170:20, 181:21, 182:14, 185:24
**lawyers** [4] - 13:2, 18:2, 24:13, 104:13
**learned** [2] - 58:3, 59:15
**least** [1] - 97:20
**leave** [6] - 112:3, 123:7, 146:8, 160:24, 197:7, 207:10
**leaving** [2] - 31:18, 197:10
**left** [2] - 197:21, 207:18

**legal** [27] - 14:6, 14:8, 14:9, 14:13, 14:15, 14:16, 15:16, 15:21, 16:5, 33:9, 33:10, 33:11, 45:20, 45:24, 46:5, 53:10, 85:21, 92:11, 102:13, 152:16, 170:20, 182:12, 182:13, 182:15, 182:16, 185:25
**lengthier** [1] - 17:5
**Leonard** [1] - 12:17
**less** [1] - 81:15
**lesser** [3] - 17:12, 17:16, 17:18
**letting** [4] - 122:15, 122:21, 177:15, 193:2
**librarian** [1] - 174:16
**License** [1] - 175:5
**licensed** [1] - 104:13
**life** [2] - 34:19, 78:13
**light** [4] - 19:5, 24:11, 24:25, 48:15
**likely** [5] - 4:13, 21:24, 22:2, 22:10, 149:1
**likewise** [2] - 28:17, 203:2
**limited** [1] - 33:4
**line** [1] - 197:14
**list** [11] - 24:5, 66:9, 139:22, 140:14, 140:18, 168:21, 177:13, 178:8, 193:9, 195:22
**listed** [1] - 187:15
**listen** [6] - 21:2, 21:7, 30:6, 70:24, 182:7, 182:22
**listening** [5] - 46:14, 54:13, 62:7, 65:20, 121:18
**lists** [4] - 179:8, 188:17, 193:5, 195:3
**litigants** [1] - 39:25
**live** [5] - 2:24, 57:21, 57:22, 152:24, 191:24
**lived** [2] - 114:19, 154:6
**lives** [2] - 146:21, 146:23
**living** [5] - 17:14, 17:17, 69:13, 164:19, 164:24
**LLC** [1] - 138:8
**local** [15] - 13:9, 13:14, 15:17, 15:22, 37:1, 76:16, 84:20,

85:23, 110:21, 114:12, 129:5, 142:7, 169:23, 174:11, 180:25
**locate** [4] - 198:19, 198:24, 199:2, 207:7
**located** [3] - 80:22, 146:2, 171:3
**location** [1] - 187:25
**log** [1] - 42:6
**look** [106] - 24:7, 25:2, 26:11, 27:19, 31:25, 32:2, 32:5, 32:11, 35:17, 35:21, 35:23, 39:9, 39:14, 45:1, 45:3, 49:3, 49:19, 51:25, 52:14, 52:17, 56:12, 56:15, 61:8, 61:13, 61:18, 62:13, 66:22, 71:18, 72:8, 75:23, 76:5, 82:22, 82:24, 82:25, 84:2, 84:3, 84:7, 88:20, 91:18, 91:20, 91:21, 92:2, 94:18, 94:21, 94:25, 95:4, 101:6, 101:12, 103:21, 108:8, 108:10, 108:23, 108:25, 109:3, 110:4, 110:6, 110:10, 112:12, 113:19, 113:21, 116:19, 117:2, 117:5, 117:10, 124:7, 124:9, 124:17, 127:6, 128:7, 128:9, 128:16, 128:20, 134:21, 135:15, 137:16, 137:21, 141:17, 141:19, 147:11, 148:13, 150:16, 150:18, 151:14, 151:16, 155:23, 155:24, 161:11, 161:16, 162:10, 162:14, 166:17, 166:18, 169:9, 169:10, 173:19, 173:23, 180:10, 180:12, 185:6, 185:10, 189:11, 189:15, 206:5
**looked** [5] - 72:6, 108:22, 190:11, 190:12, 190:15
**looking** [4] - 49:20, 175:8, 185:20, 206:3
**looks** [7] - 24:17, 25:7,

25:8, 25:24, 26:1, 41:12, 59:2
**losartan** [1] - 121:25
**lose** [5] - 145:19, 159:23, 160:5, 171:17, 172:18
**loses** [1] - 147:5
**lost** [4] - 46:1, 175:5, 175:6, 175:9
**loud** [3] - 37:4, 37:6, 124:19
**louder** [1] - 106:24
**lounge** [3] - 30:15, 31:16, 48:21
**Lower** [1] - 62:9
**lunch** [7] - 44:1, 82:13, 82:15, 87:1, 204:19, 204:22, 205:1
**Lynn** [1] - 12:15

## M

**ma'am** [35] - 30:14, 31:15, 35:18, 38:16, 38:24, 39:3, 41:6, 44:19, 47:22, 51:9, 60:14, 60:23, 65:2, 65:6, 65:9, 65:18, 65:24, 69:20, 69:23, 71:7, 88:6, 90:25, 91:6, 99:10, 100:24, 112:3, 113:5, 113:12, 138:7, 150:10, 151:9, 162:4, 180:5, 184:21, 184:25
**machine** [1] - 209:9
**Madam** [13] - 28:23, 41:12, 45:15, 63:13, 66:14, 80:9, 82:1, 107:15, 117:16, 150:3, 186:15, 201:16, 202:4
**Maine** [2] - 187:10
**major** [1] - 147:16
**majoring** [1] - 159:14
**male** [1] - 2:23
**malpractice** [4] - 92:15, 92:16, 92:19, 93:4
**man** [3] - 37:12, 148:1, 170:23
**management** [1] - 64:20
**manager** [3] - 97:19, 119:13, 120:6
**manipulate** [1] - 26:7
**manslaughter** [5] - 54:23, 54:25, 55:7,

55:8, 55:10
**marijuana** [1] - 186:25
**Mark** [1] - 12:21
**mark** [1] - 131:24
**marks** [1] - 130:4
**Marlboro** [1] - 172:18
**married** [5] - 37:12, 37:21, 96:1, 146:17, 146:19
**Mary's** [3] - 85:12, 143:21, 146:2
**MARYLAND** [2] - 1:2, 1:12
**Maryland** [14] - 1:17, 2:3, 13:5, 18:5, 54:23, 97:17, 98:14, 137:3, 152:20, 175:12, 188:1, 191:25, 209:4
**meaning** [1] - 120:7
**means** [1] - 19:4
**meant** [1] - 75:9
**measures** [1] - 2:9
**medical** [9] - 22:15, 43:11, 80:11, 92:15, 92:16, 92:19, 93:4, 93:13, 133:16
**medication** [5] - 21:3, 46:16, 47:2, 121:19, 121:23
**medium** [1] - 118:13
**meet** [2] - 18:22, 158:22
**member** [71] - 13:4, 13:7, 13:11, 13:16, 13:22, 14:3, 14:10, 14:17, 14:20, 15:15, 15:19, 16:6, 16:10, 16:14, 16:18, 29:5, 29:16, 30:25, 33:6, 34:12, 36:23, 40:1, 45:18, 54:9, 57:3, 67:9, 68:4, 76:13, 77:17, 78:1, 79:2, 84:18, 89:5, 89:18, 92:9, 93:8, 95:11, 97:8, 99:16, 100:12, 101:22, 102:19, 104:7, 105:3, 106:19, 110:18, 114:10, 115:14, 117:17, 129:3, 136:4, 142:5, 143:11, 152:4, 153:21, 154:14, 156:14, 157:16, 163:2, 163:24, 164:15, 167:3, 169:21, 170:13, 174:8, 174:25, 180:23, 183:3, 184:1, 186:18, 191:1

**matter** [6] - 20:20, 25:15, 31:7, 140:16, 207:17, 209:7
**matters** [1] - 53:9
**Matthew** [1] - 12:17
**McCollum** [1] - 12:18
**mean** [23] - 24:20, 37:20, 42:21, 43:5, 69:21, 90:20, 115:7, 134:19, 145:14, 146:23, 147:23, 155:2, 157:7, 160:20, 160:25, 165:19, 172:15, 172:17, 172:18, 182:2, 192:11, 196:20, 208:3
**masks** [12] - 2:13, 32:11, 36:5, 39:15, 45:9, 49:6, 51:19, 52:24, 65:12, 65:15, 81:4, 206:1
**Massachusetts** [2] - 111:1, 111:4
**mask** [73] - 24:6, 26:2, 28:9, 28:13, 31:24, 32:14, 35:20, 36:10, 39:8, 44:25, 49:2, 49:4, 51:8, 51:9, 51:14, 52:13, 52:16, 52:19, 56:4, 56:11, 61:7, 61:11, 66:16, 66:17, 71:17, 71:18, 71:19, 71:21, 75:19, 75:20, 76:21, 82:21, 83:23, 84:1, 84:3, 84:6, 88:11, 91:17, 91:18, 92:4, 94:17, 101:5, 103:19, 103:25, 108:7, 108:9, 110:3, 112:9, 113:18, 116:19, 124:3, 124:4, 127:3, 128:4, 135:11, 135:12, 137:17, 148:9, 150:15, 151:13, 155:22, 161:7, 162:9, 164:22, 166:15, 169:5, 173:18, 173:19, 180:9, 185:5, 189:7, 189:10
**master** [1] - 2:21
**Master's** [2] - 181:2, 181:4
**match** [1] - 3:1
**materials** [2] - 197:10, 197:20

**members** [10] - 5:6, 10:18, 11:21, 12:1, 12:6, 18:3, 54:20, 107:20, 119:8, 202:6
**Mental** [1] - 119:21
**mental** [1] - 46:24
**mention** [3] - 37:13, 37:22, 205:17
**mentioned** [5] - 13:3, 24:19, 25:14, 27:18, 191:25
**mere** [1] - 19:3
**mergers** [1] - 33:21
**MESSITTE** [1] - 1:11
**Messitte** [2] - 2:2, 26:14
**met** [1] - 167:10
**methadone** [3] - 119:13, 119:21, 120:8
**Michael** [1] - 12:18
**microphone** [32] - 2:15, 3:16, 5:24, 6:25, 26:14, 27:9, 31:21, 36:12, 44:22, 46:3, 56:4, 60:22, 60:23, 61:1, 66:13, 71:11, 72:15, 75:16, 88:6, 88:14, 94:15, 95:19, 95:21, 103:15, 108:3, 124:20, 125:11, 126:25, 128:1, 169:2, 180:6, 189:4
**mid** [1] - 86:1
**midafternoon** [1] - 206:25
**middle** [10] - 21:14, 21:24, 22:2, 22:4, 22:10, 42:1, 48:10, 60:23, 133:12, 144:21
**midmorning** [1] - 206:24
**might** [48] - 16:4, 20:9, 21:22, 22:7, 22:11, 22:21, 24:25, 37:23, 40:24, 43:1, 43:4, 46:16, 50:13, 55:15, 58:6, 58:13, 60:5, 62:8, 62:9, 68:14, 78:23, 80:13, 97:1, 121:1, 121:21, 131:20, 132:16, 132:25, 133:18, 144:15, 144:16, 144:23, 149:3, 153:6, 153:8, 154:25, 160:14, 167:18, 170:9,

175:24, 182:20, 183:22, 184:12, 187:11, 191:21, 193:7, 198:7, 198:9
**mike** [27] - 35:13, 35:16, 39:5, 40:7, 46:19, 51:5, 57:12, 68:7, 68:8, 76:20, 87:17, 88:7, 88:13, 101:1, 106:13, 109:25, 112:3, 113:14, 141:13, 141:16, 149:5, 166:11, 169:1, 185:3, 189:22
**mind** [2] - 123:13, 182:7
**mine** [2] - 85:25, 99:21
**minor** [1] - 40:5
**minute** [7] - 30:17, 48:10, 74:18, 134:12, 140:9, 195:19, 201:17
**minutes** [9] - 86:25, 87:10, 87:12, 123:7, 123:13, 201:10, 207:7, 208:13, 208:14
**Miss** [6] - 35:18, 51:4, 56:3, 61:5, 66:5, 159:21
**miss** [6] - 66:12, 94:14, 160:16, 160:18, 170:15, 170:18
**missed** [1] - 30:17
**missing** [1] - 198:18
**misspoke** [1] - 195:1
**Mobile** [1] - 154:17
**moderate** [1] - 118:13
**modified** [1] - 148:25
**moment** [8] - 32:2, 35:4, 52:14, 52:16, 53:7, 80:3, 86:23, 176:18
**Monday** [13] - 21:15, 21:25, 22:3, 41:25, 119:25, 134:2, 134:3, 144:21, 149:1, 158:16, 168:3, 171:13, 176:8
**MONDAY** [1] - 1:12
**money** [1] - 147:20
**monitor** [4] - 166:17, 185:9, 185:10, 189:14
**monitors** [2] - 28:3, 124:9
**Montgomery** [3] - 59:24, 70:16, 126:5

**moral** [1] - 20:3
**morning** [16] - 2:2, 4:11, 27:10, 43:2, 43:3, 43:6, 48:25, 51:4, 149:18, 149:25, 201:7, 206:14, 207:8, 207:20, 208:6, 208:21
**mother** [8] - 29:12, 29:14, 34:15, 104:12, 104:17, 104:18, 104:19, 164:6
**motion** [1] - 75:12
**motions** [3] - 196:1, 196:3, 196:5
**motorcycle** [2] - 143:23, 143:24
**mouth** [1] - 88:16
**move** [19] - 31:17, 31:19, 46:2, 47:11, 48:11, 48:13, 61:3, 74:2, 95:19, 95:20, 139:18, 147:9, 148:22, 160:20, 173:6, 176:21, 181:6
**movies** [1] - 19:13
**moving** [1] - 11:19
**MR** [171] - 4:16, 4:18, 24:11, 24:22, 30:11, 30:13, 34:24, 35:1, 36:14, 38:8, 38:15, 38:22, 41:4, 41:6, 41:9, 41:11, 41:16, 44:3, 44:11, 44:16, 44:18, 47:21, 47:25, 48:8, 48:11, 48:13, 48:19, 50:22, 51:2, 55:22, 55:24, 58:24, 59:1, 60:10, 60:12, 60:16, 64:12, 64:16, 64:24, 65:1, 65:4, 65:6, 65:9, 65:13, 65:18, 65:20, 69:12, 69:16, 69:20, 69:25, 70:4, 70:5, 71:4, 71:6, 72:6, 74:2, 74:11, 82:5, 82:7, 83:16, 83:17, 86:17, 86:19, 87:2, 87:22, 90:25, 91:4, 91:5, 94:7, 94:9, 99:8, 99:9, 100:21, 100:23, 103:9, 103:11, 107:19, 107:24, 108:20, 108:21, 109:13, 109:19, 109:22,

111:15, 111:23, 111:25, 113:4, 113:8, 113:11, 116:11, 116:12, 122:19, 122:25, 123:2, 123:9, 123:17, 125:6, 125:8, 126:19, 126:20, 127:21, 127:23, 133:24, 134:1, 134:18, 134:25, 136:22, 136:24, 137:4, 137:10, 138:6, 138:10, 138:12, 140:5, 141:3, 141:6, 147:9, 147:13, 148:2, 150:7, 150:9, 151:6, 151:8, 155:8, 155:10, 160:7, 160:13, 160:18, 162:1, 162:3, 165:10, 165:12, 165:17, 166:6, 166:8, 168:12, 168:15, 168:16, 173:4, 173:7, 176:21, 176:24, 177:6, 177:25, 178:16, 178:19, 179:3, 179:19, 183:1, 184:18, 184:20, 188:6, 188:8, 191:20, 192:2, 192:4, 192:9, 193:16, 194:25, 195:4, 195:17, 195:18, 195:23, 195:25, 196:3, 196:5, 200:21, 200:22, 208:13, 208:14, 208:19
**MS** [1] - 73:19
**murder** [1] - 90:12
**murdered** [1] - 79:6
**must** [3] - 18:23, 19:10, 19:12

# N

**name** [21] - 5:2, 5:8, 5:12, 5:13, 24:19, 25:14, 27:18, 56:6, 119:19, 125:15, 125:16, 137:11, 145:24, 187:24, 190:11, 190:12, 190:15, 191:22, 192:13, 192:16
**names** [8] - 140:19, 178:13, 180:1,

180:3, 193:13, 193:17, 193:21, 195:3
**National** [2] - 50:25, 130:14
**national** [2] - 17:13, 20:9
**native** [3] - 125:14, 125:16, 125:17
**nature** [1] - 58:12
**Naval** [1] - 85:9
**Navy** [2] - 44:8, 44:10
**necessarily** [4] - 3:9, 102:16, 158:20, 205:18
**need** [61] - 3:25, 4:22, 4:25, 5:12, 5:20, 11:17, 15:25, 21:14, 34:16, 35:5, 42:5, 42:7, 42:13, 42:14, 42:18, 46:3, 46:18, 62:17, 63:2, 63:10, 65:8, 71:19, 76:19, 87:3, 87:9, 87:10, 89:8, 105:6, 105:11, 122:23, 123:8, 123:12, 126:14, 133:3, 133:8, 138:21, 139:6, 139:7, 139:9, 139:11, 140:9, 140:23, 144:19, 149:12, 165:24, 177:16, 177:21, 191:4, 196:13, 196:18, 197:8, 197:24, 198:8, 201:8, 201:10, 201:19, 207:10, 208:12
**needed** [3] - 169:7, 177:4, 201:2
**needs** [1] - 5:1
**negative** [1] - 28:22
**nephew** [1] - 31:4
**never** [8] - 38:11, 40:17, 83:1, 99:24, 105:18, 118:18, 141:3, 166:9
**New** [1] - 31:4
**newspaper** [1] - 190:10
**next** [115] - 4:9, 12:16, 12:19, 13:4, 13:6, 13:16, 14:17, 14:23, 15:2, 16:6, 16:14, 16:24, 17:1, 18:1, 18:12, 19:19, 19:25, 20:3, 20:7, 21:14, 21:24, 22:2, 22:4,

22:10, 22:21, 30:22, 31:17, 34:12, 35:11, 39:4, 42:1, 42:14, 44:21, 46:12, 48:23, 50:18, 52:10, 53:2, 56:2, 66:1, 66:8, 71:9, 74:23, 75:14, 77:11, 77:25, 78:25, 80:9, 84:16, 85:18, 86:13, 87:15, 91:8, 94:12, 101:1, 102:18, 105:3, 107:13, 108:2, 111:10, 115:13, 127:25, 130:19, 132:24, 133:12, 134:3, 135:7, 136:17, 138:16, 140:2, 141:4, 141:9, 141:10, 144:21, 147:11, 148:5, 149:2, 149:15, 149:23, 153:18, 154:13, 158:16, 160:1, 160:2, 162:6, 165:21, 168:4, 168:24, 171:8, 171:13, 172:16, 173:15, 176:8, 177:13, 177:23, 179:12, 183:25, 193:17, 193:23, 194:1, 194:4, 194:8, 194:15, 196:18, 201:7, 201:8, 205:15, 205:16, 205:20, 206:4, 206:12, 207:7, 208:7
**Nichole** [1] - 12:12
**niece** [1] - 130:25
**night** [2] - 146:25, 168:14
**nine** [3] - 90:1, 125:22, 125:23
**ninth** [1] - 200:4
**NO** [1] - 1:5
**nobody** [5] - 139:20, 140:20, 164:21, 165:1, 176:20
**Nolan** [1] - 12:18
**non** [1] - 102:13
**non-profit** [1] - 102:13
**none** [2] - 81:13, 186:4
**normal** [1] - 203:14
**North** [2] - 80:24, 86:2
**northern** [3] - 114:18, 191:24, 191:25
**note** [3] - 11:17, 74:5, 147:25

**notepad** [1] - 207:12
**NOTES** [1] - 1:25
**notes** [6] - 207:13, 207:14, 207:15, 207:18, 207:20
**nothing** [10] - 10:23, 144:8, 146:14, 146:16, 154:9, 187:15, 201:15, 207:3, 207:5, 208:5
**notice** [2] - 3:17, 41:11
**notwithstanding** [3] - 86:11, 192:19, 201:22
**number** [22] - 2:20, 3:1, 3:17, 4:6, 5:7, 10:17, 15:2, 15:4, 23:6, 64:22, 73:5, 74:7, 87:18, 91:12, 155:13, 155:20, 168:19, 194:17, 196:8, 198:10, 206:14, 207:19
**numbers** [5] - 177:1, 193:12, 196:8, 197:25, 201:2
**nurse** [3] - 126:9, 126:10, 126:12
**NW** [1] - 1:20

## O

**oath** [3] - 201:13, 203:5, 203:24
**object** [3] - 24:10, 122:21, 203:11
**objection** [8] - 24:20, 24:22, 48:19, 74:11, 173:7, 176:24, 196:21, 203:10
**objections** [1] - 203:24
**obligation** [1] - 18:24
**obliged** [1] - 203:18
**observe** [1] - 2:11
**obviously** [3] - 2:7, 159:10, 205:3
**occasionally** [3] - 62:11, 63:2, 201:6
**occupation** [4] - 2:23, 38:16, 82:8, 187:15
**occur** [6] - 93:18, 93:20, 96:8, 175:11, 184:10, 187:9
**occurred** [2] - 59:23, 85:7
**Oceanic** [1] - 50:25
**OF** [5] - 1:2, 1:5, 1:10, 1:14, 1:25

**offense** [1] - 154:8
**offered** [1] - 203:7
**offering** [1] - 203:7
**office** [7] - 42:6, 42:8, 42:15, 42:19, 42:24, 113:5, 188:1
**Office** [3] - 13:5, 18:4, 102:3
**OFFICE** [1] - 1:14
**officer** [6] - 37:3, 37:7, 64:19, 85:5, 115:7, 143:17
**officers** [4] - 114:16, 114:20, 175:7, 175:8
**Official** [1] - 209:3
**OFFICIAL** [1] - 1:23
**official** [1] - 209:17
**often** [2] - 122:2, 147:17
**Ohio** [3] - 102:5, 184:11
**old** [6] - 57:19, 60:15, 79:23, 152:22, 154:4, 176:12
**older** [4] - 76:18, 76:23, 104:20, 186:3
**once** [9] - 2:12, 3:10, 43:24, 93:15, 105:22, 201:9, 202:21, 205:7
**One** [1] - 11:10
**one** [70] - 3:13, 3:15, 11:13, 11:23, 11:24, 12:23, 16:22, 23:16, 25:13, 30:17, 30:22, 55:6, 60:12, 62:13, 62:21, 63:3, 64:12, 66:2, 74:6, 78:13, 80:2, 81:12, 86:22, 89:9, 89:22, 100:5, 105:8, 106:7, 109:13, 109:16, 114:24, 122:12, 122:22, 123:11, 138:22, 139:2, 139:23, 144:25, 145:4, 147:4, 148:25, 155:16, 155:17, 156:19, 156:23, 156:25, 159:12, 160:4, 167:7, 168:1, 176:19, 178:2, 179:12, 181:8, 186:5, 190:18, 194:19, 195:19, 196:13, 198:18, 199:8, 199:9, 205:4, 205:10
**one-by-one** [1] - 23:16

**ones** [5] - 32:23, 130:5, 160:4, 198:2, 208:17
**ongoing** [1] - 160:2
**online** [2] - 159:7, 159:9
**open** [4] - 140:8, 179:17, 182:7, 202:25
**opening** [4] - 18:2, 202:20, 202:21, 208:12
**openly** [1] - 33:4
**operating** [2] - 2:10, 81:15
**operation** [1] - 205:15
**opinion** [3] - 4:13, 17:22, 175:24
**opinions** [1] - 19:19
**opioids** [1] - 105:14
**opportunity** [1] - 154:9
**oppose** [1] - 148:2
**opposition** [2] - 147:25, 148:3
**options** [1] - 176:13
**order** [6] - 23:18, 42:14, 42:19, 106:14, 107:20, 204:16
**ordinarily** [6] - 28:25, 33:2, 147:20, 149:21, 204:24, 205:18
**organization** [9] - 13:17, 13:24, 19:25, 77:12, 77:17, 95:12, 101:24, 136:6, 143:2
**orientation** [2] - 4:25, 197:19
**origin** [1] - 152:10
**original** [1] - 17:13
**originally** [2] - 21:12, 102:5
**origins** [1] - 20:9
**Orleans** [1] - 31:4
**otherwise** [10] - 21:8, 47:17, 63:11, 78:25, 164:4, 179:6, 185:25, 196:4, 201:25, 204:20
**ought** [1] - 141:1
**outcome** [1] - 209:13
**outlying** [1] - 142:16
**outside** [9] - 3:14, 19:17, 23:23, 24:1, 42:7, 134:11, 134:14, 176:17, 205:5
**overall** [2] - 63:16,

90:18
**overdose** [2] - 156:23, 157:1
**overnight** [4] - 197:11, 204:16, 204:17, 207:17
**overseas** [1] - 64:21

## P

**P-E-E-L-E** [1] - 12:19
**p.m** [7] - 87:13, 120:1, 195:12, 208:10, 208:22
**Paddock** [1] - 119:21
**page** [9] - 15:5, 23:7, 78:25, 80:9, 82:14, 140:2, 141:9, 141:10, 194:14
**pages** [2] - 15:3, 140:12
**paid** [6] - 145:1, 145:6, 145:14, 146:9, 147:11, 171:19
**pain** [1] - 116:1
**pan** [5] - 25:17, 26:2, 26:20, 27:20, 27:25
**panel** [8] - 5:6, 10:18, 177:17, 197:8, 200:20, 202:6, 202:13, 208:10
**paper** [3] - 31:13, 160:9, 207:13
**papers** [2] - 23:10, 160:15
**paperwork** [1] - 98:18
**paralegal** [28] - 14:4, 14:8, 14:11, 14:15, 33:7, 33:10, 45:19, 45:22, 49:24, 50:1, 92:11, 97:14, 97:22, 98:7, 98:16, 102:20, 104:9, 130:22, 131:1, 131:10, 163:3, 163:6, 170:15, 170:20, 170:22, 182:12, 182:15, 185:23
**paralegals** [1] - 97:11
**pardon** [4] - 89:24, 115:3, 129:11, 130:1
**Park** [1] - 130:10
**park** [2] - 154:20, 155:3
**parking** [1] - 175:6
**parks** [1] - 130:11
**Parks** [1] - 130:12
**part** [7] - 54:13, 92:17, 96:20, 130:2, 156:24, 191:24,

205:12
**participate** [1] - 21:8
**participated** [4] - 14:5, 14:12, 33:7, 45:19
**participating** [1] - 33:5
**particular** [3] - 21:4, 134:8, 182:4
**particularly** [6] - 55:4, 95:14, 117:20, 134:7, 152:7, 160:4
**parties** [2] - 57:7, 209:8
**Partners** [1] - 138:7
**party** [3] - 13:2, 203:7, 209:12
**pass** [2] - 139:24, 206:5
**passed** [1] - 206:3
**passing** [1] - 192:1
**patent** [1] - 104:16
**path** [2] - 206:21, 206:25
**Patuxent** [1] - 85:9
**Pause** [1] - 198:16
**pause** [4] - 60:19, 74:7, 195:20, 199:3
**Pax** [1] - 85:10
**pay** [9] - 47:11, 145:5, 145:21, 145:22, 146:21, 146:24, 147:13
**Peele** [1] - 12:19
**pen** [3] - 11:4, 207:12, 207:13
**penalties** [2] - 10:20, 202:9
**pending** [1] - 23:18
**Pennsylvania** [2] - 191:24, 192:4
**pension** [2] - 172:13, 172:14
**people** [47] - 5:2, 12:24, 20:9, 23:23, 24:1, 26:10, 29:2, 31:25, 33:5, 54:13, 65:15, 65:22, 67:12, 88:1, 96:17, 106:3, 119:10, 119:15, 120:22, 128:5, 131:14, 131:17, 139:7, 139:20, 140:19, 147:23, 156:17, 160:22, 177:13, 177:18, 178:1, 178:4, 178:6, 178:8, 178:10, 178:11, 178:23, 178:25, 179:6, 196:12, 196:19,

201:1, 205:4, 206:17
**performed** [4] - 14:8, 14:15, 33:11, 182:16
**perhaps** [4] - 139:18, 165:21, 185:23, 205:17
**period** [2] - 46:14, 171:17
**periods** [1] - 62:10
**perjury** [2] - 10:20, 202:9
**Perkins** [1] - 12:19
**person** [20] - 6:8, 15:10, 17:14, 17:17, 19:2, 20:5, 35:12, 39:4, 59:18, 88:3, 100:5, 100:6, 105:24, 135:7, 148:5, 159:8, 168:24, 188:14, 198:11, 206:3
**personal** [8] - 2:24, 20:15, 21:21, 22:5, 55:12, 132:25, 144:22, 149:3
**personnel** [3] - 19:21, 64:21, 198:3
**persons** [7] - 12:1, 12:6, 13:20, 14:1, 95:14, 136:8, 143:4
**Peter** [1] - 2:2
**PETER** [1] - 1:11
**petit** [4] - 10:22, 17:2, 17:4, 132:5
**Philadelphia** [2] - 164:19, 164:24
**physical** [4] - 21:5, 62:8, 120:10, 129:17
**physician** [5] - 187:17, 187:18, 187:19, 187:20, 188:3
**pick** [4] - 25:18, 87:4, 87:8, 207:21
**picked** [1] - 175:6
**picture** [8] - 11:23, 24:10, 24:17, 24:21, 25:2, 25:7, 28:2, 108:11
**pills** [1] - 116:1
**PJM-16-403** [1] - 1:5
**place** [6] - 24:25, 39:24, 68:15, 100:1, 196:12, 206:13
**places** [2] - 2:15, 207:9
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 1:13
**plaintiff's** [1] - 203:16
**plaintiffs** [1] - 173:25
**plan** [1] - 176:22

**Planning** [3] - 130:10, 130:11, 130:12
**planning** [1] - 158:22
**plastic** [1] - 64:4
**play** [1] - 194:9
**plea** [1] - 144:9
**PLLC** [1] - 1:19
**plus** [3] - 138:25, 139:10, 177:10
**point** [31] - 3:24, 42:9, 42:25, 54:13, 78:13, 87:6, 99:20, 109:24, 112:2, 113:13, 116:14, 123:16, 123:21, 125:5, 133:5, 135:7, 137:6, 138:14, 143:9, 150:11, 151:10, 162:5, 168:18, 176:23, 177:14, 177:15, 178:5, 178:15, 193:1, 193:2, 195:11
**pointing** [1] - 171:9
**points** [1] - 118:17
**police** [12] - 37:3, 37:7, 40:19, 85:5, 100:1, 114:15, 114:20, 115:7, 130:10, 143:17, 153:9, 154:23
**Police** [6] - 19:21, 84:23, 84:25, 115:4, 130:10, 130:12
**policeman** [1] - 153:4
**policy** [1] - 20:1
**pool** [3] - 138:20, 188:13, 196:14
**pool..** [1] - 184:22
**posing** [1] - 74:4
**position** [2] - 16:2, 37:20
**possession** [6] - 11:8, 11:10, 11:12, 58:10, 78:16, 98:25
**possible** [7] - 4:3, 21:13, 42:23, 43:1, 43:4, 43:7, 204:19
**possibly** [2] - 133:4, 198:21
**posted** [1] - 24:10
**potential** [2] - 139:7, 165:19
**practical** [2] - 140:16, 207:17
**practice** [2] - 50:10, 163:15
**practiced** [2] - 50:4, 186:5
**practices** [1] - 186:5

**practicing** [2] - 104:14, 163:12
**precautions** [2] - 81:2, 81:3
**predispose** [1] - 190:18
**premises** [1] - 85:8
**preschool** [1] - 60:15
**prescription** [1] - 105:14
**presence** [2] - 5:10, 5:16
**present** [10] - 5:18, 5:20, 10:16, 10:22, 22:25, 23:2, 41:6, 200:18, 202:7
**presented** [2] - 19:11, 19:17
**presently** [1] - 21:3
**presents** [2] - 2:7, 176:9
**preside** [1] - 53:21
**pressure** [1] - 121:24
**presumably** [3] - 160:16, 203:7, 206:20
**presumed** [3] - 18:20, 19:1, 19:8
**pretty** [5] - 40:5, 78:18, 86:24, 137:8, 207:25
**prevent** [5] - 17:22, 19:15, 19:23, 20:9, 22:19
**previously** [3] - 106:22, 106:25, 209:7
**Prince** [3] - 19:20, 53:18, 175:15
**printing** [1] - 69:22
**prison** [6] - 11:14, 86:4, 95:18, 95:23, 96:12, 96:13
**private** [2] - 60:3, 131:13
**problem** [15] - 21:22, 24:18, 57:16, 65:11, 67:10, 75:13, 123:5, 144:23, 166:7, 166:8, 176:9, 190:21, 191:2, 201:11, 201:24
**problematic** [1] - 25:18
**problems** [14] - 14:18, 22:6, 29:6, 34:13, 57:4, 65:10, 65:14, 78:2, 89:6, 105:4, 115:15, 117:18, 156:15, 163:25

**procedure** [4] - 2:18, 3:3, 24:23, 32:22
**procedures** [1] - 24:12
**proceed** [4] - 24:4, 176:6, 202:19, 207:22
**proceeding** [5] - 62:16, 63:5, 89:7, 105:6, 164:4
**proceedings** [10] - 2:8, 40:23, 97:1, 202:23, 203:14, 205:20, 206:16, 206:19, 208:22, 209:6
**PROCEEDINGS** [1] - 1:10
**proceeds** [1] - 204:13
**process** [2] - 200:24, 208:4
**processes** [1] - 149:7
**profession** [1] - 153:11
**professional** [1] - 46:24
**proficiency** [1] - 44:9
**profit** [1] - 102:13
**program** [16] - 14:5, 14:12, 33:8, 118:24, 119:1, 119:13, 119:17, 119:21, 120:11, 120:23, 181:2, 181:4, 181:6, 181:12, 182:13, 184:7
**programs** [5] - 45:19, 92:11, 97:11, 104:9, 163:4
**progress** [2] - 137:8, 207:25
**project** [1] - 40:9
**proof** [6] - 18:18, 18:23, 75:7, 135:2, 202:24, 204:8
**property** [1] - 97:19
**propose** [2] - 86:25, 196:6
**proposed** [2] - 10:22, 188:15
**propounded** [1] - 10:21
**prosecuted** [6] - 40:16, 58:1, 78:16, 79:12, 144:6, 183:10
**prosecuting** [1] - 85:7
**prosecution** [16] - 16:8, 16:12, 40:3, 58:9, 59:20, 68:5, 79:3, 93:10, 96:18, 99:18, 106:9,

106:21, 153:23, 157:18, 164:17, 183:5
**prosecutor** [1] - 77:3
**Prospective** [2] - 10:25, 28:24
**prospective** [4] - 26:25, 27:4, 30:24, 48:23
**proven** [2] - 18:20, 20:19
**proves** [1] - 19:8
**provided** [2] - 143:4, 205:1
**provides** [4] - 13:20, 14:1, 102:13, 136:7
**providing** [5] - 22:17, 43:11, 80:12, 133:17, 204:22
**proving** [1] - 203:20
**Public** [10] - 13:18, 13:25, 77:13, 77:18, 95:13, 101:24, 102:2, 102:4, 136:6, 143:3
**public** [4] - 20:1, 102:10, 115:16, 136:13
**pull** [28] - 28:9, 44:25, 66:17, 71:17, 71:19, 71:21, 84:1, 84:3, 91:18, 113:18, 116:18, 141:16, 148:9, 150:15, 150:16, 151:13, 155:22, 156:21, 161:7, 162:9, 166:15, 169:5, 173:18, 173:19, 180:9, 185:5, 189:7, 189:10
**punching** [1] - 167:8
**punishable** [1] - 11:13
**punishment** [2] - 20:18, 20:22
**purchased** [1] - 86:2
**pursuant** [1] - 205:7
**push** [2] - 36:21, 122:12
**put** [51] - 18:25, 22:15, 23:6, 25:8, 26:2, 27:13, 36:10, 39:9, 45:15, 49:3, 51:10, 52:17, 56:13, 61:10, 62:3, 66:18, 70:8, 71:11, 71:12, 71:13, 75:21, 84:4, 87:16, 88:16, 94:18, 101:9, 108:9, 112:10, 115:18, 116:22,

116:23, 122:13, 122:17, 124:5, 128:24, 131:24, 133:17, 143:7, 160:5, 169:7, 172:19, 173:14, 173:19, 185:7, 189:1, 197:12, 197:13, 206:3
**puts** [1] - 147:23
**putting** [2] - 43:11, 80:11

---

### Q

**Quantico** [1] - 181:10
**quasi** [1] - 38:20
**questioning** [2] - 23:16, 48:16
**questionnaire** [23] - 3:1, 4:15, 11:5, 21:10, 25:11, 28:21, 32:18, 32:19, 44:4, 45:15, 49:18, 49:19, 52:1, 53:6, 56:25, 67:8, 74:5, 76:12, 83:10, 84:16, 89:4, 92:8, 185:21
**questionnaires** [1] - 4:20
**Questions** [1] - 74:14
**questions** [107] - 2:17, 3:8, 3:19, 4:15, 4:21, 10:21, 11:3, 11:6, 12:9, 28:25, 30:11, 30:13, 35:1, 44:18, 45:14, 48:8, 49:18, 51:2, 52:1, 52:2, 54:6, 55:22, 55:24, 58:24, 60:10, 65:24, 68:1, 72:17, 73:6, 73:10, 74:3, 74:5, 75:6, 78:7, 82:5, 83:17, 86:19, 89:15, 90:17, 91:5, 92:7, 94:6, 94:7, 95:10, 97:7, 99:8, 101:21, 103:7, 103:9, 103:11, 106:14, 107:20, 107:24, 109:7, 109:12, 109:22, 111:25, 113:2, 113:11, 117:22, 121:15, 122:16, 122:24, 122:25, 123:1, 123:15, 125:2, 125:4, 126:19, 127:17, 127:23, 128:24, 133:24,

138:3, 138:12, 150:3, 150:6, 150:9, 151:3, 151:5, 151:8, 153:18, 155:10, 161:22, 161:24, 162:1, 162:3, 165:6, 165:8, 165:12, 167:21, 168:10, 168:16, 182:25, 183:1, 184:18, 184:20, 188:5, 188:8, 191:18, 201:13, 203:5, 203:9, 203:24, 205:13, 206:10, 207:23
**quick** [26] - 11:17, 24:7, 35:20, 39:8, 49:2, 51:8, 56:11, 61:7, 66:16, 71:18, 75:20, 82:22, 88:11, 91:17, 103:19, 108:7, 110:3, 112:9, 113:18, 128:4, 135:12, 169:6, 185:6, 189:7
**quickly** [2] - 22:9, 45:1
**quite** [3] - 22:10, 74:8, 133:13

---

### R

**race** [1] - 17:13
**racial** [1] - 20:8
**raise** [23] - 5:3, 5:4, 5:7, 5:14, 5:25, 6:4, 6:8, 10:19, 12:23, 76:6, 76:8, 108:24, 110:10, 112:20, 114:3, 114:6, 117:10, 135:22, 141:24, 162:19, 162:20, 180:17, 202:7
**raises** [1] - 109:3
**raising** [2] - 6:24, 128:17
**rally** [1] - 105:25
**ran** [1] - 68:10
**randomly** [1] - 140:17
**raped** [1] - 154:3
**rather** [6] - 24:23, 75:5, 172:17, 200:24, 208:1, 208:4
**Ray** [1] - 12:19
**reach** [4] - 20:5, 46:21, 100:1, 205:10
**reaching** [1] - 19:14
**read** [14] - 3:6, 3:7, 11:6, 11:15, 12:11,

13:6, 17:6, 19:13, 73:10, 73:11, 190:18, 190:22, 192:6, 192:7
**reading** [1] - 190:14
**ready** [11] - 11:2, 23:16, 27:3, 27:7, 193:5, 193:6, 199:7, 202:1, 206:19, 208:11, 208:16
**reaffirm** [1] - 192:18
**real** [23] - 35:20, 37:6, 39:8, 49:2, 51:8, 56:11, 61:7, 66:16, 75:19, 75:20, 82:21, 88:11, 91:17, 103:19, 108:7, 110:3, 112:9, 113:18, 128:4, 135:12, 169:6, 185:6, 189:7
**realistic** [2] - 159:25, 177:12
**really** [19] - 25:15, 47:5, 55:14, 61:15, 63:1, 63:21, 77:1, 79:11, 80:3, 87:11, 89:12, 100:5, 125:12, 140:15, 153:3, 158:7, 178:14, 179:5
**reason** [11] - 3:24, 14:23, 15:7, 19:6, 20:14, 20:21, 22:21, 106:2, 106:3, 179:5, 192:8
**reasonable** [3] - 18:19, 19:9, 203:20
**reasonably** [1] - 81:22
**rebuttal** [1] - 204:8
**recap** [1] - 24:3
**received** [6] - 14:6, 14:13, 33:8, 45:20, 182:13, 203:13
**recently** [4] - 93:17, 96:12, 96:13, 99:21
**reception** [1] - 3:5
**recess** [10] - 23:18, 60:21, 86:25, 87:12, 179:7, 192:25, 193:10, 202:17, 208:6, 208:9
**Recess** [3] - 23:21, 87:13, 195:12
**recognize** [79] - 26:21, 28:4, 28:14, 28:18, 32:8, 39:11, 39:15, 39:18, 45:3, 45:8, 45:12, 49:7, 49:11, 49:15, 51:14, 51:20,

51:21, 51:23, 52:20, 52:25, 53:3, 56:15, 56:19, 56:22, 61:14, 61:19, 61:23, 62:1, 66:22, 66:25, 67:3, 67:6, 71:23, 72:9, 72:12, 72:16, 75:24, 76:5, 76:10, 82:25, 83:4, 83:7, 84:7, 88:21, 88:24, 91:22, 92:5, 94:21, 94:23, 95:1, 95:4, 95:8, 101:12, 101:16, 101:19, 103:22, 108:12, 108:16, 108:19, 109:1, 109:5, 110:7, 112:13, 113:22, 124:7, 124:10, 124:11, 124:22, 136:1, 141:20, 148:13, 150:18, 151:17, 156:1, 156:4, 185:11
**recognized** [2] - 72:7, 147:17
**reconfigured** [1] - 205:19
**record** [8] - 66:10, 66:11, 74:13, 179:21, 179:23, 187:6, 196:14, 198:14
**recorded** [1] - 209:9
**recount** [1] - 3:5
**recover** [1] - 118:1
**recovered** [1] - 118:3
**recovering** [3] - 117:23, 117:24, 164:6
**recovery** [1] - 118:2
**referred** [1] - 12:11
**refers** [1] - 164:1
**regard** [4] - 2:14, 20:7, 60:4, 75:10
**regarding** [3] - 2:6, 17:24, 20:1
**regardless** [3] - 17:9, 20:15, 140:25
**Reggie** [4] - 25:20, 27:25, 32:6, 35:16
**Regional** [1] - 137:1
**regular** [3] - 2:14, 43:25, 85:5
**rehab** [2] - 115:24, 118:17
**reimburse** [3] - 145:5, 145:8, 146:12
**reimbursed** [2] - 145:12, 183:14

**relapsed** [1] - 118:18
**related** [17] - 22:14, 29:2, 38:9, 53:8, 89:21, 92:10, 97:10, 98:22, 102:21, 104:8, 119:6, 130:21, 132:22, 152:5, 163:3, 170:14, 185:22
**relates** [1] - 17:11
**relating** [14] - 14:18, 29:6, 34:13, 57:4, 67:10, 78:2, 80:10, 89:6, 105:4, 115:15, 117:18, 156:15, 163:25, 191:2
**relationship** [2] - 15:11, 170:8
**release** [4] - 184:7, 196:21, 202:15, 208:8
**released** [1] - 201:3
**relevance** [1] - 37:13
**religion** [1] - 17:13
**religious** [2] - 20:3, 20:8
**rely** [3] - 19:16, 19:17, 172:16
**remain** [2] - 4:10, 56:1
**remainder** [1] - 34:19
**remained** [1] - 187:7
**remarks** [2] - 74:1, 204:12
**remember** [13] - 69:6, 79:5, 80:4, 90:13, 98:11, 129:21, 132:10, 132:12, 158:8, 158:9, 191:20, 192:16
**reminding** [2] - 11:4, 23:6
**remove** [3] - 28:6, 28:13, 84:6
**removed** [1] - 73:25
**render** [1] - 188:9
**rendering** [3] - 14:24, 15:7, 19:23
**Renee** [4] - 1:24, 209:3, 209:15, 209:16
**renewed** [2] - 133:8, 134:3
**repeat** [8] - 13:22, 14:10, 15:19, 16:10, 16:18, 21:19, 64:15, 163:19
**replies** [1] - 202:13
**reply** [1] - 10:25
**report** [5] - 134:10, 143:17, 143:22,

143:23, 144:2
**reported** [3] - 175:6, 175:9, 209:6
**Reporter** [2] - 209:3, 209:17
**REPORTER** [2] - 1:23, 66:7
**reporter** [1] - 35:15
**reports** [2] - 197:8, 197:9
**representation** [1] - 75:10
**represented** [3] - 13:2, 18:3, 18:7
**representing** [2] - 131:14, 131:17
**represents** [2] - 135:25, 190:3
**request** [2] - 24:12, 160:7
**require** [1] - 171:18
**required** [5] - 20:13, 20:25, 81:4, 120:11, 207:14
**research** [3] - 44:4, 44:7, 181:5
**residential** [1] - 119:1
**residents** [2] - 81:5, 81:13
**resources** [1] - 64:21
**respect** [1] - 91:1
**respond** [5] - 74:6, 74:17, 122:18, 202:12, 203:5
**responded** [1] - 74:16
**responding** [1] - 2:21
**response** [25] - 5:22, 41:14, 43:9, 48:18, 49:23, 52:6, 72:18, 74:24, 74:25, 79:25, 82:1, 89:20, 90:21, 92:13, 92:20, 94:4, 97:13, 99:13, 114:8, 115:13, 116:8, 129:24, 134:16, 147:7, 157:15
**responses** [26] - 39:2, 41:22, 50:20, 52:4, 70:3, 75:5, 83:12, 86:14, 90:18, 103:6, 109:9, 109:11, 111:11, 111:13, 113:1, 116:9, 122:19, 125:1, 127:18, 132:20, 136:19, 138:4, 151:4, 161:23, 172:21, 184:15
**responsible** [1] - 85:6
**rest** [6] - 145:9,

145:22, 168:2, 168:21, 178:11, 192:23
**Restaurant** [1] - 31:6
**restroom** [3] - 198:21, 198:22, 199:5
**result** [1] - 105:15
**retail** [1] - 138:9
**retire** [1] - 204:9
**retired** [12] - 38:17, 38:19, 64:14, 64:16, 111:1, 111:3, 172:12, 186:4, 187:17, 187:18, 187:19
**Retirement** [1] - 80:16
**retirement** [2] - 81:11, 82:8
**return** [1] - 30:15
**returned** [1] - 43:15
**review** [2] - 179:7, 195:15
**RICO** [1] - 86:3
**risk** [9] - 22:16, 22:17, 43:11, 43:12, 43:17, 80:11, 80:13, 133:17, 133:22
**River** [1] - 85:10
**RMR** [2] - 1:24, 209:16
**robbed** [2] - 31:5, 99:22
**robbery** [1] - 29:23
**Robert** [1] - 12:2
**Rockville** [2] - 68:16, 167:15
**role** [1] - 85:3
**roll** [5] - 4:23, 5:1, 134:23, 147:10, 165:20
**rolls** [1] - 165:23
**room** [12] - 3:23, 35:3, 35:10, 44:20, 48:10, 94:11, 155:12, 197:14, 205:18, 205:21, 207:19, 208:7
**Rothman** [1] - 12:20
**roughly** [2] - 42:6, 68:23
**round** [5] - 66:1, 139:23, 139:24, 155:16, 198:17
**RPR** [2] - 1:24, 209:16
**ruling** [1] - 203:12
**run** [1] - 172:9

## S

**safe** [3] - 2:10, 81:23, 207:10

**safety** [1] - 81:2
**sake** [1] - 160:23
**SAKURI** [1] - 1:8
**Sakuri** [4] - 11:8, 11:20, 27:19, 202:11
**salary** [1] - 145:10
**Salvador** [3] - 152:14, 153:12, 154:6
**sanitary** [1] - 2:10
**sanitation** [1] - 81:7
**sanitize** [1] - 81:18
**sanitizer** [1] - 81:18
**sanitizing** [2] - 2:14, 2:15
**satisfied** [6] - 40:18, 122:19, 123:3, 195:22, 196:14, 200:20
**saw** [1] - 98:24
**scene** [1] - 175:7
**schedule** [2] - 167:24, 176:16
**scheduled** [2] - 134:5, 134:9
**school** [31] - 14:4, 14:11, 45:18, 49:21, 49:25, 50:8, 50:9, 53:8, 60:14, 92:11, 97:10, 98:9, 102:20, 104:8, 104:13, 104:22, 126:4, 130:21, 149:8, 149:11, 152:5, 152:10, 152:11, 163:3, 163:9, 163:10, 170:14, 182:11, 185:22, 186:3
**schools** [1] - 149:6
**screen** [77] - 25:1, 35:24, 36:21, 39:10, 45:2, 45:3, 49:14, 49:19, 51:13, 52:18, 56:14, 56:15, 61:12, 61:16, 61:18, 62:4, 66:20, 66:22, 70:9, 71:20, 75:22, 75:23, 82:23, 82:24, 82:25, 84:5, 84:7, 88:19, 88:20, 92:2, 92:3, 94:20, 94:25, 95:1, 101:10, 101:12, 103:20, 103:21, 108:10, 110:5, 112:11, 112:12, 113:20, 113:21, 116:25, 117:2, 117:5, 124:6, 127:5, 127:6, 128:6, 128:8, 128:9, 128:10,

128:11, 135:14, 135:15, 137:18, 141:18, 141:19, 148:11, 148:13, 150:17, 151:15, 155:24, 155:25, 161:10, 162:13, 162:15, 166:18, 166:19, 169:8, 169:10, 173:22, 180:11, 180:12
**screw** [2] - 106:12, 106:14
**Sean** [2] - 12:13, 12:21
**seat** [28] - 66:19, 177:18, 178:23, 196:23, 196:25, 198:8, 198:10, 198:13, 199:9, 199:12, 199:15, 199:17, 199:19, 199:21, 199:23, 199:25, 200:2, 200:4, 200:6, 200:8, 200:10, 200:12, 200:14, 200:16, 206:18, 207:18, 207:19, 207:21
**seated** [17] - 2:12, 11:1, 12:24, 23:22, 52:6, 62:21, 63:3, 87:14, 177:19, 178:10, 179:17, 195:13, 196:7, 197:16, 198:5, 199:11
**seating** [1] - 179:1
**seats** [6] - 62:13, 62:14, 62:21, 197:11, 205:22, 207:2
**Seavy** [1] - 12:20
**SEAVY** [1] - 12:20
**second** [11] - 18:18, 28:9, 31:25, 39:21, 102:24, 110:23, 125:8, 146:10, 147:6, 147:7, 199:16
**secretary** [9] - 14:8, 14:15, 33:11, 45:25, 46:5, 53:10, 170:20, 182:15, 185:25
**security** [2] - 77:2, 80:20
**see** [95] - 2:9, 2:20, 3:8, 6:1, 7:11, 11:23, 24:16, 24:17, 24:20, 25:3, 25:6, 25:8, 25:17, 25:23, 26:1,

28:10, 32:6, 32:21, 35:6, 35:13, 35:23, 36:21, 41:23, 43:10, 45:3, 51:9, 53:14, 56:15, 60:23, 61:1, 61:11, 61:13, 61:18, 62:13, 66:17, 66:22, 71:17, 75:20, 75:21, 75:23, 80:21, 82:10, 82:24, 83:24, 87:8, 88:12, 88:20, 91:12, 94:21, 94:25, 97:8, 101:5, 101:12, 103:5, 103:19, 103:21, 106:8, 109:13, 110:6, 112:4, 112:10, 112:12, 113:21, 124:3, 124:4, 124:8, 127:6, 128:5, 128:7, 135:12, 135:15, 138:22, 139:23, 140:11, 141:18, 148:10, 153:20, 161:8, 162:14, 166:15, 169:6, 169:7, 169:9, 175:9, 177:17, 180:12, 185:10, 188:24, 189:8, 189:15, 193:4, 193:8, 205:22, 206:13, 208:20

**seeing** [1] - 62:12
**seeks** [1] - 19:25
**select** [4] - 4:12, 137:9, 140:14, 200:25
**selected** [11] - 2:13, 18:1, 20:17, 140:17, 177:17, 178:4, 201:1, 201:6, 201:14, 201:22, 202:6
**selection** [2] - 4:9, 201:3
**selections** [2] - 4:1, 188:19
**self** [3] - 171:16, 171:19, 173:5
**self-employed** [3] - 171:16, 171:19, 173:5
**semester** [1] - 160:8
**semi** [1] - 204:16
**semi-sequestering** [1] - 204:16
**send** [10] - 48:21, 91:7, 123:15, 123:21, 125:5,

135:6, 135:7, 138:13, 139:21, 161:2
**sense** [2] - 57:6, 138:20
**sent** [4] - 96:12, 96:13, 119:4, 204:19
**separate** [1] - 25:15
**separation** [1] - 23:7
**SEPTEMBER** [1] - 1:12
**September** [10] - 21:16, 21:18, 22:1, 133:4, 133:7, 133:8, 134:5, 134:9, 167:24
**sequence** [3] - 24:5, 140:18, 196:12
**sequestering** [1] - 204:16
**series** [1] - 12:9
**serious** [5] - 21:22, 22:6, 22:16, 80:12, 184:5
**serve** [18] - 18:1, 19:2, 20:17, 22:6, 22:22, 22:23, 43:17, 43:22, 47:6, 48:14, 63:23, 64:6, 133:1, 133:19, 149:4, 150:1, 201:8, 202:1
**served** [13] - 13:1, 14:8, 14:15, 16:24, 17:1, 33:10, 64:21, 70:6, 70:9, 70:18, 90:6, 132:2, 182:15
**Service** [2] - 13:18, 13:25
**service** [8] - 10:22, 64:19, 122:20, 143:18, 144:8, 187:6, 187:8, 202:16
**Services** [2] - 146:1, 181:17
**services** [6] - 13:20, 14:1, 33:11, 102:13, 136:7, 143:4
**serving** [6] - 20:10, 21:22, 54:23, 95:24, 135:2, 144:23
**set** [2] - 25:21, 206:13
**seven** [10] - 90:9, 98:11, 166:3, 177:10, 177:23, 194:8, 194:14, 194:18, 194:20
**seventh** [1] - 199:25
**several** [8] - 129:22, 129:23, 131:6, 159:11, 175:10, 175:19, 181:5

**shall** [3] - 10:21, 10:23, 202:9
**shape** [1] - 138:19
**shared** [1] - 182:18
**sharp** [1] - 186:19
**sharper** [1] - 186:18
**Sharri** [1] - 12:16
**sheet** [6] - 2:19, 2:21, 3:7, 3:9, 109:17, 204:10
**sheets** [1] - 3:11
**shield** [1] - 64:4
**short** [3] - 23:11, 23:15, 208:16
**shorthand** [1] - 209:9
**shot** [2] - 24:16, 25:1
**show** [3] - 25:7, 35:6, 197:16
**showed** [1] - 38:9
**showing** [2] - 25:6, 25:11
**shown** [1] - 24:18
**shows** [6] - 44:4, 61:12, 61:16, 113:20, 127:5, 135:14
**shut** [1] - 73:22
**siblings** [2] - 29:14, 104:12
**sick** [1] - 146:8
**side** [3] - 139:4, 154:7, 161:15
**sides** [1] - 22:22
**signal** [1] - 123:10
**significant** [7] - 15:16, 15:20, 16:5, 22:18, 41:13, 41:19, 85:21
**Silver** [1] - 40:13
**similar** [1] - 38:15
**similarly** [1] - 17:17
**simply** [5] - 17:13, 17:16, 17:19, 63:4, 205:6
**single** [1] - 24:24
**singling** [1] - 24:14
**sister** [10] - 33:20, 33:23, 33:25, 45:24, 46:4, 67:15, 104:19
**sister-in-law** [7] - 33:20, 33:23, 33:25, 45:24, 46:4, 67:15
**sit** [40] - 20:25, 21:17, 21:18, 21:25, 22:1, 22:3, 22:9, 22:12, 41:25, 47:10, 62:10, 63:5, 63:12, 63:17, 65:2, 65:4, 65:5, 121:21, 122:3, 123:3, 132:23, 148:25, 149:1,

149:21, 149:22, 158:16, 160:21, 168:2, 168:3, 168:4, 171:12, 171:13, 176:7, 176:8, 178:1, 196:23
**sitting** [10] - 21:15, 21:16, 43:24, 46:13, 62:6, 121:16, 132:22, 134:3, 144:21, 201:12
**situation** [4] - 47:6, 69:5, 149:24, 195:8
**situations** [1] - 147:21
**six** [18] - 90:9, 95:17, 95:22, 95:25, 98:11, 132:6, 132:8, 140:21, 143:19, 154:3, 177:22, 178:21, 178:22, 180:1, 194:7, 194:20
**sixth** [1] - 199:23
**skip** [1] - 88:3
**sleeping** [2] - 154:20, 155:3
**slight** [1] - 15:14
**Slope** [1] - 137:1
**Smith** [1] - 12:20
**snacks** [1] - 206:6
**social** [3] - 2:11, 102:12, 136:11
**soft** [1] - 173:4
**solely** [1] - 19:11
**solemnly** [2] - 10:19, 202:8
**someone** [12] - 14:25, 15:8, 22:17, 43:12, 70:14, 80:13, 133:18, 157:21, 176:20, 192:7, 192:10, 192:11
**sometime** [1] - 69:3
**sometimes** [2] - 121:24, 122:1
**somewhat** [2] - 2:4, 122:18
**somewhere** [1] - 140:7
**son** [7] - 91:1, 146:20, 152:19, 170:3, 170:5, 186:23
**son-in-law** [1] - 170:3
**son-in-law's** [2] - 170:3, 170:5
**sons** [1] - 37:16
**sophomore** [3] - 159:3, 159:4, 159:5
**sorry** [59] - 4:21, 5:16, 6:2, 23:24, 23:25, 29:10, 30:16, 30:20,

33:12, 35:25, 41:21, 46:19, 47:24, 52:7, 58:16, 59:7, 61:15, 62:23, 63:1, 63:19, 63:25, 64:15, 65:3, 65:17, 66:20, 67:16, 68:2, 68:20, 70:7, 77:15, 79:20, 91:12, 94:24, 96:6, 97:23, 99:12, 102:23, 105:10, 105:23, 106:12, 106:24, 107:9, 148:24, 156:3, 156:20, 164:1, 167:22, 170:16, 171:10, 173:25, 177:2, 183:19, 186:16, 187:25, 189:9, 198:25, 203:16, 206:4, 207:3
**sort** [12] - 44:7, 47:10, 97:25, 172:13, 176:19, 187:20, 196:2, 204:16, 205:14, 207:7, 208:2, 208:3
**source** [2] - 11:16, 172:10
**sources** [1] - 19:18
**SOUTHERN** [1] - 1:3
**speaking** [3] - 37:4, 65:15, 143:15
**specific** [17] - 53:16, 57:14, 68:7, 76:17, 78:4, 79:4, 92:13, 93:11, 95:16, 104:11, 110:22, 117:22, 143:6, 154:2, 158:20, 163:7, 170:21
**specifically** [6] - 59:10, 78:5, 106:7, 106:19, 136:12, 164:1
**specify** [2] - 105:11, 175:4
**spend** [3] - 73:23, 154:18, 159:24
**spending** [1] - 86:3
**spent** [5] - 89:22, 95:17, 95:22, 98:6, 184:7
**spill** [1] - 21:13
**spoken** [1] - 74:9
**spot** [2] - 147:24, 173:4
**spouse** [4] - 2:24, 38:9, 38:12, 188:2
**spouse's** [1] - 38:16

**spread** [2] - 205:22, 205:24
**Spring** [1] - 40:15
**Springfield** [1] - 114:19
**squeeze** [1] - 147:19
**St** [3] - 85:12, 143:21, 146:2
**staff** [3] - 50:24, 198:23, 199:1
**stand** [14] - 10:18, 23:18, 26:13, 62:10, 62:15, 62:17, 62:18, 62:21, 63:2, 63:5, 65:8, 76:19, 136:25, 202:7
**stand-up** [1] - 62:18
**standing** [1] - 124:8
**standpoint** [1] - 176:10
**stands** [1] - 137:1
**start** [13] - 4:14, 27:4, 43:6, 55:20, 82:4, 88:18, 106:24, 123:6, 156:20, 179:7, 203:8, 208:12
**started** [3] - 43:25, 65:14, 120:3
**starting** [5] - 32:25, 36:22, 149:23, 193:12, 193:23
**starts** [1] - 123:6
**State** [2] - 64:20, 64:23
**state** [30] - 5:7, 13:9, 13:14, 15:17, 15:22, 16:25, 17:3, 17:4, 37:1, 54:17, 70:10, 70:14, 76:16, 84:20, 85:23, 110:21, 111:2, 111:4, 114:13, 129:5, 132:2, 142:7, 152:15, 169:24, 174:11, 180:25, 181:7, 181:9, 187:10, 196:13
**State's** [1] - 144:11
**statement** [1] - 43:16
**statements** [5] - 18:2, 18:10, 202:20, 202:21, 209:8
**STATES** [4] - 1:1, 1:5, 1:11, 1:14
**States** [13] - 12:2, 12:3, 13:5, 15:21, 18:3, 18:4, 18:5, 18:9, 18:11, 72:24, 125:21, 202:10, 209:4

**states** [2] - 21:15, 104:13
**Station** [1] - 85:9
**stationed** [1] - 130:14
**Stavrou** [1] - 12:21
**STAVROU** [1] - 12:21
**stay** [8] - 30:24, 33:14, 51:3, 99:15, 122:15, 122:16, 201:10, 204:17
**stayed** [1] - 119:1
**stays** [3] - 29:12, 146:25, 161:1
**steals** [1] - 29:13
**stenographically** [1] - 209:6
**STENOTYPE** [1] - 1:25
**step** [55] - 2:16, 3:21, 30:14, 31:15, 31:21, 35:2, 35:9, 38:24, 39:3, 39:5, 44:19, 44:22, 48:9, 48:10, 51:3, 52:10, 55:25, 57:11, 60:17, 71:10, 73:17, 82:18, 83:18, 83:20, 86:20, 91:7, 91:10, 94:10, 99:11, 100:24, 101:1, 107:25, 112:1, 113:14, 122:9, 122:10, 123:24, 125:11, 127:24, 134:11, 134:12, 141:13, 147:2, 149:4, 159:19, 165:14, 168:17, 169:1, 169:2, 172:23, 176:17, 181:3, 185:3, 188:13, 188:16
**stepbrother** [1] - 115:19
**stepfather** [1] - 77:21
**stepson** [3] - 57:15, 59:15, 59:18
**still** [18] - 34:17, 43:21, 114:20, 119:10, 119:16, 149:12, 149:14, 178:3, 178:6, 178:13, 178:23, 178:25, 181:7, 183:20, 193:8, 193:23, 194:9, 198:19
**stolen** [8] - 40:11, 93:13, 143:24, 144:2, 144:3, 164:20, 165:1, 183:7

**stop** [5] - 118:19, 139:13, 179:25, 189:3, 206:16
**stopped** [1] - 186:24
**stops** [1] - 147:22
**store** [1] - 138:9
**stories** [1] - 37:21
**straightforward** [1] - 75:10
**street** [1] - 93:15
**Street** [2] - 1:20, 80:24
**stress** [4] - 46:20, 46:21, 48:5, 121:20
**stretch** [3] - 62:15, 63:5, 122:3
**stricken** [3] - 194:10, 194:12, 194:13
**strike** [23] - 48:11, 48:12, 48:13, 48:20, 74:2, 74:12, 75:12, 75:14, 134:20, 138:22, 139:2, 139:4, 140:22, 140:23, 147:9, 160:20, 160:25, 173:6, 173:8, 176:21, 176:25, 178:24
**strikes** [17] - 135:5, 139:2, 139:7, 140:21, 160:24, 166:1, 166:2, 167:23, 177:9, 177:15, 177:23, 178:8, 178:21, 180:1, 180:2, 194:23, 195:14
**struck** [4] - 139:20, 160:7, 193:14, 193:19
**student** [4] - 158:19, 158:23, 158:25, 160:19
**students** [3] - 159:23, 160:5, 160:10
**study** [2] - 50:1, 152:5
**stuff** [1] - 93:13
**subject** [14] - 16:16, 16:20, 31:2, 54:11, 59:12, 89:19, 100:14, 143:13, 154:16, 159:14, 167:4, 175:2, 184:2, 186:20
**substance** [14] - 14:19, 29:6, 34:14, 57:5, 67:11, 78:2, 89:7, 105:5, 115:15, 117:19, 156:16, 163:25, 164:2, 191:3

**suffering** [2] - 21:4, 121:20
**sufficient** [1] - 87:1
**suggest** [1] - 178:7
**suggesting** [1] - 139:12
**suggestion** [2] - 168:24, 177:12
**Suite** [1] - 1:16
**sunset** [2] - 154:20, 155:3
**superseding** [1] - 18:14
**supervision** [1] - 209:10
**Support** [2] - 53:19, 53:20
**support** [3] - 53:22, 146:21, 146:24
**suppose** [1] - 172:17
**supposed** [2] - 147:16, 198:13
**surely** [1] - 123:11
**surgery** [1] - 140:8
**surprised** [1] - 176:2
**swab** [1] - 81:8
**swear** [5] - 10:19, 196:15, 201:16, 202:4, 202:8
**sworn** [4] - 197:17, 201:9, 202:14, 203:3
**sympathetic** [1] - 160:5
**sympathies** [1] - 121:1
**system** [3] - 2:7, 20:2, 136:12

---

## T

**table** [2] - 76:6, 206:4
**tap** [3] - 35:13, 35:15, 35:16
**teach** [1] - 60:14
**teacher** [1] - 60:14
**teachers** [2] - 114:21, 159:23
**TECHNICIAN** [7] - 25:21, 25:25, 26:8, 26:18, 26:22, 26:24, 27:2
**technicians** [3] - 44:9, 44:12, 44:14
**technology** [1] - 5:16
**telephone** [1] - 197:24
**televised** [1] - 198:2
**television** [1] - 173:22
**temperature** [1] - 81:19
**ten** [14] - 43:25, 118:7,

118:8, 140:21, 149:21, 177:22, 178:21, 178:22, 180:1, 194:7, 208:6, 208:13
**tenth** [1] - 200:6
**terms** [4] - 2:11, 158:18, 171:15, 178:7
**test** [1] - 160:9
**tested** [1] - 36:12
**testify** [3] - 18:24, 53:21, 203:18
**testimony** [6] - 17:10, 17:12, 21:2, 62:7, 121:18, 209:8
**tests** [2] - 44:9, 44:14
**THE** [1313] - 1:1, 1:2, 1:11, 1:13, 1:14, 1:18, 2:1, 4:17, 4:19, 4:22, 4:24, 5:3, 5:4, 5:6, 5:12, 5:14, 5:17, 5:18, 5:19, 5:21, 5:23, 5:25, 6:1, 6:2, 6:4, 6:8, 6:10, 7:2, 7:5, 7:8, 7:11, 7:15, 7:17, 7:19, 7:22, 7:24, 8:1, 8:4, 8:7, 8:9, 8:11, 8:13, 8:15, 8:17, 8:19, 8:21, 8:23, 8:25, 9:2, 9:4, 9:6, 9:8, 9:10, 9:12, 9:14, 9:16, 9:18, 9:20, 9:22, 9:24, 10:1, 10:3, 10:6, 10:8, 10:10, 10:12, 10:14, 10:16, 11:1, 11:2, 23:13, 23:14, 23:22, 23:25, 24:1, 24:2, 24:3, 24:15, 25:1, 25:4, 25:5, 25:10, 25:13, 25:19, 25:20, 25:23, 26:1, 26:5, 26:10, 26:13, 26:15, 26:16, 26:20, 26:23, 26:25, 27:3, 27:6, 27:7, 27:8, 27:10, 27:13, 27:15, 27:17, 27:23, 27:25, 28:3, 28:4, 28:6, 28:17, 28:20, 29:9, 29:11, 29:15, 29:20, 29:24, 30:1, 30:5, 30:9, 30:12, 30:14, 30:16, 30:17, 30:18, 30:20, 30:21, 30:22, 30:23, 30:24, 31:7, 31:9, 31:12, 31:14, 31:15, 31:24, 32:5, 32:8, 32:10, 32:14,

32:17, 32:19, 32:21, 32:24, 32:25, 33:12, 33:15, 33:17, 33:22, 33:24, 34:3, 34:6, 34:9, 34:11, 34:17, 34:20, 34:23, 34:25, 35:2, 35:4, 35:6, 35:8, 35:9, 35:20, 36:1, 36:3, 36:7, 36:10, 36:12, 36:16, 36:18, 36:20, 37:4, 37:9, 37:14, 37:17, 37:23, 38:1, 38:4, 38:7, 38:14, 38:23, 39:1, 39:3, 39:8, 39:13, 39:17, 39:20, 40:7, 40:8, 40:12, 40:14, 40:16, 40:18, 40:21, 40:23, 41:1, 41:2, 41:3, 41:5, 41:10, 41:17, 41:19, 41:21, 41:23, 42:4, 42:10, 42:17, 42:20, 42:25, 43:3, 43:5, 43:8, 43:18, 43:21, 43:24, 44:7, 44:17, 44:19, 44:25, 45:5, 45:7, 45:11, 45:14, 46:1, 46:2, 46:6, 46:9, 46:12, 46:23, 47:2, 47:5, 47:10, 47:16, 47:19, 48:7, 48:9, 48:12, 48:18, 48:20, 49:2, 49:10, 49:13, 49:17, 50:1, 50:5, 50:7, 50:12, 50:15, 50:18, 50:20, 50:21, 51:1, 51:3, 51:8, 51:12, 51:17, 51:22, 51:25, 52:3, 52:5, 52:7, 52:8, 52:13, 52:16, 52:22, 53:2, 53:5, 53:14, 53:16, 53:20, 53:24, 54:2, 54:5, 54:7, 54:8, 54:18, 54:21, 54:25, 55:2, 55:4, 55:8, 55:10, 55:12, 55:15, 55:18, 55:19, 55:20, 55:23, 55:25, 56:6, 56:7, 56:9, 56:11, 56:17, 56:21, 56:24, 57:1, 57:2, 57:11, 57:14, 57:16, 57:19, 57:21, 57:23, 58:1, 58:5, 58:9, 58:16, 58:18, 58:20, 58:23, 58:25, 59:3, 59:5, 59:7, 59:8, 59:17, 59:19, 59:22, 59:25, 60:4, 60:8, 60:11, 60:17, 60:20, 61:1, 61:3, 61:7, 61:10, 61:16, 61:20, 61:21, 61:25, 62:3, 62:20, 63:1, 63:8, 63:11, 63:14, 63:16, 63:20, 63:22, 64:1, 64:2, 64:6, 64:9, 64:11, 64:25, 65:24, 66:5, 66:6, 66:8, 66:10, 66:12, 66:16, 66:25, 67:2, 67:5, 67:8, 67:16, 67:18, 67:22, 67:25, 68:2, 68:3, 68:12, 68:15, 68:17, 68:20, 68:23, 68:25, 69:3, 69:8, 69:11, 69:17, 69:19, 69:23, 70:2, 70:3, 70:7, 70:8, 70:16, 70:18, 70:20, 70:23, 71:2, 71:5, 71:7, 71:13, 71:15, 71:17, 71:25, 72:4, 72:8, 72:11, 72:14, 72:17, 72:18, 72:20, 72:23, 73:1, 73:3, 73:5, 73:9, 73:13, 73:17, 73:20, 73:22, 74:10, 74:12, 74:16, 74:18, 74:20, 74:21, 74:22, 74:23, 74:24, 75:1, 75:2, 75:4, 75:19, 76:1, 76:3, 76:8, 76:12, 76:19, 76:22, 76:25, 77:3, 77:5, 77:8, 77:11, 77:16, 77:22, 77:25, 78:10, 78:14, 78:16, 78:18, 78:20, 78:22, 78:25, 79:7, 79:9, 79:12, 79:14, 79:16, 79:18, 79:21, 79:23, 79:25, 80:5, 80:9, 80:19, 80:21, 80:25, 81:2, 81:7, 81:10, 81:14, 81:20, 81:22, 81:25, 82:2, 82:3, 82:6, 82:11, 82:16, 82:18, 82:21, 83:2, 83:6, 83:9, 83:11, 83:13, 83:15, 83:18, 83:23, 84:1, 84:9, 84:13, 84:16, 84:24, 85:1, 85:3, 85:6, 85:10, 85:13, 85:18, 85:19, 85:20, 86:5, 86:7, 86:10, 86:13, 86:14, 86:15, 86:18, 86:20, 86:22, 86:24, 87:3, 87:14, 87:16, 87:18, 87:19, 87:20, 87:23, 87:24, 87:25, 88:1, 88:2, 88:3, 88:8, 88:11, 88:16, 88:23, 89:1, 89:3, 89:11, 89:15, 89:17, 89:23, 89:25, 90:2, 90:4, 90:8, 90:11, 90:13, 90:15, 90:17, 90:21, 90:23, 90:24, 91:6, 91:9, 91:10, 91:14, 91:17, 91:25, 92:2, 92:7, 92:16, 92:20, 92:23, 93:1, 93:3, 93:7, 93:14, 93:17, 93:20, 93:22, 93:25, 94:3, 94:5, 94:6, 94:8, 94:10, 94:13, 94:14, 94:17, 94:23, 94:25, 95:3, 95:7, 95:10, 95:19, 95:20, 95:24, 96:1, 96:3, 96:6, 96:8, 96:12, 96:14, 96:16, 96:20, 96:22, 96:25, 97:4, 97:7, 97:16, 97:18, 97:21, 97:25, 98:2, 98:4, 98:7, 98:12, 98:15, 98:21, 98:25, 99:3, 99:7, 99:10, 99:12, 99:13, 99:14, 99:15, 99:23, 100:3, 100:8, 100:11, 100:18, 100:20, 100:22, 100:24, 101:5, 101:8, 101:10, 101:15, 101:18, 101:21, 102:4, 102:6, 102:9, 102:15, 102:18, 102:23, 103:1, 103:4, 103:6, 103:7, 103:10, 103:12, 103:18, 103:24, 104:3, 104:6, 104:14, 104:18, 104:21, 104:23, 104:25, 105:3, 105:9, 105:12, 105:15, 105:17, 105:23, 106:1, 106:4, 106:7, 106:13, 106:16, 106:24, 107:2, 107:5, 107:8, 107:10, 107:13, 107:15, 107:17, 107:18, 107:23, 107:25, 108:7, 108:14, 108:18, 108:23, 109:3, 109:7, 109:8, 109:10, 109:21, 109:23, 110:3, 110:9, 110:13, 110:17, 110:25, 111:3, 111:5, 111:7, 111:10, 111:12, 111:14, 111:20, 111:22, 111:24, 112:1, 112:7, 112:9, 112:15, 112:17, 112:20, 112:24, 112:25, 113:2, 113:10, 113:12, 113:18, 113:24, 114:1, 114:5, 114:8, 114:17, 114:20, 114:22, 115:1, 115:4, 115:9, 115:12, 115:20, 115:22, 115:25, 116:2, 116:4, 116:7, 116:9, 116:10, 116:13, 116:16, 116:18, 116:20, 116:21, 116:24, 117:5, 117:8, 117:13, 117:16, 117:24, 118:1, 118:3, 118:5, 118:8, 118:12, 118:16, 118:19, 118:21, 118:23, 119:2, 119:4, 119:6, 119:10, 119:14, 119:17, 119:19, 119:23, 120:2, 120:5, 120:7, 120:12, 120:16, 120:21, 121:1, 121:5, 121:9, 121:12, 121:14, 122:2, 122:6, 122:9, 122:22, 123:1, 123:4, 123:11, 123:18, 123:19, 123:20, 124:2, 124:9, 124:11, 124:13, 124:15, 124:19, 124:24, 124:25, 125:2, 125:3, 125:4, 125:7, 125:11, 125:14, 125:16, 125:18, 125:20, 125:23, 126:1, 126:3, 126:6, 126:8, 126:12, 126:18, 126:21, 126:23, 126:25, 127:3, 127:9, 127:13, 127:16, 127:17, 127:19, 127:22, 127:24, 128:4, 128:9, 128:10, 128:12, 128:14, 128:20, 128:24, 128:25, 129:2, 129:10, 129:12, 129:14, 129:16, 129:19, 129:22, 129:24, 130:2, 130:6, 130:11, 130:13, 130:16, 130:19, 131:2, 131:4, 131:7, 131:11, 131:14, 131:17, 131:20, 131:23, 132:1, 132:7, 132:9, 132:12, 132:15, 132:19, 133:6, 133:9, 133:13, 133:23, 133:25, 134:6, 134:11, 134:14, 134:15, 135:5, 135:11, 135:18, 135:20, 135:25, 136:3, 136:14, 136:17, 136:18, 136:20, 136:23, 137:5, 137:8, 137:11, 137:14, 137:16, 137:21, 137:25, 138:3, 138:5, 138:11, 138:13, 138:16, 138:19, 138:23, 138:25, 139:1, 139:3, 139:5, 139:6, 139:8, 139:9, 139:10, 139:11, 139:14, 139:15, 139:16, 139:17, 140:1, 140:3, 140:6, 141:5, 141:8, 141:10, 141:11, 141:16, 141:22, 142:1, 142:4, 142:11, 142:14, 142:18, 142:21, 142:25, 143:9, 143:17, 143:20, 143:22, 143:25, 144:3, 144:6, 144:9, 144:11, 144:13, 144:15, 144:19, 145:2, 145:7, 145:10, 145:14, 145:17, 145:19, 145:24, 146:2, 146:4, 146:6, 146:9, 146:13, 146:17,

146:19, 146:21, 146:23, 147:2, 147:15, 148:4, 148:9, 148:15, 148:19, 148:22, 148:24, 149:8, 149:10, 149:15, 149:21, 150:3, 150:5, 150:6, 150:8, 150:10, 150:15, 150:20, 150:24, 151:2, 151:3, 151:5, 151:7, 151:9, 151:13, 151:19, 151:23, 152:1, 152:3, 152:11, 152:13, 152:16, 152:18, 152:22, 152:24, 153:1, 153:5, 153:8, 153:14, 153:18, 153:19, 153:20, 154:2, 154:5, 154:8, 154:10, 154:13, 154:19, 154:21, 154:25, 155:4, 155:6, 155:7, 155:9, 155:11, 155:14, 155:16, 155:20, 155:22, 156:4, 156:6, 156:10, 156:13, 156:20, 156:22, 156:24, 157:2, 157:4, 157:7, 157:9, 157:11, 157:14, 157:23, 157:25, 158:2, 158:4, 158:6, 158:10, 158:12, 158:13, 158:14, 158:23, 158:25, 159:2, 159:5, 159:7, 159:10, 159:14, 159:16, 159:18, 159:19, 159:21, 159:22, 160:12, 160:16, 160:23, 161:5, 161:7, 161:13, 161:19, 161:22, 161:24, 162:2, 162:4, 162:9, 162:12, 162:17, 162:23, 163:1, 163:10, 163:12, 163:14, 163:17, 163:20, 163:23, 164:6, 164:8, 164:10, 164:13, 164:22, 165:2, 165:5, 165:7, 165:8, 165:11, 165:13,

165:24, 166:4, 166:5, 166:7, 166:9, 166:14, 166:21, 166:24, 167:2, 167:9, 167:12, 167:14, 167:16, 167:18, 167:21, 167:22, 168:1, 168:8, 168:9, 168:10, 168:17, 168:20, 168:21, 169:5, 169:12, 169:17, 169:20, 170:2, 170:5, 170:8, 170:12, 170:16, 170:18, 170:23, 170:25, 171:3, 171:5, 171:8, 171:10, 171:11, 171:18, 171:21, 171:23, 172:1, 172:3, 172:7, 172:10, 172:13, 172:15, 172:20, 172:23, 173:1, 173:8, 173:11, 173:12, 173:13, 173:15, 173:18, 173:25, 174:4, 174:7, 174:15, 174:17, 174:20, 174:22, 174:24, 175:11, 175:13, 175:16, 175:19, 175:22, 176:3, 176:4, 176:5, 176:17, 176:25, 177:2, 177:4, 177:5, 177:7, 178:5, 178:18, 178:20, 179:4, 179:11, 179:12, 179:14, 179:16, 179:20, 179:22, 179:24, 180:9, 180:15, 180:19, 180:22, 181:3, 181:11, 181:16, 181:18, 181:22, 181:24, 182:2, 182:6, 182:10, 182:19, 182:22, 182:25, 183:2, 183:8, 183:10, 183:12, 183:14, 183:17, 183:20, 183:22, 183:25, 184:8, 184:10, 184:12, 184:15, 184:16, 184:17, 184:19, 184:21, 184:24,

185:3, 185:8, 185:13, 185:17, 185:20, 186:6, 186:10, 186:12, 186:14, 186:16, 186:17, 187:1, 187:3, 187:9, 187:11, 187:14, 187:18, 187:20, 187:23, 188:2, 188:5, 188:7, 188:9, 188:12, 188:22, 188:24, 189:1, 189:3, 189:7, 189:10, 189:13, 189:18, 189:20, 189:21, 189:24, 190:3, 190:6, 190:12, 190:14, 190:17, 190:22, 190:25, 191:8, 191:10, 191:13, 191:15, 191:16, 191:17, 191:18, 192:3, 192:10, 192:16, 192:18, 192:22, 193:3, 193:4, 193:6, 193:8, 193:15, 193:17, 193:18, 193:19, 193:20, 193:21, 193:25, 194:1, 194:3, 194:4, 194:6, 194:7, 194:10, 194:11, 194:12, 194:13, 194:16, 194:17, 194:22, 194:23, 195:1, 195:5, 195:13, 195:19, 195:21, 195:24, 196:1, 196:4, 196:6, 196:10, 196:11, 196:24, 196:25, 197:3, 197:4, 197:7, 197:10, 197:12, 197:15, 197:18, 197:20, 197:22, 197:23, 197:24, 198:1, 198:4, 198:6, 198:7, 198:9, 198:12, 198:13, 198:15, 198:17, 198:20, 198:21, 198:22, 198:23, 198:25, 199:1, 199:4, 199:6, 199:7, 199:8, 199:10, 199:14, 199:15, 200:18, 200:23, 201:20, 202:3,

202:6, 202:14, 202:15, 204:21, 204:24, 206:8, 206:9, 207:4, 207:5, 208:11, 208:15, 208:20
**theft** [5] - 40:6, 96:4, 96:7
**therapist** [1] - 46:22
**thereabouts** [1] - 4:7
**thereafter** [1] - 209:10
**thereof** [1] - 209:13
**Theresa** [28] - 5:5, 23:9, 23:23, 32:18, 33:18, 49:20, 66:1, 82:14, 87:4, 88:7, 89:17, 90:22, 141:9, 155:13, 158:12, 168:19, 177:1, 179:9, 196:23, 197:10, 198:1, 198:9, 204:14, 206:7, 207:3, 207:23, 208:3, 208:7
**thinking** [1] - 181:9
**thinks** [1] - 203:12
**third** [2] - 18:22, 199:17
**three** [38] - 21:1, 46:14, 62:6, 98:19, 104:12, 113:7, 121:17, 132:6, 132:8, 165:25, 166:1, 166:2, 176:12, 177:6, 177:7, 177:13, 177:21, 177:23, 178:1, 178:3, 178:8, 178:11, 178:19, 178:20, 179:6, 179:15, 186:3, 186:4, 190:23, 194:15, 194:19, 194:25, 195:1, 196:13, 197:1
**Three** [1] - 11:14
**three-year-old** [1] - 176:12
**throughout** [1] - 205:22
**throws** [1] - 196:19
**Tiba** [5] - 11:8, 11:20, 27:18, 39:10, 202:10
**TIBA** [1] - 1:8
**tickets** [2] - 15:23, 41:20
**Tiffany** [1] - 12:21
**tight** [1] - 147:20
**tilt** [1] - 121:2
**timeline** [1] - 21:23

**timing** [1] - 60:20
**tobacco** [1] - 86:2
**today** [15] - 4:2, 4:6, 4:13, 21:25, 23:2, 42:15, 87:8, 104:15, 137:9, 179:17, 200:25, 205:15, 207:6, 207:25, 208:1
**together** [4] - 99:25, 100:2, 202:18, 204:3
**toggling** [1] - 25:11
**Toledo** [2] - 102:5, 184:11
**tomorrow** [12] - 4:9, 4:11, 42:16, 140:8, 196:17, 197:14, 202:19, 206:14, 207:8, 208:6, 208:11, 208:21
**took** [6] - 49:24, 100:1, 170:15, 175:10, 175:19, 185:22
**top** [5] - 2:20, 15:5, 23:7, 140:18, 193:12
**total** [1] - 177:24
**totally** [1] - 131:19
**touch** [2] - 81:8, 119:10
**touching** [1] - 10:21
**toward** [1] - 91:20
**towards** [1] - 91:21
**traffic** [3] - 15:23, 41:20, 68:10
**trafficking** [1] - 11:11
**training** [9] - 14:6, 14:13, 33:9, 45:20, 92:11, 104:10, 152:6, 163:4, 182:14
**transcribed** [1] - 209:10
**TRANSCRIPT** [1] - 1:10
**transcript** [1] - 209:6
**TRANSCRIPTION** [1] - 1:25
**transcription** [1] - 209:11
**transfer** [1] - 159:3
**transition** [1] - 119:1
**translate** [1] - 175:24
**transporting** [1] - 81:5
**treated** [8] - 25:15, 86:8, 91:2, 96:17, 144:13, 154:22, 164:8
**treatment** [3] - 118:20, 118:23, 118:24
**TRIAL** [1] - 1:10
**trial** [42] - 2:11, 16:9,

16:13, 17:2, 21:3, 21:11, 21:13, 22:20, 22:25, 31:5, 40:4, 62:22, 68:6, 68:9, 68:13, 68:14, 69:1, 70:14, 79:4, 96:9, 96:19, 96:23, 144:7, 144:20, 149:2, 149:15, 149:17, 158:15, 159:24, 159:25, 167:24, 176:6, 201:11, 202:19, 204:2, 204:22, 204:25, 205:5, 205:12, 207:14, 207:24, 208:2
**trials** [5] - 2:5, 4:4, 18:13, 19:7, 149:13
**tried** [1] - 60:2
**trooper** [2] - 111:2, 111:4
**trouble** [3] - 125:12, 126:13, 201:6
**true** [2] - 202:11, 209:5
**truly** [1] - 202:9
**truth** [3] - 10:23
**try** [6] - 33:22, 64:6, 84:2, 155:16, 202:9
**trying** [10] - 42:24, 73:24, 129:1, 159:25, 167:23, 170:17, 198:17, 198:19, 198:23, 199:1
**Tuco** [1] - 138:7
**Tuesday** [2] - 132:24, 149:23
**turn** [3] - 33:17, 62:13, 161:16
**TV** [12] - 19:13, 141:19, 148:13, 150:17, 151:15, 155:24, 161:10, 162:12, 166:17, 169:10, 185:9, 189:14
**twice** [2] - 13:6, 93:13
**two** [45] - 20:25, 37:15, 42:14, 46:14, 62:6, 82:13, 82:14, 93:17, 93:21, 98:4, 98:6, 98:7, 98:9, 104:19, 121:17, 138:22, 138:23, 138:25, 139:1, 139:4, 139:6, 139:7, 140:12, 140:22, 140:23, 154:18,

158:3, 165:23, 166:1, 166:2, 168:22, 168:24, 172:5, 172:16, 177:9, 177:23, 180:2, 181:9, 190:23, 194:19, 194:23, 196:13, 208:16
**Two** [1] - 11:11
**type** [4] - 77:2, 152:5, 182:12
**typically** [1] - 178:9

## U

**U.S** [4] - 2:2, 12:2, 15:16, 85:22
**ultimate** [1] - 120:13
**unable** [3] - 18:9, 20:14, 20:21
**unanimous** [1] - 122:23
**unavoidable** [1] - 176:19
**uncle** [4] - 54:16, 104:16, 111:1, 184:5
**unclear** [1] - 75:5
**uncles** [3] - 156:19, 156:23, 156:25
**under** [3] - 10:20, 21:3, 23:12, 46:23, 121:20, 187:14, 201:13, 202:8, 203:5, 203:9, 203:24, 207:25, 209:10
**undercover** [3] - 114:25, 115:1
**undergrad** [1] - 102:8
**underlying** [6] - 22:15, 43:10, 43:14, 43:16, 80:10, 133:16
**understood** [8] - 27:1, 74:4, 85:3, 120:20, 167:24, 195:3, 195:4, 201:25
**unfairly** [1] - 86:8
**unfortunately** [1] - 91:3
**UNITED** [4] - 1:1, 1:5, 1:11, 1:14
**United** [13] - 12:2, 12:3, 13:5, 15:21, 18:3, 18:4, 18:5, 18:8, 18:11, 72:23, 125:21, 202:10, 209:4
**University** [3] - 152:14, 152:20,

158:24
**university** [2] - 152:15
**unless** [4] - 18:20, 19:8, 205:13, 206:16
**unlimited** [1] - 147:18
**unoccupied** [1] - 205:21
**unreasonable** [1] - 135:1
**unusual** [2] - 208:1, 208:4
**unwilling** [1] - 20:14
**up** [108] - 3:13, 3:16, 3:25, 4:8, 4:20, 11:18, 11:23, 16:22, 23:16, 25:18, 27:13, 28:21, 31:21, 35:13, 36:21, 38:7, 38:8, 39:5, 44:22, 45:15, 46:18, 51:4, 52:1, 52:10, 56:3, 56:13, 57:11, 60:22, 62:4, 62:10, 62:17, 62:18, 62:21, 65:8, 66:12, 71:10, 75:15, 80:18, 82:18, 83:20, 86:3, 87:4, 87:15, 87:25, 88:6, 88:13, 91:10, 94:14, 101:1, 103:14, 105:24, 106:3, 106:12, 106:14, 108:3, 109:25, 112:3, 113:14, 123:24, 125:11, 126:25, 128:1, 128:24, 138:5, 138:15, 138:16, 139:4, 139:14, 140:7, 140:23, 141:13, 145:22, 146:12, 148:6, 149:4, 150:16, 160:9, 166:5, 166:11, 167:23, 169:1, 169:2, 169:7, 173:14, 175:6, 175:23, 177:18, 178:9, 178:23, 180:5, 180:6, 185:3, 189:1, 192:8, 194:18, 195:3, 196:7, 196:11, 196:22, 197:14, 198:18, 199:5, 206:11, 206:13, 207:21
**update** [2] - 42:6, 42:19
**Upper** [1] - 132:5

upstairs [2] - 11:18, 16:23
**urinate** [1] - 122:1
**user** [4] - 118:12, 118:13, 118:15, 118:16
**users** [2] - 119:11, 120:8

## V

**Van** [1] - 12:21
**various** [2] - 2:14, 104:13
**vehicle** [2] - 143:25, 144:4
**vehicular** [3] - 55:7, 55:10, 184:6
**verdict** [11] - 19:24, 20:5, 70:20, 90:13, 160:1, 188:10, 202:11, 204:9, 204:10, 205:10, 205:11
**veterans** [1] - 80:17
**vetted** [1] - 87:7
**victim** [14] - 16:7, 16:11, 40:2, 40:5, 68:4, 79:2, 93:9, 99:17, 106:8, 106:20, 153:22, 157:17, 164:15, 183:4
**Vienna** [1] - 98:3
**view** [4] - 17:22, 26:19, 86:8, 182:19
**violating** [2] - 14:25, 15:8
**violations** [2] - 86:3, 99:3
**Virginia** [7] - 96:11, 98:3, 114:18, 115:4, 137:3, 157:8, 171:4
**vision** [1] - 21:5
**voice** [3] - 37:4, 37:6, 124:19
**voir** [2] - 2:19, 109:16
**VOIR** [1] - 1:10
**voluntarily** [2] - 119:2, 119:5
**vote** [1] - 122:23
**vs** [1] - 202:10

## W

**wait** [9] - 3:14, 30:17, 35:4, 74:18, 140:8, 174:24, 193:1, 193:11, 201:17
**waiting** [6] - 4:5, 31:5,

52:6, 66:1, 192:24, 200:25
**waive** [2] - 23:1, 23:2
**walk** [2] - 75:15, 206:11
**wants** [1] - 153:3
**War** [1] - 80:17
**warfare** [1] - 44:15
**warrant** [1] - 175:8
**Washington** [7] - 1:21, 78:15, 80:23, 93:16, 118:22, 119:22, 129:21
**water** [1] - 206:6
**Watson** [1] - 12:21
**weapons** [2] - 99:3, 120:17
**wear** [2] - 2:13, 81:4, 81:5
**wearing** [1] - 65:15
**week** [54] - 21:14, 21:19, 21:25, 22:2, 22:3, 22:4, 22:10, 41:25, 42:1, 42:8, 132:23, 132:24, 133:12, 144:21, 144:25, 145:4, 145:11, 145:19, 145:23, 146:10, 146:12, 146:13, 146:15, 147:1, 147:6, 147:7, 147:11, 148:25, 149:2, 149:7, 149:16, 149:22, 149:23, 158:16, 160:1, 160:2, 165:21, 165:23, 168:3, 168:4, 171:12, 171:13, 172:16, 172:19, 176:7, 176:8, 196:18, 201:8
**weekend** [2] - 42:22, 149:18
**weekends** [1] - 146:25
**weekly** [1] - 145:15
**weeks** [1] - 42:14
**weight** [4] - 17:12, 17:16, 17:18, 18:9
**Wendy's** [1] - 31:5
**western** [1] - 54:23
**whole** [7] - 4:4, 4:5, 4:12, 10:23, 139:22, 190:15, 205:20
**wife** [10] - 92:15, 92:19, 93:12, 102:2, 102:22, 110:23, 126:8, 126:10, 152:9, 154:3

**wife's** [2] - 115:19, 115:21
**willing** [3] - 43:17, 43:21, 179:4
**wish** [26] - 30:9, 34:23, 38:7, 41:3, 44:2, 47:20, 48:7, 50:21, 55:20, 58:23, 60:8, 64:11, 69:11, 71:2, 81:25, 82:3, 86:15, 99:7, 100:20, 111:14, 116:10, 126:18, 133:23, 136:20, 155:7, 184:17
**withdraw** [1] - 148:2
**Witness** [1] - 26:4
**witness** [46] - 16:7, 16:8, 16:12, 17:9, 17:15, 17:16, 17:18, 17:21, 17:25, 40:2, 40:3, 48:23, 68:5, 68:17, 69:5, 75:13, 79:3, 79:18, 79:21, 86:5, 93:9, 93:10, 96:22, 99:17, 99:18, 99:23, 106:9, 106:20, 106:21, 153:22, 153:23, 157:18, 164:16, 167:16, 183:4, 183:5, 203:4, 206:4
**witness'** [2] - 17:10, 17:12
**witnessed** [1] - 68:20
**witnesses** [14] - 12:10, 18:25, 165:19, 203:3, 203:4, 203:17, 203:19, 203:22, 203:23, 204:1, 208:15, 208:17, 209:8
**Woe** [2] - 140:7, 140:8
**woman** [3] - 122:13, 170:23, 170:24
**wonder** [1] - 123:9
**wondering** [3] - 38:17, 64:17, 109:19
**word** [3] - 41:13, 41:19, 41:20
**words** [5] - 62:23, 64:9, 67:12, 177:20, 202:17
**workable** [2] - 183:18, 183:20
**worker** [2] - 102:12, 136:11
**works** [6] - 46:4, 50:10, 76:23,

102:12, 104:17, 130:9
**worksheets** [1] - 197:8
**World** [1] - 80:17
**worry** [1] - 89:8
**wound** [1] - 86:3
**written** [2] - 41:24, 62:9
**wrote** [2] - 41:13, 143:14

## X

**Xs** [1] - 109:19

## Y

**y'all** [1] - 145:5
**year** [11] - 11:13, 59:15, 89:22, 99:22, 119:1, 120:11, 146:5, 159:2, 175:17, 176:12, 187:19
**yearly** [1] - 120:10
**years** [48] - 40:13, 50:6, 58:3, 60:15, 64:22, 67:15, 68:24, 70:13, 90:1, 90:9, 93:21, 95:17, 95:22, 95:25, 97:15, 97:20, 98:5, 98:6, 98:7, 98:9, 98:11, 102:8, 102:9, 113:7, 117:23, 118:4, 118:5, 118:7, 118:8, 125:22, 125:23, 129:22, 129:23, 131:6, 132:6, 132:8, 143:19, 154:3, 158:3, 175:10, 175:19, 183:7, 187:22, 190:10, 190:24
**yes-or-no** [1] - 73:9
**Yom** [1] - 21:17
**young** [1] - 37:12
**younger** [1] - 104:19
**yourself** [5] - 11:17, 118:13, 143:15, 163:19, 192:6