1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF MARYLAND

3                        SOUTHERN DIVISION

4

5  UNITED STATES OF AMERICA,      ) CRIMINAL
                                  ) NO. PJM-16-403
6             Plaintiff,          )
                                  )
7  v.                             )
                                  )
8  TIBA SAKURI CONLEY,            )
                                  )
9             Defendant.          )

10          TRANSCRIPT OF JURY TRIAL PROCEEDINGS - DAY 2
                  BEFORE THE HONORABLE PETER J. MESSITTE
11             UNITED STATES DISTRICT JUDGE, AND A JURY
                  TUESDAY, SEPTEMBER 22, 2020; 10:34 A.M.
12                      GREENBELT, MARYLAND

13  FOR THE PLAINTIFF:

14             OFFICE OF THE UNITED STATES ATTORNEY
               BY:  JOSEPH R. BALDWIN, ESQUIRE
15             BY:  DWIGHT J. DRAUGHON, JR., ESQUIRE
               6406 Ivy Lane
16             Suite 800
               Greenbelt, Maryland  20770
17             (301) 344-4433

18  FOR THE DEFENDANT:

19             BURNHAM & GOROKHOV, PLLC
               BY:  CHARLES BURNHAM, ESQUIRE
20             1424 K Street NW
               Washington, DC  20005
21             (202) 386-6920

22

23
    OFFICIAL COURT REPORTER:
24  Renee A. Ewing, RPR, RMR, CRR - (301) 344-3227

25     ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES***

1          THE COURT:  Please be seated, ladies and gentlemen.

2   All right.  You don't need to call the case, Madam Clerk.

3          THE DEPUTY CLERK:  Thank you, Judge.

4          THE COURT:  All right.  Mr. Burnham, I understand

5   there is some issues you want to raise.

6          MR. BURNHAM:  Your Honor, Charlie Burnham for Tiba

7   Conley.  Really two things.  Mr. Conley, as the Court can see,

8   decided to come to -- do I need to start at the beginning?

9          THE DEPUTY CLERK:  Please sit down.

10          MR. BURNHAM:  Habits.

11          THE DEPUTY CLERK:  Move the microphone closer to you.

12          MR. BURNHAM:  Mr. Conley is wearing his orange jail

13  clothes this morning against my advice, and so I think if he

14  doesn't reconsider that decision, perhaps a simple instruction

15  to the jury that they should attach no significance to it is

16  appropriate.

17      And then Mr. Conley has some legal issues he wants to

18  raise himself with the Court.  It's not anything that I, as his

19  counsel, am going to adopt, but he did ask me to -- or let me

20  know that he had these things that he wanted to raise.

21          THE COURT:  All right.  Well, first, let's talk about

22  Mr. Conley being in prison garb, and the Court does note, for

23  the record, that he is so dressed today in this orange

24  jumpsuit.

25      Mr. Conley, I address this directly to you.  You have a

1   constitutional right not to appear in prison garb.  You can

2   appear in street clothes.  And if you insist on doing that, you

3   can waive your right, I suppose, if you want to be present in

4   prison garb, for whatever inference the jury is going to make

5   about that.  But all I can do is tell you that that is your

6   right, and if you choose not to exercise it, that's fine, and I

7   want to be sure you understand the implications.

8        The alternative is if you would rather not appear at all,

9   you can observe the proceedings on closed-circuit TV, which I

10  provided for as well.  So that's point number one.

11       And, again, I need you to concede or state one way or

12  another whether you are prepared to go forward in court in

13  prison garb.  Is that what you want to do?  I will ask you to

14  respond at this point.

15          THE DEFENDANT:  That's not what me and Mr. Burnham

16  had talked about this morning.  I came here to talk about

17  something else.  I have a motion for transfer under Rule 21.

18          THE COURT:  Well, we will come to your motions in a

19  moment.  Right now, you are in court in prison garb, and I need

20  to decide that issue.

21       Let's assume, for present purposes, I am going to deny

22  your motion.

23          THE DEFENDANT:  That's for -- the Rule 21 don't --

24          THE COURT:  Look, I don't want to argue that with you

25  right now.  I want to get your response.  Let's assume -- let

1  me go to that issue first now.

2      You want to transfer, what, venue?  You want to start a

3  new trial?  Is that what you want to do?

4          THE DEFENDANT:  No.  I am not trying -- I am not

5  trying to have the trial with you, Burnham, or Mr. Baldwin for

6  prejudice.  And this says on Rule 21, The Court must transfer

7  the proceedings -- the proceedings against that defendant to

8  another district if the Court is satisfied that so great a

9  prejudice is against that defendant exists in the transferring

10  district and the defendant cannot obtain a fair and impartial

11  trial here.

12          THE COURT:  Stop right there.  Stop right there.  I

13  have ruled many times that you will be tried in this court and

14  you will be tried this week and next if necessary.  Your motion

15  is denied.  You are not being treated prejudiced.  It happens

16  that the Court has made rulings you don't like.

17              THE DEFENDANT:  How is that --

18              THE COURT:  I am not going to --

19              THE DEFENDANT:  How am I being treated fairly?  You

20  are proceeding with the case.

21              THE COURT:  I want you to stop talking.

22              THE DEFENDANT:  You are proceeding with the case.

23  They don't have no physical evidence.

24              THE COURT:  Stop talking.  You will hear the

25  evidence, and you may be surprised that the evidence suggests

1  that you are guilty.  I don't know.  I haven't heard the

2  evidence.  But right now, your motion is denied.

3      Number two, transfer, or whatever you are asking for,

4  bias, there is no bias and there is no transfer.  The reason

5  Mr. Burnham has been designated in this case is because you are

6  here and there, pro se, not pro se, you don't like decisions of

7  the Court, and you want to remove me.

8      THE DEFENDANT:  You are not trying to let me

9  represent myself.  I have been pro se.

10     THE COURT:  I am not going to argue anymore about

11 this.  Mr. Burnham represents you, and it's because you are so

12 inconsistent in your views that the Court is not going to allow

13 you to go forward pro se.

14     Now, that said, if you cannot abide what the Court's

15 rulings are, you can leave the courtroom, if that's your

16 choice, or you can sit in the courtroom and maintain yourself.

17     THE DEFENDANT:  So I -- how do I proceed with this?

18 I thought this said that this must -- this must transfer.

19     THE COURT:  I have already made my ruling.  I don't

20 want to hear anymore argument about that.

21     THE DEFENDANT:  It said you must transfer.  You are

22 talking about denying it.

23     THE COURT:  Look, Mr. Conley, if you are going to

24 interrupt the Court and in any way be disruptive, I am going to

25 remove you from the courtroom.  That's what you need to

1    understand.  It's just your condition in this case, your

2    inconsistency, which has required the Court to name standby

3    counsel to represent you.

4        Now, do you wish to be present in the Court proceeding

5    today?  Yes or no?

6             THE DEFENDANT:  I am here.

7             THE COURT:  Okay.  Well, your answer is yes.  Do you

8    wish to proceed in prison garb despite the fact that I have

9    told you you have a constitutional right not to appear in

10   prison garb?  Yes or no?

11            THE DEFENDANT:  I am staying in this.  You are going

12   to do what you want anyway.

13            THE COURT:  I need you to answer.  I need you to

14   answer.  I can't force you to wear clothing you don't want to

15   wear.

16            THE DEFENDANT:  No.  You know what you are going to

17   do.

18            THE COURT:  Then, see, it's this kind of --

19            THE DEFENDANT:  You got your mind made up.

20            THE COURT:  Stop talking when I am talking.  I am in

21   charge of this trial.  You will not stop talking.  Now, I am

22   going to tell the jury, and I, at this point, I am now

23   addressing my remarks no further to you, my remarks are

24   addressed to your attorney, Mr. Burnham.

25       Mr. Burnham, I am prepared to give an instruction to the

1   jury that the defendant is wearing, I don't need to say "prison

2   garb," he's wearing a uniform of some sort.  It's not street

3   clothes.  They are not to make any inference about it.

4       Do you want to have anything specific you want to

5   recommend as to how the Court might advise the jury?  Should I

6   mention prison garb?  What do you want me to say?

7       MR. BURNHAM:  My suggestion was that -- I would

8   prefer not to mention prison garb as such.  Probably just a

9   simple instruction that -- that the jury should attach no

10  significance to --

11      THE COURT:  His manner of address.

12      MR. BURNHAM:  -- Mr. Conley's attire, whatever it is.

13      THE COURT:  Fair enough.  That's fair enough.

14      Now, that said, and, again, this is something I am

15  addressing to you to communicate to your client, but

16  Mr. Conley, you need to pay attention.  If you act

17  disrespectfully in any way during this trial, you interrupt the

18  judge, you interrupt the witnesses, I am going to have you

19  removed from the courtroom.  There is a suggestion that maybe

20  you were misbehaving downstairs and needed to be shackled.  I

21  don't want to do that.

22      If you are in the courtroom, you are all right to go

23  forward, but if you misbehave in any way, I am going to put you

24  outside the courtroom.  You need to understand that.

25      I know you feel, and, apparently, your mother yesterday

1  in the room next door was taking the position that you are

2  being unfairly treated and biased.  We will see what a jury

3  says about the evidence in this case.  You may find that the

4  evidence is sufficiently strong that you change your opinion,

5  or you may continue to believe that you are innocent.  Right

6  now, I have not made any determination.  What I have determined

7  is this case will go forward, you will not frustrate it, you

8  will not, by playing games, in effect, which is what you are

9  doing.

10           THE DEFENDANT:  I am not playing games.

11           THE COURT:  No further words.

12           THE DEFENDANT:  You proceed -- if the detective said

13  two controlled buys to get in my house --

14           THE COURT:  This is my last warning to you.

15           THE DEFENDANT:  You are still proceeding with the

16  case.

17           THE COURT:  The case is going forward.  I am not

18  talking to you anymore.  I am talking to your counsel.

19           THE DEFENDANT:  You are still proceeding with fake

20  ass --

21           THE COURT:  Mr. Burnham, I am on the verge of

22  removing Mr. Conley from the courtroom with this kind of talk

23  back and talk over and so on.  I don't know what your position

24  will be, but I'd like to hear you on that before I take action.

25           MR. BURNHAM:  I think, Your Honor, I think once we

1   get past this ruling here, we will be ready to go with --

2   proceed with opening statements.

3          THE COURT:  All right.  Again, though, I reserve the

4   right, if he in any way acts inappropriately, to remove him

5   from the courtroom, and if he is removed, tell this to the

6   marshals, make sure he has access to the -- to the television

7   observance.

8       All right.  Are you ready to go otherwise?

9          MR. BURNHAM:  We are ready to proceed.

10          THE COURT:  Government?

11          MR. BALDWIN:  Yes, Your Honor.

12          THE COURT:  Mr. Burnham, are you ready to go as well?

13          MR. BURNHAM:  I am ready to proceed.

14          MR. BALDWIN:  Your Honor, my one question is are we

15   to argue from the podium --

16          THE COURT:  You can argue from the podium.  Is that

17   correct, Theresa?

18          THE DEPUTY CLERK:  Yes, Your Honor.

19          MR. BALDWIN:  Well, open.  Thank you, Your Honor.

20          THE COURT:  All right.  Bring the jury in.

21          THE DEPUTY CLERK:  Yes, Your Honor.

22       (The jury panel enter the courtroom at 10:45 a.m.)

23          THE COURT:  All right.  Good morning, ladies and

24   gentlemen.  We are ready to begin with proceedings.  You should

25   have your notepads with you, and you are going to hear opening

1    statements now from the attorneys.  What they tell you in

2    opening statement is not evidence.  It's merely a preview of

3    what they believe the evidence will be and so on.

4         I might add as well that, with regard to this jury, Juror

5    No. 1, who was Ms. -- excuse me one second -- Ms. █████, you

6    are the forelady of this jury.  You get that job by reason of

7    being in your seat.  No heavy responsibility.  But I will say

8    more about that later.  All right, Mr. Baldwin.

9         MR. BURNHAM:  I'm sorry.  Does the Court have an

10   instruction for the jury.

11        THE COURT:  There is -- ladies and gentlemen, the

12   Court should note to you that the defendant appears in

13   different garb, different attire today.  You are to attach no

14   significance whatsoever to the fact that he is in a different

15   attire today.

16        All right, Mr. Burnham?

17        MR. BURNHAM:  Thank you, Your Honor.

18        THE COURT:  Thank you.  Mr. Baldwin.

19        MR. BALDWIN:  Hello.  Thank you, Your Honor.

20        Good morning.

21        (The jury panel reply, "Good morning.")

22        MR. BALDWIN:  On April 21st, 2016, officers from the

23   Howard County Police Department and special agents and TFOs in

24   the FBI, Federal Bureau of Investigation, executed a search

25   warrant at 3016 Oak Green Court, Apartment C, in Ellicott City,

1  Maryland.  The very first officer who entered the house looked

2  over to his left, and what he saw was the defendant, Tiba

3  Conley, in the kitchen, and then as he approached, he saw a gun

4  on the counter where Mr. Conley had been standing.

5      Other officers entered the residence and they searched

6  it.  Among other things they found also in the kitchen were

7  numerous bags of white powder and white rock-like substance,

8  digital scales.  They searched Mr. Conley.  On his person, they

9  found $495 in one pocket and also what appeared to be a white

10 rock-like substance in a sock.

11     In the back bedroom, the only bedroom, this one-bedroom

12 apartment, there they found two rifles leaning up against a

13 closet unit and another pistol in a drawer in the bedroom, the

14 only bedroom in the place.

15     There were also multiple rounds of ammunition found.

16 There were also indicia of ownership, as you will hear and see

17 in the trial, like bills with Mr. Conley's name on it.

18     Those are the fundamental facts in the case.

19     My name is Joseph Baldwin.  I am an Assistant United

20 States Attorney here in the District of Maryland.  My

21 co-counsel is Dwight Draughon.  He's also an Assistant United

22 States Attorney in the District of Maryland.  And joining us

23 today from the FBI is Special Agent Darren Jefferies who will

24 be helping out with the evidence, and you will see several

25 different FBI agents helping out and moving evidence given the

1  new COVID situation moving around the courtroom and putting

2  exhibits where they need to be.

3      Now, based on the scenario I just told you, the execution

4  of the search warrant in his house, the government has brought

5  three charges against Mr. Conley.  It's my opportunity right

6  now to give you a preview of what's going to happen in the

7  trial, just a basic understanding, and then we will put forward

8  the evidence.

9      So the first thing I am going to do is I am going to

10  review the charges.  Then I will talk to you a little bit about

11  the evidence and more about the witnesses who will be putting

12  in various evidence, and then I will also give you some

13  suggestions for how to keep track of things in trial.

14      So, first, let's talk about the charges that are pending

15  here.  Count One is possession with intent to distribute

16  controlled substances.  You can see it on the screen there.

17  The judge is going to instruct you, so you are going to be

18  instructed on all these instructions at the end of the trial,

19  but this is just a make you familiar with it before you start

20  hearing the evidence.

21      Count One, these are the elements, these are the things

22  that the government must prove:  One, that the defendant

23  possessed a controlled substance; two, the defendant knew that

24  he possessed a controlled substance; and three, the defendant

25  intended to distribute the controlled substance.

1           There is a detail with Count One, and that is you should

2    take note of the amount of cocaine base in grams that was

3    recovered during the execution of the search warrant.

4           Count Two is possession of firearms in furtherance of a

5    drug trafficking crime.  So the elements here is the defendant

6    committed the drug trafficking crime charged in Count One,

7    which we had just gone over; and, two, the defendant knowingly

8    possessed a firearm or firearms in furtherance of the drug

9    trafficking crime charged in Count One.  That's the second

10   count.

11          Count Three is possession of firearms by a prohibited

12   person.  This has four elements.  It's on three different

13   slides.  The first one is that the defendant was convicted in

14   any court of a crime punishable by imprisonment for a term

15   exceeding one year and the defendant's civil rights to possess

16   a firearm or ammunition had not been restored.

17          The second element is on April 21st, 2016, that day I

18   told you about the search warrant, the defendant knew that he

19   had previously been convicted of a crime punishable by

20   imprisonment for a term exceeding one year.

21          The third element:  The defendant knowingly possessed any

22   of the firearms or any of the ammunition or a combination of

23   those, of any combination of the firearms or ammunition, as

24   charged.

25          And you will have the specifications of the indictment,

1   and the individual weapons will be instructed to you at the

2   close of the case, and you will see that in the evidence of the

3   guns that were -- that were charged and the ammunition.

4        And four, finally, the possession charged was in or

5   affecting interstate or foreign commerce.  I will address that

6   element in a moment.

7        So those are the -- those are the elements of the -- of

8   the case.

9        With respect to the witnesses, you will hear from several

10  witnesses that are going to set forth all the evidence.  First,

11  you are going to hear from fact witnesses.  The fact witnesses

12  in the case are the people who actually went into the

13  apartment.  The leader of the tactical team that went in first

14  saw Mr. Conley.  You are going to hear from detectives from

15  Howard County who went in and searched Mr. Conley.  You are

16  going to hear from detectives who searched the kitchen and

17  searched the bedroom and amassed that evidence, and they will

18  offer that evidence into -- into evidence.  So you will hear

19  from those individuals.

20       You will also hear from individuals that address some of

21  the other aspects of the crime.

22       We will put on evidence with respect to prior

23  convictions.

24       You will also hear from a chemist at the DEA who tested

25  substances to see what those substances were.

1           You will also hear from a individual who studies firearms

2      and whether they moved in interstate commerce or not.  You will

3      hear a witness on that.  His name is Matt Leonard from ATF.

4           You will hear from a DNA witness who is a forensic

5      examiner with the FBI who examined some DNA evidence and swabs

6      that were taken from the guns in the case.  That individual

7      will testify about the DNA profile, and there was a comparison

8      of that evidence against a DNA profile that was generated from

9      a swab taken from the defendant, so you will hear from that DNA

10     individual.

11          You will also hear from a -- a veteran detective from

12     Montgomery County who will testify about drug trafficking,

13     distribution, and aspects of that, including typical amounts

14     you would tend to see by a user versus a distributor of those

15     amounts, those tools that a drug trafficker uses.  That's not

16     every witness, but those, in general, are the witnesses you are

17     going to hear in the trial over the next several days.

18          With respect to suggestions, first, I'd like to say thank

19     you for being here and your willingness to come and serve jury

20     duty.  The whole system depends on citizens to do this, so

21     thank you for being here.  I know you will pay close attention.

22          Please note that you won't have an opportunity to review

23     a transcript of what the witnesses say so you are not going to

24     have an opportunity to review in written form what it is that

25     all these witnesses are putting on, so if there is something

1  that you deem to be significant or important, please take a

2  note of that, and, therefore, you will be able to refer to that

3  when you do your jury deliberations.

4       As I mentioned, there is the -- the issues with the

5  amount of cocaine, cocaine base that are in the -- in the case,

6  for example.  Sometimes that can be hard to remember.  But you

7  are free to take notes and I encourage you to do so.

8       The government has the burden of proof here.  Judge

9  Messitte has said it several times.  We embrace that burden of

10 proof.

11      At the end of the trial, we are going to come back to you

12 after we have put all the evidence in and we will ask you to

13 return a verdict of guilty on all three counts.

14      Thank you.

15      MR. BURNHAM:  Your Honor, can we approach or approach

16 a bench conference before I proceed with my opening statement?

17      THE COURT:  We are going to use the telex

18 communicator we have got.  Let's try that, the wireless.  Do

19 you have that?

20      THE DEPUTY CLERK:  They are sanitized.  Counsel, they

21 are all sanitized.

22      THE COURT:  Counsel, are you on this?  Counsel,

23 Mr. Burnham, can you -- go ahead.  Hold on.  Mr. Burnham, can

24 you test, please?  You are not hearing me.

25      MR. BURNHAM:  I am getting some feedback here.

1          THE COURT:  Mr. Burnham, are you not hearing me?

2          MR. BURNHAM:  I can hear Your Honor, but there is a

3    buzzing.

4          THE COURT:  There is a buzzing.

5          THE DEPUTY CLERK:  Yeah, I know.

6          THE COURT:  I am having a little hard time.

7          MR. BALDWIN:  Severe feedback.

8       Can you hear me, Your Honor?

9          MR. BURNHAM:  I can hear Your Honor, but there is

10   severe feedback any time anyone talks.  Can you all hear me?  I

11   can't tell if -- okay.

12         THE COURT:  Can you hear me, Mr. Baldwin?  I can't

13   hear myself.  When I speak, it's going through my head.

14         THE DEPUTY CLERK:  You need to speak directly into

15   this.  I am not hearing anything now.

16         THE COURT:  Hello.  It's echoing through my head.  I

17   am not getting any clear communications.  Reggie, now it's --

18   well, I am still getting a lot of feedback here.  Are you

19   working on it?

20         THE DEPUTY CLERK:  Yes.

21         THE COURT:  Mr. Burnham, do you want to try and say a

22   few words?

23         MR. BURNHAM:  It sounds a lot better.

24         THE COURT:  Better.

25         MR. BURNHAM:  I can hear you fine, Your Honor.

1        THE COURT:  Mr. Baldwin, can you hear?

2        MR. BALDWIN:  I can hear you.

3        THE COURT:  Well, let's try, Mr. Burnham, but speak

4    slowly because I am still getting a lot of echo.  Go ahead.

5        MR. BURNHAM:  Okay.  I will proceed.  Before I get to

6    my motion, I think I need to just briefly summarize part of our

7    suggestion this morning in chambers.

8        THE COURT:  Who is speaking now?

9        MR. BURNHAM:  This is Charles Burnham for Tiba

10   Conley.

11       THE COURT:  Go ahead.

12       MR. BURNHAM:  So just to briefly summarize as we

13   discussed this morning in chambers with Mr. Baldwin, I had

14   offered to stipulate to Mr. Conley's being convicted of a prior

15   offense carrying at least a year, which, under *Old Chief* and

16   it's progeny, means that evidence of the nature of the

17   convictions, including the number of them, is -- is

18   inadmissible under Rule 403, and that was discussed in chambers

19   with Your Honor.

20       And so based on that, I will move for a mistrial based on

21   the government's opening statement which contained an explicit

22   allegation that there would be more than one conviction proven

23   in their case in chief.  Government counsel used the phrase

24   "convictions," plural, very clearly in his opening statement,

25   which has prejudiced the jury even if there is a curative

1    instruction or even ultimately the stipulation is, which names

2    one conviction, so that would be my motion.

3          THE COURT:  All right.  Mr. Baldwin, do you want to

4    respond?

5          MR. BALDWIN:  Your Honor, as we discussed in chambers

6    this morning, I don't believe that the government needs to --

7    needs to --

8          THE DEPUTY CLERK:  Can you move just a little bit?

9          MR. BALDWIN:  -- needs to or is required to rely on a

10   stipulation by counsel that is not signed by the defendant, and

11   the government doesn't believe -- we haven't addressed that

12   issue yet, but the government anticipates putting in, if there

13   is not a stipulation to both prior convictions, the government

14   anticipates putting on evidence of that to show that he knew of

15   each of those convictions.  I don't think it's sufficient that

16   Mr. Burnham would sign off on that particularly in light of

17   *Rehafe* [ph] and the fact that the defendant must know the

18   conviction.  I don't think that defense counsel can stipulate

19   to that, so I don't think there is any mistrial based on that

20   -- that proffer of evidence or that there would be evidence

21   entered with respect to prior convictions.

22         THE COURT:  All right.  Well, Mr. Burnham, as I

23   understood the chambers conference -- are you hearing me?  Can

24   counsel hear me?

25         MR. BALDWIN:  Yes, Your Honor.

1          THE COURT:  Can counsel hear me?

2          MR. BURNHAM:  I can hear you, Your Honor.

3          THE COURT:  Mr. Burnham, as I understood from your

4    remarks in chambers, you believe that there is legal authority

5    for the proposition that even if your client does not stipulate

6    to the fact of a prior felony conviction that you, on his

7    behalf, in his interest, could stipulate, and that's what you

8    propose to do.

9          I don't understand you to be doing it right now, but you

10   are objecting to the fact that the government has a matter to

11   prove and it would have to prove this in the absence of the

12   stipulation which may or may not be accepted.

13         What do you want to say about that?  I'm sorry.

14         MR. BURNHAM:  That's correct, Your Honor.  I'm sorry,

15   should I pause?

16         THE COURT:  What more do you want to say about it at

17   this point?

18         MR. BURNHAM:  Your Honor is correct that I -- my

19   research I do believe supports that I have the authority as

20   counsel to enter into a stipulation on Mr. Conley's behalf even

21   without his explicit consent.

22         The only three issues that the defendant has ultimate

23   control over is whether to have a jury, a bench trial, whether

24   to plead guilty, or whether to -- whether to testify.

25         Anything beyond that, in consultation with him, I can

1    exercise my judgment, which I am doing so now, and to underline

2    that contention, *Florida against Nixon*, a Supreme Court case

3    from 2004, 125 Supreme Court 551, which I can email to chambers

4    if that would be helpful, a defense attorney actually conceded

5    that his client was guilty of murder in a death penalty case,

6    and that was upheld as not being ineffective as a strategic

7    decision to avoid the death penalty.  So that's an extreme

8    case.

9         All I am trying to do is a very narrow stipulation which

10   is common in probably 99.9 percent of all felon in possession

11   cases.  I don't agree that *Rehafe* [ph] changes that.  So I

12   hereby offer it to enter into that stipulation.  I have it on

13   my desk.  I can sign it.  I can hand it up now, which I haven't

14   done yet in part because the government is objecting and in

15   part because I was relying on the government's representation

16   in chambers that the evidence about the prior convictions would

17   not come in until tomorrow once we had a chance to potentially

18   to have, you know, more argument on this issue.  I wasn't

19   expecting to hear it in an opening statement.  Maybe it was a

20   mistake.  But to summarize, I think I have the authority to

21   enter into that stipulation.  I have offered to do it multiple

22   times.

23        And in light of that, any evidence beyond what's

24   contained in the stipulation is excludable under *Old Chief* and

25   its interpretation of Rule 403.

1          THE COURT:  All right.  Well, no need to respond,

2  Mr. Baldwin.  Your motion for a mistrial is denied.

3          Now, whether you are going to enter into the stipulation

4  or not, I will have a look at that case that you mentioned, but

5  you need to -- I need to make a decision on that fairly quickly

6  so the government is prepared to go forward with its proof if

7  you don't.

8          Now, again, you are operating with a client who is not

9  entirely cooperative, A, with your presence in the case at all,

10  and, B, whether he has particularly agreed to what you are

11  going to do here.  So it may be that you are in a position

12  where you are, in effect, overruling your defendant -- your

13  client's request to put the government to its proof in every

14  respect, and I am not prepared at the moment to tell you that I

15  am going to accept the proposition that you can concede that he

16  was convicted of a felony and precludes the government from

17  making the proof.

18          Now, whether they have to prove more than one, that's

19  another issue.  We can take that up at some other time.  But I

20  think you need to go over -- I want to be clear before we go

21  any further and I need to get -- before I move forward with the

22  trial that you had posed this issue to Mr. Conley and he's

23  taken a position one way or another, and we can talk about that

24  later on, but I want you to put that proposition to him to

25  understand exactly that it might adversely affect his case if

1  you require the government to go forward and prove his felony

2  convictions as opposed to stipulating that, in fact, he had

3  one.

4       Your motion is denied.

5       Please go forward and make your opening argument.

6            MR. BURNHAM:  Thank you, Your Honor.

7       (End of sidebar discussion.)

8            THE COURT:  I need to make a statement to the jury.

9  Are we back on with the jury, Reggie?  Can the jury hear me now

10  or not?  Can the jury hear me now?  I need to talk to the jury.

11  I am asking you whether the jury can hear me now?

12            THE DEPUTY CLERK:  Yes.

13            THE COURT:  All right.  Ladies and gentlemen, raise

14  your hand if you can hear me.  Okay.  I'm sorry I didn't

15  explain this earlier.  In the course of a trial when a

16  defendant has an objection or a motion, in normal times, they

17  would come up to the bench, we would turn on a husher, white

18  noise, and we'd take the argument right there at the bench

19  without inconveniencing everybody.

20       Here, it's a little problematic because just in terms of

21  the electronics, we can't quite do it this way.

22       I have a closed confidential line that I can talk to the

23  attorneys with when they have an objection, which is what we

24  just used, not entirely with success, I might say, with a lot

25  of feedback, but that's why you weren't hearing what we were

1    saying.

2         Ordinarily, if we were having a bench conference, you

3    wouldn't hear either, but you don't hear now because of the way

4    it works electronically.  So it may happen in the course of the

5    trial that we will have further communications like this with

6    counsel out of your hearing, but please bear with us as we go

7    forward.

8         All right, Mr. Burnham.

9         MR. BURNHAM:  Thank you, Your Honor.

10        Members of the jury, thank you for your service in this

11   case.  My name is Charlie Burnham and I represent the defendant

12   in this matter, Tiba Conley, who is sitting right there.

13        As counsel for the government stated here in opening

14   statement, this is my opportunity to give you all a preview of

15   what I expect the evidence to show and some of the things that,

16   in my view, it's important for you all to pay attention to.

17   And then later this week or early next week, once the evidence

18   is in, the judge will instruct you all on every conceivable

19   issue, part of the law that you would need to know in a great

20   more detail than the -- the overview that counsel for the

21   government gave you on the charges, and then I will speak with

22   you again and we will get into detail about the facts of the

23   case and how the law applies.

24        But here this morning, I am just going to give you a

25   preview of some of the things I think you may hear.  But before

1   I do that, I am just going to mention two foundational

2   principles of law that sort of underlie everything we are doing

3   here this morning, two basic principles of constitutional law

4   that you probably studied in school and heard in the news, it's

5   really part of our culture, and those are two things that are

6   the most extremely important.

7         One is the presumption of innocence.  Mr. Conley, despite

8   the fact that he's the defendant in a criminal case, is

9   presumed to be innocent, and that presumption remains with him.

10  And innocence really means innocence.  He's presumed by the law

11  and by you all, per your oath, to be every bit as innocent as

12  you or I or anyone else in that courtroom.  And that -- in this

13  courtroom.  And that presumption remains with him unless and

14  until the second fundamental principle of law I am about to

15  discuss is invoked, which is the government's burden to prove

16  each and every element of each and every charge to all of your

17  satisfaction beyond a reasonable doubt before any conviction

18  can be imposed.

19        And what does that mean?  Well, I will give you an

20  example of really what that means and how powerful that

21  presumption really is.  For the next five or six days,

22  Mr. Conley and I could sit there and read the sports page while

23  you all hear the evidence, not ask any questions, not pose any

24  objections, not make closing argument, and at the conclusion of

25  the trial, if the government had not met its burden to you all

1  satisfaction, your obligation would be to impose not guilty

2  verdicts in this case.

3       So those are the two most important principles of law in

4  my view to keep in mind as you are hearing the evidence.

5       So what are we going to hear in terms of evidence in this

6  case?  Yes, this is a drug case.  You are going to hear about a

7  search where controlled substances were allegedly recovered.

8       Keep in mind, so listen to what the government tells you

9  certainly, and yes, absolutely do take notes, but also listen

10  to what you don't hear and ask yourself is the government

11  giving you the full picture of the -- of the facts of the case,

12  and pay particular attention to the firearms charges in this

13  case.

14       As Mr. Baldwin just went over with you, Mr. Conley is not

15  simply charged with illegal possession of firearms.  That might

16  make this an easier case.  He's charged with use of a firearm

17  in furtherance of a drug trafficking offense, which you better

18  believe is a very, very different animal than a simple illegal

19  firearms possession charge.

20       Look for the evidence of that charge as the government

21  puts on its case.  Wait to see if you hear an actual connection

22  between the guns and the drugs in this case.  Remember that I

23  said that.

24       Finally, every one of you here on the jury has something

25  to offer.  You are all here for your unique perspectives.

1    Everybody has something to contribute.  Certain parts of this

2    case might be a little boring.  Pay attention because you don't

3    know what's going to be significant and what's not until you

4    have heard all the evidence and heard the law from His Honor.

5    And at the end of that, if you pay attention, if you do your

6    best, everybody contributes, then Mr. Conley and I have every

7    confidence that you will return a fair and just verdict in this

8    case.

9         Thank you for your attention.

10             THE COURT:  All right, Mr. Baldwin, your first

11   witness.

12             MR. BALDWIN:  Thank you, Your Honor.  Your Honor, the

13   government calls Officer Mike Nolan, Michael Nolan.

14             THE COURT:  All right.  Is he out in the anteroom?

15   Coming from there?  Fair enough.  Do you want to swear him

16   inside the box, Theresa, or outside?

17             THE DEPUTY CLERK:  I will swear him outside.

18             THE COURT:  As he stands outside?

19             THE DEPUTY CLERK:  Yes.

20             THE COURT:  Who is bringing him in?

21             THE DEPUTY CLERK:  Your Honor, the agents are

22   bringing the witnesses in.

23             THE COURT:  Mr. Nolan, if you would stand by the box

24   here outside first right alongside, and, Madam Clerk, if you

25   will impose the oath.

```
1           THE DEPUTY CLERK:  Yes, Your Honor.  Please raise

2    your right hand.

3              MICHAEL NOLAN, GOVERNMENT'S WITNESS, SWORN

4           THE DEPUTY CLERK:  Please have a seat in the witness

5    box.  Watch your step as you enter.  And please speak loudly

6    and clearly into the microphone.  State your name for the

7    record and spell each name.

8           THE WITNESS:  Michael Nolan, M-I-C-H-A-E-L, last name

9    N-O-L-A-N.

10          THE DEPUTY CLERK:  Thank you.

11          THE COURT:  All right.

12          MR. BALDWIN:  Thank you, Your Honor.  I am letting

13   the system come up here.

14                       DIRECT EXAMINATION

15   BY MR. BALDWIN:

16   Q.   Good morning, sir.

17   A.   Good morning.

18   Q.   Where do you work?

19   A.   I work at Howard County Police Department.

20   Q.   And how long have you worked there?

21   A.   Approximately 12-and-a-half years.

22   Q.   And what is your assignment in the Howard County Police

23   Department?

24   A.   I am currently assigned to the tactical section with

25   Howard County.
```

1  Q.    Could you lean into the microphone a little bit?  It's

2  hard to hear with the mask on.

3  A.    I am currently assigned to the tactical section with the

4  police department.

5  Q.    What does the tactical section of the police department

6  do?

7  A.    We are responsible for executing search warrants and

8  securing premises.

9  Q.    Was that also your assignment in April of 2016?

10  A.    Yes, sir.

11  Q.    In April of 2016, did you help execute a search warrant

12  at 3016 Oak Hill (sic) Court, Apartment C, in Ellicott City,

13  Maryland?

14  A.    Oak Green Court, that's correct.

15  Q.    What was your job that day for execution of that search

16  warrant?

17  A.    So on that day specifically, Prince George's County had

18  contacted us and said that they had a search warrant for the

19  said address.  I am responsible for planning a warrant, so

20  basically what we do is we go in and we secure the premises for

21  all occupants that are inside just to make sure it's secure for

22  the detectives to do a search of the premises.

23  Q.    And where were you -- in what order were you when the

24  apartment was entered that day?

25  A.    I was the first one through the front door.

1  Q.    Was the apartment surveilled before you made entry?

2  A.    Yes, it was.  That's correct.

3  Q.    Was an individual noted entering the apartment?

4  A.    Yes.  The individual was noted as Mr. Conley.

5  Q.    About how long after he entered the apartment did the --

6  did your team enter?

7  A.    It was approximately 10 to 15 minutes.

8         THE DEPUTY CLERK:  I'm sorry to interrupt, but I

9  would ask the witness to please keep your voice as loud as

10  possible.

11         THE WITNESS:  Yes, ma'am.  Approximately 10 to 15

12  minutes.

13  BY MR. BALDWIN:

14  Q.    You said you were the first one through the door?

15  A.    Yes, sir.

16  Q.    And as you entered the residence, what did you see?

17  A.    When I first entered the residence, it was clear ahead of

18  me, and as I scanned left into the apartment because if you

19  look into the apartment, there was a countertop, a kitchen, and

20  then a little dining room off to the right, I started to scan

21  left, and what I saw was the top of somebody's head just as the

22  door went down.  As I scanned left, I proceeded down the wall

23  to my right-hand side to get a better view into the kitchen

24  area.  From there, I saw a subject lying down on the floor face

25  down with his hands sprawled out.  At that point in time, I

Nolan - Direct

```
 1   waited for another additional officers to come up behind me.  I
 2   moved up to the subject, myself and Sergeant Nolan were able to
 3   secure the subject.
 4   Q.    You and -- so what area of the house was he in at the
 5   time?
 6   A.    I'm sorry.  Say that again.
 7   Q.    What area of the house was he in at the time?
 8   A.    He was in the kitchen area, in between the kitchen and
 9   the living room.
10   Q.    Did you see anything notable in the kitchen?
11   A.    Yes.  There was a black handgun just to the right of the
12   stove.  It was in front of a white microwave next to the
13   refrigerator.
14   Q.    Now, did you approach Mr. Conley?
15   A.    Yes, I did.
16   Q.    What happened at that point?
17   A.    At that point in time, we just held coverage on him and
18   then we put him into flex cuffs.  From there, there was a chair
19   in the living room, we had him sit down, and we stayed with
20   Mr. Conley afterwards.
21   Q.    At some point did you hand him off to other detectives?
22   A.    Yes.  I believe we handed him off to the detectives that
23   came in immediately afterwards.
24             THE DEPUTY CLERK:  Please keep your voice up.
25             THE WITNESS:  Yes, ma'am.
```

```
 1              THE DEPUTY CLERK:  Thank you.
 2  BY MR. BALDWIN:
 3  Q.   I am going to show you what's been marked as Government
 4  Exhibit P1.  If you would just look at the monitor there.
 5              THE COURT:  Can everybody see the screen in the back?
 6  Raise your hand if you can see it.  Okay.  Good.
 7              MR. BALDWIN:  It's not yet on, Your Honor.
 8              THE COURT:  I got it.
 9              MR. BURNHAM:  Our monitor here doesn't seem to be on.
10  It's not showing the little box that everybody else has.
11              THE DEPUTY CLERK:  Hold on.  It's defendant two.
12              MR. BALDWIN:  We are on cart laptop.
13              THE DEPUTY CLERK:  Sorry.  Cart document camera?
14              MR. BALDWIN:  No, it's the VGA.
15              THE DEPUTY CLERK:  Oh, it's -- I don't know which --
16              THE COURT:  I am getting it on the screen now.
17         Are you getting it, Mr. Baldwin?
18              MR. BALDWIN:  Yes, Your Honor.  And I believe it's on
19  the jury's screen.
20              THE COURT:  Jurors, can you see this on the screen?
21  All right.
22              MR. BALDWIN:  Thank you, Your Honor.
23              MR. BURNHAM:  We still don't have it, I am afraid,
24  and I can't see this one very well.  I have the pictures in
25  hard copy, but if he is going to be drawing on them and stuff,
```

1  we'd like to -- I haven't seen it working today.  I think it

2  was working yesterday.

3          THE COURT:  I wonder if in order to expedite things,

4  Mr. Draughon could perhaps take your hard copy and just show it

5  to the jury if your ELMO is no longer working.  We need to move

6  forward on this.

7          MR. BALDWIN:  Your Honor, they have a picture of --

8          THE COURT:  Is there more than you need than that?

9  Is it the witness that doesn't have a picture of it?

10          MR. BALDWIN:  The witness has.  It's the defense,

11  Your Honor.

12          MR. BURNHAM:  Our monitor is not working.

13          THE COURT:  Make sure that he has a hard copy on the

14  exhibit book of what you are putting up.  Let's get moving on

15  this.

16          MR. BURNHAM:  Your Honor, I have a hard copy with me,

17  but my concern is I am expecting the witness to be drawing and

18  circling things on the pictures as he goes through the

19  testimony, and that's what we are not going to be able to see.

20  I can't really see this -- this monitor very well over there.

21  That's the only issue.

22          THE COURT:  Well, for now, let's see if we can -- I

23  don't know that anybody is going to be drawing on this

24  particular exhibit.  It looks pretty straightforward.  Let's

25  move forward on this, Mr. Baldwin.

```
 1          Can the witness see?  Do you have a copy of it,
 2   Mr. Nolan?
 3              THE WITNESS:  Yes, sir.
 4              MR. BALDWIN:  One moment, Your Honor.  Now I have to
 5   put the screen back on.
 6   BY MR. BALDWIN:
 7   Q.    Mr. Nolan, do you -- on your screen, there is Exhibit
 8   Government's No. P1.
 9          Do you see that, sir?
10   A.    Yes, sir.
11   Q.    Do you recognize that?
12   A.    Yes.  That's the numbers that are on the outside of the
13   apartment complex.
14   Q.    Now I am showing you Government Exhibit P2.
15          Do you recognize that, sir?
16   A.    Yes.  That's the front entrance to the vestibule to the
17   apartment.
18   Q.    Now showing you P3.
19          Do you recognize that, sir?
20   A.    Yes.  That's the front door to the said apartment,
21   Apartment C.
22   Q.    Now I am showing you Exhibit P4.
23          Do you recognize that, sir?
24   A.    Yes.  That's the inside view looking back out from
25   Apartment C.
```

1   Q.    I am now showing you P5.

2         Do you recognize that, sir?

3   A.    Yes.  That was the placard that was outside of Apartment

4   C.

5   Q.    I am showing you P12.

6         Do you recognize that, sir?

7   A.    Yes.  That was the handgun that was on the counter to the

8   right of the stove.

9   Q.    And is -- is that the handgun you referred to that you

10  saw when you first entered?

11  A.    Yes, sir.

12  Q.    At the time that the apartment was secure, was there

13  anybody else in the apartment besides Mr. Conley when you

14  entered?

15  A.    No.  There were no occupants except for Mr. Conley.

16  Q.    Showing you Exhibit P38.

17        Do you recognize that, sir?

18  A.    Yes.  That's the same said gun that was just to the right

19  of the stove.

20        MR. BALDWIN:  Thank you.  No further questions, Your

21  Honor.

22        THE COURT:  Cross.

23                    CROSS-EXAMINATION

24  BY MR. BURNHAM:

25  Q.    Good morning, Officer.

1    A.    Good morning, sir.

2    Q.    You testified on direct that it was Prince George's

3    County requested your help with this warrant.

4          Do you recall that?

5    A.    That's correct.

6    Q.    How many days, approximately, if you can't remember

7    exactly, before April the 21st did you get that request?

8    A.    To be honest with you, I am not sure.

9    Q.    But at any rate, you weren't involved in whatever

10   investigation led up to the execution of the warrant.  Correct?

11   A.    That's correct.  I was not involved.

12   Q.    You mentioned that you were the first officer in the door

13   of the apartment.

14         You recall that.  Right?

15   A.    That's correct.

16   Q.    Were you by yourself, or did you have other folks, you

17   know, positioned about you as you went in?

18   A.    So I was the first one in, and then there was immediately

19   one of my officers off my backside that went left towards the

20   back bedroom there.

21   Q.    And you didn't knock -- this was a no knock execution.

22   Correct?

23   A.    That is correct.

24   Q.    And that means you didn't knock on the door and wait for

25   somebody to answer.  Right?

1    A.    That is correct, sir.

2    Q.    And you didn't shout "Police" or shout "Law Enforcement"

3    or give any of those types of warnings.  Correct?

4    A.    No.  As soon as I made entry, I announced "Police Search

5    Warrant."  That's standard operating procedure within our

6    apartment.

7    Q.    So you said you announced "Search Warrant"?

8    A.    Yes.

9    Q.    So that came after you all had entered the premises, not

10   before.  Correct?

11   A.    No.  When -- I say it as soon as the door goes, as soon

12   as I break the threshold of the front door, I announce "Police

13   Search Warrant."

14   Q.    How many times did you say it?

15   A.    Just guesstimating probably three to four times before I

16   started giving the subject command when I moved down the wall,

17   just told him to keep his hands up.

18   Q.    How did you open the door?

19   A.    Once the door opened, it was an energetic breach that was

20   placed on the front door.

21   Q.    Is that a battering ram, or how does that work?

22   A.    It's explosives.

23   Q.    Explosives.

24         So there was smoke and a loud noise?

25   A.    Yes.  Not as much smoke, but yes, definitely a lot of

```
 1  noise.
 2  Q.    And you said Mr. Conley, when you first saw him, was on
 3  the floor with his arms splayed out?
 4  A.    Yes.  So when I first came in, I just caught the top of
 5  his head because he was coming behind the counter probably
 6  because of the charge going off, and he immediately laid down
 7  on the floor face first with his hands above his head.
 8  Q.    Did you see him actually go down to the floor, or when
 9  you saw him, was he already in that position?
10  A.    No.  When I saw him, I just saw the top of his head just
11  briefly for a second, and then by the time I scanned to my
12  right, I saw him on the floor.
13  Q.    And this was a position obviously designed to signal
14  submission and surrender to the officers seemingly.  Right?
15  A.    Yes.  That's correct.
16  Q.    And he didn't make any attempts to gain possession of the
17  gun that was in the -- on the kitchen counter.  Right?
18  A.    That's correct.
19  Q.    Or any of the other guns for that matter?
20  A.    Correct.  He was completely compliant.
21          MR. BURNHAM:  Thank you.  No further questions.
22          THE COURT:  Redirect?
23          MR. BALDWIN:  Your Honor, if we may, we have a brief
24  bench conference, please?
25          THE COURT:  All right.
```

Nolan - Cross

1       (The following took place at sidebar outside the presence

2  of the jury; all counsel present.)

3              THE COURT:  All right.  Can you hear me, counsel?

4  Raise your hand if you can hear me, please.  Mr. Baldwin, all

5  right, go ahead.  Go ahead.

6              MR. BALDWIN:  Thank you, Your Honor.  This is Joseph

7  Baldwin for the government.

8         Your Honor, I believe that by asking about a no knock

9  warrant and by asking questions about the explosive breach that

10  Mr. Burnham has just opened the door to the reasons why one

11  might have a no knock warrant and an explosive breach, which,

12  in fact, include a history, a criminal history with firearms

13  and a prior armed robbery conviction and the fact that there

14  was suspected at the time that Mr. Conley in fact had guns in

15  the residence.  I believe Mr. Burnham has opened the door wide

16  to that and is -- his questions along that line were an attempt

17  to, you know, show that the defendant postrate [ph] in the

18  building and that the police officers were overreaching;

19  therefore, I believe the government is entitled to some

20  redirect with this witness at least to show that there had been

21  some information shared that would suggest that they needed to

22  take precautions.

23         I think I am going to need to lead the witness so he

24  doesn't give any greater detail than that with respect to that

25  and we might put that on with another witness later about what

1    indicated the need for a tactical breach.

2        MR. BURNHAM:  Your Honor, I object to the

3    government's request.  My questions were very much directed to

4    specific facts.  They couldn't be reasonably interpreted as

5    casting aspersions at police procedures in executing the

6    warrant, and I certainly don't intend to argue that in closing.

7        The questions that I asked were designed to bring out

8    facts that could support a number of defenses, including the

9    fact that even in response to explosions and smoke and loud

10   commands, Mr. Conley apparently, according to this witness'

11   testimony, did not make an attempt to -- to recover the

12   firearms or use them.

13       That's a perfectly legitimate defense to a 924(c) charge.

14   That's why I brought that out.  I don't believe it opens the

15   door in the slightest respect, and to the extent that the Court

16   disagrees with me, the evidence the government sounds like they

17   want to bring out is more prejudicial than probative.

18       THE COURT:  Well, isn't the short answer that I have

19   already determined that the search was appropriate and they are

20   not to consider any aspect of the search, number one, and

21   number two, the Court says that there are appropriate reasons

22   -- the Court has found that there are appropriate reasons for

23   the way the government entered the premises and the jury need

24   not speculate on those.

25       The problem is, Mr. Burnham, if you are going to insist

1   on the fact that they overdid it, it would be proper for the

2   government to come back and explain why they went into this

3   particular premises against this particular defendant the way

4   they did.

5         Now, it seems to me you have got to choose.  Certainly

6   the instruction that the jury is not to consider in any respect

7   on the issue of the guilt or innocence of the defendant, the

8   manner in which the approach was taken to the apartment, that

9   the -- the Court has already ruled that it was an appropriate

10  search.  You need to make that determination, but I think you

11  are on a potentially risky path if you are going to insist that

12  you want to talk about the exact nature of the entry and the

13  use of the explosive and so on.

14        So you let me know what you want to do about that.

15        MR. BURNHAM:  I am going to -- my intention -- I

16  don't intend to argue police misconduct or anything approaching

17  that.  I only -- my intention is to ask only such questions

18  about police tactics as are relevant to the 924(c) charge and

19  the facts surrounding that.  That was my intent and that's why

20  I limited the questions the way I did.

21        THE COURT:  Well, you talked about, you know, was he

22  -- did they use a battering ram, and the suggestion was that an

23  explosive may have been appropriate, and for some reason, that

24  really doesn't bear on the guilt or innocence of the defendant

25  as far as the other evidence may be concerned as far as

1   possessing drugs and possessing guns.  But the Court has

2   already made a ruling on that.

3        What I am offering both sides is a simple instruction

4   that they are not to consider in any way the manner of the

5   entry, that as far as the search was concerned, that is the

6   decision -- a determination that the Court has made and that it

7   was legal.

8        Now, you have to decide what you want to do, and I am

9   asking, I guess it's first with you, Mr. Burnham, I am not even

10  sure where you want to go with this, but you are potentially

11  opening the door and they would be appropriate to ask this

12  witness why they -- why they did use the entry techniques that

13  they used with this defendant.

14            MR. BURNHAM:  I don't have an objection to the

15  instruction Your Honor just posed.

16            THE COURT:  You object?

17            MR. BURNHAM:  I do not object.  I think it's

18  appropriate.

19            THE COURT:  Mr. Baldwin, are you satisfied if the

20  Court gives that instruction?

21            MR. BALDWIN:  Yes, Your Honor.  The instruction being

22  that they are not to make any determinations --

23            THE COURT:  I would say the Court has already made a

24  determination that the search was legal.

25            MR. BALDWIN:  Okay.

1          THE COURT:  All right.

2          MR. BALDWIN:  Thank you, Your Honor.

3      (End of sidebar discussion.)

4          THE COURT:  Ladies and gentlemen, again, we had one

5  of these bench conferences.

6      There was some inquiry made by Mr. Burnham about the

7  nature of the entry, the explosive and so on and so forth.

8  That is not something for you to consider.  I have already

9  determined that the search was legal and that there were

10  appropriate reasons to make the search the way it was, in fact,

11  conducted.  Not for you to consider in this case.

12      All right.  Any redirect then, Mr. Baldwin?

13          MR. BALDWIN:  No, Your Honor.

14          THE COURT:  All right.  Thank you.  Thank you, sir.

15  You may step down.

16      Call your next witness.

17          MR. BALDWIN:  Thank you, Your Honor.

18      Your Honor, the government calls Sergeant James Capone.

19          THE DEPUTY CLERK:  Mr. Baldwin, would you please

20  erase the annotation?  I don't have that ability up here.

21  Thank you.

22          THE COURT:  All right, sir.  Remain standing outside

23  the booth, sir.  Right alongside there is fine.  Stop.

24      All right, Madam Clerk.

25          JAMES CAPONE, GOVERNMENT'S WITNESS, SWORN

```
 1              THE DEPUTY CLERK:  Please have a seat in the witness
 2   box.  Watch your step as you enter.
 3              THE WITNESS:  Thank you.
 4              THE COURT:  All right.
 5              THE DEPUTY CLERK:  Please speak slowly and clearly
 6   into the microphone.  State your name for the record and spell
 7   each name.
 8              THE WITNESS:  My name is James Capone.  That's
 9   J-A-M-E-S; Capone, C-A-P-O-N-E.
10              THE DEPUTY CLERK:  Thank you.
11                        DIRECT EXAMINATION
12   BY MR. BALDWIN:
13   Q.    Good morning, sir.
14   A.    Good morning.
15   Q.    Where do you work?  Where do you work?
16   A.    I work for the Howard County Police Department.
17   Q.    And how long have you worked there?
18   A.    Twenty-seven years.
19   Q.    And what's your current position there?
20   A.    I am currently assigned to the automated enforcement
21   section.
22   Q.    And what is the automated enforcement section?
23   A.    We oversee the speed cameras, red light cameras, and the
24   false alarm program.
25   Q.    Where were you assigned before the automated enforcement
```

1  section?

2  A.    The Howard County Police Department's narcotics section.

3  Q.    And back when you were in narcotics -- well, tell me,

4  when were you in the narcotics section?

5  A.    I did a six-and-a-half-year stint with the narcotics unit

6  between I believe it was 20 -- it would have been six years

7  prior to my assignment here.

8  Q.    Okay.  And would it include -- would the assignment

9  include April 2016?

10  A.    Yes, it would.

11  Q.    And did you assist with a search warrant on April 21st,

12  2016, at 3016 Oak Green Court, Apartment C, in Ellicott City,

13  Maryland?

14  A.    Yes, I did.

15  Q.    What was your role that day?

16  A.    I was a supervisor of the narcotics section.  I was

17  responsible for assembling the team from our unit that was

18  assisting with the FBI.

19  Q.    What happened before the entry to the residence?

20  A.    We set up what we refer to as an outer perimeter

21  established in the vicinity of the target location awaiting for

22  the return of Mr. Conley to an address on Oak Green Court.

23  Q.    And ultimately did -- was Mr. Conley surveilled entering

24  the Oak Green Court residence?

25  A.    Yes.  That is correct.

Capone - Direct

```
 1   Q.    And was a entry to the apartment made after that?
 2   A.    Yes.
 3   Q.    Approximately how long after he arrived did the team
 4   enter?
 5   A.     It was pretty simultaneously based on the established
 6   information and his background that they needed to make a
 7   quick, swift entry.
 8               MR. BURNHAM:  Objection.
 9               THE COURT:  Come up, Counsel, or -- not come up, we
10   will do it by phone again.  Let me hear the objection, please.
11               MR. BURNHAM:  I object to --
12               THE COURT:  Go ahead.
13               MR. BURNHAM:  I object to --
14               THE COURT:  You need to state your whole objection.
15   I'm sorry.
16               MR. BURNHAM:  My objection is really -- my objection
17   is to the testimony about Mr. Conley's background.  You can't
18   hear me?
19               THE COURT:  Well, what objection, that they were
20   surveilling him?
21               MR. BURNHAM:  No.  The statement that -- that they
22   made -- entered simultaneously based on his background which
23   carried a pretty obvious negative implication, prejudicial, and
24   my objection is based on foundation, relevance, and prejudice.
25   We don't know where the witness is getting that.  It's probably
```

 1  hearsay.  It wasn't responsive to Mr. Baldwin's question and

 2  it's obviously prejudicial to Mr. Conley.

 3           THE COURT:  Well, I am not sure what you are asking.

 4  Are you asking me to strike some testimony or are you moving

 5  for a mistrial?  I am not sure where you are.

 6           MR. BURNHAM:  I am asking Your Honor to ask the jury

 7  to disregard that testimony.

 8           THE COURT:  Disregard the fact about his background;

 9  is that --

10           MR. BURNHAM:  Yes.

11           THE COURT:  That's fine.  I don't have any problem

12  with that, just saying that they had -- they had reasons to do

13  what they did and they are not to speculate on what the reasons

14  were.

15      Mr. Baldwin, is that acceptable?

16           MR. BALDWIN:  Yes, Your Honor.

17           THE COURT:  All right.

18           MR. BURNHAM:  Thank you.

19      (End of sidebar discussion.)

20           THE COURT:  Ladies and gentlemen, you are instructed

21  that the persons who were entering had reason to enter the way

22  they did and you are not to speculate on what the reasons were.

23  The fact is they were appropriately there and then they

24  entered, and it's the -- from that point forward, it's what

25  they saw or did or apprehended once they were within.

1              All right, Mr. Baldwin.

2              MR. BALDWIN:  Thank you, Your Honor.

3    BY MR. BALDWIN:

4    Q.    Sergeant Capone, you ultimately entered the apartment?

5    A.    Yes, I did.

6    Q.    And when you entered the apartment, what did you see?

7    A.    My first observation was of Mr. Conley seated at a table

8    in a dining room area only feet from the door when we walked

9    in.

10   Q.    And what did you do?

11   A.    My role and responsibilities was what we refer to as

12   prisoner custody or to maintain custody over him.  He didn't

13   have anywhere to go.  And then conduct the search of his

14   person.

15   Q.    And was a search of his person conducted?

16   A.    Yes, it was.

17   Q.    Did you conduct that search?

18   A.    Yes.  Myself and Detective Corporal Stavrou conducted a

19   search.  I recovered $495 from his pants pocket which I

20   routinely -- we count in front of the defendant.

21             THE COURT:  Hold on there.  Answer the question.  He

22   just asked who conducted the search, and then he will

23   presumably ask you what did you find.

24             THE WITNESS:  Yes, Your Honor.

25             THE COURT:  Let's proceed by question and answer.

```
 1              THE WITNESS:  I apologize.
 2              MR. BALDWIN:  Thank you, Your Honor.
 3   BY MR. BALDWIN:
 4   Q.    What did you find during the search?
 5   A.    United States currency in the amount of $495.
 6   Q.    And where was that on Mr. Conley's person?
 7   A.    It was in his pants pocket.
 8   Q.    Were you able to see what Officer Stavrou was doing?
 9   A.    Yes.
10   Q.    And what was he doing?
11   A.    He was conducting a search of the lower extremities, his
12   socks and shoes.
13   Q.    And did you notice that Officer Stavrou recovered
14   anything?
15   A.    Yes.
16   Q.    And what was that?
17   A.    He recovered a clear plastic baggy which contained a
18   white powdery substance.
19   Q.    After those recoveries, what was done with the evidence?
20   A.    That was also placed on the table next to the money.
21   Q.    Would you -- do you recognize -- do you think you could
22   recognize Mr. Conley?
23   A.    Yes, I do.
24   Q.    Do you see him in the courtroom today?
25   A.    Yes, I do.
```

1   Q.    Where is he?

2   A.    He's seated at defense table with a blue mask, brown

3   shoes, and an orange jumpsuit.

4         MR. BALDWIN:  Your Honor, let the record reflect that

5   the witness identified Mr. Conley.

6         THE COURT:  All right.

7   BY MR. BALDWIN:

8   Q.    I am going to show you now what's been marked as

9   Government Exhibit P42; for counsel, P42.

10        THE COURT:  Are you saying "C"?

11        MR. BALDWIN:  "P," P42, Your Honor.

12        THE COURT:  Oh, P42.  Okay.

13        MR. BALDWIN:  Yes, Your Honor.

14        THE COURT:  Are you getting an image, Mr. Burnham, or

15  not yet?

16        MR. BURNHAM:  No.  We are not getting any.

17        THE COURT:  All right.  Okay.  Ladies and gentlemen,

18  are you getting an image on your screen?

19      (The jury panel reply, "Yes.")

20        THE COURT:  Go ahead.

21  BY MR. BALDWIN:

22  Q.    Sergeant Capone, first of all, do you recognize what's

23  depicted in P42?

24  A.    Yes, I do.

25  Q.    And what is that?

 1  A.    The dining room table, United States currency, and black
 2  -- I mean a clear plastic baggy containing white powdery
 3  substance.
 4        MR. BURNHAM:  Sorry to interrupt.
 5  BY MR. BALDWIN:
 6  Q.    Is the defense monitor working now?
 7        MR. BURNHAM:  Yes.
 8        THE COURT:  It is.
 9        Reggie, are you okay on that?
10        I.T. TECHNICIAN:  Yes.
11        MR. BALDWIN:  Thank you, Your Honor.
12  BY MR. BALDWIN:
13  Q.    Now showing you what's been previously marked as
14  Government's P6.
15        Do you recognize what's shown here?
16  A.    Yes, sir.
17  Q.    And what is that?
18  A.    That is Mr. Conley.
19  Q.    And what's to the left of him there?  Is that the table
20  you referred to?
21  A.    Correct.
22  Q.    Now after -- after you searched Mr. Conley, what did you
23  do then?
24  A.    I made arrangements for a patrol unit to respond to the
25  -- to the apartment, and we transported Mr. Conley from the

Capone - Direct

```
 1   apartment to the northern district station.
 2   Q.    Thank you.
 3         MR. BALDWIN:  I would ask you -- if I could ask the
 4   witness to step down, we have a couple of exhibits I'd like him
 5   to look at that are on the table.
 6         THE COURT:  All right.
 7         (Witness exits witness stand.)
 8   BY MR. BALDWIN:
 9   Q.    Thank you, sir.
10         Could you grab the exhibit that's the farthest to the
11   right?
12   A.    Yes.
13   Q.    Could you see what the exhibit number is on that?
14   A.    The government exhibit is SW5.
15   Q.    Sir, do you recognize that?
16   A.    No.
17   Q.    There is a Howard County Police Department item number --
18         MR. BURNHAM:  Objection.  Foundation.
19         THE COURT:  Which exhibit are we speaking about now?
20   I'm sorry.  Is this SW5 or another exhibit?
21         MR. BALDWIN:  It's SW5.  Yes, Your Honor.
22         THE COURT:  And he was asked whether he recognized
23   that, and you said no.
24   BY MR. BALDWIN:
25   Q.    Do you see a Howard County exhibit number on that, sir?
```

Capone - Direct

```
 1  A.    Yes, I do.
 2  Q.    And which exhibit number is that?
 3  A.    5610-3.
 4  Q.    And is that -- do you now recognize that, sir?
 5  A.    Yes.
 6  Q.    What is it?
 7  A.    This is evidence for the currency that I seized.
 8  Q.    And that's the $495 you mentioned before?
 9  A.    Correct.
10  Q.    Now, again, what was the government exhibit for this
11  trial?
12  A.    That would be SW5.
13  Q.    Thank you.
14        And there is another exhibit there on the table, sir.
15        Could you identify that?
16  A.    There are two.  The one in the middle or the one on the
17  end?
18  Q.    So the one in the middle, sir, can you identify the
19  government's exhibit on that?  One moment.  If you could just
20  step up to the witness stand, sir.  I will take a look at those
21  and hand them up to you.  If you could go back to the witness
22  stand.
23        (Witness retakes the witness stand.)
24        MR. BALDWIN:  One moment, please, Your Honor.  We
25  have to get an exhibit.
```

 1              THE COURT:  Mr. Baldwin, how much more do you have
 2    with this witness?
 3              MR. BALDWIN:  Just one minute.
 4              THE COURT:  Let's finish your direct, and then we are
 5    going to take a short break.
 6    BY MR. BALDWIN:
 7    Q.    Thank you, Sergeant Capone.
 8          Could you step, please, back off the witness stand?
 9          (Witness exits witness stand.)
10    BY MR. BALDWIN:
11    Q.    And in the center of the table, there is another exhibit.
12          If you could identify the government's exhibit number on
13    that?
14    A.    That would be Exhibit No. 1813.
15    Q.    It's a "D" number, sir.  There is a sticker with a "D"
16    number on it.
17    A.    I apologize.  281D.  There is a 1 in this area here --
18    oh, here it is.  It says Government Exhibit No. D-13.
19    Q.    Thank you.
20          Do you recognize that exhibit, sir?  You can look at the
21    Howard County number.  If you open the packaging and look, it's
22    written inside on the envelope.
23    A.    Yes.  5610 No. 2, white powder.
24    Q.    And do you recognize that exhibit, sir?
25    A.    Correct.

1    Q.     What is it?

2    A.     White powdery substance.

3    Q.     Yes.  And is -- do you recognize that from your search of

4    Mr. Conley that day?

5    A.     It's consistent with white powdery substance, yes.

6    Q.     And the substance that was seized -- do you recall the

7    Howard County exhibit number that was assigned to the evidence

8    you seized?

9    A.     Correct.

10   Q.     And is that the Howard County exhibit number that's shown

11   on that exhibit?

12   A.     Yes, it is.

13   Q.     Thank you.

14          And that's -- what's the government exhibit number on

15   that?

16   A.     That is the Government Exhibit No. D-13, 13.

17   Q.     Thank you.

18              MR. BALDWIN:  No further questions, Your Honor.

19              THE COURT:  All right.  Ladies and gentlemen, we are

20   going to take about a ten-minute break, so leave your materials

21   on your seats, and if you would follow Theresa into the

22   courtroom next door, the jury room that we are using, and we

23   will call you back in here shortly.

24          Do not discuss the case in any fashion and we will see

25   you back here then.

Capone - Direct

1          Thank you.

2          (The jury panel exit the courtroom at 11:54 a.m.)

3          (Recess taken from 11:54 a.m. until 12:17 p.m.)

4          THE COURT:  Be seated, please.  All right.  Ready to

5    go?

6          MR. BALDWIN:  Yes, Your Honor.  Some courtroom

7    housekeeping here.

8          This witness will be on cross next and then we have

9    another short witness after that.  The witness following that,

10   so the second witness from now is going to require a lot of

11   movement of exhibits, guns and various other evidence out to

12   this table here that it would make sense if we were on a break

13   for the agents to do that prior to him taking the stand.  I

14   just wanted to let the --

15         THE COURT:  Well, how much -- how much cross do you

16   have?  Just an estimate, Mr. Burnham.

17         MR. BURNHAM:  I would say very short.  Five or so

18   minutes maybe.

19         THE COURT:  Okay.  And then you have another witness

20   where you don't have to do all the moving around?

21         MR. BALDWIN:  That's right.

22         THE COURT:  And how long with that witness?

23         MR. BALDWIN:  15 to 20 minutes.

24         THE COURT:  Well, then we are ready for the lunch

25   break then at that point and you will be set up and ready to go

 1   as we come back from lunch with your following witness?

 2          MR. BALDWIN:  Yes, Your Honor.

 3          THE COURT:  All right.  Very well.  Let's bring them

 4   in.

 5       By the way, are you ready to bring them in?

 6          THE DEPUTY CLERK:  Yes.  But I wanted to let you know

 7   that we requested the lunch order be delivered about 1:00.

 8          THE COURT:  Well, it will -- what time is it now?  It

 9   will be about 1:00.

10          THE DEPUTY CLERK:  Right.

11          THE COURT:  So we are pretty well, I think,

12   coordinated on that.  Go ahead.

13       As she is walking out, I got a call from a Kenneth Dees

14   from Havog Corporation, the employer of Juror ███ who had to

15   do something by September 29th to renew his license; could we

16   please suspend the trial so he could do that?  And I told him

17   we would not do that, and I said, Why don't you have the Army

18   call me rather than you, he is a contractor, and let me talk to

19   them.  Right now, we could finish before that date, but if we

20   don't, we will have to work it out.  Right now, you understand

21   where that individual is.  According to his contractor

22   employer, he's got to do something by the 29th to renew his

23   license, so keep that in mind.  All right.

24          MR. BALDWIN:  Yes, Your Honor.  He has to do

25   something on the 29th.

1          THE COURT:  Right.

2          MR. BALDWIN:  Yes, Your Honor.

3          THE COURT:  He is still sitting, so you know that.

4          MR. BALDWIN:  Yes, Your Honor.

5          THE COURT:  Renee, I have to keep -- I have to keep

6     entering my password.  This is the third time now.  I have to

7     enter my password to get your virtual.

8          (The jury panel enter the courtroom at 12:21 p.m.)

9          THE COURT:  All right, folks.  Have your seats and

10    let's go forward.  Is the witness there?  All right, sir.  You

11    are still under oath.

12          All right, Mr. Burnham.

13          MR. BURNHAM:  Thank you, Your Honor.

14                          CROSS-EXAMINATION

15    BY MR. BURNHAM:

16    Q.    Good morning, Sergeant.  I am Charles Burnham.

17    A.    Good morning, sir.

18    Q.    Approximately what time was it when you observed

19    Mr. Conley enter the residence?

20    A.    Approximately two or three minutes after the all clear

21    entry was made by the tactical team.

22    Q.    I mean what time of day?

23    A.    Oh, it was 0135 in the morning.

24    Q.    How many officers or agents or TFOs enter -- how many

25    persons entered the residence before you did?

1    A.    To the best of my recollection, there was several --

2    three to four people from the Cross Border Task Force.  I don't

3    know what their specific assignments or agency was.  And then

4    myself, Detective Corporal Stavrou, Jastrzebski, Peele, and

5    there will be at least two or three others from our unit that

6    were there.

7    Q.    And by the time you entered the apartment, Mr. Conley was

8    already in restraints?

9    A.    Correct.

10   Q.    You weren't there for whoever put those on him.  Correct?

11   A.    Correct.

12   Q.    Do you know one way or the other whether there had been a

13   prior search or pat down of Mr. Conley before you did your

14   search?

15   A.    I know that, procedure wise, there would have been an

16   outer garment frisk for weapons.

17   Q.    And tell me again where exactly you recovered the little

18   baggie from?  Was it a sock, did you say?

19   A.    It was -- yes, a sock.

20   Q.    Was it pushed somewhat far down into the socks?

21   A.    To the best of my recollection, it was just in the top

22   section in the ankle area.

23   Q.    And you just removed that sock?

24   A.    I did not remove it.

25   Q.    I am sorry.  The other officer removed it?

1  A.    Correct.

2  Q.    And you witnessed it.  Correct?

3        Were you all wearing rubber gloves during this search?

4  A.    Procedure wise, we would have done gloves before making

5  any searches.  To the best of my recollection, I would not be

6  able to state that I did or did not.

7              MR. BURNHAM:  Thank you.

8              THE COURT:  Redirect?

9              MR. BALDWIN:  None, Your Honor.  Thank you.

10             THE COURT:  Thank you, sir.  You may step down.

11             THE WITNESS:  Thank you, Your Honor.

12             THE COURT:  Your next witness.

13             MR. DRAUGHON:  Your Honor, the government calls

14  Christopher Stavrou.

15             THE COURT:  All right.  Sir, remain standing outside

16  the box but just along the side if you will.  Come up a little

17  more in front.  That's fine.  All right, Madam Clerk.

18             THE DEPUTY CLERK:  Please raise your right hand.

19       CHRISTOPHER STAVROU, GOVERNMENT'S WITNESS, SWORN

20             THE DEPUTY CLERK:  Please have a seat in the witness

21  box.  Watch your step as enter.

22       Please speak loudly and clearly into the microphone.

23  State your name for the record and spell each name.

24             THE WITNESS:  Sergeant Christopher Stavrou.

25  C-H-R-I-S-T-O-P-H-E-R; last name is spelled S-T-A "V" as in

1    "Victor" R-O-U.

2              THE DEPUTY CLERK:  Thank you.

3                        DIRECT EXAMINATION

4    BY MR. DRAUGHON:

5    Q.    Good afternoon, sir.

6    A.    Good afternoon.

7    Q.    Are you employed?

8    A.    I am.

9    Q.    By whom are you employed?

10   A.    I am a sergeant with the Howard County Police Department.

11   Q.    Were you employed by the Howard County Police Department

12   in 2016?

13   A.    Yes, I was.

14   Q.    What was your role then?

15   A.    I was serving as a corporal in our narcotics section.

16   Q.    What were your duties as a corporal in the narcotics

17   section?

18   A.    I handled large-scale drug investigations and I also

19   acted as a supervisor when the sergeant was not available or

20   present.

21   Q.    Sir, how long have you been in law enforcement?

22   A.    Approximately 25 years.

23   Q.    Have you received any training as a police officer in a

24   narcotics section?

25   A.    Yes.  I have received hundreds of hours of training

Stavrou - Direct

1    during the course of my career specific to narcotics, I have

2    done numerous classes in surveillance, and I attended the top

3    gun school put on by the DEA HIDTA group.

4    Q.    Have you received any training related to executing

5    search warrants?

6    A.    Yes.  Also in my capacity as a police officer with Howard

7    County, I served as also a member of our tactical section for

8    approximately 16 years in which case we conducted hundreds of

9    search warrant operations and also routinely practiced their

10   execution.

11   Q.    Approximately how many search warrants have you executed?

12   A.    Approximately 2,000.

13   Q.    And what is your general practice when searching someone

14   present during a residential search warrant?

15   A.    Again, it depends upon my role in the -- in the search

16   warrant.  In this particular case, I was serving as a corporal

17   in our narcotics section in that capacity.  During this

18   particular case, my assignment was to assist with searching the

19   residence and also a partial supervisory role to just make sure

20   the scene and the operation was moving according to plan.

21   Q.    Approximately how many times have you been responsible

22   for searching individuals present at a search warrant

23   execution?

24   A.    Again, probably thousands of times.

25   Q.    Let me take you to April 21st, 2016.

1          Were you on duty that day?

2    A.    Yes, I was.

3    Q.    Where did you go while you were on duty?

4    A.    I was assisting with a narcotics search warrant and we

5    were executing it at 3016 Oak Green Court in Ellicott City,

6    Maryland, Howard County.

7    Q.    What role did you have in the search warrant execution?

8          You mentioned you were assisting.  What does that mean?

9    A.    I was assisting with searching the residence, and I was

10   also assisting -- just due to the complexity of the operation,

11   I was also assisting the sergeant with supervising the scene.

12   Q.    And what did you do while you were on the scene?

13   A.    When I was on the scene, I was directed to make entry

14   after the tactical section cleared and secured people that --

15   well, the one person that was present inside.  I came in

16   immediately after they were -- they had deemed that it was safe

17   to do so.

18   Q.    You mentioned that there was one person present at the

19   scene.

20         Who was that?

21   A.    There was one person that I observed upon making entry,

22   and he was later identified as Tiba Conley.

23   Q.    Where was he when you entered the apartment?

24   A.    He was located -- immediately upon entry, the front door

25   opened up into a living room area that was also open to the

Stavrou - Direct

1   kitchen area, and he had been secured prior to my entry by our

2   tactical section and he was located on the ground in close

3   proximity to the kitchen and living room area, like in the

4   living room like as it goes into the kitchen portion.

5   Q.    You identified the gentleman as Tiba Conley.

6         Do you see him here today?

7   A.    I am -- with the partitions, I believe I see the

8   defendant, Tiba Conley.  He's wearing an orange jumpsuit seated

9   at the defense table.

10        MR. DRAUGHON:  Your Honor, may the record reflect

11  that the witness has identified Tiba Conley?

12        THE COURT:  All right.

13  BY MR. DRAUGHON:

14  Q.    Sir, did you recover anything from Mr. Conley?

15  A.    Yes.  After making entry, I assisted with patting down

16  the defendant, and while doing so, I discovered a white plastic

17  bag with -- or a plastic bag with white residue or white powder

18  inside, which, through my training and experience, I believed

19  to be cocaine.

20  Q.    Did you recover anything else from the area surrounding

21  Mr. Conley?

22  A.    After I was finished checking the person of Mr. Conley,

23  other members in the -- in that area had alerted me to the fact

24  that there was a handgun in the kitchen area within several

25  feet of the defendant.  I observed that handgun on a kitchen

1   counter directly adjacent to where the defendant was located,

2   at which time I cleared and made sure that it was not in a

3   fireable condition by unloading it.

4   Q.    Did you make contact with Mr. Conley before you were able

5   to make the firearm safe?

6   A.    Yes.

7   Q.    I want to start with the search of Conley's person.  You

8   said you recovered a white powdery substance.

9         Did anyone assist with the search of Mr. Conley?

10  A.    Sergeant Capone also assisted with patting down the

11  subject.

12  Q.    Where did you recover the suspected narcotic?

13  A.    It was secured inside of his sock.

14  Q.    Was the recovery item identified by an item number for

15  Howard County purposes?

16  A.    Yes.  On the Howard County Police report, it was referred

17  to as Item No. 2.

18              MR. DRAUGHON:  Your Honor, at this time, I would like

19  to ask the witness to step down to look at the exhibits.

20              THE COURT:  All right.

21        (Witness exits witness stand.)

22  BY MR. DRAUGHON:

23  Q.    Sir, I'd like to direct you to the item on the left, what

24  has been marked as Government Exhibit D13.

25        Can you please take a moment to review and look at me

Stavrou - Direct

1    when you are done?

2    A.    Yes.  I am looking at it now.

3    Q.    Do you recognize Government Exhibit D13?

4    A.    Yes, I do.

5    Q.    How do you recognize it?

6    A.    Yes, I do.  This was the bag that I recovered from

7    Mr. Conley's sock.

8    Q.    I am now going to -- and you can return to your seat for

9    a moment, sir.

10             THE DEPUTY CLERK:  Should I take the microphone?

11             MR. DRAUGHON:  Yes.  I am going to call him back up

12   shortly, but yes.

13        (Witness retakes the witness stand.)

14   BY MR. DRAUGHON:

15   Q.    Sir, prior to your testimony today, were you able to

16   review a photo, Government Exhibit P15?

17   A.    I'm sorry.  Can you say that one more time?

18   Q.    Prior to your testimony today, were you able to review a

19   photo, Government Exhibit P15?

20   A.    Yes, I was.

21   Q.    Did you recognize the photo?

22   A.    Yes.

23   Q.    I am going to show you Government Exhibit P15.

24             THE DEPUTY CLERK:  "P" as in "Peter"?

25             MR. DRAUGHON:  Yes.  Sorry.

Stavrou - Direct

1  BY MR. DRAUGHON:

2  Q.    Sir, can you describe for the jury what we are seeing in

3  Government Exhibit P15?

4  A.    Yes.  That is a photograph of the plastic bag containing

5  a white powder substance that I located in Mr. Conley's sock.

6  Q.    All right, sir.  I'd now like to direct your attention

7  back to the table.

8        You mentioned that you -- can you actually spring around?

9  Sorry.

10            THE COURT:  Step down, sir.

11        (Witness exits witness stand.)

12  BY MR. DRAUGHON:

13  Q.    Directing you to the item in the center of the table, do

14  you recognize that item?

15  A.    I do.

16  Q.    And that is Government Exhibit Gun 1.

17        How do you recognize it?

18  A.    I believe -- yes.  This was referred to Item No. 21 in

19  Howard County property log.  It is a Springfield XD-45.

20            THE COURT:  What number is that, Mr. Draughon?

21            MR. DRAUGHON:  This is Government Exhibit Gun 1.

22            THE COURT:  All right.  Go ahead.  Do you have that,

23  Mr. Burnham?

24            MR. BURNHAM:  I can't tell.  Is that the actual gun

25  itself up there?

1          MR. DRAUGHON:  Yes.

2          MR. BURNHAM:  It's the gun itself so I know what he's

3    referring to.

4          THE COURT:  You have Gun 1.  All right.  Go ahead.

5    BY MR. DRAUGHON:

6    Q.   Can you tell us what it is?

7    A.   It is a Springfield XD .45 caliber handgun, and this is

8    the handgun that I observed on the kitchen counter and later

9    cleared of ammunition.

10         MR. DRAUGHON:  Your Honor, may I have the witness

11   pick it up to present it to the jury?

12         THE COURT:  All right.  Sir, you can do that safely?

13         THE WITNESS:  (Witness complies.)

14         THE DEPUTY CLERK:  And if the witness --

15         THE COURT:  Swing around if you would.  Get right up

16   -- Theresa, where should he go?

17         THE WITNESS:  I'm sorry.

18         THE COURT:  Folks in the far corner there see?

19         THE DEPUTY CLERK:  The weapon is secure, Your Honor.

20         THE COURT:  All right.  Anybody not get a chance to

21   see that?  All right.  All right.

22       Go ahead, Mr. Draughon.

23   BY MR. DRAUGHON:

24   Q.   Thank you, sir.  You can return to your seat.

25       (Witness retakes the witness stand.)

1   BY MR. DRAUGHON:

2   Q.    Prior to your testimony today, were you able to review a

3   photo, Government Exhibit "P" as in "Peter" 12?

4   A.    Yes, I was.

5   Q.    Did you recognize Government Exhibit P12?

6   A.    Yes, I did.

7   Q.    How were you able to recognize it?

8   A.    Yes.

9   Q.    I said, sir, how were you able to recognize it?

10  A.    I recognize it as it -- it has not been forwarded on the

11  screen yet, but that was the -- a picture of the handgun

12  located on the kitchen counter that I observed when I was in

13  the apartment in question.

14  Q.    I am now going to show you --

15          THE COURT:  Just a second.  Is that the gun that was

16  just shown?

17          MR. DRAUGHON:  Yes.

18          THE COURT:  All right.

19  BY MR. DRAUGHON:

20  Q.    You said this is the firearm that you recovered, sir?

21  A.    Yes, it is.

22  Q.    Was that the location of the firearm before or after you

23  made it safe?

24  A.    Before.

25  Q.    And where was this firearm, once again, Government

1   Exhibit Gun 1, in relation to Mr. Conley's location in the

2   apartment?

3   A.    If you were looking at -- this is immediately upon

4   entering the small kitchen area of the apartment, which was

5   accessible through the living room area which was the first

6   room that is -- you have come upon upon entering the front door

7   of the residence, living room first, kitchen area in the back

8   of the living room.  Mr. Conley would have been located either

9   behind or towards the right of this photo on the ground.

10  Q.    Sir, did you do anything else after conducting the search

11  of Conley and then securing the firearm?

12  A.    Yes.  After I secured that firearm, I assisted with the

13  rest of the operation by checking on other detectives that were

14  present and making sure that they did not need any additional

15  assistance or personnel.

16        I walked through the apartment, which is a very small

17  one-bedroom apartment, I made contact with the other detectives

18  that were in the one-bedroom approximately 20 feet from the

19  living room area.  They indicated that they did not need any

20  additional assistance, at which time I went back to the living

21  room area and maintained observation on Mr. Conley.

22  Q.    Did you seize anything else in the apartment?

23  A.    No, I did not.

24  Q.    Based on what you saw in the apartment, how many people

25  appeared to be living there?

```
 1   A.    From what I observed, it was a one-bedroom apartment with
 2   very little furniture.  There was one mattress or bed area in
 3   the back and it appeared as though only one person was present
 4   or living in that residence.
 5            MR. BURNHAM:  Object to speculation.
 6            THE COURT:  Overruled.  It's a fair question.
 7   Overruled.
 8            MR. DRAUGHON:  The government has no further
 9   questions, Your Honor.
10            THE COURT:  Cross.
11                        CROSS-EXAMINATION
12   BY MR. BURNHAM:
13   Q.    Good morning, Sergeant.  I am Charles Burnham.
14   A.    Hi.  Good morning.
15   Q.    You testified I think on direct that when you entered the
16   apartment, Mr. Conley was on the floor.
17         Do you recall that?
18   A.    He was secured, yes, on the floor area either lying down,
19   partially laying down.
20   Q.    At some point, he moved or was moved from the floor to a
21   table.  Is that right?
22   A.    Yes.
23   Q.    Was that your doing or was that somebody else?
24   A.    I do not recall whether I was one that moved him from the
25   floor to the table.  I just know that when he was patted down,
```

1    when I searched his person, it was prior to being moved.

2    Q.    I think you have used both the term "search" and "pat

3    down" to describe what you did with Mr. Conley.

4          Those are two different things.  Correct?

5    A.    They are.  He was searched.

6    Q.    And from what I understand is -- is you searched him

7    first, and then later, you were called in to examine the

8    firearm.  Is that the correct order?

9    A.    Yes.

10   Q.    All right.  Were you wearing gloves, either rubber gloves

11   or tactical gloves when you did the search?

12   A.    I was wearing rubber gloves.

13   Q.    And then were you wearing those same gloves --

14   A.    Yes, I was.

15         THE COURT:  Let him finish.

16   BY MR. BURNHAM:

17   Q.    Were you wearing those same rubber gloves when you

18   handled the firearm?

19   A.    Yes, I was.

20   Q.    And when you say you made it safe, I assume that means

21   take out the clip, working the mechanism, and so forth.

22   Correct?

23   A.    Yes.

24   Q.    And you don't know whether another officer had handled

25   that firearm, the Springfield, prior to your handling it.

```
1   Correct?

2   A.    I do not believe.

3   Q.    All right.  You don't believe they did but you don't

4   know.  Correct?

5   A.    I don't know.

6              MR. BURNHAM:  Thank you.

7              THE COURT:  Redirect.

8              MR. DRAUGHON:  The government has no further

9   questions, Your Honor.

10              THE COURT:  All right, sir.  You may step down.

11   Thank you.

12              THE WITNESS:  Thank you, Your Honor.

13              THE COURT:  All right.  As I understand it,

14   Mr. Burnham, the government would need some time to set up for

15   the next witness?

16              MR. BALDWIN:  That's correct, Your Honor.

17              THE COURT:  All right.  Ladies and gentlemen, a

18   little early for our lunch break, but because it would take

19   some time under any circumstances to be ready for the next

20   witness, according to the government, I am going to let you be

21   released for lunch today.

22        And, as I understand it, you are the guests of the Court.

23   Correct, Theresa?

24              THE DEPUTY CLERK:  Yes, Your Honor.

25              THE COURT:  So it may have been ordered for one, and
```

1  sometimes when we are lucky, they come before one, but if you

2  will follow Theresa now into the jury deliberation area, which

3  is the courtroom next door, your lunch will arrive, and we will

4  give you appropriate time.  It's now, well, I guess we have to

5  make it 2:45 would be a reasonable time, I guess, to reconvene,

6  so let's make that the target, 2:45, and counsel would be held

7  harmless.

8        THE DEPUTY CLERK:  I'm sorry, Your Honor.  1:45?

9        THE COURT:  I misspoke.  1:45.  I do need a word or

10  two with counsel before you go, so hold on and let the jury go

11  back now if you would, please.

12        THE DEPUTY CLERK:  Yes, Your Honor.

13        THE COURT:  Leave your materials.  Don't discuss the

14  case.

15      (The jury panel exit the courtroom at 12:44 p.m.)

16        THE COURT:  Mr. Baldwin, again, tell me logistically

17  what you need to do because I'd like you to be ready to go

18  right away when we reconvene, so you need to come back a little

19  earlier I think to do it, but tell me what you need to do.

20        MR. BALDWIN:  Yes, Your Honor.  So this witness will

21  be testifying about --

22        THE COURT:  Who is that?

23        MR. BALDWIN:  Ray Peele.

24        THE COURT:  All right.

25        MR. BALDWIN:  He will be testifying about a fair

1  number of items that were seized from the back bedroom and

2  pictures in that regard, so what we have to do is set up the

3  ammunition, the guns, and a couple of other exhibits, a gun

4  case, two gun cases on the table there just prior to -- prior

5  to the jury coming in so we have it all organized, so it will

6  probably take ten minutes before we -- before we get going

7  again for the agents to get everything set up.

8          THE COURT:  Well, I am saying come before the jury --

9  come sooner.  I said 1:45.  See if you can get here by 1:30,

10 1:35 to start doing that --

11         MR. BALDWIN:  Yes, Your Honor.

12         THE COURT: -- so we will be ready to roll right away.

13         MR. BALDWIN:  Yes.  1:30, 1:35, we will be setting

14 up.

15         THE COURT:  How long do you anticipate it will take

16 on direct?  Half an hour?

17         MR. BALDWIN:  Yes.  Probably about an hour.

18         THE COURT:  An hour?

19         MR. BALDWIN:  Yes.

20         THE COURT:  And cross, Mr. Burnham, any sense?

21         MR. BURNHAM:  I don't think it will be too long.

22 Maybe ten minutes.  Maybe 20 minutes at most.

23         THE COURT:  You are ready to go with other witnesses,

24 though, following?

25         MR. BALDWIN:  After that, we have another seizure

1  witness, Your Honor, and she, again, she will actually have

2  more exhibits than even Mr. Peele to deal with, so we are going

3  to need a very similar circumstance with her to place things.

4          THE COURT:  So you will finish with her today.  I am

5  assuming we will sit until five.  Does that make sense?

6          MR. BALDWIN:  Yes, Your Honor.

7          THE COURT:  Let's try and get those two witnesses

8  then completed today.

9          MR. BALDWIN:  Yes, Your Honor.

10          THE COURT:  Anything else?  All right.  We will see

11  you then back here -- you folks will be here by earlier than,

12  let's say, 1:30, and we will reconvene in court at 1:45.

13          MR. BALDWIN:  Yes, Your Honor.  Thank you.

14       (Recess taken from 12:47 p.m. until 1:52 p.m.)

15          THE COURT:  Please be seated, folks.  All right.

16  Ready to go?

17          MR. BALDWIN:  Yes, Your Honor.

18          THE COURT:  Bring them in.

19       (The jury panel enter the courtroom at 1:53 p.m.)

20          THE COURT:  All right.  Everybody in?

21       Your next witness, Mr. Baldwin?

22          MR. BALDWIN:  Yes, Your Honor.  Thank you.

23       The government calls Ray Peele.

24          THE COURT:  Sir, just stand right alongside there.

25  You will be sworn.  Madam Clerk.

```
 1                THE DEPUTY CLERK:  Please raise your right hand.
 2                 RAYMOND PEELE, GOVERNMENT'S WITNESS, SWORN
 3                THE DEPUTY CLERK:  Please have a seat in the witness
 4     box.  Be careful as you enter.
 5          Please speak loudly and clearly into the microphone.
 6     State your name for the record and spell each name.
 7                THE WITNESS:  Raymond Peele.  First name is spelled
 8     R-A-Y-M-O-N-D; last name is Peele, P-E-E-L-E.
 9                THE DEPUTY CLERK:  Thank you.
10                THE COURT:  All right.
11                MR. BALDWIN:  Thank you, Your Honor.
12                          DIRECT EXAMINATION
13     BY MR. BALDWIN:
14     Q.    Yes.  Mr. Peele, you can remove your mask.  Thank you.
15          Where do you work, sir?
16     A.    The Howard County Police Department.
17     Q.    And how long have you worked there?
18     A.    Just a little over ten years.
19     Q.    And what is your current position with the Howard County
20     Police Department?
21     A.    My current position is executive protection for the
22     county executive.
23     Q.    What was your position before you were an executive
24     protection for the county executive?
25     A.    I was an undercover narcotics detective.
```

1   Q.    And how long were you a narcotics detective?

2   A.    Just a little over six-and-a-half years.

3   Q.    What did you do as an undercover narcotics detective?

4   A.    Performed undercover buys, controlled buys, search

5   warrants, surveillance.

6   Q.    And do you also execute search warrants?

7   A.    Yes, sir.

8   Q.    About how many search warrants have you executed during

9   your career?

10  A.    Close to 100.

11  Q.    Just briefly, what other positions did you have, if any,

12  with the Howard County Police Department before you were a

13  narcotics detective?

14  A.    After graduating from the Academy, I did about a year and

15  a half on patrol.

16  Q.    You executed search warrants of places suspected to have

17  drug trafficking activity before?

18  A.    Yes, sir.

19  Q.    And what kind of items are you looking for in such a

20  search?

21  A.    Guns, drugs, money, documents.

22  Q.    Okay.  What kind of implements would you look for in such

23  a location that would support a drug trafficking?

24  A.    Large sums of money, weapons, documents as well, too,

25  products, cutting agents that they call it that would be mixed

1   with narcotics.

2   Q.    What is a cutting agent?

3   A.    A cutting agent is something that you mix up to increase

4   the quantity of the drugs.

5   Q.    And what sort of drugs would that be mixed with?

6   A.    You could do it with any drug: cocaine, heroin, PCP.

7   Q.    Did you execute a search warrant at 3016 Oak Green Court,

8   Apartment No. C, Ellicott City, Maryland on April 21st, 2016?

9   A.    Yes, sir.

10  Q.    What was your role that day?

11  A.    I was a searching officer.

12  Q.    Did you assign any particular -- were you assigned any

13  particular location in the apartment?

14  A.    The bedroom.

15  Q.    All right.  Where did you go when you entered the

16  apartment?

17  A.    Walked in and walked straight back towards the bedroom.

18  Q.    When you were back in the bedroom, did -- what did you

19  see?

20  A.    A single bed, clothing, I saw some weapons out, some

21  shoes.

22  Q.    Were there closets in the bedroom?

23  A.    Yes, sir, two.

24  Q.    You said there was a bed?

25  A.    Yes, sir.

1  Q.    Okay.  With respect to your entry there, about how long

2  did you enter the apartment -- withdrawn.

3       How long after the apartment was given the clear did you

4  enter the apartment?

5  A.    Approximately five minutes.

6  Q.    Now, when you got to the back bedroom, was anything done

7  before you began searching the bedroom?

8  A.    Not -- aside, you mean, from the tactical officers going

9  in, no.

10 Q.    Okay.  Were there any pictures taken?

11 A.    Yes.

12 Q.    And when were -- when were the pictures taken?

13 A.    Prior to us starting to search the residence.

14 Q.    As tactical officers, did you see anything that the

15 tactical officers did in the back bedroom?

16 A.    No, sir.

17 Q.    Did you encounter them in the back bedroom?

18 A.    No, sir.

19 Q.    All right.  I am going to show you some pictures.  I am

20 showing you what's been marked as Government's P17.

21       Do you recognize that picture?

22 A.    Yes.  That's the closet in the bedroom.

23 Q.    Okay.  Can you see two items leaning in here?  Can you

24 tell what those are in the picture?

25 A.    Those are weapons.

1  Q.    And this -- in front of the weapons here on the ground,
2  do you know what that is?
3  A.    A gun case.
4  Q.    Showing you P18.
5        Do you recognize that?
6  A.    Yes, sir.  That's the same picture we just talked about
7  but a clear version.
8  Q.    Okay.  And do you recognize this from when you executed
9  the search warrant that day?
10 A.    Yes, sir.
11 Q.    I will blow up a section of this.  Let me blow that up
12 better.
13       Do you see the two items leaning against the units there?
14 A.    Yes, sir.
15 Q.    What are those?
16 A.    Firearms.
17 Q.    Did you seize those firearms that day?
18 A.    Yes, sir.
19 Q.    Okay.  The way it works, you actually locate items in the
20 house.  Correct?
21 A.    Yes.
22 Q.    And what is done with them after that, after they are
23 located?
24 A.    After they are located, before they are taken and
25 packaged away, we have the photographing officer come and take

1    a picture of it, and then the seizing officer will come and

2    take the evidence.

3    Q.    Okay.  So at the -- at the top end of this picture, about

4    a third -- a third -- a third of the way from the bottom, there

5    appears to be two metal objects sitting on a shelf.

6          Do you see those?

7    A.    Yes, sir.

8    Q.    What are those?

9    A.    Those are magazines.

10   Q.    One moment.  Showing you P18 again.

11         And this magazine here, is that magazine in any

12   particular condition?

13   A.    It's loaded with ammunition.

14   Q.    And you are referring to the one on the left?

15   A.    Yes, sir.

16   Q.    Can you tell from this picture whether the magazine on

17   the right is loaded?

18   A.    No, sir, I can't.

19   Q.    Now showing you another picture, P19.

20         Do you recognize this?

21   A.    Yes, sir.

22   Q.    Over on the left side of this picture on the lower third

23   portion, do you see that large black object on the ground?

24   What is that?

25   A.    Can you make it bigger?  I'm sorry, sir.

1    Q.    It's got a pattern on it.

2    A.    Are you talking about the bed.

3    Q.    Is that the bed?

4    A.    Yes, sir.

5    Q.    That's the bed you were referring to?

6    A.    Yes, sir.

7    Q.    That was a mattress sitting on the floor?

8    A.    Yes.

9    Q.    Drawing your attention -- I have blown a portion of this

10   up.

11         Can you see what's there?

12   A.    Yes, sir.

13   Q.    Another object on the floor.  What is that?

14   A.    A gun case.

15   Q.    Now showing you what's been marked as P20.

16         Do you recognize that, sir?

17   A.    Yes, sir.

18   Q.    What is that?

19   A.    That's clothing in the closet.

20   Q.    Do you recall that there was clothing in the apartment

21   bedroom when you searched it?

22   A.    Yes, sir.

23   Q.    What type of clothing was it?

24   A.    Just shirts and tennis shoes.

25   Q.    Were there both male and female clothing?

1  A.    I didn't observe any female clothing, sir.

2  Q.    Based on -- did you have a chance to look at shoes that

3  were in the apartment?

4  A.    I don't recall.

5  Q.    I am drawing your attention to what's been marked as

6  Government's P23.

7        Do you recognize this?

8  A.    Yes, sir.

9  Q.    And pulling up a section here, to the left side, there is

10 a -- a black object in the shelving.

11       Can you tell me what that is?

12 A.    A shoebox.

13 Q.    And what is depicted in this picture, P24?

14 A.    The same shoebox.

15 Q.    And is that where -- is that shoebox where you

16 encountered it on the day of the search?

17 A.    Yes, sir.

18 Q.    Showing you what's been marked as P25.

19       What does this depict?

20 A.    That shoebox that was located on that shelf.

21 Q.    I am blowing up a portion of that.

22       Can you tell me what's depicted there in that portion of

23 the picture?

24 A.    That's me with some black gloves on.

25             THE DEPUTY CLERK:  Mr. Baldwin, I'm sorry.  Did that

1  close-up have an exhibit number?

2          MR. BALDWIN:  That was a close-up of P24.

3          THE DEPUTY CLERK:  Thank you.

4  BY MR. BALDWIN:

5  Q.    Showing you -- actually, I think that was P25.

6          Now I am showing you again P25, and I am going to show

7  you a close-up in the upper right-hand corner.

8          What is that?

9  A.    That is my -- you are talking about on the left-hand side

10  on the black glove?

11  Q.    Yes.

12          What is that to the right?  Is that -- is that the glove

13  you just mentioned?

14  A.    To the right is the sleeve to my sweatshirt, which is

15  gray in color, and that's a black glove on my hand.

16  Q.    Thank you.

17          Looking at P26, what is that?

18  A.    That is that shoebox with U.S. currency in it that was

19  sitting on that shelf earlier.

20  Q.    Did you count the money that day?

21  A.    No, sir.

22  Q.    Who did?

23  A.    We usually take it back and we have a money counter that

24  we count at the station.

25  Q.    Okay.  I am showing you what's been marked as P27.

1          Can you tell me what that is?

2    A.    Yes, sir.  It's a weapon.

3    Q.    And where -- where is this?

4    A.    This is in that same closet in the drawer.

5    Q.    It's in one of the drawers we have seen before?

6    A.    Yes.

7    Q.    And is this the -- did you find this firearm during your

8    search?

9    A.    Yes, sir.

10   Q.    And when you found it, what -- what is above the firearm

11   in this picture?

12   A.    Those are two magazines.

13   Q.    And when you found it, were -- was it in this

14   configuration?

15   A.    Yes, sir.

16   Q.    Now showing you P28.

17         What does this show?

18   A.    That is another magazine with a box of ammo and loose

19   ammunition.

20   Q.    And where -- where was this found?

21   A.    In that same closet in another drawer.

22   Q.    Now, could you tell me what's depicted in this portion of

23   the picture?

24   A.    Sure.  That's a box of 50-count ammunition and then

25   that's loose .45 ammunition.

1   Q.    Can you make out how many rounds are in this 50 -- I am

2   not talking about the loose rounds, I am talking about in the

3   box?

4   A.    In the box, 50.

5   Q.    Showing you what's been marked as Exhibit P29.

6         Do you see this, sir?

7   A.    Yes, sir.

8   Q.    Do you recognize it?

9   A.    Yes, sir.

10  Q.    What is it?

11  A.    It's a bank statement.

12  Q.    I am going to zoom in on the name here.

13        Do you see the name there?

14  A.    Yes, sir.

15  Q.    And what is the name on that statement?

16  A.    Tiba S. Conley.

17  Q.    One moment, please.

18        I am showing you again Exhibit P28 and focusing in on a

19  different portion of it.

20        Sir, do you see the loose .45 rounds that are in the --

21  in the drawer there --

22  A.    That's right.

23  Q.    -- that I referred to?

24        Can you count those, sir?  The loose ones.

25  A.    It's nine.

1   Q.    Thank you.

2         And on the left side of the picture, there is a large

3   metal object.

4         Can you tell -- tell us what that is?

5   A.    It's a magazine.

6   Q.    And is that how you encountered it that day?

7   A.    Yes, sir.

8   Q.    And does -- what condition does the magazine appear to be

9   in?

10  A.    It's loaded with ammunition.

11  Q.    Showing you what's been marked as Exhibit P33.

12        Do you recognize what's in this picture, sir?

13  A.    Yes, sir.

14  Q.    Where was this taken?

15  A.    This was in the bedroom.

16  Q.    And there is a black object here, a piece of paper

17  sitting on a black object.

18        Can you tell us what the black object is?

19  A.    It's a handgun case.

20  Q.    Focusing in on an area of the piece of paper that's on

21  that case, can you read the name that's on that paper?

22  A.    It says, "Tiba Conley."

23  Q.    Now looking at Exhibit P35.

24        Can you tell us what's depicted in that picture?

25  A.    This is the -- the handgun case.

1  Q.    Is this the same handgun case you referred to in the

2  prior picture?

3  A.    Yes.

4  Q.    Now, did you look inside that handgun case?

5  A.    Yes, sir.

6  Q.    Was there anything in there?

7  A.    No, sir.

8  Q.    Showing you what's been marked as P35.

9        Do you recognize this, sir?

10 A.    Yes, sir.

11 Q.    And what is it?

12 A.    Inositol powder.

13 Q.    And where was this?

14 A.    Inside the bedroom on the shelf.

15 Q.    Do you know what Inositol powder is?

16 A.    Yes, sir.

17 Q.    And what is it?

18 A.    It's an agent used when cooking cocaine base.

19 Q.    Showing you what's been marked as P47.

20       Can you identify that for me, sir?

21 A.    Yes, sir.  That's the same weapon from earlier.

22 Q.    It's the same weapon we looked at in the drawer, so it's

23 the same --

24 A.    Yes, sir.

25 Q.    Thank you.

1      Now, Mr. Peele, I am going to ask you if you could step
2  down.  I think the courtroom deputy is going to help you get a
3  Lavalier on.  You could pull your mask up while she's doing
4  that.
5  A.    Thank you.
6           THE DEPUTY CLERK:  You're welcome.
7  BY MR. BALDWIN:
8  Q.    All right, sir.  I will ask you to take a look -- there
9  is a long box on the top of that table there, a long white box.
10      If you could open that up for me, sir, and tell me if you
11  recognize what's inside?
12  A.    Yes, sir.
13  Q.    Is there an exhibit number on that -- on that item in
14  there?
15  A.    There is.
16  Q.    First of all, what's inside the box?
17  A.    This is one of the weapons that were -- that we seized
18  that I located inside the bedroom.
19  Q.    Okay.  Could you take a look at the sticker that's on the
20  -- on the item in there?
21  A.    Yes, sir.
22  Q.    And what is the exhibit number?
23  A.    It says, "Gun 2."
24  Q.    All right.  Could you hold up that box for the jury so
25  they can see what's in there?

1   A.      (Witness complies.)

2   Q.      Just come out, take a step towards the glass there.

3          And that is, in fact, the gun you located in the back of

4   the apartment?

5   A.      Yes, sir.

6   Q.      You can put that down, sir.  Thank you.

7          In front of you, sir, there is -- there is a package, a

8   black package.  In about the middle of that box, the middle of

9   that long white box you were holding up, there was a set of

10  packages.  If you will look at those, I believe there is one

11  marked Gun 2A?

12  A.      Yes, sir.

13  Q.      Could you hold that up, please?

14  A.      (Witness complies.)

15  Q.      What does that appear to be, sir?

16  A.      These are magazines.

17  Q.      Okay.  And do you recognize those?

18  A.      Yes, sir.

19  Q.      And what are they?

20  A.      These are the magazines that were seized from the house.

21  Q.      And where did those magazines come from?

22  A.      From the closet area.

23  Q.      All right.  Thank you.

24         And just in front of those magazines, there is another --

25  there is another item there on the -- just in front of where --

1    those magazines you put down.  Could you pick that up, sir?

2    Could you tell me what the exhibit number is on those?

3    A.    Gun 2B.

4    Q.    Okay.  And Gun 2B, what is the contents of that?

5    A.    These are the .223 rounds that were located with the --

6    the weapon I just showed.

7    Q.    Are they .223 rounds?

8    A.    Yes, sir.

9    Q.    Okay.  One moment.

10   A.    Sorry, .762 rounds.

11   Q.    And .762 is a different size round than a .223 round?

12   A.    Yes, sir.

13   Q.    And you were reading from the evidence label there?

14   That's where you read .762 from is from that evidence label.

15   Correct?

16   A.    Yes, sir, in the description.

17   Q.    Now, with respect to the ammunition that was recovered

18   that day, there was a -- there was a .223 rifle and a .762

19   rifle.  Correct?

20   A.    Yes, sir.

21   Q.    And the magazines you were just holding, those were .762

22   magazines?

23   A.    Yes, sir.

24   Q.    Okay.  Thank you.

25         So that was Exhibit 2B you just looked at?

1  A.    Yes, sir.

2  Q.    Now I'd like to ask you to take Exhibit 2, which is the

3  long gun that you looked at first, and if you can just place

4  that on the floor underneath?

5  A.    Thank you.

6  Q.    Then if you could just look inside the second long case,

7  all right, and you could pick that up, and we will do the same

8  thing with the jury here.

9        Can you tell me:  Is there an exhibit sticker on there?

10 A.    Yes, Gun 3.

11 Q.    Gun 3.

12       And do you recognize that?

13 A.    Yes, sir.

14 Q.    What is it?

15 A.    This is the firearm that was seized from the bedroom.

16 Q.    And what -- what caliber is that weapon?

17 A.    This is .223.

18 Q.    If you could show the jury the weapon?

19 A.    (Witness complies.)

20 Q.    Thank you.  All right.  Thank you.  Put that down again.

21       Now, to the right where you had the -- to the right of

22 the first magazines you looked at, to the right of that, there

23 is another bag.

24       Could you pick that up, please, sir?

25 A.    (Witness complies.)

1   Q.    And what is that?

2   A.    Two magazines.

3   Q.    And what style magazines are those?

4   A.    The exhibit number is 3A, and these are the .223

5   magazines.

6   Q.    Okay.  And you recognize those?

7   A.    Yes, sir.

8   Q.    Where did they come from?

9   A.    From the bedroom at the house.

10  Q.    And there is some of the magazines we saw in the picture

11  previously?

12  A.    Yes, sir.

13  Q.    Thank you.

14          THE DEPUTY CLERK:  Just to clarify, that was

15  Government's Exhibit Gun 3A?

16          THE WITNESS:  Yes, ma'am.

17          THE DEPUTY CLERK:  Thank you.

18          MR. BALDWIN:  Thank you.  Gun 3A.

19  BY MR. BALDWIN:

20  Q.    Now, the exhibit that's right in front of that, could you

21  pick that up?

22  A.    (Witness complies.)

23  Q.    Could you tell us what exhibit that is?

24  A.    Exhibit 3 -- Gun 3B.

25  Q.    Okay.  And what is in -- what is Exhibit Gun 3B?

Peete - Direct

1    A.    This is the ammunition.

2    Q.    Okay.  What type of ammunition?

3    A.    .223 rounds.

4    Q.    Okay.  How many rounds are there?

5    A.    Fifty.

6    Q.    Thank you.

7          And if you go back to the .762 rounds that we looked at

8    before, yes, and that's Exhibit 2B.  Correct?

9    A.    Yes, sir.  Gun 2B.

10   Q.    And how many rounds are in that?

11   A.    Twenty-five.

12   Q.    That's 25 rounds of .762 ammunition?

13   A.    Yes, sir.

14   Q.    Thank you.

15         Now, if you go to your right, please, I think you will

16   see there is an Exhibit A1 there.

17   A.    Yes, sir.

18   Q.    Could you pick that up, please?

19   A.    (Witness complies.)

20   Q.    And could you take a look inside?  Can you tell what that

21   is?

22   A.    Yes.  This is ammunition.

23   Q.    And what kind of ammunition?

24   A.    .45.

25   Q.    All right.  And do you know where those nine -- how many

Peefe - Direct

1  rounds are there?

2  A.    Nine.

3  Q.    And do you know where those nine rounds of .45 ammunition

4  came from?

5  A.    Yes, from the -- the bedroom closet.

6  Q.    Okay.  And how did those correlate to the nine rounds of

7  .45 ammunition we saw in that drawer?  Are those the same

8  rounds?

9  A.    Those are the same ones, the same nine.

10  Q.    Can I direct you to Exhibit A2?

11        THE DEPUTY CLERK:  Just to clarify, that's Government

12  Exhibit A2?

13        MR. BALDWIN:  Yes.

14  BY MR. BALDWIN:

15  Q.    Is that what you have in your hands, sir?

16  A.    Yes, sir.

17  Q.    And what is it?

18  A.    These are .45 rounds.

19  Q.    Is there packaging in there as well?

20  A.    Yes.

21  Q.    And what does the packaging say?

22  A.    It's a box that says 50 center five pistol cartridges.

23  Q.    Is that the same box we saw in the drawer that I blew up

24  earlier in the pictures?

25  A.    Yes, sir.

1   Q.    And how many rounds are in there?

2   A.    Fifty.

3   Q.    Thank you, sir.

4         Do you see an Exhibit A3?

5   A.    Yes.

6   Q.    Does it say Exhibit A3 on there?

7   A.    Yes, sir.

8   Q.    Okay.  And do you have Exhibit A3 in hand?

9   A.    A3, yeah.

10  Q.    And what is it?

11  A.    It is a box of 20 rifle cartridges.

12  Q.    And what size are the rifle cartridge rounds?

13  A.    That, I don't know, sir.

14  Q.    I'm sorry.  Say again.

15  A.    I wouldn't know without opening it up.

16  Q.    Okay.  Hold on one moment.

17  A.    Okay.  .223.

18  Q.    Those are .223 rounds?

19  A.    Yes.

20  Q.    Are those among the rounds that were recovered from the

21  back bedroom?

22  A.    Yes, sir.

23  Q.    Thank you.

24        And there is another exhibit that you picked up before,

25  A4.

Peete - Direct

1      Sir, can you tell me what that is?

2  A.    This is one .223 round.

3  Q.    Do you know where it was recovered from?

4  A.    Yes.  In the gun case.

5  Q.    Thank you.

6      I'd ask you to look under the table there.  Do you see a

7  black object?  Yes?  Could you pick that up, sir?

8  A.    (Witness complies.)

9  Q.    Could you tell me what that is?

10  A.    The gun case.

11  Q.    Do you see there is a sticker on the front of it, exhibit

12  sticker?

13  A.    Yes.

14  Q.    And what exhibit number is that?

15  A.    SW1.

16  Q.    Is that the gun case that was on the floor of the bedroom

17  closet?

18  A.    Yes, sir.

19  Q.    Thank you.

20      Now I am going to ask you to look at the -- yes, sir.

21  You may put that down.

22      I am going to ask you to look at the far end of the

23  table, there is a bottle there.

24      Can you tell me what that is, sir?

25  A.    The Inositol powder.

1 Q.    And what exhibit number is on there?

2 A.    SW9.

3 Q.    Is that the Inositol powder that was in the back bedroom?

4 A.    Yes, sir.

5 Q.    Thank you, sir.

6       And then on -- also next to that is another black case,

7 and what is -- could you describe that, sir?

8 A.    This is the handgun case found in the bedroom.

9 Q.    Okay.  And that handgun case was empty, though.  Correct?

10 A.    Yes, sir.

11 Q.    And what's the exhibit number on that?

12 A.    SW2.

13 Q.    Thank you.

14       And then on the end of the table, end corner of the

15 table, there is another exhibit on the corner of the table.

16       Do you see that, sir?  It's marked SW3.

17       Do you recognize that, sir?

18 A.    Yes, sir.

19 Q.    And what is -- what is it?

20 A.    This is the money that was seized in the shoebox.

21 Q.    Okay.  Does the -- does the evidence label indicate how

22 much money is in there?

23 A.    $9,000.

24 Q.    Okay.  Thank you, sir.

25       And that is -- in SW3, that is the same cash that you

Peele - Cross

```
1   located --
2   A.     Yes, sir.
3   Q.     -- in the apartment.  Is that correct?
4   A.     Yes, sir.
5   Q.     Thank you, sir.  You may have a seat again.
6          MR. BALDWIN:  Your Honor, I have no further questions
7   for the witness.
8          THE COURT:  Cross.
9                    CROSS-EXAMINATION
10  BY MR. BURNHAM:
11  Q.     Good afternoon.
12  A.     How are you doing, sir?
13  Q.     I am Charles Burnham.
14         You testified on direct examination that you -- about the
15  two --
16         THE DEPUTY CLERK:  I need you close to the mike.
17         MR. BURNHAM:  Here we go.
18  BY MR. BURNHAM:
19  Q.     You testified on direct examination that you -- about the
20  two long guns.
21         And you handled them, you recall that.  Right?
22  A.     Yes, sir.
23  Q.     And then you saw some photographs of the two -- the two
24  guns sort of leaning up against the closet.  Right?
25  A.     Yes, sir.
```

1   Q.    Now, you weren't the first one to enter the bedroom?  You

2   said the tactical officers went in first.  Right?

3   A.    Yes, sir.

4   Q.    And so you don't have firsthand knowledge of whether

5   those guns were in that position when the tactical officers

6   first -- first entered.  Correct?

7   A.    Yes.  Correct, sir.

8   Q.    All right.  And did you handle the guns -- the two long

9   guns, did you handle them yourself?

10  A.    No, sir.

11  Q.    You didn't.  Okay.

12        We -- you had some questions on direct examination about

13  the -- the money from the shoebox.

14        You recall that.  Right?

15  A.    Yes, sir.

16  Q.    And that appeared to me to be largely $100 bills.

17        Would you agree with that?

18  A.    I mean, without looking at them, I can't say if they were

19  all $100 bills.

20  Q.    I didn't say all, but there was quite a few hundred

21  dollar bills apparent from the picture.  Correct?

22  A.    Yes, sir.

23  Q.    Perhaps the government can help me here, and we will take

24  a look at P29, please.

25              THE DEPUTY CLERK:  Defendant 2?  Switch to the

Peele - Cross

 1   document camera or to government counsel table.

 2             MR. BURNHAM:  I can use the document camera if it's

 3   too hard.  Whatever is easier.

 4             THE DEPUTY CLERK:  Do we have the exhibit to put up?

 5             MR. BALDWIN:  I think you need to go to Defendant's

 6   2.

 7             THE DEPUTY CLERK:  I thought --

 8             MR. BURNHAM:  This exhibit is already in evidence as

 9   Government's P29.

10             THE DEPUTY CLERK:  I understand.  I am trying to get

11   it to the right source.

12             MR. BURNHAM:  Would it be easier if I just use my

13   binder and I can take it out and put it on the ELMO?

14             THE DEPUTY CLERK:  I put it on Defendant 2.  My

15   monitor is not showing the current evidence, so I can't tell.

16   That's why I keep getting up to look.

17             MR. BALDWIN:  Yes.  It's not up on mine.  I have it

18   on my laptop, but it's not showing up on the monitor.

19   BY MR. BURNHAM:

20   Q.   I am going to show you an exhibit you entered into

21   evidence during your direct testimony, Government Exhibit P29.

22             THE DEPUTY CLERK:  Now let me switch it back to the

23   document camera.  Mr. Burnham, it needs to be rotated if you

24   can.  It's sideways.

25             MR. BURNHAM:  If I zoom in, I think I can get to the

1  part that I need.

2  BY MR. BURNHAM:

3  Q.    Officer, it's a little blurry there, but in the top left,

4  under Mr. Conley's name, it appears to say 5607 Inwood Street,

5  Hyattsville, Maryland, and then there is a Zip Code.

6        Did I read that correctly?

7  A.    Yes, sir.

8  Q.    And then the dates there a little lower down are February

9  6th, 2015 to March 7th, 2016.

10       Did I read that correctly?

11 A.    I can't tell the last number -- after February 6, 201, I

12 can't tell if that's a 5 or a 6, sir.

13 Q.    It appears a little hard to tell.  Let's just look at the

14 last date.  The last date pretty clearly says March 7th, 2016.

15       Would that be correct?

16 A.    Yes, sir.

17 Q.    And you said the money from the shoebox, to your

18 understanding, added up to 9,000 something?

19 A.    Yes, sir.

20       MR. BURNHAM:  Thank you.  No further questions.

21       THE COURT:  Redirect?

22       MR. BALDWIN:  No redirect, Your Honor.

23       I believe we are going to need some reset time for the

24 next witness.

25       THE COURT:  All right.  We will take about ten

1   minutes?  Less?  We will take a short break, folks, up to ten

2   minutes.  Theresa, if you will --

3          MR. BALDWIN:  Yes, Your Honor, about ten minutes.

4          THE COURT:  As soon as we are -- you will escort the

5   jury back to the jury deliberation area, and then we will let

6   the government set up.

7          (The jury panel exit the courtroom at 2:32 p.m.)

8          THE COURT:  All right, folks.  You will advise when

9   you are ready.

10          MR. BALDWIN:  Thank you, Your Honor.

11          (Recess taken from 2:33 p.m. until 2:52 p.m.)

12          THE COURT:  Please be seated.

13          (The jury panel enter the courtroom at 2:53 p.m.)

14          THE COURT:  All right, folks.

15       Your next witness, Mr. Baldwin.  Sorry, Mr. Draughon.

16   All right.  Call him, please.

17          MR. DRAUGHON:  Your Honor, the government calls

18   Sharri Jastrzebski.

19          THE COURT:  If you will just remain standing

20   alongside the witness box.  Right there is fine.

21       All right, Madam Clerk.

22          THE DEPUTY CLERK:  Please raise your right hand.

23        SHARRI JASTRZEBSKI, GOVERNMENT'S WITNESS, SWORN

24          THE DEPUTY CLERK:  Please have a seat in the witness

25   box.  Watch your step as you enter.

Jastrzebski - Direct

1          Please speak loudly and clearly into the microphone.

2     State your name for the record and spell each name.

3          THE WITNESS:  My name is Sharri Jastrzebski.  It's

4     S-H-A-R-R-I; last name J-A-S-T-R-Z-E-B-S-K-I.

5          THE DEPUTY CLERK:  Thank you.

6                         DIRECT EXAMINATION

7     BY MR. DRAUGHON:

8     Q.    Good afternoon.

9     A.    Good afternoon.

10    Q.    Are you employed?

11    A.    I am.

12    Q.    By whom are you employed?

13    A.    The Howard County Police Department.

14    Q.    What is your role?

15    A.    I am a corporal, a detective corporal within the

16    narcotics section.

17    Q.    And what are your duties as a detective corporal in the

18    narcotics section?

19    A.    So I investigate large-scale drug investigations.  I

20    also, when my sergeant isn't there, I am the supervisor.

21    Q.    And what was your role in 2016?

22    A.    In 2016, I was a detective first class in the same unit,

23    narcotics.

24    Q.    How long have you been in law enforcement?

25    A.    I have been in law enforcement for 11-and-a-half years.

```
 1   Q.    And have you had any training as a police officer in the
 2   narcotics section?
 3   A.    Yes.  I went through our Police Academy, and then I have
 4   also taken multiple different narcotics trainings, so forth.
 5   Q.    And have you had training in regards to executing search
 6   warrants?
 7   A.    Yes, I have.  Same with the Police Academy as well as
 8   training after the Police Academy for search and seizure
 9   warrants.
10   Q.    Approximately how many search warrants have you helped
11   execute?
12   A.    I would say approximately, like, around the hundreds
13   range.
14   Q.    And approximately how many of those times have you been a
15   seasoned officer for the search warrant?
16   A.    I would say approximately around 40, 40 times.
17   Q.    I'd like to direct your attention to April 21st, 2016.
18         Were you on duty that day?
19   A.    Yes, I was.
20   Q.    And where did you go while you were on duty?
21   A.    I assisted in executing a search and seizure warrant at
22   3016 Oak Green Court, Apartment C.
23   Q.    What city was that in?
24   A.    That's Ellicott City and it's in Howard County, Maryland.
25   Q.    And what was your role in executing that search warrant?
```

1   A.     I was the seizing officer.

2   Q.     What do you mean by the "seizing officer"?  What did you

3   do?

4   A.     So, a seizing officer means, within the Howard County

5   Police Department, is all of the evidence that's found and

6   collected, the seizing officer then documents it all and then

7   places it into what -- what we do in our property rooms, so we

8   will collect the evidence, seal it up, and place it in our

9   property room.

10  Q.     Did you do that while at 3016 Oak Green Court?

11  A.     Yes, I did.

12  Q.     As part of the search warrant process, how was the

13  location of the recovered evidence kept record of?

14  A.     So, I document it on a search warrant return which goes

15  to the resident of the household or the residents wherever we

16  are at.  I also document it in a police report and it's also

17  documented on a property sheet.

18  Q.     And how were the locations of the items captured?

19  A.     Photographs are taken each time we do a search warrant.

20  Q.     With regard to the search warrant at 3016 Oak Green

21  Court, were photographs taken?

22  A.     Yes, sir.

23  Q.     Prior to your testimony today, did you review what has

24  been marked as Government Exhibits P9, P11 through 16, P27,

25  P32, P36, and P37?

1   A.    Yes, sir.

2   Q.    Did you recognize those government exhibits?

3   A.    Yes.

4   Q.    How did you recognize them?

5   A.    They were the items that were at the search warrant that

6   day at that location.

7   Q.    We are going to go through each of those photos so you

8   can describe to the jury what is depicted starting with P9 once

9   I connect it.  There we go.

10       Can you describe to the jury what you see in this photo?

11   A.    Yes.  Toward the left of the photograph, it's two digital

12   scales, a black digital scale and a silver digital scale, both

13   with suspected cocaine on it.  It's a white powder substance.

14       Then you have baking soda, which is in the orange box

15   generally used as a cutting agent when cooking up cocaine into

16   crack cocaine.

17       The two baggies are suspected cocaine.  The one is a

18   white rock-like substance which is likely to be crack cocaine.

19   And then there is a small baggie to the right of the

20   photograph.  It's, like, got little black dots on it, and

21   that's oftentimes what CDS distributors will put the drugs that

22   they are cooking up in for resale.

23       MR. DRAUGHON:  Your Honor, may I have the witness

24   step around to the exhibits?

25       THE COURT:  All right.

1          THE WITNESS:  Thank you.

2          THE DEPUTY CLERK:  You're welcome.

3   BY MR. DRAUGHON:

4   Q.    I'd like to direct your attention to Government Exhibits

5   D14 and D15.

6          Do you see those to your left?

7   A.    Yes.

8   Q.    Could you describe to the jury what those are?

9   A.    So D14, white rock-like substance, cocaine base, and I

10   can see that because it also has my item number listed on

11   there, Item 4, located in the kitchen counter, and my I.D. No.

12   5610.

13          Item 15 is also a white powdery rock-like substance.

14   Same thing, it also has my evidence baggie in it, my Item 5, my

15   I.D. No. 5610, and also located on the kitchen counter.

16   Q.    You mentioned your I.D. number and item number.

17          Why do you put those on the packaging?

18   A.    So we put our I.D. number and the item number so that we

19   can document it in our reports and that I am the sealing

20   officer for that.  So any time I am sealing up evidence, I

21   write my I.D. number on there saying I am the one that sealed

22   it.

23   Q.    Could you hold Exhibit -- Government Exhibit D14 and D15

24   up for the jury?

25   A.    (Witness complies.)  That's 14.  And this one is 15.

```
 1              THE DEPUTY CLERK:  Can all the jurors see the
 2    evidence?  Would you mind stepping around?
 3              THE WITNESS:  Sure.  Can I just hold them at the same
 4    time?
 5              THE COURT:  Yeah.
 6              THE WITNESS:  And there is the backs, too.
 7              THE DEPUTY CLERK:  Thank you.
 8              THE WITNESS:  You're welcome.
 9    BY MR. DRAUGHON:
10    Q.    You notice that I have zoomed in on Government Exhibit
11    P9.
12          Are the items -- can you see it there?
13    A.    Yeah.
14    Q.    Are the items zoomed in on the same as the items you just
15    picked up?
16    A.    Yes.
17    Q.    I will now like to have you direct your attention to
18    Government Exhibits D1 and D2 on the table.
19    A.    Yes.
20    Q.    Do you recognize Government Exhibits D1 and D2?
21    A.    Yes.
22    Q.    How do you recognize them?
23    A.    Because they are the evidence that I sealed -- packages I
24    sealed.
25    Q.    And which one are you holding now?
```

 1   A.    This is Item D1.  And inside here is a digital scale.

 2   Q.    And how about for D2, what's in D2?

 3   A.    D2 is also a digital scale.  This is a black digital

 4   scale.

 5   Q.    Are those the same digital scales indicated -- zoomed in

 6   on P9?

 7   A.    Yes.

 8   Q.    Can you hold those up for the jury?

 9   A.    Yes.

10         THE COURT:  Just walk around again on the other side.

11         THE DEPUTY CLERK:  Thank you.

12         THE WITNESS:  You're welcome.

13   BY MR. DRAUGHON:

14   Q.    I am now going to show you Government Exhibit P11.  If

15   you have trouble seeing it, feel free to go back to your seat.

16   A.    Okay.

17   Q.    Can you tell the jury what we are looking at here?

18   A.    That is a Pyrex dish with crack cocaine residue in it --

19         MR. BURNHAM:  Objection.  Speculation.

20         THE COURT:  Well, overruled.  I think it seems to me

21   like a lay decision.  Go ahead.

22   BY MR. DRAUGHON:

23   Q.    You can continue.

24   A.    -- with -- which was located the day of the search and

25   seizure warrant on the kitchen counter.

1          THE COURT:  Let me clarify.  It appears to be that.

2   Can you accept that amendment, Mr. Draughon?

3          MR. DRAUGHON:  Yes.

4          THE COURT:  Not that she knows that it's cocaine.  It

5   appears to be crack cocaine.

6          THE WITNESS:  Yes, sir.

7          THE COURT:  I will permit it with that limitation.

8   BY MR. DRAUGHON:

9   Q.    Based on your experience as a detective in the narcotics

10  unit and a law enforcement officer for over 11 years, what did

11  that appear to you -- when you saw the Pyrex glass, what did

12  you think was in there?

13  A.    It appeared to me, from my training and experience, to be

14  suspected crack cocaine from being cooked basically right there

15  on the counter.

16  Q.    And I see that you were handling Government Exhibit D5.

17        What is that?

18  A.    This is the -- what's in the photograph there.

19  Q.    And how do you recognize Government Exhibit D5?

20  A.    Because this is what we seized from the search and

21  seizure warrant that day.

22  Q.    Now, you mentioned that there was what appeared to be,

23  based on your experience, crack cocaine residue.

24        Was there anything else inside of Government Exhibit D5?

25  A.    There was a -- a -- a fork as well with suspected --

1   suspected crack cocaine residue as well on it which was in that

2   picture.

3   Q.    I am going to now direct your attention to Government

4   Exhibit P12.

5         Can you describe to the jury what you see in Government

6   Exhibit P12?  You can just look at the screen.

7         What do you see in Government Exhibit P12?

8   A.    So, on the kitchen counter toward the, more toward the

9   right side of the photograph is a handgun, a black handgun.

10  Q.    Is there anything else of note in this photo?

11  A.    Yes.  Do you mind if I come around to the screen?

12  Q.    Sure.

13  A.    So there is also a few baggies in the photograph of white

14  powder substance.  There is also a baggie of green vegetable

15  matter.  These are in the drawer.  And then there is cash on

16  top of the counter.  And then there is also a wallet that's on

17  the oven -- I guess the stovetop right there toward the left of

18  the picture.

19  Q.    Zooming in some, is the wallet you just described on the

20  left side of the photo?

21  A.    Yes.  Yes.

22  Q.    And the firearm is on the right side?

23  A.    Yes.

24  Q.    Can I have you come back around to the physical exhibits?

25  A.    (Witness complies.)

 1  Q.    I'd like to direct you to Government Exhibit Gun 1.

 2  A.    Okay.

 3  Q.    What is that?

 4  A.    It is the firearm, the handgun that's in that photograph.

 5  Q.    And how do you recognize it?

 6  A.    I'm sorry.  Can you repeat that?

 7  Q.    How do you recognize Government Exhibit Gun 1?

 8  A.    Because that's what I saw on the -- the day of the search

 9  and seizure warrant, and this is what I submitted.

10  Q.    And what are you holding in your left hand?

11  A.    This is my evidence bag with my I.D. number on it.

12  Q.    Can you hold up Government Exhibit Gun 1 for the jury?

13  A.    Do you want me to do it in the box or pull it out of the

14  box?

15  Q.    Inside the box is fine.

16  A.    (Witness complies.)

17        THE DEPUTY CLERK:  Would you hold it up to this

18  screen right in front of you, the Plexiglas right in front of

19  you?

20        THE WITNESS:  Sure.

21        THE COURT:  And the other side too as well.

22        THE DEPUTY CLERK:  She did, Your Honor.  Thank you.

23  BY MR. DRAUGHON:

24  Q.    Now I'd like to direct your attention to Government

25  Exhibit Gun 1A.

Jastrzebski - Direct

```
1            Can you describe to the jury what that is?
2   A.    Yes.  This is a magazine that goes in that handgun.
3   Q.    And how do you know it goes in that handgun?
4   A.    Because I seized this on the day of the search warrant.
5   Q.    And was there anything inside of Gun 1A?
6   A.    Yes.  There were ammunition, there were rounds inside of
7   the magazine and then into the handgun.
8   Q.    I'd like to direct your attention to Government Exhibit
9   1B, Gun 1B.
10           What are you holding?
11  A.    Ammunition, rounds from this magazine.
12  Q.    And how many rounds are in there?
13  A.    Fourteen.
14  Q.    And how did you recognize Government Exhibits Gun 1A and
15  Government Exhibit Gun 1B?
16  A.    Because I was the seizing officer and these are the items
17  that I seized that day and my I.D. number is on here.
18  Q.    Can you hold Government Exhibits Gun 1A and 1B up to the
19  jury?
20  A.    (Witness complies.)
21  Q.    And before we move on to the next photo of government
22  exhibits, you mentioned a wallet.
23           Was there anything of significance with the wallet
24  depicted in the photo?
25  A.    Yes, his identification.
```

1   Q.    Whose identification?

2   A.    Mr. Conley's.

3   Q.    I saw you gestured.

4         Do you see Mr. Conley in the courtroom today?

5   A.    Yes.

6   Q.    Can you describe his appearance?

7   A.    He's seated to my right with an orange outfit on.

8              MR. DRAUGHON:  Your Honor, may the record reflect

9   that the witness has identified the defendant?

10             THE COURT:  All right.

11  BY MR. DRAUGHON:

12  Q.    I am going to now direct you to Government Exhibit P13.

13  Feel free to go back to the table if you can't see the photo.

14        Can you describe to the jury what you see in Government

15  Exhibit P13?

16  A.    Yes.  On the stovetop on the back burner is a cell phone,

17  and then there is also the wallet that we spoke before about,

18  the previous picture, is toward the right of the picture, and

19  then there is cash on the counter.

20  Q.    I'd like to direct you to the physical exhibit,

21  Government Exhibit SW7.

22        Do you recognize that?

23  A.    I do.

24  Q.    How do you recognize it?

25  A.    It's the cell phone that's in the photograph from the

1    search and seizure warrant from the day that we did it.

2    Q.    And how do you recognize the cell phone?

3    A.    Because I am the one that seized it that day.

4    Q.    Is your I.D. number or item on it?

5    A.    Not in this bag.

6    Q.    You recall it from this -- the day of the seizure?

7    A.    Yes.

8    Q.    Can you briefly hold that up to the jury?

9    A.    Sure can.

10   Q.    I am going to now show you Government Exhibit P14, which

11   is another photograph.

12         Can you -- where is this drawer in relation to the photos

13   that we have seen earlier?

14   A.    So this drawer is that drawer that was protruding in some

15   of the other pictures, that kitchen counter, the stove and the

16   oven is to the left of this drawer.

17   Q.    And you will see there is a counter to the left of the

18   photo.

19         What was on top of that counter?

20   A.    The gun, the handgun.

21   Q.    Can you describe to the jury what you see inside of that

22   drawer?

23   A.    Yes.  There is multiple baggies of white powder

24   substance.  There is also one baggie of green vegetable matter.

25   The green vegetable matter is suspected marijuana.  The

1    individual baggies of white substance is suspected cocaine.

2    And then there is two digital scales in that drawer.

3    Q.    I'd like to direct your attention to the physical

4    exhibits, and, specifically, can you look at Government Exhibit

5    D16, D18, D19, and D20?  And when you are done, just look up at

6    me.

7    A.    (Witness complies.)

8    Q.    How do you recognize Government Exhibits D16, 18, 19, and

9    20?

10   A.    Each of the items -- these items are labeled with my I.D.

11   number as well as the location that they were found.

12   Q.    And what are they?

13   A.    Each contain white rock-like substance within them that's

14   suspected crack cocaine.

15   Q.    Can I have you lift up Government Exhibits D16, 18, 19,

16   and 20 and present it to the jury?

17          THE DEPUTY CLERK:  Maybe just two at a time if that

18   is helpful.

19          MR. DRAUGHON:  That's a good idea.

20          THE WITNESS:  I am not seeing 20.  There we go.  So

21   this is Item 18 and -- Items 18 and 16, so 16, 18.

22   BY MR. DRAUGHON:

23   Q.    Can you now show Government Exhibits D19 and D20?

24   A.    One moment.  Okay.  Got them.

25   Q.    I'd like to now direct your attention to Government

1    Exhibits D3 and D4.

2          Do you recognize those exhibits?

3    A.    Yes.

4    Q.    How do you recognize them?

5    A.    They are sealed with my I.D. number and my initials.

6    Q.    And what are those exhibits?

7    A.    They are each digital scales.

8    Q.    Can you hold up Government Exhibits D3 and D4 for the

9    jury?

10   A.    (Witness complies.)

11   Q.    The items that you just showed the jury, that is, D3, D4,

12   D16, D18, D19, and D20, are those the items depicted in photo

13   Government Exhibit P14?

14   A.    Yes, sir.

15   Q.    I am now going to direct your attention to Government

16   Exhibit P15.

17         Can you tell the jury what you see here?

18   A.    Yes.  To the right of the photograph toward the edge of

19   the table, it's a baggie, clear plastic baggie containing a

20   white powder substance.

21   Q.    Do you see Government Exhibit D13 on the table?

22   A.    I do.

23   Q.    Do you recognize it?

24   A.    I do, yes.

25   Q.    How do you recognize it?

1    A.    It has my I.D. number on it and item number as well as my

2    initials.

3    Q.    And what is Government Exhibit D13?

4    A.    A white powder cocaine.

5    Q.    Is that the item --

6                MR. BURNHAM:  Same objection.

7                THE WITNESS:  Suspected white powder cocaine.

8                THE COURT:  Yeah.  She's not testifying as an expert,

9    but what she suspected is permissible.  All right.

10   BY MR. DRAUGHON:

11   Q.    Is that the same item depicted in Government Exhibit P15?

12   A.    Yes.

13   Q.    I am going to show you another photo, Government Exhibit

14   P16.

15        What do you see here?

16   A.    It's a photograph of the left side of that kitchen, so

17   opposite of the drawer we were talking about before, there is

18   two cell phones laying on that white oven mitt and a box of

19   salmon patties.

20   Q.    I am now going to direct your attention to Government

21   Exhibit P27.

22        Can you describe to the jury what you see in Government

23   Exhibit P27?

24   A.    Yes.  That was -- that's a -- a gun located within the

25   bedroom of the search and seizure warrant with two magazines.

Jastrzebski - Direct

1    Q.    Can you look at the physical exhibit, Government Exhibit

2    Gun 4?

3          Do you recognize Government Exhibit Gun 4?

4    A.    Yes.

5    Q.    How do you recognize it?

6    A.    It's the same gun as the picture.  And this is what we

7    seized -- this is what I seized the day of the search warrant.

8    Q.    Could you show Government Exhibit Gun 4 to the jury?

9    A.    Yes.

10   Q.    And, actually, to save you some time before you walk it

11   around, do you also see Government Exhibit Gun 4A?

12   A.    Yes.

13   Q.    And what is that?

14   A.    It's the two magazines that are in the picture.

15   Q.    And how do you recognize that?

16   A.    I recognize it from the day because I seized these from

17   the search warrant that day and that's what's in the pictures.

18   Q.    Can you show Government Exhibits Gun 4 and Gun 4A to the

19   jury?

20   A.    Yes.

21   Q.    For the rest of the photos, you can remain seated.

22   A.    Okay.

23          THE DEPUTY CLERK:  Let me go ahead and take that

24   microphone.  Let me turn it off first.

25          THE WITNESS:  Okay.

1   BY MR. DRAUGHON:

2   Q.    I am now going to show you what has been identified as

3   Government Exhibit P32.

4         Can you describe to the jury what you see here?

5   A.    Yes.  It's a box containing multiple papers and a pay

6   stub and some loose dollars.

7   Q.    I am going to zoom into the pay stub you just described.

8         Now, what do you see on that pay stub?

9   A.    I see the name Tiba Conley.

10              THE COURT:  Do you want to try and turn that right

11  side up?

12              MR. DRAUGHON:  Your Honor, I am afraid that is a

13  level of expertise that I do not have.  I can take the physical

14  exhibit and zoom in on it, Your Honor.

15              THE COURT:  Well --

16              THE DEPUTY CLERK:  What if you right click?

17              THE COURT:  Since you wanted to show it for

18  identification, I thought it would be easier for the jury to

19  see, but they can piece it out.

20              MR. DRAUGHON:  Give me just a moment, Your Honor.  I

21  can do it.

22              THE COURT:  Not to spend a lot of time on this, what

23  was the name that you saw on the document?

24              THE WITNESS:  It was Tiba Conley.

25              THE COURT:  All right.  Did you describe what the

1    document was?

2                THE WITNESS:  I'm sorry.  I didn't hear you, sir.

3                THE COURT:  Did you describe what the document was?

4                THE WITNESS:  It was a pay stub.

5                THE COURT:  Okay.  Let's go on, Mr. Draughon.

6                MR. DRAUGHON:  Will do, Your Honor.

7    BY MR. DRAUGHON:

8    Q.    I am now going to direct you to Government Exhibit P36.

9          Can you describe to the jury what you see here?

10   A.    Yes.  They are two pieces of District of Columbia

11   identifications.

12   Q.    And who is depicted on those identifications?

13   A.    Mr. Conley.

14   Q.    Do you recall where these identifications came from?

15   A.    Yes.  They came from the wallet that was in the

16   photographs.

17               THE COURT:  Can you get a better resolution on this?

18   I am getting it a little blurry.

19               MR. DRAUGHON:  I don't think so, Your Honor.  I think

20   that's the best resolution we are going to get.

21               THE COURT:  All right.

22   BY MR. DRAUGHON:

23   Q.    Now I am going to show you Government Exhibit P37.

24         Can you describe to the jury what you see here?

25   A.    Yes.  It is a Comcast bill and it has the name Mr. Tiba

1    Conley on it.  It also has the address 3016 Oak Green Court,

2    Apartment C, Ellicott City, Maryland.

3    Q.    Are you familiar with that address?

4    A.    Yes.  That's where we did the search and seizure warrant.

5    Q.    And who was present when you did the search and seizure

6    warrant?

7    A.    Mr. Conley.

8    Q.    Now, we went through several firearm exhibits, including

9    Government Exhibits Gun 1, Gun 1A, Gun 4, and Gun 4A.

10         What did you do with the firearm exhibits?

11   A.    The firearm exhibits were seized from the location and

12   then they were submitted to our property room in Howard County.

13   Q.    And that's -- that was also the process followed for Gun

14   2, Gun 3, Gun 3A?

15   A.    Yes.

16   Q.    For all of the gun exhibits, did you count the rounds of

17   the ammunition seized?

18   A.    Yes.

19   Q.    Now, you -- did you say that you put these in packaging?

20   A.    The guns were not all packaged.  The long guns were too

21   large to completely package up, but they were placed in our

22   locker, a storage locker that's locked up that only our

23   property room would have access to.

24   Q.    What precautions did you take when putting these gun

25   exhibits in the various packaging?

1    A.    Gloves.  Gloves and sealing them up with tape so that

2    once the ammunition was out and the CDS was packaged up, they

3    won't fall out or be ripped out.

4    Q.    Now, I take it for the Springfield and the Masterpiece

5    Arms that we looked at, those were placed in smaller packages.

6          Were the two rifles looked at also placed in packages?

7    A.    No.  The two rifles were not placed in packages.  Those

8    are the ones that were unable to be stored in a package.

9    Q.    Before you placed the government exhibit items in

10   packaging -- I'm sorry.  Strike that.

11         Based on how you put the packaged items and transported

12   them, would anyone have had to touch the items when

13   transporting them?

14   A.    I would have touched the items in transport with gloves

15   on.

16   Q.    And we also discussed Government Exhibits D13, D14, 15,

17   16, 18, 19, and 20, those being the drug exhibits.

18         Do you recall that?

19   A.    Yes, sir.

20   Q.    What did you do with these items after seizure?

21   A.    They were also sealed tight in an envelope or a plastic

22   baggie, and they were submitted with -- on the -- the sealed

23   tape outside with my name or initials and I.D. number on the

24   evidence bags.

25   Q.    Prior to your testimony today, did you review a summary

1  exhibit of the drugs entitled Government Exhibit S1?

2  A.    Yes.

3  Q.    Based on what you saw, was that an accurate summary of

4  the drug items that were seized from 3016 Oak Green Court,

5  Apartment C?

6  A.    Yes.

7  Q.    I am going to show you Government Exhibit S1.

8        Can you describe to the jury what you recognize from

9  Government Exhibit S1?

10 A.    Each of the items that we talked about prior and their

11 weights.

12          THE COURT:  Subject to connecting up now,

13 Mr. Draughon.

14          MR. DRAUGHON:  I'm sorry, Your Honor.

15          THE COURT:  Subject to connecting up.

16          MR. DRAUGHON:  Yes.

17          THE COURT:  She's not testifying that that is what

18 the substance was.

19          MR. DRAUGHON:  That's correct.

20          THE COURT:  She's saying this is a report that

21 somebody else made.

22 BY MR. DRAUGHON:

23 Q.    And when you are identifying the items on Government

24 Exhibit S1, what column are you looking at for your

25 identification?

1   A.      For my identification from when I labelled them, the

2   Howard County number.

3   Q.      So the Howard County number column?

4   A.      That's where I labeled each of these substances as when I

5   submitted them, yes.

6   Q.      Right.

7           Did you -- just to clarify, I see trial exhibit is the

8   first column, Howard County number, FBI number/DEA, substance,

9   and weights.

10          Are you referring to Howard County number for your

11  identification?

12  A.      Yes.

13  Q.      Did you ever make physical contact with Mr. Conley?

14  A.      Not physical contact, no, I did not.

15          MR. DRAUGHON:  I have no further questions, Your

16  Honor.

17          THE COURT:  All right.  How much do you expect on

18  cross, Mr. Burnham?

19          MR. BURNHAM:  About five to seven minutes.

20          THE COURT:  All right.  Let's finish that, and I will

21  take a short break then after.

22          THE DEPUTY CLERK:  Right now?

23          THE COURT:  No.  We are going to do his cross now and

24  then we will take a short break.

25          THE DEPUTY CLERK:  Yes, Your Honor.

1                        CROSS-EXAMINATION

2    BY MR. BURNHAM:

3    Q.    Good afternoon, Corporal.  I am Charles Burnham.

4    A.    Good afternoon.

5    Q.    In your capacity as a seizing agent during this search,

6    were you aware as to whether or not -- thank you -- whether or

7    not there was a forensic person also involved taking swabs and

8    so forth?

9    A.    On scene?

10   Q.    Yes.

11   A.    No.

12   Q.    So was there any attempt made either on scene or -- on

13   scene, let's say, since you were there, to take swabs of the --

14   any of the suspected controlled substances or paraphernalia?

15   A.    So that happens, the way we do things, after it's

16   submitted to the property room.

17   Q.    Okay.

18   A.    Not on scene.

19   Q.    Were you -- you didn't find a safe or any similar device?

20   A.    No.

21   Q.    Have you ever found safes before in your other searches

22   that you have done?

23   A.    Yes.

24   Q.    In your direct testimony, you referred in a photograph --

25   I can call it up if we need to -- but you referred in a

Jester-Zebroski/Cross

 1   photograph to a little bag on the counter that you said was the

 2   type of bag that -- that people sometimes use to sell

 3   controlled substances.  Right?

 4   A.    Yes.

 5   Q.    You never did find a large container of, you know, those

 6   sorts of little baggies in bulk, did you?

 7   A.    Not that I recall.

 8   Q.    And there were countless items you encountered, spices,

 9   ketchup, cooking things that were obviously legal.  Correct?

10   A.    Yes.

11   Q.    Did you change your gloves in between handling one gun to

12   the next, or is it the same pair of gloves for all the guns?

13   A.    I don't recall.  Yeah.  I don't -- that date, I don't

14   recall.

15   Q.    So it's possible you used the same gloves to handle all

16   the guns?

17   A.    It's possible.

18         MR. BURNHAM:  Thank you.

19         THE COURT:  Redirect?

20         MR. DRAUGHON:  The government has no redirect, Your

21   Honor.

22         THE COURT:  All right.  You may step down, ma'am.

23   You are excused.

24         And folks, let's take a short break, seven or eight

25   minutes if we can do it.  Let's have her retire first, and

1  then, Theresa, if you will take the folks back there, and

2  counsel remain after the jury steps out.  Go ahead.  Leave your

3  materials.  Don't discuss the case.

4       (The jury panel exit the courtroom at 3:36 p.m.)

5            THE COURT:  All right, folks.  Give me some idea

6  where we are, Mr. Baldwin, Mr. Draughon.  Who is your next

7  witness?

8            MR. BALDWIN:  Yes, Your Honor.  We have two

9  additional witnesses.  One fire tested the firearms for

10 operability.

11           THE COURT:  Who is that?

12           MR. BALDWIN:  The other is the nexus expert.

13           THE COURT:  Who are the two, the names?

14           MR. BALDWIN:  The name of the operability tester is

15 Jaimie Smith, and the name of the interstate nexus from ATF is

16 Matt Leonard.

17           THE COURT:  Okay.  And you can finish those up by

18 5:00 with direct and cross?

19           MR. BALDWIN:  Yes, sir.

20           THE COURT:  All right.  I assume you have fairly

21 brief cross, Mr. Burnham?

22           MR. BURNHAM:  I expect so.

23           THE COURT:  All right.  Good.  All right.  We will

24 take about a seven- or eight-minute recess and then come back.

25           MR. BALDWIN:  Thank you, Your Honor.

Smith - Direct

```
 1          (Recess taken from 3:37 p.m. until 3:52 p.m.)
 2              THE COURT:  All right.  Folks, have a seat.
 3          All right.  Mr. Baldwin, your next witness is?
 4              MR. BALDWIN:  I am sorry, Your Honor?
 5              THE COURT:  Did you call the witness?
 6              MR. BALDWIN:  We don't have the jury yet, Your Honor.
 7              THE COURT:  I'm sorry.  I am looking at somewhere
 8     else.  It makes a lot of sense.
 9          (The jury panel enter the courtroom at 3:53 p.m.)
10              THE COURT:  All right.  Ready to go?
11              MR. BALDWIN:  Thank you, Your Honor.
12          The government calls Mr. Jaimie Smith.
13               JAIMIE SMITH, GOVERNMENT'S WITNESS, SWORN
14              THE DEPUTY CLERK:  Please have a seat in the jury
15     box.  Watch your step as you enter.
16          Please speak loudly and clearly into the microphone.
17     State your name for the record and spell each name.
18              THE WITNESS:  My name is Jaimie Smith, J-A-I-M-I-E,
19     S-M-I-T-H.
20              THE DEPUTY CLERK:  Thank you.
21                          DIRECT EXAMINATION
22     BY MR. BALDWIN:
23     Q.   Good afternoon, sir.
24     A.   Good afternoon.
25     Q.   Where do you work?
```

1  A.    I currently work for the Prince George's County Police

2  Department in the Firearms Examination Unit.

3  Q.    And what do you do in the Firearm Examination Unit?

4  A.    As a firearms examiner in the Firearms Examination Unit,

5  my job is to examine all firearms, any ammunition components

6  that are submitted to the laboratory.  And when I say

7  "ammunition components," I mean basically anything that is

8  fired in a gun or cycled through a gun.  So we would look at

9  fired bullets, fired cartridge cases, fired shot shells, shot

10 shells, cartridges, and also firearms themselves.

11 Q.    Is part of -- is part of your job to test firearms for

12 operability?

13 A.    Yes, it is.

14 Q.    And what's involved in an operability test?

15 A.    When a firearm is submitted to the laboratory, it's kept

16 in a -- in a secure vault until we are able to -- at the right

17 time, we will go and we will pull that firearm, which is in a

18 sealed condition, and we will open up the -- the firearm and

19 inventory everything that the officer or the technician who

20 brought it to the laboratory said is in that container.

21        Once that's done, we will take notes on all of the

22 pertinent information for the firearm.  The pertinent

23 information would be the make, model, caliber, serial number,

24 and -- and other information that firearms tend -- firearms

25 examiners tend to look at, like the safeties that are there,

1    the number of lands and grooves, the direction of the twists.

2    Those are all kinds of things that we would look at for the

3    firearm.

4        Once we have taken those notes, we would --

5    Q.    Mr. Smith, if I could just redirect you for a minute.

6        What is involved in the actual operability testing of the

7    firearm?

8    A.    Okay.  Well, once I observe the firearm, I would look at

9    different areas of the firearm to make sure that it is safe to

10    fire.  Once -- if I determine that it's safe to fire, we would

11    go down to the range, which is basically a room that's

12    soundproof and has a water tank in it.  In the range, we would

13    load the firearm with the correct ammunition and fire it into

14    the water tank, and we would collect the fired cartridge cases

15    and the fired bullets from the water tank.

16    Q.    Mr. Smith, were you asked to operability -- test for

17    operability of firearms in an investigation involving Tiba

18    Conley?

19    A.    Yes, I was.

20    Q.    Sir, how many firearms did you test?

21    A.    Four.

22    Q.    Okay.  And can you remember what types of firearms those

23    were?

24    A.    Yes.

25    Q.    What were they?

Smith - Direct

```
 1   A.    They were -- there were four firearms.  There were two

 2   .45 caliber firearms.  One was a Masterpiece Arms and the other

 3   one was a Springfield Armory.  They are both semiautomatic

 4   pistols.  There were two long guns, also semiautomatic rifles.

 5   One was a Yugoslavia rifle, which was a 7.62 x 39 millimeter,

 6   which is the caliber, and there was a Del-Ton semiautomatic

 7   rifle also, which is a 5 by 6 by 49, but you can also fire a

 8   .223 Remington in it.

 9   Q.    Thank you.

10         Sir, can I ask you to step down, and we will give you a

11   Lavalier so that you can take a look at some exhibits here.

12   A.    Sure.

13         THE DEPUTY CLERK:  Thank you.  You can put that in a

14   pocket or on your belt.

15         THE WITNESS:  Okay.

16   BY MR. BALDWIN:

17   Q.    Thank you.

18         And I will just ask you, sir, if you could -- I guess we

19   can start at the far end here closest to the jury, and if you

20   could take a look at that firearm there and tell me if that's

21   one of the firearms you examined for operability?

22   A.    Yes, I did.

23   Q.    And what's the exhibit number on that, sir?

24   A.    It says, "Gun 4."

25   Q.    Yes.  And is this one of the guns you tested for
```

Smith - Direct

```
 1   operability?
 2   A.     Yes, it is.
 3   Q.     How do you know?
 4   A.     Because -- because it's the same make and model and
 5   caliber and it has my initials scribed on it.
 6   Q.     And did that -- did that firearm function?
 7   A.     Yes, it did.
 8   Q.     So it fired bullets?
 9   A.     Yes.  All -- all four firearms were test fired and
10   functioned properly.
11   Q.     Okay.  Did you also look at -- see the functionality of
12   the magazines for the various weapons?
13   A.     There were -- there were several magazines and -- and
14   several amounts of ammo that were also submitted with it.  If
15   there is a magazine that was submitted with it in the
16   packaging, then I would have used that magazine to make my life
17   easier to test fire the firearm.
18   Q.     Okay.  So you used the magazines that were provided with
19   the weapons?
20   A.     Yes.  That's correct.
21   Q.     Let me ask you to look at -- if you go to the far left
22   end of the table, there is a smaller box there, and I will ask
23   you if you can take a look at that and tell me if you recognize
24   what's in there?  There is a label on the firearm itself.
25   A.     What's that?
```

1    Q.    There is -- do you recognize that firearm?

2    A.    Yes, I do.

3    Q.    Is that one of the ones you tested?

4    A.    Yes, it was.

5    Q.    What is the label on that, the exhibit number that's on

6    the firearm itself?

7    A.    It says Gun No. 1.

8    Q.    Thank you.

9          And what was the results of the operability test of that

10   firearm?

11   A.    It functioned and fired properly.

12   Q.    Thank you.

13         If you could look at one of the longer boxes there, just

14   either one, can you tell me what's inside it?

15   A.    I'm sorry.

16   Q.    What's inside it, sir?

17   A.    This is the Yugoslavian semiautomatic rifle.

18   Q.    And what is the exhibit number on there?

19   A.    Gun No. 2.

20   Q.    And does that -- did that function as a firearm?

21   A.    Yes, it did.

22   Q.    Okay.  And for that exhibit, the jury hasn't -- over here

23   hasn't seen that yet.

24         Would you mind picking up that box and walking over to

25   this side and just showing them what's inside it?  The jurors

Smith - Direct

1   over here.

2   A.    Over there?

3   Q.    Yes.

4   A.    Okay.  I'm sorry.  I am not used to trying to...

5   Q.    What is that that's hung under the front part of the

6   weapon under the barrel?

7   A.    This (indicating)?

8   Q.    Yes.

9   A.    I am having a -- I can't think of the name of it right

10  this second.  It's a --

11  Q.    You can't remember the words right off the top of your

12  head.

13        You test them for firing, don't you?

14  A.    Yes.

15  Q.    That's okay.

16  A.    I don't know why I --

17  Q.    Is it a knife-like object?

18  A.    Yes.  It's -- I hate when that happens.

19  Q.    That's okay.

20        And this is a weapon that you test fired?

21  A.    I'm sorry?

22  Q.    It functioned when you test fired it?

23  A.    Yes, it did.

24  Q.    Thank you.  You can walk around -- back around this way.

25  A.    Okay.

Smith - Direct

```
 1   Q.    And we are going to do the same thing with that last box
 2   there.
 3   A.    Okay.
 4   Q.    Watch out.
 5   A.    That didn't work out so well.  I'm sorry.
 6         THE COURT:  Don't comment unless you are asked a
 7   question, please.  Don't just start speaking.  Wait until there
 8   is a question pending.
 9         MR. BALDWIN:  Thank you.
10   BY MR. BALDWIN:
11   Q.    Just open up the last box there, sir.  And could you just
12   pull that towards you?
13         And do you recognize what's in there?
14   A.    Yes, I do.
15   Q.    What is it?
16   A.    This is the Del-Ton semiautomatic rifle, 5.56 x 45
17   millimeter.
18         THE COURT:  Ask a question, please, and let's move
19   this along.
20         MR. BALDWIN:  Yes, Your Honor.
21   BY MR. BALDWIN:
22   Q.    And did that firearm function?
23   A.    Yes, it did.
24   Q.    Could you just read the label that's on that firearm?  Do
25   you see the --
```

Smith - Direct

1   A.    It says, Gun No. 3.

2   Q.    Gun 3.  Thank you, sir.  I'd ask you to sit back down in

3   the witness stand.  Thank you.

4              THE DEPUTY CLERK:  Mr. Baldwin, does he need the

5   lapel mike on?

6              MR. BALDWIN:  No, he does not.

7   BY MR. BALDWIN:

8   Q.    Showing you on the screen there that's beside you P73.

9         And I'd ask you:  Is this the firearm you just -- you

10  looked at, the Gun No. 1?

11  A.    Yes.

12  Q.    And I am now showing you P76.

13        Do you recognize that, sir?

14  A.    Yes.

15  Q.    And is this the Gun 2 that you were just handling?

16  A.    Yes.

17  Q.    Do you see the label there?  If you can make out the

18  label?

19  A.    Yes.  It says, Gun No. 2.

20  Q.    Now I am showing you P79.

21        Do you see that, sir?

22  A.    Yes.

23  Q.    Does that appear to be Gun 3 that you were just showing

24  the jury?

25  A.    Yes.

Smith - Cross

1    Q.    And I am showing you P82.

2          And is this Gun 4 that you were -- that you just showed

3    the jury?

4    A.    Yes.

5    Q.    Thank you.

6          MR. BALDWIN:  No further questions, Your Honor.

7          THE COURT:  Cross?

8                      CROSS-EXAMINATION

9    BY MR. BURNHAM:

10   Q.    Good afternoon.  I am Charles Burnham.

11   A.    Good afternoon.

12   Q.    I have a few questions for you.

13         The SKS rifle that you just answered questions about,

14   isn't it true that that's a weapon of a certain amount of

15   historical interest, if you know?

16   A.    That specific weapon?

17   Q.    Yes.

18   A.    Firearm?

19   Q.    Yes.

20   A.    No.  I don't know.

21   Q.    Okay.  The -- there was a weapon -- one of the guns there

22   that you held up, there was one of them where if you didn't

23   know better, you might say it looks like an Uzi.  Right?

24   A.    That's correct.

25   Q.    In fact, it's not an Uzi, just to be clear?

Leonard - Direct

```
 1   A.    Yes.  It was not stamped with Uzi on it.  It was a

 2   Masterpiece Arms.

 3               MR. BURNHAM:  That's all.  Thank you.

 4               THE COURT:  All right.  Sir, you may step down.  You

 5   are excused unless you have any redirect?  None?

 6               MR. BALDWIN:  No, Your Honor.  Thank you.

 7               THE COURT:  Thank you, sir.  You may step down.

 8               THE WITNESS:  Thank you.

 9               MR. DRAUGHON:  The government calls Matthew Leonard.

10               THE DEPUTY CLERK:  Please raise your right hand.

11          MATTHEW LEONARD, GOVERNMENT'S WITNESS, SWORN

12               THE DEPUTY CLERK:  Thank you.  Please have a seat in

13   the witness box.  Watch your step as you enter.

14          Please speak loudly and clearly into the microphone.

15   State your name for the record and spell each name.

16               THE WITNESS:  Matthew Leonard, M-A-T-T-H-E-W,

17   L-E-O-N-A-R-D.

18               THE DEPUTY CLERK:  Thank you.  And would you please

19   move a little bit closer to the microphone?  Thank you.

20                         DIRECT EXAMINATION

21   BY MR. DRAUGHON:

22   Q.    Good afternoon, sir.

23   A.    Good afternoon.

24   Q.    Are you currently employed?

25   A.    Yes.
```

Leonard - Direct

1   Q.    By whom are you employed?

2   A.    The Bureau of Alcohol, Tobacco, Firearms, and Explosives.

3   Q.    I'm sorry.  Where are you employed?

4   A.    I am a special agent with the Bureau of Alcohol, Tobacco,

5   Firearms, and Explosives.

6   Q.    And how long have you been there?

7   A.    Since 2014, September of 2014.

8   Q.    What are your duties as a special agent?

9   A.    I investigate crimes of violence involving firearms in

10  the Prince George's County area.

11  Q.    And do you have any -- any other duties that would be

12  applicable to this investigation?

13  A.    Yes.  I am also an interstate nexus agent, so I help to

14  determine whether firearms and ammunition travel across state

15  lines.

16  Q.    Have you had any training with regards to your duty as an

17  interstate nexus examination expert?

18  A.    Yes.  I have attended several courses on firearms and

19  their functionality and their manufacturing, courses involving

20  specifically for interstate nexus, advanced interstate nexus

21  for ammunition, advanced interstate nexus for different types

22  of weapons.  I have attended several different tours of

23  manufacturing facilities of both firearms and ammunition to

24  become familiar with the manufacturing processes, as well as

25  also the shipping techniques and packaging processes of

Leonard - Direct

1  firearms and ammunition.

2  Q.    And could you explain the process for determining whether

3  firearms and ammunition have crossed state lines or country

4  lines?

5  A.    So, for firearms, I will typically physically examine a

6  firearm, indicate and note the markings that are on a

7  particular firearm, and then use open source material to

8  research where that firearm was manufactured and then how it

9  got from its manufacturer to wherever it was taken from.

10  Q.    And what's the process for examining ammunition?

11  A.    For ammunition, most ammunition has stamping, called a

12  head stamp on the bottom of the cartridge, and that stamp is

13  typically indicative of its caliber.  And then, most often, it

14  also indicates -- it could provide clues as to where it was

15  manufactured.  Or it might have a brand insignia or name on it,

16  and that would help me determine which facility it was

17  manufactured in or at least which country it came from.

18  Q.    Have you previously testified as an expert in interstate

19  nexus examination of firearms ammunition?

20  A.    Yes, I have.

21  Q.    Have you testified as an expert in that -- in that area

22  in federal court?

23  A.    Yes, I have.

24        MR. DRAUGHON:  Your Honor, at this point, the

25  government moves to qualify Special Agent Matthew Leonard as an

Leonard - Direct

1    expert in interstate nexus examination of firearms and

2    ammunition.

3              THE COURT:  Any objection?

4              MR. BURNHAM:  No objection.

5              THE COURT:  So declared.

6    BY MR. DRAUGHON:

7    Q.    In this investigation, did you examine any firearms for

8    interstate nexus?

9    A.    Yes.  I examined four firearms.

10   Q.    And did you also examine ammunition in this

11   investigation?

12   A.    Yes.  I examined several examples of ammunition.

13   Q.    At this point, I'd like to ask you to step down and look

14   at the physical exhibits.  I'd like to direct your attention to

15   Government Exhibit Gun 1, which is on the left side of the

16   table.

17        Do you recognize Government Exhibit Gun 1?

18   A.    I do.

19   Q.    How do you recognize it?

20   A.    I examined this firearm.

21   Q.    Can you describe Government Exhibit Gun 1 to the jury?

22   A.    It's a semiautomatic pistol manufactured by Springfield

23   Armory in Croatia with Serial Number XD676779.  It's chambered

24   in .45 ACP.

25   Q.    You said that it was manufactured in Croatia?

1   A.    Yes.

2   Q.    Did that firearm cross state lines?

3   A.    Yeah.  It was then imported into the United States into

4   Genesee, Illinois.

5   Q.    Now direct your attention to Government Exhibit Gun 1B.

6   It should be near by.

7         Do you recognize Government Exhibit 1B?

8   A.    I do.

9   Q.    Could you describe to the jury what it is?

10  A.    This is ammunition.  It is rounds of .45 ACP ammunition.

11  Q.    Were you able to determine the interstate nexus for those

12  cartridges?

13  A.    I was.

14  Q.    And what was the result of your examination?

15  A.    Several of them were manufactured by PMC, so they would

16  have either been manufactured in the Republic of Korea or in

17  the state of Nevada.  In either case, they would have come to

18  the state of Nevada for distribution within the United States.

19        There are examples made by Remington.  Remington

20  manufactures their ammunition in Roanoke, Arkansas.  And there

21  is an example here from Winchester.  Winchester manufactures

22  their ammunition in Oxford, Mississippi.

23  Q.    Thank you.

24        I will now direct you to Government Exhibit Gun 2.

25        Do you recognize Government Exhibit Gun 2?

1   A.   I do.

2   Q.   Can you describe what Government Exhibit Gun 2 is to the

3   jury?

4   A.   Gun 2 is a semiautomatic SKS type rifle chambered in 7.62

5   x 39 millimeter.  It was manufactured in Yugoslavia and then

6   imported into the United States through Vermont with Serial

7   Number 0-604530.

8   Q.   I'd like to now direct you to Government Exhibit Gun 2B.

9        Do you recognize Government Exhibit Gun 2B?

10  A.   I do.

11  Q.   Could you describe what that is to the jury?

12  A.   These are 7.62 x 39 millimeter rounds of ammunition,

13  Russian short ammunition.  There is two different manufacturers

14  in here as denoted by the different color cartridges, green and

15  gray.  Both these were manufactured in Russia but at separate

16  facilities and imported into the United States.

17  Q.   Now directing you to Government Exhibit Gun 3.

18       Do you recognize Government Exhibit Gun 3?

19  A.   I do.

20  Q.   Can you describe Gun 3 to the jury?

21  A.   Gun 3 is a Del-Ton AR type rifle chambered in 5.56 x 45

22  millimeter.  It was manufactured in the state of Iowa and then

23  would have travelled to North Carolina to the manufacturer's

24  assembly and distribution facility.

25  Q.   And are you able to identify the serial number on Gun 3?

Leonard - Direct

1  A.    Yes.  The serial number is DTI-S030977.

2  Q.    Now directing your attention to Government Exhibit Gun

3  3B.

4        Do you recognize Government Exhibit Gun 3B?

5  A.    I do.

6  Q.    What is that?

7  A.    This is a bag containing 50 rounds of .223 caliber

8  ammunition, .223 Remington caliber ammunition.

9  Q.    And where did -- where was that ammunition manufactured?

10 A.    This ammunition was manufactured by PMC, so it would have

11 also either have been manufactured in the Republic of Korea or

12 in the state of Nevada, and it would have been distributed via

13 the state of Nevada.

14 Q.    When you say it could have been manufactured in Korea or

15 through the state of Nevada, why is that?

16 A.    So the company PMC, Precision Made Cartridges, is a

17 health company.  The company that owns it is called El Dorado

18 Cartridge Works out of Nevada.  A lot of ammunition companies

19 that manufacture ammunition overseas, they will manufacture

20 parts of ammunition overseas and then ship those individual

21 parts, such as the projectile, and then they will be assembled

22 at their final location most often because shipping powder

23 overseas is often expensive, the explosive powder that's on the

24 inside of the cartridge, and one of the primary manufacturing

25 facilities for that is in Florida.  So, a lot of times, they

Leonard - Direct

1   will manufacture certain aspects of the ammunition and then

2   ship it off at one place because it's typically cheaper and

3   smaller so it's lighter rather than trying to ship assembled

4   cartridges.

5   Q.    Is Government Exhibit Gun 3B compatible with Government

6   Exhibit Gun 3?

7   A.    Yes.  So the rifle is chambered in 5.56 which is

8   compatible with firing .223 Remington ammunition.

9   Q.    Is -- I am going to take you back to Government Exhibit

10  Gun 2B.

11        Is that compatible with Gun 2?

12  A.    Yes.  So the SKS type rifle chambered in 7.62 x 39

13  millimeter, and the ammunition for it was the same.

14  Q.    Same question for Government Exhibit Gun 1B, is that

15  compatible with Government Exhibit Gun 1?

16  A.    Yes.  That firearm is chambered in .45 ACP and those

17  rounds of ammunition were .45 ACP caliber.

18  Q.    I'd now like to direct your attention to Government

19  Exhibit Gun 4.

20        Do you recognize Government Exhibit Gun 4?

21  A.    I do.

22  Q.    Can you describe what Gun 4 is to the jury?

23  A.    This is a semiautomatic pistol manufactured by

24  Masterpiece Arms in Georgia with Serial Number A12487 and it's

25  chambered in .45 ACP.

Leonard - Direct

1   Q.     Thank you.

2          I am going to now direct your attention to Government

3   Exhibit A1.

4          Do you recognize Government Exhibit A1?

5   A.     I do.

6   Q.     Could you describe what that is to the jury?

7   A.     This is nine rounds of .45 ACP ammunition manufactured by

8   Winchester, so this would have been manufactured in Oxford,

9   Mississippi.

10  Q.     Now directing your attention to Government Exhibit A2.

11         Do you recognize Government Exhibit A2?

12  A.     I do.

13  Q.     Could you describe Government Exhibit A2 to the jury?

14  A.     This is a ammunition box with an insert and several loose

15  rounds of ammunition that appear to have fallen out of the box

16  as they are all the same manufacturer, which is PMC.  So this

17  would have been either manufactured in Republic of Korea or in

18  Nevada.

19  Q.     And does the box indicate where it was manufactured?

20  A.     Yes.  In this case, it says, "Made in Korea."

21  Q.     Now directing your attention to Government Exhibit A3.

22         Do you recognize Government Exhibit A3?

23  A.     I do.

24  Q.     What is Government Exhibit A3?

25  A.     This is a box with 20 rifle cartridges in it, also PMC.

1    This was manufactured in Korea as denoted by the box.

2    Q.    And what is the caliber of those cartridges?

3    A.    These are .223 Remington.

4    Q.    I'm sorry.  Did you say where that would have been

5    manufactured?

6    A.    In Korea.

7    Q.    Now directing your attention to Government Exhibit A4.

8          Do you recognize Government Exhibit A4?

9    A.    I do.  It is a single round of .223 caliber ammunition

10   manufactured by PMC, so either in Korea or in Nevada.

11   Q.    You can return to your seat, sir.

12         MR. BALDWIN:  The government has no further

13   questions.

14         THE COURT:  Cross?

15                      CROSS-EXAMINATION

16   BY MR. BURNHAM:

17   Q.    Good afternoon, Agent Leonard.  I am Charles Burnham.

18   A.    Good afternoon.

19   Q.    A few questions for you.

20         You described Government Exhibit Gun 3 as a Del-Ton AR

21   type rifle.

22         Do you recall that?

23   A.    Yes, sir.

24   Q.    And by "AR type," were you referring to AR-15 type?

25   A.    Correct.

Leonard - Redirect

```
 1   Q.    And wouldn't you agree that AR-15 and AR-15 type rifles
 2   have somewhat of a cult following among Second Amendment
 3   enthusiasts, people like that?
 4              MR. DRAUGHON:  Objection as to relevance.
 5              THE COURT:  Sustained.  Don't answer.  Objection
 6   sustained.
 7         Go ahead.  Ask another question.
 8   BY MR. BURNHAM:
 9   Q.    How about the SKS rifle, that's an old Soviet Union
10   military rifle.  Correct?
11   A.    Yeah.  It was Sove block construction [phonetic].
12   Q.    Has it been in use in Russia or anywhere else for many
13   decades?  Right?
14              MR. DRAUGHON:  Objection as to relevance.
15              THE COURT:  Overruled.  I will permit that.
16              THE WITNESS:  It's still being used.
17   BY MR. BURNHAM:
18   Q.    By military?
19   A.    It's still being used around the world.
20   Q.    In any case, it's an item of some historical interest to
21   people who are into guns.  Correct?
22   A.    Potentially.
23              MR. BURNHAM:  Thank you.  That's all I have.
24              THE COURT:  All right.  Redirect?
25              MR. DRAUGHON:  Very briefly, Your Honor.
```

1                      REDIRECT EXAMINATION

2    BY MR. DRAUGHON:

3    Q.    You were asked about Government Exhibit Gun 2, the SKS

4    type rifle.

5    A.    Yes.

6    Q.    Is that an antique?

7    A.    No.

8              MR. DRAUGHON:  I have no further questions, Your

9    Honor.

10             THE COURT:  Thank you, sir.  You may step down.

11        Counsel, I propose to sit until five today.

12        Is there some way you can get a short witness on today

13   between now and five, you think?

14             MR. BALDWIN:  I don't believe so, Your Honor.  We

15   have got to -- we don't have another witness for this

16   afternoon, Your Honor.

17             THE COURT:  All right.  Folks, I am going to let you

18   go, then, early today.  If you will follow Theresa into the

19   deliberation area, leave your materials on your seats there.

20   We will see you here shortly before 10:00 next door and then we

21   will bring you in ready to go.

22        Counsel, remain, please.

23             THE DEPUTY CLERK:  Go ahead and leave your materials

24   here in the courtroom.

25             THE COURT:  Don't discuss the case at all with

1  anyone.

2        (The jury panel exit the courtroom at 4:29 p.m.)

3        THE COURT:  All right.  Let's talk a little bit about

4  tomorrow, Counsel, see where we are going.

5      Who is your next witness?  How much time, roughly?

6        MR. BALDWIN:  Yes, Your Honor.  The next witness is

7  Andrew Grill, and he will probably be 20 minutes.

8        THE COURT:  Sorry.  Andrew Grill, you said?

9        MR. BALDWIN:  Yes, Your Honor.

10        THE COURT:  Hold on a second.  Okay.  Direct --

11  cross, rather, how much?

12        MR. BURNHAM:  Probably brief.

13        THE COURT:  All right.  Next?

14        MR. BALDWIN:  Is Howard Perkins, Your Honor.

15        THE COURT:  How much time?

16        MR. BALDWIN:  He shouldn't be more than ten minutes,

17  Your Honor.  He's just -- he's -- he will be testifying with

18  respect to recordings that were made at a detention center,

19  just saying that you have to put pin numbers in there.  I think

20  it would be a brief ten minutes probably.

21        THE COURT:  Cross?

22        MR. BURNHAM:  A little to no cross.

23        THE COURT:  All right.  Next?

24        MR. BALDWIN:  Your Honor, next will be Special Agent

25  Rothman.  He's got a lot of many smaller things that he's going

1    to be doing, so I think he could be up to an hour.

2              THE COURT:  Cross?

3              MR. BURNHAM:  20 minutes.

4              THE COURT:  Next?

5              MR. BALDWIN:  After that, Your Honor, is DNA forensic

6    examiner Brandon McCollum.  He will probably be 50 minutes to

7    an hour.

8              THE COURT:  Cross?

9              MR. BURNHAM:  15 to 20 minutes.

10             THE COURT:  All right.  Next?

11             MR. BALDWIN:  Your Honor, there is two witnesses,

12   David Law and Sean Watson.  David Law is from the Parole and

13   Probation Board, and Sean Watson is a probation officer here in

14   this court who was supervising Mr. Conley.  Those are riding on

15   the stipulation issue.  We are going to look at that again

16   tonight, but if they go, each of them should be relatively

17   short.  I would say Mr. Law would be no more than ten minutes,

18   and Mr. Watson, 10 to 15.

19             THE COURT:  Cross?

20             MR. BURNHAM:  Very little cross if they testify.

21             THE COURT:  Is that going to take us through the day

22   tomorrow?

23             MR. BALDWIN:  I think that that -- I think we will

24   probably have some time left in the day, Your Honor.

25             THE COURT:  Is there no way to push someone else

1    forward?

2            MR. BALDWIN:  Well, we do have, after that, we have

3    two witnesses, Your Honor, which is Tiffany Van De Mark, who is

4    the chemist, and then Fernando Jaramillo, who is the drug

5    trafficking expert.  I think Ms. Van De Mark, approximately a

6    half hour, and Mr. Jaramillo, or Detective Jaramillo will

7    probably be a half hour to 45 minutes, Your Honor.

8            THE COURT:  Cross?

9            MR. BURNHAM:  On Ms. Van De Mark, quite short.  The

10   drug trafficking expert might be a little bit more, 15 or 20

11   minutes.

12           THE COURT:  All right.  That should take us through

13   tomorrow I think.  I don't want to have too much open time at

14   the end.  We are pushing hard on this case.

15           MR. BALDWIN:  Yes, Your Honor.  Actually, I think

16   that's our list.  I think that when we are done with that

17   witness, that's going to be everybody.

18           THE COURT:  I have some other names on your

19   government's witness list that aren't --

20           MR. BALDWIN:  They are, Your Honor, but I had to put

21   them in there in the event that they are mentioned.

22           THE COURT:  No.  That's fine.  The question is

23   whether you were going to call them or not?

24           MR. BALDWIN:  No.

25           THE COURT:  So you think you could finish then by

1  Thursday?

2  MR. BALDWIN:  Yes, Your Honor.  I think we -- I think

3  we could be closing on Thursday for sure.

4  THE COURT:  Well, if that's the case, then we should

5  be prepared to -- I don't know whether you are planning to put

6  any witnesses on, Mr. Burnham, I don't have a list from you of

7  witnesses, and I think you will want to advise the defendant

8  about whether or not he should testify.

9  But, in any event, it looks like we would be prepared to

10  close the evidence by Thursday morning at the latest and

11  perhaps send the jury -- have instructing and sending the jury

12  out -- instructing and arguing and then sending the jury out by

13  Thursday afternoon, Friday, to deliberate, at the outside, kind

14  of the timing on where we are, so let's keep that in mind.

15  Let me see.  Well, I want to go again into the issue of

16  the proposed stipulation with regard to the prior felony

17  conviction of the defendant, and I want to state it again

18  directly in court so that the defendant hears it.

19  One of the elements of the offense of being a felon --

20  two of the elements of being a felon in possession of a firearm

21  is, let's start with the second, possession of the firearm,

22  there is evidence to that effect that is already in play here.

23  There is no evidence right now about whether or not the

24  defendant has been convicted of a felony.  The -- and that is

25  an element that the government is obliged to prove.

1          Now, much of the time, the defendant agrees that he was

2     convicted of a felony bearing a penalty of more than a year so

3     that the jury doesn't hear the elements of the prior felony,

4     but that's a stipulation that's done by agreement with the

5     government.  It's in -- I can't remember a case in all my years

6     where that wasn't stipulated because it protects the defendant.

7          But on the other hand, as far as this defendant is

8     concerned, as far as defense counsel is concerned, I can't make

9     it -- I don't think I can insist that the defendant do this

10    even though it's in his own best interest to do it.

11         So, Mr. Burnham, I don't know whether you have talked to

12    Mr. Conley about this or not, but I think we need to get clear

13    where he is.  My decision may be that notwithstanding your

14    willingness and your strong counsel that he do this, if he is

15    not agreeable to your doing it, then we are going to have to

16    leave it to the government to prove the prior felony because it

17    is an element of the offense.

18         But I close at this point with strongly urging that your

19    client consider stipulating, that is, agreeing to that so that

20    his prior felony is not discussed in any detail, but it needs

21    to be understood that it's an element of proof that the

22    government has to make in this case and they will make it if

23    the defendant will not agree.

24         And I don't -- I must let you at least have some sense at

25    this point, Mr. Burnham, that I am not inclined to put you in a

1    position where you would make a recommendation over and against

2    your client's wishes.  It's just not fair to the way the case

3    gets tried and not fair to you, frankly, to make you make that

4    kind of decision.  So please keep that in mind.  I need an

5    answer by tomorrow morning.

6         I think you will be calling witnesses, quite likely, that

7    are going to give the testimony that may not be helpful to the

8    defendant, so please inquire of Mr. Conley and let us know

9    where you are, where you come out on that.

10         MR. BURNHAM:  Will do.

11         THE COURT:  Anything else?

12         MR. BALDWIN:  Your Honor, if I may, two housekeeping

13   items.  One is one of the witnesses that I mentioned,

14   Mr. Watson, he's trying to arrange childcare issues, et cetera,

15   so I am trying to work that out with him to see.  He may spread

16   over to Thursday morning.  I haven't had a chance to talk to

17   him today.

18         THE COURT:  It still looks like we are pointing

19   toward arguing the case on Thursday?

20         MR. BALDWIN:  Yes, sir.

21         THE COURT:  If that's the case, I would want tomorrow

22   afternoon to have a charge conference with counsel.  We don't

23   have to have the defendant present for that.  It's -- I don't

24   have that on the record just as we talk through the

25   instructions.  And then, as you understand, the way in which

1  your objections to the instructions are given, they are given

2  after the Court -- the Court will tell you what instructions it

3  is or is not giving.  And then you will know that after the

4  charge conference.

5       Once the instructions are given or not given to the jury,

6  then counsel would come to the bench, or we could, since it may

7  be extended, we would ask the jury to step out or we'd have it

8  by our confidential communication, objections may be noted for

9  the record for instructions given or not given.

10      Most of the instructions, candidly, are really not

11  controversial as I look at them.  They seem to be fairly

12  boilerplate.  There is no conspiracy charge here so you don't

13  get into quite that.  Is that right?

14           MR. BALDWIN:  That's correct, Your Honor.

15           THE COURT:  So we don't get into quite those issues

16  of conspiracy and what that means.  But, again, if you -- have

17  you offered a copy of the instructions to the defendant,

18  Mr. Burnham?

19           MR. BURNHAM:  I mailed him one quite some time ago.

20           THE COURT:  Make sure he has them again and go over

21  them and let's see where we are about that so we can make

22  appropriate positions.

23           MR. BALDWIN:  Your Honor -- just one housekeeping

24  item, Your Honor.  Several documents that we will be

25  submitting, we will be submitting under a 90211 certification.

1   They were certified as business records.  I just wanted to make

2   Your Honor aware.

3           THE COURT:  Well, you should make a representation as

4   to what they are so they come --

5           MR. BALDWIN:  Yes, Your Honor.

6           THE COURT:  But if they are, in fact, properly

7   certified, they would come in under the rules.  We don't need

8   the consent of the defendant to do that.

9           MR. BALDWIN:  Yes.  There has been no objection from

10  defense counsel.  I have discussed it with him.  They are the

11  lease exhibits and exhibit having to do with the wage records

12  and also one of the certifications of the actual authenticity

13  of the recordings.

14          THE COURT:  Well, do you, at the time you offer them,

15  want to characterize what they are so that the jury knows

16  what's coming in?

17          MR. BALDWIN:  Yes, Your Honor.  We will have a

18  witness.

19          THE COURT:  You will have a witness?

20          MR. BALDWIN:  Yeah.  This is a lease, for instance.

21  We are not going to set that foundation because they have been

22  certified already, Your Honor, and they are in the record.  And

23  just to put it on the record right now, Your Honor, we have --

24  the certifications are actually here for identification for the

25  Court.  I believe they are -- I will get the number very

1    quickly.

2        So, for the lease, which is the rental application and

3    apartment lease, which are L1 and L2, the certification is at

4    L3.  The certification for the Howard County recordings, the --

5    the full recordings, and this is for the record, are at R1 and

6    R2, and those are on a disk called Miscellaneous 7 which is

7    also going to be shown for identification.  Those are the

8    entire recordings.  We are not going to offer those into

9    evidence.  And the certification for the four calls are at R3.

10   That's the certification for the authenticity of the four

11   recordings.

12       And then we have small portions of those --

13            THE COURT:  Let me stop you there.  What are the

14   recordings that you have?

15            MR. BALDWIN:  The recordings are -- one is a call

16   from the detention center where the defendant is talking to

17   what sounds like a girlfriend.  Another one is a visit to the

18   detention doctor where he was -- the visit room where the --

19   the telephone is recorded when you are talking to someone.

20            THE COURT:  Is there something on there that's

21   relevant to the case?

22            MR. BALDWIN:  Yes, Your Honor, there are.  He talks

23   about -- he says, "Yeah, they were posing with my guns."

24   Someone says, "Did they catch you?"  And he says, "Yeah, I was

25   in there cooking.  They caught me."  Those are some of the

1  statements.

2          THE COURT:  Have you heard those tapes, Mr. Burnham?

3          MR. BURNHAM:  I have, Your Honor.  They were in

4  discovery.

5          MR. BALDWIN:  So we have cut it down to about 90

6  seconds total, Your Honor, five small clips, and we will put

7  that in through a witness tomorrow.  And that's -- the clips

8  are on Miscellaneous 8, and that's what I will introduce with

9  the witness.

10          THE COURT:  All right.  Well, all right.  Let's push,

11  then, with that timetable in mind, and let's plan, at the close

12  of business tomorrow, even if we haven't gotten through every

13  witness, to have our charge conference, at least run through

14  the instructions which we have from an earlier time from you,

15  Mr. Baldwin.  I don't know whether there has been anything new

16  or different that would be added to your proposed instructions.

17      Have you looked at them lately?

18          MR. BALDWIN:  Your Honor, I glanced at them.  I will

19  look at them again tonight.  I don't think there is anything

20  that we'd add at this point.  I will look at them again

21  tonight.

22          THE COURT:  Let's see where you are with that.  I

23  would propose to send back three copies.  I will give them

24  orally but then send back three copies to the jury.

25          MR. BALDWIN:  Yes, Your Honor.  Are you going to

1  re-configure, reformat those?

2          THE COURT:  What do you mean "reformat"?  Let me --

3  do you have them there?  Do we have -- let me have a look.

4          MR. BALDWIN:  As we presented them to you, Your

5  Honor, they have, you know, all the jury -- all the citations

6  at the bottom of the pages.

7          THE COURT:  Yeah.  No.  There shouldn't be any

8  citations at the bottom.  I mean, I think we are -- we are at

9  the point -- do we have a disk from you for chambers?

10          MR. BALDWIN:  I can provide them again

11  electronically.

12          THE COURT:  No.  I think what we would do -- and it

13  shouldn't be much of a problem running through the proposed

14  instructions.  They won't be proposed.  They will be Jury

15  Instruction No. 1 and so on.  We will go through them.  And

16  what you would do then Thursday evening is excise the

17  citations, and if there is any slight amendments to be made,

18  you would add those amendments, and then hand a copy -- there

19  should be a cover sheet that says "Jury Instructions" rather

20  than "Proposed Jury Instructions," and then it will have the

21  caption of the case on the front and it will go right to the

22  table of contents of the instructions.

23          So the most you would presumably -- or the least that you

24  would have to do would be to remove the citations, possibly

25  some amendments along the way.

1      I don't know -- do you, at this point, Mr. Burnham,

2  contemplate any instructions other than what we have here?  Do

3  you know?

4          MR. BURNHAM:  I'd like to take another look at them,

5  but I can't think of anything now.  There are some objections

6  -- instructions in what was submitted last winter that were

7  noted as objected to by Mr. Conley's prior counsel, and those

8  are noted in the government's submission, so I will take

9  another look at those, and they will adopt the objections that

10  he made with Ms. Wicks back at that time.

11          THE COURT:  Fair enough.  We will do that then.  Fair

12  enough.  Let's be prepared to do that at the close of business

13  tomorrow.  All right.  Okay.  We will see you tomorrow morning.

14  Theresa.

15          THE DEPUTY CLERK:  Your Honor, I just have one

16  suggestion.  Due to COVID, I believe each juror should have

17  their own copy of the jury instructions so they are not handing

18  them back and forth.

19          THE COURT:  Well, I used to do that.  We thought it

20  got a little expensive.  But that's okay by me.  It's a

21  reasonably thick packet.  But I will leave it to the government

22  to take care of that.

23          MR. BALDWIN:  You'd like us to make all the copies,

24  Your Honor?  Sure.

25          THE COURT:  Seems to make sense to me.

1              MR. BALDWIN:  Yes, Your Honor.

2              THE COURT:  You got the burden of production I guess.

3              MR. BALDWIN:  Yes, Your Honor.

4              THE COURT:  So we will leave it to you to make the

5     copies.  But any amendments, we will take care of tomorrow

6     afternoon, and then you make the appropriate copies so that

7     they are ready to go.

8              MR. BALDWIN:  Yes, Your Honor.  That shouldn't be a

9     problem.

10         And we are convening at ten tomorrow and we would

11    anticipate convening at ten again Thursday?

12             THE COURT:  Yes.  I am prepared to sit until five,

13    but if you have some time, particularly tomorrow afternoon,

14    that needs to be filled, we can do that with the charge

15    conference if it doesn't work out.  And it sounds like most of

16    your witnesses seem, with the exception of one or two, pretty

17    short?

18             MR. BALDWIN:  Yes, Your Honor.

19             THE COURT:  So you should be able to move through

20    them fairly quickly.

21             MR. BALDWIN:  Yes, Your Honor.

22             THE COURT:  I would like to get the case instructed

23    and argued by Thursday afternoon if at all possible.  I don't

24    want to instruct one day and then have you argue the next.

25    That's not a good break.  But even at that, if we really are

1  pressed, we could instruct Friday morning and you could argue

2  Friday, and presumably, by about noon, the jury would be out

3  and we will see what they do on Friday.

4      Again, if the case can wind up without undue pressure on

5  the jury before next week, so much the better.  If not, you

6  know, we will be back.  So keep all that timing in mind if you

7  could.

8          MR. BALDWIN:  Yes, Your Honor.

9          THE COURT:  Anything else?

10         MR. BALDWIN:  No, Your Honor.

11         THE COURT:  We will see you tomorrow shortly before

12 ten.

13     (The proceedings were concluded at 4:47 p.m.)

14

15                      - - - - -

16

17

18

19

20

21

22

23

24

25                  INDEX TO TESTIMONY

GOVERNMENT'S WITNESSES:

MICHAEL NOLAN                                              PAGE

    Direct examination by Mr. Baldwin          28
    Cross-examination by Mr. Burnham           36

JAMES CAPONE                                              PAGE

    Direct examination by Mr. Baldwin          44
    Cross-examination by Mr. Burnham           58

CHRISTOPHER STAVROU                                       PAGE

    Direct examination by Mr. Draughon         61
    Cross-examination by Mr. Burnham           71

RAYMOND PEELE                                             PAGE

    Direct examination by Mr. Baldwin          77
    Cross-examination by Mr. Burnham          100

SHARRI JASTRZEBSKI                                        PAGE

    Direct examination by Mr. Draughon        105
    Cross-examination by Mr. Burnham          128

JAIMIE SMITH                                              PAGE

    Direct examination by Mr. Baldwin         131
    Cross-examination by Mr. Burnham          140

MATTHEW LEONARD                                           PAGE

    Direct examination by Mr. Draughon        141
    Cross-examination by Mr. Burnham          150
    Redirect examination by Mr. Draughon      152

1                   C E R T I F I C A T E

2          I, Renee A. Ewing, an Official Court Reporter for

3   the United States District Court for the District of Maryland,

4   do hereby certify that the foregoing is a true and correct

5   transcript of the stenographically reported proceedings taken

6   on the date and time previously stated in the above matter;

7   that the testimony of witnesses and statements of the parties

8   were correctly recorded in machine shorthand by me and

9   thereafter transcribed under my supervision with computer-aided

10  transcription to the best of my ability; and that I am neither

11  of counsel nor kin to any party in said action, nor interested

12  in the outcome thereof.

13

14
              Renee A  Ewing
15
              Renee A. Ewing, RPR, RMR, CRR
16            Official Court Reporter
              July 29, 2021
17

18

19

20

21

22

23

24

25

**$**

**$100** [2] - 101:16, 101:19
**$495** [4] - 11:9, 48:19, 49:5, 53:8
**$9,000** [1] - 99:23

**0**

**0-604530** [1] - 146:7
**0135** [1] - 58:23

**1**

**1** [17] - 10:5, 54:14, 67:16, 67:21, 68:4, 70:1, 114:1, 114:7, 114:12, 124:9, 136:7, 139:10, 144:15, 144:17, 144:21, 148:15, 163:15
**10** [3] - 30:7, 30:11, 154:18
**100** [2] - 78:10, 167:12
**105** [1] - 167:14
**10:00** [1] - 152:20
**10:34** [1] - 1:11
**10:45** [1] - 9:22
**11** [1] - 112:10
**11-and-a-half** [1] - 105:25
**11:54** [2] - 56:2, 56:3
**12** [1] - 69:3
**12-and-a-half** [1] - 28:21
**125** [1] - 21:3
**128** [1] - 167:14
**12:17** [1] - 56:3
**12:21** [1] - 58:8
**12:44** [1] - 74:15
**12:47** [1] - 76:14
**13** [1] - 55:16
**131** [1] - 167:16
**14** [1] - 109:25
**140** [1] - 167:17
**141** [1] - 167:19
**1424** [1] - 1:20
**15** [9] - 30:7, 30:11, 56:23, 109:13, 109:25, 125:16, 154:9, 154:18, 155:10
**150** [1] - 167:19
**152** [1] - 167:20
**16** [5] - 62:8, 107:24, 118:21, 125:17
**18** [6] - 118:8, 118:15, 118:21, 125:17

**1813** [1] - 54:14
**19** [3] - 118:8, 118:15, 125:17
**1:00** [2] - 57:7, 57:9
**1:30** [3] - 75:9, 75:13, 76:12
**1:35** [2] - 75:10, 75:13
**1:45** [4] - 74:8, 74:9, 75:9, 76:12
**1:52** [1] - 76:14
**1:53** [1] - 76:19
**1A** [5] - 114:25, 115:5, 115:14, 115:18, 124:9
**1B** [7] - 115:9, 115:15, 115:18, 145:5, 145:7, 148:14

**2**

**2** [18] - 1:10, 54:23, 65:17, 90:23, 93:2, 101:25, 102:6, 102:14, 124:14, 136:19, 139:15, 139:19, 145:24, 145:25, 146:2, 146:4, 148:11, 152:3
**2,000** [1] - 62:12
**20** [14] - 45:6, 56:23, 70:18, 75:22, 97:11, 118:9, 118:16, 118:20, 125:17, 149:25, 153:7, 154:3, 154:9, 155:10
**20005** [1] - 1:20
**2004** [1] - 21:3
**201** [1] - 103:11
**2014** [2] - 142:7
**2015** [1] - 103:9
**2016** [14] - 10:22, 13:17, 29:9, 29:11, 45:9, 45:12, 61:12, 62:25, 79:8, 103:9, 103:14, 105:21, 105:22, 106:17
**202** [1] - 1:21
**2020** [1] - 1:11
**2021** [1] - 168:16
**20770** [1] - 1:16
**21** [4] - 3:17, 3:23, 4:6, 67:18
**21st** [7] - 10:22, 13:17, 36:7, 45:11, 62:25, 79:8, 106:17
**22** [1] - 1:11
**223** [16] - 92:5, 92:7, 92:11, 92:18, 93:17, 94:4, 95:3, 97:17, 97:18, 98:2, 134:8,

**3**

**3** [14] - 93:10, 93:11, 94:24, 124:14, 139:1, 139:2, 139:23, 146:17, 146:18, 146:20, 146:21, 146:25, 148:6, 150:20
**301** [2] - 1:17, 1:24
**3016** [10] - 10:25, 29:12, 45:12, 63:5, 79:7, 106:22, 107:10, 107:20, 124:1, 126:4
**344-3227** [1] - 1:24
**344-4433** [1] - 1:17
**36** [1] - 167:4
**386-6920** [1] - 1:21
**39** [4] - 134:5, 146:5, 146:12, 148:12
**3:36** [1] - 130:4
**3:37** [1] - 131:1
**3:52** [1] - 131:1
**3:53** [1] - 131:9
**3A** [4] - 94:4, 94:15, 94:18, 124:14
**3B** [5] - 94:24, 94:25, 147:3, 147:4, 148:5

**4**

**4** [11] - 109:11, 121:2, 121:3, 121:8, 121:18, 124:9, 134:24, 140:2, 148:19, 148:20, 148:22
**40** [2] - 106:16
**403** [2] - 18:18, 21:25
**44** [1] - 167:6
**45** [17] - 68:7, 86:25,

**147:7, 147:8, 148:8, 150:3, 150:9
**25** [2] - 61:22, 95:12
**28** [1] - 167:4
**281D** [1] - 54:17
**29** [1] - 168:16
**29th** [3] - 57:15, 57:22, 57:25
**2:32** [1] - 104:7
**2:33** [1] - 104:11
**2:45** [2] - 74:5, 74:6
**2:52** [1] - 104:11
**2:53** [1] - 104:13
**2A** [1] - 91:11
**2B** [8] - 92:3, 92:4, 92:25, 95:8, 95:9, 146:8, 146:9, 148:10

**5**

**5** [3] - 103:12, 109:14, 134:7
**5.56** [3] - 138:16, 146:21, 148:7
**50** [5] - 87:1, 87:4, 96:22, 147:7, 154:6
**50-count** [1] - 86:24
**551** [1] - 21:3
**5607** [1] - 103:4
**5610** [3] - 54:23, 109:12, 109:15
**5610-3** [1] - 53:3
**58** [1] - 167:7
**5:00** [1] - 130:18

**6**

**6** [3] - 103:11, 103:12, 134:7
**61** [1] - 167:9
**6406** [1] - 1:15
**6th** [1] - 103:9

**7**

**7** [1] - 161:6
**7.62** [4] - 134:5, 146:4, 146:12, 148:12
**71** [1] - 167:9
**762** [7] - 92:10, 92:11, 92:14, 92:18, 92:21, 95:7, 95:12
**77** [1] - 167:11
**7th** [2] - 103:9, 103:14

**8**

**8** [1] - 162:8
**800** [1] - 1:16

**9**

**9,000** [1] - 103:18
**90** [1] - 162:5
**90211** [1] - 159:25
**924(c** [2] - 40:13,

**87:20, 95:24, 96:3, 96:7, 96:18, 134:2, 138:16, 144:24, 145:10, 146:21, 148:16, 148:17, 148:25, 149:7, 155:7
**49** [1] - 134:7
**4:29** [1] - 153:2
**4:47** [1] - 166:13
**4A** [3] - 121:11, 121:18, 124:9

**41**:18
**99.9** [1] - 21:10

**A**

**A.M** [1] - 1:11
**a.m** [3] - 9:22, 56:2, 56:3
**A1** [3] - 95:16, 149:3, 149:4
**A12487** [1] - 148:24
**A2** [5] - 96:10, 96:12, 149:10, 149:11, 149:13
**A3** [5] - 97:4, 97:6, 97:8, 97:9, 149:21, 149:22, 149:24
**A4** [3] - 97:25, 150:7, 150:8
**abide** [1] - 5:14
**ability** [2] - 43:20, 168:10
**able** [15] - 16:2, 31:2, 33:19, 49:8, 60:6, 65:4, 66:15, 66:18, 69:2, 69:7, 69:9, 132:16, 145:11, 146:25, 165:19
**absence** [1] - 20:11
**absolutely** [1] - 26:9
**Academy** [4] - 78:14, 106:3, 106:7, 106:8
**accept** [2] - 22:15, 112:2
**acceptable** [1] - 47:15
**accepted** [1] - 20:12
**access** [2] - 9:6, 124:23
**accessible** [1] - 70:5
**according** [4] - 40:10, 57:21, 62:20, 73:20
**accurate** [1] - 126:3
**ACP** [6] - 144:24, 145:10, 148:16, 148:17, 148:25, 149:7
**act** [1] - 7:16
**acted** [1] - 61:19
**action** [2] - 8:24, 168:11
**activity** [1] - 78:17
**acts** [1] - 9:4
**actual** [4] - 26:21, 67:24, 133:6, 160:12
**add** [3] - 10:4, 162:20, 163:18
**added** [2] - 103:18, 162:16
**additional** [4] - 31:1, 70:14, 70:20, 130:9

**address** [8] - 2:25, 7:11, 14:5, 14:20, 29:19, 45:22, 124:1, 124:3
**addressed** [2] - 6:24, 19:11
**addressing** [2] - 6:23, 7:15
**adjacent** [1] - 65:1
**adopt** [2] - 2:19, 164:9
**advanced** [2] - 142:20, 142:21
**adversely** [1] - 22:25
**advice** [1] - 2:13
**advise** [3] - 7:5, 104:8, 156:7
**affect** [1] - 22:25
**affecting** [1] - 14:5
**afraid** [2] - 32:23, 122:12
**afternoon** [21] - 61:5, 61:6, 100:11, 105:8, 105:9, 128:3, 128:4, 131:23, 131:24, 140:10, 140:11, 141:22, 141:23, 150:17, 150:18, 152:16, 156:13, 158:22, 165:6, 165:13, 165:23
**afterwards** [2] - 31:20, 31:23
**agency** [1] - 59:3
**Agent** [4] - 11:23, 143:25, 150:17, 153:24
**agent** [8] - 79:2, 79:3, 89:18, 108:15, 128:5, 142:4, 142:8, 142:13
**agents** [7] - 10:23, 11:25, 27:21, 56:13, 58:24, 75:7, 78:25
**ago** [1] - 159:19
**agree** [4] - 21:11, 101:17, 151:1, 157:23
**agreeable** [1] - 157:15
**agreed** [1] - 22:10
**agreeing** [1] - 157:19
**agreement** [1] - 157:4
**agrees** [1] - 157:1
**ahead** [17] - 16:23, 18:4, 18:11, 30:17, 39:5, 46:12, 50:20, 57:12, 67:22, 68:4, 68:22, 111:21, 121:23, 130:2, 151:7, 152:23
**aided** [1] - 168:9

**AIDED** [1] - 1:25
**alarm** [1] - 44:24
**Alcohol** [2] - 142:2, 142:4
**alerted** [1] - 64:23
**allegation** [1] - 18:22
**allegedly** [1] - 26:7
**allow** [1] - 5:12
**alongside** [4] - 27:24, 43:23, 76:24, 104:20
**alternative** [1] - 3:8
**amassed** [1] - 14:17
**Amendment** [1] - 151:2
**amendment** [1] - 112:2
**amendments** [4] - 163:17, 163:18, 163:25, 165:5
**AMERICA** [1] - 1:5
**ammo** [2] - 86:18, 135:14
**ammunition** [60] - 11:15, 13:16, 13:22, 13:23, 14:3, 68:9, 75:3, 82:13, 86:19, 86:24, 86:25, 88:10, 92:17, 95:1, 95:2, 95:12, 95:22, 95:23, 96:3, 96:7, 115:6, 115:11, 124:17, 125:2, 132:5, 132:7, 133:13, 142:14, 142:21, 142:23, 143:1, 143:3, 143:10, 143:11, 143:19, 144:2, 144:10, 144:12, 145:10, 145:20, 145:22, 146:12, 146:13, 147:8, 147:9, 147:10, 147:18, 147:19, 147:20, 148:1, 148:8, 148:13, 148:17, 149:7, 149:14, 149:15, 150:9
**amount** [4] - 13:2, 16:5, 49:5, 140:14
**amounts** [3] - 15:13, 15:15, 135:14
**AND** [1] - 1:11
**Andrew** [2] - 153:7, 153:8
**animal** [1] - 26:18
**ankle** [1] - 59:22
**annotation** [1] - 43:20
**announce** [1] - 37:12
**announced** [2] - 37:4,

37:7
**answer** [9] - 6:7, 6:13, 6:14, 36:25, 40:18, 48:21, 48:25, 151:5, 158:5
**answered** [1] - 140:13
**anteroom** [1] - 27:14
**anticipate** [2] - 75:15, 165:11
**anticipates** [2] - 19:12, 19:14
**antique** [1] - 152:6
**anyway** [1] - 6:12
**Apartment** [10] - 10:25, 29:12, 34:21, 34:25, 35:3, 45:12, 79:8, 106:22, 124:2, 126:5
**apartment** [42] - 11:12, 14:13, 29:24, 30:1, 30:3, 30:5, 30:18, 30:19, 34:13, 34:17, 34:20, 35:12, 35:13, 36:13, 37:6, 41:8, 46:1, 48:4, 48:6, 51:25, 52:1, 59:7, 63:23, 69:13, 70:2, 70:4, 70:16, 70:17, 70:22, 70:24, 71:1, 71:16, 79:13, 79:16, 80:2, 80:3, 80:4, 83:20, 84:3, 91:4, 100:3, 161:3
**apologize** [2] - 49:1, 54:17
**apparent** [1] - 101:21
**appear** [9] - 3:1, 3:2, 3:8, 6:9, 88:8, 91:15, 112:11, 139:23, 149:15
**appearance** [1] - 116:6
**appeared** [6] - 11:9, 70:25, 71:3, 101:16, 112:13, 112:22
**applicable** [1] - 142:12
**application** [1] - 161:2
**applies** [1] - 24:23
**apprehended** [1] - 47:25
**approach** [4] - 16:15, 31:14, 41:8
**approached** [1] - 11:3
**approaching** [1] - 41:16
**appropriate** [12] - 2:16, 40:19, 40:21, 40:22, 41:9, 41:23, 42:11, 42:18, 43:10,

74:4, 159:22, 165:6
**appropriately** [1] - 47:23
**April** [10] - 10:22, 13:17, 29:9, 29:11, 36:7, 45:9, 45:11, 62:25, 79:8, 106:17
**AR** [3] - 146:21, 150:20, 150:24
**AR-15** [3] - 150:24, 151:1
**area** [27] - 30:24, 31:4, 31:7, 31:8, 48:8, 54:17, 59:22, 63:25, 64:1, 64:3, 64:20, 64:23, 64:24, 70:4, 70:5, 70:7, 70:19, 70:21, 71:2, 71:18, 74:2, 88:20, 91:22, 104:5, 142:10, 143:21, 152:19
**areas** [1] - 133:9
**argue** [8] - 3:24, 5:10, 9:15, 9:16, 40:6, 41:16, 165:24, 166:1
**argued** [1] - 165:23
**arguing** [2] - 156:12, 158:19
**argument** [5] - 5:20, 21:18, 23:5, 23:18, 25:24
**Arkansas** [1] - 145:20
**armed** [1] - 39:13
**Armory** [2] - 134:3, 144:23
**Arms** [4] - 125:5, 134:2, 141:2, 148:24
**arms** [1] - 38:3
**Army** [1] - 57:17
**arrange** [1] - 158:14
**arrangements** [1] - 51:24
**arrive** [1] - 74:3
**arrived** [1] - 46:3
**aside** [1] - 80:8
**aspect** [1] - 40:20
**aspects** [3] - 14:21, 15:13, 148:1
**aspersions** [1] - 40:5
**ass** [1] - 8:20
**assembled** [2] - 147:21, 148:3
**assembling** [1] - 45:17
**assembly** [1] - 146:24
**assign** [1] - 40:22
**assigned** [6] - 28:24, 29:3, 44:20, 44:25, 55:7, 79:12
**assignment** [5] -

28:22, 29:9, 45:7, 45:8, 62:18
**assignments** [1] - 59:3
**assist** [3] - 45:11, 62:18, 65:9
**assistance** [2] - 70:15, 70:20
**Assistant** [2] - 11:19, 11:21
**assisted** [4] - 64:15, 65:10, 70:12, 106:21
**assisting** [5] - 45:18, 63:4, 63:8, 63:9, 63:10, 63:11
**assume** [4] - 3:21, 3:25, 72:20, 130:20
**assuming** [1] - 76:5
**ATF** [2] - 15:3, 130:15
**attach** [3] - 2:15, 7:9, 10:13
**attempt** [3] - 39:16, 40:11, 128:12
**attempts** [1] - 38:16
**attended** [3] - 62:2, 142:18, 142:22
**attention** [28] - 7:16, 15:21, 24:16, 26:12, 27:2, 27:5, 27:9, 67:6, 83:9, 84:5, 106:17, 109:4, 110:17, 113:3, 114:24, 115:8, 118:3, 118:25, 119:15, 120:20, 144:14, 145:5, 147:2, 148:18, 149:2, 149:10, 149:21, 150:7
**attire** [3] - 7:12, 10:13, 10:15
**ATTORNEY** [1] - 1:14
**Attorney** [2] - 11:20, 11:22
**attorney** [2] - 6:24, 21:4
**attorneys** [2] - 10:1, 23:23
**authenticity** [2] - 160:12, 161:10
**authority** [3] - 20:4, 20:19, 21:20
**automated** [3] - 44:20, 44:22, 44:25
**available** [1] - 61:19
**avoid** [1] - 21:7
**awaiting** [1] - 45:21
**aware** [2] - 128:6, 160:2

## B

**background** [4] - 46:6, 46:17, 46:22, 47:8
**backs** [1] - 110:6
**backside** [1] - 36:19
**bag** [10] - 64:17, 66:6, 67:4, 93:23, 114:11, 117:5, 129:1, 129:2, 147:7
**baggie** [8] - 59:18, 108:19, 109:14, 113:14, 117:24, 119:19, 125:22
**baggies** [5] - 108:17, 113:13, 117:23, 118:1, 129:6
**baggy** [2] - 49:17, 51:2
**bags** [2] - 11:7, 125:24
**baking** [1] - 108:14
**Baldwin** [33] - 4:5, 10:8, 10:18, 11:19, 17:12, 18:1, 18:13, 19:3, 22:2, 26:14, 27:10, 32:17, 33:25, 39:4, 39:7, 42:19, 43:12, 43:19, 47:15, 48:1, 54:1, 74:16, 76:21, 84:25, 104:15, 130:6, 131:3, 139:4, 162:15, 167:4, 167:6, 167:11, 167:16
**BALDWIN** [149] - 1:14, 9:11, 9:14, 9:19, 10:19, 10:22, 17:7, 18:2, 19:5, 19:9, 19:25, 27:12, 28:12, 28:15, 30:13, 32:2, 32:7, 32:12, 32:14, 32:18, 32:22, 33:7, 33:10, 34:4, 34:6, 35:20, 38:23, 39:6, 42:21, 42:25, 43:2, 43:13, 43:17, 44:12, 47:16, 48:2, 48:3, 49:2, 49:3, 50:4, 50:7, 50:11, 50:13, 50:21, 51:5, 51:11, 51:12, 52:3, 52:8, 52:21, 52:24, 53:24, 54:3, 54:6, 54:10, 55:18, 56:6, 56:21, 56:23, 57:2, 57:24, 58:2, 58:4, 60:9, 73:16, 74:20, 74:23, 74:25, 75:11, 75:13, 75:17, 75:19, 75:25,

76:6, 76:9, 76:13, 76:17, 76:22, 77:11, 77:13, 85:2, 85:4, 90:7, 94:18, 94:19, 96:13, 96:14, 100:6, 102:5, 102:17, 103:22, 104:3, 104:10, 130:8, 130:12, 130:14, 130:19, 130:25, 131:4, 131:6, 131:11, 131:22, 134:16, 138:9, 138:10, 138:20, 138:21, 139:6, 139:7, 140:6, 141:6, 150:12, 152:14, 153:6, 153:9, 153:14, 153:16, 153:24, 154:5, 154:11, 154:23, 155:2, 155:15, 155:20, 155:24, 156:2, 158:12, 158:20, 159:14, 159:23, 160:5, 160:9, 160:17, 160:20, 161:15, 161:22, 162:5, 162:18, 162:25, 163:4, 163:10, 164:23, 165:1, 165:3, 165:8, 165:18, 165:21, 166:8, 166:10
**Baldwin's** [1] - 47:1
**bank** [1] - 87:11
**barrel** [1] - 137:6
**base** [4] - 13:2, 16:5, 89:18, 109:9
**based** [13] - 12:3, 18:20, 19:19, 46:5, 46:22, 46:24, 70:24, 84:2, 112:9, 112:23, 125:11, 126:3
**basic** [2] - 12:7, 25:3
**battering** [2] - 37:21, 41:22
**bear** [2] - 24:6, 41:24
**bearing** [1] - 157:2
**become** [1] - 142:24
**bed** [6] - 71:2, 79:20, 79:24, 83:2, 83:3, 83:5
**bedroom** [33] - 11:11, 11:13, 11:14, 14:17, 36:20, 70:17, 70:18, 71:1, 75:1, 79:14, 79:17, 79:18, 79:22, 80:6, 80:7, 80:15,

80:17, 80:22, 83:21, 88:15, 89:14, 90:18, 93:15, 94:9, 96:5, 97:21, 98:16, 99:3, 99:8, 101:1, 120:25
**BEFORE** [1] - 1:10
**began** [1] - 80:7
**begin** [1] - 9:24
**beginning** [1] - 2:8
**behalf** [2] - 20:7, 20:20
**behind** [3] - 31:1, 38:5, 70:9
**belt** [1] - 134:14
**bench** [8] - 16:16, 20:23, 23:17, 23:18, 24:2, 38:24, 43:5, 159:6
**beside** [1] - 139:8
**best** [7] - 27:6, 59:1, 59:21, 60:5, 123:20, 157:10, 168:10
**better** [8] - 17:23, 17:24, 26:17, 30:23, 81:12, 123:17, 140:23, 166:5
**between** [5] - 26:22, 31:8, 45:6, 129:11, 152:13
**beyond** [3] - 20:25, 21:23, 25:17
**bias** [2] - 5:4
**biased** [1] - 8:2
**bigger** [1] - 82:25
**bill** [1] - 123:25
**bills** [4] - 11:17, 101:16, 101:19, 101:21
**binder** [1] - 102:13
**bit** [7] - 12:10, 19:8, 25:11, 29:1, 141:19, 153:3, 155:10
**black** [17] - 31:11, 51:1, 82:23, 84:10, 84:24, 85:10, 85:15, 88:16, 88:17, 88:18, 91:8, 98:7, 99:6, 108:12, 108:20, 111:3, 113:9
**blew** [1] - 96:23
**block** [1] - 151:11
**blow** [2] - 81:11
**blowing** [1] - 84:21
**blown** [1] - 83:9
**blue** [1] - 50:2
**blurry** [2] - 103:3, 123:18
**Board** [1] - 154:13
**boilerplate** [1] - 159:12

**book** [1] - 33:14
**booth** [1] - 43:23
**Border** [1] - 59:2
**boring** [1] - 27:2
**bottle** [1] - 98:23
**bottom** [4] - 82:4, 143:12, 163:6, 163:8
**box** [40] - 27:16, 27:23, 28:5, 32:10, 44:2, 60:16, 60:21, 77:4, 86:18, 86:24, 87:3, 87:4, 90:9, 90:16, 90:24, 91:8, 91:9, 96:22, 96:23, 97:11, 104:20, 104:25, 108:14, 114:13, 114:14, 114:15, 120:18, 122:5, 131:15, 135:22, 136:24, 138:1, 138:11, 141:13, 149:14, 149:15, 149:19, 149:25, 150:1
**boxes** [1] - 136:13
**brand** [1] - 143:15
**Brandon** [1] - 154:6
**breach** [4] - 37:19, 39:9, 39:11, 40:1
**break** [11] - 37:12, 54:5, 55:20, 56:12, 56:25, 73:18, 104:1, 127:21, 127:24, 129:24, 165:25
**brief** [4] - 38:23, 130:21, 153:12, 153:20
**briefly** [6] - 18:6, 18:12, 38:11, 78:11, 117:8, 151:25
**bring** [7] - 9:20, 40:7, 40:17, 57:3, 57:5, 76:18, 152:21
**bringing** [2] - 27:20, 27:22
**brought** [3] - 12:4, 40:14, 132:20
**brown** [1] - 50:2
**building** [3] - 39:18
**bulk** [1] - 129:6
**bullets** [3] - 132:9, 133:15, 135:8
**burden** [6] - 16:8, 16:9, 25:15, 25:25, 165:2
**Bureau** [3] - 10:24, 142:2, 142:4
**burner** [1] - 116:16
**Burnham** [55] - 2:4, 2:6, 3:15, 4:5, 5:5,

5:11, 6:24, 6:25, 8:21, 9:12, 10:16, 16:23, 17:1, 17:21, 18:3, 18:9, 19:16, 19:22, 20:3, 24:8, 24:11, 39:10, 39:15, 40:25, 42:9, 43:6, 50:14, 56:16, 58:12, 58:16, 67:23, 71:13, 73:14, 75:20, 100:13, 102:23, 127:18, 128:3, 130:21, 140:10, 150:17, 156:6, 157:11, 157:25, 159:18, 162:2, 164:1, 167:4, 167:7, 167:9, 167:12, 167:14, 167:17, 167:19
**BURNHAM** [92] - 1:19, 1:19, 2:6, 2:10, 2:12, 7:7, 7:12, 8:25, 9:9, 9:13, 10:9, 10:17, 16:15, 16:25, 17:2, 17:9, 17:23, 17:25, 18:5, 18:9, 18:12, 20:2, 20:14, 20:18, 23:6, 24:9, 32:9, 32:23, 33:12, 33:16, 35:24, 38:21, 40:2, 41:15, 42:14, 42:17, 46:8, 46:11, 46:13, 46:16, 46:21, 47:6, 47:10, 47:18, 50:16, 51:4, 51:7, 52:18, 56:17, 58:13, 58:15, 60:7, 67:24, 68:2, 71:5, 71:12, 72:16, 73:6, 75:21, 100:10, 100:17, 100:18, 102:2, 102:8, 102:12, 102:19, 102:25, 103:2, 103:20, 111:19, 120:6, 127:19, 128:2, 129:18, 130:22, 140:9, 141:3, 144:4, 150:16, 151:8, 151:17, 151:23, 153:12, 153:22, 154:3, 154:9, 154:20, 155:9, 158:10, 159:19, 162:3, 164:4
**business** [3] - 160:1, 162:12, 164:12
**buys** [3] - 8:13, 78:4
**buzzing** [2] - 17:3, 17:4

4

**BY** [68] - 1:14, 1:15, 1:19, 28:15, 30:13, 32:2, 34:6, 35:24, 44:12, 48:3, 49:3, 50:7, 50:21, 51:5, 51:12, 52:8, 52:24, 54:6, 54:10, 58:15, 61:4, 64:13, 65:22, 66:14, 67:1, 67:12, 68:5, 68:23, 69:1, 69:19, 71:12, 72:16, 77:13, 85:4, 90:7, 94:19, 96:14, 100:10, 100:18, 102:19, 103:2, 105:7, 109:3, 110:9, 111:13, 111:22, 112:8, 114:23, 116:11, 118:22, 120:10, 122:1, 123:7, 123:22, 126:22, 128:2, 131:22, 134:16, 138:10, 138:21, 139:7, 140:9, 141:21, 144:6, 150:16, 151:8, 151:17, 152:2

---

**C**

**C-A-P-O-N-E** [1] - 44:9
**caliber** [12] - 68:7, 93:16, 132:23, 134:2, 134:6, 135:5, 143:13, 147:7, 147:8, 148:17, 150:2, 150:9
**camera** [4] - 32:13, 102:1, 102:2, 102:23
**cameras** [2] - 44:23
**candidly** [1] - 159:10
**cannot** [2] - 4:10, 5:14
**capacity** [3] - 62:6, 62:17, 128:5
**Capone** [7] - 43:18, 44:8, 44:9, 48:4, 50:22, 54:7, 65:10
**CAPONE** [2] - 43:25, 167:5
**caption** [1] - 163:21
**captured** [1] - 107:18
**care** [2] - 164:22, 165:5
**career** [2] - 62:1, 78:9
**careful** [1] - 77:4
**Carolina** [1] - 146:23
**carried** [1] - 46:23
**carrying** [1] - 18:15
**cart** [2] - 32:12, 32:13

**Cartridge** [1] - 147:18
**cartridge** [5] - 97:12, 132:9, 133:14, 143:12, 147:24
**Cartridges** [1] - 147:16
**cartridges** [8] - 96:22, 97:11, 132:10, 145:12, 146:14, 148:4, 149:25, 150:2
**case** [72] - 2:2, 4:20, 4:22, 5:5, 6:1, 8:3, 8:7, 8:16, 8:17, 11:18, 14:2, 14:8, 14:12, 15:6, 16:5, 18:23, 21:2, 21:5, 21:8, 22:4, 22:9, 22:25, 24:11, 24:23, 25:8, 26:2, 26:6, 26:11, 26:13, 26:16, 26:21, 26:22, 27:2, 27:8, 43:11, 55:24, 62:8, 62:16, 62:18, 74:14, 75:4, 81:3, 83:14, 88:19, 88:21, 88:25, 89:1, 89:4, 93:6, 98:4, 98:10, 98:16, 99:6, 99:8, 99:9, 130:3, 145:17, 149:20, 151:20, 152:25, 155:14, 156:4, 157:5, 157:22, 158:2, 158:19, 158:21, 161:21, 163:21, 165:22, 166:4
**cases** [4] - 21:11, 75:4, 132:9, 133:14
**cash** [3] - 99:25, 113:15, 116:19
**casting** [1] - 40:5
**catch** [1] - 161:24
**caught** [2] - 38:4, 161:25
**CDS** [2] - 108:21, 125:2
**cell** [4] - 116:16, 116:25, 117:2, 120:18
**center** [5] - 54:11, 67:13, 96:22, 153:18, 161:16
**certain** [3] - 27:1, 140:14, 148:1
**certainly** [3] - 26:9, 40:6, 41:5
**certification** [5] - 159:25, 161:3, 161:4, 161:9, 161:10
**certifications** [2] -

160:12, 160:24
**certified** [3] - 160:1, 160:7, 160:22
**certify** [1] - 168:4
**cetera** [1] - 158:14
**chair** [1] - 31:18
**chambered** [7] - 144:23, 146:4, 146:21, 148:7, 148:12, 148:16, 148:25
**chambers** [9] - 18:7, 18:13, 18:18, 19:5, 19:23, 20:4, 21:3, 21:16, 163:9
**chance** [4] - 21:17, 68:20, 84:2, 158:16
**change** [2] - 8:4, 129:11
**changes** [1] - 21:11
**characterize** [1] - 160:15
**charge** [12] - 6:21, 25:16, 26:19, 26:20, 38:6, 40:13, 41:18, 158:22, 159:4, 159:12, 162:13, 165:14
**charged** [7] - 13:6, 13:9, 13:24, 14:3, 14:4, 26:15, 26:16
**charges** [5] - 12:5, 12:10, 12:14, 24:21, 26:12
**CHARLES** [1] - 1:19
**Charles** [7] - 18:9, 58:16, 71:13, 100:13, 128:3, 140:10, 150:17
**Charlie** [2] - 2:6, 24:11
**cheaper** [1] - 148:2
**checking** [2] - 64:22, 70:13
**chemist** [2] - 14:24, 155:4
**Chief** [2] - 18:15, 21:24
**chief** [1] - 18:23
**childcare** [1] - 158:14
**choice** [1] - 5:16
**choose** [2] - 3:6, 41:5
**Christopher** [2] - 60:14, 60:24
**CHRISTOPHER** [3] - 60:19, 60:25, 167:8
**circling** [1] - 33:18
**circuit** [1] - 3:9
**circumstance** [1] - 76:3
**circumstances** [1] -

73:19
**citations** [4] - 163:5, 163:8, 163:17, 163:24
**citizens** [1] - 15:20
**City** [7] - 10:25, 29:12, 45:12, 63:5, 79:8, 106:24, 124:2
**city** [1] - 106:23
**civil** [1] - 13:15
**clarify** [4] - 94:14, 96:11, 112:1, 127:7
**class** [1] - 105:22
**classes** [1] - 62:2
**clear** [11] - 17:17, 22:20, 30:17, 49:17, 51:2, 58:20, 80:3, 81:7, 119:19, 140:25, 157:12
**cleared** [3] - 63:14, 65:2, 68:9
**clearly** [9] - 18:24, 28:6, 44:5, 60:22, 77:5, 103:14, 105:1, 131:16, 141:14
**Clerk** [6] - 2:2, 27:24, 43:24, 60:17, 76:25, 104:21
**CLERK** [78] - 2:3, 2:9, 2:11, 9:18, 9:21, 16:20, 17:5, 17:14, 17:20, 19:8, 23:12, 27:17, 27:19, 27:21, 28:1, 28:4, 28:10, 30:8, 31:24, 32:1, 32:11, 32:13, 32:15, 43:19, 44:1, 44:5, 44:10, 57:6, 57:10, 60:18, 60:20, 61:2, 66:10, 66:24, 68:14, 68:19, 73:24, 74:8, 74:12, 77:1, 77:3, 77:9, 84:25, 85:3, 90:6, 94:14, 94:17, 96:11, 100:16, 101:25, 102:4, 102:7, 102:10, 102:14, 102:22, 104:22, 104:24, 105:5, 109:2, 110:1, 110:7, 111:11, 114:17, 114:22, 118:17, 121:23, 122:16, 127:22, 127:25, 131:14, 131:20, 134:13, 139:4, 141:10, 141:12, 141:18, 152:23, 164:15
**click** [1] - 122:16

**client** [5] - 7:15, 20:5, 21:5, 22:8, 157:19
**client's** [2] - 22:13, 158:2
**clip** [1] - 72:21
**clips** [2] - 162:6, 162:7
**close** [12] - 14:2, 15:21, 64:2, 78:10, 85:1, 85:2, 85:7, 100:16, 156:10, 157:18, 162:11, 164:12
**close-up** [3] - 85:1, 85:2, 85:7
**closed** [2] - 3:9, 23:22
**closed-circuit** [1] - 3:9
**closer** [2] - 2:11, 141:19
**closest** [1] - 134:19
**closet** [9] - 11:13, 80:22, 83:19, 86:4, 86:21, 91:22, 96:5, 98:17, 100:24
**closets** [1] - 79:22
**closing** [3] - 25:24, 40:6, 156:3
**clothes** [3] - 2:13, 3:2, 7:3
**clothing** [7] - 6:14, 79:20, 83:19, 83:20, 83:23, 83:25, 84:1
**clues** [1] - 143:14
**co** [1] - 11:21
**co-counsel** [1] - 11:21
**cocaine** [22] - 13:2, 16:5, 64:19, 79:6, 89:18, 108:13, 108:15, 108:16, 108:17, 108:18, 109:9, 111:18, 112:4, 112:5, 112:14, 112:23, 113:1, 118:1, 118:14, 120:4, 120:7
**Code** [1] - 103:5
**collect** [2] - 107:8, 133:14
**collected** [1] - 107:6
**color** [2] - 85:15, 146:14
**Columbia** [1] - 123:10
**column** [3] - 126:24, 127:3, 127:8
**combination** [1] - 13:22, 13:23
**Comcast** [1] - 123:25
**coming** [4] - 27:15, 38:5, 75:5, 160:16
**command** [1] - 37:16
**commands** [1] - 40:10

**comment** [1] - 138:6
**commerce** [2] - 14:5, 15:2
**committed** [1] - 13:6
**common** [1] - 21:10
**communicate** [1] - 7:15
**communication** [1] - 159:8
**communications** [2] - 17:17, 24:5
**communicator** [1] - 16:18
**companies** [1] - 147:18
**company** [3] - 147:16, 147:17
**comparison** [1] - 15:7
**compatible** [4] - 148:5, 148:8, 148:11, 148:15
**completed** [1] - 76:8
**completely** [2] - 38:20, 124:21
**complex** [1] - 34:13
**complexity** [1] - 63:10
**compliant** [1] - 38:20
**complies** [14] - 68:13, 91:1, 91:14, 93:19, 93:25, 94:22, 95:19, 98:8, 109:25, 113:25, 114:16, 115:20, 118:7, 119:10
**components** [2] - 132:5, 132:7
**computer** [1] - 168:9
**COMPUTER** [1] - 1:25
**computer-aided** [1] - 168:9
**COMPUTER-AIDED** [1] - 1:25
**concede** [2] - 3:11, 22:15
**conceded** [1] - 21:4
**conceivable** [1] - 24:18
**concern** [1] - 33:17
**concerned** [4] - 41:25, 42:5, 157:8
**concluded** [1] - 166:13
**conclusion** [1] - 25:24
**condition** [5] - 6:1, 65:3, 82:12, 88:8, 132:18
**conduct** [2] - 48:13, 48:17
**conducted** [5] - 43:11, 48:15, 48:18, 48:22,

62:8
**conducting** [2] - 49:11, 70:10
**conference** [8] - 16:16, 19:23, 24:2, 38:24, 158:22, 159:4, 162:13, 165:15
**conferences** [1] - 43:5
**confidence** [1] - 27:7
**confidential** [2] - 23:22, 159:8
**configuration** [1] - 86:14
**configure** [1] - 163:1
**Conley** [70] - 2:7, 2:12, 2:17, 2:22, 2:25, 5:23, 7:16, 8:22, 11:3, 11:4, 11:8, 12:5, 14:14, 14:15, 18:10, 22:22, 24:12, 25:7, 25:22, 26:14, 27:6, 30:4, 31:14, 31:20, 35:13, 35:15, 38:2, 39:14, 40:10, 45:22, 45:23, 47:2, 48:7, 49:22, 50:5, 51:18, 51:22, 51:25, 55:4, 58:19, 59:7, 59:13, 63:22, 64:5, 64:8, 64:11, 64:14, 64:21, 64:22, 65:4, 65:9, 70:8, 70:11, 70:21, 71:16, 72:3, 87:16, 88:22, 116:4, 122:9, 122:24, 123:13, 124:1, 124:7, 127:13, 133:18, 154:14, 157:12, 158:8
**CONLEY** [1] - 1:8
**Conley's** [13] - 7:12, 11:17, 18:14, 20:20, 46:17, 49:6, 65:7, 66:7, 67:5, 70:1, 103:4, 116:2, 164:7
**connect** [1] - 108:9
**connecting** [2] - 126:12, 126:15
**connection** [1] - 26:21
**consent** [2] - 20:21, 160:8
**consider** [6] - 40:20, 41:6, 42:4, 43:8, 43:11, 157:19
**consistent** [1] - 55:5
**conspiracy** [2] - 159:12, 159:16
**constitutional** [3] - 3:1, 6:9, 25:3

**construction** [1] - 151:11
**consultation** [1] - 20:25
**contact** [4] - 65:4, 70:17, 127:13, 127:14
**contacted** [1] - 29:18
**contain** [1] - 118:13
**contained** [3] - 18:21, 21:24, 49:17
**container** [2] - 129:5, 132:20
**containing** [5] - 51:2, 67:4, 119:19, 122:5, 147:7
**contemplate** [1] - 164:2
**contention** [1] - 21:2
**contents** [2] - 92:4, 163:22
**continue** [2] - 8:5, 111:23
**contractor** [2] - 57:18, 57:21
**contribute** [1] - 27:1
**contributes** [1] - 27:6
**control** [1] - 20:23
**controlled** [9] - 8:13, 12:16, 12:23, 12:24, 12:25, 26:7, 78:4, 128:14, 129:3
**controversial** [1] - 159:11
**convening** [2] - 165:10, 165:11
**convicted** [6] - 13:13, 13:19, 18:14, 22:16, 156:24, 157:2
**conviction** [7] - 18:22, 19:2, 19:18, 20:6, 25:17, 39:13, 156:17
**convictions** [8] - 14:23, 18:17, 18:24, 19:13, 19:15, 19:21, 21:16, 23:2
**cooked** [1] - 112:14
**cooking** [5] - 89:18, 108:15, 108:22, 129:9, 161:25
**cooperative** [1] - 22:9
**coordinated** [1] - 57:12
**copies** [5] - 162:23, 162:24, 164:23, 165:5, 165:6
**copy** [8] - 32:25, 33:4, 33:13, 33:16, 34:1, 159:17, 163:18, 164:17

**corner** [4] - 68:18, 85:7, 99:14, 99:15
**corporal** [6] - 61:15, 61:16, 62:16, 105:15, 105:17
**Corporal** [3] - 48:18, 59:4, 128:3
**Corporation** [1] - 57:14
**correct** [54] - 9:17, 20:14, 20:18, 29:14, 30:2, 36:5, 36:10, 36:11, 36:15, 36:22, 36:23, 37:1, 37:3, 37:10, 38:15, 38:18, 38:20, 45:25, 51:21, 53:9, 54:25, 55:9, 59:9, 59:10, 59:11, 60:1, 60:2, 72:4, 72:8, 72:22, 73:1, 73:4, 73:16, 73:23, 81:20, 92:15, 92:19, 95:8, 99:9, 100:3, 101:6, 101:7, 101:21, 103:15, 126:19, 129:9, 133:13, 135:20, 140:24, 150:25, 151:10, 151:21, 159:14, 168:4
**correctly** [3] - 103:6, 103:10, 168:8
**correlate** [1] - 96:6
**Counsel** [2] - 46:9, 153:4
**counsel** [32] - 2:19, 6:3, 8:18, 11:21, 16:20, 16:22, 18:23, 19:10, 19:18, 19:24, 20:1, 20:20, 24:6, 24:13, 24:20, 39:2, 39:3, 50:9, 74:6, 74:10, 102:1, 130:2, 152:11, 152:22, 157:8, 157:14, 158:22, 159:6, 160:10, 164:7, 168:11
**Count** [7] - 12:15, 12:21, 13:1, 13:4, 13:6, 13:9, 13:11
**count** [6] - 13:10, 48:20, 85:20, 85:24, 87:24, 124:16
**counter** [19] - 11:4, 35:7, 38:5, 38:17, 65:1, 68:8, 69:12, 85:23, 109:11, 109:15, 111:25, 112:15, 113:8,

113:16, 116:19, 117:15, 117:17, 117:19, 129:1
**countertop** [1] - 30:19
**countless** [1] - 129:8
**country** [2] - 143:3, 143:17
**counts** [1] - 16:13
**county** [2] - 77:22, 77:24
**County** [36] - 10:23, 14:15, 15:12, 28:19, 28:22, 28:25, 29:17, 36:3, 44:16, 45:2, 52:17, 52:25, 54:21, 55:7, 55:10, 61:10, 61:11, 62:7, 63:6, 65:15, 65:16, 67:19, 77:16, 77:19, 78:12, 105:13, 106:24, 107:4, 124:12, 127:2, 127:3, 127:8, 127:10, 132:1, 142:10, 161:4
**couple** [2] - 52:4, 75:3
**course** [3] - 23:15, 24:4, 62:1
**courses** [2] - 142:18, 142:19
**court** [8] - 3:12, 3:19, 4:13, 13:14, 76:12, 143:22, 154:14, 156:18
**Court** [44] - 2:7, 2:18, 2:22, 4:6, 4:8, 4:16, 5:7, 5:12, 5:24, 6:2, 6:4, 7:5, 10:9, 10:12, 10:25, 21:2, 21:3, 29:12, 29:14, 40:15, 40:21, 40:22, 41:9, 42:1, 42:6, 42:20, 42:23, 45:12, 45:22, 45:24, 63:5, 73:22, 79:7, 106:22, 107:10, 107:21, 124:1, 126:4, 159:2, 160:25, 168:2, 168:3, 168:16
**COURT** [267] - 1:1, 1:23, 2:1, 2:4, 2:21, 3:18, 3:24, 4:12, 4:18, 4:21, 4:24, 5:10, 5:19, 5:23, 6:7, 6:13, 6:18, 6:20, 7:11, 7:13, 8:11, 8:14, 8:17, 8:21, 9:3, 9:10, 9:12, 9:16, 9:20, 9:23, 10:11, 10:18, 16:17, 16:22, 17:1, 17:4, 17:6,

17:12, 17:16, 17:21,
17:24, 18:1, 18:3,
18:8, 18:11, 19:3,
19:22, 20:1, 20:3,
20:16, 22:1, 23:8,
23:13, 27:10, 27:14,
27:18, 27:20, 27:23,
28:11, 32:5, 32:8,
32:16, 32:20, 33:3,
33:8, 33:13, 33:22,
35:22, 38:22, 38:25,
39:3, 40:18, 41:21,
42:16, 42:19, 42:23,
43:1, 43:4, 43:14,
43:22, 44:4, 46:9,
46:12, 46:14, 46:19,
47:3, 47:8, 47:11,
47:17, 47:20, 48:21,
48:25, 50:6, 50:10,
50:12, 50:14, 50:17,
50:20, 51:8, 52:6,
52:19, 52:22, 54:1,
54:4, 55:19, 56:4,
56:15, 56:19, 56:22,
56:24, 57:3, 57:8,
57:11, 58:1, 58:3,
58:5, 58:9, 60:8,
60:10, 60:12, 60:15,
64:12, 65:20, 67:10,
67:20, 67:22, 68:4,
68:12, 68:15, 68:18,
68:20, 69:15, 69:18,
71:6, 71:10, 72:15,
73:7, 73:10, 73:13,
73:17, 73:25, 74:9,
74:13, 74:16, 74:22,
74:24, 75:8, 75:12,
75:15, 75:18, 75:20,
75:23, 76:4, 76:7,
76:10, 76:15, 76:18,
76:20, 76:24, 77:10,
100:8, 103:21,
103:25, 104:4,
104:8, 104:12,
104:14, 104:19,
108:25, 110:5,
111:10, 111:20,
112:1, 112:4, 112:7,
114:21, 116:10,
120:8, 122:10,
122:15, 122:17,
122:22, 122:25,
123:3, 123:5,
123:17, 123:21,
126:12, 126:15,
126:17, 126:20,
127:17, 127:20,
127:23, 129:19,
129:22, 130:5,
130:11, 130:13,
130:17, 130:20,

130:23, 131:2,
131:5, 131:7,
131:10, 138:6,
138:18, 140:7,
141:4, 141:7, 144:3,
144:5, 150:14,
151:5, 151:15,
151:24, 152:10,
152:17, 152:25,
153:3, 153:8,
153:10, 153:13,
153:15, 153:21,
153:23, 154:2,
154:4, 154:8,
154:10, 154:19,
154:21, 154:25,
155:8, 155:12,
155:18, 155:22,
155:25, 156:4,
158:11, 158:18,
158:21, 159:15,
159:20, 160:3,
160:6, 160:14,
160:19, 161:13,
161:20, 162:2,
162:10, 162:22,
163:2, 163:7,
163:12, 164:11,
164:19, 164:25,
165:2, 165:4,
165:12, 165:19,
165:22, 166:9,
166:11
**Court's** [1] - 5:14
**courtroom** [28] - 5:15,
5:16, 5:25, 7:19,
7:22, 7:24, 8:22, 9:5,
9:22, 12:1, 25:12,
25:13, 49:24, 55:22,
56:2, 56:6, 58:8,
74:3, 74:15, 76:19,
90:2, 104:7, 104:13,
116:4, 130:4, 131:9,
152:24, 153:2
**cover** [1] - 163:19
**coverage** [1] - 31:17
**COVID** [2] - 12:1,
164:16
**crack** [8] - 108:16,
108:18, 111:18,
112:5, 112:14,
112:23, 113:1,
118:14
**crime** [6] - 13:5, 13:6,
13:9, 13:14, 13:19,
14:21
**crimes** [1] - 142:9
**CRIMINAL** [1] - 1:5
**criminal** [2] - 25:8,
39:12

Croatia [2] - 144:23,
144:25
**Cross** [8] - 59:2,
167:4, 167:7, 167:9,
167:12, 167:14,
167:17, 167:19
**cross** [21] - 35:22,
56:8, 56:15, 71:10,
75:20, 100:8,
127:18, 127:23,
130:18, 130:21,
140:7, 145:2,
150:14, 153:11,
153:21, 153:22,
154:2, 154:8,
154:19, 154:20,
155:8
**CROSS** [7] - 35:23,
58:14, 71:11, 100:9,
128:1, 140:8, 150:15
**Cross-examination**
[7] - 167:4, 167:7,
167:9, 167:12,
167:14, 167:17,
167:19
**CROSS-
EXAMINATION** [7] -
35:23, 58:14, 71:11,
100:9, 128:1, 140:8,
150:15
**crossed** [1] - 143:3
**CRR** [2] - 1:24, 168:15
**cuffs** [1] - 31:18
**cult** [1] - 151:2
**culture** [1] - 25:5
**curative** [1] - 18:25
**currency** [4] - 49:5,
51:1, 53:7, 85:18
**current** [4] - 44:19,
77:19, 77:21, 102:15
**custody** [2] - 48:12
**cut** [1] - 162:5
**cutting** [4] - 78:25,
79:2, 79:3, 108:15
**cycled** [1] - 132:8

## D

**D-13** [2] - 54:18, 55:16
**D1** [3] - 110:18,
110:20, 111:1
**D13** [5] - 65:24, 66:3,
119:21, 120:3,
125:16
**D14** [4] - 109:5, 109:9,
109:23, 125:16
**D15** [2] - 109:5, 109:23
**D16** [4] - 118:5, 118:8,
118:15, 119:12
**D18** [2] - 118:5, 119:12

**D19** [3] - 118:5,
118:23, 119:12
**D2** [5] - 110:18,
110:20, 111:2, 111:3
**D20** [3] - 118:5,
118:23, 119:12
**D3** [3] - 119:1, 119:8,
119:11
**D4** [3] - 119:1, 119:8,
119:11
**D5** [3] - 112:16,
112:19, 112:24
**Darren** [1] - 11:23
**date** [5] - 57:19,
103:14, 129:13,
168:6
**dates** [1] - 103:8
**David** [2] - 154:12
**DAY** [1] - 1:10
**days** [3] - 15:17,
25:21, 36:6
**DC** [1] - 1:20
**De** [3] - 155:3, 155:5,
155:9
**DEA** [2] - 14:24, 62:3
**deal** [1] - 76:2
**death** [2] - 21:5, 21:7
**decades** [1] - 151:13
**decide** [2] - 3:20, 42:8
**decided** [1] - 2:8
**decision** [7] - 2:14,
21:7, 22:5, 42:6,
111:21, 157:13,
158:4
**decisions** [1] - 5:6
**declared** [1] - 144:5
**deem** [1] - 16:1
**deemed** [1] - 63:16
**Dees** [1] - 57:13
**Defendant** [2] - 1:9,
102:14
**defendant** [49] - 4:7,
4:9, 4:10, 7:1, 10:12,
11:2, 12:22, 12:23,
12:24, 13:5, 13:7,
13:13, 13:18, 13:21,
15:9, 19:10, 19:17,
20:22, 22:12, 23:16,
24:11, 25:8, 32:11,
39:17, 41:3, 41:7,
41:24, 42:13, 48:20,
64:8, 64:16, 64:25,
65:1, 101:25, 116:9,
156:7, 156:17,
156:18, 156:24,
157:1, 157:6, 157:7,
157:9, 157:23,
158:8, 158:23,
159:17, 160:8,
161:16

**DEFENDANT** [18] -
1:18, 3:15, 3:23, 4:4,
4:17, 4:19, 4:22, 5:8,
5:17, 5:21, 6:6, 6:11,
6:16, 6:19, 8:10,
8:12, 8:15, 8:19
**Defendant's** [1] -
102:5
**defendant's** [1] -
13:15
**defense** [9] - 19:18,
21:4, 33:10, 40:13,
50:2, 51:6, 64:9,
157:8, 160:10
**defenses** [1] - 40:8
**definitely** [1] - 37:25
**Del** [4] - 134:6,
138:16, 146:21,
150:20
**Del-Ton** [4] - 134:6,
138:16, 146:21,
150:20
**deliberate** [1] - 156:13
**deliberation** [3] - 74:2,
104:5, 152:19
**deliberations** [1] -
16:3
**delivered** [1] - 57:7
**denied** [4] - 4:15, 5:2,
22:2, 23:4
**denoted** [2] - 146:14,
150:1
**deny** [1] - 3:21
**denying** [1] - 5:22
**department** [2] - 29:4,
29:5
**Department** [13] -
10:23, 28:19, 28:23,
44:16, 52:17, 61:10,
61:11, 77:16, 77:20,
78:12, 105:13,
107:5, 132:2
**Department's** [1] -
45:2
**depict** [1] - 84:19
**depicted** [10] - 50:23,
84:13, 84:22, 86:22,
88:24, 108:8,
115:24, 119:12,
120:11, 123:12
**deputy** [1] - 90:2
**DEPUTY** [78] - 2:3,
2:9, 2:11, 9:18, 9:21,
16:20, 17:5, 17:14,
17:20, 19:8, 23:12,
27:17, 27:19, 27:21,
28:1, 28:4, 28:10,
30:8, 31:24, 32:1,
32:11, 32:13, 32:15,
43:19, 44:1, 44:5,

44:10, 57:6, 57:10, 60:18, 60:20, 61:2, 66:10, 66:24, 68:14, 68:19, 73:24, 74:8, 74:12, 77:1, 77:3, 77:9, 84:25, 85:3, 90:6, 94:14, 94:17, 96:11, 100:16, 101:25, 102:4, 102:7, 102:10, 102:14, 102:22, 104:22, 104:24, 105:5, 109:2, 110:1, 110:7, 111:11, 114:17, 114:22, 118:17, 121:23, 122:16, 127:22, 127:25, 131:14, 131:20, 134:13, 139:4, 141:10, 141:12, 141:18, 152:23, 164:15

**describe** [26] - 67:2, 72:3, 99:7, 108:8, 108:10, 109:8, 113:5, 115:1, 116:6, 116:14, 117:21, 120:22, 122:4, 122:25, 123:3, 123:9, 123:24, 126:8, 144:21, 145:9, 146:2, 146:11, 146:20, 148:22, 149:6, 149:13

**described** [3] - 113:19, 122:7, 150:20

**description** [1] - 92:16

**designated** [1] - 5:5

**designed** [2] - 38:13, 40:7

**desk** [1] - 21:13

**despite** [2] - 6:8, 25:7

**detail** [5] - 13:1, 14:20, 24:22, 39:24, 157:20

**Detective** [3] - 48:18, 59:4, 155:6

**detective** [10] - 8:12, 15:11, 77:25, 78:1, 78:3, 78:13, 105:15, 105:17, 105:22, 112:9

**detectives** [7] - 14:14, 14:16, 29:22, 31:21, 31:22, 70:13, 70:17

**detention** [2] - 153:18, 161:16, 161:18

**determination** [4] - 8:6, 41:10, 42:6,

42:24

**determinations** [1] - 42:22

**determine** [4] - 133:10, 142:14, 143:16, 145:11

**determined** [3] - 8:6, 40:19, 43:9

**determining** [1] - 143:2

**device** [1] - 128:19

**different** [16] - 10:13, 10:14, 11:25, 13:12, 26:18, 72:4, 87:19, 92:11, 106:4, 133:9, 142:21, 142:22, 146:13, 146:14, 162:16

**digital** [10] - 11:8, 108:11, 108:12, 111:1, 111:3, 111:5, 118:2, 119:7

**dining** [3] - 30:20, 48:8, 51:1

**Direct** [7] - 167:4, 167:6, 167:9, 167:11, 167:14, 167:16, 167:19

**direct** [34] - 36:2, 54:4, 65:23, 67:6, 71:15, 75:16, 96:10, 100:14, 100:19, 101:12, 102:21, 106:17, 109:4, 110:17, 113:3, 114:1, 114:24, 115:8, 116:12, 116:20, 118:3, 118:25, 119:15, 120:20, 123:8, 128:24, 130:18, 144:14, 145:5, 145:24, 146:8, 148:18, 149:2, 153:10

**DIRECT** [7] - 28:14, 44:11, 61:3, 77:12, 105:6, 131:21, 141:20

**directed** [2] - 40:3, 63:13

**directing** [6] - 67:13, 146:17, 147:2, 149:10, 149:21, 150:7

**direction** [1] - 133:1

**directly** [4] - 2:25, 17:14, 65:1, 156:18

**disagrees** [1] - 40:16

**discovered** [1] - 64:16

**discovery** [1] - 162:4

**discuss** [5] - 25:15, 55:24, 74:13, 130:3, 152:25

**discussed** [6] - 18:13, 18:18, 19:5, 125:16, 157:20, 160:10

**discussion** [2] - 23:7, 43:3, 47:19

**dish** [1] - 111:18

**disk** [2] - 161:6, 163:9

**disregard** [2] - 47:7, 47:8

**disrespectfully** [1] - 7:17

**disruptive** [1] - 5:24

**distribute** [2] - 12:15, 12:25

**distributed** [1] - 147:12

**distribution** [3] - 15:13, 145:18, 146:24

**distributor** [1] - 15:14

**distributors** [1] - 108:21

**DISTRICT** [3] - 1:1, 1:2, 1:11

**district** [3] - 4:8, 4:10, 52:1

**District** [5] - 11:20, 11:22, 123:10, 168:3

**DIVISION** [1] - 1:3

**DNA** [6] - 15:4, 15:5, 15:7, 15:8, 15:9, 154:5

**doctor** [1] - 161:18

**document** [10] - 32:13, 102:1, 102:2, 102:23, 107:14, 107:16, 109:19, 122:23, 123:1, 123:3

**documented** [1] - 107:17

**documents** [4] - 78:21, 78:24, 107:6, 159:24

**dollar** [1] - 101:21

**dollars** [1] - 122:6

**done** [12] - 21:14, 49:19, 60:4, 62:2, 66:1, 80:6, 81:22, 118:5, 128:22, 132:21, 155:16, 157:4

**door** [22] - 8:1, 29:25, 30:14, 30:22, 34:20, 36:12, 36:24, 37:11, 37:12, 37:18, 37:19, 37:20, 39:10, 39:15,

40:15, 42:11, 48:8, 55:22, 63:24, 70:6, 74:3, 152:20

**Dorado** [1] - 147:17

**dots** [1] - 108:20

**doubt** [1] - 25:17

**down** [38] - 2:9, 30:22, 30:24, 30:25, 31:19, 37:16, 38:6, 38:8, 43:15, 52:4, 59:13, 59:20, 60:10, 64:15, 65:10, 65:19, 67:10, 71:18, 71:19, 71:25, 72:3, 73:10, 90:2, 91:6, 92:1, 93:20, 98:21, 103:8, 129:22, 133:11, 134:10, 139:2, 141:4, 141:7, 144:13, 152:10, 162:5

**downstairs** [1] - 7:20

**Draughon** [13] - 11:21, 33:4, 67:20, 68:22, 104:15, 112:2, 123:5, 126:13, 130:6, 167:9, 167:14, 167:19, 167:20

**DRAUGHON** [59] - 1:15, 60:13, 61:4, 64:10, 64:13, 65:18, 65:22, 66:11, 66:14, 66:25, 67:1, 67:12, 67:21, 68:1, 68:5, 68:10, 68:23, 69:1, 69:17, 69:19, 71:8, 73:8, 104:17, 105:7, 108:23, 109:3, 110:9, 111:13, 111:22, 112:3, 112:8, 114:23, 116:8, 116:11, 118:19, 118:22, 120:10, 122:1, 122:12, 122:20, 123:6, 123:7, 123:19, 123:22, 126:14, 126:16, 126:19, 126:22, 127:15, 129:20, 141:9, 141:21, 143:24, 144:6, 151:4, 151:14, 151:25, 152:2, 152:8

**drawer** [15] - 11:13, 86:4, 86:21, 87:21, 89:22, 96:7, 96:23, 113:15, 117:12, 117:14, 117:16,

117:22, 118:2, 120:17

**drawers** [1] - 86:5

**drawing** [5] - 32:25, 33:17, 33:23, 83:9, 84:5

**dressed** [1] - 2:23

**drug** [16] - 13:5, 13:6, 13:8, 15:12, 15:15, 26:6, 26:17, 61:18, 78:17, 78:23, 79:6, 105:19, 125:17, 126:4, 155:4, 155:10

**drugs** [7] - 26:22, 42:1, 78:21, 79:4, 97:5, 108:21, 126:1

**DTI** [1] - 147:1

**DTI-S030977** [1] - 147:1

**due** [2] - 63:10, 164:16

**during** [11] - 7:17, 13:3, 49:4, 60:3, 62:1, 62:14, 62:17, 78:8, 86:7, 102:21, 128:5

**duties** [4] - 61:16, 105:17, 142:8, 142:11

**duty** [6] - 15:20, 63:1, 63:3, 106:18, 106:20, 142:16

**DWIGHT** [1] - 1:15

**Dwight** [1] - 11:21

**E**

**early** [3] - 24:17, 73:18, 152:18

**easier** [5] - 26:16, 102:3, 102:12, 122:18, 135:17

**echo** [1] - 18:4

**echoing** [1] - 17:16

**edge** [1] - 119:18

**effect** [3] - 8:8, 22:12, 156:22

**eight** [2] - 129:24, 130:24

**eight-minute** [1] - 130:24

**either** [11] - 24:3, 70:8, 71:18, 72:10, 128:12, 136:14, 145:16, 145:17, 147:11, 149:17, 150:10

**El** [1] - 147:17

**electronically** [2] - 24:4, 163:11

**electronics** [1] - 23:21

**element** [7] - 13:17, 13:21, 14:6, 25:16, 156:25, 157:17, 157:21
**elements** [7] - 12:21, 13:5, 13:12, 14:7, 156:19, 156:20, 157:3
**Ellicott** [7] - 10:25, 29:12, 45:12, 63:5, 79:8, 106:24, 124:2
**ELMO** [2] - 33:5, 102:13
**email** [1] - 21:3
**embrace** [1] - 16:9
**employed** [8] - 61:7, 61:9, 61:11, 105:10, 105:12, 141:24, 142:1, 142:3
**employer** [2] - 57:14, 57:22
**empty** [1] - 99:9
**encounter** [1] - 80:17
**encountered** [3] - 84:16, 88:6, 129:8
**encourage** [1] - 16:7
**End** [3] - 23:7, 43:3, 47:19
**end** [11] - 12:18, 16:11, 27:5, 53:17, 82:3, 98:22, 99:14, 134:19, 135:22, 155:14
**energetic** [1] - 37:19
**enforcement** [7] - 44:20, 44:22, 44:25, 61:21, 105:24, 105:25, 112:10
**Enforcement** [1] - 37:2
**enter** [25] - 9:22, 20:20, 21:12, 21:21, 22:3, 28:5, 30:6, 44:2, 46:4, 47:21, 58:7, 58:8, 58:19, 58:24, 60:21, 76:19, 77:4, 80:2, 80:4, 101:1, 104:13, 104:25, 131:9, 131:15, 141:13
**entered** [22] - 11:1, 11:5, 19:21, 29:24, 30:5, 30:16, 30:17, 35:10, 35:14, 37:9, 40:23, 46:22, 47:24, 48:4, 48:6, 58:25, 59:7, 63:23, 71:15, 79:15, 101:6, 102:20
**entering** [6] - 30:3, 45:23, 47:21, 58:6,

70:4, 70:6
**enthusiasts** [1] - 151:3
**entire** [1] - 161:8
**entirely** [2] - 22:9, 23:24
**entitled** [2] - 39:19, 126:1
**entrance** [1] - 34:16
**entry** [16] - 30:1, 37:4, 41:12, 42:5, 42:12, 43:7, 45:19, 46:1, 46:7, 58:21, 63:13, 63:21, 63:24, 64:1, 64:15, 80:1
**envelope** [2] - 54:22, 125:21
**erase** [1] - 43:20
**escort** [1] - 104:4
**ESQUIRE** [3] - 1:14, 1:15, 1:19
**established** [2] - 45:21, 46:5
**estimate** [1] - 56:16
**et** [1] - 158:14
**evening** [1] - 163:16
**event** [2] - 155:21, 156:9
**evidence** [62] - 4:23, 4:25, 5:2, 8:3, 8:4, 10:2, 10:3, 11:24, 11:25, 12:8, 12:11, 12:12, 12:20, 14:2, 14:10, 14:17, 14:18, 14:22, 15:5, 15:8, 16:12, 18:16, 19:14, 19:20, 21:16, 21:23, 24:15, 24:17, 25:23, 26:4, 26:5, 26:20, 27:4, 40:16, 41:25, 49:19, 53:7, 55:7, 56:11, 82:2, 92:13, 92:14, 99:21, 102:8, 102:15, 102:21, 107:5, 107:8, 107:13, 109:14, 109:20, 110:2, 110:23, 114:11, 125:24, 156:10, 156:22, 156:23, 161:9
**Ewing** [4] - 1:24, 168:2, 168:14, 168:15
**exact** [1] - 41:12
**exactly** [3] - 22:25, 36:7, 59:17
**Examination** [3] - 132:2, 132:3, 132:4
**EXAMINATION** [15] -

28:14, 35:23, 44:11, 58:14, 61:3, 71:11, 77:12, 100:9, 105:6, 128:1, 131:21, 140:8, 141:20, 150:15, 152:1
**examination** [22] - 100:14, 100:19, 101:12, 142:17, 143:19, 144:1, 145:14, 167:4, 167:4, 167:6, 167:7, 167:9, 167:9, 167:11, 167:12, 167:14, 167:14, 167:16, 167:17, 167:19, 167:19, 167:20
**examine** [5] - 72:7, 132:5, 143:5, 144:7, 144:10
**examined** [5] - 15:5, 134:21, 144:9, 144:12, 144:20
**examiner** [2] - 15:5, 132:4, 154:6
**examiners** [1] - 132:25
**examining** [1] - 143:10
**example** [3] - 16:6, 25:20, 145:21
**examples** [2] - 144:12, 145:19
**exceeding** [2] - 13:15, 13:20
**except** [1] - 35:15
**exception** [1] - 165:16
**excise** [1] - 163:16
**excludable** [1] - 21:24
**excuse** [1] - 10:5
**excused** [2] - 129:23, 141:5
**execute** [4] - 29:11, 78:6, 79:7, 106:11
**executed** [5] - 10:24, 62:11, 78:8, 78:16, 81:8
**executing** [7] - 29:7, 40:5, 62:4, 63:5, 106:5, 106:21, 106:25
**execution** [8] - 12:3, 13:3, 29:15, 36:10, 36:21, 62:10, 62:23, 63:7
**executive** [4] - 77:21, 77:22, 77:23, 77:24
**exercise** [2] - 3:6, 21:1
**Exhibit** [110] - 32:4,

34:7, 34:14, 34:22, 35:16, 50:9, 54:14, 54:18, 55:16, 65:24, 66:3, 66:16, 66:19, 66:23, 67:3, 67:16, 67:21, 69:3, 69:5, 70:1, 87:5, 87:18, 88:11, 88:23, 92:25, 93:2, 94:15, 94:24, 94:25, 95:8, 95:16, 96:10, 96:12, 97:4, 97:6, 97:8, 102:21, 109:23, 110:10, 111:14, 112:16, 112:19, 112:24, 113:4, 113:6, 113:7, 114:1, 114:7, 114:12, 114:25, 115:8, 115:15, 116:12, 116:15, 116:21, 117:10, 118:4, 119:13, 119:16, 119:21, 120:3, 120:11, 120:13, 120:21, 120:23, 121:1, 121:3, 121:8, 121:11, 122:3, 123:8, 123:23, 126:1, 126:7, 126:9, 126:24, 144:15, 144:17, 144:21, 145:5, 145:7, 145:24, 145:25, 146:2, 146:8, 146:9, 146:17, 146:18, 147:2, 147:4, 148:5, 148:6, 148:9, 148:14, 148:15, 148:19, 148:20, 149:3, 149:4, 149:10, 149:11, 149:13, 149:21, 149:22, 149:24, 150:7, 150:8, 150:20, 152:3
**exhibit** [49] - 33:14, 33:24, 52:10, 52:13, 52:14, 52:19, 52:20, 52:25, 53:2, 53:10, 53:14, 53:19, 53:25, 54:11, 54:12, 54:20, 54:24, 55:7, 55:10, 55:11, 55:14, 85:1, 90:13, 90:22, 92:2, 93:9, 94:4, 94:20, 94:23, 97:24, 98:11, 98:14, 99:1, 99:11, 99:15, 102:4, 102:8, 102:20, 116:20, 121:1, 122:14,

125:9, 126:1, 127:7, 134:23, 136:5, 136:18, 136:22, 160:11
**Exhibits** [14] - 107:24, 109:4, 110:18, 110:20, 115:14, 115:18, 118:8, 118:15, 118:23, 119:1, 119:8, 121:18, 124:9, 125:16
**exhibits** [22] - 12:2, 52:4, 56:11, 65:19, 75:3, 76:2, 108:2, 108:24, 113:24, 115:22, 118:4, 119:2, 119:6, 124:8, 124:10, 124:11, 124:16, 124:25, 125:17, 134:11, 144:14, 160:11
**exists** [1] - 4:9
**exit** [5] - 56:2, 74:15, 104:7, 130:4, 153:2
**exits** [4] - 52:7, 54:9, 65:21, 67:11
**expect** [3] - 24:15, 127:17, 130:22
**expecting** [2] - 21:19, 33:17
**expedite** [1] - 33:3
**expensive** [2] - 147:23, 164:20
**experience** [4] - 64:18, 112:9, 112:13, 112:23
**expert** [8] - 120:8, 130:12, 142:17, 143:18, 143:21, 144:1, 155:5, 155:10
**expertise** [1] - 122:13
**explain** [3] - 23:15, 41:2, 143:2
**explicit** [2] - 18:21, 20:21
**explosions** [1] - 40:9
**explosive** [6] - 39:9, 39:11, 41:13, 41:23, 43:7, 147:23
**Explosives** [2] - 142:2, 142:5
**explosives** [2] - 37:22, 37:23
**extended** [1] - 159:7
**extent** [1] - 40:15
**extreme** [1] - 21:7
**extremely** [1] - 25:6
**extremities** [1] - 49:11

**F**

face [2] - 30:24, 38:7
facilities [3] - 142:23, 146:16, 147:25
facility [2] - 143:16, 146:24
fact [21] - 6:8, 10:14, 14:11, 19:17, 20:6, 20:10, 23:2, 25:8, 39:12, 39:13, 39:14, 40:9, 41:1, 43:10, 47:8, 47:23, 64:23, 91:3, 140:25, 160:6
facts [6] - 11:18, 24:22, 26:11, 40:4, 40:8, 41:19
fair [11] - 4:10, 7:13, 27:7, 27:15, 71:6, 74:25, 158:2, 158:3, 164:11
fairly [5] - 4:19, 22:5, 130:20, 159:11, 165:20
fake [1] - 8:19
fall [1] - 125:3
fallen [1] - 149:15
false [1] - 44:24
familiar [3] - 12:19, 124:3, 142:24
far [10] - 41:25, 42:5, 59:20, 68:18, 98:22, 134:19, 135:21, 157:7, 157:8
farthest [1] - 52:10
fashion [1] - 55:24
FBI [6] - 10:24, 11:23, 11:25, 15:5, 45:18, 127:8
February [2] - 103:8, 103:11
federal [1] - 143:22
Federal [1] - 10:24
feedback [5] - 16:25, 17:7, 17:10, 17:18, 23:25
feet [3] - 48:8, 64:25, 70:18
felon [3] - 21:10, 156:19, 156:20
felony [9] - 20:6, 22:16, 23:1, 156:16, 156:24, 157:2, 157:3, 157:16, 157:20
female [2] - 83:25, 84:1
Fernando [1] - 155:4
few [5] - 17:22, 101:20, 113:13,

140:12, 150:19
fifty [2] - 95:5, 97:2
filled [1] - 165:14
final [1] - 147:22
finally [2] - 14:4, 26:24
fine [8] - 3:6, 17:25, 43:23, 47:11, 60:17, 104:20, 114:15, 155:22
finish [7] - 54:4, 57:19, 72:15, 76:4, 127:20, 130:17, 155:25
finished [1] - 64:22
fire [6] - 130:9, 133:10, 133:13, 134:7, 135:17
fireable [1] - 65:3
firearm [49] - 13:8, 13:16, 26:16, 65:5, 69:20, 69:22, 69:25, 70:11, 70:12, 72:8, 72:18, 72:25, 86:7, 86:10, 93:15, 113:22, 114:4, 124:8, 124:10, 124:11, 132:15, 132:17, 132:18, 132:22, 133:3, 133:7, 133:8, 133:9, 133:13, 134:20, 135:6, 135:17, 135:24, 136:1, 136:6, 136:10, 136:20, 138:22, 138:24, 139:9, 140:18, 143:6, 143:7, 143:8, 144:20, 145:2, 148:16, 156:20, 156:21
Firearm [1] - 132:3
firearms [38] - 13:4, 13:8, 13:11, 13:22, 13:23, 15:1, 26:12, 26:15, 26:19, 39:12, 40:12, 81:16, 81:17, 130:9, 132:4, 132:5, 132:10, 132:11, 132:24, 133:17, 133:20, 133:22, 134:1, 134:2, 134:21, 135:9, 142:9, 142:14, 142:18, 142:23, 143:1, 143:3, 143:5, 143:19, 144:1, 144:7, 144:9
Firearms [4] - 132:2, 132:4, 142:2, 142:5

fired [11] - 132:8, 132:9, 133:14, 133:15, 135:8, 135:9, 136:11, 137:20, 137:22
firing [2] - 137:13, 148:8
first [38] - 2:21, 4:1, 11:1, 12:9, 12:14, 13:13, 14:10, 14:13, 15:18, 27:10, 27:24, 29:25, 30:14, 30:17, 35:10, 36:12, 36:18, 38:2, 38:4, 38:7, 42:9, 48:7, 50:22, 70:5, 70:7, 72:7, 77:7, 90:16, 93:3, 93:22, 101:1, 101:2, 101:6, 105:22, 121:24, 127:8, 129:25
firsthand [1] - 101:4
five [11] - 25:21, 56:17, 76:5, 80:5, 95:11, 96:22, 127:19, 152:11, 152:13, 162:6, 165:12
flex [1] - 31:18
floor [13] - 30:24, 38:3, 38:7, 38:8, 38:12, 71:16, 71:18, 71:20, 71:25, 83:7, 83:13, 93:4, 98:16
Florida [2] - 21:2, 147:25
focusing [2] - 87:18, 88:20
folks [13] - 36:16, 58:9, 68:18, 76:11, 76:15, 104:1, 104:8, 104:14, 129:24, 130:1, 130:5, 131:2, 152:17
follow [3] - 55:21, 74:2, 152:18
followed [1] - 124:13
following [5] - 39:1, 56:9, 57:1, 75:24, 151:2
FOR [3] - 1:2, 1:13, 1:18
force [1] - 6:14
Force [1] - 59:2
foregoing [1] - 168:4
foreign [1] - 14:5
forelady [1] - 10:6
forensic [5] - 15:4, 128:7, 154:5
fork [1] - 112:25

form [1] - 15:24
forth [6] - 14:10, 43:7, 72:21, 106:4, 128:8, 164:18
forward [16] - 3:12, 5:13, 7:23, 8:7, 8:17, 12:7, 22:6, 22:21, 23:1, 23:5, 24:7, 33:6, 33:25, 47:24, 58:10, 155:1
forwarded [1] - 69:10
foundation [3] - 46:24, 52:18, 160:21
foundational [1] - 25:1
four [10] - 13:12, 14:4, 37:15, 59:2, 133:21, 134:1, 135:9, 144:9, 161:9, 161:10
fourteen [1] - 115:13
frankly [1] - 158:3
free [3] - 16:7, 111:15, 116:13
Friday [4] - 156:13, 166:1, 166:2, 166:3
frisk [1] - 59:16
front [20] - 29:25, 31:12, 34:16, 34:20, 37:12, 37:20, 48:20, 60:17, 63:24, 70:6, 81:1, 91:7, 91:24, 91:25, 94:20, 98:11, 114:18, 137:5, 163:21
frustrate [1] - 8:7
full [2] - 26:11, 161:5
function [1] - 135:6, 136:20, 138:22
functionality [2] - 135:11, 142:19
functioned [3] - 135:10, 136:11, 137:22
fundamental [2] - 11:18, 25:14
furniture [1] - 71:2
furtherance [3] - 13:4, 13:8, 26:17

**G**

gain [1] - 38:16
games [2] - 8:8, 8:10
garb [11] - 2:22, 3:1, 3:4, 3:13, 3:19, 6:8, 6:10, 7:2, 7:6, 7:8, 10:13
garment [1] - 59:16
general [2] - 15:16, 62:13

generally [1] - 108:15
generated [1] - 15:8
Genesee [1] - 145:4
gentleman [1] - 64:5
gentlemen [9] - 2:1, 9:24, 10:11, 23:13, 43:4, 47:20, 50:17, 55:19, 73:17
George's [4] - 29:17, 36:2, 132:1, 142:10
Georgia [1] - 148:24
gestured [1] - 116:3
girlfriend [1] - 161:17
given [8] - 11:25, 80:3, 159:1, 159:5, 159:9
glanced [1] - 162:18
glass [2] - 91:2, 112:11
glove [3] - 85:10, 85:12, 85:15
gloves [15] - 60:3, 60:4, 72:10, 72:11, 72:12, 72:13, 72:17, 84:24, 125:1, 125:14, 129:11, 129:12, 129:15
GOROKHOV [1] - 1:19
Government [104] - 32:3, 34:14, 50:9, 54:18, 55:16, 65:24, 66:3, 66:16, 66:19, 66:23, 67:3, 67:16, 67:21, 69:3, 69:5, 69:25, 96:11, 102:21, 107:24, 109:4, 109:23, 110:10, 110:18, 110:20, 111:14, 112:16, 112:19, 112:24, 113:3, 113:5, 113:7, 114:1, 114:7, 114:12, 114:24, 115:8, 115:14, 115:15, 116:12, 116:12, 116:14, 116:21, 117:10, 118:4, 118:8, 118:15, 118:23, 118:25, 119:8, 119:13, 119:15, 119:21, 120:3, 120:11, 120:20, 120:22, 121:1, 121:3, 121:8, 121:11, 121:18, 122:3, 123:8, 123:23, 124:9, 125:16, 126:1, 126:7, 126:9,

126:23, 144:15, 144:17, 144:21, 145:5, 145:7, 145:24, 145:25, 146:2, 146:8, 146:9, 146:17, 146:18, 147:2, 147:4, 148:5, 148:9, 148:14, 148:15, 148:18, 148:20, 149:2, 149:4, 149:10, 149:11, 149:13, 149:21, 149:22, 149:24, 150:7, 150:8, 150:20, 152:3

**government** [54] - 9:10, 12:4, 12:22, 16:8, 18:23, 19:6, 19:11, 19:12, 19:13, 20:10, 21:14, 22:6, 22:13, 22:16, 23:1, 24:13, 24:21, 25:25, 26:8, 26:10, 26:20, 27:13, 39:7, 39:19, 40:16, 40:23, 41:2, 43:18, 52:14, 53:10, 55:14, 60:13, 71:8, 73:8, 73:14, 73:20, 76:23, 101:23, 102:1, 104:6, 104:17, 108:2, 115:21, 125:9, 129:20, 131:12, 141:9, 143:25, 150:12, 156:25, 157:5, 157:16, 157:22, 164:21

**GOVERNMENT'S** [8] - 28:3, 43:25, 60:19, 77:2, 104:23, 131:13, 141:11, 167:2

**Government's** [6] - 34:8, 51:14, 80:20, 84:6, 94:15, 102:9

**government's** [8] - 18:21, 21:15, 25:15, 40:3, 53:19, 54:12, 155:19, 164:8

**grab** [1] - 52:10

**graduating** [1] - 78:14

**grams** [1] - 13:2

**gray** [2] - 85:15, 146:15

**great** [2] - 4:8, 24:19

**greater** [1] - 39:24

**Green** [12] - 10:25, 29:14, 45:12, 45:22, 45:24, 63:5, 79:7, 106:22, 107:10,

107:20, 124:1, 126:4

**green** [4] - 113:14, 117:24, 117:25, 146:14

**GREENBELT** [1] - 1:12

**Greenbelt** [1] - 1:16

**Grill** [2] - 153:7, 153:8

**grooves** [1] - 133:1

**ground** [4] - 64:2, 70:9, 81:1, 82:23

**group** [1] - 62:3

**guess** [6] - 42:9, 74:4, 74:5, 113:17, 134:18, 165:2

**guesstimating** [1] - 37:15

**guests** [1] - 73:22

**guilt** [2] - 41:7, 41:24

**guilty** [5] - 5:1, 16:13, 20:24, 21:5, 26:1

**Gun** [73] - 67:16, 67:21, 68:4, 70:1, 90:23, 91:11, 92:4, 93:10, 93:11, 94:15, 94:18, 94:24, 94:25, 95:9, 114:1, 114:7, 114:12, 114:25, 115:5, 115:9, 115:14, 115:15, 115:18, 121:2, 121:3, 121:8, 121:11, 121:18, 124:9, 124:13, 124:14, 134:24, 136:7, 139:1, 139:2, 139:10, 139:15, 139:19, 139:23, 140:2, 144:15, 144:17, 144:21, 145:5, 145:24, 145:25, 146:2, 146:4, 146:8, 146:9, 146:17, 146:18, 146:20, 146:21, 146:25, 147:2, 147:4, 148:5, 148:6, 148:10, 148:11, 148:14, 148:15, 148:19, 148:20, 148:22, 150:20, 152:3

**gun** [26] - 11:3, 35:18, 38:17, 62:3, 67:24, 68:2, 69:15, 75:3, 75:4, 81:3, 83:14, 91:3, 92:3, 93:3, 98:4, 98:10, 98:16, 117:20, 120:24, 121:6, 124:16,

124:24, 129:11, 132:8, 136:19

**guns** [23] - 14:3, 15:6, 26:22, 38:19, 39:14, 42:1, 56:11, 75:3, 78:21, 100:20, 100:24, 101:5, 101:8, 101:9, 124:20, 129:12, 129:16, 134:4, 134:25, 140:21, 151:21, 161:23

---

## H

**habits** [1] - 2:10

**half** [6] - 45:5, 75:16, 78:2, 78:15, 155:6, 155:7

**hand** [19] - 21:13, 23:14, 28:2, 30:23, 31:21, 32:6, 39:4, 53:21, 60:18, 77:1, 85:7, 85:9, 85:15, 97:8, 104:22, 114:10, 141:10, 157:7, 163:18

**handed** [1] - 31:22

**handgun** [21] - 31:11, 35:7, 35:9, 64:24, 64:25, 68:7, 68:8, 69:11, 88:19, 88:25, 89:1, 89:4, 99:8, 99:9, 113:9, 114:4, 115:2, 115:3, 115:7, 117:20

**handing** [1] - 164:17

**handle** [3] - 101:8, 101:9, 129:15

**handled** [4] - 61:18, 72:18, 72:24, 100:21

**handling** [4] - 72:25, 112:16, 129:11, 139:15

**hands** [4] - 30:25, 37:17, 38:7, 96:15

**hard** [10] - 16:6, 17:6, 29:2, 32:25, 33:4, 33:13, 33:16, 102:3, 103:13, 155:14

**harmless** [1] - 74:7

**hate** [1] - 137:18

**Havog** [1] - 57:14

**head** [8] - 17:13, 17:16, 30:21, 38:5, 38:7, 38:10, 137:12, 143:12

**health** [1] - 147:17

**hear** [50] - 4:24, 5:20, 8:24, 9:25, 11:16,

14:9, 14:11, 14:14, 14:16, 14:18, 14:20, 14:24, 15:1, 15:3, 15:4, 15:9, 15:11, 15:17, 17:2, 17:8, 17:9, 17:10, 17:12, 17:13, 17:25, 18:1, 18:2, 19:24, 20:1, 20:2, 21:19, 23:9, 23:10, 23:11, 23:14, 24:3, 24:25, 25:23, 26:5, 26:6, 26:10, 26:21, 29:2, 39:3, 39:4, 46:10, 46:18, 123:2, 157:3

**heard** [5] - 5:1, 25:4, 27:4, 162:2

**hearing** [8] - 12:20, 16:24, 17:1, 17:15, 19:23, 23:25, 24:6, 26:4

**hears** [1] - 156:18

**hearsay** [1] - 47:1

**heavy** [1] - 10:7

**held** [3] - 31:17, 74:6, 140:22

**hello** [2] - 10:19, 17:16

**help** [6] - 29:11, 36:3, 90:2, 101:23, 142:13, 143:16

**helped** [1] - 106:10

**helpful** [3] - 21:4, 118:18, 158:7

**helping** [2] - 11:24, 11:25

**hereby** [2] - 21:12, 168:4

**heroin** [1] - 79:6

**hi** [1] - 71:14

**HIDTA** [1] - 62:3

**Hill** [1] - 29:12

**himself** [1] - 2:18

**historical** [2] - 140:15, 151:20

**history** [2] - 39:12

**hold** [16] - 16:23, 32:11, 48:21, 74:10, 90:24, 91:13, 97:16, 109:23, 110:3, 111:8, 114:12, 114:17, 115:18, 117:8, 119:8, 153:10

**holding** [5] - 91:9, 92:21, 110:25, 114:10, 115:10

**honest** [1] - 36:8

**Honor** [154] - 2:6, 8:25, 9:11, 9:14, 9:18, 9:19, 9:21, 10:17, 10:19, 16:15,

17:2, 17:8, 17:9, 17:25, 18:19, 19:5, 19:25, 20:2, 20:14, 20:18, 23:6, 24:9, 27:4, 27:12, 27:21, 28:1, 28:12, 32:7, 32:18, 32:22, 33:7, 33:11, 33:16, 34:4, 35:21, 38:23, 39:6, 39:8, 40:2, 42:15, 42:21, 43:2, 43:13, 43:17, 43:18, 47:6, 47:16, 48:2, 48:24, 49:2, 50:4, 50:11, 50:13, 51:11, 52:21, 53:24, 55:18, 56:6, 57:2, 57:24, 58:2, 58:4, 58:13, 60:9, 60:11, 60:13, 64:10, 65:18, 68:10, 68:19, 71:9, 73:9, 73:12, 73:16, 73:24, 74:8, 74:12, 74:20, 75:11, 76:1, 76:6, 76:9, 76:13, 76:17, 76:22, 77:11, 100:6, 103:22, 104:3, 104:10, 104:17, 108:23, 114:22, 116:8, 122:12, 122:14, 122:20, 123:6, 123:19, 126:14, 127:16, 127:25, 129:21, 130:8, 130:25, 131:4, 131:6, 131:11, 138:20, 140:6, 141:6, 143:24, 151:25, 152:9, 152:14, 152:16, 153:6, 153:9, 153:14, 153:17, 153:24, 154:5, 154:11, 154:24, 155:3, 155:7, 155:15, 155:20, 156:2, 158:12, 159:14, 159:23, 159:24, 160:2, 160:5, 160:17, 160:22, 160:23, 161:22, 162:3, 162:6, 162:18, 162:25, 163:5, 164:15, 164:24, 165:1, 165:3, 165:8, 165:18, 165:21, 166:8, 166:10

**HONORABLE** [1] - 1:10

**hour** [7] - 75:16, 75:17, 75:18, 154:1, 154:7, 155:6, 155:7
**hours** [1] - 61:25
**house** [8] - 8:13, 11:1, 12:4, 31:4, 31:7, 81:20, 91:20, 94:9
**household** [1] - 107:15
**housekeeping** [3] - 56:7, 158:12, 159:23
**Howard** [32] - 10:23, 14:15, 28:19, 28:22, 28:25, 44:16, 45:2, 52:17, 52:25, 54:21, 55:7, 55:10, 61:10, 61:11, 62:6, 63:6, 65:15, 65:16, 67:19, 77:16, 77:19, 78:12, 105:13, 106:24, 107:4, 124:12, 127:2, 127:3, 127:8, 127:10, 153:14, 161:4
**hundred** [1] - 101:20
**hundreds** [3] - 61:25, 62:8, 106:12
**hung** [1] - 137:5
**husher** [1] - 23:17
**Hyattsville** [1] - 103:5

**I**

**I.D** [12] - 109:11, 109:15, 109:16, 109:18, 109:21, 114:11, 115:17, 117:4, 118:10, 119:5, 120:1, 125:23
**I.T** [1] - 51:10
**idea** [2] - 118:19, 130:5
**identification** [8] - 115:25, 116:1, 122:18, 126:25, 127:1, 127:11, 160:24, 161:7
**identifications** [3] - 123:11, 123:12, 123:14
**identified** [7] - 50:5, 63:22, 64:5, 64:11, 65:14, 116:9, 122:2
**identify** [5] - 53:15, 53:18, 54:12, 89:20, 146:25
**identifying** [1] - 126:23
**illegal** [2] - 26:15, 26:18

**Illinois** [1] - 145:4
**image** [2] - 50:14, 50:18
**immediately** [6] - 31:23, 36:18, 38:6, 63:16, 63:24, 70:3
**impartial** [1] - 4:10
**implements** [1] - 78:22
**implication** [1] - 46:23
**implications** [1] - 3:7
**important** [4] - 16:1, 24:16, 25:6, 26:3
**imported** [3] - 145:3, 146:6, 146:16
**impose** [2] - 26:1, 27:25
**imposed** [1] - 25:18
**imprisonment** [2] - 13:14, 13:20
**IN** [1] - 1:1
**inadmissible** [1] - 18:18
**inappropriately** [1] - 9:4
**inclined** [1] - 157:25
**include** [3] - 39:12, 45:8, 45:9
**including** [4] - 15:13, 18:17, 40:8, 124:8
**inconsistency** [1] - 6:2
**inconsistent** [1] - 5:12
**inconveniencing** [1] - 23:19
**increase** [1] - 79:3
**INDEX** [1] - 166:25
**indicate** [3] - 99:21, 143:6, 149:19
**indicated** [3] - 40:1, 70:19, 111:5
**indicates** [1] - 143:14
**indicating** [1] - 137:7
**indicative** [1] - 143:13
**indicia** [1] - 11:16
**indictment** [1] - 13:25
**individual** [9] - 14:1, 15:1, 15:6, 15:10, 30:3, 30:4, 57:21, 118:1, 147:20
**individuals** [3] - 14:19, 14:20, 62:22
**ineffective** [1] - 7:3
**inference** [2] - 3:4, 7:3
**information** [5] - 39:21, 46:6, 132:22, 132:23, 132:24
**initials** [4] - 119:5, 120:2, 125:23, 135:5
**innocence** [5] - 25:7,

25:10, 41:7, 41:24
**innocent** [3] - 8:5, 25:9, 25:11
**Inositol** [4] - 89:12, 89:15, 98:25, 99:3
**inquire** [1] - 158:8
**inquiry** [1] - 43:6
**insert** [1] - 149:14
**inside** [24] - 27:16, 29:21, 34:24, 54:22, 63:15, 64:18, 65:13, 89:4, 89:14, 90:11, 90:16, 90:18, 93:6, 95:20, 111:1, 112:24, 114:15, 115:5, 115:6, 117:21, 136:14, 136:16, 136:25, 147:24
**insignia** [1] - 143:15
**insist** [4] - 3:2, 40:25, 41:11, 157:9
**instance** [1] - 160:20
**instruct** [4] - 12:17, 24:18, 165:24, 166:1
**instructed** [4] - 12:18, 14:1, 47:20, 165:22
**instructing** [2] - 156:11, 156:12
**instruction** [10] - 2:14, 6:25, 7:9, 10:10, 19:1, 41:6, 42:3, 42:15, 42:20, 42:21
**Instruction** [1] - 163:15
**instructions** [15] - 12:18, 158:25, 159:1, 159:2, 159:5, 159:9, 159:10, 159:17, 162:14, 162:16, 163:14, 163:22, 164:2, 164:6, 164:17
**Instructions** [2] - 163:19, 163:20
**intend** [2] - 40:6, 41:16
**intended** [1] - 12:25
**intent** [2] - 12:15, 41:19
**intention** [2] - 41:15, 41:17
**interest** [4] - 20:7, 140:15, 151:20, 157:10
**interested** [1] - 168:11
**interpretation** [1] - 21:25
**interpreted** [1] - 40:4
**interrupt** [5] - 5:24,

7:17, 7:18, 30:8, 51:4
**interstate** [12] - 14:5, 15:2, 130:15, 142:13, 142:17, 142:20, 142:21, 143:18, 144:1, 144:8, 145:11
**introduce** [1] - 162:8
**inventory** [1] - 132:19
**investigate** [2] - 105:19, 142:9
**Investigation** [1] - 10:24
**investigation** [5] - 36:10, 133:17, 142:12, 144:7, 144:11
**investigations** [2] - 61:18, 105:19
**invoked** [1] - 25:15
**involved** [5] - 36:9, 36:11, 128:7, 132:14, 133:6
**involving** [3] - 133:17, 142:9, 142:19
**Inwood** [1] - 103:4
**Iowa** [1] - 146:22
**issue** [16] - 3:20, 4:1, 19:12, 21:18, 22:19, 22:22, 24:19, 33:21, 41:7, 154:15, 156:15
**issues** [6] - 2:5, 2:17, 16:4, 20:22, 158:14, 159:15
**Item** [6] - 65:17, 67:18, 109:11, 109:14, 111:1, 118:21
**item** [19] - 52:17, 65:14, 65:23, 67:13, 67:14, 90:13, 90:20, 91:25, 109:10, 109:13, 109:16, 109:18, 117:4, 120:1, 120:5, 120:11, 151:20, 159:24
**Items** [1] - 118:21
**items** [25] - 75:1, 78:19, 80:23, 81:13, 81:19, 107:18, 108:5, 110:12, 110:14, 115:16, 118:10, 119:11, 119:12, 125:9, 125:11, 125:12, 125:14, 125:20, 126:4, 126:10, 126:23, 129:8, 158:13

itself [4] - 67:25, 68:2, 135:24, 136:6
**Ivy** [1] - 1:15

**J**

**J-A-S-T-R-Z-E-B-S-K**
**-I** [1] - 105:4
**jail** [2] - 2:12
**Jaimie** [3] - 130:15, 131:12, 131:18
**JAIMIE** [3] - 131:13, 131:18, 167:15
**James** [2] - 43:18, 44:8
**JAMES** [3] - 43:25, 44:9, 167:5
**Jaramillo** [3] - 155:4, 155:6
**Jastrzebski** [3] - 59:4, 104:18, 105:3
**JASTRZEBSKI** [2] - 104:23, 167:13
**Jefferies** [1] - 11:23
**job** [4] - 10:6, 29:15, 132:5, 132:11
**joining** [1] - 11:22
**JOSEPH** [1] - 1:14
**Joseph** [2] - 11:19, 39:6
**JR** [1] - 1:15
**Judge** [2] - 2:3, 16:8
**judge** [3] - 7:18, 12:17, 24:18
**JUDGE** [1] - 1:11
**judgment** [1] - 21:1
**July** [1] - 168:16
**jumpsuit** [3] - 2:24, 50:3, 64:8
**juror** [1] - 164:16
**Juror** [2] - 10:4, 57:14
**jurors** [3] - 32:20, 110:1, 136:25
**JURY** [2] - 1:10, 1:11
**jury** [104] - 2:15, 3:4, 6:22, 7:1, 7:5, 7:9, 8:2, 9:20, 9:22, 10:4, 10:6, 10:10, 10:21, 15:19, 16:3, 18:25, 20:23, 23:8, 23:9, 23:10, 23:11, 24:10, 26:24, 33:5, 39:2, 40:23, 41:6, 47:6, 50:19, 55:22, 56:2, 58:8, 67:2, 68:11, 74:2, 74:10, 74:15, 75:5, 75:8, 76:19, 90:24, 93:8, 93:18, 104:5, 104:7, 104:13, 108:8,

12

108:10, 109:8,
109:24, 111:8,
111:17, 113:5,
114:12, 115:1,
115:19, 116:14,
117:8, 117:21,
118:16, 119:9,
119:11, 119:17,
120:22, 121:8,
121:19, 122:4,
122:18, 123:9,
123:24, 126:8,
130:2, 130:4, 131:6,
131:9, 131:14,
134:19, 136:22,
139:24, 140:3,
144:21, 145:9,
146:3, 146:11,
146:20, 148:22,
149:6, 149:13,
153:2, 156:11,
156:12, 157:3,
159:5, 159:7,
160:15, 162:24,
163:5, 164:17,
166:2, 166:5
**Jury** [3] - 163:14,
163:19, 163:20
**jury's** [1] - 32:19

## K

**keep** [13] - 12:13,
26:4, 26:8, 30:9,
31:24, 37:17, 57:23,
58:5, 102:16,
156:14, 158:4, 166:6
**Kenneth** [1] - 57:13
**kept** [2] - 107:13,
132:15
**ketchup** [1] - 129:9
**kin** [1] - 168:11
**kind** [7] - 6:18, 8:22,
78:19, 78:22, 95:23,
156:13, 158:4
**kinds** [1] - 133:2
**kitchen** [24] - 11:3,
11:6, 14:16, 30:19,
30:23, 31:8, 31:10,
38:17, 64:1, 64:3,
64:4, 64:24, 64:25,
68:8, 69:12, 70:4,
70:7, 109:11,
109:15, 111:25,
113:8, 117:15,
120:16
**knife** [1] - 137:17
**knife-like** [1] - 137:17
**knock** [5] - 36:21,
36:24, 39:8, 39:11

**knowingly** [1] - 13:7,
13:21
**knowledge** [1] - 101:4
**knows** [2] - 112:4,
160:15
**Korea** [8] - 145:16,
147:11, 147:14,
149:17, 149:20,
150:1, 150:6, 150:10

## L

**L-E-O-N-A-R-D** [1] -
141:17
**L1** [1] - 161:3
**L2** [1] - 161:3
**L3** [1] - 161:4
**label** [8] - 92:13,
92:14, 99:21,
135:24, 136:5,
138:24, 139:17,
139:18
**labeled** [2] - 118:10,
127:4
**labelled** [1] - 127:1
**laboratory** [3] - 132:6,
132:15, 132:20
**ladies** [9] - 2:1, 9:23,
10:11, 23:13, 43:4,
47:20, 50:17, 55:19,
73:17
**laid** [1] - 38:6
**lands** [1] - 133:1
**Lane** [1] - 1:15
**lapel** [1] - 139:5
**laptop** [2] - 32:12,
102:18
**large** [7] - 61:18,
78:24, 82:23, 88:2,
105:19, 124:21,
129:5
**large-scale** [2] -
61:18, 105:19
**largely** [1] - 101:16
**last** [11] - 8:14, 28:8,
60:25, 77:8, 103:11,
103:14, 105:4,
138:1, 138:11, 164:6
**lately** [1] - 162:17
**latest** [1] - 156:10
**Lavalier** [2] - 90:3,
134:11
**law** [13] - 24:19, 24:23,
25:2, 25:3, 25:10,
25:14, 26:3, 27:4,
61:21, 105:24,
105:25, 112:10,
154:17
**Law** [3] - 37:2, 154:12
**lay** [1] - 111:21

**laying** [2] - 71:19,
120:18
**lead** [1] - 39:23
**leader** [1] - 14:13
**lean** [1] - 29:1
**leaning** [4] - 11:12,
80:23, 81:13, 100:24
**lease** [4] - 160:11,
160:20, 161:2, 161:3
**least** [7] - 18:15,
39:20, 59:5, 143:17,
157:24, 162:13,
163:23
**leave** [9] - 5:15, 55:20,
74:13, 130:2,
152:19, 152:23,
157:16, 164:21,
165:4
**led** [1] - 36:10
**left** [24] - 11:2, 30:18,
30:21, 30:22, 36:19,
51:19, 65:23, 82:14,
82:22, 84:9, 85:9,
88:2, 103:3, 108:11,
109:6, 113:17,
113:20, 114:10,
117:16, 117:17,
120:16, 135:21,
144:15, 154:24
**left-hand** [1] - 85:9
**legal** [6] - 2:17, 20:4,
42:7, 42:24, 43:9,
129:9
**legitimate** [1] - 40:13
**LEONARD** [2] -
141:11, 167:18
**Leonard** [6] - 15:3,
130:16, 141:9,
141:16, 143:25,
150:17
**less** [1] - 104:1
**letting** [1] - 28:12
**level** [1] - 122:13
**license** [2] - 57:15,
57:23
**life** [1] - 135:16
**lift** [1] - 118:15
**light** [3] - 19:16,
21:23, 44:23
**lighter** [1] - 148:3
**likely** [2] - 108:18,
158:6
**limitation** [1] - 112:7
**limited** [1] - 41:20
**line** [2] - 23:22, 39:16
**lines** [4] - 142:15,
143:3, 143:4, 145:2
**list** [3] - 155:16,
155:19, 156:6
**listed** [1] - 109:10

**listen** [2] - 26:8, 26:9
**living** [12] - 31:9,
31:19, 63:25, 64:3,
64:4, 70:5, 70:7,
70:8, 70:19, 70:20,
70:25, 71:4
**load** [1] - 133:13
**loaded** [2] - 82:13,
82:17, 88:10
**locate** [1] - 81:19
**located** [17] - 63:24,
64:2, 65:1, 67:5,
69:12, 70:8, 81:23,
81:24, 84:20, 90:18,
91:3, 92:5, 100:1,
109:11, 109:15,
111:24, 120:24
**location** [10] - 45:21,
69:22, 70:1, 78:23,
79:13, 107:13,
108:6, 118:11,
124:11, 147:22
**locations** [1] - 107:18
**locked** [1] - 124:22
**locker** [2] - 124:22
**log** [1] - 67:19
**logistically** [1] - 74:16
**look** [48] - 3:24, 5:23,
22:4, 26:20, 30:19,
32:4, 52:5, 53:20,
54:20, 54:21, 65:19,
65:25, 78:22, 84:2,
89:4, 90:8, 90:19,
91:10, 93:6, 95:20,
98:6, 98:20, 98:22,
101:24, 102:16,
103:13, 113:6,
118:4, 118:5, 121:1,
132:8, 132:25,
133:2, 133:8,
134:11, 134:20,
135:11, 135:21,
135:23, 136:13,
144:13, 154:15,
159:11, 162:19,
162:20, 163:3,
164:4, 164:9
**looked** [10] - 11:1,
89:22, 92:25, 93:3,
93:22, 95:7, 125:5,
125:6, 139:10,
162:17
**looking** [10] - 34:24,
66:2, 70:3, 78:19,
85:17, 88:23,
101:18, 111:17,
126:24, 131:7
**looks** [4] - 33:24,
140:23, 156:9,
158:18

**loose** [7] - 86:18,
86:25, 87:2, 87:20,
87:24, 122:6, 149:14
**loud** [3] - 30:9, 37:24,
40:9
**loudly** [6] - 28:5,
60:22, 77:5, 105:1,
131:16, 141:14
**lower** [3] - 49:11,
82:22, 103:8
**lucky** [1] - 74:1
**lunch** [6] - 56:24,
57:1, 57:7, 73:18,
73:21, 74:3
**lying** [2] - 30:24, 71:18

## M

**ma'am** [4] - 30:11,
31:25, 94:16, 129:22
**machine** [1] - 168:8
**Madam** [6] - 2:2,
27:24, 43:24, 60:17,
76:25, 104:21
**magazine** [11] - 82:11,
82:16, 86:18, 88:5,
88:8, 115:2, 115:7,
115:11, 135:15,
135:16
**magazines** [19] - 82:9,
86:12, 91:16, 91:20,
91:21, 91:24, 92:1,
92:21, 92:22, 93:22,
94:2, 94:3, 94:5,
94:10, 120:25,
121:14, 135:12,
135:13, 135:18
**mailed** [1] - 159:19
**maintain** [2] - 5:16,
48:12
**maintained** [1] - 70:21
**male** [1] - 83:25
**manner** [3] - 7:11,
41:8, 42:4
**manufacture** [3] -
147:19, 148:1
**manufactured** [22] -
143:8, 143:15,
143:17, 144:22,
144:25, 145:15,
145:16, 146:5,
146:15, 146:22,
147:9, 147:10,
147:11, 147:14,
148:23, 149:7,
149:8, 149:17,
149:19, 150:1,
150:5, 150:10
**manufacturer** [2] -
143:9, 149:16

**manufacturer's** [1] - 146:23
**manufacturers** [1] - 146:13
**manufactures** [2] - 145:20, 145:21
**manufacturing** [4] - 142:19, 142:23, 142:24, 147:24
**March** [2] - 103:9, 103:14
**marijuana** [1] - 117:25
**Mark** [3] - 155:3, 155:5, 155:9
**marked** [16] - 32:3, 50:8, 51:13, 65:24, 80:20, 83:15, 84:5, 84:18, 85:25, 87:5, 88:11, 89:8, 89:19, 91:11, 99:16, 107:24
**markings** [1] - 143:6
**marshals** [1] - 9:6
**MARYLAND** [2] - 1:2, 1:12
**Maryland** [12] - 1:16, 11:1, 11:20, 11:22, 29:13, 45:13, 63:6, 79:8, 103:5, 106:24, 124:2, 168:3
**mask** [4] - 29:2, 50:2, 77:14, 90:3
**Masterpiece** [4] - 125:4, 134:2, 141:2, 148:24
**material** [1] - 143:7
**materials** [5] - 55:20, 74:13, 130:3, 152:19, 152:23
**Matt** [2] - 15:3, 130:16
**matter** [7] - 20:10, 24:12, 38:19, 113:15, 117:24, 117:25, 168:6
**Matthew** [3] - 141:9, 141:16, 143:25
**MATTHEW** [3] - 141:11, 141:16, 167:18
**mattress** [2] - 71:2, 83:7
**McCollum** [1] - 154:6
**mean** [10] - 25:19, 51:2, 58:22, 63:8, 80:8, 101:18, 107:2, 132:7, 163:2, 163:8
**means** [7] - 18:16, 25:10, 25:20, 36:24, 72:20, 107:4, 159:16
**mechanism** [1] - 72:21

**member** [1] - 62:7
**members** [2] - 24:10, 64:23
**mention** [3] - 7:6, 7:8, 25:1
**mentioned** [13] - 16:4, 22:4, 36:12, 53:8, 63:8, 63:18, 67:8, 85:13, 109:16, 112:22, 115:22, 155:21, 158:13
**merely** [1] - 10:2
**MESSITTE** [1] - 1:10
**Messitte** [1] - 16:9
**met** [1] - 25:25
**metal** [2] - 82:5, 88:3
**Michael** [2] - 27:13, 28:8
**MICHAEL** [3] - 28:3, 28:8, 167:3
**microphone** [12] - 2:11, 28:6, 29:1, 44:6, 60:22, 66:10, 77:5, 105:1, 121:24, 131:16, 141:14, 141:19
**microwave** [1] - 31:12
**middle** [4] - 53:16, 53:18, 91:8
**might** [11] - 7:5, 10:4, 22:25, 23:24, 26:15, 27:2, 39:11, 39:25, 140:23, 143:15, 155:10
**mike** [2] - 100:16, 139:5
**Mike** [1] - 27:13
**military** [2] - 151:10, 151:18
**millimeter** [6] - 134:5, 138:17, 146:5, 146:12, 146:22, 148:13
**mind** [11] - 6:19, 26:4, 26:8, 57:23, 110:2, 113:11, 136:24, 156:14, 158:4, 162:11, 166:6
**mine** [1] - 102:17
**minute** [4] - 54:3, 55:20, 130:24, 133:5
**minutes** [23] - 30:7, 30:12, 56:18, 56:23, 58:20, 75:6, 75:22, 80:5, 104:1, 104:2, 104:3, 127:19, 129:25, 153:7, 153:16, 153:20, 154:3, 154:6, 154:9, 154:17, 155:7,

155:11
**misbehave** [1] - 7:23
**misbehaving** [1] - 7:20
**Miscellaneous** [2] - 161:6, 162:8
**misconduct** [1] - 41:16
**Mississippi** [2] - 145:22, 149:9
**misspoke** [1] - 74:9
**mistake** [1] - 21:20
**mistrial** [4] - 18:20, 19:19, 22:2, 47:5
**mitt** [1] - 120:18
**mix** [1] - 79:3
**mixed** [2] - 78:25, 79:5
**model** [2] - 132:23, 135:4
**moment** [14] - 3:19, 14:6, 22:14, 34:4, 53:19, 53:24, 65:25, 66:9, 82:10, 87:17, 92:9, 97:16, 118:24, 122:20
**MONDAY** [1] - 1:11
**money** [9] - 49:20, 78:21, 78:24, 85:20, 85:23, 99:20, 99:22, 101:13, 103:17
**monitor** [7] - 32:4, 32:9, 33:12, 33:20, 51:6, 102:15, 102:18
**Montgomery** [1] - 15:12
**morning** [26] - 2:13, 3:16, 9:23, 10:20, 10:21, 18:7, 18:13, 19:6, 24:24, 25:3, 28:16, 28:17, 35:25, 36:1, 44:13, 44:14, 58:16, 58:17, 58:23, 71:13, 71:14, 156:10, 158:5, 158:16, 164:13, 166:1
**most** [9] - 25:6, 26:3, 75:22, 143:11, 143:13, 147:22, 159:10, 163:23, 165:15
**mother** [1] - 7:25
**motion** [9] - 3:17, 3:22, 4:14, 5:2, 18:6, 19:2, 22:2, 23:4, 23:16
**motions** [1] - 3:18
**move** [10] - 2:11, 18:20, 19:8, 22:21, 33:5, 33:25, 115:21,

138:18, 141:19, 165:19
**moved** [7] - 15:2, 31:2, 37:16, 71:20, 71:24, 72:1
**movement** [1] - 56:11
**moves** [1] - 143:25
**moving** [6] - 11:25, 12:1, 33:14, 47:4, 56:20, 62:20
**MR** [296] - 2:6, 2:10, 2:12, 7:7, 7:12, 8:25, 9:9, 9:11, 9:13, 9:14, 9:19, 10:9, 10:17, 10:19, 10:22, 16:15, 16:25, 17:2, 17:7, 17:9, 17:23, 17:25, 18:2, 18:5, 18:9, 18:12, 19:5, 19:9, 19:25, 20:2, 20:14, 20:18, 23:6, 24:9, 27:12, 28:12, 28:15, 30:13, 32:2, 32:7, 32:9, 32:12, 32:14, 32:18, 32:22, 32:23, 33:7, 33:10, 33:12, 33:16, 34:4, 34:6, 35:20, 35:24, 38:21, 38:23, 39:6, 40:2, 41:15, 42:14, 42:17, 42:21, 42:25, 43:2, 43:13, 43:17, 44:12, 46:8, 46:11, 46:13, 46:16, 46:21, 47:6, 47:10, 47:16, 47:18, 48:2, 48:3, 49:2, 49:3, 50:4, 50:7, 50:11, 50:13, 50:16, 50:21, 51:4, 51:5, 51:7, 51:11, 51:12, 52:3, 52:8, 52:18, 52:21, 52:24, 53:24, 54:3, 54:6, 54:10, 55:18, 56:6, 56:17, 56:21, 56:23, 57:2, 57:24, 58:2, 58:4, 58:13, 58:15, 60:7, 60:9, 60:13, 61:4, 64:10, 64:13, 65:18, 65:22, 66:11, 66:14, 66:25, 67:1, 67:12, 67:21, 67:24, 68:1, 68:2, 68:5, 68:10, 68:23, 69:1, 69:17, 69:19, 71:5, 71:8, 71:12, 72:16, 73:6, 73:8, 73:16, 74:20, 74:23, 74:25, 75:11, 75:13, 75:17, 75:19, 75:21, 75:25, 76:6,

76:9, 76:13, 76:17, 76:22, 77:11, 77:13, 85:2, 85:4, 90:7, 94:18, 94:19, 96:13, 96:14, 100:6, 100:10, 100:17, 100:18, 102:2, 102:5, 102:8, 102:12, 102:17, 102:19, 102:25, 103:2, 103:20, 103:22, 104:3, 104:10, 104:17, 105:7, 108:23, 109:3, 110:9, 111:13, 111:19, 111:22, 112:3, 112:8, 114:23, 116:8, 116:11, 118:19, 118:22, 120:6, 120:10, 122:1, 122:12, 122:20, 123:6, 123:7, 123:19, 123:22, 126:14, 126:16, 126:19, 126:22, 127:15, 127:19, 128:2, 129:18, 129:20, 130:8, 130:12, 130:14, 130:19, 130:22, 130:25, 131:4, 131:6, 131:11, 131:22, 134:16, 138:9, 138:10, 138:20, 138:21, 139:6, 139:7, 140:6, 140:9, 141:3, 141:6, 141:9, 141:21, 143:24, 144:4, 144:6, 150:12, 150:16, 151:4, 151:8, 151:14, 151:17, 151:23, 151:25, 152:2, 152:8, 152:14, 153:6, 153:9, 153:12, 153:14, 153:16, 153:22, 153:24, 154:3, 154:5, 154:9, 154:11, 154:20, 154:23, 155:2, 155:9, 155:15, 155:20, 155:24, 156:2, 158:10, 158:12, 158:20, 159:14, 159:19, 159:23, 160:5, 160:9, 160:17, 160:20, 161:15,

161:22, 162:3,
162:5, 162:18,
162:25, 163:4,
163:10, 164:4,
164:23, 165:1,
165:3, 165:8,
165:18, 165:21,
166:8, 166:10
**multiple** [5] - 11:15,
21:21, 106:4,
117:23, 122:5
**murder** [1] - 21:5
**must** [7] - 4:6, 5:18,
5:21, 12:22, 19:17,
157:24

## N

**N-O-L-A-N** [1] - 28:9
**name** [40] - 6:2, 11:17,
11:19, 15:3, 24:11,
28:6, 28:7, 28:8,
44:6, 44:7, 44:8,
60:23, 60:25, 77:6,
77:7, 77:8, 87:12,
87:13, 87:15, 88:21,
103:4, 105:2, 105:3,
105:4, 122:9,
122:23, 123:25,
125:23, 130:14,
130:15, 131:17,
131:18, 137:9,
141:15, 143:15
**names** [3] - 19:1,
130:13, 155:18
**narcotic** [1] - 65:12
**narcotics** [22] - 45:2,
45:3, 45:4, 45:5,
45:16, 61:15, 61:16,
61:24, 62:1, 62:17,
63:4, 77:25, 78:1,
78:3, 78:13, 79:1,
105:16, 105:18,
105:23, 106:2,
106:4, 112:9
**narrow** [1] - 21:9
**nature** [3] - 18:16,
41:12, 43:7
**near** [1] - 145:6
**necessary** [1] - 4:14
**need** [45] - 2:2, 2:8,
3:11, 3:19, 5:25,
6:13, 7:1, 7:16, 7:24,
12:2, 17:14, 18:6,
22:1, 22:5, 22:20,
22:21, 23:8, 23:10,
24:19, 33:5, 33:8,
39:23, 40:1, 40:23,
41:10, 46:14, 70:14,
70:19, 73:14, 74:9,

74:17, 74:18, 74:19,
76:3, 100:16, 102:5,
103:1, 103:23,
128:25, 139:4,
157:12, 158:4, 160:7
**needed** [3] - 7:20,
39:21, 46:6
**needs** [6] - 19:6, 19:7,
19:9, 102:23,
157:20, 165:14
**negative** [1] - 46:23
**Nevada** [8] - 145:17,
145:18, 147:12,
147:13, 147:15,
147:18, 149:18,
150:10
**never** [1] - 129:5
**new** [3] - 4:3, 12:1,
162:15
**news** [1] - 25:4
**next** [32] - 4:14, 8:1,
15:17, 24:17, 25:21,
31:12, 43:16, 49:20,
55:22, 56:8, 60:12,
73:15, 73:19, 74:3,
76:21, 99:6, 103:24,
104:15, 115:21,
129:12, 130:6,
131:3, 152:20,
153:5, 153:6,
153:13, 153:23,
153:24, 154:4,
154:10, 165:24,
166:5
**nexus** [11] - 130:12,
130:15, 142:13,
142:17, 142:20,
142:24, 143:19,
144:1, 144:8, 145:11
**nine** [7] - 87:25, 95:25,
96:2, 96:3, 96:6,
96:9, 149:7
**Nixon** [1] - 21:2
**NO** [1] - 1:5
**noise** [3] - 23:18,
37:24, 38:1
**Nolan** [7] - 27:13,
27:23, 28:8, 31:2,
34:2, 34:7
**NOLAN** [2] - 28:3,
167:3
**none** [2] - 60:9, 141:5
**noon** [1] - 166:2
**normal** [1] - 23:16
**North** [1] - 146:23
**northern** [1] - 52:1
**notable** [1] - 31:10
**note** [7] - 2:22, 10:12,
13:2, 15:22, 16:2,
113:10, 143:6

**noted** [5] - 30:3, 30:4,
159:8, 164:7, 164:8
**notepads** [1] - 9:25
**NOTES** [1] - 1:25
**notes** [4] - 16:7, 26:9,
132:21, 133:4
**notice** [2] - 49:13,
110:10
**notwithstanding** [1] -
157:13
**number** [55] - 3:10,
5:3, 18:17, 40:8,
40:20, 40:21, 52:13,
52:17, 52:25, 53:2,
54:12, 54:15, 54:16,
54:21, 55:7, 55:10,
55:14, 65:14, 67:20,
75:1, 85:1, 90:13,
90:22, 92:2, 94:4,
98:14, 99:1, 99:11,
103:11, 109:10,
109:16, 109:18,
109:21, 114:11,
115:17, 117:4,
118:11, 119:5,
120:1, 125:23,
127:2, 127:3, 127:8,
127:10, 122:23,
133:1, 134:23,
136:5, 136:18,
146:25, 147:1,
160:25
**Number** [3] - 144:23,
146:7, 148:24
**number/DEA** [1] -
127:8
**numbers** [2] - 34:12,
153:19
**numerous** [2] - 11:7,
62:2
**NW** [1] - 1:20

## O

**Oak** [13] - 10:25,
29:12, 29:14, 45:12,
45:22, 45:24, 63:5,
79:7, 106:22,
107:10, 107:20,
124:1, 126:4
**oath** [3] - 25:11,
27:25, 58:11
**object** [15] - 40:2,
42:16, 42:17, 46:11,
46:13, 71:5, 82:23,
83:13, 84:10, 88:3,
88:16, 88:17, 88:18,
98:7, 137:17
**objected** [1] - 164:7
**objecting** [2] - 20:10,

21:14
**objection** [19] - 23:16,
23:23, 42:14, 46:8,
46:10, 46:14, 46:16,
46:19, 46:24, 52:18,
111:19, 120:6,
144:3, 144:4, 151:4,
151:5, 151:14, 160:9
**objections** [5] - 25:24,
159:1, 159:8, 164:5,
164:9
**objects** [1] - 82:5
**obligation** [1] - 26:1
**obliged** [1] - 156:25
**observance** [1] - 9:7
**observation** [2] - 48:7,
70:21
**observe** [3] - 3:9,
84:1, 133:8
**observed** [6] - 58:18,
63:21, 64:25, 68:8,
69:12, 71:1
**obtain** [1] - 4:10
**obvious** [1] - 46:23
**obviously** [3] - 38:13,
47:2, 129:9
**occupants** [2] - 29:21,
35:15
**OF** [5] - 1:2, 1:5, 1:10,
1:14, 1:25
**offense** [4] - 18:15,
26:17, 156:19,
157:17
**offer** [5] - 14:18,
21:12, 26:25,
160:14, 161:8
**offered** [3] - 18:14,
21:21, 159:17
**offering** [1] - 42:3
**OFFICE** [1] - 1:14
**officer** [21] - 11:1,
36:12, 59:25, 61:23,
62:6, 72:24, 79:11,
81:25, 82:1, 103:3,
106:1, 106:15,
107:1, 107:2, 107:4,
107:6, 109:20,
112:10, 115:16,
132:19, 154:13
**Officer** [4] - 27:13,
35:25, 49:8, 49:13
**officers** [12] - 10:22,
11:5, 31:1, 36:19,
38:14, 39:18, 58:24,
80:8, 80:14, 80:15,
101:2, 101:5
**official** [1] - 168:16
**Official** [1] - 168:2
**OFFICIAL** [1] - 1:23
**often** [3] - 143:13,

147:22, 147:23
**oftentimes** [1] -
108:21
**Old** [2] - 18:15, 21:24
**old** [1] - 151:9
**once** [13] - 8:25,
21:17, 24:17, 37:19,
47:25, 69:25, 108:8,
125:2, 132:21,
133:4, 133:8,
133:10, 159:5
**one** [87] - 3:10, 3:11,
9:14, 10:5, 11:9,
11:11, 12:22, 13:13,
13:15, 13:20, 18:22,
19:2, 22:18, 22:23,
23:3, 25:7, 26:24,
29:25, 30:14, 32:24,
34:4, 36:18, 36:19,
39:10, 40:20, 43:4,
53:16, 53:18, 53:19,
53:24, 54:3, 59:12,
63:15, 63:18, 63:21,
66:17, 70:17, 70:18,
71:1, 71:2, 71:3,
71:24, 73:25, 74:1,
82:10, 82:14, 86:5,
87:17, 90:17, 91:10,
92:9, 97:16, 98:2,
101:1, 108:17,
109:21, 109:25,
110:25, 117:3,
117:24, 118:24,
129:11, 130:9,
134:2, 134:3, 134:5,
134:21, 134:25,
136:3, 136:13,
136:14, 140:21,
140:22, 147:24,
148:2, 156:19,
158:13, 159:19,
159:23, 160:12,
161:15, 161:17,
164:15, 165:16,
165:24
**One** [5] - 12:15, 12:21,
13:1, 13:6, 13:9
**one-bedroom** [4] -
11:11, 70:17, 70:18,
71:1
**ones** [4] - 87:24, 96:9,
125:8, 136:3
**open** [9] - 9:19, 37:18,
54:21, 63:25, 90:10,
132:18, 138:11,
143:7, 155:13
**opened** [4] - 37:19,
39:10, 39:15, 63:25
**opening** [11] - 9:2,
9:25, 10:2, 16:16,

18:21, 18:24, 21:19, 23:5, 24:13, 42:11, 97:15
**opens** [1] - 40:14
**operability** [10] - 130:10, 130:14, 132:12, 132:14, 133:6, 133:16, 133:17, 134:21, 135:1, 136:9
**operating** [2] - 22:8, 37:5
**operation** [3] - 62:20, 63:10, 70:13
**operations** [1] - 62:9
**opinion** [1] - 8:4
**opportunity** [4] - 12:5, 15:22, 15:24, 24:14
**opposed** [1] - 23:2
**opposite** [1] - 120:17
**orally** [1] - 162:24
**orange** [6] - 2:12, 2:23, 50:3, 64:8, 108:14, 116:7
**order** [4] - 29:23, 33:3, 57:7, 72:8
**ordered** [1] - 73:25
**ordinarily** [1] - 24:2
**organized** [1] - 75:5
**otherwise** [1] - 9:8
**outcome** [1] - 168:12
**outer** [2] - 45:20, 59:16
**outfit** [1] - 116:7
**outside** [12] - 7:24, 27:16, 27:17, 27:18, 27:24, 34:12, 35:3, 39:1, 43:22, 60:15, 125:23, 156:13
**oven** [3] - 113:17, 117:16, 120:18
**overdid** [1] - 41:1
**overreaching** [1] - 39:18
**overruled** [4] - 71:6, 71:7, 111:20, 151:15
**overruling** [1] - 22:12
**overseas** [3] - 147:19, 147:20, 147:23
**oversee** [1] - 44:23
**overview** [1] - 24:20
**own** [2] - 157:10, 164:17
**ownership** [1] - 11:16
**owns** [1] - 147:17
**Oxford** [1] - 145:22, 149:8

## P

**P-E-E-L-E** [1] - 77:8
**p.m** [16] - 56:3, 58:8, 74:15, 76:14, 76:19, 104:7, 104:11, 104:13, 130:4, 131:1, 131:9, 153:2, 166:13
**P1** [2] - 32:4, 34:8
**P11** [2] - 107:24, 111:14
**P12** [5] - 35:5, 69:5, 113:4, 113:6, 113:7
**P13** [2] - 116:12, 116:15
**P14** [2] - 117:10, 119:13
**P15** [6] - 66:16, 66:19, 66:23, 67:3, 119:16, 120:11
**P16** [1] - 120:14
**P17** [1] - 80:20
**P18** [2] - 81:4, 82:10
**P19** [1] - 82:19
**P2** [1] - 34:14
**P20** [1] - 83:15
**P23** [1] - 84:6
**P24** [2] - 84:13, 85:2
**P25** [3] - 84:18, 85:5, 85:6
**P26** [1] - 85:17
**P27** [4] - 85:25, 107:24, 120:21, 120:23
**P28** [2] - 86:16, 87:18
**P29** [4] - 87:5, 101:24, 102:9, 102:21
**P3** [1] - 34:18
**P32** [2] - 107:25, 122:3
**P33** [1] - 88:11
**P35** [2] - 88:23, 89:8
**P36** [2] - 107:25, 123:8
**P37** [2] - 107:25, 123:23
**P38** [1] - 35:16
**P4** [1] - 34:22
**P42** [5] - 50:9, 50:11, 50:12, 50:23
**P47** [1] - 89:19
**P5** [1] - 35:1
**P6** [1] - 51:14
**P73** [1] - 139:8
**P76** [1] - 139:12
**P79** [1] - 139:20
**P82** [1] - 140:1
**P9** [4] - 107:24, 108:8, 110:11, 111:6
**package** [4] - 91:7,

91:8, 124:21, 125:8
**packaged** [4] - 81:25, 124:20, 125:2, 125:11
**packages** [5] - 91:10, 110:23, 125:5, 125:6, 125:7
**packaging** [9] - 54:21, 96:19, 96:21, 109:17, 124:19, 124:25, 125:10, 135:16, 142:25
**packet** [1] - 164:21
**page** [1] - 25:22
**PAGE** [7] - 167:3, 167:5, 167:8, 167:10, 167:13, 167:15, 167:18
**pages** [1] - 163:6
**pair** [1] - 129:12
**panel** [7] - 9:22, 10:21, 50:19, 56:2, 58:8, 74:15, 76:19, 104:7, 104:13, 130:4, 131:9, 153:2
**pants** [2] - 48:19, 49:7
**paper** [3] - 88:16, 88:20, 88:21
**papers** [1] - 122:5
**paraphernalia** [1] - 128:14
**Parole** [1] - 154:12
**part** [10] - 18:6, 21:14, 21:15, 24:19, 25:5, 103:1, 107:12, 132:11, 137:5
**partial** [1] - 62:19
**partially** [1] - 71:19
**particular** [10] - 26:12, 33:24, 41:3, 62:16, 62:18, 79:12, 79:13, 82:12, 143:7
**particularly** [3] - 19:16, 22:10, 165:13
**parties** [1] - 168:7
**partitions** [1] - 64:7
**parts** [3] - 27:1, 147:20, 147:21
**party** [1] - 168:11
**password** [2] - 58:6, 58:7
**past** [1] - 9:1
**pat** [2] - 59:13, 72:2
**path** [1] - 41:11
**patrol** [2] - 51:24, 78:15
**patted** [1] - 71:25
**pattern** [1] - 83:1
**patties** [1] - 120:19
**patting** [2] - 64:15,

65:10
**pause** [1] - 20:15
**pay** [10] - 7:16, 15:21, 24:16, 26:12, 27:2, 27:5, 122:5, 122:7, 122:8, 123:4
**PCP** [1] - 79:6
**PEELE** [2] - 77:2, 167:10
**Peele** [8] - 59:4, 74:23, 76:2, 76:23, 77:7, 77:8, 77:14, 90:1
**penalty** [3] - 21:5, 21:7, 157:2
**pending** [2] - 12:14, 138:8
**people** [7] - 14:12, 59:2, 63:14, 70:24, 129:2, 151:3, 151:21
**per** [1] - 25:11
**percent** [1] - 21:10
**perfectly** [1] - 40:13
**performed** [1] - 78:4
**perhaps** [4] - 2:14, 33:4, 101:23, 156:11
**perimeter** [1] - 45:20
**Perkins** [1] - 153:14
**permissible** [1] - 120:9
**permit** [2] - 112:7, 151:15
**person** [13] - 11:8, 13:12, 48:14, 48:15, 49:6, 63:15, 63:18, 63:21, 64:22, 65:7, 71:3, 72:1, 128:7
**personnel** [1] - 70:15
**persons** [2] - 47:21, 58:25
**perspectives** [1] - 26:25
**pertinent** [2] - 132:22
**Peter** [2] - 66:24, 69:3
**PETER** [1] - 1:10
**ph** [3] - 19:17, 21:11, 39:17
**phone** [4] - 46:10, 116:16, 116:25, 117:2
**phones** [1] - 120:18
**phonetic]** [1] - 151:11
**photo** [14] - 66:16, 66:19, 66:21, 69:3, 70:9, 108:10, 113:10, 113:20, 115:21, 115:24, 116:13, 117:18, 119:12, 120:13
**photograph** [13] - 67:4, 108:11,

108:20, 112:18, 113:9, 113:13, 114:4, 116:25, 117:11, 119:18, 120:16, 128:24, 129:1
**photographing** [1] - 81:25
**photographs** [4] - 100:23, 107:19, 107:21, 123:16
**photos** [3] - 108:7, 117:12, 121:21
**phrase** [1] - 18:23
**physical** [9] - 4:23, 113:24, 116:20, 118:3, 121:1, 122:13, 127:13, 127:14, 144:14
**physically** [1] - 143:5
**pick** [7] - 68:11, 92:1, 93:7, 93:24, 94:21, 95:18, 98:7
**picked** [2] - 97:24, 110:15
**picking** [1] - 136:24
**picture** [28] - 26:11, 33:7, 33:9, 69:11, 80:21, 80:24, 81:6, 82:1, 82:3, 82:16, 82:19, 82:22, 84:13, 84:23, 86:11, 86:23, 88:2, 88:12, 88:24, 89:2, 94:10, 101:21, 113:2, 113:18, 116:18, 121:6, 121:14
**pictures** [9] - 32:24, 33:18, 75:2, 80:10, 80:12, 80:19, 96:24, 117:15, 121:17
**piece** [3] - 88:16, 88:20, 122:19
**pieces** [1] - 123:10
**pin** [1] - 153:19
**pistol** [4] - 11:13, 96:22, 144:22, 148:23
**pistols** [1] - 134:4
**PJM-16-403** [1] - 1:5
**placard** [1] - 35:3
**place** [6] - 11:14, 39:1, 76:3, 93:3, 107:8, 148:2
**placed** [7] - 37:20, 49:20, 124:21, 125:5, 125:6, 125:7, 125:9
**places** [2] - 78:16, 107:7

**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 1:13
**plan** [2] - 62:20, 162:11
**planning** [2] - 29:19, 156:5
**plastic** [7] - 49:17, 51:2, 64:16, 64:17, 67:4, 119:19, 125:21
**play** [1] - 156:22
**playing** [2] - 8:8, 8:10
**plead** [1] - 20:24
**Plexiglas** [1] - 114:18
**PLLC** [1] - 1:19
**plural** [1] - 18:24
**PMC** [6] - 145:15, 147:10, 147:16, 149:16, 149:25, 150:10
**pocket** [4] - 11:9, 48:19, 49:7, 134:14
**podium** [2] - 9:15, 9:16
**point** [18] - 3:10, 3:14, 6:22, 20:17, 30:25, 31:16, 31:17, 31:21, 47:24, 56:25, 71:20, 143:24, 144:13, 157:18, 157:25, 162:20, 163:9, 164:1
**pointing** [1] - 158:18
**police** [10] - 29:4, 29:5, 39:18, 40:5, 41:16, 41:18, 61:23, 62:6, 106:1, 107:16
**Police** [21] - 10:23, 28:19, 28:22, 37:2, 37:4, 37:12, 44:16, 45:2, 52:17, 61:10, 61:11, 65:16, 77:16, 77:20, 78:12, 105:13, 106:3, 106:7, 106:8, 107:5, 132:1
**portion** [7] - 64:4, 82:23, 83:9, 84:21, 84:22, 86:22, 87:19
**portions** [1] - 161:12
**pose** [1] - 25:23
**posed** [2] - 22:22, 42:15
**posing** [1] - 161:23
**position** [12] - 8:1, 8:23, 22:11, 22:23, 38:9, 38:13, 44:19, 77:19, 77:21, 77:23, 101:5, 158:1
**positioned** [1] - 36:17
**positions** [2] - 78:11, 159:22

**possess** [1] - 13:15
**possessed** [4] - 12:23, 12:24, 13:8, 13:21
**possessing** [2] - 42:1
**possession** [10] - 12:15, 13:4, 13:11, 14:4, 21:10, 26:15, 26:19, 38:16, 156:20, 156:21
**possible** [4] - 30:10, 129:15, 129:17, 165:23
**possibly** [1] - 163:24
**postrate** [1] - 39:17
**potentially** [4] - 21:17, 41:11, 42:10, 151:22
**powder** [16] - 11:7, 54:23, 64:17, 67:5, 89:12, 89:15, 98:25, 99:3, 108:13, 113:14, 117:23, 119:20, 120:4, 120:7, 147:22, 147:23
**powdery** [6] - 49:18, 51:2, 55:2, 55:5, 65:8, 109:13
**powerful** [1] - 25:20
**practice** [1] - 62:13
**practiced** [1] - 62:14
**precautions** [2] - 39:22, 124:24
**Precision** [1] - 147:16
**precludes** [1] - 22:16
**prefer** [1] - 7:8
**prejudice** [3] - 4:6, 4:9, 46:24
**prejudiced** [2] - 4:15, 18:25
**prejudicial** [3] - 40:17, 46:23, 47:2
**premises** [6] - 29:8, 29:20, 29:22, 37:9, 40:23, 41:3
**prepared** [8] - 3:12, 6:25, 22:6, 22:14, 156:5, 156:9, 164:12, 165:12
**presence** [2] - 22:9, 39:1
**present** [15] - 3:3, 3:21, 6:4, 39:2, 61:20, 62:14, 62:22, 63:15, 63:18, 68:11, 70:14, 71:3, 118:16, 124:5, 158:23
**presented** [1] - 163:4
**pressed** [1] - 166:1
**pressure** [1] - 166:4

**presumably** [3] - 48:23, 163:23, 166:2
**presumed** [2] - 25:9, 25:10
**presumption** [4] - 25:7, 25:9, 25:13, 25:21
**pretty** [6] - 33:24, 46:5, 46:23, 57:11, 103:14, 165:16
**preview** [4] - 10:2, 12:6, 24:14, 24:25
**previous** [1] - 116:18
**previously** [5] - 13:19, 51:13, 94:11, 143:18, 168:6
**primary** [1] - 147:24
**Prince** [4] - 29:17, 36:2, 132:1, 142:10
**principle** [1] - 25:14
**principles** [3] - 25:2, 25:3, 26:3
**prison** [10] - 2:22, 3:1, 3:4, 3:13, 3:19, 6:8, 6:10, 7:1, 7:6, 7:8
**prisoner** [1] - 48:12
**pro** [4] - 5:6, 5:9, 5:13
**Probation** [1] - 154:13
**probation** [1] - 154:13
**probative** [1] - 40:17
**problem** [4] - 40:25, 47:11, 163:13, 165:9
**problematic** [1] - 23:20
**procedure** [3] - 37:5, 59:15, 60:4
**procedures** [1] - 40:5
**proceed** [9] - 5:17, 6:8, 8:12, 9:2, 9:9, 9:13, 16:16, 18:5, 48:25
**proceeded** [1] - 30:22
**proceeding** [5] - 4:20, 4:22, 6:4, 8:15, 8:19
**proceedings** [6] - 3:9, 4:7, 9:24, 166:13, 168:5
**PROCEEDINGS** [1] - 1:10
**process** [4] - 107:12, 124:13, 143:2, 143:10
**processes** [2] - 142:24, 142:25
**production** [1] - 165:2
**products** [1] - 78:25
**proffer** [1] - 19:20
**profile** [2] - 15:7, 15:8
**progeny** [1] - 18:16
**program** [1] - 44:24

**prohibited** [1] - 13:11
**projectile** [1] - 147:21
**proof** [6] - 16:8, 16:10, 22:6, 22:13, 22:17, 157:21
**proper** [1] - 41:1
**properly** [3] - 135:10, 136:11, 160:6
**property** [7] - 67:19, 107:7, 107:9, 107:17, 124:12, 124:23, 128:16
**propose** [2] - 20:8, 152:11, 162:23
**Proposed** [1] - 163:20
**proposed** [4] - 156:16, 162:16, 163:13, 163:14
**proposition** [3] - 20:5, 22:15, 22:24
**protection** [2] - 77:21, 77:24
**protects** [1] - 157:6
**protruding** [1] - 117:14
**prove** [8] - 12:22, 20:11, 22:18, 23:1, 25:15, 156:25, 157:16
**proven** [1] - 18:22
**provide** [2] - 143:14, 163:10
**provided** [2] - 3:10, 135:18
**proximity** [1] - 64:3
**pull** [4] - 90:3, 114:13, 132:17, 138:12
**pulling** [1] - 84:9
**punishable** [2] - 13:14, 13:19
**purposes** [2] - 3:21, 65:15
**push** [2] - 154:25, 162:10
**pushed** [1] - 59:20
**pushing** [1] - 155:14
**put** [30] - 7:23, 12:7, 14:22, 16:12, 22:13, 22:24, 31:18, 34:5, 39:25, 59:10, 62:3, 91:6, 92:1, 93:20, 98:21, 102:4, 102:13, 102:14, 108:21, 109:17, 109:18, 124:19, 125:11, 134:13, 153:19, 155:20, 156:5, 157:25, 160:23, 162:6
**puts** [1] - 26:21

**putting** [7] - 12:1, 12:11, 15:25, 19:12, 19:14, 33:14, 124:24
**Pyrex** [2] - 111:18, 112:11

**Q**

**qualify** [1] - 143:25
**quantity** [1] - 79:4
**questions** [22] - 25:23, 35:20, 38:21, 39:9, 39:16, 40:3, 40:7, 41:17, 41:20, 55:18, 71:9, 73:9, 100:6, 101:12, 103:20, 127:15, 140:6, 140:12, 140:13, 150:13, 150:19, 152:8
**quick** [1] - 46:7
**quickly** [3] - 22:5, 161:1, 165:20
**quite** [7] - 23:21, 101:20, 155:9, 158:6, 159:13, 159:15, 159:19

**R**

**R-O-U** [1] - 61:1
**R1** [1] - 161:5
**R2** [1] - 161:6
**R3** [1] - 161:9
**raise** [11] - 2:5, 2:18, 2:20, 23:13, 28:1, 32:6, 39:4, 60:18, 77:1, 104:22, 141:10
**ram** [2] - 37:21, 41:22
**range** [3] - 106:13, 133:11, 133:12
**rate** [1] - 36:9
**rather** [5] - 3:8, 57:18, 148:3, 153:11, 163:19
**ray** [1] - 74:23
**Ray** [1] - 76:23
**RAYMOND** [3] - 77:2, 77:8, 167:10
**Raymond** [1] - 77:7
**re** [1] - 163:1
**re-configure** [1] - 163:1
**read** [6] - 25:22, 88:21, 92:14, 103:6, 103:10, 138:24
**reading** [1] - 92:13
**ready** [19] - 9:1, 9:8, 9:9, 9:12, 9:13, 9:24, 56:4, 56:24, 56:25,

57:5, 73:19, 74:17,
75:12, 75:23, 76:16,
104:9, 131:10,
152:21, 165:7
**really** [10] - 2:7, 25:5,
25:10, 25:20, 25:21,
33:20, 41:24, 46:16,
159:10, 165:25
**reason** [4] - 5:4, 10:6,
41:23, 47:21
**reasonable** [2] -
25:17, 74:5
**reasonably** [2] - 40:4,
164:21
**reasons** [7] - 39:10,
40:21, 40:22, 43:10,
47:12, 47:13, 47:22
**received** [3] - 61:23,
61:25, 62:4
**recess** [1] - 130:24
**Recess** [4] - 56:3,
76:14, 104:11, 131:1
**recognize** [76] - 34:11,
34:15, 34:19, 34:23,
35:2, 35:6, 35:17,
49:21, 49:22, 50:22,
51:15, 52:15, 53:4,
54:20, 54:24, 55:3,
66:3, 66:5, 66:21,
67:14, 67:17, 69:5,
69:7, 69:9, 69:10,
80:21, 81:5, 81:8,
82:20, 83:16, 84:7,
87:8, 88:12, 89:9,
90:11, 91:17, 93:12,
94:6, 99:17, 108:2,
108:4, 110:20,
110:22, 112:19,
114:5, 114:7,
115:14, 116:22,
116:24, 117:2,
118:8, 119:2, 119:4,
119:23, 119:25,
121:3, 121:5,
121:15, 121:16,
126:8, 135:23,
136:1, 138:13,
139:13, 144:17,
144:19, 145:7,
145:25, 146:9,
146:18, 147:4,
148:20, 149:4,
149:11, 149:22,
150:8
**recognized** [1] - 52:22
**recollection** [3] - 59:1,
59:21, 60:5
**recommend** [1] - 7:5
**recommendation** [1] -
158:1

**reconsider** [1] - 2:14
**reconvene** [3] - 74:5,
74:18, 76:12
**record** [17] - 2:23,
28:7, 44:6, 50:4,
60:23, 64:10, 77:6,
105:2, 107:13,
116:8, 131:17,
141:15, 158:24,
159:9, 160:22,
160:23, 161:5
**recorded** [2] - 161:19,
168:8
**recordings** [8] -
153:18, 160:13,
161:4, 161:5, 161:8,
161:11, 161:14,
161:15
**records** [2] - 160:1,
160:11
**recover** [4] - 40:11,
64:14, 64:20, 65:12
**recovered** [13] - 13:3,
26:7, 48:19, 49:13,
49:17, 59:17, 65:8,
66:6, 69:20, 92:17,
97:20, 98:3, 107:13
**recoveries** [1] - 49:19
**recovery** [1] - 65:14
**red** [1] - 44:23
**Redirect** [1] - 167:20
**redirect** [12] - 38:22,
39:20, 43:12, 60:8,
73:7, 103:21,
103:22, 129:19,
129:20, 133:5,
141:5, 151:24
**REDIRECT** [1] - 152:1
**refer** [3] - 16:2, 45:20,
48:11
**referred** [8] - 35:9,
51:20, 65:16, 67:18,
87:23, 89:1, 128:24,
128:25
**referring** [5] - 68:3,
82:14, 83:5, 127:10,
150:24
**reflect** [3] - 50:4,
64:10, 116:8
**reformat** [2] - 163:1,
163:2
**refrigerator** [1] - 31:13
**regard** [4] - 10:4, 75:2,
107:20, 156:16
**regards** [2] - 106:5,
142:16
**Reggie** [3] - 17:17,
23:9, 51:9
**Rehafe** [2] - 19:17,
21:11

**related** [1] - 62:4
**relation** [2] - 70:1,
117:12
**relatively** [1] - 154:16
**released** [1] - 73:21
**relevance** [3] - 46:24,
151:4, 151:14
**relevant** [2] - 41:18,
161:21
**rely** [1] - 19:9
**relying** [1] - 21:15
**remain** [6] - 43:22,
60:15, 104:19,
121:21, 130:2,
152:22
**remains** [2] - 25:9,
25:13
**remarks** [3] - 6:23,
20:4
**remember** [6] - 16:6,
26:22, 36:6, 133:22,
137:11, 157:5
**Remington** [6] -
134:8, 145:19,
147:8, 148:8, 150:3
**remove** [6] - 5:7, 5:25,
9:4, 59:24, 77:14,
163:24
**removed** [4] - 7:19,
9:5, 59:23, 59:25
**removing** [1] - 8:22
**Renee** [5] - 1:24, 58:5,
168:2, 168:14,
168:15
**renew** [2] - 57:15,
57:22
**rental** [1] - 161:2
**repeat** [1] - 114:6
**reply** [2] - 10:21, 50:19
**report** [3] - 65:16,
107:16, 126:20
**reported** [1] - 168:5
**REPORTER** [1] - 1:23
**Reporter** [2] - 168:2,
168:16
**reports** [1] - 109:19
**represent** [3] - 5:9,
6:3, 24:11
**representation** [2] -
21:15, 160:3
**represents** [1] - 5:11
**Republic** [3] - 145:16,
147:11, 149:17
**request** [3] - 22:13,
36:7, 40:3
**requested** [2] - 36:3,
57:7
**require** [2] - 23:1,
56:10
**required** [2] - 6:2, 19:9

**resale** [1] - 108:22
**research** [2] - 20:19,
143:8
**reserve** [1] - 9:3
**reset** [1] - 103:23
**residence** [3] - 11:5,
30:16, 30:17, 39:15,
45:19, 45:24, 58:19,
58:25, 62:19, 63:9,
70:7, 71:4, 80:13
**resident** [1] - 107:15
**residential** [1] - 62:14
**residents** [1] - 107:15
**residue** [4] - 64:17,
111:18, 112:23,
113:1
**resolution** [2] -
123:17, 123:20
**respect** [11] - 14:9,
14:22, 15:18, 19:21,
22:14, 39:24, 40:15,
41:6, 80:1, 92:17,
153:18
**respond** [4] - 3:14,
19:4, 22:1, 51:24
**response** [2] - 3:25,
40:9
**responsibilities** [1] -
48:11
**responsibility** [1] -
10:7
**responsible** [4] - 29:7,
29:19, 45:17, 62:21
**responsive** [1] - 47:1
**rest** [2] - 70:13, 121:21
**restored** [1] - 13:16
**restraints** [1] - 59:8
**result** [1] - 145:14
**results** [1] - 136:9
**retakes** [3] - 53:23,
66:13, 68:25
**retire** [1] - 129:25
**return** [7] - 16:13,
27:7, 45:22, 66:8,
68:24, 107:14,
150:11
**review** [9] - 12:10,
15:22, 15:24, 65:25,
66:16, 66:18, 69:2,
107:23, 125:25
**riding** [1] - 154:14
**rifle** [18] - 92:18,
92:19, 97:11, 97:12,
134:5, 134:7,
136:17, 138:16,
140:13, 146:4,
146:21, 148:7,
148:12, 149:25,
150:21, 151:9,
151:10, 152:4

**rifles** [5] - 11:12,
125:6, 125:7, 134:4,
151:1
**right-hand** [2] - 30:23,
85:7
**rights** [1] - 13:15
**ripped** [1] - 125:3
**risky** [1] - 41:11
**RMR** [2] - 1:24, 168:15
**Roanoke** [1] - 145:20
**robbery** [1] - 39:13
**rock** [6] - 11:7, 11:10,
108:18, 109:9,
109:13, 118:13
**rock-like** [6] - 11:7,
11:10, 108:18,
109:9, 109:13,
118:13
**role** [10] - 45:15,
48:11, 61:14, 62:15,
62:19, 63:7, 79:10,
105:14, 105:21,
106:25
**roll** [1] - 75:12
**room** [22] - 8:1, 30:20,
31:9, 31:19, 48:8,
51:1, 55:22, 63:25,
64:3, 64:4, 70:5,
70:6, 70:7, 70:8,
70:19, 70:21, 107:9,
124:12, 124:23,
128:16, 133:11,
161:18
**rooms** [1] - 107:7
**rotated** [1] - 102:23
**Rothman** [1] - 153:25
**roughly** [1] - 153:5
**round** [4] - 92:11,
98:2, 150:9
**rounds** [31] - 11:15,
87:1, 87:2, 87:20,
92:5, 92:7, 92:10,
95:3, 95:4, 95:7,
95:10, 95:12, 96:1,
96:3, 96:6, 96:8,
96:18, 97:1, 97:12,
97:18, 97:20, 115:6,
115:11, 115:12,
124:16, 145:10,
146:12, 147:7,
148:17, 149:7,
149:15
**routinely** [2] - 48:20,
62:9
**RPR** [2] - 1:24, 168:15
**rubber** [4] - 60:3,
72:10, 72:12, 72:17
**Rule** [5] - 3:17, 3:23,
4:6, 18:18, 21:25
**ruled** [2] - 4:13, 41:9

**rules** [1] - 160:7
**ruling** [3] - 5:19, 9:1, 42:2
**rulings** [2] - 4:16, 5:15
**run** [1] - 162:13
**running** [1] - 163:13
**Russia** [2] - 146:15, 151:12
**Russian** [1] - 146:13

## S

**S-M-I-T-H** [1] - 131:19
**S030977** [1] - 147:1
**S1** [4] - 126:1, 126:7, 126:9, 126:24
**safe** [7] - 63:16, 65:5, 69:23, 72:20, 128:19, 133:9, 133:10
**safely** [1] - 68:12
**safes** [1] - 128:21
**safeties** [1] - 132:25
**SAKURI** [1] - 1:8
**salmon** [1] - 120:19
**sanitized** [2] - 16:20, 16:21
**satisfaction** [2] - 25:17, 26:1
**satisfied** [2] - 4:8, 42:19
**save** [1] - 121:10
**saw** [23] - 11:2, 11:3, 14:14, 30:21, 30:24, 35:10, 38:2, 38:9, 38:10, 38:12, 47:25, 70:24, 79:20, 94:10, 96:7, 96:23, 100:23, 112:11, 114:8, 116:3, 122:23, 126:3
**scale** [7] - 61:18, 105:19, 108:12, 111:1, 111:3, 111:4
**scales** [5] - 11:8, 108:12, 111:5, 118:2, 119:7
**scan** [1] - 30:20
**scanned** [3] - 30:18, 30:22, 38:11
**scenario** [1] - 12:3
**scene** [9] - 62:20, 63:11, 63:12, 63:13, 63:19, 128:9, 128:12, 128:13, 128:18
**school** [2] - 25:4, 62:3
**screen** [13] - 12:16, 32:5, 32:16, 32:19, 32:20, 34:5, 34:7, 50:18, 69:11, 113:6,

113:11, 114:18, 139:8
**scribed** [1] - 135:5
**se** [4] - 5:6, 5:9, 5:13
**seal** [1] - 107:8
**sealed** [7] - 109:21, 110:23, 110:24, 119:5, 125:21, 125:22, 132:18
**sealing** [3] - 109:19, 109:20, 125:1
**Sean** [2] - 154:12, 154:13
**search** [74] - 10:24, 12:4, 13:3, 13:18, 26:7, 29:7, 29:11, 29:15, 29:18, 29:22, 40:19, 40:20, 41:10, 42:5, 42:24, 43:9, 43:10, 45:11, 48:13, 48:15, 48:17, 48:19, 48:22, 49:4, 49:11, 55:3, 59:13, 59:14, 60:3, 62:5, 62:9, 62:11, 62:14, 62:15, 62:22, 63:4, 63:7, 65:7, 65:9, 70:10, 72:2, 72:11, 78:4, 78:6, 78:8, 78:16, 78:20, 79:7, 80:13, 81:9, 84:16, 86:8, 106:5, 106:8, 106:10, 106:15, 106:21, 106:25, 107:12, 107:14, 107:19, 107:20, 108:5, 111:24, 112:20, 114:8, 115:4, 117:1, 120:25, 121:7, 121:17, 124:4, 124:5, 128:5
**Search** [3] - 37:4, 37:7, 37:13
**searched** [10] - 11:5, 11:8, 14:15, 14:16, 14:17, 51:22, 72:1, 72:5, 72:6, 83:21
**searches** [2] - 60:5, 128:21
**searching** [6] - 62:13, 62:18, 62:22, 63:9, 79:11, 80:7
**seasoned** [1] - 106:15
**seat** [14] - 10:7, 28:4, 44:1, 60:20, 66:8, 68:24, 77:3, 100:5, 104:24, 111:15, 131:2, 131:14, 141:12, 150:11

**seated** [9] - 2:1, 48:7, 50:2, 56:4, 64:8, 76:15, 104:12, 116:7, 121:21
**seats** [3] - 55:21, 58:9, 152:19
**Second** [1] - 151:2
**second** [11] - 10:5, 13:9, 13:17, 25:14, 38:11, 56:10, 69:15, 93:6, 137:10, 153:10, 156:21
**seconds** [1] - 162:6
**section** [22] - 28:24, 29:3, 29:5, 44:21, 44:22, 45:1, 45:2, 45:4, 45:16, 59:22, 61:15, 61:17, 61:24, 62:7, 62:17, 63:14, 64:2, 81:11, 84:9, 105:16, 105:18, 106:2
**secure** [6] - 29:20, 29:21, 31:3, 35:12, 68:19, 132:16
**secured** [5] - 63:14, 64:1, 65:13, 70:12, 71:18
**securing** [2] - 29:8, 70:11
**see** [88] - 2:7, 6:18, 8:2, 11:16, 11:24, 12:16, 14:2, 14:25, 15:14, 26:21, 30:16, 31:10, 32:5, 32:6, 32:20, 32:24, 33:19, 33:20, 33:22, 34:1, 34:9, 38:8, 48:6, 49:8, 49:24, 52:13, 52:25, 55:24, 64:6, 64:7, 68:18, 68:21, 75:9, 76:10, 79:19, 80:14, 80:23, 81:13, 82:6, 82:23, 83:11, 87:6, 87:13, 87:20, 90:25, 95:16, 97:4, 98:6, 98:11, 99:16, 108:10, 109:6, 109:10, 110:1, 110:12, 112:16, 113:5, 113:7, 116:4, 116:13, 116:14, 117:17, 117:21, 119:17, 119:21, 120:15, 120:22, 121:11, 122:4, 122:8, 122:9, 122:19, 123:9, 123:24, 127:7, 135:11, 138:25,

139:17, 139:21, 152:20, 153:4, 156:15, 158:15, 159:21, 162:22, 164:13, 166:3, 166:11
**seeing** [3] - 67:2, 111:15, 118:20
**seem** [3] - 32:9, 159:11, 165:16
**seemingly** [1] - 38:14
**seize** [2] - 70:22, 81:17
**seized** [18] - 53:7, 55:6, 55:8, 75:1, 90:17, 91:20, 93:15, 99:20, 112:20, 115:4, 115:17, 117:3, 121:7, 121:16, 124:11, 124:17, 126:4
**seizing** [7] - 82:1, 107:1, 107:2, 107:4, 107:6, 115:16, 128:5
**seizure** [12] - 75:25, 106:8, 106:21, 111:25, 112:21, 114:9, 117:1, 117:6, 120:25, 124:4, 124:5, 120:20
**sell** [1] - 129:2
**semiautomatic** [8] - 134:3, 134:4, 134:6, 136:17, 138:16, 144:22, 146:4, 148:23
**send** [3] - 156:11, 162:23, 162:24
**sending** [2] - 156:11, 156:12
**sense** [6] - 56:12, 75:20, 76:5, 131:8, 157:24, 164:25
**separate** [1] - 146:15
**SEPTEMBER** [1] - 1:11
**September** [2] - 57:15, 142:7
**Sergeant** [5] - 31:2, 43:18, 54:7, 58:16, 71:13
**sergeant** [8] - 48:4, 50:22, 60:24, 61:10, 61:19, 63:11, 65:10, 105:20
**Serial** [3] - 144:23, 146:6, 148:24
**serial** [3] - 132:23, 146:25, 147:1
**serve** [1] - 15:19

**served** [1] - 62:7
**service** [1] - 24:10
**serving** [2] - 61:15, 62:16
**set** [9] - 14:10, 45:20, 56:25, 73:14, 75:2, 75:7, 91:9, 104:6, 160:21
**setting** [1] - 75:13
**seven** [4] - 44:18, 127:19, 129:24, 130:24
**several** [15] - 11:24, 14:9, 15:17, 16:9, 59:1, 64:24, 124:8, 135:13, 135:14, 142:18, 142:22, 144:12, 145:15, 149:14, 159:24
**severe** [2] - 17:7, 17:10
**shackled** [1] - 7:20
**shared** [1] - 39:21
**Sharri** [2] - 104:18, 105:3
**SHARRI** [3] - 104:23, 105:4, 167:13
**sheet** [1] - 107:17, 163:19
**shelf** [4] - 82:5, 84:20, 85:19, 89:14
**shells** [2] - 132:9, 132:10
**shelving** [1] - 84:10
**ship** [3] - 147:20, 148:2, 148:3
**shipping** [2] - 142:25, 147:22
**shirts** [1] - 83:24
**shoebox** [8] - 84:12, 84:14, 84:15, 84:20, 85:18, 99:20, 101:13, 103:17
**shoes** [5] - 49:12, 50:3, 79:21, 83:24, 84:2
**short** [13] - 40:18, 54:5, 56:9, 56:17, 104:1, 127:21, 127:24, 129:24, 146:13, 152:12, 154:17, 155:9, 165:17
**shorthand** [1] - 168:8
**shortly** [5] - 55:23, 66:12, 152:20, 166:11
**shot** [2] - 132:9
**shout** [2] - 37:2
**show** [24] - 19:14,

24:15, 32:3, 33:4,
39:17, 39:20, 50:8,
66:23, 69:14, 80:19,
85:6, 86:17, 93:18,
102:20, 111:14,
117:10, 118:23,
120:13, 121:8,
121:18, 122:2,
122:17, 123:23,
126:7
**showed** [3] - 92:6,
119:11, 140:2
**showing** [31] - 32:10,
34:14, 34:18, 34:22,
35:1, 35:5, 35:16,
51:13, 80:20, 81:4,
82:10, 82:19, 83:15,
84:18, 85:5, 85:6,
85:25, 86:16, 87:5,
87:18, 88:11, 89:8,
89:19, 102:15,
102:18, 136:25,
139:8, 139:12,
139:20, 139:23,
140:1
**shown** [4] - 51:15,
55:10, 69:16, 161:7
**sic** [1] - 29:12
**side** [15] - 30:23,
60:16, 82:22, 84:9,
85:9, 88:2, 111:10,
113:9, 113:20,
113:22, 114:21,
120:16, 122:11,
136:25, 144:15
**sidebar** [4] - 23:7,
39:1, 43:3, 47:19
**sides** [1] - 42:3
**sideways** [1] - 102:24
**sign** [2] - 19:16, 21:13
**signal** [1] - 38:13
**signed** [1] - 19:10
**significance** [4] -
2:15, 7:10, 10:14,
115:23
**significant** [2] - 16:1,
27:3
**silver** [1] - 108:12
**similar** [2] - 76:3,
128:19
**simple** [4] - 2:14, 7:9,
26:18, 42:3
**simply** [1] - 26:15
**simultaneously** [2] -
46:5, 46:22
**single** [2] - 79:20,
150:9
**sit** [8] - 2:9, 5:16,
25:22, 31:19, 76:5,
139:2, 152:11,

165:12
**sitting** [6] - 24:12,
58:3, 82:5, 83:7,
85:19, 88:17
**situation** [1] - 12:1
**six** [4] - 25:21, 45:5,
45:6, 78:2
**six-and-a-half** [1] -
78:2
**six-and-a-half-year**
[1] - 45:5
**size** [2] - 92:11, 97:12
**SKS** [5] - 140:13,
146:4, 148:12,
151:9, 152:3
**sleeve** [1] - 85:14
**slides** [1] - 13:13
**slight** [1] - 163:17
**slightest** [1] - 40:15
**slowly** [2] - 18:4, 44:5
**small** [5] - 70:4, 70:16,
108:19, 161:12,
162:6
**smaller** [4] - 125:5,
135:22, 148:3,
153:25
**Smith** [5] - 130:15,
131:12, 131:18,
133:5, 133:16
**SMITH** [2] - 131:13,
167:15
**smoke** [3] - 37:24,
37:25, 40:9
**sock** [7] - 11:10,
59:18, 59:19, 59:23,
65:13, 66:7, 67:5
**socks** [2] - 49:12,
59:20
**soda** [1] - 108:14
**someone** [4] - 62:13,
154:25, 161:19,
161:24
**sometimes** [3] - 16:6,
74:1, 129:2
**somewhat** [2] - 59:20,
151:2
**somewhere** [1] -
131:7
**soon** [4] - 37:4, 37:11,
104:4
**sooner** [1] - 75:9
**sorry** [34] - 10:9,
20:13, 20:14, 23:14,
30:8, 31:6, 32:13,
46:15, 51:4, 52:20,
59:25, 66:17, 66:25,
67:9, 68:17, 74:8,
82:25, 84:25, 92:10,
97:14, 104:15,
114:6, 123:2,

125:10, 126:14,
131:4, 131:7,
136:15, 137:4,
137:21, 138:5,
142:3, 150:4, 153:8
**sort** [4] - 7:2, 25:2,
79:5, 100:24
**sorts** [1] - 129:6
**soundproof** [1] -
133:12
**sounds** [4] - 17:23,
40:16, 161:17,
165:15
**source** [2] - 102:11,
143:7
**SOUTHERN** [1] - 1:3
**Sove** [1] - 151:11
**Soviet** [1] - 151:9
**speaking** [3] - 18:8,
52:19, 138:7
**Special** [3] - 11:23,
143:25, 153:24
**special** [3] - 10:23,
142:4, 142:8
**specific** [5] - 7:4, 40:4,
59:3, 62:1, 140:16
**specifically** [3] -
29:17, 118:4, 142:20
**specifications** [1] -
13:25
**speculate** [3] - 40:24,
47:13, 47:22
**speculation** [2] - 71:5,
111:19
**speed** [1] - 44:23
**spell** [7] - 28:7, 44:6,
60:23, 77:6, 105:2,
131:17, 141:15
**spelled** [2] - 60:25,
77:7
**spend** [1] - 122:22
**spices** [1] - 129:8
**splayed** [1] - 38:3
**sports** [1] - 25:22
**sprawled** [1] - 30:25
**spread** [1] - 158:15
**spring** [1] - 67:8
**Springfield** [6] -
67:19, 68:7, 72:25,
125:4, 134:3, 144:22
**STA** [1] - 60:25
**stamp** [2] - 143:12
**stamped** [1] - 141:1
**stamping** [1] - 143:11
**stand** [14] - 27:23,
52:7, 53:20, 53:22,
53:23, 54:8, 54:9,
56:13, 65:21, 66:13,
67:11, 68:25, 76:24,
139:3

**standard** [1] - 37:5
**standby** [1] - 6:2
**standing** [4] - 11:4,
43:22, 60:15, 104:19
**stands** [1] - 27:18
**start** [8] - 2:8, 4:2,
12:19, 65:7, 75:10,
134:19, 138:7,
156:21
**started** [2] - 30:20,
37:16
**starting** [2] - 80:13,
108:8
**state** [20] - 3:11, 28:6,
44:6, 46:14, 60:6,
60:23, 77:6, 105:2,
131:17, 141:15,
142:14, 143:3,
145:2, 145:17,
145:18, 146:22,
147:12, 147:13,
147:15, 156:17
**statement** [10] - 10:2,
16:16, 18:21, 18:24,
21:19, 23:8, 24:14,
46:21, 87:11, 87:15
**statements** [4] - 9:2,
10:1, 162:1, 168:7
**STATES** [4] - 1:1, 1:5,
1:11, 1:14
**States** [9] - 11:20,
11:22, 49:5, 51:1,
145:3, 145:18,
146:6, 146:16, 168:3
**station** [2] - 52:1,
85:24
**STAVROU** [2] - 60:19,
167:8
**Stavrou** [6] - 48:18,
49:8, 49:13, 59:4,
60:14, 60:24
**stayed** [1] - 31:19
**staying** [1] - 6:11
**stenographically** [1] -
168:5
**STENOTYPE** [1] -
1:25
**step** [24] - 28:5, 43:15,
44:2, 52:4, 53:20,
54:8, 60:10, 60:21,
65:19, 67:10, 73:10,
90:1, 91:2, 104:25,
108:24, 129:22,
131:15, 134:10,
141:4, 141:7,
141:13, 144:13,
152:10, 159:7
**stepping** [1] - 110:2
**steps** [1] - 130:2
**sticker** [5] - 54:15,

90:19, 93:9, 98:11,
98:12
**still** [10] - 8:15, 8:19,
17:18, 18:4, 32:23,
58:3, 58:11, 151:16,
151:19, 158:18
**stint** [1] - 45:5
**stipulate** [4] - 18:14,
19:18, 20:5, 20:7
**stipulated** [1] - 157:6
**stipulating** [2] - 23:2,
157:19
**stipulation** [3] - 19:1,
19:10, 19:13, 20:12,
20:20, 21:9, 21:12,
21:21, 21:24, 22:3,
154:15, 156:16,
157:4
**stop** [8] - 4:12, 4:21,
4:24, 6:20, 6:21,
43:23, 161:13
**storage** [1] - 124:22
**stored** [1] - 125:8
**stove** [4] - 31:12, 35:8,
35:19, 117:15
**stovetop** [2] - 113:17,
116:16
**straight** [1] - 79:17
**straightforward** [1] -
33:24
**strategic** [1] - 21:6
**street** [2] - 3:2, 7:2
**Street** [2] - 1:20, 103:4
**strike** [2] - 47:4,
125:10
**strong** [2] - 8:4,
157:14
**strongly** [1] - 157:18
**stub** [4] - 122:6,
122:7, 122:8, 123:4
**studied** [1] - 25:4
**studies** [1] - 15:1
**stuff** [1] - 32:25
**style** [1] - 94:3
**subject** [7] - 30:24,
31:2, 31:3, 37:16,
65:11, 126:12,
126:15
**submission** [2] -
38:14, 164:8
**submitted** [10] -
114:9, 124:12,
125:22, 127:5,
128:16, 132:6,
132:15, 135:14,
135:15, 164:6
**submitting** [2] -
159:25
**substance** [23] - 11:7,
11:10, 12:23, 12:24,

12:25, 49:18, 51:3,
55:2, 55:5, 55:6,
65:8, 67:5, 108:13,
108:18, 109:9,
109:13, 113:14,
117:24, 118:1,
118:13, 119:20,
126:18, 127:8
**substances** [7] -
12:16, 14:25, 26:7,
127:4, 128:14, 129:3
**success** [1] - 23:24
**sufficient** [1] - 19:15
**sufficiently** [1] - 8:4
**suggest** [1] - 39:21
**suggestion** [5] - 7:7,
7:19, 18:7, 41:22,
164:16
**suggestions** [2] -
12:13, 15:18
**suggests** [1] - 4:25
**Suite** [1] - 1:16
**summarize** [3] - 18:6,
18:12, 21:20
**summary** [2] - 125:25,
126:3
**sums** [1] - 78:24
**supervising** [2] -
63:11, 154:14
**supervision** [1] -
168:9
**supervisor** [3] - 45:16,
61:19, 105:20
**supervisory** [1] -
62:19
**support** [2] - 40:8,
78:23
**supports** [1] - 20:19
**suppose** [1] - 3:3
**Supreme** [2] - 21:2,
21:3
**surprised** [1] - 4:25
**surrender** [1] - 38:14
**surrounding** [2] -
41:19, 64:20
**surveillance** [1] -
62:2, 78:5
**surveilled** [2] - 30:1,
45:23
**surveilling** [1] - 46:20
**suspected** [14] -
39:14, 65:12, 78:16,
108:13, 108:17,
112:14, 112:25,
113:1, 117:25,
118:1, 118:14,
120:7, 120:9, 128:14
**suspend** [1] - 57:16
**sustained** [2] - 151:5,
151:6

**SW1** [1] - 98:15
**SW2** [1] - 99:12
**SW3** [2] - 99:16, 99:25
**SW5** [4] - 52:14,
52:20, 52:21, 53:12
**SW7** [1] - 116:21
**SW9** [1] - 99:2
**swab** [1] - 15:9
**swabs** [3] - 15:5,
128:7, 128:13
**swear** [2] - 27:15,
27:17
**sweatshirt** [1] - 85:14
**swift** [1] - 46:7
**swing** [1] - 68:15
**switch** [2] - 101:25,
102:22
**sworn** [1] - 76:25
**SWORN** [7] - 28:3,
43:25, 60:19, 77:2,
104:23, 131:13,
141:11
**system** [2] - 15:20,
28:13

## T

**table** [29] - 48:7,
49:20, 50:2, 51:1,
51:19, 52:5, 53:14,
54:11, 56:12, 64:9,
67:7, 67:13, 71:21,
71:25, 75:4, 90:9,
98:6, 98:23, 99:14,
99:15, 102:1,
110:18, 116:13,
119:19, 119:21,
135:22, 144:16,
163:22
**tactical** [15] - 14:13,
28:24, 29:3, 29:5,
40:1, 58:21, 62:7,
63:14, 64:2, 72:11,
80:8, 80:14, 80:15,
101:2, 101:5
**tactics** [1] - 41:18
**talks** [2] - 17:10,
161:22
**tank** [3] - 133:12,
133:14, 133:15
**tape** [1] - 125:1,
125:23
**tapes** [1] - 162:2
**target** [2] - 45:21, 74:6
**Task** [1] - 59:2
**team** [5] - 14:13, 30:6,
45:17, 46:3, 58:21
**TECHNICIAN** [1] -
51:10
**technician** [1] -

132:19
**techniques** [2] -
42:12, 142:25
**telephone** [1] - 161:19
**television** [1] - 9:6
**telex** [1] - 16:17
**ten** [13] - 55:20, 75:6,
75:22, 77:18,
103:25, 104:1,
104:3, 153:16,
153:20, 154:17,
165:10, 165:11,
166:12
**ten-minute** [1] - 55:20
**tend** [3] - 15:14,
132:24, 132:25
**tennis** [1] - 83:24
**term** [3] - 13:14,
13:20, 72:2
**terms** [2] - 23:20, 26:5
**test** [11] - 16:24,
132:11, 132:14,
133:16, 133:20,
135:9, 135:17,
136:9, 137:13,
137:20, 137:22
**tested** [4] - 14:24,
130:9, 134:25, 136:3
**tester** [1] - 130:14
**testified** [6] - 36:2,
71:15, 100:14,
100:19, 143:18,
143:21
**testify** [5] - 15:7,
15:12, 20:24,
154:20, 156:8
**testifying** [5] - 74:21,
74:25, 120:8,
126:17, 153:17
**testimony** [14] - 33:19,
40:11, 46:17, 47:4,
47:7, 66:15, 66:18,
69:2, 102:21,
107:23, 125:25,
128:24, 158:7, 168:7
**TESTIMONY** [1] -
166:25
**testing** [1] - 133:6
**TFOs** [2] - 10:23,
58:24
**THE** [399] - 1:1, 1:2,
1:10, 1:13, 1:14,
1:18, 2:3, 2:4, 2:9,
2:11, 2:21, 3:15,
3:18, 3:23, 3:24, 4:4,
4:12, 4:17, 4:18,
4:19, 4:21, 4:22,
4:24, 5:8, 5:10, 5:17,
5:19, 5:21, 5:23, 6:6,
6:7, 6:11, 6:13, 6:16,

6:18, 6:19, 6:20,
7:11, 7:13, 8:10,
8:11, 8:12, 8:14,
8:15, 8:17, 8:19,
8:21, 9:3, 9:10, 9:12,
9:16, 9:18, 9:20,
9:21, 9:23, 10:11,
10:18, 16:17, 16:20,
16:22, 17:1, 17:4,
17:5, 17:6, 17:12,
17:14, 17:16, 17:20,
17:21, 17:24, 18:1,
18:3, 18:8, 18:11,
19:3, 19:8, 19:22,
20:1, 20:3, 20:16,
22:1, 23:8, 23:12,
23:13, 27:10, 27:14,
27:17, 27:18, 27:19,
27:20, 27:21, 27:23,
28:1, 28:4, 28:8,
28:10, 28:11, 30:8,
30:11, 31:24, 31:25,
32:1, 32:5, 32:8,
32:11, 32:13, 32:15,
32:16, 32:20, 33:3,
33:8, 33:13, 33:22,
34:3, 35:22, 38:22,
38:25, 39:3, 40:18,
41:21, 42:16, 42:19,
42:23, 43:1, 43:4,
43:14, 43:19, 43:22,
44:1, 44:3, 44:4,
44:5, 44:8, 44:10,
46:9, 46:12, 46:14,
46:19, 47:3, 47:8,
47:11, 47:17, 47:20,
48:21, 48:24, 48:25,
49:1, 50:6, 50:10,
50:12, 50:14, 50:17,
50:20, 51:8, 52:6,
52:19, 52:22, 54:1,
54:4, 55:19, 56:4,
56:15, 56:19, 56:22,
56:24, 57:3, 57:6,
57:8, 57:10, 57:11,
58:1, 58:3, 58:5,
58:9, 60:8, 60:10,
60:11, 60:12, 60:15,
60:18, 60:20, 60:24,
61:2, 64:12, 65:20,
66:10, 66:24, 67:10,
67:20, 67:22, 68:4,
68:12, 68:13, 68:14,
68:15, 68:17, 68:18,
68:19, 68:20, 69:15,
69:18, 71:6, 71:10,
72:15, 73:7, 73:10,
73:12, 73:13, 73:17,
73:24, 73:25, 74:8,
74:9, 74:12, 74:13,
74:16, 74:22, 74:24,

75:8, 75:12, 75:15,
75:18, 75:20, 75:23,
76:4, 76:7, 76:10,
76:15, 76:18, 76:20,
76:24, 77:1, 77:3,
77:7, 77:9, 77:10,
84:25, 85:3, 90:6,
94:14, 94:16, 94:17,
96:11, 100:8,
100:16, 101:25,
102:4, 102:7,
102:10, 102:14,
102:22, 103:21,
103:25, 104:4,
104:8, 104:12,
104:14, 104:19,
104:22, 104:24,
105:3, 105:5,
108:25, 109:1,
109:2, 110:1, 110:3,
110:5, 110:6, 110:7,
110:8, 111:10,
111:11, 111:12,
111:20, 112:1,
112:4, 112:6, 112:7,
114:17, 114:20,
114:21, 114:22,
116:10, 118:17,
118:20, 120:7,
120:8, 121:23,
121:25, 122:10,
122:15, 122:16,
122:17, 122:22,
122:24, 122:25,
123:2, 123:3, 123:4,
123:5, 123:17,
123:21, 126:12,
126:15, 126:17,
126:20, 127:17,
127:20, 127:22,
127:23, 127:25,
129:19, 129:22,
130:5, 130:11,
130:13, 130:17,
130:20, 130:23,
131:2, 131:5, 131:7,
131:10, 131:14,
131:18, 131:20,
134:13, 134:15,
138:6, 138:18,
139:4, 140:7, 141:4,
141:7, 141:8,
141:10, 141:12,
141:14, 141:18,
144:3, 144:5,
150:14, 151:5,
151:15, 151:16,
151:24, 152:10,
152:17, 152:23,
152:25, 153:3,
153:8, 153:10,

153:13, 153:15,
153:21, 153:23,
154:2, 154:4, 154:8,
154:10, 154:19,
154:21, 154:25,
155:8, 155:12,
155:18, 155:22,
155:25, 156:4,
158:11, 158:18,
158:21, 159:15,
159:20, 160:3,
160:6, 160:14,
160:19, 161:13,
161:20, 162:2,
162:10, 162:22,
163:2, 163:7,
163:12, 164:11,
164:15, 164:19,
164:25, 165:2,
165:4, 165:12,
165:19, 165:22,
166:9, 166:11
**themselves** [1] -
132:10
**thereafter** [1] - 168:9
**therefore** [2] - 16:2,
39:19
**thereof** [1] - 168:12
**Theresa** [10] - 9:17,
27:16, 55:21, 68:16,
73:23, 74:2, 104:2,
130:1, 152:18,
164:14
**thick** [1] - 164:21
**third** [6] - 13:21, 58:6,
82:4, 82:22
**thousands** [1] - 62:24
**three** [11] - 12:5,
12:24, 13:12, 16:13,
20:22, 37:15, 58:20,
59:2, 59:5, 162:23,
162:24
**Three** [1] - 13:11
**threshold** [1] - 37:12
**Thursday** [9] - 156:1,
156:3, 156:10,
156:13, 158:16,
158:19, 163:16,
165:11, 165:23
**Tiba** [14] - 2:6, 11:2,
18:9, 24:12, 63:22,
64:5, 64:8, 64:11,
87:16, 88:22, 122:9,
122:24, 123:25,
133:17
**TIBA** [1] - 1:8
**Tiffany** [1] - 155:3
**tight** [1] - 125:21
**timetable** [1] - 162:11
**timing** [2] - 156:14,

166:6
**TO** [1] - 166:25
**to..** [1] - 137:4
**Tobacco** [2] - 142:2,
142:4
**today** [21] - 2:23, 6:5,
10:13, 10:15, 11:23,
33:1, 49:24, 64:6,
66:15, 66:18, 69:2,
73:21, 76:4, 76:8,
107:23, 116:4,
125:25, 152:11,
152:12, 152:18,
158:17
**tomorrow** [14] - 21:17,
153:4, 154:22,
155:13, 158:5,
158:21, 162:7,
162:12, 164:13,
165:5, 165:10,
165:13, 166:11
**Ton** [4] - 134:6,
138:16, 146:21,
150:20
**tonight** [3] - 154:16,
162:19, 162:21
**took** [1] - 39:1
**tools** [1] - 15:15
**top** [11] - 30:21, 38:4,
38:10, 59:21, 62:2,
82:3, 90:9, 103:3,
113:16, 117:19,
137:11
**total** [1] - 162:6
**touch** [1] - 125:12
**touched** [1] - 125:14
**tours** [1] - 142:22
**toward** [7] - 108:11,
113:8, 113:17,
116:18, 119:18,
158:19
**towards** [5] - 36:19,
70:9, 79:17, 91:2,
138:12
**track** [1] - 12:13
**trafficker** [1] - 15:15
**trafficking** [9] - 13:5,
13:6, 13:9, 15:12,
26:17, 78:17, 78:23,
155:5, 155:10
**training** [9] - 61:23,
61:25, 62:4, 64:18,
106:1, 106:5, 106:8,
112:13, 142:16
**trainings** [1] - 106:4
**transcribed** [1] - 168:9
**TRANSCRIPT** [1] -
1:10
**transcript** [2] - 15:23,
168:5

**TRANSCRIPTION** [1] -
1:25
**transcription** [1] -
168:10
**transfer** [7] - 3:17, 4:2,
4:6, 5:3, 5:4, 5:18,
5:21
**transferring** [1] - 4:9
**transport** [1] - 125:14
**transported** [2] -
51:25, 125:11
**transporting** [1] -
125:13
**travel** [1] - 142:14
**travelled** [1] - 146:23
**treated** [3] - 4:15,
4:19, 8:2
**TRIAL** [1] - 1:10
**trial** [19] - 4:3, 4:5,
4:11, 6:21, 7:17,
11:17, 12:7, 12:13,
12:18, 15:17, 16:11,
20:23, 22:22, 23:15,
24:5, 25:25, 53:11,
57:16, 127:7
**tried** [3] - 4:13, 4:14,
158:3
**trouble** [1] - 111:15
**true** [2] - 140:14,
168:4
**try** [5] - 16:18, 17:21,
18:3, 76:7, 122:10
**trying** [9] - 4:4, 4:5,
5:8, 21:9, 102:10,
137:4, 148:3,
158:14, 158:15
**turn** [3] - 23:17,
121:24, 122:10
**TV** [1] - 3:9
**twenty** [2] - 44:18,
95:11
**twenty-five** [1] - 95:11
**twenty-seven** [1] -
44:18
**twists** [1] - 133:1
**two** [50] - 2:7, 5:3,
8:13, 11:12, 12:23,
13:7, 25:1, 25:3,
25:5, 26:3, 32:11,
40:21, 53:16, 58:20,
59:5, 72:4, 74:10,
75:4, 76:7, 79:23,
80:23, 81:13, 82:5,
86:12, 94:2, 100:15,
100:20, 100:23,
101:8, 108:11,
108:17, 118:2,
118:17, 120:18,
120:25, 121:14,
123:10, 125:6,

125:7, 130:8,
130:13, 134:1,
134:4, 146:13,
154:11, 155:3,
156:20, 158:12,
165:16
**Two** [1] - 13:4
**type** [11] - 83:23, 95:2,
129:2, 146:4,
146:21, 148:12,
150:21, 150:24,
151:1, 152:4
**types** [3] - 37:3,
133:22, 142:21
**typical** [1] - 15:13
**typically** [3] - 143:5,
143:13, 148:2

---

## U

**U.S** [1] - 85:18
**ultimate** [1] - 20:22
**ultimately** [3] - 19:1,
45:23, 48:4
**unable** [1] - 125:8
**under** [13] - 3:17,
18:15, 18:18, 21:24,
58:11, 73:19, 98:6,
103:4, 137:5, 137:6,
159:25, 160:7, 168:9
**undercover** [3] -
77:25, 78:3, 78:4
**underlie** [1] - 25:2
**underline** [1] - 21:1
**underneath** [1] - 93:4
**understood** [3] -
19:23, 20:3, 157:21
**undue** [1] - 166:4
**unfairly** [1] - 8:2
**uniform** [1] - 7:2
**Union** [1] - 151:9
**unique** [1] - 26:25
**unit** [7] - 11:13, 45:5,
45:17, 51:24, 59:5,
105:22, 112:10
**Unit** [3] - 132:2, 132:3,
132:4
**United** [9] - 11:19,
11:21, 49:5, 51:1,
145:3, 145:18,
146:6, 146:16, 168:3
**UNITED** [4] - 1:1, 1:5,
1:11, 1:14
**units** [1] - 81:13
**unless** [3] - 25:13,
138:6, 141:5
**unloading** [1] - 65:3
**up** [89] - 6:19, 11:12,
21:13, 22:19, 23:17,
28:13, 31:1, 31:2,

31:24, 33:14, 36:10,
37:17, 43:20, 45:20,
46:9, 53:20, 53:21,
56:25, 60:16, 63:25,
66:11, 67:25, 68:11,
68:15, 73:14, 75:2,
75:7, 75:14, 79:3,
81:11, 83:10, 84:9,
84:21, 85:1, 85:2,
85:7, 90:3, 90:10,
90:24, 91:9, 91:13,
92:1, 93:7, 93:24,
94:21, 95:18, 96:23,
97:15, 97:24, 98:7,
100:24, 102:4,
102:16, 102:17,
102:18, 103:18,
104:1, 104:6, 107:8,
108:15, 108:22,
109:20, 109:24,
110:15, 111:8,
114:12, 114:17,
115:18, 117:8,
118:5, 118:15,
119:8, 122:11,
124:21, 124:22,
125:1, 125:2,
126:12, 126:15,
128:25, 130:17,
132:18, 136:24,
138:11, 140:22,
154:1, 166:4
**upheld** [1] - 21:6
**upper** [1] - 85:7
**urging** [1] - 157:18
**user** [1] - 15:14
**uses** [1] - 15:15
**Uzi** [3] - 140:23,
140:25, 141:1

---

## V

**Van** [3] - 155:3, 155:5,
155:9
**various** [4] - 12:12,
56:11, 124:25,
135:12
**vault** [1] - 132:16
**vegetable** [3] - 113:14,
117:24, 117:25
**venue** [1] - 4:2
**verdict** [2] - 16:13,
27:7
**verdicts** [1] - 26:2
**verge** [1] - 8:21
**Vermont** [1] - 146:6
**version** [1] - 81:7
**versus** [1] - 15:14
**vestibule** [1] - 34:16
**veteran** [1] - 15:11

**VGA** [1] - 32:14
**via** [1] - 147:12
**vicinity** [1] - 45:21
**Victor** [1] - 61:1
**view** [4] - 24:16, 26:4, 30:23, 34:24
**views** [1] - 5:12
**violence** [1] - 142:9
**virtual** [1] - 58:7
**visit** [2] - 161:17, 161:18
**voice** [2] - 30:9, 31:24

### W

**wage** [1] - 160:11
**wait** [3] - 26:21, 36:24, 138:7
**waited** [1] - 31:1
**waive** [1] - 3:3
**walk** [3] - 111:10, 121:10, 137:24
**walked** [4] - 48:8, 70:16, 79:17
**walking** [2] - 57:13, 136:24
**wall** [2] - 30:22, 37:16
**wallet** [6] - 113:16, 113:19, 115:22, 115:23, 116:17, 123:15
**wants** [1] - 2:17
**warning** [1] - 8:14
**warnings** [1] - 37:3
**warrant** [40] - 10:25, 12:4, 13:3, 13:18, 29:11, 29:16, 29:18, 29:19, 36:3, 36:10, 39:9, 39:11, 40:6, 45:11, 62:9, 62:14, 62:16, 62:22, 63:4, 63:7, 79:7, 81:9, 106:15, 106:21, 106:25, 107:12, 107:14, 107:19, 107:20, 108:5, 111:25, 112:21, 114:9, 115:4, 117:1, 120:25, 121:7, 121:17, 124:4, 124:6
**Warrant** [3] - 37:5, 37:7, 37:13
**warrants** [10] - 29:7, 62:5, 62:11, 78:5, 78:6, 78:8, 78:16, 106:6, 106:9, 106:10
**Washington** [1] - 1:20
**watch** [7] - 28:5, 44:2, 60:21, 104:25, 131:15, 138:4,

141:13
**water** [3] - 133:12, 133:14, 133:15
**Watson** [4] - 154:12, 154:13, 154:18, 158:14
**weapon** [12] - 68:19, 86:2, 89:21, 89:22, 92:6, 93:16, 93:18, 137:6, 137:20, 140:14, 140:16, 140:21
**weapons** [10] - 14:1, 59:16, 78:24, 79:20, 80:25, 81:1, 90:17, 135:12, 135:19, 142:22
**wear** [2] - 6:14, 6:15
**wearing** [9] - 2:12, 7:1, 7:2, 60:3, 64:8, 72:10, 72:12, 72:13, 72:17
**week** [4] - 4:14, 24:17, 166:5
**weights** [2] - 126:11, 127:9
**welcome** [4] - 90:6, 109:2, 110:8, 111:12
**whatsoever** [1] - 10:14
**white** [29] - 11:7, 11:9, 23:17, 31:12, 49:18, 51:2, 54:23, 55:2, 55:5, 64:16, 64:17, 65:8, 67:5, 90:9, 91:9, 108:13, 108:18, 109:9, 109:13, 113:13, 117:23, 118:1, 118:13, 119:20, 120:4, 120:7, 120:18
**whole** [2] - 15:20, 46:14
**Wicks** [1] - 164:10
**wide** [1] - 39:15
**willingness** [2] - 15:19, 157:14
**Winchester** [3] - 145:21, 149:8
**wind** [1] - 166:4
**winter** [1] - 164:6
**wireless** [1] - 16:18
**wise** [2] - 59:15, 60:4
**wish** [2] - 6:4, 6:8
**wishes** [1] - 158:2
**withdrawn** [1] - 80:2
**Witness** [20] - 52:7, 53:23, 54:9, 65:21, 66:13, 67:11, 68:13, 68:25, 91:1, 91:14,

93:19, 93:25, 94:22, 95:19, 98:8, 109:25, 113:25, 114:16, 115:20, 119:10
**witness** [74] - 15:3, 15:4, 15:16, 27:11, 28:4, 30:9, 33:9, 33:10, 33:17, 34:1, 39:20, 39:23, 39:25, 42:12, 43:16, 44:1, 46:25, 50:5, 52:4, 52:7, 53:20, 53:21, 53:23, 54:2, 54:8, 54:9, 56:8, 56:9, 56:10, 56:19, 56:22, 57:1, 58:10, 60:12, 60:20, 64:11, 65:19, 65:21, 66:13, 67:11, 68:10, 68:14, 68:25, 73:15, 73:20, 74:20, 76:1, 76:21, 77:3, 100:7, 103:24, 104:15, 104:20, 104:24, 108:23, 116:9, 118:7, 130:7, 131:3, 131:5, 139:3, 141:13, 152:12, 152:15, 153:5, 153:6, 155:17, 155:19, 160:18, 160:19, 162:7, 162:9, 162:13
**WITNESS** [41] - 28:3, 28:8, 30:11, 31:25, 34:3, 43:25, 44:3, 44:8, 48:24, 49:1, 60:11, 60:19, 60:24, 68:13, 68:17, 73:12, 77:2, 77:7, 94:16, 104:23, 105:3, 109:1, 110:3, 110:6, 110:8, 111:12, 112:6, 114:20, 118:20, 120:7, 121:25, 122:24, 123:2, 123:4, 131:13, 131:18, 134:15, 141:8, 141:11, 141:16, 151:16
**witness'** [1] - 40:10
**witnessed** [1] - 60:2
**WITNESSES** [1] - 167:2
**witnesses** [21] - 7:18, 12:11, 14:9, 14:10, 14:11, 15:16, 15:23, 15:25, 27:22, 75:23, 76:7, 130:9, 154:11, 155:3, 156:6, 156:7,

158:6, 158:13, 165:16, 168:7
**wonder** [1] - 33:3
**word** [1] - 74:9
**words** [3] - 8:11, 17:22, 137:11
**works** [2] - 24:4, 81:19
**Works** [1] - 147:18
**world** [1] - 151:19
**write** [1] - 109:21
**written** [2] - 15:24, 54:22

### X

**XD** [1] - 68:7
**XD-45** [1] - 67:19
**XD676779** [1] - 144:23

### Y

**year** [6] - 13:15, 13:20, 18:15, 45:5, 78:14, 157:2
**years** [10] - 28:21, 44:18, 45:6, 61:22, 62:8, 77:18, 78:2, 105:25, 112:10, 157:5
**yesterday** [2] - 7:25, 33:2
**yourself** [4] - 5:16, 26:10, 36:16, 101:9
**Yugoslavia** [2] - 134:5, 146:5
**Yugoslavian** [1] - 136:17

### Z

**Zip** [1] - 103:5
**zoom** [4] - 87:12, 102:25, 122:7, 122:14
**zoomed** [3] - 110:10, 110:14, 111:5
**zooming** [1] - 113:19