```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MARYLAND

 3                      SOUTHERN DIVISION

 4

 5  UNITED STATES OF AMERICA,      ) CRIMINAL
                                   ) NO. PJM-16-403
 6           Plaintiff,            )
                                   )
 7  v.                             )
                                   )
 8  TIBA SAKURI CONLEY,            )
                                   )
 9           Defendant.            )

10        TRANSCRIPT OF JURY TRIAL PROCEEDINGS - DAY 5
               BEFORE THE HONORABLE PETER J. MESSITTE
11          UNITED STATES DISTRICT JUDGE, AND A JURY
              FRIDAY, SEPTEMBER 25, 2020; 11:15 A.M.
12                     GREENBELT, MARYLAND

13  FOR THE PLAINTIFF:

14             OFFICE OF THE UNITED STATES ATTORNEY
               BY:  JOSEPH R. BALDWIN, ESQUIRE
15             BY:  DWIGHT J. DRAUGHON, JR., ESQUIRE
               6406 Ivy Lane
16             Suite 800
               Greenbelt, Maryland  20770
17             (301) 344-4433

18  FOR THE DEFENDANT:

19             BURNHAM & GOROKHOV, PLLC
               BY:  CHARLES BURNHAM, ESQUIRE
20             1424 K Street NW
               Washington, DC  20005
21             (202) 386-6920

22

23
    OFFICIAL COURT REPORTER:
24  Renee A. Ewing, RPR, RMR, CRR - (301) 344-3227

25    ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES***
```

1          THE COURT:  Good morning, ladies and gentlemen.  Have

2     a seat, please.

3          All right, folks.  We got a note from the jury.  Do you

4     have it, Theresa?  I will hand it back to you.

5          THE DEPUTY CLERK:  I do, Your Honor.

6          THE COURT:  The time is 10:54, and the note reads

7     that we have reached a verdict, so we are prepared to take the

8     verdict at this point.

9          By the way, let the record reflect the defendant is now

10    present in court.

11         On the possibility that there is one or more guilty

12    findings in the verdict, we would then proceed to the second

13    phase of the case, which is the forfeiture phase.  And I want

14    to just talk to you briefly about that now because if, in fact,

15    we do get a guilty verdict, we should move right into that

16    phase without another recess.

17         So looking at the forfeiture instructions, we did go over

18    those the other day, folks, and, Mr. Burnham, I had asked you

19    whether you had any problems with that, and you had told me

20    that you did not.  Is that correct?

21         MR. BURNHAM:  Correct.

22         THE COURT:  All right.  And Mr. Baldwin.

23         MR. BALDWIN:  Yes, sir.  I had spoke to Mr. Burnham

24    about this just briefly, we just noted there needs to be a

25    change made in Forfeiture Instruction No. 12.

1          THE COURT:  Let me look at it.

2          MR. BALDWIN:  Yes, Your Honor.  It's just the first

3    sentence, Your Honor.

4          THE COURT:  I'm sorry.  And your proposed change?

5          MR. BALDWIN:  Yes, Your Honor.  The sentence reads

6    currently, "Special verdict forms have been prepared for you,

7    one for each count."  In fact, there are two for Count One

8    because there is a proceeds special verdict form and there is

9    another special verdict form for facilitating property, so

10   there is two for Count One and one each for Counts Two and

11   Three.

12         THE COURT:  Do you want to make that change, and are

13   you going to make the change in what goes back?

14         MR. BALDWIN:  I can --

15         THE COURT:  I mean, I can say it.  The question is,

16   in terms of what is being sent back to the jury, did you want

17   to make a change on No. 12 or I can just say it?  I am not sure

18   it's substantively a problem.

19         MR. BALDWIN:  I think we just -- if we could just

20   note that in the written instructions, it says one for each

21   count.

22         THE COURT:  So it's two for Count One and then one

23   for the other counts?

24         MR. BALDWIN:  Yes, Your Honor.

25         THE COURT:  Okay.

1          MR. BALDWIN:  And that's clearly reflected in the

2     special verdict forms where they are labeled one, two, three,

3     and four.

4          THE COURT:  Okay.  I think we can take care of that.

5     I don't think that requires a whole rewrite.

6          All right.  Then taking the verdict now, we will take the

7     verdict, and then I will, assuming a guilty verdict, if that's

8     what it is, I will instruct the jury right away, give argument

9     -- how much argument does the government want?

10          MR. BALDWIN:  Five to ten minutes, Your Honor.

11          MR. BURNHAM:  Ten minutes, please.

12          And it just occurred to me if it's a split verdict, if

13     there is one not guilty and some guilties, we will have to make

14     some --

15          THE COURT:  Let's see what we get and we will see

16     where we are.

17          Would you mind getting me a cup of water, please?

18          All right.  Well, we will then start with taking the

19     verdict, the general verdict, so, Madam Clerk, if you will

20     bring the jury in.

21          THE DEPUTY CLERK:  Yes, Your Honor.

22          MR. BALDWIN:  Yes, Your Honor.  If we had to make a

23     change and type it in and go downstairs, we can do that fairly

24     quickly.

25          THE COURT:  Sorry.  I need you to start again.

1          MR. BALDWIN:  Your Honor, if we had to make a change,

2     if you wanted us to type -- retype that instruction, we could

3     do it fairly quickly.  This is not a large document.

4          THE COURT:  I don't think there is a problem.  I

5     mean, they will see there are multiple forms, and I will

6     explain.  I think it might be helpful if you hold up the forms

7     when you talk, though, and explain here there are actually two

8     as the Court advised you, and so on.  There won't be a problem

9     with that.  But let the jury see what you are talking about.

10          MR. BALDWIN:  Yes, Your Honor.  Thank you.

11          THE COURT:  The other thing I would say is that the

12     jury will be advised that all the other instructions given in

13     connection with the general verdict continue to apply here,

14     too, that is, instructions general about witnesses and so on

15     and so forth.

16          MR. BALDWIN:  Yes, Your Honor.  I think that the

17     standard is different, but yes.

18          THE DEPUTY CLERK:  Your Honor, are you ready for the

19     jury?

20          THE COURT:  Bring them in.

21        (The jury panel enter the courtroom at 11:21 a.m.)

22          THE COURT:  All right.  Ladies and gentlemen of the

23     jury, I understand you have reached a verdict, so, Madam Clerk,

24     if you will take the verdict, please, referring to the general

25     verdict form.

1          THE DEPUTY CLERK:  Yes, Your Honor.

2      We are here to receive the verdict in Criminal No.

3  PJM-16-0403, the *United States of America vs. Tiba Sakuri*

4  *Conley*.

5      Members of the jury panel, when I call your juror number,

6  would you please answer "present."

7      Juror No. 1.

8          A JUROR:  Present.

9          THE DEPUTY CLERK:  Juror No. 2.

10          A JUROR:  Present.

11          THE DEPUTY CLERK:  Juror No. 3.

12          A JUROR:  Present.

13          THE DEPUTY CLERK:  Juror No. 4.

14          A JUROR:  Present.

15          THE DEPUTY CLERK:  Juror No. 5.

16          A JUROR:  Present.

17          THE DEPUTY CLERK:  Juror No. 6.

18          A JUROR:  Present.

19          THE DEPUTY CLERK:  Juror No. 7.

20          A JUROR:  Present.

21          THE DEPUTY CLERK:  Juror No. 8.

22          A JUROR:  Present.

23          THE DEPUTY CLERK:  Juror No. 9.

24          A JUROR:  Present.

25          THE DEPUTY CLERK:  Juror No. 10.

1          A JUROR:  Present.

2          THE DEPUTY CLERK:  Juror No. 11.

3          A JUROR:  Present.

4          THE DEPUTY CLERK:  And Juror No. 12.

5          A JUROR:  Present.

6          THE DEPUTY CLERK:  Members of the jury, have you

7     agreed on your verdict?

8          (The jury panel reply, "Yes.")

9          THE DEPUTY CLERK:  Who shall speak for you?

10         (The jury panel reply, "Our foreperson.")

11         THE DEPUTY CLERK:  Would the foreperson please rise.

12         Has the verdict sheet which was submitted to the jury

13    been answered?

14         FOREPERSON:  Yes.

15         THE DEPUTY CLERK:  Is the form signed and dated by

16    you?

17         FOREPERSON:  Yes.

18         THE DEPUTY CLERK:  When I step down, please hand me

19    the verdict form so I may present it to the judge.

20         As I read the questions, please provide the answers.

21         General verdict form.  Count One.  Question 1:  How do

22    you find the defendant, Tiba Sakuri Conley, as to Count One of

23    the superseding indictment, possession with intent to

24    distribute controlled substances?  Guilty or not guilty?

25         FOREPERSON:  Guilty.

1          THE DEPUTY CLERK:  Having found the defendant guilty

2    of Count One, Question 2:  What controlled substance or

3    substances do you find were possessed with intent to distribute

4    by Tiba Sakuri Conley?

5          FOREPERSON:  Both, cocaine base and cocaine.

6          THE DEPUTY CLERK:  So that was cocaine base?  Yes or

7    no?

8          FOREPERSON:  Yes.

9          THE DEPUTY CLERK:  Cocaine?  Yes or no?

10         FOREPERSON:  Yes.

11         THE DEPUTY CLERK:  Having found the defendant guilty,

12   how do you find -- Question 3:  Having found the defendant

13   guilty, how do you find as to the amount of cocaine base

14   possessed by the defendant, Tiba Sakuri Conley?  28 grams or

15   more?

16         FOREPERSON:  Yes.

17         THE DEPUTY CLERK:  Count Two.  Question 4:  How do

18   you find the defendant, Tiba Sakuri Conley, as to Count Two of

19   the superseding indictment, possession of firearms in

20   furtherance of a drug trafficking crime?  Guilty or not guilty?

21         FOREPERSON:  Guilty.

22         THE DEPUTY CLERK:  Question 5:  Having found the

23   defendant guilty, what firearm or firearms do you find were

24   possessed in furtherance of a drug trafficking crime by Tiba

25   Sakuri Conley?  Springfield Armory, Model XD-45 ACP, .45

1  caliber semiautomatic pistol?  Yes or no?

2          FOREPERSON:  Yes.

3          THE DEPUTY CLERK:  Masterpiece Arms, Model 10, .45

4  caliber semiautomatic pistol?  Yes or no?

5          FOREPERSON:  Yes.

6          THE DEPUTY CLERK:  Del-Ton Inc., Model DTI-15, 5.56

7  by 45 millimeter, semiautomatic rifle?  Yes or no?

8          FOREPERSON:  Yes.

9          THE DEPUTY CLERK:  Yugoslavia, Model 59/66, 7.62

10  times 39 millimeter, semiautomatic rifle?  Yes or no?

11          FOREPERSON:  Yes.

12          THE DEPUTY CLERK:  Count Three.  Question 6:  How do

13  you find the defendant, Tiba Sakuri Conley, as to Count Three

14  of the superseding indictment, felon in possession of firearms

15  and ammunition?  Guilty or not guilty?

16          FOREPERSON:  Guilty.

17          THE DEPUTY CLERK:  Having found the defendant guilty

18  of Count Three, Question 7:  What firearm or ammunition do you

19  find were possessed by Tiba Sakuri Conley?  Springfield Armory,

20  Model XD-45 ACP, .45 caliber semiautomatic pistol?  Yes or no?

21          FOREPERSON:  Yes.

22          THE DEPUTY CLERK:  Masterpiece Arms, Model 10, .45

23  caliber semiautomatic pistol?  Yes or no?

24          FOREPERSON:  Yes.

25          THE DEPUTY CLERK:  Del-Ton Inc., Model DTI-15, 5.56

1   times 45 millimeter, semiautomatic rifle?  Yes or no?

2           FOREPERSON:  Yes.

3           THE DEPUTY CLERK:  Yugoslavia, Model 59/66, 7.62

4   times 39 millimeter, semiautomatic rifle?  Yes or no?

5           FOREPERSON:  Yes.

6           THE DEPUTY CLERK:  50 rounds of PMC Bronze .223

7   caliber ammunition?  Yes or no?

8           FOREPERSON:  Yes.

9           THE DEPUTY CLERK:  39 rounds of PMC .45 caliber

10  ammunition?  Yes or no?

11          FOREPERSON:  Yes.

12          THE DEPUTY CLERK:  30 rounds of Winchester .45

13  caliber ammunition?  Yes or no?

14          FOREPERSON:  Yes.

15          THE DEPUTY CLERK:  14 rounds of Wolf 7.62 times 39

16  ammunition?  Yes or no?

17          FOREPERSON:  Yes.

18          THE DEPUTY CLERK:  11 rounds of JSC Barnaul 7.62

19  times 39 ammunition?  Yes or no?

20          FOREPERSON:  Yes.

21          THE DEPUTY CLERK:  Four rounds of Remington .45

22  caliber ammunition?  Yes or no?

23          FOREPERSON:  Yes.

24          THE COURT:  Counsel want to poll the jury?

25          MR. BURNHAM:  Yes, Your Honor.

1          THE DEPUTY CLERK:  Juror No. 1, having delivered the

2  verdict of the jury, is that your verdict also?

3          FOREPERSON:  Yes.

4          THE DEPUTY CLERK:  Thank you.  You may be seated.

5      Juror No. 2, please rise.  Having heard the verdict of

6  your foreperson, is that your verdict also?

7          A JUROR:  Yes.

8          THE DEPUTY CLERK:  Thank you.  Please be seated.

9      Juror No. 3, please rise.  Having heard the verdict of

10  your foreperson, is that your verdict also?

11          A JUROR:  Yes.

12          THE DEPUTY CLERK:  Thank you.  You may be seated.

13      Juror No. 4, please rise.  Having heard the verdict of

14  your foreperson, is that your verdict also?

15          A JUROR:  Yes.

16          THE DEPUTY CLERK:  Thank you.  You may be seated.

17      Juror No. 5, please rise.  Having heard the verdict of

18  your foreperson, is that your verdict also?

19          A JUROR:  Yes, it is.

20          THE DEPUTY CLERK:  Thank you.  You may be seated.

21      Juror No. 6, please rise.  Having heard the verdict of

22  your foreperson, is that your verdict also?

23          A JUROR:  Yes.

24          THE DEPUTY CLERK:  Thank you.  You may be seated.

25      Juror No. 7, please rise.  Having heard the verdict of

1    your foreperson, is that your verdict also?

2                A JUROR:  Yes.

3                THE DEPUTY CLERK:  Thank you.  You may be seated.

4           Juror No. 8, please rise.  Having heard the verdict of

5    your foreperson, is that your verdict also?

6                A JUROR:  Yes.

7                THE DEPUTY CLERK:  Thank you.  You may be seated.

8           Juror No. 9, please rise.  Having heard the verdict of

9    your foreperson, is that your verdict also?

10               A JUROR:  Yes.

11               THE DEPUTY CLERK:  Thank you.  You may be seated.

12          Juror No. 10, please rise.  Having heard the verdict of

13   your foreperson, is that your verdict also?

14               A JUROR:  Yes.

15               THE DEPUTY CLERK:  Thank you.  You may be seated.

16          Juror No. 11, please rise.  Having heard the verdict of

17   your foreperson, is that your verdict also?

18               A JUROR:  Yes.

19               THE DEPUTY CLERK:  Thank you.  You may be seated.

20          And Juror No. 12, please rise.  Having heard the verdict

21   of your foreperson, is that your verdict also?

22               A JUROR:  Yes.

23               THE COURT:  Harken the jury.

24               THE DEPUTY CLERK:  Members of the jury, you have

25   heard the verdict and answers thereto as delivered by your

1    foreperson and they have been recorded and do each of you

2    agree?

3              (The jury panel reply, "Yes.")

4                   THE DEPUTY CLERK:  Verdict recorded, Your Honor.

5                   THE COURT:  Thank you, Madam Clerk.

6              Ladies and gentlemen, ordinarily, I would say thank you

7    very much and time to go home.  There is one very short follow

8    on to this case, and this is what it deals with:  In connection

9    with the jury verdict that you have returned, there is a

10   question of whether the defendant is obliged to forfeit to the

11   government certain things that were present on the scene of the

12   -- of the crimes, that is, weapons and cash and such.  That's

13   called a forfeiture proceeding.  And we don't get there unless

14   you have found a guilty verdict, which is why I need to address

15   this with you now.

16             It is a brief matter, but what I am going to do is read

17   you some short further instructions, then you will hear some

18   remarks from counsel, send you back to the jury room to make

19   findings on the forfeiture point, and then, as you do, we will

20   take essentially a different -- a separate verdict on that.

21             So although you were probably all geared to walk out of

22   here right away, give us a short bit of time more to approach

23   this issue.

24             All right.  Let's start with Forfeiture Instruction No.

25   1.

1    In view of your verdict that the defendant is guilty of

2  the counts in the superseding indictment, you have this one

3  additional task to perform before I do discharge you.

4    What you have to decide now is whether there is a nexus,

5  that is a connection, between the property the United States

6  alleges should be forfeited to the United States and the

7  conduct for which you have already found the defendant guilty.

8    I instruct you, however, that your previous finding that

9  the defendant is guilty is final, conclusive, and binding.  And

10 since you are bound by your previous finding that the defendant

11 is guilty, I direct you not to discuss in your forfeiture

12 deliberations whether the defendant is guilty or not guilty of

13 any violations.  But all my previous instructions regarding

14 direct and circumstantial evidence, credibility of witnesses,

15 the duty to deliberate, etc., will apply with respect to your

16 verdict in the present case.

17   Now, my instructions regarding the government's burden of

18 proof on your verdict on the guilt of a defendant, it happens,

19 do not apply to your deliberations and verdicts regarding

20 forfeiture.  When you are deciding and deliberating on the

21 verdicts as to forfeiture, the United States need only prove

22 the forfeiture by a preponderance of the evidence, not beyond a

23 reasonable doubt.  And when we say something is proved by a

24 preponderance of the evidence, it means it's proving that it is

25 more likely true than not true.  The decision is made by

1   considering all the evidence on the subject and deciding which

2   evidence you believe.

3        Each party is entitled to the benefit of all evidence

4   received, regardless of who may have offered the evidence, but

5   bear in mind preponderance of the evidence is a less exacting

6   standard than proof beyond a reasonable doubt.  Your job is to

7   determine whether it is more likely than not whether the seized

8   U.S. currency, the seized firearms, and the seized ammunition

9   had a sufficient nexus or connection to the offenses of

10  conviction, that is, possession with intent to distribute

11  controlled substances, Count One, possession of firearms in

12  furtherance of a drug trafficking crime, Count Two, or

13  possession of firearms and ammunition, Count Three.  And I am

14  going to instruct you now a bit about whether such a nexus or

15  connection existed, which you should, of course, consider when

16  you go back out.

17       I instruct you, however, that, again, your previous

18  findings as to the defendant's guilt are final, conclusive, and

19  binding.  And because you are bound by those previous findings

20  that the defendant is guilty, again, I tell you not to discuss

21  during your forfeiture deliberations whether the defendant is

22  guilty or not guilty of any violations.

23       And, again, all of my instructions from before apply

24  except with respect to the burden of proof, which I have just

25  talked to you about.

1    Now, while deliberating, you may consider any evidence

2  previously admitted, including testimony offered by the parties

3  at any time during the trial.

4    Under federal law, you are advised a person who is

5  convicted of possession with intent to distribute controlled

6  substances, as to which you found the defendant guilty, is

7  required to forfeit, that is give up to the United States any

8  property constituting or derived from any proceeds the person

9  obtained, directly or indirectly, as a result of such

10  violation; and, two, any of the person's property used, or

11  intended to be used, in any matter or part, to commit, or to

12  facilitate the commission of, such violation.

13    Further, under federal law, a person who is convicted of

14  possession of a firearm in furtherance of a drug trafficking

15  crime, Count Two, for which, again, you have found the

16  defendant guilty, that person is required to forfeit to the

17  United States any firearm or ammunition involved in or used in

18  any knowing violation of Section 924.

19    Under federal law, a person who is convicted of felon in

20  possession of a firearm, Count Three, and ammunition, Count

21  Three, is required to forfeit to the United States any firearm

22  or ammunition involved in or used in any knowing violation of

23  the relevant statute.

24    Just a few words by way of definition.  First, as to

25  proceeds, the term "proceeds" means property of any kind

1  obtained directly or indirectly, as the result of the

2  commission of the offense possession with intent to distribute

3  controlled substances, for which, again, you have found the

4  defendant guilty, and any property that might be traceable

5  thereto.  Proceeds are property that the defendant would not

6  have but for the criminal offense.

7       "Proceeds" refer to gross proceeds, not net proceeds.

8  Therefore, proceeds are not limited to the net gain or profit

9  realized from the offense and the defendant is not entitled to

10  have expenses deducted from this figure.  Thus, the amounts

11  subject to forfeiture are the gross proceeds of the defendant's

12  controlled substance offense.

13       Let me talk about the word "facilitating."

14       As to forfeiture in connection with Count One, which

15  charged possession with intent to distribute controlled

16  substances, "facilitating" property, which is subject to

17  forfeiture, is any property used or intended to be used to

18  facilitate the commission of the offense for which you have

19  found the defendant guilty.  Facilitating property is any

20  property that makes the crime easier to commit or harder to

21  detect.  If the use of the property made the crime easier to

22  commit or harder to detect, then it is subject to forfeiture.

23       To facilitate the commission of an offense means to aid,

24  promote, advance, or make easier the commission of the act or

25  acts constituting the offense.  There must be more than an

1  incidental or fortuitous connection between the property and

2  the offense for you to find that the property facilitated or

3  was intended to facilitate the commission of the crime -- of

4  the offense in this case.

5       However, the property need not be indispensable to the

6  commission of the illegal activity nor does the property have

7  to have been used by the defendant exclusively for this

8  behavior to be forfeitable.  Property that is used the vast

9  majority of the time for legitimate purposes may nevertheless

10 be forfeited if it facilitates a criminal offense.  The

11 facilitation of even a single offense is sufficient to justify

12 forfeiture.

13      As previously stated, property that has not been used but

14 was intended to be used to facilitate the commission of the

15 offense shall also be forfeited.

16      Now, I further instruct you that what happens to any

17 property that you find to be connected to the offense is

18 exclusively a matter for the Court, that is me, as the judge,

19 to decide.  So you should not consider what might happen to the

20 property; your task is to find whether or not the government

21 has established, by a preponderance of the evidence, again, a

22 different standard, that there is a substantial connection

23 between the property and the offense or offenses as to which

24 the defendant has been convicted.  If you find that such a

25 connection exists, then I, as the Court, will decide what

1    happens to the property.

2         In that connection, you should not be concerned with who

3    was the owner of the property and you should disregard any

4    claims that other persons may have to the property.  The

5    interests of other persons that they may have in the property

6    will be taken into account by the Court, by me, at a later

7    time.  Similarly, you are not to consider whether the property

8    is presently available or whether the forfeiture of the

9    property would continue -- constitute, rather, excessive

10   punishment.  Again, these are matters that I will take into

11   account at a later time.

12        Your sole concern at this point is to determine whether

13   the items specified in the special verdict forms, and there is

14   more than one, I will say this in a moment, were involved in or

15   in any way used in any offense which you have found the

16   defendant committed.

17        Now, you must reach here a unanimous verdict as to each

18   question on each special verdict form, and everyone must the

19   agree to any yes or no answer that you enter on the special

20   verdict form.

21        Now, there are special verdict forms.  They are like a

22   general verdict form that you receive, but they pertain

23   specifically to the forfeiture issues.  Special verdict forms

24   have been prepared for you.  Two are prepared for Count One and

25   then one each for Counts Two and Three.  And the special

1   verdict form lists the property the government asserts has a

2   nexus to the crimes for which the defendant has been convicted.

3   So you must answer each question by simply putting an X or

4   checkmark in the space provided next to the words "yes" or

5   "no."  The foreperson, as before, must then sign and date the

6   special verdict forms.

7        Anything further on the instructions from counsel?

8             MR. BALDWIN:  No, Your Honor.

9             THE COURT:  Defendant?

10            MR. BURNHAM:  No, Your Honor.

11            THE COURT:  All right.  You have a brief opportunity,

12  then, to address the jury, Mr. Baldwin.

13            MR. BALDWIN:  Yes, Your Honor.  Just one moment.

14            THE COURT:  All right.  Do you need the Lavalier?

15            MR. BALDWIN:  May I proceed, Your Honor?

16       Good morning.

17       (The jury panel reply, "Good morning.")

18            MR. BALDWIN:  I will jump right to the details here.

19  You are going to see the special verdict forms.  There are four

20  special verdict forms.  There are two for the first count,

21  associated with the first count, and the first one is -- goes

22  to proceeds, and it lists the -- excuse me.

23       Thank you.

24       So the first special verdict form goes to proceeds, and

25  it breaks down two amounts of cash that were shown at trial.

1   And for -- to help you recall what that is, I am referring to

2   Search Warrant 5, which was the $495 that were taken out of the

3   defendant's pants pocket, if you recall, by Sergeant Capone who

4   testified as to that matter.  There is $495 here.  And also the

5   $9,000 in cash that was seized from a shoebox in the bedroom of

6   the apartment, if you recall.  That is Search Warrant No. 3.

7        Everybody in the jury, can you see that?

8        So those are the two amounts that we are talking about in

9   terms of proceeds.  And the question is whether they were

10  proceeds of the crime?

11       You can see here the instruction says, "Does the

12  following property constitute property constituting, or derived

13  from, any proceeds the person obtained, directly or indirectly,

14  as the result of the commission of the offense?"  So that's the

15  first way that you can look at this to determine whether these

16  are proceeds by a preponderance of the evidence, so more likely

17  than not that some of these proceeds, $495 or $9,000, were

18  proceeds from drug activity.  If so, then that's one basis for

19  a finding.

20       Special Verdict Form No. II looks at whether various

21  property -- looks at whether various property -- also, Special

22  Verdict Form II also relates to Count One, so the first two

23  special verdict forms relate to Count One.

24       The second Special Verdict Form is a different type of

25  way that the government may seek forfeiture of property, and

1   that is facilitating property.  So property that facilitates a

2   crime makes it more likely, enhances the probability of the

3   crime, that is, proceeds for that is property that the

4   government may seize.

5       So, if you just heard the instructions, it says easier to

6   commit or hard to detect, it makes the crime easier to commit

7   or hard to detect.  There has to be more than an incidental or

8   fortuitous connection.

9       I am going to focus here on -- on the monies here because

10  the firearms that were connected were -- all four of the

11  firearms here you found in your previous verdict in furtherance

12  of a drug trafficking crime, so those, I would argue to you,

13  could be facilitating property, as you have already found that

14  they were associated with that in furtherance of the drug

15  trafficking crime.

16      So I am going to focus here on the money.  And if you

17  recall, the first principle I want to remind you of is that a

18  drug trafficking crime is a cash business.  It's a cash

19  business.  You don't receive by check.  You have to pay for

20  drugs that you are going to turn around and sell with cash, and

21  then you sell it to other people in return for cash.

22      The night that the search warrant was executed, 15

23  minutes after Mr. Conley returned to his residence, he was

24  searched.  After they found that gun on the table, they

25  searched him, and what did they find?  They found $495 and 5.8

1   grams of crack cocaine in his sock.  If you recall, I did some
2   simple math for you.  And if you remember what TFO Jaramillo
3   said, that is, that $20 to $30 for a tenth of a gram, so 5.8
4   grams of crack cocaine is 58 tenths.  I simplified that and
5   said, Let's just take five grams because it's easier math.  You
6   multiple that times 20 -- that's 50 tenths.  You multiply that
7   by 20, which is the lowest amount of the range that Detective
8   Jaramillo gave, and that's $1,000.  That's -- so that's
9   actually a lowball estimate of the value of the amount that was
10  found in his sock.

11        And in the residence itself, there were more than 60
12  grams of cocaine base.  Okay.  That's 12 times the amount that
13  was in his sock because it was, I believe, 69 grams of cocaine,
14  so that includes the 5.8.  So what we are talking about is 60
15  grams of cocaine base.  What's the value of that?  It's 12
16  times that amount we calculated for the sock.  That's $12,000.
17  That's $12,000 worth of cocaine street value once distributed
18  on the street.

19        What we found -- and you might say to yourself $9,000 is
20  a lot of money, and it is a lot of money, but that's the kind
21  of money we are talking about when you have got this much crack
22  cocaine and powder cocaine that is being cooked into crack
23  cocaine in a residence.  You have to have stores of cash in
24  order to purchase product, and then you have cash coming back
25  when you sell the product, so $9,000 in terms of the amount of

1 crack cocaine and cocaine that was found in this residence

2 wouldn't even cover the costs of that.  It certainly wouldn't

3 be enough for people on the street to pay for the amount of

4 cocaine that was found in the apartment.  So, in that sense,

5 this money is facilitating property.

6          Could it facilitate this drug trafficking crime?  Well,

7 he absolutely had to have money in order to purchase product

8 and he absolutely made money by selling product, and the

9 government submits that this is facilitating property clearly

10 for his drug trafficking crime with all that crack cocaine and

11 cocaine that was found in the -- in the residence.  There is a

12 substantial connection there.

13          And, of course, with respect to the -- the firearms and

14 ammunition that are laid out in Special Verdict Form-II, did

15 that -- all that -- those firearms and the ammunition

16 facilitate a drug trafficking crime?  Again, I refer you to the

17 testimony of Detective Jaramillo.  The fact is, is that it's a

18 violent business, and guns and ammunition are had to protect

19 you.  These guns and ammunition were at ready at hand, about as

20 ready at hand as you could have guns and ammunition to take

21 care of any issues should someone try to come get your cocaine

22 or your money, which there was a substantial amount, and that's

23 why that protection is needed.  That's a lot of money.

24          And people who do this, they understand who drug

25 distributors are.  That's why it's a violent business because

1   people can come seize it.  And, therefore, we believe there is

2   a substantial connection to the guns and ammunition to the drug

3   trafficking crime.

4       Special Verdict Form-III is, again, is for Count Two,

5   possession of a firearm in furtherance of a drug trafficking

6   crime.  You have already found on the general verdict form

7   regarding these firearms, and so I leave that to your

8   consideration.

9       And, finally, Special Verdict Form-IV deals with, again,

10  the possession of a firearm or ammunition, and it specifies the

11  firearms and the ammunition there that were in the superseding

12  indictment as read to you in the previous instructions, and as

13  -- we submit that there is an obvious connection between those

14  items and Count Three.

15      Thank you.

16          THE DEPUTY CLERK:  Here is a second one.

17          MR. BURNHAM:  Good afternoon again, everyone.  Give

18  me one moment to get set up here.

19      Members of the jury, thank you for your service.

20  Obviously, it wasn't the verdict we were hoping for, but we

21  respect it and continue to be appreciative of your service.

22      As to this last question, the forfeiture question, the

23  part of the forfeiture that deals with the firearms and the

24  ammunition, we will leave that to you all's sound discretion.

25      As to the currency, there are a few things I want to say.

1  I don't want to repeat all of what I said in the closing or

2  anywhere close to it, but it remains relevant at this juncture

3  that the government didn't provide you all with much or really

4  any detail about the nature of the drug traffic activity other

5  than what was found in the apartment.  So that leaves open the

6  question of where exactly the money in the apartment came from,

7  and you all can use your common experience in considering that

8  question in that many types of work, even if the drug business

9  is all cash, which we have no doubt that it is, there is many

10 -- many types of legitimate work that are frequently conducted

11 in cash as well.

12      Sometimes people work under the table, so the saying

13 goes.  They probably shouldn't, but they do: construction jobs,

14 day labor jobs, moving.  I am sure you all can think of other

15 types of gig work that's often paid in cash.

16      Same goes for activities like sports gambling, betting at

17 the casino.  All of that takes place in cash.  It's curious

18 that Government's Exhibit E4 here, if you look at it, I can't

19 see every bill, but it appears to be all or substantially all

20 $100 bills.  There is a few 20s in the back there, but it's

21 many, many $100 bills.  And you would expect, if the

22 government's theory is right and this was drug trafficking

23 proceeds or money used to facilitate drug trafficking, you'd

24 see a much, much greater variety of currency, 5s, 1s, 20s,

25 rather than these unnaturally crisp looking $100 bills where

1  you can still even see the mark of some kind of a band on one

2  of them, which we submit supports the idea that they could have

3  come from some other type of activity, and that, at any rate,

4  the government hasn't proven, more likely than not, that they

5  either facilitated or constituted the proceeds of drug

6  trafficking.

7       Thank you.

8          THE COURT:  Rebuttal from the government?

9          MR. BALDWIN:  Yes, Your Honor.

10      It is not the case --

11          THE DEPUTY CLERK:  Now try it.  Sorry.

12          MR. BALDWIN:  Thank you.

13      It is not the case that the $9,000 had to come from --

14  directly from drug activity.  There are two special verdict

15  forms, one for the -- one is for proceeds and the second is for

16  facilitating property, as I was stressing before.  You can look

17  at this money.  There is lots of $100 bills.  When you are

18  dealing in lots of drugs, $100 bills makes a very sound way to

19  carry a smaller roll of money if you are trying to move money

20  around.

21      And I appeal to your common sense there, but the fact is,

22  is that facilitating property to facilitate drugs, you need

23  money to use it and you need lots of cash to use it.  Ask

24  yourself why you keep $9,000 -- why the defendant kept $9,000

25  in cash in a shoebox when, as you saw, he had different

1  accounts.  There was paperwork in his apartment.  He could have

2  kept a -- he could have kept an account, money in that account.

3       But $9,000 sitting around in cash, that is very

4  suggestive of needing that cash when you need it, and that is

5  facilitating of drug property, literally facilitating the ease

6  of accessing your cash in order to take that cash and to go

7  spend it to get drugs or proceeds of drugs.  There is a lot of

8  $100 bills in here, but there is also some 20s, and that's -- I

9  will leave the rest to the jury.

10      Thank you.

11      THE COURT:  All right, folks.  I am going to send you

12  back to deliberate again.  Just as before, conduct your

13  deliberations as you will.  The forelady can typically chair

14  the discussions.  Reach a unanimous verdict if you can as to

15  the special verdict forms, and then when you return, we will

16  take the verdict as to these issues as we did before.

17      So if you will step back now.  Theresa, see that they

18  each have copies of the instructions, and go with her, and then

19  pick up your deliberations right away.

20      (The jury panel exit the courtroom at 11:57 a.m.)

21      THE COURT:  Theresa, since there has been a finding

22  of guilt on the underlying charges, let's go ahead and set a

23  sentencing date if we can.  We need to talk to Jessi, order a

24  presentence report, and set a sentencing date.

25      THE DEPUTY CLERK:  Yes, Your Honor.  Let me find the

1 sentencing dates.

2       THE COURT:  Counsel, in connection with the

3 sentencing, will there be any further argument or presentation

4 relative to the forfeiture issues?

5       MR. BALDWIN:  Your Honor, I think after they -- if

6 they -- depending what they find here, Your Honor, then we

7 would file a motion for preliminary order of forfeiture in

8 short order and then seek to make it final at sentencing.

9       THE COURT:  So no further hearing would be

10 appropriate at the time of sentencing?

11       MR. BALDWIN:  I think there may be -- I think the --

12 well, having -- the nexus having been shown, Your Honor, I

13 think that the defendant can object at that point.

14       THE COURT:  I ask it, of course, in terms of whether

15 we have to have anymore extended time for the hearing.

16       MR. BALDWIN:  Your Honor, I think we should allocate

17 some additional time for the hearing not with respect to

18 forfeiture but with respect to the underlying facts.

19       THE COURT:  Is two hours appropriate?

20       MR. BALDWIN:  I think probably half a day, Your

21 Honor.  Four hours.

22       THE COURT:  Well, all right.  Let's do that then,

23 Theresa.

24       THE DEPUTY CLERK:  Your Honor, I just want to confirm

25 with Jessi that there is enough time on the date she submitted.

1          THE COURT:  All right.

2          THE DEPUTY CLERK:  Yes.  You have enough time.  The

3   dates are December 17th at 11, January 5th, also at 11, and

4   January 7th, also at 11.

5          THE COURT:  Which would run into the afternoon given

6   their request?

7          THE DEPUTY CLERK:  Correct.  Or those days are

8   completely available on the calendar, so it can be in the

9   afternoon.

10          THE COURT:  That's fine.

11          MR. BALDWIN:  Your Honor, of those dates, I am

12   available January 7th.

13          THE COURT:  Is that the date you are asking for?

14          MR. BALDWIN:  Yes, Your Honor.

15          THE COURT:  January 7?

16          MR. BALDWIN:  Yes, Your Honor.

17          THE COURT:  Mr. Burnham.

18          MR. BURNHAM:  Yes.  I am free all day on the 7th.

19          THE COURT:  Let's make it January 7th.  And the Court

20   will order the presentence report then and we will go forward

21   then.

22          THE DEPUTY CLERK:  Your Honor, at what time on

23   January 7th?

24          THE COURT:  I guess 11 works.  If you want half a

25   day, we will get a couple of hours in the morning and,

1   presumably, a couple of hours in the afternoon, but it's hard

2   to get four hours in the morning or afternoon, you do have to

3   break it up, so 11 to one and then two to four if need be.

4           MR. BALDWIN:  Thank you, Your Honor.

5           THE DEPUTY CLERK:  I will complete the form and

6   submit it to you for signature, Judge.

7           THE COURT:  All right.  We can, I think, perhaps take

8   a short break now because I don't know how long the jury is

9   going to be, but let's briefly recess, and then we will pick

10  up.

11          MR. BALDWIN:  Thank you, Your Honor.

12      (Recess taken from 12:03 p.m. until 12:53 p.m.)

13          THE COURT:  Please be seated.

14      All right.  We have the verdict so we are ready to bring

15  the jury back.  I have told Theresa that she should take the

16  verdict as before, take the roll, take the verdict, poll if you

17  require.  And we are going to telescope a little bit by not

18  reading through the name of each of the arms and each of the

19  ammunition, just by using the first couple of words through

20  each to go down.  That will save some time since there is quite

21  a bit of repetition there.

22          MR. BALDWIN:  Yes, Your Honor.

23          THE COURT:  All right.  If you will, Madam Clerk.

24      (The jury panel enter the courtroom at 12:55 p.m.)

25          THE COURT:  All right.  Ladies and gentlemen, they

1    are saying you reached a verdict on the forfeiture issues.

2         Do you want me to look at those first?

3             THE DEPUTY CLERK:  We are here to receive the special

4    forfeiture verdict in Criminal No. PJM-16-0403, the *United*

5    *States of America vs. Tiba Sakuri Conley.*

6         Members of the jury panel, when I call your juror number,

7    would you please answer "present."

8         Juror No. 1.

9             A JUROR:  Present.

10            THE DEPUTY CLERK:  Juror No. 2.

11            A JUROR:  Present.

12            THE DEPUTY CLERK:  Juror No. 3.

13            A JUROR:  Present.

14            THE DEPUTY CLERK:  Juror No. 4.

15            A JUROR:  Present.

16            THE DEPUTY CLERK:  Juror No. 5.

17            A JUROR:  Present.

18            THE DEPUTY CLERK:  Juror No. 6.

19            A JUROR:  Present.

20            THE DEPUTY CLERK:  Juror No. 7.

21            A JUROR:  Present.

22            THE DEPUTY CLERK:  Juror No. 8.

23            A JUROR:  Present.

24            THE DEPUTY CLERK:  Juror No. 9.

25            A JUROR:  Present.

1          THE DEPUTY CLERK:  Juror No. 10.

2          A JUROR:  Present.

3          THE DEPUTY CLERK:  Juror No. 11.

4          A JUROR:  Present.

5          THE DEPUTY CLERK:  And Juror No. 12.

6          A JUROR:  Present.

7          THE DEPUTY CLERK:  Members of the jury, have you

8  agreed on your verdict?

9      (The jury panel reply, "Yes.")

10          THE DEPUTY CLERK:  Who shall speak for you?

11      (The jury panel reply, "Our foreperson.")

12          THE DEPUTY CLERK:  Would the foreperson please rise.

13      Have the special vertical sheets which were submitted to

14  the jury been answered?

15          FOREPERSON:  Yes.

16          THE DEPUTY CLERK:  Are the forms signed and dated by

17  you?

18          FOREPERSON:  Yes.

19          THE DEPUTY CLERK:  When I step down, please hand the

20  special verdict forms to me so that I may present them to the

21  judge.

22          THE COURT:  All right.

23          THE DEPUTY CLERK:  As I read the questions, please

24  provide the answers.

25      Special Verdict Form-I.  Count One, possession with

1  intent to distribute controlled substance.

2      Does the following property constitute property

3  constituting, or derived from, any proceeds the person

4  obtained, directly or indirectly, as the result of the

5  commission of the offense, possession with intent to distribute

6  controlled substances?

7      Item No. 1:  $495 in U.S. currency?  Yes or no?

8          FOREPERSON:  Yes.

9          THE DEPUTY CLERK:  Item No. 2:  $9,000 in U.S.

10  currency?  Yes or no?

11          FOREPERSON:  Yes.

12          THE DEPUTY CLERK:  Special Verdict Form-II.  Count

13  One, possession with intent to distribute controlled

14  substances.

15      Does the following property constitute property used or

16  intended to be used in any manner or part to commit or

17  facilitate the commission of the offense, possession with

18  intent to distribute controlled substances?

19      Item No. 1:  $495 in U.S. currency?  Yes or no?

20          FOREPERSON:  Yes.

21          THE DEPUTY CLERK:  Item No. 2:  $9,000 in U.S.

22  currency?  Yes or no?

23          FOREPERSON:  Yes.

24          THE DEPUTY CLERK:  Item No. 3:  A Springfield Armory

25  pistol?  Yes or no?

1                   FOREPERSON:  Yes.

2                   THE DEPUTY CLERK:  Item No. 4:  A Masterpiece Arms

3     pistol?  Yes or no?

4                   FOREPERSON:  Yes.

5                   THE DEPUTY CLERK:  Item No. 5:  A Del-Ton Inc. rifle?

6     Yes or no?

7                   FOREPERSON:  Yes.

8                   THE DEPUTY CLERK:  Item No. 6:  A Yugoslavia, Model

9     No. 59/66 rifle?  Yes or no?

10                  FOREPERSON:  Yes.

11                  THE DEPUTY CLERK:  Item No. 7:  50 rounds of PMC

12    Bronze .223 caliber ammunition?  Yes or no?

13                  FOREPERSON:  Yes.

14                  THE DEPUTY CLERK:  Item No. 8:  39 rounds of PMC .45

15    caliber ammunition?  Yes or no?

16                  FOREPERSON:  Yes.

17                  THE DEPUTY CLERK:  No. 9:  30 rounds of Winchester

18    .45 caliber ammunition?  Yes or no?

19                  FOREPERSON:  Yes.

20                  THE DEPUTY CLERK:  Item No. 10:  14 rounds of Wolf

21    ammunition?  Yes or no?

22                  FOREPERSON:  Yes.

23                  THE DEPUTY CLERK:  Item No. 11:  11 rounds of JSC

24    Barnaul ammunition?  Yes or no?

25                  FOREPERSON:  Yes.

1          THE DEPUTY CLERK:   Item No. 12:   Four rounds of

2    Remington ammunition?  Yes or no?

3          FOREPERSON:  Yes.

4          THE DEPUTY CLERK:   Special Verdict Form-III.   Count

5    Two, possession of firearms in furtherance of a drug

6    trafficking crime.

7         Does the following property constitute any firearm

8    involved in or used in any knowing violation of the offense,

9    possession of firearms in furtherance of a drug trafficking

10   crime:   Item No. 1:   A Springfield Armory pistol?  Yes or no?

11          FOREPERSON:  Yes.

12          THE DEPUTY CLERK:   Item No. 2:   A Masterpiece Arms

13   pistol?  Yes or no?

14          FOREPERSON:  Yes.

15          THE DEPUTY CLERK:   Item No. 3:   A Del-Ton Inc. rifle?

16   Yes or no?

17          FOREPERSON:  Yes.

18          THE DEPUTY CLERK:   Item No. 4:   A Yugoslavia rifle?

19   Yes or no?

20          FOREPERSON:  Yes.

21          THE DEPUTY CLERK:   Special Verdict Form-IV.   Count

22   Three, possession of a firearm or ammunition after having been

23   convicted of a crime punishable by imprisonment for a term

24   exceeding one year.

25         Does the following property constitute any firearm or

ammunition involved in or used in any knowing violation of the
offense, possession of a firearm or ammunition after having
been convicted of a crime punishable by imprisonment for a term
exceeding one year:

     Item No. 1:  A Springfield Armory pistol?  Yes or no?

          FOREPERSON:  Yes.

          THE DEPUTY CLERK:  Item No. 2:  A Masterpiece Arms
pistol?  Yes or no?

          FOREPERSON:  Yes.

          THE DEPUTY CLERK:  Item No. 3:  A Del-Ton Inc. rifle?
Yes or no?

          FOREPERSON:  Yes.

          THE DEPUTY CLERK:  Item No. 4:  A Yugoslavia rifle?
Yes or no?

          FOREPERSON:  Yes.

          THE DEPUTY CLERK:  Item No. 5:  50 rounds of PMC
Bronze .223 caliber ammunition?  Yes or no?

          FOREPERSON:  Yes.

          THE DEPUTY CLERK:  Item No. 6:  39 rounds of PMC .45
caliber ammunition?  Yes or no?

          FOREPERSON:  Yes.

          THE DEPUTY CLERK:  Item No. 7:  30 rounds of
Winchester .45 caliber ammunition?  Yes or no?

          FOREPERSON:  Yes.

          THE DEPUTY CLERK:  Item No. 8:  14 rounds of Wolf

38

1    ammunition?  Yes or no?

2              FOREPERSON:  Yes.

3              THE DEPUTY CLERK:  Item No. 9:  11 rounds of JSC

4    Barnaul ammunition?  Yes or no?

5              FOREPERSON:  Yes.

6              THE DEPUTY CLERK:  Item No. 10:  Four rounds of

7    Remington ammunition?  Yes or no?

8              FOREPERSON:  Yes.

9              THE COURT:  Poll the jury.

10             THE DEPUTY CLERK:  Yes, Your Honor.

11         Juror No. 1, having delivered the verdict of the jury, is

12   that your verdict also?

13             FOREPERSON:  Yes.

14             THE DEPUTY CLERK:  Thank you.  You may be seated.

15         Juror No. 2, please rise.  Having heard the verdict of

16   your foreperson, is that your verdict also?

17             A JUROR:  Yes.

18             THE DEPUTY CLERK:  Thank you.  You may be seated.

19         Juror No. 3, please rise.  Having heard the verdict of

20   your foreperson, is that your verdict also?

21             A JUROR:  Yes.

22             THE DEPUTY CLERK:  Thank you.  You may be seated.

23         Juror No. 4, please rise.  Having heard the verdict of

24   your foreperson, is that your verdict also?

25             A JUROR:  Yes.

1              THE DEPUTY CLERK:  Thank you.  You may be seated.

2         Juror No. 5, please rise.  Having heard the verdict of

3    your foreperson, is that your verdict also?

4              A JUROR:  Yes.

5              THE DEPUTY CLERK:  Thank you.  You may be seated.

6         Juror No. 6, please rise.  Having heard the verdict of

7    your foreperson, is that your verdict also?

8              A JUROR:  Yes.

9              THE DEPUTY CLERK:  Thank you.  You may be seated.

10        Juror No. 7, please rise.  Having heard the verdict of

11   your foreperson, is that your verdict also?

12             A JUROR:  Yes.

13             THE DEPUTY CLERK:  Thank you.  You may be seated.

14        Juror No. 8, please rise.  Having heard the verdict of

15   your foreperson, is that your verdict also?

16             A JUROR:  Yes.

17             THE DEPUTY CLERK:  Thank you.  You may be seated.

18        Juror No. 9, please rise.  Having heard the verdict of

19   your foreperson, is that your verdict also?

20             A JUROR:  Yes.

21             THE DEPUTY CLERK:  Thank you.  You may be seated.

22        Juror No. 10, please rise.  Having heard the verdict of

23   your foreperson, is that your verdict also?

24             A JUROR:  Yes.

25             THE DEPUTY CLERK:  Thank you.  You may be seated.

1          Juror No. 11, please rise.  Having heard the verdict of

2    your foreperson, is that your verdict also?

3              A JUROR:  Yes.

4              THE DEPUTY CLERK:  Thank you.  You may be seated.

5          And Juror No. 12, please rise.  Having heard the verdict

6    of your foreperson, is that your verdict also?

7              A JUROR:  Yes.

8              THE DEPUTY CLERK:  Thank you.  You may be seated.

9              THE COURT:  All right.  Harken the jury.

10             THE DEPUTY CLERK:  Members of the jury, you have

11   heard the verdict and answers thereto as delivered by your

12   foreperson and they have been recorded, and do each of you

13   agree?

14         (The jury panel reply, "Yes.")

15             THE DEPUTY CLERK:  Verdict recorded, Your Honor.

16             THE COURT:  All right.  Ladies and gentlemen, then,

17   with the rendering of your several verdicts in this case, your

18   service as jurors is complete, and on behalf of everyone

19   associated with the case, particularly the Court, we appreciate

20   the time and attention you have given, particularly in these

21   somewhat difficult times.

22         But as you can see, we have taken exceptional

23   precautions, and we still are able to do our jobs, both ours as

24   members of the court and you as members of the public and the

25   jury system.  There are still challenges we face.  This is the

1   second -- the third jury trial we have had in the state federal

2   government, the second in this district, this division, rather,

3   the south, so we are learning as we go, but we moved pretty

4   well.  And thanks to particularly the court and its personnel

5   and their cooperation, to government, to defense counsel, and

6   so on, we were able to get through this case in a week, and I

7   wasn't sure we were going to be able to do that, so that

8   certainly is a major achievement.

9        Now, as you are discharged, you may discuss the case with

10  whomever you like with one exception.  We do limit contact by

11  counsel for either the government or defendant and the people

12  on their behalf so that you don't have to spend time justifying

13  how you decided or how you decide.

14       But in any event, you can talk to others about the case.

15  You are free to do that.  I might say as well, for those of you

16  who wish to stay back in the jury room for a few minutes, I

17  would be happy to come back over and talk to you, answer any

18  questions you might have.  You are not obliged to do that.  We

19  are not taking attendance.  I will have Dillon, my law clerk,

20  go in after and see whether some of you, any of you would like

21  to stay, and I will be there for a few minutes to chat with

22  you, but you are certainly not obliged do that.

23       I think without that -- well, believe it or not, lunch

24  has arrived, so if you'd like to stay and have lunch, you will

25  be there anyway, you could probably listen to me and I could

1    answer questions at that time, or you don't have to hear me.

2    It's up to you.  In any event, thanks again.  You may step down

3    and back to your places there.  You may leave whenever you care

4    to.

5         So, Madam Clerk, if you will take them in, and you may

6    have your lunches as well.

7         (The jury panel exit the courtroom at 1:08 p.m.)

8              THE COURT:  All right.  Counsel, I don't know that we

9    have anything more to discuss at this point.  We have taken

10   care of the sentencing date and PSR and so on, so I think we

11   are ready to adjourn.

12        Again, on behalf of the Court as well, thank you to the

13   government, thank you to Mr. Burnham for jobs well done.

14        And, of course, whatever appeal rights there are, you can

15   discuss that with the defendant.  An appeal would have to be

16   noted within 14 days of the judgment and so on and so forth.

17   And I would let you know, Mr. Conley, that insofar as you are

18   unable to pay for an attorney on appeal, you would have one

19   provided for you, and the cost for the appeal would be borne by

20   the Court.  It doesn't mean that it has to be Mr. Burnham.  It

21   can be another attorney.

22        So that much, as far as you feel that there are issues in

23   the case that you think were wrongly handled, as I have told

24   you all along, among other things, the issue of the search

25   warrant, you can raise those issues on appeal.

1       All right.  Is there anything else from the government or

2  from defendant?

3           MR. BALDWIN:  No, Your Honor, not from the

4  government.

5           THE COURT:  Mr. Burnham?

6           MR. BURNHAM:  No, Your Honor.

7           THE COURT:  Thank you.  Marshal, you may take the

8  defendant down.

9       (The proceedings were concluded at 1:10 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3          I, Renee A. Ewing, an Official Court Reporter for

4  the United States District Court for the District of Maryland,

5  do hereby certify that the foregoing is a true and correct

6  transcript of the stenographically reported proceedings taken

7  on the date and time previously stated in the above matter;

8  that the testimony of witnesses and statements of the parties

9  were correctly recorded in machine shorthand by me and

10  thereafter transcribed under my supervision with computer-aided

11  transcription to the best of my ability; and that I am neither

12  of counsel nor kin to any party in said action, nor interested

13  in the outcome thereof.

14

15                    Renee A. Ewing_____

16

17                    Renee A. Ewing, RPR, RMR, CRR
                      Official Court Reporter
18                    August 12, 2021

19

20

21

22

23

24

25

## $

**$1,000** [1] - 23:8
**$100** [6] - 26:20, 26:21, 26:25, 27:17, 27:18, 28:8
**$12,000** [2] - 23:16, 23:17
**$20** [1] - 23:3
**$30** [1] - 23:3
**$495** [6] - 21:2, 21:4, 21:17, 22:25, 34:7, 34:19
**$9,000** [10] - 21:5, 21:17, 23:19, 23:25, 27:13, 27:24, 28:3, 34:9, 34:21

## 1

**1** [10] - 6:7, 7:21, 11:1, 13:25, 32:8, 34:7, 34:19, 36:10, 37:5, 38:11
**10** [8] - 6:25, 9:3, 9:22, 12:12, 33:1, 35:20, 38:6, 39:22
**10:54** [1] - 2:6
**11** [13] - 7:2, 10:18, 12:16, 30:3, 30:4, 30:24, 31:3, 33:3, 35:23, 38:3, 40:1
**11:15** [1] - 1:11
**11:21** [1] - 5:21
**11:57** [1] - 28:20
**12** [10] - 2:25, 3:17, 7:4, 12:20, 23:12, 23:15, 33:5, 36:1, 40:5, 44:17
**12:03** [1] - 31:12
**12:53** [1] - 31:12
**12:55** [1] - 31:24
**14** [4] - 10:15, 35:20, 37:25, 42:16
**1424** [1] - 1:20
**15** [1] - 22:22
**17th** [1] - 30:3
**1:08** [1] - 42:7
**1:10** [1] - 43:9
**1s** [1] - 26:24

## 2

**2** [9] - 6:9, 8:2, 11:5, 32:10, 34:9, 34:21, 36:12, 37:7, 38:15
**20** [2] - 23:6, 23:7
**20005** [1] - 1:20
**202** [1] - 1:21
**2020** [1] - 1:11

**2021** [1] - 44:17
**20770** [1] - 1:16
**20s** [3] - 26:20, 26:24, 28:8
**223** [3] - 10:6, 35:12, 37:17
**25** [1] - 1:11
**28** [1] - 8:14

## 3

**3** [9] - 6:11, 8:12, 11:9, 21:6, 32:12, 34:24, 36:15, 37:10, 38:19
**30** [3] - 10:12, 35:17, 37:22
**301** [2] - 1:17, 1:24
**344-3227** [1] - 1:24
**344-4433** [1] - 1:17
**386-6920** [1] - 1:21
**39** [7] - 9:10, 10:4, 10:9, 10:15, 10:19, 35:14, 37:19

## 4

**4** [8] - 6:13, 8:17, 11:13, 32:14, 35:2, 36:18, 37:13, 38:23
**45** [13] - 8:25, 9:3, 9:7, 9:20, 9:22, 10:1, 10:9, 10:12, 10:21, 35:14, 35:18, 37:19, 37:23

## 5

**5** [9] - 1:10, 6:15, 8:22, 11:17, 21:2, 32:16, 35:5, 37:16, 39:2
**5.56** [2] - 9:6, 9:25
**5.8** [3] - 22:25, 23:3, 23:14
**50** [4] - 10:6, 23:6, 35:11, 37:16
**58** [1] - 23:4
**59/66** [3] - 9:9, 10:3, 35:9
**5s** [1] - 26:24
**5th** [1] - 30:3

## 6

**6** [7] - 6:17, 9:12, 11:21, 32:18, 35:8, 37:19, 39:6
**60** [2] - 23:11, 23:14
**6406** [1] - 1:15
**69** [1] - 23:13

## 7

**7** [8] - 6:19, 9:18, 11:25, 30:15, 32:20, 35:11, 37:22, 39:10
**7.62** [4] - 9:9, 10:3, 10:15, 10:18
**7th** [5] - 30:4, 30:12, 30:18, 30:19, 30:23

## 8

**8** [6] - 6:21, 12:4, 32:22, 35:14, 37:25, 39:14
**800** [1] - 1:16

## 9

**9** [6] - 6:23, 12:8, 32:24, 35:17, 38:3, 39:18
**924** [1] - 16:18

## A

**A.M** [1] - 1:11
**a.m** [2] - 5:21, 28:20
**ability** [1] - 44:11
**able** [3] - 40:23, 41:6, 41:7
**absolutely** [2] - 24:7, 24:8
**accessing** [1] - 28:6
**account** [4] - 19:6, 19:11, 28:2
**accounts** [1] - 28:1
**achievement** [1] - 41:8
**ACP** [2] - 8:25, 9:20
**act** [1] - 17:24
**action** [1] - 44:12
**activities** [1] - 26:16
**activity** [5] - 18:6, 21:18, 26:4, 27:3, 27:14
**acts** [1] - 17:25
**additional** [2] - 14:3, 29:17
**address** [2] - 13:14, 20:12
**adjourn** [1] - 42:11
**admitted** [1] - 16:2
**advance** [1] - 17:24
**advised** [3] - 5:8, 5:12, 16:4
**afternoon** [5] - 25:17, 30:5, 30:9, 31:1, 31:2
**agree** [3] - 13:2,

19:19, 40:13
**agreed** [2] - 7:7, 33:8
**ahead** [1] - 28:22
**aid** [1] - 17:23
**aided** [1] - 44:10
**AIDED** [1] - 1:25
**all's** [1] - 25:24
**alleges** [1] - 14:6
**allocate** [1] - 29:16
**America** [2] - 6:3, 32:5
**AMERICA** [1] - 1:5
**ammunition** [38] - 9:15, 9:18, 10:7, 10:10, 10:13, 10:16, 10:19, 10:22, 15:8, 15:13, 16:17, 16:20, 16:22, 24:14, 24:15, 24:18, 24:19, 24:20, 25:2, 25:10, 25:11, 25:24, 31:19, 35:12, 35:15, 35:18, 35:21, 35:24, 36:2, 36:22, 37:1, 37:2, 37:17, 37:20, 37:23, 38:1, 38:4, 38:7
**amount** [8] - 8:13, 23:7, 23:9, 23:12, 23:16, 23:25, 24:3, 24:22
**amounts** [3] - 17:10, 20:25, 21:8
**AND** [1] - 1:11
**answer** [6] - 6:6, 19:19, 20:3, 32:7, 41:17, 42:1
**answered** [2] - 7:13, 33:14
**answers** [4] - 7:20, 12:25, 33:24, 40:11
**anyway** [1] - 41:25
**apartment** [5] - 21:6, 24:4, 26:5, 26:6, 28:1
**appeal** [6] - 27:21, 42:14, 42:15, 42:18, 42:19, 42:25
**apply** [4] - 5:13, 14:15, 14:19, 15:23
**appreciate** [1] - 40:19
**appreciative** [1] - 25:21
**approach** [1] - 13:22
**appropriate** [2] - 29:10, 29:19
**argue** [1] - 22:12
**argument** [4] - 4:8, 4:9, 29:3
**Armory** [5] - 8:25, 9:19, 34:24, 36:10, 37:5

**arms** [1] - 31:18
**Arms** [5] - 9:3, 9:22, 35:2, 36:12, 37:7
**arrived** [1] - 41:24
**asserts** [1] - 20:1
**associated** [3] - 20:21, 22:14, 40:19
**assuming** [1] - 4:7
**attendance** [1] - 41:19
**attention** [1] - 40:20
**ATTORNEY** [1] - 1:14
**attorney** [2] - 42:18, 42:21
**August** [1] - 44:17
**available** [3] - 19:8, 30:8, 30:12

## B

**Baldwin** [2] - 2:22, 20:12
**BALDWIN** [30] - 1:14, 2:23, 3:2, 3:5, 3:14, 3:19, 3:24, 4:1, 4:10, 4:22, 5:1, 5:10, 5:16, 20:8, 20:13, 20:15, 20:18, 27:9, 27:12, 29:5, 29:11, 29:16, 29:20, 30:11, 30:14, 30:16, 31:4, 31:11, 31:22, 43:3
**band** [1] - 27:1
**Barnaul** [3] - 10:18, 35:24, 38:4
**base** [5] - 8:5, 8:6, 8:13, 23:12, 23:15
**basis** [1] - 21:18
**bear** [1] - 15:5
**bedroom** [1] - 21:5
**BEFORE** [1] - 1:10
**behalf** [3] - 40:18, 41:12, 42:12
**behavior** [1] - 18:8
**benefit** [1] - 15:3
**best** [1] - 44:11
**betting** [1] - 26:16
**between** [4] - 14:5, 18:1, 18:23, 25:13
**beyond** [2] - 14:22, 15:6
**bill** [1] - 26:19
**bills** [6] - 26:20, 26:21, 26:25, 27:17, 27:18, 28:8
**binding** [2] - 14:9, 15:19
**bit** [4] - 13:22, 15:14, 31:17, 31:21
**borne** [1] - 42:19
**bound** [2] - 14:10,

15:19
**break** [2] - 31:3, 31:8
**breaks** [1] - 20:25
**brief** [2] - 13:16, 20:11
**briefly** [3] - 2:14, 2:24, 31:9
**bring** [3] - 4:20, 5:20, 31:14
**Bronze** [3] - 10:6, 35:12, 37:17
**burden** [2] - 14:17, 15:24
**BURNHAM** [9] - 1:19, 1:19, 2:21, 4:11, 10:25, 20:10, 25:17, 30:18, 43:6
**Burnham** [6] - 2:18, 2:23, 30:17, 42:13, 42:20, 43:5
**business** [5] - 22:18, 22:19, 24:18, 24:25, 26:8
**BY** [3] - 1:14, 1:15, 1:19

## C

**calculated** [1] - 23:16
**calendar** [1] - 30:8
**caliber** [14] - 9:1, 9:4, 9:20, 9:23, 10:7, 10:9, 10:13, 10:22, 35:12, 35:15, 35:18, 37:17, 37:20, 37:23
**Capone** [1] - 21:3
**care** [4] - 4:4, 24:21, 42:3, 42:10
**carry** [1] - 27:19
**case** [12] - 2:13, 13:8, 14:16, 18:4, 27:10, 27:13, 40:17, 40:19, 41:6, 41:9, 41:14, 42:23
**cash** [19] - 13:12, 20:25, 21:5, 22:18, 22:20, 22:21, 23:23, 23:24, 26:9, 26:11, 26:15, 26:17, 27:23, 27:25, 28:3, 28:4, 28:6
**casino** [1] - 26:17
**certain** [1] - 13:11
**certainly** [3] - 24:2, 41:8, 41:22
**certify** [1] - 44:5
**chair** [1] - 28:13
**challenges** [1] - 40:25
**change** [7] - 2:25, 3:4, 3:12, 3:13, 3:17, 4:23, 5:1

**charged** [1] - 17:15
**charges** [1] - 28:22
**CHARLES** [1] - 1:19
**chat** [1] - 41:21
**check** [1] - 22:19
**checkmark** [1] - 20:4
**circumstantial** [1] - 14:14
**claims** [1] - 19:4
**clearly** [2] - 4:1, 24:9
**CLERK** [122] - 2:5, 4:21, 5:18, 6:1, 6:9, 6:11, 6:13, 6:15, 6:17, 6:19, 6:21, 6:23, 6:25, 7:2, 7:4, 7:6, 7:9, 7:11, 7:15, 7:18, 8:1, 8:6, 8:9, 8:11, 8:17, 8:22, 9:3, 9:6, 9:9, 9:12, 9:17, 9:22, 9:25, 10:3, 10:6, 10:9, 10:12, 10:15, 10:18, 10:21, 11:1, 11:4, 11:8, 11:12, 11:16, 11:20, 11:24, 12:3, 12:7, 12:11, 12:15, 12:19, 12:24, 13:4, 25:16, 27:11, 28:25, 29:24, 30:2, 30:7, 30:22, 31:5, 32:3, 32:10, 32:12, 32:14, 32:16, 32:18, 32:20, 32:22, 32:24, 33:1, 33:3, 33:5, 33:7, 33:10, 33:12, 33:16, 33:19, 33:23, 34:9, 34:12, 34:21, 34:24, 35:2, 35:5, 35:8, 35:11, 35:14, 35:17, 35:20, 35:23, 36:1, 36:4, 36:12, 36:15, 36:18, 36:21, 37:7, 37:10, 37:13, 37:16, 37:19, 37:22, 37:25, 38:3, 38:6, 38:10, 38:14, 38:18, 38:22, 39:1, 39:5, 39:9, 39:13, 39:17, 39:21, 39:25, 40:4, 40:8, 40:10, 40:15
**clerk** [1] - 41:19
**Clerk** [5] - 4:19, 5:23, 13:5, 31:23, 42:5
**close** [1] - 26:2
**closing** [1] - 26:1
**cocaine** [20] - 8:5, 8:6, 8:9, 8:13, 23:1, 23:4, 23:12, 23:13, 23:15, 23:17, 23:22, 23:23, 24:1, 24:4, 24:10,

24:11, 24:21
**coming** [1] - 23:24
**commission** [11] - 16:12, 17:2, 17:18, 17:23, 17:24, 18:3, 18:6, 18:14, 21:14, 34:5, 34:17
**commit** [6] - 16:11, 17:20, 17:22, 22:6, 34:16
**committed** [1] - 19:16
**common** [2] - 26:7, 27:21
**complete** [2] - 31:5, 40:18
**completely** [1] - 30:8
**COMPUTER** [1] - 1:25
**computer** [1] - 44:10
**COMPUTER-AIDED** [1] - 1:25
**computer-aided** [1] - 44:10
**concern** [1] - 19:12
**concerned** [1] - 19:2
**concluded** [1] - 43:9
**conclusive** [2] - 14:9, 15:18
**conduct** [2] - 14:7, 28:12
**conducted** [1] - 26:10
**confirm** [1] - 29:24
**Conley** [11] - 6:4, 7:22, 8:4, 8:14, 8:18, 8:25, 9:13, 9:19, 22:23, 32:5, 42:17
**CONLEY** [1] - 1:8
**connected** [2] - 18:17, 22:10
**connection** [15] - 5:13, 13:8, 14:5, 15:9, 15:15, 17:14, 18:1, 18:22, 18:25, 19:2, 22:8, 24:12, 25:2, 25:13, 29:2
**consider** [4] - 15:15, 16:1, 18:19, 19:7
**consideration** [1] - 25:8
**considering** [2] - 15:1, 26:7
**constitute** [6] - 19:9, 21:12, 34:2, 34:15, 36:7, 36:25
**constituted** [1] - 27:5
**constituting** [4] - 16:8, 17:25, 21:12, 34:3
**construction** [1] - 26:13
**contact** [1] - 41:10

**continue** [3] - 5:13, 19:9, 25:21
**controlled** [11] - 7:24, 8:2, 15:11, 16:5, 17:3, 17:12, 17:15, 34:1, 34:6, 34:13, 34:18
**convicted** [7] - 16:5, 16:13, 16:19, 18:24, 20:2, 36:23, 37:3
**conviction** [1] - 15:10
**cooked** [1] - 23:22
**cooperation** [1] - 41:5
**copies** [1] - 28:18
**correct** [4] - 2:20, 2:21, 30:7, 44:5
**correctly** [1] - 44:9
**cost** [1] - 42:19
**costs** [1] - 24:2
**Counsel** [1] - 42:8
**counsel** [7] - 10:24, 13:18, 20:7, 29:2, 41:5, 41:11, 44:12
**count** [4] - 3:7, 3:21, 20:20, 20:21
**Count** [27] - 3:7, 3:10, 3:22, 7:21, 7:22, 8:2, 8:17, 8:18, 9:12, 9:13, 9:18, 15:11, 15:12, 15:13, 16:15, 16:20, 17:14, 19:24, 21:22, 21:23, 25:4, 25:14, 33:25, 34:12, 36:4, 36:21
**Counts** [2] - 3:10, 19:25
**counts** [2] - 3:23, 14:2
**couple** [3] - 30:25, 31:1, 31:19
**course** [4] - 15:15, 24:13, 29:14, 42:14
**Court** [11] - 5:8, 18:18, 18:25, 19:6, 30:19, 40:19, 42:12, 42:20, 44:3, 44:4, 44:17
**COURT** [51] - 1:1, 1:23, 2:1, 2:6, 2:22, 3:1, 3:4, 3:12, 3:15, 3:22, 3:25, 4:4, 4:15, 4:25, 5:4, 5:11, 5:20, 5:22, 10:24, 12:23, 13:5, 20:9, 20:11, 20:14, 27:8, 28:11, 28:21, 29:2, 29:9, 29:14, 29:19, 29:22, 30:1, 30:5, 30:10, 30:13, 30:15, 30:17, 30:19, 30:24, 31:7, 31:13, 31:23, 31:25, 33:22, 38:9, 40:9,

40:16, 42:8, 43:5, 43:7
**court** [3] - 2:10, 40:24, 41:4
**courtroom** [4] - 5:21, 28:20, 31:24, 42:7
**cover** [1] - 24:2
**crack** [6] - 23:1, 23:4, 23:21, 23:22, 24:1, 24:10
**credibility** [1] - 14:14
**crime** [23] - 8:20, 8:24, 15:12, 16:15, 17:20, 17:21, 18:3, 21:10, 22:2, 22:3, 22:6, 22:12, 22:15, 22:18, 24:6, 24:10, 24:16, 25:3, 25:6, 36:6, 36:10, 36:23, 37:3
**crimes** [2] - 13:12, 20:2
**Criminal** [2] - 6:2, 32:4
**criminal** [2] - 17:6, 18:10
**CRIMINAL** [1] - 1:5
**crisp** [1] - 26:25
**CRR** [2] - 1:24, 44:16
**cup** [1] - 4:17
**curious** [1] - 26:17
**currency** [7] - 15:8, 25:25, 26:24, 34:7, 34:10, 34:19, 34:22

## D

**date** [7] - 20:5, 28:23, 28:24, 29:25, 30:13, 42:10, 44:7
**dated** [2] - 7:15, 33:16
**dates** [3] - 29:1, 30:3, 30:11
**DAY** [1] - 1:10
**days** [2] - 30:7, 42:16
**DC** [1] - 1:20
**dealing** [1] - 27:18
**deals** [3] - 13:8, 25:9, 25:23
**December** [1] - 30:3
**decide** [4] - 14:4, 18:19, 18:25, 41:13
**decided** [1] - 41:13
**deciding** [2] - 14:20, 15:1
**decision** [1] - 14:25
**deducted** [1] - 17:10
**Defendant** [1] - 1:9
**defendant** [36] - 2:9, 7:22, 8:1, 8:11, 8:12, 8:14, 8:18, 8:23, 9:13, 9:17, 13:10,

14:1, 14:7, 14:9, 14:10, 14:12, 14:18, 15:20, 15:21, 16:6, 16:16, 17:4, 17:5, 17:9, 17:19, 18:7, 18:24, 19:16, 20:2, 20:9, 27:24, 29:13, 41:11, 42:15, 43:2, 43:8

**DEFENDANT** [1] - 1:18

**defendant's** [3] - 15:18, 17:11, 21:3

**defense** [1] - 41:5

**definition** [1] - 16:24

**Del** [5] - 9:6, 9:25, 35:5, 36:15, 37:10

**Del-Ton** [5] - 9:6, 9:25, 35:5, 36:15, 37:10

**deliberate** [2] - 14:15, 28:12

**deliberating** [2] - 14:20, 16:1

**deliberations** [5] - 14:12, 14:19, 15:21, 28:13, 28:19

**delivered** [4] - 11:1, 12:25, 38:11, 40:11

**DEPUTY** [122] - 2:5, 4:21, 5:18, 6:1, 6:9, 6:11, 6:13, 6:15, 6:17, 6:19, 6:21, 6:23, 6:25, 7:2, 7:4, 7:6, 7:9, 7:11, 7:15, 7:18, 8:1, 8:6, 8:9, 8:11, 8:17, 8:22, 9:3, 9:6, 9:9, 9:12, 9:17, 9:22, 9:25, 10:3, 10:6, 10:9, 10:12, 10:15, 10:18, 10:21, 11:1, 11:4, 11:8, 11:12, 11:16, 11:20, 11:24, 12:3, 12:7, 12:11, 12:15, 12:19, 12:24, 13:4, 25:16, 27:11, 28:25, 29:24, 30:2, 30:7, 30:22, 31:5, 32:3, 32:10, 32:12, 32:14, 32:16, 32:18, 32:20, 32:22, 32:24, 33:1, 33:3, 33:5, 33:7, 33:10, 33:12, 33:16, 33:19, 33:23, 34:9, 34:12, 34:21, 34:24, 35:2, 35:5, 35:8, 35:11, 35:14, 35:17, 35:20, 35:23, 36:1, 36:4, 36:12, 36:15, 36:18, 36:21, 37:7, 37:10,

37:13, 37:16, 37:19, 37:22, 37:25, 38:3, 38:6, 38:10, 38:14, 38:18, 38:22, 39:1, 39:5, 39:9, 39:13, 39:17, 39:21, 39:25, 40:4, 40:8, 40:10, 40:15

**derived** [3] - 16:8, 21:12, 34:3

**detail** [1] - 26:4

**details** [1] - 20:18

**detect** [4] - 17:21, 17:22, 22:6, 22:7

**Detective** [2] - 23:7, 24:17

**determine** [3] - 15:7, 19:12, 21:15

**different** [5] - 5:17, 13:20, 18:22, 21:24, 27:25

**difficult** [1] - 40:21

**Dillon** [1] - 41:19

**direct** [2] - 14:11, 14:14

**directly** [5] - 16:9, 17:1, 21:13, 27:14, 34:4

**discharge** [1] - 14:3

**discharged** [1] - 41:9

**discretion** [1] - 25:24

**discuss** [5] - 14:11, 15:20, 41:9, 42:9, 42:15

**discussions** [1] - 28:14

**disregard** [1] - 19:3

**distribute** [10] - 7:24, 8:3, 15:10, 16:5, 17:2, 17:15, 34:1, 34:5, 34:13, 34:18

**distributed** [1] - 23:17

**distributors** [1] - 24:25

**district** [1] - 41:2

**District** [2] - 44:4

**DISTRICT** [3] - 1:1, 1:2, 1:11

**division** [1] - 41:2

**DIVISION** [1] - 1:3

**document** [1] - 5:3

**done** [1] - 42:13

**doubt** [3] - 14:23, 15:6, 26:9

**down** [6] - 7:18, 20:25, 31:20, 33:19, 42:2, 43:8

**downstairs** [1] - 4:23

**DRAUGHON** [1] - 1:15

**drug** [23] - 8:20, 8:24,

15:12, 16:14, 21:18, 22:12, 22:14, 22:18, 24:6, 24:10, 24:16, 24:24, 25:2, 25:5, 26:4, 26:8, 26:22, 26:23, 27:5, 27:14, 28:5, 36:5, 36:9

**drugs** [5] - 22:20, 27:18, 27:22, 28:7

**DTI-15** [2] - 9:6, 9:25

**during** [2] - 15:21, 16:3

**duty** [1] - 14:15

**DWIGHT** [1] - 1:15

**E**

**E4** [1] - 26:18

**ease** [1] - 28:5

**easier** [6] - 17:20, 17:21, 17:24, 22:5, 22:6, 23:5

**either** [2] - 27:5, 41:11

**enhances** [1] - 22:2

**enter** [3] - 5:21, 19:19, 31:24

**entitled** [2] - 15:3, 17:9

**ESQUIRE** [3] - 1:14, 1:15, 1:19

**essentially** [1] - 13:20

**established** [1] - 18:21

**estimate** [1] - 23:9

**etc** [1] - 14:15

**event** [2] - 41:14, 42:2

**evidence** [11] - 14:14, 14:22, 14:24, 15:1, 15:2, 15:3, 15:4, 15:5, 16:1, 18:21, 21:16

**Ewing** [4] - 1:24, 44:3, 44:15, 44:16

**exacting** [1] - 15:5

**exactly** [1] - 26:6

**exceeding** [2] - 36:24, 37:4

**except** [1] - 15:24

**exception** [1] - 41:10

**exceptional** [1] - 40:22

**excessive** [1] - 19:9

**exclusively** [2] - 18:7, 18:18

**excuse** [1] - 20:22

**executed** [1] - 22:22

**Exhibit** [1] - 26:18

**existed** [1] - 15:15

**exists** [1] - 18:25

**exit** [2] - 28:20, 42:7

**expect** [1] - 26:21

**expenses** [1] - 17:10

**experience** [1] - 26:7

**explain** [2] - 5:6, 5:7

**extended** [1] - 29:15

**F**

**face** [1] - 40:25

**facilitate** [10] - 16:12, 17:18, 17:23, 18:3, 18:14, 24:6, 24:16, 26:23, 27:22, 34:17

**facilitated** [2] - 18:2, 27:5

**facilitates** [2] - 18:10, 22:1

**facilitating** [12] - 3:9, 17:13, 17:16, 17:19, 22:1, 22:13, 24:5, 24:9, 27:16, 27:22, 28:5

**facilitation** [1] - 18:11

**fact** [4] - 2:14, 3:7, 24:17, 27:21

**facts** [1] - 29:18

**fairly** [2] - 4:23, 5:3

**far** [1] - 42:22

**federal** [4] - 16:4, 16:13, 16:19, 41:1

**felon** [2] - 9:14, 16:19

**few** [5] - 16:24, 25:25, 26:20, 41:16, 41:21

**figure** [1] - 17:10

**file** [1] - 29:7

**final** [3] - 14:9, 15:18, 29:8

**finally** [1] - 25:9

**findings** [4] - 2:12, 13:19, 15:18, 15:19

**fine** [1] - 30:10

**firearm** [12] - 8:23, 9:18, 16:14, 16:17, 16:20, 16:21, 25:5, 25:10, 36:7, 36:22, 36:25, 37:2

**firearms** [15] - 8:19, 8:23, 9:14, 15:8, 15:11, 15:13, 22:10, 22:11, 24:13, 24:15, 25:7, 25:11, 25:23, 36:5, 36:9

**first** [11] - 3:2, 16:24, 20:20, 20:21, 20:24, 21:15, 21:22, 22:17, 31:19, 32:2

**five** [2] - 4:10, 23:5

**focus** [2] - 22:9, 22:16

**folks** [3] - 2:3, 2:18, 28:11

**follow** [1] - 13:7

**following** [5] - 21:12, 34:2, 34:15, 36:7, 36:25

**FOR** [3] - 1:2, 1:13, 1:18

**foregoing** [1] - 44:5

**forelady** [1] - 28:13

**foreperson** [29] - 7:10, 7:11, 11:6, 11:10, 11:14, 11:18, 11:22, 12:1, 12:5, 12:9, 12:13, 12:17, 12:21, 13:1, 20:5, 33:11, 33:12, 38:16, 38:20, 38:24, 39:3, 39:7, 39:11, 39:15, 39:19, 39:23, 40:2, 40:6, 40:12

**FOREPERSON** [55] - 7:14, 7:17, 7:25, 8:5, 8:8, 8:10, 8:16, 8:21, 9:2, 9:5, 9:8, 9:11, 9:16, 9:21, 9:24, 10:2, 10:5, 10:8, 10:11, 10:14, 10:17, 10:20, 10:23, 11:3, 33:15, 33:18, 34:8, 34:11, 34:20, 34:23, 35:1, 35:4, 35:7, 35:10, 35:13, 35:16, 35:19, 35:22, 35:25, 36:3, 36:11, 36:14, 36:17, 36:20, 37:6, 37:9, 37:12, 37:15, 37:18, 37:21, 37:24, 38:2, 38:5, 38:8, 38:13

**forfeit** [4] - 13:10, 16:7, 16:16, 16:21

**forfeitable** [1] - 18:8

**forfeited** [3] - 14:6, 18:10, 18:15

**forfeiture** [24] - 2:13, 2:17, 13:13, 13:19, 14:11, 14:20, 14:21, 14:22, 15:21, 17:11, 17:14, 17:17, 17:22, 18:12, 19:8, 19:23, 21:25, 25:22, 25:23, 29:4, 29:7, 29:18, 32:1, 32:4

**Forfeiture** [2] - 2:25, 13:24

**Form** [10] - 21:20, 21:22, 21:24, 24:14, 25:4, 25:9, 33:25, 34:12, 36:4, 36:21

**form** [13] - 3:8, 3:9, 5:25, 7:15, 7:19,

7:21, 19:18, 19:20, 19:22, 20:1, 20:24, 25:6, 31:5
**Form-I** [1] - 33:25
**Form-II** [2] - 24:14, 34:12
**Form-III** [2] - 25:4, 36:4
**Form-IV** [2] - 25:9, 36:21
**forms** [15] - 3:6, 4:2, 5:5, 5:6, 19:13, 19:21, 19:23, 20:6, 20:19, 20:20, 21:23, 27:15, 28:15, 33:16, 33:20
**forth** [2] - 5:15, 42:16
**fortuitous** [2] - 18:1, 22:8
**forward** [1] - 30:20
**four** [9] - 4:3, 10:21, 20:19, 22:10, 29:21, 31:2, 31:3, 36:1, 38:6
**free** [2] - 30:18, 41:15
**frequently** [1] - 26:10
**FRIDAY** [1] - 1:11
**furtherance** [9] - 8:20, 8:24, 15:12, 16:14, 22:11, 22:14, 25:5, 36:5, 36:9

### G

**gain** [1] - 17:8
**gambling** [1] - 26:16
**geared** [1] - 13:21
**general** [7] - 4:19, 5:13, 5:14, 5:24, 7:21, 19:22, 25:6
**gentlemen** [5] - 2:1, 5:22, 13:6, 31:25, 40:16
**gig** [1] - 26:15
**given** [3] - 5:12, 30:5, 40:20
**GOROKHOV** [1] - 1:19
**government** [16] - 4:9, 13:11, 18:20, 20:1, 21:25, 22:4, 24:9, 26:3, 27:4, 27:8, 41:2, 41:5, 41:11, 42:13, 43:1, 43:4
**Government's** [1] - 26:18
**government's** [2] - 14:17, 26:22
**gram** [1] - 23:3
**grams** [7] - 8:14, 23:1, 23:4, 23:5, 23:12,

23:13, 23:15
**greater** [1] - 26:24
**GREENBELT** [1] - 1:12
**Greenbelt** [1] - 1:16
**gross** [2] - 17:7, 17:11
**guess** [1] - 30:24
**guilt** [3] - 14:18, 15:18, 28:22
**guilties** [1] - 4:13
**guilty** [32] - 2:11, 2:15, 4:7, 4:13, 7:24, 7:25, 8:1, 8:11, 8:13, 8:20, 8:21, 8:23, 9:15, 9:16, 9:17, 13:14, 14:1, 14:7, 14:9, 14:11, 14:12, 15:20, 15:22, 16:6, 16:16, 17:4, 17:19
**gun** [1] - 22:24
**guns** [4] - 24:18, 24:19, 24:20, 25:2

### H

**half** [2] - 29:20, 30:24
**hand** [5] - 2:4, 7:18, 24:19, 24:20, 33:19
**handled** [1] - 42:23
**happy** [1] - 41:17
**hard** [3] - 22:6, 22:7, 31:1
**harder** [2] - 17:20, 17:22
**harken** [1] - 12:23, 40:9
**hear** [2] - 13:17, 42:1
**heard** [25] - 11:5, 11:9, 11:13, 11:17, 11:21, 11:25, 12:4, 12:8, 12:12, 12:16, 12:20, 12:25, 22:5, 38:15, 38:19, 38:23, 39:2, 39:6, 39:10, 39:14, 39:18, 39:22, 40:1, 40:5, 40:11
**hearing** [3] - 29:9, 29:15, 29:17
**help** [1] - 21:1
**helpful** [1] - 5:6
**hereby** [1] - 44:5
**hold** [1] - 5:6
**home** [1] - 13:7
**Honor** [38] - 2:5, 3:2, 3:3, 3:5, 3:24, 4:10, 4:21, 4:22, 5:1, 5:10, 5:16, 5:18, 6:1, 10:25, 13:4, 20:8, 20:10, 20:13, 20:15, 27:9, 28:25, 29:5,

29:6, 29:12, 29:16, 29:21, 29:24, 30:11, 30:14, 30:16, 30:22, 31:4, 31:11, 31:22, 38:10, 40:15, 43:3, 43:6
**HONORABLE** [1] - 1:10
**hoping** [1] - 25:20
**hours** [5] - 29:19, 29:21, 30:25, 31:1, 31:2

### I

**idea** [1] - 27:2
**II** [4] - 21:20, 21:22, 24:14, 34:12
**III** [2] - 25:4, 36:4
**illegal** [1] - 18:6
**imprisonment** [2] - 36:23, 37:3
**IN** [1] - 1:1
**Inc** [5] - 9:6, 9:25, 35:5, 36:15, 37:10
**incidental** [2] - 18:1, 22:7
**includes** [1] - 23:14
**including** [1] - 16:2
**indictment** [5] - 7:23, 8:19, 9:14, 14:2, 25:12
**indirectly** [4] - 16:9, 17:1, 21:13, 34:4
**indispensable** [1] - 18:5
**insofar** [1] - 42:17
**instruct** [5] - 4:8, 14:8, 15:14, 15:17, 18:16
**instruction** [2] - 5:2, 21:11
**Instruction** [2] - 2:25, 13:24
**instructions** [12] - 2:17, 3:20, 5:12, 5:14, 13:17, 14:13, 14:17, 15:23, 20:7, 22:5, 25:12, 28:18
**intended** [5] - 16:11, 17:17, 18:3, 18:14, 34:16
**intent** [10] - 7:23, 8:3, 15:10, 16:5, 17:2, 17:15, 34:1, 34:5, 34:13, 34:18
**interested** [1] - 44:12
**interests** [1] - 19:5
**involved** [5] - 16:17, 16:22, 19:14, 36:8, 37:1

**issue** [2] - 13:23, 42:24
**issues** [7] - 19:23, 24:21, 28:16, 29:4, 32:1, 42:22, 42:25
**Item** [4] - 34:7, 34:19, 35:2, 37:5
**item** [23] - 34:9, 34:21, 34:24, 35:5, 35:8, 35:11, 35:14, 35:20, 35:23, 36:1, 36:10, 36:12, 36:15, 36:18, 37:7, 37:10, 37:13, 37:16, 37:19, 37:22, 37:25, 38:3, 38:6
**items** [2] - 19:13, 25:14
**itself** [1] - 23:11
**IV** [2] - 25:9, 36:21
**Ivy** [1] - 1:15

### J

**January** [6] - 30:3, 30:4, 30:12, 30:15, 30:19, 30:23
**Jaramillo** [3] - 23:2, 23:8, 24:17
**Jessi** [2] - 28:23, 29:25
**job** [1] - 15:6
**jobs** [4] - 26:13, 26:14, 40:23, 42:13
**JOSEPH** [1] - 1:14
**JR** [1] - 1:15
**JSC** [3] - 10:18, 35:23, 38:3
**judge** [2] - 7:19, 18:18, 33:21
**Judge** [1] - 31:6
**JUDGE** [1] - 1:11
**judgment** [1] - 42:16
**jump** [1] - 20:18
**juncture** [1] - 26:2
**juror** [2] - 6:5, 32:6
**Juror** [48] - 6:7, 6:9, 6:11, 6:13, 6:15, 6:17, 6:19, 6:21, 6:23, 6:25, 7:2, 7:4, 11:1, 11:5, 11:9, 11:13, 11:17, 11:21, 11:25, 12:4, 12:8, 12:12, 12:16, 12:20, 32:8, 32:10, 32:12, 32:14, 32:16, 32:18, 32:20, 32:22, 32:24, 33:1, 33:3, 33:5, 38:11, 38:15, 38:19, 38:23, 39:2, 39:6, 39:10, 39:14, 39:18,

39:22, 40:1, 40:5
**JUROR** [46] - 6:8, 6:10, 6:12, 6:14, 6:16, 6:18, 6:20, 6:22, 6:24, 7:1, 7:3, 7:5, 11:7, 11:11, 11:15, 11:19, 11:23, 12:2, 12:6, 12:10, 12:14, 12:18, 12:22, 32:9, 32:11, 32:13, 32:15, 32:17, 32:19, 32:21, 32:23, 32:25, 33:2, 33:4, 33:6, 38:17, 38:21, 38:25, 39:4, 39:8, 39:12, 39:16, 39:20, 39:24, 40:3, 40:7
**jurors** [1] - 40:18
**JURY** [2] - 1:10, 1:11
**jury** [44] - 2:3, 3:16, 4:8, 4:20, 5:9, 5:12, 5:19, 5:21, 5:23, 6:5, 7:6, 7:8, 7:10, 7:12, 10:24, 11:2, 12:23, 12:24, 13:3, 13:9, 13:18, 20:12, 20:17, 21:7, 25:19, 28:9, 28:20, 31:8, 31:15, 31:24, 32:6, 33:7, 33:9, 33:11, 33:14, 38:9, 38:11, 40:9, 40:10, 40:14, 40:25, 41:1, 41:16, 42:7
**justify** [1] - 18:11
**justifying** [1] - 41:12

### K

**keep** [1] - 27:24
**kept** [3] - 27:24, 28:2
**kin** [1] - 44:12
**kind** [3] - 16:25, 23:20, 27:1
**knowing** [4] - 16:18, 16:22, 36:8, 37:1

### L

**labeled** [1] - 4:2
**labor** [1] - 26:14
**ladies** [5] - 2:1, 5:22, 13:6, 31:25, 40:16
**laid** [1] - 24:14
**Lane** [1] - 1:15
**large** [1] - 5:3
**last** [1] - 25:22
**Lavalier** [1] - 20:14
**law** [4] - 16:4, 16:13, 16:19, 41:19
**learning** [1] - 41:3

**leave** [4] - 25:7, 25:24, 28:9, 42:3
**leaves** [1] - 26:5
**legitimate** [2] - 18:9, 26:10
**less** [1] - 15:5
**likely** [5] - 14:25, 15:7, 21:16, 22:2, 27:4
**limit** [1] - 41:10
**limited** [1] - 17:8
**listen** [1] - 41:25
**lists** [2] - 20:1, 20:22
**literally** [1] - 28:5
**look** [5] - 3:1, 21:15, 26:18, 27:16, 32:2
**looking** [2] - 2:17, 26:25
**looks** [2] - 21:20, 21:21
**lowball** [1] - 23:9
**lowest** [1] - 23:7
**lunch** [2] - 41:23, 41:24
**lunches** [1] - 42:6

# M

**machine** [1] - 44:9
**Madam** [5] - 4:19, 5:23, 13:5, 31:23, 42:5
**major** [1] - 41:8
**majority** [1] - 18:9
**manner** [1] - 34:16
**mark** [1] - 27:1
**marshal** [1] - 43:7
**MARYLAND** [2] - 1:2, 1:12
**Maryland** [2] - 1:16, 44:4
**Masterpiece** [5] - 9:3, 9:22, 35:2, 36:12, 37:7
**math** [2] - 23:2, 23:5
**matter** [5] - 13:16, 16:11, 18:18, 21:4, 44:7
**matters** [1] - 19:10
**mean** [3] - 3:15, 5:5, 42:20
**means** [3] - 14:24, 16:25, 17:23
**members** [9] - 6:5, 7:6, 12:24, 25:19, 32:6, 33:7, 40:10, 40:24
**MESSITTE** [1] - 1:10
**might** [6] - 5:6, 17:4, 18:19, 23:19, 41:15, 41:18

**millimeter** [4] - 9:7, 9:10, 10:1, 10:4
**mind** [2] - 4:17, 15:5
**minutes** [5] - 4:10, 4:11, 22:23, 41:16, 41:21
**Model** [9] - 8:25, 9:3, 9:6, 9:9, 9:20, 9:22, 9:25, 10:3, 35:8
**moment** [3] - 19:14, 20:13, 25:18
**money** [16] - 22:16, 23:20, 23:21, 24:5, 24:7, 24:8, 24:22, 24:23, 26:6, 26:23, 27:17, 27:19, 27:23, 28:2
**monies** [1] - 22:9
**morning** [5] - 2:1, 20:16, 20:17, 30:25, 31:2
**motion** [1] - 29:7
**move** [2] - 2:15, 27:19
**moved** [1] - 41:3
**moving** [1] - 26:14
**MR** [36] - 2:21, 2:23, 3:2, 3:5, 3:14, 3:19, 3:24, 4:1, 4:10, 4:11, 4:22, 5:1, 5:10, 5:16, 10:25, 20:8, 20:10, 20:13, 20:15, 20:18, 25:17, 27:9, 27:12, 29:5, 29:11, 29:16, 29:20, 30:11, 30:14, 30:16, 30:18, 31:4, 31:11, 31:22, 43:3, 43:6
**multiple** [2] - 5:5, 23:6
**multiply** [1] - 23:6
**must** [5] - 17:25, 19:17, 19:18, 20:3, 20:5

# N

**name** [1] - 31:18
**nature** [1] - 26:4
**need** [10] - 4:25, 13:14, 14:21, 18:5, 20:14, 27:22, 27:23, 28:4, 28:23, 31:3
**needed** [1] - 24:23
**needing** [1] - 28:4
**needs** [1] - 2:24
**net** [2] - 17:7, 17:8
**nevertheless** [1] - 18:9
**next** [1] - 20:4
**nexus** [5] - 14:4, 15:9, 15:14, 20:2, 29:12

**night** [1] - 22:22
**NO** [1] - 1:5
**note** [3] - 2:3, 2:6, 3:20
**noted** [2] - 2:24, 42:16
**NOTES** [1] - 1:25
**number** [2] - 6:5, 32:6
**NW** [1] - 1:20

# O

**object** [1] - 29:13
**obliged** [3] - 13:10, 41:18, 41:22
**obtained** [4] - 16:9, 17:1, 21:13, 34:4
**obvious** [1] - 25:13
**obviously** [1] - 25:20
**occurred** [1] - 4:12
**OF** [5] - 1:2, 1:5, 1:10, 1:14, 1:25
**offense** [20] - 17:2, 17:6, 17:9, 17:12, 17:18, 17:23, 17:25, 18:2, 18:4, 18:10, 18:11, 18:15, 18:17, 18:23, 19:15, 21:14, 34:5, 34:17, 36:8, 37:2
**offenses** [2] - 15:9, 18:23
**offered** [2] - 15:4, 16:2
**OFFICE** [1] - 1:14
**OFFICIAL** [1] - 1:23
**Official** [1] - 44:3
**official** [1] - 44:17
**often** [1] - 26:15
**once** [1] - 23:17
**One** [13] - 3:7, 3:10, 3:22, 7:21, 7:22, 8:2, 15:11, 17:14, 19:24, 21:22, 21:23, 33:25, 34:13
**one** [24] - 2:11, 3:7, 3:10, 3:20, 3:22, 4:2, 4:13, 13:7, 14:2, 19:14, 19:25, 20:13, 20:21, 21:18, 25:16, 25:18, 27:1, 27:15, 31:3, 36:24, 37:4, 41:10, 42:18
**open** [1] - 26:5
**opportunity** [1] - 20:11
**order** [7] - 23:24, 24:7, 26:6, 28:23, 29:7, 29:8, 30:20
**ordinarily** [1] - 13:6
**outcome** [1] - 44:13
**owner** [1] - 19:3

# P

**p.m** [5] - 31:12, 31:24, 42:7, 43:9
**paid** [1] - 26:15
**panel** [5] - 5:21, 6:5, 7:8, 7:10, 13:3, 20:17, 28:20, 31:24, 32:6, 33:9, 33:11, 40:14, 42:7
**pants** [1] - 21:3
**paperwork** [1] - 28:1
**part** [3] - 16:11, 25:23, 34:16
**particularly** [3] - 40:19, 40:20, 41:4
**parties** [1] - 16:2, 44:8
**party** [2] - 15:3, 44:12
**pay** [2] - 22:19, 24:3, 42:18
**people** [6] - 22:21, 24:3, 24:24, 25:1, 26:12, 41:11
**perform** [1] - 14:3
**perhaps** [1] - 31:7
**person** [7] - 16:4, 16:8, 16:13, 16:16, 16:19, 21:13, 34:3
**person's** [1] - 16:10
**personnel** [1] - 41:4
**persons** [2] - 19:4, 19:5
**pertain** [1] - 19:22
**PETER** [1] - 1:10
**phase** [3] - 2:13, 2:16
**pick** [2] - 28:19, 31:9
**pistol** [10] - 9:1, 9:4, 9:20, 9:23, 34:25, 35:3, 36:10, 36:13, 37:5, 37:8
**PJM-16-0403** [2] - 6:3, 32:4
**PJM-16-403** [1] - 1:5
**place** [1] - 26:17
**places** [1] - 42:3
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 1:13
**PLLC** [1] - 1:19
**PMC** [6] - 10:6, 10:9, 35:11, 35:14, 37:16, 37:19
**pocket** [1] - 21:3
**point** [5] - 2:8, 13:19, 19:12, 29:13, 42:9
**poll** [3] - 10:24, 31:16, 38:9
**possessed** [4] - 8:3, 8:14, 8:24, 9:19
**possession** [21] - 7:23, 8:19, 9:14,

15:10, 15:11, 15:13, 16:5, 16:14, 16:20, 17:2, 17:15, 25:5, 25:10, 33:25, 34:5, 34:13, 34:17, 36:5, 36:9, 36:22, 37:2
**possibility** [1] - 2:11
**powder** [1] - 23:22
**precautions** [1] - 40:23
**preliminary** [1] - 29:7
**prepared** [4] - 2:7, 3:6, 19:24
**preponderance** [5] - 14:22, 14:24, 15:5, 18:21, 21:16
**present** [31] - 2:10, 6:6, 6:8, 6:10, 6:12, 6:14, 6:16, 6:18, 6:20, 6:22, 6:24, 7:1, 7:3, 7:5, 7:19, 13:11, 14:16, 32:7, 32:9, 32:11, 32:13, 32:15, 32:17, 32:19, 32:21, 32:23, 32:25, 33:2, 33:4, 33:6, 33:20
**presentation** [1] - 29:3
**presentence** [2] - 28:24, 30:20
**presently** [1] - 19:8
**presumably** [1] - 31:1
**pretty** [1] - 41:3
**previous** [7] - 14:8, 14:10, 14:13, 15:17, 15:19, 22:11, 25:12
**previously** [3] - 16:2, 18:13, 44:7
**principle** [1] - 22:17
**probability** [1] - 22:2
**problem** [2] - 3:18, 5:4, 5:8
**problems** [1] - 2:19
**proceed** [2] - 2:12, 20:15
**proceeding** [1] - 13:13
**proceedings** [2] - 43:9, 44:6
**PROCEEDINGS** [1] - 1:10
**proceeds** [24] - 3:8, 16:8, 16:25, 17:5, 17:7, 17:8, 17:11, 20:22, 20:24, 21:9, 21:10, 21:13, 21:16, 21:17, 21:18, 22:3, 26:23, 27:5, 27:15, 28:7, 34:3
**product** [4] - 23:24, 23:25, 24:7, 24:8

**profit** [1] - 17:8
**promote** [1] - 17:24
**proof** [3] - 14:18, 15:6, 15:24
**property** [48] - 3:9, 14:5, 16:8, 16:10, 16:25, 17:4, 17:5, 17:16, 17:17, 17:19, 17:20, 17:21, 18:1, 18:2, 18:5, 18:6, 18:8, 18:13, 18:17, 18:20, 18:23, 19:1, 19:3, 19:4, 19:5, 19:7, 19:9, 20:1, 21:12, 21:21, 21:25, 22:1, 22:3, 22:13, 24:5, 24:9, 27:16, 27:22, 28:5, 34:2, 34:15, 36:7, 36:25
**proposed** [1] - 3:4
**protect** [1] - 24:18
**protection** [1] - 24:23
**prove** [1] - 14:21
**proved** [1] - 14:23
**proven** [1] - 27:4
**provide** [3] - 7:20, 26:3, 33:24
**provided** [2] - 20:4, 42:19
**proving** [1] - 14:24
**PSR** [1] - 42:10
**public** [1] - 40:24
**punishable** [2] - 36:23, 37:3
**punishment** [1] - 19:10
**purchase** [2] - 23:24, 24:7
**purposes** [1] - 18:9
**putting** [1] - 20:3

## Q

**questions** [4] - 7:20, 33:23, 41:18, 42:1
**quickly** [2] - 4:24, 5:3
**quite** [1] - 31:20

## R

**raise** [1] - 42:25
**range** [1] - 23:7
**rate** [1] - 27:3
**rather** [3] - 19:9, 26:25, 41:2
**reach** [2] - 19:17, 28:14
**reached** [3] - 2:7, 5:23, 32:1
**read** [4] - 7:20, 13:16,

25:12, 33:23
**reading** [1] - 31:18
**reads** [2] - 2:6, 3:5
**ready** [5] - 5:18, 24:19, 24:20, 31:14, 42:11
**realized** [1] - 17:9
**really** [1] - 26:3
**reasonable** [2] - 14:23, 15:6
**rebuttal** [1] - 27:8
**receive** [4] - 6:2, 19:22, 22:19, 32:3
**received** [1] - 15:4
**Recess** [1] - 31:12
**recess** [2] - 2:16, 31:9
**record** [1] - 2:9
**recorded** [5] - 13:1, 13:4, 40:12, 40:15, 44:9
**refer** [2] - 17:7, 24:16
**referring** [2] - 5:24, 21:1
**reflect** [1] - 2:9
**reflected** [1] - 4:1
**regarding** [4] - 14:13, 14:17, 14:19, 25:7
**regardless** [1] - 15:4
**relate** [1] - 21:23
**relates** [1] - 21:22
**relative** [1] - 29:4
**relevant** [2] - 16:23, 26:2
**remains** [1] - 26:2
**remarks** [1] - 13:18
**remember** [1] - 23:2
**remind** [1] - 22:17
**Remington** [3] - 10:21, 36:2, 38:7
**rendering** [1] - 40:17
**Renee** [4] - 1:24, 43:3, 44:15, 44:16
**repeat** [1] - 26:1
**repetition** [1] - 31:21
**reply** [7] - 7:8, 7:10, 13:3, 20:17, 33:9, 33:11, 40:14
**report** [2] - 28:24, 30:20
**reported** [1] - 44:6
**REPORTER** [1] - 1:23
**Reporter** [2] - 44:3, 44:17
**request** [1] - 30:6
**require** [1] - 31:17
**required** [3] - 16:7, 16:16, 16:21
**requires** [1] - 4:5
**residence** [5] - 22:23, 23:11, 23:23, 24:1,

24:11
**respect** [6] - 14:15, 15:24, 24:13, 25:21, 29:17, 29:18
**rest** [1] - 28:9
**result** [4] - 16:9, 17:1, 21:14, 34:4
**return** [2] - 22:21, 28:15
**returned** [2] - 13:9, 22:23
**retype** [1] - 5:2
**rewrite** [1] - 4:5
**rifle** [10] - 9:7, 9:10, 10:1, 10:4, 35:5, 35:9, 36:15, 36:18, 37:10, 37:13
**rights** [1] - 42:14
**rise** [24] - 7:11, 11:5, 11:9, 11:13, 11:17, 11:21, 11:25, 12:4, 12:8, 12:12, 12:16, 12:20, 33:12, 38:15, 38:19, 38:23, 39:2, 39:6, 39:10, 39:14, 39:18, 39:22, 40:1, 40:5
**RMR** [1] - 1:24, 44:16
**roll** [2] - 27:19, 31:16
**room** [2] - 13:18, 41:16
**rounds** [18] - 10:6, 10:9, 10:12, 10:15, 10:18, 10:21, 35:11, 35:14, 35:17, 35:20, 35:23, 36:1, 37:16, 37:19, 37:22, 37:25, 38:3, 38:6
**RPR** [1] - 1:24, 44:16
**run** [1] - 30:5

## S

**Sakuri** [9] - 6:3, 7:22, 8:4, 8:14, 8:18, 8:25, 9:13, 9:19, 32:5
**SAKURI** [1] - 1:8
**save** [1] - 31:20
**saw** [1] - 27:25
**scene** [1] - 13:11
**Search** [2] - 21:2, 21:6
**search** [2] - 22:22, 42:24
**searched** [2] - 22:24, 22:25
**seat** [1] - 2:2
**seated** [24] - 11:4, 11:8, 11:12, 11:16, 11:20, 11:24, 12:3, 12:7, 12:11, 12:15,

12:19, 31:13, 38:14, 38:18, 38:22, 39:1, 39:5, 39:9, 39:13, 39:17, 39:21, 39:25, 40:4, 40:8
**second** [6] - 2:12, 21:24, 25:16, 27:15, 41:1, 41:2
**Section** [1] - 16:18
**see** [13] - 4:15, 5:5, 5:9, 20:19, 21:7, 21:11, 26:19, 26:24, 27:1, 28:17, 40:22, 41:20
**seek** [2] - 21:25, 29:8
**seize** [2] - 22:4, 25:1
**seized** [4] - 15:7, 15:8, 21:5
**sell** [3] - 22:20, 22:21, 23:25
**selling** [1] - 24:8
**semiautomatic** [8] - 9:1, 9:4, 9:7, 9:10, 9:20, 9:23, 10:1, 10:4
**send** [2] - 13:18, 28:11
**sense** [2] - 24:4, 27:21
**sent** [1] - 3:16
**sentence** [2] - 3:3, 3:5
**sentencing** [7] - 28:23, 28:24, 29:1, 29:3, 29:8, 29:10, 42:10
**separate** [1] - 13:20
**SEPTEMBER** [1] - 1:11
**Sergeant** [1] - 21:3
**service** [3] - 25:19, 25:21, 40:18
**set** [3] - 25:18, 28:22, 28:24
**several** [1] - 40:17
**shall** [3] - 7:9, 18:15, 33:10
**sheet** [1] - 7:12
**sheets** [1] - 33:13
**shoebox** [2] - 21:5, 27:25
**short** [5] - 13:7, 13:17, 13:22, 29:8, 31:8
**shorthand** [1] - 44:9
**shown** [2] - 20:25, 29:12
**sign** [1] - 20:5
**signature** [1] - 31:6
**signed** [2] - 7:15, 33:16
**similarly** [1] - 19:7
**simple** [1] - 23:2
**simplified** [1] - 23:4

**simply** [1] - 20:3
**single** [1] - 18:11
**sitting** [1] - 28:3
**smaller** [1] - 27:19
**sock** [4] - 23:1, 23:10, 23:13, 23:16
**sole** [1] - 19:12
**someone** [1] - 24:21
**sometimes** [1] - 26:12
**somewhat** [1] - 40:21
**sorry** [3] - 3:4, 4:25, 27:11
**sound** [2] - 25:24, 27:18
**south** [1] - 41:3
**SOUTHERN** [1] - 1:3
**space** [1] - 20:4
**Special** [8] - 3:6, 21:21, 21:24, 24:14, 25:4, 25:9, 33:25, 36:21
**special** [22] - 3:8, 3:9, 4:2, 19:13, 19:18, 19:19, 19:21, 19:23, 19:25, 20:6, 20:19, 20:20, 20:24, 21:20, 21:23, 27:14, 28:15, 32:3, 33:13, 33:20, 34:12, 36:4
**specifically** [1] - 19:23
**specified** [1] - 19:13
**specifies** [1] - 25:10
**spend** [2] - 28:7, 41:12
**split** [1] - 4:12
**sports** [1] - 26:16
**Springfield** [4] - 8:25, 34:24, 36:10, 37:5
**springfield** [1] - 9:19
**standard** [3] - 5:17, 15:6, 18:22
**start** [4] - 4:18, 4:25, 13:24
**state** [1] - 41:1
**statements** [1] - 44:8
**STATES** [4] - 1:1, 1:5, 1:11, 1:14
**States** [9] - 6:3, 14:5, 14:6, 14:21, 16:7, 16:17, 16:21, 32:5, 44:4
**statute** [1] - 16:23
**stay** [3] - 41:16, 41:21, 41:24
**stenographically** [1] - 44:6
**STENOTYPE** [1] - 1:25
**step** [4] - 7:18, 28:17, 33:19, 42:2

**still** [3] - 27:1, 40:23, 40:25
**stores** [1] - 23:23
**Street** [1] - 1:20
**street** [3] - 23:17, 23:18, 24:3
**stressing** [1] - 27:16
**subject** [4] - 15:1, 17:11, 17:16, 17:22
**submit** [3] - 25:13, 27:2, 31:6
**submits** [1] - 24:9
**submitted** [3] - 7:12, 29:25, 33:13
**substance** [3] - 8:2, 17:12, 34:1
**substances** [9] - 7:24, 8:3, 15:11, 16:6, 17:3, 17:16, 34:6, 34:14, 34:18
**substantial** [4] - 18:22, 24:12, 24:22, 25:2
**substantially** [1] - 26:19
**substantively** [1] - 3:18
**sufficient** [2] - 15:9, 18:11
**suggestive** [1] - 28:4
**Suite** [1] - 1:16
**superseding** [5] - 7:23, 8:19, 9:14, 14:2, 25:11
**supervision** [1] - 44:10
**supports** [1] - 27:2
**system** [1] - 40:25

## T

**table** [2] - 22:24, 26:12
**task** [2] - 14:3, 18:20
**telescope** [1] - 31:17
**ten** [2] - 4:10, 4:11
**tenth** [1] - 23:3
**tenths** [2] - 23:4, 23:6
**term** [3] - 16:25, 36:23, 37:3
**terms** [4] - 3:16, 21:9, 23:25, 29:14
**testified** [1] - 21:4
**testimony** [3] - 16:2, 24:17, 44:8
**TFO** [1] - 23:2
**THE** [177] - 1:1, 1:2, 1:10, 1:13, 1:14, 1:18, 2:1, 2:5, 2:6, 2:22, 3:1, 3:4, 3:12, 3:15, 3:22, 3:25, 4:4,

4:15, 4:21, 4:25, 5:4, 5:11, 5:18, 5:20, 5:22, 6:1, 6:9, 6:11, 6:13, 6:15, 6:17, 6:19, 6:21, 6:23, 6:25, 7:2, 7:4, 7:6, 7:9, 7:11, 7:15, 7:18, 8:1, 8:6, 8:9, 8:11, 8:17, 8:22, 9:3, 9:6, 9:9, 9:12, 9:17, 9:22, 9:25, 10:3, 10:6, 10:9, 10:12, 10:15, 10:18, 10:21, 10:24, 11:1, 11:4, 11:8, 11:12, 11:16, 11:20, 11:24, 12:3, 12:7, 12:11, 12:15, 12:19, 12:23, 12:24, 13:4, 13:5, 20:9, 20:11, 20:14, 25:16, 27:8, 27:11, 28:11, 28:21, 28:25, 29:2, 29:9, 29:14, 29:19, 29:22, 29:24, 30:1, 30:2, 30:5, 30:7, 30:10, 30:13, 30:15, 30:17, 30:19, 30:22, 30:24, 31:5, 31:7, 31:13, 31:23, 31:25, 32:3, 32:10, 32:12, 32:14, 32:16, 32:18, 32:20, 32:22, 32:24, 33:1, 33:3, 33:5, 33:7, 33:10, 33:12, 33:16, 33:19, 33:22, 33:23, 34:9, 34:12, 34:21, 34:24, 35:2, 35:5, 35:8, 35:11, 35:14, 35:17, 35:20, 35:23, 36:1, 36:4, 36:12, 36:15, 36:18, 36:21, 37:7, 37:10, 37:13, 37:16, 37:19, 37:22, 37:25, 38:3, 38:6, 38:9, 38:10, 38:14, 38:18, 38:22, 39:1, 39:5, 39:9, 39:13, 39:17, 39:21, 39:25, 40:4, 40:8, 40:9, 40:10, 40:15, 40:16, 42:8, 43:5, 43:7
**theory** [1] - 26:22
**thereafter** [1] - 44:10
**therefore** [2] - 17:8, 25:1
**thereof** [1] - 44:13
**Theresa** [5] - 2:4, 28:17, 28:21, 29:23, 31:15
**thereto** [3] - 12:25,

17:5, 40:11
**third** [1] - 41:1
**Three** [10] - 3:11, 9:12, 9:13, 9:18, 15:13, 16:20, 16:21, 19:25, 25:14, 36:22
**three** [1] - 4:2
**Tiba** [9] - 6:3, 7:22, 8:4, 8:14, 8:18, 8:24, 9:13, 9:19, 32:5
**TIBA** [1] - 1:8
**Ton** [5] - 9:6, 9:25, 35:5, 36:15, 37:10
**traceable** [1] - 17:4
**traffic** [1] - 26:4
**trafficking** [17] - 8:20, 8:24, 15:12, 16:14, 22:12, 22:15, 22:18, 24:6, 24:10, 24:16, 25:3, 25:5, 26:22, 26:23, 27:6, 36:6, 36:9
**transcribed** [1] - 44:10
**TRANSCRIPT** [1] - 1:10
**transcript** [1] - 44:6
**TRANSCRIPTION** [1] - 1:25
**transcription** [1] - 44:11
**trial** [3] - 16:3, 20:25, 41:1
**TRIAL** [1] - 1:10
**true** [3] - 14:25, 44:5
**try** [2] - 24:21, 27:11
**trying** [1] - 27:19
**turn** [1] - 22:20
**two** [14] - 3:7, 3:10, 3:22, 4:2, 5:7, 16:10, 19:24, 20:20, 20:25, 21:8, 21:22, 27:14, 29:19, 31:3
**Two** [8] - 3:10, 8:17, 8:18, 15:12, 16:15, 19:25, 25:4, 36:5
**type** [4] - 4:23, 5:2, 21:24, 27:3
**types** [3] - 26:8, 26:10, 26:15
**typically** [1] - 28:13

## U

**U.S** [5] - 15:8, 34:7, 34:9, 34:19, 34:21
**unable** [1] - 42:18
**unanimous** [2] - 19:17, 28:14
**under** [5] - 16:4, 16:13, 16:19, 26:12,

44:10
**underlying** [2] - 28:22, 29:18
**United** [9] - 6:3, 14:5, 14:6, 14:21, 16:7, 16:17, 16:21, 32:4, 44:4
**UNITED** [4] - 1:1, 1:5, 1:11, 1:14
**unless** [1] - 13:13
**unnaturally** [1] - 26:25
**up** [7] - 5:6, 16:7, 25:18, 28:19, 31:3, 31:10, 42:2

## V

**value** [3] - 23:9, 23:15, 23:17
**variety** [1] - 26:24
**various** [2] - 21:20, 21:21
**vast** [1] - 18:8
**Verdict** [10] - 21:20, 21:22, 21:24, 24:14, 25:4, 25:9, 33:25, 34:12, 36:4, 36:21
**verdict** [108] - 2:7, 2:8, 2:12, 2:15, 3:6, 3:8, 3:9, 4:2, 4:6, 4:7, 4:12, 4:19, 5:13, 5:23, 5:24, 5:25, 6:2, 6:7, 7:12, 7:19, 7:21, 11:2, 11:5, 11:6, 11:9, 11:10, 11:13, 11:14, 11:17, 11:18, 11:21, 11:22, 11:25, 12:1, 12:4, 12:5, 12:8, 12:9, 12:12, 12:13, 12:16, 12:17, 12:20, 12:21, 12:25, 13:4, 13:9, 13:14, 13:20, 14:1, 14:16, 14:18, 19:13, 19:17, 19:18, 19:20, 19:21, 19:22, 19:23, 20:1, 20:6, 20:19, 20:20, 20:24, 21:23, 22:11, 25:6, 25:20, 27:14, 28:14, 28:15, 28:16, 31:14, 31:16, 32:1, 32:4, 33:8, 33:20, 38:11, 38:12, 38:15, 38:16, 38:19, 38:20, 38:23, 38:24, 39:2, 39:3, 39:6, 39:7, 39:10, 39:11, 39:14, 39:15, 39:18, 39:19, 39:22, 39:23, 40:1, 40:2, 40:5, 40:6,

40:11, 40:15
**verdicts** [3] - 14:19, 14:21, 40:17
**vertical** [1] - 33:13
**view** [1] - 14:1
**violation** [6] - 16:10, 16:12, 16:18, 16:22, 36:8, 37:1
**violations** [2] - 14:13, 15:22
**violent** [2] - 24:18, 24:25
**vs** [2] - 6:3, 32:5

## W

**walk** [1] - 13:21
**Warrant** [2] - 21:2, 21:6
**warrant** [2] - 22:22, 42:25
**Washington** [1] - 1:20
**water** [1] - 4:17
**weapons** [1] - 13:12
**week** [1] - 41:6
**whole** [1] - 4:5
**Winchester** [3] - 10:12, 35:17, 37:23
**wish** [1] - 41:16
**witnesses** [3] - 5:14, 14:14, 44:8
**Wolf** [3] - 10:15, 35:20, 37:25
**word** [1] - 17:13
**words** [3] - 16:24, 20:4, 31:19
**works** [1] - 30:24
**worth** [1] - 23:17
**written** [1] - 3:20
**wrongly** [1] - 42:23

## X

**XD-45** [2] - 8:25, 9:20

## Y

**year** [2] - 36:24, 37:4
**yourself** [2] - 23:19, 27:24
**Yugoslavia** [5] - 9:9, 10:3, 35:8, 36:18, 37:13